# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-MJG |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

**MADAM CLERK:**

Please enter the appearance of Jennifer L. Katz, Assistant Attorney General, as counsel for the defendants Lawrence Hogan and William M. Pallozzi.

Respectfully submitted,

\_\_/s/ Jennifer L. Katz_____
JENNIFER L. KATZ
Bar No. 28973
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
jkatz@oag.state.md.us
(410) 576-7005
(410) 576-6955 (facsimile)

Dated: November 14, 2016                                Attorney for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2016, the foregoing Notice of Appearance was served on all parties via the Court's CM/ECF electronic filing system.

                                           __/s/ Jennifer L. Katz_____
                                           Jennifer L. Katz
                                           Bar No. 28973