## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,　　*

　　　　*Plaintiffs*,　　　　　　　　　　*

　　v.　　　　　　　　　　　　　　　　*　　　No. 1:16-cv-03311-MJG

LAWRENCE HOGAN, *et al.*　　　　　*

　　　　*Defendants*.　　　　　　　　　*

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 105.9, the Defendants, Lawrence Hogan and William M. Pallozzi, through counsel, move to extend the time for filing a response to the Plaintiffs' complaint. In support of their motion, the defendants state the following:

(1) The current deadline for the defendants to respond to the complaint is Friday, November 18, 2016.

(2) Due to the complexity of the issues raised in the complaint, and undersigned counsel's pressing deadlines in other cases, the defendants seek to extend the filing deadline by two weeks, until Friday, December 2, 2016.

(3) Through counsel, the plaintiffs have consented to the relief requested in this motion.

A proposed order is attached.

                                        Respectfully submitted,

                                        BRIAN E. FROSH
                                        Attorney General of Maryland

Date: November 14, 2016        __/s/ Jennifer L. Katz_____
                                        JENNIFER L. KATZ (Bar # 28973)
                                        Assistant Attorney General
                                        Office of the Attorney General
                                        Civil Division
                                        200 St. Paul Place, 20th Floor
                                        Baltimore, Maryland 21202
                                        (410) 576-7005; (410) 576-6955 (fax)
                                        jkatz@oag.state.md.us

                                        Attorneys for Defendant Laura L. Martin

## CERTIFICATE OF SERVICE

    I hereby certify that on November 14, 2016, the foregoing Defendants' Motion for Extension of Time was served on all parties via the Court's CM/ECF electronic filing system.

                                        __/s/ Jennifer L. Katz_____
                                        Jennifer L. Katz
                                        Bar No. 28973