## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-MJG |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendants motion for extension of time, it is, this _____ day of _____ 2016, by the United States District Court for the District of Maryland,

ORDERED that the motion is GRANTED; and

ORDERED that the Defendants response to the Complaint shall be filed on or before December 2, 2016.

_____
Judge Marvin J. Garbis
United States District Judge