IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,　*

　　　　*Plaintiffs*,　　　　　　　　*

v.　　　　　　　　　　　　　　　*　　No. 1:16-cv-03311-MJG

LAWRENCE HOGAN, *et al.*　　　*

　　　　*Defendants*.　　　　　　*

\* 　 \* 　 \* 　 \* 　 \* 　 \* 　 \* 　 \* 　 \* 　 \* 　 \* 　 \* 　 \*

## ORDER

Upon consideration of the Defendants motion for extension of time, it is, this __15th__ day of __November__ 2016, by the United States District Court for the District of Maryland,

　　ORDERED that the motion is GRANTED; and

　　ORDERED that the Defendants response to the Complaint shall be filed on or before December 2, 2016.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Judge Marvin J. Garbis
　　　　　　　　　　　　　　　　　　　United States District Judge