# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

    *Plaintiffs*,   *

v.   *   No. 1:16-cv-03311-MJG

LAWRENCE HOGAN, *et al.*   *

    *Defendants*.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

For the reasons stated in the accompanying memorandum, defendants Governor Lawrence J. Hogan, Jr. and Superintendent of State Police Colonel William M. Pallozzi, both sued in their official capacities, move to dismiss the complaint in its entirety, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim on which relief can be granted. A proposed order is attached.

Respectfully submitted,

BRIAN E. FROSH
Attorney General

   /s/
_____
MATTHEW J. FADER (Fed. Bar # 29294)
JENNIFER L. KATZ (Fed. Bar #28973)
Assistant Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-7906 (tel.)
410-576-6955 (fax)
mfader@oag.state.md.us

Dated: December 2, 2016       Attorneys for Defendants