IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

    *Plaintiffs*,   *

v.   *   No. 1:16-cv-03311-MJG

LAWRENCE HOGAN, *et al.*   *

    *Defendants*.   *

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

It is, this _____ day of _____ 2017, by the United States District Court for the District of Maryland:

ORDERED that the defendants' motion to dismiss the complaint is GRANTED; and it is further

ORDERED that the complaint is DISMISSED in its entirety.

_____
Marvin J. Garbis
United States District Judge