IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

    *Plaintiffs*,   *

v.   *   No. 1:16-cv-03311-MJG

LAWRENCE HOGAN, *et al.*   *

    *Defendants*.   *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew J. Fader, Assistant Attorney General, as counsel for the defendants Governor Lawrence J. Hogan, Jr. and Superintendent William M. Pallozzi.

                            Respectfully Submitted,

                            BRIAN E. FROSH
                            Attorney General

                               /s/
                            MATTHEW J. FADER (Fed. Bar # 29294)
                            JENNIFER L. KATZ (Fed. Bar #28973)
                            Assistant Attorney General
                            200 St. Paul Place, 20th Floor
                            Baltimore, Maryland 21202
                            410-576-7906 (tel.)
                            410-576-6955 (fax)
                            mfader@oag.state.md.us

Dated: December 6, 2016          Attorneys for Defendants