# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.**<br><br>*Plaintiffs,*<br>v.<br><br>**LAWRENCE HOGAN, et al.**<br><br>*Defendants.* | Case No. 1:16-cv-03311-MJG |

## LINE

Dear Clerk:

Please provide the Court with the attached, corrected Order in reference to the Plaintiffs' Consent Motion for Extension of Time, filed Wednesday, December 14, 2016.

        Respectfully Submitted,

        HANSEL LAW, P.C.


        _____
        Cary J. Hansel
        2514 North Charles Street
        Baltimore, Maryland 21218
        Direct Dial: 301-461-1040
        Facsimile: 443-451-8606
        cary@hansellaw.com

        *Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.** <br><br> *Plaintiffs,* <br> v. <br><br> **LAWRENCE HOGAN, et al.** <br><br> *Defendants.* | Case No. 1:16-cv-03311-MJG |

### ORDER

Upon consideration of the Plaintiffs' Consent Motion for Extension of Time in which to respond to the Defendants Lawrence Hogan, *et al*'s. Motion to Dismiss, it is this _____ day of _____, 2016, by the United States District Court for the District of Maryland,

**ORDERED** that the Motion for the Extension of time is hereby **GRANTED;** and it is further

**ORDERED** that the Plaintiffs' Opposition to Defendants Lawrence Hogan, *et al*'s Motion to Dismiss is due **January 3, 2017;** and it is further

**ORDERED** that the Defendants' Reply to Plaintiffs' Opposition to Defendants Lawrence Hogan, *et al*'s Opposition to Motion to Dismiss is due **January 17, 2017.**

_____
Judge, United States District Court for the
District of Maryland