IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., et al.

*Plaintiffs,*

v.

Case No. 1:16-cv-03311-MJG

LAWRENCE HOGAN, et al.

*Defendants.*

## ORDER

Upon consideration of the Plaintiffs' Consent Motion for Extension of Time in which to respond to the Defendants Lawrence Hogan, *et al*'s. Motion to Dismiss, it is this 15th day of December, 2016, by the United States District Court for the District of Maryland,

**ORDERED** that the Motion for the Extension of time is hereby **GRANTED**; and it is further

**ORDERED** that the Plaintiffs' Opposition to Defendants Lawrence Hogan, *et al*'s Motion to Dismiss is due **January 3, 2017**; and it is further

**ORDERED** that the Defendants' Reply to Plaintiffs' Opposition to Defendants Lawrence Hogan, *et al*'s Opposition to Motion to Dismiss is due **January 17, 2017**.

/s/

Judge, United States District Court for the District of Maryland
Marvin J. Garbis