IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC.<br>for itself and its members,<br>  1332 Cape St. Claire Rd #342<br>  Annapolis, MD 21409<br><br>ATLANTIC GUNS, INC.<br>  944 Bonifant Street<br>  Silver Spring, MD 20910<br><br>ANA SLIVEIRA<br>  44512 Gray Wolf Street<br>  California, MD 20619<br><br>DEBORAH KAY MILLER<br>  297 Aston Forest Lane<br>  Crownsville, MD 21032-1605<br><br>SUSAN BRANCATO VIZAS<br>  8002 Bull Rush Court<br>  Frederick, Maryland 21701-1508<br><br>CHRISTINE BUNCH<br>  6322 Jacob's Ct.<br>  Eldersburg, MD 21784,<br><br>Plaintiffs<br><br>  v.<br><br>LAWRENCE HOGAN, in his capacity of<br>GOVERNOR OF MARYLAND<br>  100 State Circle<br>  Annapolis, MD 21401<br><br>and<br><br>WILLIAM M. PALLOZZI, in his capacity of<br>SUPERINTENDENT, MARYLAND<br>STATE POLICE<br>  1201 Reisterstown Road<br>  Pikesville, Maryland 21208,<br><br>Defendants | Case # 16-cv-3311-MJG |

1

## PLAINTIFFS' RESPONSE IN OPPOSITION TO
## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Comes now, the Plaintiffs, by and through counsel, Cary J. Hansel and the law firm of Hansel Law, P.C., and files this opposition, stating as follows:

1. On December 28, 2016, Plaintiffs filed an Amended Complaint, rendering Defendants' Motion for Summary Judgment moot.

2. Plaintiffs are working with Defense counsel to formulate a litigation plan to advance this matter expeditiously.

For the foregoing reasons, the defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment on the defendants' qualified immunity should be denied.

### I.     **CONCLUSION**

For all the foregoing reasons, the Plaintiff respectfully requests that this Honorable Court deny the Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment.

.

Respectfully submitted,

Hansel Law, P.C.

/s/ Cary J. Hansel
Cary J. Hansel
2514 N. Charles Street
Baltimore, Maryland 21218
301/461-1040 (tel.)

Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Opposition to the Defendant's Motion to Dismiss, or, in the Alternative, For Summary Judgment was served via electronic mail through PACER on this 3rd day of January, 2017 upon the following:

Cary Johnson Hansel, III     cary@hansellaw.com, info@hansellaw.com, jstefanon@hansellaw.com, sareizaga@jgllaw.com

Jennifer L. Katz     jkatz@oag.state.md.us, mscanlan@oag.state.md.us

Matthew John Fader     mfader@oag.state.md.us


          /s/ *Cary Hansel*
          Cary Hansel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC.<br>for itself and its members,<br>    1332 Cape St. Claire Rd #342<br>    Annapolis, MD 21409<br><br>ATLANTIC GUNS, INC.<br>    944 Bonifant Street<br>    Silver Spring, MD 20910<br><br>ANA SLIVEIRA<br>    44512 Gray Wolf Street<br>    California, MD 20619<br><br>DEBORAH KAY MILLER<br>    297 Aston Forest Lane<br>    Crownsville, MD 21032-1605<br><br>SUSAN BRANCATO VIZAS<br>    8002 Bull Rush Court<br>    Frederick, Maryland 21701-1508<br><br>CHRISTINE BUNCH<br>    6322 Jacob's Ct.<br>    Eldersburg, MD 21784,<br><br>Plaintiffs<br><br>    v.<br><br>LAWRENCE HOGAN, in his capacity of<br>GOVERNOR OF MARYLAND<br>    100 State Circle<br>    Annapolis, MD 21401<br><br>and<br><br>WILLIAM M. PALLOZZI, in his capacity of<br>SUPERINTENDENT, MARYLAND<br>STATE POLICE<br>    1201 Reisterstown Road<br>    Pikesville, Maryland 21208,<br><br>Defendants | Case # 16-cv-3311-MJG |

4

## **ORDER**

Upon consideration of the Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment, and the Plaintiff's opposition thereto, it is this _____ day of _____, 2017, by the United States District Court for the District of Maryland,

**ORDERED** that the Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment is hereby **DENIED as MOOT.**

_____
Judge, United States District Court for the
District of Maryland