IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-MJG |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 105.9, the Defendants, Lawrence Hogan and William M. Pallozzi, through counsel, move to extend the time for filing a response to the Plaintiffs' amended complaint. In support of their motion, the defendants state the following:

(1) The current deadline for the defendants to respond to the amended complaint is Wednesday, January 11, 2017.

(2) Due to the New Year's holiday and undersigned counsel's pressing deadlines in other cases, the defendants seek to extend the filing deadline until Friday, January 20, 2017.

(3) Through counsel, the plaintiffs have consented to the relief requested in this motion.

A proposed order is attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN E. FROSH<br>Attorney General of Maryland |
| Date: January 4, 2017 | __/s/ Jennifer L. Katz_____<br>JENNIFER L. KATZ (Bar # 28973)<br>MATTHEW J. FADER (Fed. Bar # 29294)<br>Assistant Attorneys General<br>Office of the Attorney General<br>Civil Division<br>200 St. Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 576-7005; (410) 576-6955 (fax)<br>jkatz@oag.state.md.us |
|  | Attorneys for Defendants |