# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

     *Plaintiffs,*   *

v.   *   No. 1:16-cv-03311-MJG

LAWRENCE HOGAN, *et al.*   *

     *Defendants.*   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Defendants motion for extension of time, it is, this 4th day of January 2017, by the United States District Court for the District of Maryland,

ORDERED that the motion is GRANTED; and

ORDERED that the Defendants response to the Amended Complaint shall be filed on or before January 20, 2017.

/s/
_____
Judge Marvin J. Garbis
United States District Judge