IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

    *Plaintiffs*,   *

  v.   *   No. 1:16-cv-03311-MJG

LAWRENCE HOGAN, *et al.*   *

    *Defendants*.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

For the reasons stated in the accompanying memorandum, defendants Governor Lawrence J. Hogan, Jr. and Superintendent of State Police Colonel William M. Pallozzi, both sued in their official capacities, move to dismiss the amended complaint in its entirety, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim on which relief can be granted. A proposed order is attached.

                                                          Respectfully submitted,

                                                          BRIAN E. FROSH
                                                          Attorney General

                                                           \_\_\_\_\_/s/_____
                                                           JENNIFER L. KATZ (Fed. Bar #28973)
                                                           MATTHEW J. FADER (Fed. Bar # 29294)
                                                           Assistant Attorney General
                                                           200 St. Paul Place, 20th Floor
                                                           Baltimore, Maryland 21202
                                                           410-576-7005 (tel.); 410-576-6955 (fax)
                                                           jkatz@oag.state.md.us

Dated: January 20, 2017               Attorneys for Defendants