# EXHIBIT 8

**DEPARTMENT OF**
**MARYLAND STATE POLICE**

**MENU**
**DEMOGRAPHICS***
**PREREQUISITE***
**QUESTIONS***
Attach Documents
Finish
Licensing Home Page
Logout

## Application Start

Browsing Instructions:

- For your security an inactive session will be logged out after 15 minutes.
- Any progress during this process is automatically saved as you complete a page.
- Closing the browser without moving to a new page will cause that page's work to be lost.
- The saved application will be available on the "Licensing Home Page" until submitted.
- You should avoid using the "Backspace" while typing as this can lose information.

Sections of this Application:

- Demographics:
    - The demographics provide details of who you are and are mandated for submission by law. If a field does not apply to you please leave it blank or follow the instructions associated to the field.
- Education
    - You will be asked to provide the Course and Certification information for your training exemption.
    - Submit an electronic copy of your Firearms Safety course or other certification.
- Questions:
    - The law specifies limitations on issuance of a Handgun Qualification License to citizens based on certain restrictions.
    - Each section has different results that may or may not prohibit you from obtaining a Handgun Qualification License.
    - If you have questions as to how to answer any of these questions we recommend you seek legal counsel.
    - In some cases submitting information or documentation can negate the restrictions, such as providing an Alien Number for non-US Citizens.
    - In other cases, submitting an application with "Criminal Restrictions" will result in denial of the Handgun Qualification License and loss of your application fee.
- Documents:
    - This portion allows for you to submit supporting documentation for your application.
    - Documents that may be accepted are:
        - Firearms Training Certifications
        - Military DD214 showing a honorable discharge
        - Law Enforcement letter from your prior Chief validating your certification.
        - Department of Mental Health and Hygiene Certificates
        - Criminal Pardons
        - DO NOT SUBMIT copies of criminal histories or any medical records.
    - **NOTE**: SUPPORTING DOCUMENTATION IS NOT REQUIRED FOR THE HQL STANDARD APPLICATION. IF YOU CHOOSE TO UPLOAD DOCUMENTS YOU WILL NOT SEE A CHECK MARK NEXT TO "Attach Documents" ON THE LIST TO THE LEFT.
- Applicable Fees:
    - Handgun Qualification License Fee:
        - Initial Handgun Qualification License is $50.00

- Replacement of Lost or Destroyed License is $20.00
    - At 10 years, the renewal cost is $20.00
  - Fingerprinting Costs:
    - Fees not controlled by Maryland State Police - see **Department of Public Safety and Correctional Services Fingerprinting Services Page**
  - Training Costs:
    - Fees not controlled by Maryland

To continue your application, click **HERE** or on the Demographics link on the Menu to the left.

Why do I need a Handgun Qualification License?

- A person may not purchase, rent, or receive a handgun after October 1, 2013 unless they possess a valid Handgun Qualification License (HQL) issued by the Maryland State Police or qualify for exemption status.

Am I exempt from the Handgun Qualification License?
You are exempt if you meet any of the following criteria:

- A Licensed Firearms Manufacturer.
- Active law enforcement officer or a person retired in good standing from a law enforcement agency of the United States, the State, or a local law enforcement agency of the State.
- A member or retired member of the Armed Forces, of the United State or the National Guard.
- A person purchasing, renting or receiving an antique, curio or relic as defined in federal law. This is specific to the weapon being purchased.
- **Action**: If you meet one or more of these criteria do not continue, present your credentials to the regulated firearms dealer/seller for verification.

Okay, I have to get the license, but do I have to get the training?
You do not have to get the training if you meet any of the following criteria:

- Someone who completed a Maryland State Police (MSP) approved certified safety course.
- Has completed a course of instruction in the competency and safety of firearms as prescribed under Natural Resources Article, §10-301.1, Annotated Code of Maryland.
- Is currently a qualified handgun instructor.
- Is an honorably discharged member of the armed forces of the United States or National Guard.
- Is an employee of an armored car company who has a handgun permit issued by MSP.
- Lawfully owns a regulated firearm. If you already own a handgun or assault weapon prior to October 1, 2013, you do not have to complete the training to apply for the Handgun Qualification License.
- **Action**: If you meet one or more of these criteria continue this application

Are there any requirements to get your Handgun Qualification License?
Yes there are requirements, do not continue if you do not meet the requirements below, if you are unsure seek legal counsel:

- You must be a Maryland resident
- You must be 21 years old or older
- You must not be prohibited for Criminal, Mental Health, or Other reasons. **See details here.**
- You may not participate in Straw Purchases. **See details here.**
- You must have a Department of Motor Vehicles Driver's License Number or Identification Card Number.
- You must have completed an Handgun Qualification License Finger Printing with Background Check: **Department of Public Safety and Correctional Services Fingerprinting Services Page** – Fees Associated
- You must have training: Within 3 years prior to the submission of an application to purchase a regulated firearm, an

applicant must demonstrate a satisfactory completion of a Firearms Safety Training Course approved by the Secretary of the Maryland Department of State Police. The Firearms Safety Training Course, instructed by a Qualified Handgun Instructor, shall consist of a minimum of 4 hours of instruction and include the following minimum curricula:

- State Firearm Law. Overview of the State firearm laws, including discussion of what constitutes a regulated firearm, how to properly purchase or transfer a firearm, where allowed to carry or transport a firearm, when necessary to possess a carry permit, who is prohibited from possessing firearms, and state law relating to minors.
- Home Firearm Safety. Overview of handgun and firearm safety in the home, including discussion of access to minors, locking and storing of firearms, and use of safety devices, such as secure lock boxes.
- Handgun Mechanisms and Operation. Overview of the proper operation and safe handling of a handgun, including cleaning and maintenance, the loading and unloading of ammunition, and the differences between revolvers and semi-automatic handguns.
- Operation and Handling Demonstration. Orientation component that demonstrates the person's safe operation and handling of a firearm, to include a "live fire" component in which the applicant safely shoots the weapon. An applicant may not be required to fire in excess of 15 yards during qualifications.

Warnings and Prohibitions:

- False Report and Perjury are serious offenses. Submission of an application requires attestation of accuracy and truthfulness and failure to do so may result in enforcement action. Do not submit this application if you do not meet the required criteria or are prohibited as describe above.
- **Click for access to the new Handgun Qualification laws**

Maryland Department of State Police Licensing Division | 1111 Reisterstown Road Pikesville, Maryland 21208
For assistance, please send an email to:    MSP.HQL@maryland.gov