IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,  *

    *Plaintiffs*,  *

v.  *  No. 1:16-cv-03311-MJG

LAWRENCE HOGAN, *et al.*  *

    *Defendants*.  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

It is, this _____ day of _____ 2017, by the United States District Court for the District of Maryland:

ORDERED that the defendants' motion to dismiss the amended complaint (ECF No. 14) is GRANTED; and it is further

ORDERED that the amended complaint is DISMISSED in its entirety.

 

_____
Marvin J. Garbis
United States District Judge