# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.**<br><br>                    *Plaintiffs,*<br>v.<br><br>**LAWRENCE HOGAN, et al.**<br><br>                    *Defendants.* | Case No. 1:16-cv-03311-MJG |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 105.9, the Plaintiffs, through counsel, move to extend the time for filing a response to the Defendants' Motion to Dismiss the Amended Complaint. In support of their motion, the defendants state the following:

(1) The current deadline for the Plaintiffs to respond to the complaint is Monday, February 6, 2017.

(2) Due to the complexity of the issues raised in the Motion to Dismiss the Amended Complaint, and undersigned counsel's upcoming trial dates, the Plaintiffs seek to extend the filing deadline until Monday, February 27, 2017.

(3) Through counsel, the Defendants have consented to the relief requested in this motion.

Respectfully Submitted,

HANSEL LAW, P.C.

_____/s/_____
Cary J. Hansel
2514 North Charles Street
Baltimore, Maryland 21218
Direct Dial: 301-461-1040
Facsimile: 443-451-8606
cary@hansellaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2017, the foregoing Plaintiff's Motion for Extension of Time was served on all parties via the Court's CM/ECF electronic filing system.

_____/s/_____
Cary J. Hansel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MARYLAND SHALL ISSUE, INC., et al.**

*Plaintiffs,*

v.

Case No. 1:16-cv-03311-MJG

**LAWRENCE HOGAN, et al.**

*Defendants.*

# ORDER

Upon consideration of the Plaintiffs' Motion for Extension of Time, it is, this _____ day of _____ 2017, by the United States District Court for the District of Maryland,

ORDERED that the Motion in GRANTED; and;

ORDERED that the Plaintiffs' response to the Complaint shall be filed on or before February 27, 2017.

_____
Judge Marvin J. Garbis
United States District Judge