IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., et al.

        *Plaintiffs,*

v.

LAWRENCE HOGAN, et al.

        *Defendants.*

Case No. 1:16-cv-03311-MJG

### ORDER

Upon consideration of the Plaintiffs' Motion for Extension of Time, it is, this 3rd day of February 2017, by the United States District Court for the District of Maryland,

ORDERED that the Motion in GRANTED; and;

ORDERED that the Plaintiffs' response to the Complaint shall be filed on or before February 27, 2017.

                                          /s/
                                   Judge Marvin J. Garbis
                                   United States District Judge