**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.;** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | Case No.: 16-cv-3311-MJG |
| ) | |
| **v.** ) | |
| ) | |
| **LAWRENCE HOGAN, et al.;** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Marc A. Nardone as additional counsel of record for Plaintiff Atlantic Guns, Inc.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ Marc A. Nardone
Marc A. Nardone (Bar No. 18811)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8256
F (202) 719-8356
mnardone@bradley.com

Date: February 22, 2017          *Counsel for Plaintiff Atlantic Guns, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2017, the Entry of Appearance was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

/s/ Marc A. Nardone
Marc A. Nardone (Bar No. 18811)