# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.;** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**LAWRENCE HOGAN, et al.;** )<br>)<br>)<br>**Defendants.** )<br>)<br>) | Case No.: 16-cv-3311-MJG |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of T. Sky Woodward as additional counsel of record for Plaintiff Atlantic Guns, Inc.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ T. Sky Woodward
T. Sky Woodward (Bar No. 10823)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8214
F (202) 719-8314
swoodward@bradley.com

Date: February 22, 2017            *Counsel for Plaintiff Atlantic Guns, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of February, 2017, the Entry of Appearance was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

/s/ T. Sky Woodward
T. Sky Woodward (Bar No. 10823)