### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.;** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**LAWRENCE HOGAN, et al.;** )<br>)<br>)<br>**Defendants.** )<br>)<br>) | Case No.: 16-cv-3311-MJG |

### ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of John Parker Sweeney as additional counsel of record for Plaintiff Atlantic Guns, Inc.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
jsweeney@bradley.com

Date: February 22, 2017         *Counsel for Plaintiff Atlantic Guns, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2017, the Entry of Appearance was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

<u>/s/ John Parker Sweeney</u>
John Parker Sweeney (Bar No. 08761)