# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.;** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | Case No.: 16-cv-3311-MJG |
| ) | |
| **v.** ) | |
| ) | |
| **LAWRENCE HOGAN, et al.;** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of James W. Porter, III as additional counsel of record for Plaintiff Atlantic Guns, Inc.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ James W. Porter, III
James W. Porter, III (Bar No. 19416)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8232
F (202) 719-8332
jporter@bradley.com

Date: February 23, 2017          *Counsel for Plaintiff Atlantic Guns, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2017, the Entry of Appearance was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

/s/ James W. Porter, III
James W. Porter, III (Bar No. 19416)