```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC.,      *
et al.
              Plaintiffs         *

         vs.                     *  CIVIL ACTION NO. MJG-16-3311

LAWRENCE HOGAN, in his capacity  *
Of GOVERNOR OF MARYLAND, et al.
                                 *
              Defendants
*     *       *      *      *       *      *      *      *      *
```

## ORDER DENYING MOTION AS MOOT

It appearing that the matter is moot by virtue of the filing of the Amended Complaint [ECF No. 13], Defendants' Motion to Dismiss the Complaint [ECF No. 8] is DENIED AS MOOT.

SO ORDERED, this Monday, February 27, 2017.

```
                           /s/
                    Marvin J. Garbis
                 United States District Judge
```