IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-MJG |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 105.9, the Defendants, Lawrence Hogan and William M. Pallozzi, through counsel, move to extend the time for filing a reply in support of defendants' motion to dismiss the plaintiffs' amended complaint. In support of their motion, the defendants state the following:

(1) The current deadline for the defendants to file their reply is Monday, March 13, 2017.

(2) Due to undersigned counsel's pressing deadlines in other cases, the defendants seek to extend the filing deadline by one week until Monday, March 20, 2017.

(3) Through counsel, the plaintiffs have consented to the relief requested in this motion.

A proposed order is attached.

                                              Respectfully submitted,

                                              BRIAN E. FROSH
                                              Attorney General of Maryland

Date: March 6, 2017            __/s/ Jennifer L. Katz_____
                                              JENNIFER L. KATZ (Bar # 28973)
                                              MATTHEW J. FADER (Fed. Bar # 29294)
                                              Assistant Attorneys General
                                              Office of the Attorney General
                                              Civil Division
                                              200 St. Paul Place, 20th Floor
                                              Baltimore, Maryland 21202
                                              (410) 576-7005; (410) 576-6955 (fax)
                                              jkatz@oag.state.md.us

                                              Attorneys for Defendants