# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., et al.,   *

    *Plaintiffs*,   *

v.   *   No. 1:16-cv-03311-MJG

LAWRENCE HOGAN, et al.   *

    *Defendants*.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Defendants motion for extension of time, it is, this 6th day of March 2017, by the United States District Court for the District of Maryland,

ORDERED that the motion is GRANTED; and

ORDERED that the reply in support of Defendants' motion to dismiss the Plaintiffs' Amended Complaint shall be filed on or before March 20, 2017.

                                                /s/
                                        Judge Marvin J. Garbis
                                        United States District Judge