```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC.,      *
et al.
              Plaintiffs         *

         vs.                     * CIVIL ACTION NO. MJG-16-3311

LAWRENCE HOGAN, in his capacity  *
Of GOVERNOR OF MARYLAND, et al.
                                 *
              Defendants

*      *      *      *      *      *      *      *      *
```

## SCHEDULING ORDER

Pursuant to the conference held with counsel on this date:

1. The Rule 26(f) conference, if not held already or otherwise arranged or eschewed by agreement of the parties, shall be held within fourteen days of the date of this Order.

2. All fact discovery shall be completed by March 30, 2018.

3. By April 2, 2018, Plaintiffs shall:

    a) Provide the identity of all expert witnesses.

    b) Provide Rule 26(a)(2) information.

    c) Provide dates within 21 days on which each expert is available for deposition so that depositions can be taken.

4. By May 1, 2018, Defendants shall:

    a) Provide the identity of all expert witnesses.

    b) Provide Rule 26(a)(2) information.

      c)    Provide dates within 21 days on which each expert is available for deposition so that depositions can be taken.

5. Any summary judgment motion shall be filed by July 13, 2018.

6. If there is no timely summary judgment motion, Plaintiff shall arrange a telephone conference to be held by July 31, 2018 to schedule further proceedings.

SO ORDERED, this Monday, September 25, 2017.

                                                    /s/  
                                          Marvin J. Garbis  
                                United States District Judge