**John P. Sweeney**
Partner
jsweeney@bradley.com
202.719.8216 direct



September 27, 2017

**BY CM/ECF**
The Honorable Marvin J. Garbis
United States District Judge
United States District Court for
the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:   *Maryland Shall Issue, Inc., et al., v. Lawrence Hogan, et al.*
             **Case 1:16-cv-03311-MJG**

Dear Judge Garbis:

      Pursuant to the Court's September 25, 2017 Scheduling Order, counsel for the parties have conferred with respect to the above-referenced cases, and submit this status report to the Court on behalf of all parties. Counsel have agreed that the parties will exchange initial disclosures on Monday, October 16, 2017, and that the parties will work together in good faith to attempt to resolve any discovery or other disputes as they arise before bringing them to the Court's attention.

                                      Respectfully submitted,

| | |
|---|---|
| Brian E. Frosh | /s/ Cary J. Hansel (with permission) |
| Attorney General | Cary J. Hansel (Bar No. 14722) |
| | 2514 N. Charles Street |
| /s/ Jennifer L. Katz (with permission) | Baltimore, MD 21218 |
| Jennifer L. Katz (Bar No. 28973) | Phone: 301-461-1040p |
| Matthew J. Fader (Bar No. 29294) | Facsimile: 443-451-8606 |
| Assistant Attorneys General | cary@hansellaw.com |
| 200 St. Paul Place, 20th Floor | |
| Baltimore, Maryland 21202 | Attorney for Plaintiffs |
| | |
| Attorneys for Defendants | /s/ John Parker Sweeney |
| | John Parker Sweeney (Bar No. 08761) |
| | T. Sky Woodward (Bar No. 10823) |
| | James W. Porter, III (Bar No. 19416) |
| | Marc A. Nardone (Bar No. 18811) |
| | Bradley Arant Boult Cummings LLP |
| | 1615 L Street N.W., Suite 1350 |
| | Washington, D.C. 20036 |
| | Phone: 202-393-7150 |
| | Facsimile: 202-347-1684 |
| | JSweeney@bradley.com |
| | |
| | Attorneys for Plaintiff Atlantic Guns, Inc. |