IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-MJG |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPEARANCE OF COUNSEL AND
## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Please enter the appearance of Robert A. Scott, Assistant Attorney General, as counsel for the defendants, Governor Lawrence J. Hogan, Jr. and Superintendent William M. Pallozzi.

Pursuant to Local Rule 101.2(b), Matthew J. Fader, Assistant Attorney General, moves for leave to withdraw as counsel for the defendants. Jennifer L. Katz has previously entered her appearance as lead counsel for the defendants (ECF No. 5). Ms. Katz and Mr. Scott will both remain as counsel for the defendants.

Respectfully Submitted,

BRIAN E. FROSH
Attorney General

      /s/
ROBERT A. SCOTT (Fed. Bar # 24613)
MATTHEW J. FADER (Fed. Bar #29294)
JENNIFER L. KATZ (Fed. Bar #28973)
Assistant Attorney General
200 St. Paul Place, 20th Floor

                                          Baltimore, Maryland 21202
                                          410-576-7005 (tel.)
                                          410-576-6955 (fax)
                                          jkatz@oag.state.md.us

Dated: October 10, 2017           Attorneys for Defendants