# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-MJG |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In consideration of the motion for leave to withdraw appearance of Matthew J. Fader as counsel for defendants, it is hereby ORDERED that the motion is GRANTED, and Matthew J. Fader's appearance as counsel for defendants is terminated as of this ___ of October, 2017.

_____
United States District Judge