IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

      Plaintiffs,   *

v.   *   No. 1:16-cv-03311-MJG

LAWRENCE HOGAN, *et al.*   *

      Defendants.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

In consideration of the motion for leave to withdraw appearance of Matthew J. Fader as counsel for defendants, it is hereby ORDERED that the motion is GRANTED, and Matthew J. Fader's appearance as counsel for defendants is terminated as of this 11th of October, 2017.

                                                      /s/
                                     United States District Judge
                                        Marvin J. Garbis