IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs,* | * | |
| v. | * | Civil Case No. 16-cv-3311-MJG |
| LAWRENCE HOGAN, *et al.*, | * | |
| *Defendants.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT MOTION TO ENTER STIPULATED CONFIDENTIALITY ORDER**

Defendants, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 104.13, and with the consent of Plaintiffs, hereby move for the entry of a stipulated confidentiality order and state as follows:

1. Plaintiffs have requested certain information in discovery that is considered to be private, personal information of individuals, most of whom are not parties to this action.

2. In order to protect this confidential information from inappropriate disclosure, the parties have agreed to the stipulated confidentiality order filed herewith.

3. Counsel for Plaintiffs have authorized the undersigned counsel for Defendants to file the instant consent motion and ask the Court to enter the attached stipulated confidentiality order.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court enter the stipulated confidentiality order filed herewith.

                                      BRIAN E. FROSH
                                      Attorney General


                                      /s/ Robert A. Scott
                                      JENNIFER L. KATZ (Fed. Bar # 28973)
                                      ROBERT A. SCOTT (Fed. Bar # 24613)
                                      Assistant Attorney General
                                      200 St. Paul Place, 20th Floor
                                      Baltimore, Maryland 21202
                                      410-576-7005 (tel.); 410-576-6955 (fax)
                                      jkatz@oag.state.md.us


Dated: December 22, 2017           Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 22nd day of December, 2017, the foregoing Consent Motion was filed via ECF and thereby served on all counsel of record.

                                                    /s/ Robert A. Scott
                                                    Robert A. Scott