# EXHIBIT 2

| | |
|---|---|
| **From:** | Katz, Jennifer |
| **To:** | Cary Hansel |
| **Cc:** | Scott, Robert; Sweeney, John P.; Woodward, Sky |
| **Subject:** | RE: Responses to discovery in MSI v. Hogan |
| **Date:** | Friday, January 12, 2018 12:58:00 PM |

Thank you, Cary.  Yes, Monday, January 22 is acceptable.

Best,
Jennifer


Jennifer Katz
Assistant Attorney General, Civil Division
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jkatz@oag.state.md.us
(410) 576-7005

Please consider the environment before printing this email

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.


**From:** Cary Hansel [mailto:Cary@hansellaw.com]
**Sent:** Friday, January 12, 2018 12:56 PM
**To:** Katz, Jennifer <jkatz@oag.state.md.us>
**Cc:** Scott, Robert <rscott@oag.state.md.us>; Sweeney, John P. <JSweeney@bradley.com>; Woodward, Sky <SWoodward@bradley.com>
**Subject:** RE: Responses to discovery in MSI v. Hogan

I believe that the additional days we have requested will allow the time necessary to appropriately answer discovery.  If I only intended on producing boilerplate objections with no substance, I wouldn't need an extension and I could have those to you this afternoon.

I believe that I can have everything to you by Monday the 22nd, which is a little earlier than my prior estimate.

Please confirm whether or not the 22nd is acceptable.  If it is not, I will file a motion seeking the

additional time.  If it acceptable, I will have appropriately substantive responses to you then.

Cary

CARY J. HANSEL
HANSEL LAW, P.C.
2514 NORTH CHARLES STREET
BALTIMORE, MARYLAND 21218
DIRECT DIAL:   301-461-1040
FACSIMILE:     443-451-8606

Statement of Confidentiality:  The contents of this e-mail message and its attachments are intended solely for the addressee(s) hereof.  In addition, this e-mail transmission may be confidential and it may be subject to legal privilege(s) protecting communications between attorneys and their clients or amongst attorneys and/or their staff.  If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate, or otherwise use this transmission and to please notify the sender immediately.

Delivery of this message to any person other than the intended recipients is not intended in any way to waive privilege or confidentiality.  If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.  Thank you.

**From:** Katz, Jennifer [mailto:jkatz@oag.state.md.us]
**Sent:** Friday, January 12, 2018 12:45 PM
**To:** Cary Hansel <Cary@hansellaw.com>
**Cc:** Scott, Robert <rscott@oag.state.md.us>; Sweeney, John P. <JSweeney@bradley.com>; Woodward, Sky <SWoodward@bradley.com>
**Subject:** RE: Responses to discovery in MSI v. Hogan

Cary,

As a general rule, we are amenable to reasonable extensions of time, which was why we agreed to Plaintiffs' request for an additional 30 days to respond to our discovery.  At this point, your clients have had 2 1/2 months to respond.  Given the rapidly approaching discovery deadline of March 30, we are concerned that further extensions will prejudice defendants ability to complete discovery prior to expiration of the discovery deadline.  This concern is heightened by the fact that we received boilerplate objections and virtually no substantive information in response to most our discovery requests to Atlantic Guns.   If your clients are intending to take the same approach, we need to know that now as opposed to January 25.

Best,
Jennifer

Jennifer Katz
Assistant Attorney General, Civil Division
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jkatz@oag.state.md.us
(410) 576-7005

Please consider the environment before printing this email

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

**From:** Cary Hansel [mailto:Cary@hansellaw.com]
**Sent:** Thursday, January 11, 2018 7:10 PM
**To:** Katz, Jennifer <jkatz@oag.state.md.us>
**Cc:** Scott, Robert <rscott@oag.state.md.us>; Sweeney, John P. <JSweeney@bradley.com>; Woodward, Sky <SWoodward@bradley.com>
**Subject:** RE: Responses to discovery in MSI v. Hogan

Thank you for the reminder, Jennifer.

As you know, the holidays have intervened between the service of your requests and now and the judge just signed the confidentiality order, pursuant to which certain of our responses will be produced, on January 3.

Under the circumstances, are you able to consent to our providing responses on January 25th?

Best regards,

Cary


CARY J. HANSEL
HANSEL LAW, PC
2514 NORTH CHARLES STREET
BALTIMORE, MARYLAND 21218
DIRECT DIAL:   301-461-1040
FACSIMILE:     443-451-8606

Statement of Confidentiality:  The contents of this e-mail message and its attachments are intended solely for the addressee(s) hereof.  In addition, this e-mail transmission may be confidential and it may be subject to legal privilege(s) protecting communications between attorneys and their clients or amongst attorneys and/or their staff.  If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate, or otherwise use this transmission and to please notify the sender immediately.
Delivery of this message to any person other than the intended recipients is not intended in any way to waive privilege or confidentiality.  If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.  Thank you.

**From:** Katz, Jennifer [mailto:jkatz@oag.state.md.us]
**Sent:** Tuesday, January 9, 2018 3:12 PM
**To:** Cary Hansel <Cary@hansellaw.com>
**Cc:** Scott, Robert <rscott@oag.state.md.us>; Sweeney, John P. <JSweeney@bradley.com>; Woodward, Sky <SWoodward@bradley.com>
**Subject:** Responses to discovery in MSI v. Hogan

Cary,

The responses to discovery served on your clients in this case are overdue.  Please serve them as soon as possible and no later than this Friday, January 12, 2018.

Best,
Jennifer

Jennifer Katz
Assistant Attorney General, Civil Division
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jkatz@oag.state.md.us
(410) 576-7005

Please consider the environment before printing this email

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.