# EXHIBIT 3

| | |
|---|---|
| **From:** | Katz, Jennifer |
| **To:** | Cary Hansel |
| **Cc:** | Scott, Robert; Sweeney, John P.; Woodward, Sky |
| **Subject:** | RE: Responses to discovery in MSI v. Hogan |
| **Date:** | Monday, January 22, 2018 5:04:22 PM |

Cary,

We consent to the added time, but are concerned that the delays will prejudice our ability to finish discovery on time. We may need to move for an extension of the schedule, given that we served our requests nearly three months ago.

Jennifer Katz
Assistant Attorney General
(410) 576-7005

On Jan 22, 2018 3:19 PM, Cary Hansel <Cary@hansellaw.com> wrote:

> Jennifer, this process is taking longer than I expected.
>
> I will get what I can to you today, but I expect to need until at least the 25th as I initially requested in order to provide our complete responses.
>
> Please let me know if this is agreeable.  If not, I will file a motion seeking this relief, but I am hoping to avoid that as it will only take time away from working on your responses.
>
> Best regards,
>
> Cary
>
> CARY J. HANSEL
>
> HANSEL LAW, PC
>
> 2514 NORTH CHARLES STREET
>
> BALTIMORE, MARYLAND 21218
>
> DIRECT DIAL:    301-461-1040
>
> FACSIMILE:    443-451-8606