# EXHIBIT 4

| | |
|---|---|
| **From:** | Katz, Jennifer |
| **To:** | "Cary Hansel" |
| **Cc:** | Scott, Robert; Sweeney, John P.; Woodward, Sky |
| **Subject:** | RE: Responses to discovery in MSI v. Hogan |
| **Date:** | Tuesday, January 30, 2018 11:45:00 AM |

Cary,

Via email, I have received the following:
Plaintiff MSI's Answers to Interrogatories and Responses to Requests for Production of Documents;
Plaintiff Vizas' incomplete Answers to Interrogatories (the PDF you sent is missing pages) and Responses to Requests for Production of Documents;
Plaintiff Miller's Answers to Interrogatories and Responses to Requests for Production of Documents;
Plaintiff Sliviera's Responses to Requests for Production of Documents.

You have yet to provide any discovery responses for Plaintiff Christine Bunch, or the Answers to Interrogatories served on Plaintiff Sliviera. I expect to receive these by the end of the day, in addition to the complete Answers to Interrogatories for Plaintiff Vizas.

Best,
Jennifer

Jennifer Katz
Assistant Attorney General, Civil Division
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jkatz@oag.state.md.us
(410) 576-7005

Please consider the environment before printing this email

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

**From:** Cary Hansel [mailto:Cary@hansellaw.com]
**Sent:** Friday, January 26, 2018 5:25 PM
**To:** Katz, Jennifer <jkatz@oag.state.md.us>
**Cc:** Scott, Robert <rscott@oag.state.md.us>; Sweeney, John P. <JSweeney@bradley.com>; Woodward, Sky <SWoodward@bradley.com>