# EXHIBIT 5

| | |
|---|---|
| **From:** | Cary Hansel |
| **To:** | Katz, Jennifer |
| **Cc:** | Sweeney, John P.; Porter, Jay; Nardone, Marc; swoodward@bradley.com; Scott, Robert |
| **Subject:** | RE: Answers to Interrogatories |
| **Date:** | Thursday, February 1, 2018 11:11:19 AM |

Thank you.  I'll be pleased to discuss outstanding discovery during tomorrow's telephone call.
Best regards,
Cary

On Feb 1, 2018 11:01 AM, "Katz, Jennifer" <jkatz@oag.state.md.us> wrote:

Thank you, Cary.  We find this to be an acceptable compromise.

However, we do not agree to wait an additional 14 days to receive the initial responses from Plaintiffs Bunch and Sliveira.  We still have failed to receive the answers to interrogatories from either of these plaintiffs.  Nor have I received Plaintiff Bunch's responses to the requests for production of documents.  You stated that your office would check in with Ms. Bunch and Ms. Sliveira earlier this week.  Please provide these responses promptly.

Best,
Jennifer

Jennifer Katz
Assistant Attorney General, Civil Division
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jkatz@oag.state.md.us
(410) 576-7005

Please consider the environment before printing this email

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

**From:** Cary Hansel [mailto:Cary@hansellaw.com]
**Sent:** Thursday, February 1, 2018 10:52 AM
**To:** Katz, Jennifer <jkatz@oag.state.md.us>
**Cc:** Sweeney, John P. <JSweeney@bradley.com>; Porter, Jay <jporter@bradley.com>; swoodward@bradley.com; Nardone, Marc <mnardone@bradley.com>; Scott, Robert