# EXHIBIT 6

| | |
|---|---|
| **From:** | Katz, Jennifer |
| **To:** | "Cary Hansel" |
| **Cc:** | Sweeney, John P.; Porter, Jay; Nardone, Marc; swoodward@bradley.com; Scott, Robert |
| **Subject:** | RE: Answers to Interrogatories |
| **Date:** | Friday, February 2, 2018 4:51:00 PM |

Cary,

Given that you were not able to join today's call, we still need an answer as to when your clients' can be expected to comply with discovery.  Let's get that nailed down on Monday so that the defendants are not forced to file a motion to compel their compliance or for sanctions.

Best,
Jennifer

Jennifer Katz
Assistant Attorney General, Civil Division
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jkatz@oag.state.md.us
(410) 576-7005

Please consider the environment before printing this email

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

---

**From:** Cary Hansel [mailto:Cary@hansellaw.com]
**Sent:** Thursday, February 1, 2018 11:11 AM
**To:** Katz, Jennifer <jkatz@oag.state.md.us>
**Cc:** Sweeney, John P. <JSweeney@bradley.com>; Porter, Jay <jporter@bradley.com>; Nardone, Marc <mnardone@bradley.com>; swoodward@bradley.com; Scott, Robert <rscott@oag.state.md.us>
**Subject:** RE: Answers to Interrogatories

Thank you.  I'll be pleased to discuss outstanding discovery during tomorrow's telephone call.
Best regards,
Cary

| | |
|---|---|
| **From:** | Katz, Jennifer |
| **To:** | "Cary Hansel"; "Sweeney, John P."; "swoodward@bradley.com"; "Nardone, Marc"; "Porter, Jay" |
| **Cc:** | Scott, Robert |
| **Subject:** | RE: Deposition of plaintiffs |
| **Date:** | Tuesday, February 6, 2018 12:38:00 PM |

Cary,

We are holding the dates of Feb. 27, 28 and March 2 to depose your clients.  Can we confirm any of these dates yet?

Also, we are still waiting for discovery responses from plaintiffs Bunch and Sliveira.  We have heard nothing from you on this matter for several days now.  Do you have an update for us?

Best,
Jennifer

Jennifer Katz
Assistant Attorney General, Civil Division
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
jkatz@oag.state.md.us
(410) 576-7005

Please consider the environment before printing this email

LEGAL DISCLAIMER - The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

**From:** Katz, Jennifer
**Sent:** Wednesday, January 31, 2018 4:04 PM
**To:** Cary Hansel <Cary@hansellaw.com>; Sweeney, John P. <JSweeney@bradley.com>; swoodward@bradley.com; Nardone, Marc <mnardone@bradley.com>; Porter, Jay <jporter@bradley.com>
**Cc:** Scott, Robert <rscott@oag.state.md.us>
**Subject:** RE: Deposition of plaintiffs

Cary,