IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,  *

 *Plaintiffs,*  *

 v.  *  Civil Case No. 16-cv-311-MJG

LAWRENCE HOGAN, *et al.*,  *

 *Defendants.*  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

It is, this _____ day of _____ 2018, by the United States District Court for the District of Maryland:

ORDERED that the defendants' motion for sanctions for failure to respond to discovery in GRANTED; and it is further

ORDERED that all claims of Plaintiffs Bunch and Sliveira in this action are DISMISSED with prejudice.

_____
United States District Judge