IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,    *

   *Plaintiffs,*    *

   v.    *    Civil Case No. 16-cv-311-MJG

LAWRENCE HOGAN, *et al.*,    *

   *Defendants.*    *

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

It is, this _____ day of _____ 2018, by the United States District Court for the District of Maryland:

ORDERED that the defendants' motion for sanctions for failure to respond to discovery in GRANTED; and it is further

ORDERED that Plaintiffs Bunch and Sliveira are prohibited from introducing any evidence in support of their allegations in the Second Amended Complaint in any proceeding before this Court in this matter; and it is further

ORDERED that Plaintiffs Bunch and Sliveira shall provide responses, without any objections, to the defendants' outstanding discovery, and to produce all documents requested thereby, within 5 business days of this Order

 

_____
United States District Judge