IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*

    *Plaintiffs*

v.

LAWRENCE HOGAN, *et al.*

    *Defendants*

## JOINT LINE

Plaintiffs Ana Silveira and Christine Bunch hereby dismiss their claims with prejudice, with each party to bear its or her own costs. This line has no effect on any other parties or claims in the case, which should continue.

.

Respectfully submitted,

| | |
|---|---|
| HANSEL LAW, PC | Assistant Attorney General |
|        /s/ |        /s/ |
| Cary J. Hansel (Bar No. 14722) | Jennifer L. Katz (Bar No. 28973) |
| 2514 N. Charles Street | Robert A. Scott (Bar No. 24613) |
| Baltimore, Maryland 21218 | 200 St. Paul Place, 20th Floor |
| Tel: 301-461-1040 | Baltimore, MD 21202 |
| | Tel: 410-576-7005 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February, 2018, this Joint Line was served, via electronic delivery to all counsel via CM/ECF system which will forward copies to Counsel of Record.

_____/s/_____
Cary J. Hansel (Bar No. 14722)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC.<br>for itself and its members,<br>    1332 Cape St. Claire Rd #342<br>    Annapolis, MD 21409<br><br>ATLANTIC GUNS, INC.<br>    944 Bonifant Street<br>    Silver Spring, MD 20910<br><br>ANA SLIVEIRA<br>    44512 Gray Wolf Street<br>    California, MD 20619<br><br>DEBORAH KAY MILLER<br>    297 Aston Forest Lane<br>    Crownsville, MD 21032-1605<br><br>SUSAN BRANCATO VIZAS<br>    8002 Bull Rush Court<br>    Frederick, Maryland 21701-1508<br><br>CHRISTINE BUNCH<br>    6322 Jacob's Ct.<br>    Eldersburg, MD 21784,<br><br>Plaintiffs<br><br>    v.<br><br>LAWRENCE HOGAN, in his capacity of<br>GOVERNOR OF MARYLAND<br>    100 State Circle<br>    Annapolis, MD 21401<br><br>and<br><br>WILLIAM M. PALLOZZI, in his capacity of<br>SUPERINTENDENT, MARYLAND<br>STATE POLICE<br>    1201 Reisterstown Road<br>    Pikesville, Maryland 21208,<br><br>Defendants | Case # 16-cv-3311-MJG |

## **ORDER**

Upon consideration of the Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment, and the Plaintiff's opposition thereto, it is this _____ day of _____, 2017, by the United States District Court for the District of Maryland,

**ORDERED** that the Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment is hereby **DENIED as MOOT.**

_____
Judge, United States District Court for the
District of Maryland