IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC.
for itself and its members,
     1332 Cape St. Claire Rd #342
     Annapolis, MD 21409

ATLANTIC GUNS, INC.
     944 Bonifant Street
     Silver Spring, MD 20910

ANA SLIVEIRA
     44512 Gray Wolf Street
     California, MD 20619

DEBORAH KAY MILLER
     297 Aston Forest Lane
     Crownsville, MD 21032-1605

SUSAN BRANCATO VIZAS
     8002 Bull Rush Court
     Frederick, Maryland 21701-1508

CHRISTINE BUNCH
     6322 Jacob's Ct.
     Eldersburg, MD 21784,

Plaintiffs

     v.

LAWRENCE HOGAN, in his capacity of
GOVERNOR OF MARYLAND
     100 State Circle
     Annapolis, MD 21401

and

WILLIAM M. PALLOZZI, in his capacity of
SUPERINTENDENT, MARYLAND
STATE POLICE
     1201 Reisterstown Road
     Pikesville, Maryland 21208,

Defendants

Case # 16-cv-3311-MJG

## ORDER

Upon consideration of the Defendant's Motion to Dismiss, or, in the Alternative, for

Summary Judgment, and the Plaintiff's opposition thereto, it is this 20th day of February,
2018
2017 by the United States District Court for the District of Maryland,

**ORDERED** that the Defendant's Motion to Dismiss, or, in the Alternative, for Summary

Judgment is hereby **DENIED as MOOT.**

/s/
_____
Judge, United States District Court for the
District of Maryland
Marvin J. Garbis

4