


Case 1:16-cv-03311-ELH   Document 52   Filed 03/22/18   Page 1 of 2

Case 1:16-cv-03311-MJG   Document 51-1   Filed 03/22/18   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Case No. 16-cv-3311-MJG |
| LAWRENCE HOGAN, *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

## ORDER

UPON CONSIDERATION of the Consent Motion for Amendment of Scheduling Order filed by Defendants, Governor Lawrence J. Hogan and Superintendent of Maryland State Police William M. Pallozzi sued in their official capacity (the "Consent Motion"), it is this 22nd day of March, 2018 hereby

ORDERED that the Consent Motion is granted; and it is further

ORDERED that the Scheduling Order entered in this case on September 25, 2017 is hereby amended as follows:

| | |
|---|---|
| April 13, 2018 | Deadline to complete previously noticed depositions. |
| April 16, 2018 | Deadline for Plaintiffs to identify expert witnesses, provide Rule 26(a)(2) information and provide dates within 21 days on which each expert is available for deposition so that depositions can be taken. |
| May 15, 2018 | Deadline for Defendants to identify expert witnesses, provide Rule 26(a)(2) information and provide dates within 21 days on which each expert is available for deposition so that depositions can be taken. |

July 27, 2018           Deadline to file summary judgment motions.

August 14, 2018         Deadline for Plaintiff to arrange telephone conference to schedule further proceedings if no timely summary judgment motion is filed.

/s/
_____
Hon. Marvin J. Garbis,
United States District Judge

2