IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs,* | * | |
| v. | * | Civil Case No. 16-cv-3311-MJG |
| LAWRENCE HOGAN, *et al.*, | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Consent Motion to Extend the Deadline for Defendants to Make Their Expert Disclosures filed by Defendants, Governor Lawrence J. Hogan and Superintendent of Maryland State Police William M. Pallozzi sued in their official capacity (the "Consent Motion"), it is this ____ day of May, 2018 hereby

ORDERED that the Consent Motion is granted; and it is further

ORDERED that the deadline for defendants to make their Rule 26 (a) (2) expert disclosures is extended until May 25, 2018.

_____
Hon. Marvin J. Garbis,
United States District Judge