# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

   *Plaintiffs,*   *

v.   *   Civil Case No. 16-cv-3311-MJG

LAWRENCE HOGAN, *et al.,*   *

   *Defendants.*   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION TO EXTEND TIME
## TO FILE SUMMARY JUDGMENT MOTIONS

Defendants, Governor Lawrence J. Hogan and Superintendent of Maryland State Police William M. Pallozzi, sued in their official capacity ("Defendants"), by their attorneys and with the consent of plaintiffs, hereby move for an order extending the deadlines to file summary judgment motions and state as follows:

1. On September 25, 2017, this Court entered a Scheduling Order in this case. (Doc. No. 36)

2. On March 22, 2018, Defendants filed a consent motion to amend the scheduling order to extend the deadlines for the completion of discovery and other pre-trial matters by two weeks, which the Court granted. (Doc. No. 52)

3. Pursuant to the Amended Scheduling Order, summary judgment motions are due July 27, 2018. (Doc. No. 52).

4. Both Defendants and plaintiffs intend to file motions for summary judgment.

5. Pursuant to Local Rule 105.2(c), counsel have conferred and agreed that Defendants will file their motion for summary judgment first.

6. Due to the obligations of Defendants' counsel in other cases, as well as pre-planned vacations, counsel have agreed to the following briefing schedule:

| | |
|---|---|
| Defendants' Summary Judgment Motion: | August 17, 2018 |
| Plaintiffs' Opposition/Cross-motion: | September 21, 2018 |
| Defendants' Opposition/Reply | October 19, 2018 |
| Plaintiffs' Reply | November 5, 2018 |

WHEREFORE, Defendants respectfully request that the Court enter the attached proposed order setting deadlines for briefing the parties' motions for summary judgment.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

*/s/ Robert A. Scott*

_____
JENNIFER L. KATZ (Fed. Bar No. 28973)
ROBERT A. SCOTT (Fed. Bar. No. 24613)
Assistant Attorneys General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
rscott@oag.state.md.us
(410) 576-7055
(410) 576-6955 (facsimile)

June 26, 2018

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2018, a copy of the foregoing Consent Motion was filed via ECF and thereby served on all counsel of record.

                                        */s/ Robert A. Scott*
                                        Robert A. Scott