IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

    *Plaintiffs,*   *

v.   *   Civil Case No. 16-cv-3311-MJG

LAWRENCE HOGAN, *et al.*,   *

    *Defendants.*   *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Consent Motion to Extend Time to File Summary Judgment Motions filed by Defendants, Governor Lawrence J. Hogan and Superintendent of Maryland State Police William M. Pallozzi sued in their official capacity (the "Consent Motion"), it is this 27 day of June, 2018 hereby

ORDERED that the Consent Motion is granted; and it is further

ORDERED that the deadlines for briefing the parties' summary judgment motions shall be as follows:

| | |
|---|---|
| Defendants' Summary Judgment Motion: | August 17, 2018 |
| Plaintiffs' Opposition/Cross-motion: | September 21, 2018 |
| Defendants' Opposition/Reply | October 19, 2018 |
| Plaintiffs' Reply | November 5, 2018 |

/s/
Hon. ~~Marvin J. Garbis~~ James K. Bredar
United States District Judge