# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

    *Plaintiffs*,   *

v.   *   No. 1:16-cv-03311-ELH

LAWRENCE HOGAN, *et al.*   *

    *Defendants*.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying memorandum, defendants Governor Lawrence J. Hogan, Jr. and Superintendent of State Police Colonel William M. Pallozzi, both sued in their official capacities, move for summary judgment on all counts of the amended complaint, pursuant to Federal Rule of Civil Procedure 56. A proposed order is attached.

                            Respectfully Submitted,

                            BRIAN E. FROSH
                            Attorney General

                            /s/ Jennifer L. Katz
                            JENNIFER L. KATZ (Fed. Bar #28973)
                            ROBERT A. SCOTT (Fed. Bar #24613)
                            Assistant Attorneys General
                            200 St. Paul Place, 20th Floor
                            Baltimore, Maryland 21202
                            410-576-7005 (tel.); 410-576-6955 (fax)
                            jkatz@oag.state.md.us

Dated: August 17, 2018               Attorneys for Defendants