# EXHIBIT 13

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3    MARYLAND SHALL ISSUE, INC.,    :
 4    et al.                         :
 5                    Plaintiffs,:
 6       v.                         : Civil Case No.
 7    LAWRENCE HOGAN, et al.         : 16-cv-3311-MJG
 8                    Defendants.:
 9                    ----------
10         CONTAINS CONFIDENTIAL INFORMATION
11            Deposition of JOHN MATTHEW CLARK
12                  Baltimore, Maryland
13                Tuesday, March 27, 2018
14                       9:05 a.m.
15
16
17
18
19
20    Job No.:  179483
21    Pages:  1 - 33
22    Reported By:  Dawn M. Hart, RPR/RMR/CRR
```

```
1        A    Yes.
2        Q    Do you own any firearms?
3        A    Yes.
4        Q    How many?
5        A    One.
6        Q    What type?
7        A    Handgun.
8        Q    What type of handgun?
9        A    9-millimeter.
10       Q    When did you get it?
11       A    September 2013.
12       Q    Does anybody else in the home own any
13  firearms?
14       A    No.
15       Q    Do you have an HQ -- do you know what an HQL
16  is?
17       A    Yes.
18       Q    Do you have one?
19       A    No.
20       Q    And the 9-millimeter gun that you have, how
21  is that stored?
22       A    A lockbox.
```

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018                                14

```
1         Q     How often do you use it?
2         A     Just occasionally, to punch holes in paper.
3    Target practice.
4         Q     Okay.  Got you.
5               Do you go to a range for that?
6         A     Yes.
7         Q     Which range?
8         A     Hap Baker in Carroll County.
9         Q     How far is that from your house?
10        A     Maybe two miles.
11        Q     Have you ever owned any other firearms?
12        A     No.
13        Q     How much did you pay for the gun?
14        A     Maybe 400 and change.
15        Q     Did you buy it new?
16        A     Yes.
17        Q     You have been identified in some discovery
18   responses in this case as someone who has been
19   deterred from purchasing a handgun by the requirements
20   of obtaining an HQL.  Are you aware of that?
21        A     Yes.
22        Q     Okay.  What is your understanding of what
```

```
 1   you would need to do to obtain an HQL?
 2        A    See if I can remember.  I'm exempt from the
 3   training because I previously owned a firearm, a
 4   handgun, if I remember right.  I would have to find
 5   some place to have fingerprints taken, and pay, I
 6   believe it's a 75-dollar fee to the State, and I think
 7   that's it.
 8        Q    And these requirements have deterred you
 9   from purchasing a handgun?
10        A    Yes.
11        Q    What other handgun do you want to buy?
12        A    I want to get -- mine's a small conceal
13   carry.  I wanted a larger, more comfortable to hold.
14        Q    And why do you want this larger gun?
15        A    Just more comfortable.
16        Q    Do you have a particular type of handgun in
17   mind that you want to purchase?
18        A    Another 9-millimeter.
19        Q    And have you shopped for that?
20        A    No.
21        Q    Do you know how much it would cost?
22        A    Probably about the same, four to 500.
```

1      Q   Have you done any research to determine
2  where you could have your fingerprints taken if you
3  decided to apply for an HQL?
4      A   I did when it -- when the requirement first
5  came out.  The place I would have used was Carroll
6  County Sheriff's Office.  The new Sheriff dropped the
7  program.
8      Q   When you say you did the research when the
9  requirement first came out, are you saying in 2013?
10     A   Yes.
11     Q   So that would have been what time of the
12 year in 2013?  After you bought the gun that you have
13 now, or before?
14     A   After the law officially -- actually, it
15 would have been 2014 because it was after it became
16 law.
17     Q   And was there anything in particular that
18 prompted you to want to get this larger handgun at
19 that time?
20     A   When I bought the first one, I was beating
21 the clock for all the laws that were being enacted and
22 it was slim pickings so I didn't really have time to

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018                          17

```
1   really choose the one that I wanted.
2        Q    And do you keep the gun for any other
3   purpose other than target practice?
4        A    Home defense.
5        Q    Anything else?
6        A    No.
7        Q    You don't use it to hunt?
8        A    No.
9        Q    So other than -- well, when you found out
10  that -- how did you find out that the Sheriff in
11  Carroll County was no longer offering fingerprinting
12  services?
13       A    It was a bulletin on their website.
14       Q    Have you ever been fingerprinted before?
15       A    Yes.
16       Q    For what purpose?
17       A    Job at -- with the -- as a Defense
18  contractor.
19       Q    When was that?
20       A    1996, 1997.
21       Q    Is that the only time you've been
22  fingerprinted?
```

