# EXHIBIT 14

```
 1                 IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF MARYLAND
 3   MARYLAND SHALL ISSUE, INC.,    :
 4   et al.                         :
 5               Plaintiffs,:
 6      v.                          : Civil Case No.
 7   LAWRENCE HOGAN, et al.         : 16-cv-3311-MJG
 8               Defendants.:
 9               ----------
10            CONTAINS CONFIDENTIAL INFORMATION
11              Deposition of DANA J. HOFFMAN
12                   Baltimore, Maryland
13                 Tuesday, March 27, 2018
14                       11:40 a.m.
15
16
17
18
19
20   Job No.:  179483
21   Pages:  1 - 46
22   Reported By:  Dawn M. Hart, RPR/RMR/CRR
```

```
1        Q    Were they found guilty?
2        A    I believe they were.  I only went to the
3   preliminary -- I'm not sure what you call it.
4   Before -- before they actually went to court.  What do
5   you call that?
6        Q    Arraignment?
7        A    No.
8        Q    Preliminary hearing?  Did you go to court?
9        A    I went to court, yes.
10       Q    One time?
11       A    Yes.
12       Q    Other than that hit-and-run, which you said
13  was in --
14       A    '77.
15       Q    -- 1977, have you ever been a victim of
16  criminal violence, other than that?
17       A    Physical you mean?
18       Q    Correct.
19       A    No, I don't think so.
20       Q    What type of handgun do you want to
21  purchase?
22       A    I haven't decided yet.
```

```
 1        Q    Have you done any shopping for handguns?
 2        A    Well, I went to that gun show.  I do most of
 3   my research online.
 4        Q    Have you looked at any websites to shop for
 5   guns?
 6        A    No.  I usually go on YouTube and look at
 7   what people have to say about them.
 8        Q    Where was this gun show that you went to?
 9        A    Chantilly, Virginia.
10        Q    And when was that?
11        A    It was last fall.
12        Q    2017?
13        A    Yes.
14        Q    Is that the first time you'd ever been to a
15   gun show?
16        A    Yes.
17        Q    And what prompted you to go?
18        A    I wanted to look at guns.
19        Q    Other than that gun show, have you been to
20   any others?
21        A    No.
22        Q    What type of guns did you look at when you
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                           22

```
1    were there?
2         A    Pistols.
3         Q    Did you have a price range in mind of how
4    much you want to spend on this handgun?
5         A    No.  It's more important to me that it fit
6    my hand.  I'm small.
7         Q    Have you ever fired a handgun?
8         A    Yes.
9         Q    Have you fired one since you left Iowa?
10        A    No.
11        Q    So the last time would have been in the
12   1960s?
13        A    (Nodding head.)
14        Q    Is that right?
15        A    Yes.
16        Q    What is your understanding of what would be
17   required for you to obtain a handgun qualification
18   license?
19        A    Well, here's where comes the problem.
20   Because I have hyperacusis, I can't go to a class and
21   be in a room with a bunch of other people learning
22   about gun safety, and I also can't go to a firing
```

CONFIDENTIAL

Transcript of Dana J. Hoffman
Conducted on March 27, 2018                23

```
 1   range and fire a gun.
 2        Q    I'm sorry, what is the condition called that
 3   you have?
 4        A    Hyperacusis.  A-C-U -- oh, here (handing).
 5        Q    Thank you.
 6             MR. SCOTT:  We'll have this marked as 68.
 7        Q    Is this a copy, or do you --
 8        A    It's a copy.
 9             (Exhibit 68 was marked for identification
10   and was retained by Mr. Scott.)
11        Q    So the letter that you handed me is a letter
12   from a doctor named William Gray at the University of
13   Maryland describing the condition of hyperacusis as an
14   intolerance to loud sounds?
15        A    Well, it's not just to loud sound.  It's
16   just sound.
17             MR. HANSEL:  Can I take a look at the
18   letter, counsel?
19             MR. SCOTT:  Yeah.  I just want to finish
20   reading it.
21        A    And you'll notice it says severe
22   hyperacusis.
```

1    Q    It says that exposure to loud sounds cause
2    severe discomfort and even pain; is that correct?
3    A    It is and isn't.  It doesn't take a loud
4    sound.  If you were talking louder than you are, I
5    wouldn't be able to be in the room with you.
6    Q    So let's go back to my question, which is
7    what's your understanding of what you would have to do
8    in order to obtain a Handgun Qualification License?
9    A    My understanding is that I would have to go
10   to class -- to a class and be in a room with other
11   people, that I would have to go to a firing range and
12   fire at least 20 bullets, and that -- there may be
13   something else that I'm not remembering, but that's in
14   my mind right now.
15   Q    Okay.  And you believe that going to the
16   class would be problematic for you because of your
17   medical condition?
18   A    Yes.
19   Q    Have you done any research to determine
20   whether or not the training can be given outside of a
21   classroom setting?
22   A    I have spoken to a young man who is in the

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                              25

