# EXHIBIT 22

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3
 4     -------------------------------x
       MARYLAND SHALL ISSUE, INC.,
 5
       et al.,
 6
                        Plaintiffs,
 7
        v.                                    Civil Case No.
 8
       LAWRENCE HOGAN, et al.,                16-cv-3311-MJG
 9
                        Defendants.
10     -------------------------------x
11
12
13                 Deposition of GARY KLECK
14                    Baltimore, Maryland
15                      May 18, 2018
16                       10:02 a.m.
17
18
19
20     Job No.:  190812
21     Pages:  1 - 52
22     Transcribed by:  Bobbi J. Fisher, RPR
```

```
1       A.   Yes.
2       Q.   Do you have a carry permit?
3       A.   No.
4       Q.   All right.  Why don't we take a short
5  break.
6            (A brief recess was taken.)
7  BY MR. SCOTT:
8       Q.   Are you aware of whether the
9  fingerprinting required by Maryland's HQL law --
10 the fingerprinting of applicants for an HQL enables
11 law enforcement to become aware when an HQL permit
12 holder becomes ineligible to possess a handgun?
13      A.   No.
14      Q.   Would you agree that the ability to
15 identify an HQL permit holder became disqualified
16 from possessing a handgun subsequent to receiving a
17 permit has potential public safety benefits?
18      A.   Yes.
19           MR. SCOTT:  I don't have any other
20 questions.
21           MR. SWEENEY:  All right.  We'll read and
22 sign.
```