# EXHIBIT 23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,     *

    *Plaintiffs,*     *

v.     *     Civil Case No. 16-cv-3311-ELH

LAWRENCE HOGAN, *et al.*,     *

    *Defendants.*     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF ANGELA MAGGITTI

I, Angela Maggitti, under penalty of perjury, declare and state:

1.     I am a paralegal in the Office of the Attorney General of Maryland. I am over the age of 18 and am competent to testify, upon personal knowledge, to the matters stated below.

2.     Attached as Exhibit 3 to Defendants' Memorandum in Support of Motion for Summary Judgment is a true and correct copy of Testimony of Daniel W. Webster in Support of H.B. 294.

3.     Attached as Exhibit 4 to Defendants' Memorandum in Support of Motion for Summary Judgment is a true and correct copy of U.S. General Accounting Office, *Firearms Purchased from Federal Firearm Licensees Using Bogus Identification*, GAO–01–427 (2001).

4.     Attached as Exhibit 5 to Defendants' Memorandum in Support of Motion for Summary Judgment is a true and correct copy of Testimony of James W. Johnson (Mar. 1, 2013).

5. Attached as Exhibit 6 to Defendants' Memorandum in Support of Motion for Summary Judgment is a true and correct copy of Testimony of Anthony W. Batts (Feb. 6, 2013).

6. Attached as Exhibit 18 to Defendants' Memorandum in Support of Motion for Summary Judgment is a true and correct copy of Justin George, *Gun sales spike amid talk of restrictions*, Baltimore Sun (Dec. 21, 2012).

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 8/16/18

Angela Maggitti