
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-ELH |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of defendants' motion for summary judgment and any opposition thereto, it is this _____ day of _____ 2018, by the United States District Court for the District of Maryland:

ORDERED that defendants' motion for summary judgment is GRANTED; and it is further

ORDERED that the Clerk is directed to enter judgment in favor of defendants on all counts of the amended complaint.

_____
Ellen Lipton Hollander
United States District Judge