```
1        A    I was fingerprinted once as a kid with some,
2   you know, I don't know what you call it.  It was in a
3   school, like with the child protection kidnaping
4   thing.
5        Q    Okay.  Any other times?
6        A    No.
7        Q    So once you found out that the Sheriff in
8   Carroll County was no longer offering fingerprinting
9   services, did you do any other research to determine
10  where you could get your fingerprints taken for an
11  HQL?
12       A    Just some very light research.
13       Q    What did you do?
14       A    Checked the forum messages at
15  Marylandshooters.com to see who else was looking in my
16  area.
17       Q    And did you -- is that a website?
18       A    Yes.
19       Q    And did you find out about any other
20  fingerprinting services that you could use to get an
21  HQL?
22       A    There were some.  I don't recall finding any
```

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018

19

1   in Carroll County, but there were others around with
2   varying fees.
3       Q    What were the fees, do you remember?
4       A    I think some were as high as 150.
5       Q    What was the low?
6       A    Seventy-five, I think.
7       Q    Did any of these places that offered
8   fingerprinting services for HQL licenses tell you that
9   you had to do the fingerprinting only during business
10   hours, Monday through Friday?
11       A    No, I did not go that far.
12       Q    So you don't know whether or not you could
13   have it done on a weekend or in the evenings; is that
14   correct?
15       A    Correct.
16       Q    Did you ever go on the Maryland State Police
17   website to look -- to research additional places where
18   you could have your fingerprints taken for an HQL
19   application?
20       A    I did once.
21       Q    And what was the result of that?
22       A    I honestly don't remember.  Their website

CONFIDENTIAL

Transcript of John Matthew Clark
Conducted on March 27, 2018                    20

```
1   was not the easiest to navigate.
2        Q    And what year was it that you looked at the
3   MSP website?
4        A    2014.
5        Q    Have you done any research since 2014 to
6   find out where you could have your fingerprints taken
7   for an HQL license?
8        A    No.
9        Q    What specifically about the HQL laws has
10  deterred you from purchasing a handgun?
11       A    Its existence.
12       Q    What about -- I mean what -- when you say
13  its existence, are there specific aspects of the law
14  that have deterred you?
15       A    I believe it to be unconstitutional.
16       Q    I understand that.  I'm asking you what
17  about the law has deterred you from purchasing a
18  handgun.
19            MR. HANSEL:  Objection.  Asked and answered.
20       A    I -- well, I can't purchase one without the
21  HQL, and I have to go and spend extra money to get the
22  HQL.
```

```
1        Q    So it's the money that's deterred you, the
2   cost?
3             MR. HANSEL:  Objection.
4        A    And the principle.
5        Q    When you say the principle, what do you
6   mean?
7        A    That I believe it to be unconstitutional.
8        Q    All right.  So the fact that you believe
9   it's unconstitutional has deterred you, the cost has
10  deterred you.  Is there anything else that's deterred
11  you from getting the HQL?
12       A    No.
13       Q    How did you learn that you needed an HQL to
14  purchase a handgun in Maryland?
15       A    The Marylandshooters.com website.
16       Q    And what is your -- so you told me that the
17  fingerprinting would cost, based on your research,
18  between 75 and $150, right?
19       A    Yes.
20       Q    And you said you believed that the HQL fee
21  that you have to pay to the State is $75, correct?
22       A    Correct.
```

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018                                    22

```
1         Q    Are there any other costs associated -- that
2    you believe are associated with obtaining an HQL?
3         A    Only -- I believe there is a renewal fee
4    every five years, I think.
5         Q    And how much is that?
6         A    I'm not sure.  I know it's less than -- I
7    believe it's less than 75.
8         Q    Are there any other costs that you believe
9    you have to pay to get or keep an HQL other than the
10   fingerprinting, the fee paid to the State and the
11   renewal fee?
12        A    For me personally, no.
13        Q    And you believe you're exempt from the
14   training requirement; is that right?
15        A    Yes.
16        Q    How did you learn that?
17        A    It was one of the exemptions listed on the
18   MSP website.
19        Q    Have you ever called anybody at MSP and
20   talked to them about an HQL application or the
21   requirements for an HQL permit?
22        A    No.
```

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018                    23

```
1         Q    Have you ever begun an HQL application?
2         A    No.
3         Q    Have you done any research to determine how
4    long it would take you to get your fingerprints done
5    for an HQL application?
6         A    No.
7         Q    So sitting here today, you don't know how
8    long that would take; is that correct?
9         A    I mean I could guess that it would be --
10             MR. HANSEL:  Don't guess.  Just answer.
11   He's asking if you know one way or the other.
12        A    No, I do not know.
13        Q    How often do you go to the shooting range
14   for target practice?
15        A    It varies.  Usually at least once a month.
16        Q    Have you ever been the victim of criminal
17   violence?
18        A    No.
19        Q    Has anybody in your family ever been the
20   victim of criminal violence?
21        A    Yes.
22        Q    Who?
```