```
 1   business of training people about handguns, and if I
 2   could afford him, and if he had time and so forth, he
 3   might be able to do that one-on-one, but that would be
 4   an extreme favor because he does classes.
 5            He exists.  I don't know that he would do
 6   it, but that's a possibility.  I still would have to
 7   fire a gun 20 times.
 8       Q    Right.  We'll get into that.  But just
 9   sticking with the training for now, what is this
10   person's name that you have spoken to about
11   potentially doing the training one-on-one?
12       A    Actually I can't remember his name right
13   now.  I'd have to look it up.
14       Q    Okay.  Where would you go to look up his
15   name?
16       A    In my notes at home.
17       Q    How did you find this person?
18       A    I was looking for classes and he came up in
19   a list of people who give classes in Maryland.
20       Q    Where were you looking?
21       A    I don't -- I actually don't remember.  Maybe
22   on the web.
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018
26

1  Q    You're not sure?
2  A    I'm not sure.
3  Q    Other than speaking to this gentleman who
4  might be able to do the testing -- well, before we --
5  before I ask you that, you said it would be more
6  expensive.  Did he tell you how much it would cost?
7  A    No, but I'm sure if he was going to do
8  one-to-one --
9  Q    But you don't know for sure?
10 A    Well, I don't know the price, no.
11 Q    All right.  Do you know how much the
12 classroom training costs for an HQL?
13 A    No, I don't know.
14 Q    Other than speaking to this one person, have
15 you done any other research to see if there's anybody
16 else who could give you training one-on-one?
17 A    No, I haven't.
18 Q    Have you done any research to determine
19 whether there's any accreditation that could be made
20 other than one-on-one so that you could complete the
21 training without having to go to a class?
22 A    A little bit in that I've checked into

1   firing ranges, and not a specific firing range, but
2   people who go to firing ranges, and they say even if I
3   had my ear gear on, my earplugs in and everything
4   else, even if I had a silencer, there would be people
5   near me firing and I wouldn't be able to do that.
6       Q    Right.  I understand what you're talking
7   about with respect to the range, but I'm just asking
8   right now about the training, the actual classroom
9   instruction.  Have you done any research to determine
10  whether there's any other people other than this one
11  gentleman that you spoke to who would be able to
12  provide an accreditation so that you could get the
13  training without having to go to a class?
14      A    The only things that I came up with were
15  classes.
16      Q    Have you talked to anybody at the Maryland
17  State Police about your concerns about having to go to
18  a class for the training?
19      A    No.
20      Q    Have you talked to anybody else about your
21  concerns about having to go to a class to get the HQL
22  training other than the one gentleman that you

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                     28

```
1  referred to earlier?
2       A    I've talked to a lot of my friends about it,
3  but no, not anybody -- not a teacher, not an
4  instructor, not a policeman, not -- no.
5       Q    And with respect to the live fire
6  requirement, it's your understanding that you would
7  have to fire 20 bullets; is that correct?
8       A    That's my understanding.
9       Q    And what's your source of that
10 understanding?
11      A    A gentleman that I talked to whose name I
12 can't remember.
13      Q    The gentleman who provides the one-on-one
14 training?
15      A    Yes.  And a couple of other people have told
16 me that.
17      Q    Do you know who they are?
18      A    Well, just friends have told me that to get
19 their license they had to fire 20 bullets.
20      Q    Do you know their names?
21      A    Yes.  One of them's name is, if I remember
22 his last name -- we call him just by his nickname,
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018

32

```
1        A    I don't.  I -- somewhere in my memory
2    there's something about $250, but I'm not sure about
3    that.
4        Q    Do you have an understanding of how much it
5    would cost for you to get a Handgun Qualification
6    License?
7        A    No.
8        Q    Do you contend that the fees associated with
9    obtaining the Handgun Qualification License are a
10   financial hardship for you?
11       A    No.
12       Q    What is it about -- well, other than what
13   you've already told me, which is your health, your
14   medical condition which makes it difficult for you to
15   hear loud noises and go to class and fire at a firing
16   range, is there anything else that has deterred you
17   from obtaining a Handgun Qualification License?
18       A    No.  In fact several years ago I did -- I
19   took the test, I got a little license thing, but in
20   2013 that became defunct and no longer of value, so
21   then I was not able to purchase a gun.
22       Q    So you got some sort of license prior to
```

1       A     There was some other step I had to take.  I
2    don't remember what it was.
3       Q     But sitting here right now you don't know
4    which agency of the State of Maryland issued you this
5    certificate that you just described?
6       A     I really can't remember, and I don't have
7    the little thing with me because it's irrelevant.
8       Q     Where was this written test, where was it
9    given to you?
10      A     I think I took it online.
11      Q     Do you have a computer in your home?
12      A     Yes.
13      Q     Do you have access to the internet?
14      A     Yes.
15      Q     Do you have a credit or debit card?
16      A     Yes.
17      Q     Maryland driver's license?
18      A     Yes.
19      Q     Do you have access to a scanner?
20      A     My printer does scanning.  I'm not real good
21   at it, but yes.
22      Q     Do you live alone?

1       A    Yes.
2       Q    How did you first learn that you needed a
3  Handgun Qualification License to purchase a handgun in
4  Maryland?
5       A    I don't know when I first learned that.  I
6  became aware of it when I was at the gun show and they
7  were -- and I was talking to people about.  I showed
8  them my little thing and they said, well, that's no
9  good anymore.  And I said, well then, what do I have
10 to do?  And they said this, this, this, and this.
11      Q    And when you said -- and what you just said,
12 when you said the little thing, you were referring to
13 the certificate that you described before --
14      A    That little -- yes.
15      Q    -- that you got for taking the written test?
16      A    Yes.
17      Q    I had marked as Exhibit 67 a copy of the
18 subpoena for today's deposition, and that had asked
19 you to bring some documents with you today.
20      A    Yes, uh-huh.
21      Q    Did you do that?
22      A    I did.

CONFIDENTIAL

Transcript of Dana J. Hoffman
Conducted on March 27, 2018

40

```
 1        A    Yes.
 2        Q    So when you come into the building, there's
 3   somebody there that you have to get by in order to get
 4   up to the residences; is that correct?
 5        A    You have to sign in.
 6        Q    And do they have to buzz you in?
 7        A    Yes.
 8        Q    And if you're coming there from outside, you
 9   need to tell the person at the security desk who
10   you're there to see?
11        A    No.  That used to be the case, but now all
12   you have to do is sign in the time and where you're
13   going.  And they don't check it, so you could lie.  I
14   mean it -- it's there.  What true function it serves,
15   I don't really know.
16        Q    Have you ever taken any -- other than the
17   written test that you told me about earlier, have you
18   ever taken any firearms training?
19        A    No.
20             And just for the record, I hope to be able
21   to buy a gun that I never want to shoot.
22        Q    Do you know how long the training is that
```

```
 1   you would need to take in order to get a Handgun
 2   Qualification License?
 3        A    No.  I think it's just a few sessions.  I --
 4   but -- (shrugging shoulders), but I'm not sure about
 5   that.
 6        Q    You don't.  Have you done any research to
 7   determine how long the training is?
 8        A    Well, other than calling that individual
 9   whose name I can't remember about attending one of his
10   classes.  But then when I found out there were like 25
11   people in the class and it was all the way to
12   Westminster, Maryland or someplace, it was -- that
13   just like became not doable for me.
14        Q    This was the one -- the one training that
15   you investigated?
16        A    Yes.
17        Q    All right.  My question is have you done any
18   research to determine how many hours of training you
19   would need to take in order to get an HQL?
20        A    I probably knew that at one point, but I
21   don't know it now.
22        Q    So sitting here today you don't know?
```

CONFIDENTIAL

Transcript of Dana J. Hoffman
Conducted on March 27, 2018                                 42

1       A    No.
2       Q    Now, when I asked you about the reasons that
3  you wanted to purchase a handgun you talked about
4  these instances that had occurred in public where you
5  were threatened.  Is there any other reason why you
6  want to purchase a handgun?
7       A    Yes.  My family has property in West
8  Virginia and I go there frequently.  I go there alone.
9  I am -- travel from Maryland, through Virginia, into
10 West Virginia, and I'm alone.  I have a 21-year-old
11 car which has never broken down yet.  I really
12 wouldn't want to be out in the middle of nowhere on a
13 mountaintop in a wheelchair at 75 years of age,
14 female, without a way to protect myself.
15      Q    Is it your understanding that you would need
16 a license in West Virginia to carry a handgun there?
17      A    No.  The laws are different there.  And if I
18 had the -- my understanding is if I had the license
19 here, I could come into West Virginia with it and it
20 would be honored.
21      Q    And that would be a carry permit, correct?
22      A    Yes.  Or I think they also have a thing

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                                    43

```
 1   where if you -- if you don't have a carry permit in
 2   West Virginia -- Virginia -- West Virginia, if you --
 3   you can lay a gun on your seat and then it's not
 4   concealed and it's legal.
 5        Q    That's in West Virginia?
 6        A    Yes.
 7        Q    Not in Maryland?
 8        A    Right.
 9             So if I had the permit from Maryland, I can
10   drive through Virginia and into West Virginia and
11   still be legal.
12        Q    But in order to drive around in Maryland
13   with a gun it's your understanding that you would need
14   a carry permit, correct?
15        A    Yes.
16        Q    Have you ever applied for a carry permit in
17   Maryland?
18        A    No.
19        Q    Have you ever applied for an HQL?
20        A    No.
21             MR. SCOTT:  Let's go off the record for one
22   second.
```