# Appendix of Historical Authority

## American laws in the 18th and early 20th centuries

1778 N.J. Sess. Laws 42 ................................................................................ Add. 001

1779 Vt. Sess. Laws 57 ................................................................................ Add. 016

1782 Del. Sess. Laws 3 ................................................................................ Add. 026

Statutes at Large of Pennsylvania from 1682 to 1801, Vol. 11, at 93-94 ............ Add. 042

The Colonial Records of the State of Georgia, Vol. 19, Part 2, at 350-51 .......... Add. 045

1786 N.C. Sess. Laws 407 ............................................................................ Add. 048

1786 N.Y. Sess. Laws 220 ............................................................................ Add. 060

1791 S.C. Sess. Laws 16 ............................................................................... Add. 068

Militia Act of 1792 ...................................................................................... Add. 070

1792 Conn. Sess. Laws 423 .......................................................................... Add. 075

1792 N.H. Sess. Laws 441 ............................................................................ Add. 083

1793 Mass. Acts 172 .................................................................................... Add. 094

1794 R.I. Sess. Laws 14 ............................................................................... Add. 116

26 Del. Laws 28 (1911) ............................................................................... Add. 128

1911 N.Y. Laws 442 .................................................................................... Add. 130

1913 N.Y. Laws 1627 .................................................................................. Add. 134

1913 Or. Laws 497 ...................................................................................... Add. 138

1918 Mont. Laws 6 ...................................................................................... Add. 142

30 Del. Laws 55 (1919) ............................................................................... Add. 143

1919 Haw. Sess. Laws 166 ........................................................................... Add. 145

1919 N.C. Sess. Laws 397 ............................................................................ Add. 147

i

1921 Mo. Laws 691 ................................................................ Add. 150

1923 Ark. Acts 379 ............................................................... Add. 153

1923 Cal. Stat. 695 ............................................................... Add. 155

1923 Conn. Pub. Acts 3707 ................................................... Add. 163

1923 N.D. Laws 379 ............................................................. Add. 167

1923 N.H. Laws 138 ............................................................. Add. 172

1925 Ind. Acts 495 ............................................................... Add. 176

1925 Mich. Pub. Acts 473 ..................................................... Add. 183

1925 Or. Laws 468 ............................................................... Add. 187

1927 Mass. Acts 413 ............................................................. Add. 195

1927 Mich. Pub. Acts 887 ..................................................... Add. 199

1927 N.J. Laws 742 .............................................................. Add. 206

1931 N.Y. Laws 2391 ........................................................... Add. 214

1931 Pa. Laws 497 ............................................................... Add. 220

1931 Tex. Gen. Laws 447 ...................................................... Add. 226

1935 S.D. Sess. Laws 355 ...................................................... Add. 228

1935 Wash. Sess. Laws 599 ................................................... Add. 232

1936 Ala. Laws 51 ............................................................... Add. 238

**Journal Articles**

Charles V. Imlay, *The Uniform Firearms Act*, 12 A.B.A. J. 767 (1926) ............. Add. 242

*Sportsmen Fight Sullivan Law*, 23 J. Criminology 665 (1932) ........................... Add. 245

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 3 of 256

Continuance.  22. AND IT IS HEREBY FURTHER ENACTED, That this Act shall continue in Force to the End of the next Sitting of the Legislature, and no longer.

*Passed at* Trenton, April 4, 1778.

## C H A P.  XXI.

### An ACT *for granting a Bounty upon Wool, Flax and Hemp, raised and sold within the State of* New-Jersey.

Preamble.  **WHEREAS** increasing the Quantity of Wool, Flax and Hemp in this State, may be of singular Advantage to the Inhabitants thereof.

Bounty.  *Sect. 1.* BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That from and after the Publication of this Act, any Person raising and selling, within this State, either Wool, Flax or Hemp, shall be entitled to receive from the Publick, as a Bounty on the same, the Sum of *One Shilling* per Pound for good merchantable Sheeps Wool; *Nine-pence* per Pound for good clean well dressed Flax; and *Four-pence* per Pound for like Hemp, so raised and sold by any Person residing within this State, to any Inhabitant of the same; which Bounty shall be paid to any Person who shall raise and sell any of the aforesaid Articles, over and above the Quantity sufficient for his or her Family's Use, upon his or her producing a Receipt for the same from the Purchaser, specifying the Seller's Name, the exact Weight of the Article sold, with the Time and Place of Sale; the Truth of which Receipt shall be attested on Oath or Affirmation, before any Justice of the Peace of the County in which he resides; and being exhibited to the Treasurer of the State, he is hereby authorized and directed to pay all such Sums of Money as shall be expressed in all Receipts so taken, attested and exhibited; and the same shall be his sufficient Voucher for the Payment of so much out of the State Treasury.

Continuance.  2. AND BE IT FURTHER ENACTED *by the Authority aforesaid,* That this Act shall continue and be in Force for two Years after the Pulication hereof, and from thence to the End of the next Sitting of General Assembly, and no longer.

*Passed at* Princeton, April 14, 1778.

## C H A P.  XXII.

### An ACT *for the Regulating, Training and Arraying of the Militia.*

Preamble.  **WHEREAS** a well ordered and well disciplined Militia is at all Times necessary to the Safety and Preservation of the State, and more especially when the Invasion and Hostilities of a powerful Fleet and Army

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 4 of 256

Army call for every vigorous Means of Defence: AND WHEREAS the Laws now in Force for the Regulation and Government of the Militia are in many Refpects ineffectual, and, from their Number and Diverfity, difficult to be comprehended and executed ;

*Sect.* 1. BE IT THEREFORE ENACTED *by the Council and General Affembly of this State, and it is hereby Enacted by the Authority of the fame,* That from and after the Publication hereof, the Militia of this State fhall be divided into two Brigades, as follows, *to wit*, The Militia of the Counties of *Middlefex, Somerfet, Effex, Bergen, Morris* and *Suffex,* fhall form one Brigade.   And the Militia of the Counties of *Hunterdon, Burlington, Monmouth, Gloucefter, Salem, Cumberland* and *Cape-May,* fhall form the other Brigade.

*Militia to be divided into two Brigades.*

2. AND BE IT ENACTED, That each Brigade fhall be commanded by a Brigadier or Colonel-Commandant, who fhall be empowered to appoint a Major of Brigade.

*By whom commanded,*

3. AND BE IT ENACTED, That each Regiment or Battalion fhall be officered with a Colonel, a Lieutenant-Colonel and a Major ;  and alfo with an Adjutant, a Quarter-Mafter, and, when Circumftances will admit, a Chaplain and a Surgeon ;  which regimental Staff-Officers fhall be appointed by the Field-Officers, or a Majority of them ;  PROVIDED ALWAYS, That where two Majors have been heretofore appointed and commiffioned in any Regiment or Battalion, both fhall be continued ; but Vacancies happening in the Office of fecond Major, fhall not henceforward be fupplied.

*And how officered.*

4. AND BE IT ENACTED, That each Company of the Militia fhall be officered with a Captain, a Lieutenant and an Enfign, and alfo provided with any Number not exceeding four Serjeants and four Corporals, to be elected by the Companies refpectively ;  and the Commiffion Officers of each Company fhall appoint for the fame a Drummer and a Fifer : PROVIDED ALWAYS, That where two Lieutenants have been heretofore appointed and commiffioned in any Company, both fhall be continued ; but Vacancies happening in the Office of fecond Lieutenant, fhall not henceforward be fupplied.

*Companies, how officered.*

5. AND BE IT ENACTED *by the Authority aforefaid,* That the faid General, Field and other Commiffion Officers and Staff-Officers refpectively, fhall be commiffioned by the Governor or Commander in Chief for the Time being, upon due Certification of their Election or Appointment from thofe who elect or appoint them refpectively, or by their Order ;  and the Non-commiffion Officers of Companies fhall act under Warrants or Certificates from the Captains or commanding Officers of the Companies to which they feverally belong.

*Officers, by whom commiffioned, &c.*

6. AND BE IT ENACTED *by the Authority aforefaid,* That each and every Officer, duly elected and commiffioned, fhall, within two Weeks after receiving his Commiffion, repair to fome Juftice of the Peace, or other Perfon duly authorized by *Dedimus Poteftatem* to adminifter the Oaths of Abjuration and Allegiance, as prefcribed in an Act, intitled, *An Act for the Security of the Government of* New-Jerfey, paffed the nineteenth Day of *September,* One Thoufand Seven Hundred and Seventy-

*And to take the Oaths.*

Add. 002

fix, and there take and subscribe the said Oaths in due Form, a Certificate of which such Justice, or other Person authorized as aforesaid, shall give to the Officer taking the Oaths, who shall transmit it to the Clerk of the Peace of the County, to be entered in a Roll kept for that Purpose. And if any Officer shall neglect to apply and take and subscribe the said Oaths within the Term above limited, he shall, for such Default, forfeit

and pay the Sum of *Six Pounds*, to be recovered before any Justice of the Peace of the County wherein such Officer may reside, by any Person who shall sue for the same, one Moiety to the Prosecutor, and the other to the Justice, to be by him paid to the Collector of the County, for the Use of the State; and shall moreover be disqualified and rendered incapable of executing his Office; and his Place shall be supplied by a new Election.

7. AND BE IT ENACTED, That in every Case where a Vacancy or Vacancies shall happen, by Death, Resignation or otherwise, of any Commission Officer or Officers of any Company, the Captain or commanding Officer of such Company shall, within thirty Days thereafter, call a Meeting of the same; and the Officers and Privates who shall meet at the Time and Place appointed, shall nominate a Clerk to manage the Election, and certify the same when made; and shall, by Plurality of Voices, elect such Officer or Officers as may be wanting. And if the Captain or commanding Officer shall neglect or refuse to give Orders for assembling the Company as aforesaid, he shall forfeit for such Offence *Six Pounds*, to be recovered and applied as aforesaid. And if the Company, on due Notice given, shall neglect to assemble and elect as aforesaid, the Field-Officers of the Regiment or Battalion, or a Majority of them, shall appoint the Officer or Officers necessary to supply the Vacancy or Vacancies in the same, or annex the said Company to any adjacent Company or Companies in the Regiment or Battalion, as they

may think proper: PROVIDED ALWAYS, That where no Commission Officer shall remain in any Company, the nearest Field-Officer of the Regiment or Battalion shall give the Orders for assembling the Company as aforesaid.

8. AND BE IT ENACTED, That all Vacancies happening in the Non-commission Officers of any Company, shall be supplied as often as necessary by such Company, when assembled for Training; and if the Company refuse to elect such Non-commission Officers, they shall be appointed by the Commission Officers of the Company, or any two of them; and if any Person shall refuse to serve as a Serjeant, Corporal, Drummer or Fifer, when duly elected or appointed for that Effect, he shall be fined the Sum of *Three Pounds*, to be recovered and applied as aforesaid: PROVIDED ALWAYS, *and it is hereby Enacted*, That no Person shall be fined more than once in the Space of a Year for refusing to serve in any Office to which he may be elected or appointed.

9. AND BE IT ENACTED *by the Authority aforesaid*, That the Captain or commanding Officer of each Company shall keep a true and perfect List or Roll of all effective Men between the Ages of sixteen and fifty Years residing within the Bounds of such Company: PROVIDED ALWAYS, That the Delegates representing this State in the Congress of the United States, the Members of the Legislative-Council and General Assembly, the Judges and Justices of the Supreme and Inferior Courts, the Judge of the Court of Admiralty, the Attorney-General, the Secre-

## WILLIAM LIVINGSTON, Efquire, Governor. 45

tary, the Treafurer, the Clerks of the Council and General Affembly, the Clerks of the Courts of Record, the Governor's private Secretary, Minifters of the Gofpel of every Denomination, the Prefidents, Profeffors and Tutors of Colleges, Sheriffs and Coroners, one Conftable for each Townfhip, to be felected by the Court of Quarter-Seffions of the County, two Ferrymen for each publick Ferry on the *Delaware*, below the Falls at *Trenton*, and one for every other publick Ferry in this State, and Slaves, fhall not be borne upon any fuch Lift or Roll, or be liable to military Duty.

10. AND BE IT ENACTED, That the Captain or commanding Officer of each Company fhall make Return of the Commiffion and Non-commiffion Officers and Privates of his Company, and of the State of their Arms, Accoutrements and Ammunition, in the Months of *March* and *October* every Year, to the Colonel or commanding Officer of the Regiment or Battalion to which fuch Company may belong, under Penalty of *Three Pounds* for each Default ; and the Colonel or commanding Officer of each Regiment or Battalion fhall make Return of his Regiment or Battalion, and of the State of their Arms, Accoutrements and Ammunition, in the Months of *April* and *November* every Year, to the Brigadier or Colonel-Commandant of the Brigade to which fuch Regiment or Battalion may belong, under Penalty of *Six Pounds* for each Default ; and the Brigadier or Colonel-Commandant of each Brigade fhall make Return of his Brigade in the Months of *May* and *December* every Year, to the Commander in Chief of the State, under Penalty of *Ten Pounds* for each Default ; which feveral Penalties fhall be recovered from the Officer whofe Duty it is to make the Return, by a Juftice of the Peace of the County where the Offender may refide, at the Inftance of the Officer to whom the Return is in any Cafe directed to be made, and paid to the Collector of the County where recovered, for the Ufe of the State. *Returns to be made.*

11. AND BE IT ENACTED, That every Perfon enrolled fhall conftantly keep himfelf furnifhed with a good Mufket, well fitted with a Bayonet, Steel Ramrod and Worm, a Cartridge-box, twenty-three Rounds of Cartridges fized to his Mufket, a Priming-wire, Brufh and twelve Flints, a Knapfack and Canteen, under the Forfeiture of *Six Shillings* for the Want of a Mufket, and *One Shilling* for the Want of any of the other Articles whenever called out to Training or Service, to be recovered and applied as herein after is directed : PROVIDED ALWAYS, That if any Perfon be furnifhed as aforefaid, with a good Rifle Gun, the Apparatus neceffary for the fame, and a Tomahawk, it fhall be accepted in Lieu of a Mufket and the Bayonet, and other Articles belonging thereto. *How to be equipped.* *Provifo.*

12. AND BE IT ENACTED, That each Perfon enrolled fhall alfo keep at his Place of Abode one Pound of good merchantable Gun-Powder and three Pounds of Ball, fized to his Mufket or Rifle ; and for Want of either, fhall forfeit the Sum of *Three Shillings*, to be recovered and applied as herein after is directed : PROVIDED ALWAYS, *and it is hereby Enacted*, That if any Perfon enrolled fhall, by a Majority of the Commiffion Officers of the Company to which he may belong, be deemed and adjudged unable to purchafe the Arms, Accoutrements and Ammunition above fpecified, he fhall be exempted from Forfeiture for any Deficiency therein, until he can procure them, or they are provided for him. *And provided.* *Provifo.*

**Examination of Arms, &c.**

13. AND BE IT FURTHER ENACTED, That the Captain or commanding Officer of each Company fhall, once in every four Months, order a Serjeant to call at the Place of Abode of each Perfon enrolled as aforefaid, for the Purpofe of examining the State of his Arms, Accoutrements and Ammunition; of which the faid Serjeant fhall make exact Report to the Officer iffuing the Orders; and if any Captain or commanding Officer of any Company fhall neglect his Duty in this Refpect, **Penalty for Neglect.** he fhall forfeit and pay the Sum of *Six Pounds* for each Offence, to be recovered and applied as herein after is directed; and if any Serjeant fhall neglect his Duty in this Refpect, he fhall forfeit and pay for each Offence the Sum of *Forty Shillings,* to be recovered and applied as herein after is directed.

**Time of Meeting, and Fines for Omiffion.**

14. AND BE IT ENACTED *by the Authority aforefaid,* That each Company fhall affemble, properly armed and accoutred, not later than one o'Clock in the Afternoon of the firft *Monday* in the Months of *April, May, June, September, October, November* and *December* every Year, at fuch Place as the Captain or commanding Officer of the Company fhall appoint; and there fpend the Remainder of the Day in Training and Exercife; and that the Penalty, in cafe of Abfence, fhall be as follows: On a Captain, *Thirty Shillings;* on a Lieutenant or Enfign, *Twenty Shillings;* on a Non-commiffion Officer or Private any Sum not under *Seven Shillings and Six-pence,* nor above *Fifteen Shillings,* and in due Proportion for attending later than the Hour above limited.

**Two Field-Days in a Year.**

15. AND BE IT ENACTED, That each Regiment or Battalion fhall affemble, properly armed and accoutred, twice in the Year, at fuch Times and Place or Places as the Field-Officers, or a Majority of them, fhall direct for the Purpofe of Training and Exercife; and that the Penalty, in **Penalty for Abfence.** cafe of Abfence, fhall be as follows: On a Colonel, *Five Pounds;* on a Lieutenant-Colonel, *Four Pounds;* on a Major, *Three Pounds;* on a Captain or any Staff-Officer, *Forty Shillings;* on a Lieutenant or Enfign, *Thirty Shillings;* on a Non-commiffion Officer or Private, any Sum not lefs than *Ten Shillings,* nor more than *Twenty Shillings,* and in due Proportion for attending later than the Hour fpecified in the Order for **Provifo.** meeting: PROVIDED ALWAYS, That if the local Situation of the Companies compofing any Regiment or Battalion be fuch as may render it inconvenient to affemble the Whole at the fame Time and Place, it fhall and may be lawful for the Field-Officers, or a Majority of them, to affemble fuch Regiment or Battalion by Parts, at different Times and in different Places, each Part being affembled twice in a Year.

**Mifbehaviour on Duty, Penalty therefor.**

16. AND BE IT ENACTED, That if any Field or other Commiffion Officer or Staff-Officer, at any regimental Review or monthly Training, or on any other Occafion when the Regiment, Battalion or Company to which he may belong, or in which he holds Command, is paraded in Arms, fhall mifbehave or demean himfelf in an unofficer-like Manner, he fhall, for fuch Offence, be cafhiered or punifhed by Fine, at the Difcretion of a General or Regimental Court-Martial, as the Cafe may require, in any Sum not exceeding *Ten Pounds;* and if any Non-commiffion Officer or Private fhall, on any Occafion of parading the Company to which he belongs, appear with his Arms and Accoutrements in an unfit Condition, or be found drunk, or fhall difobey Orders, or ufe any reproachful or abufive Language to his Officers, or any of them, or fhall quarrel him-

felf, or promote any Quarrel among his Fellow-Soldiers, he fhall be punifhed by Fine in any Sum not under *Four Shillings*, nor exceeding *Fifteen Shillings*, or be difarmed and put under Guard by Order of the commanding Officer prefent, until the Company is difmiffed.

17. AND BE IT FURTHER ENACTED, That if the Colonel or commanding Officer of any Regiment or Battalion fhall, on any Occafion when it may be neceffary, negledt or refufe to give Orders for affembling his Regiment or Battalion at the Direction of the Brigadier or Colonel-Commandant of the Brigade, he fhall be cafhiered or punifhed by Fine at the Difcretion of a General Court-Martial, not exceeding *Fifty Pounds*, to be recovered and applied as herein after is directed ; and if the Captain or commanding Officer of any Company fhall, on any Occafion where it may be neceffary, negledt or refufe to give Orders for affembling his Company at the Direction of the Colonel or commanding Officer of the Regiment or Battalion to which fuch Company may belong, he fhall be cafhiered or punifhed by Fine at the Difcretion of a Regimental Court-Martial, not exceeding *Fifteen Pounds*, to be recovered and applied as herein after is directed ; and if any Serjeant or Corporal fhall negledt or refufe to warn the Company to which he may belong, on any Occafion when it may be neceffary, agreeably to the Orders of the Captain or commanding Officer thereof, he fhall be fubjedt to a Fine of any Sum not exceeding *Three Pounds*, to be recovered and applied as herein after is directed.

*Penalty on Officers neglecting to affemble the Militia.*

18. AND BE IT ENACTED, That the Captain or commanding Officer of each Company fhall at all Times keep a true Lift of his Company, divided into eight Parts or Claffes, as nearly equal as poffible, and reckoned from one to eight numerically ; a Copy of which he fhall tranfmit to the Colonel or commanding Officer of the Regiment or Battalion on every Occafion of making a Return of the Company as aforefaid, under Penalty of the like Fine or Forfeiture for Non-Performance : PROVIDED ALWAYS, That the Artillery Companies fhall be excepted from this Regulation.

*Lifts to be kept, &c.*

*Provifo.*

19. AND BE IT ENACTED by *the Authority aforefaid*, That it fhall and may be lawful for the Governor or Commander in Chief for the Time being, with the Confent of the Legiflature, when fitting, and during their Recefs, with the Advice and Confent of the Privy Council, on Requifition of the Congrefs of the United States, or upon Application of the Commander in Chief of the Army of the United States, or of any General Officer commanding a Divifion or Detachment thereof, or of the executive Power of any of the adjoining States, or on other fimilar Emergency, to order into actual Service in any of the faid adjoining States, fuch and fo many Claffes of the Militia as may be neceffary, not exceeding four at any one Time, to be drawn alike from the feveral Companies of fuch Regiments or Battalions as are to furnifh the Detachment, and officered accordingly. And in cafe any Difficulty arife in officering fuch Detachment, the Brigadier or Colonel-Commandant of each Brigade fhall determine the Tour of Duty of the Regimental Officers ; the Colonel or commanding Officer of each Regiment or Battalion fhall determine the Tour of Duty of the Commiffion Officers of the Companies ; and that the Captain or commanding Officer of each Com-

*Who empowered to call out the Militia,*

*And determine the Tour of Duty.*

N                                            pany

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 9 of 256

pany fhall determine the Tour of Duty of the Non-commiffion Officers of his Company.

**Four Claffes may be kept out by Re-liefs.**

20. AND BE IT ENACTED, That it fhall and may be lawful for the Governor or Commander in Chief for the Time being, with the Advice and Confent of the Privy Council, to call out, ftation and continue by Reliefs, as a Defence to the State within the fame, fuch and fo many Claffes as may at any Time be neceffary, not exceeding four, to be arrayed and officered as aforefaid.

**The Whole may be called in cafe of fud-den Invafion.**

21. AND BE IT FURTHER ENACTED, That it fhall and may be lawful for the Governor or Commander in Chief for the Time being, in cafe of fudden Invafion, Infurrection, Sedition or Alarm, to call out and array the whole of the Militia, or fuch and fo many entire Regiments or Battalions, fituated near to the Place where the Force is required, as he may think neceffary to repel the Invafion, and reftore the Peace of the State.

**When Offi-cers may act without Or-ders.**

22. AND BE IT ENACTED, That it fhall and may be lawful for the Captain or commanding Officer of any Company, and he is hereby required and commanded to affemble his Company in every fuch Cafe, and oppofe the Invaders or Infurgents, without waiting for Orders from the Colonel or commanding Officer of the Regiment or Battalion to which fuch Company may belong ; and for the Colonel or commanding Officer of each Regiment or Battalion to affemble his Regiment or Battalion for the fame Purpofe, without waiting for Orders from his fu-

**Provifo.**

perior Officer : PROVIDED ALWAYS, That every Officer fo acting without Orders, fhall make Report of his Proceedings in due Form, as foon as poffible.

**Term of Ser-vice.**

23. AND BE IT ENACTED, That when not more than half the Militia is called out and embodied, no Detachment fhall be continued in Service more than one Month at the fame Time.

**Officers, &c. refufing to ferve in their Tour, how punifhed.**

24. AND BE IT ENACTED, That if any Field or other Commiffion Officer or Staff-Officer fhall neglect or refufe to ferve in his proper Tour, when a Part only of the Militia is called, or to march immediately with his Regiment, Battalion or Company when the Whole are called, he fhall, for each Default, be tried by a General or Regimental Court-Martial, as the Cafe may require ; and if convicted, fhall be cafhiered and rendered incapable of holding any military Office for the Space of one Year, or fhall be punifhed by Fine, not under *Ten Pounds*, nor above *Fifty Pounds* ; and if any Non-commiffion Officer or Private fhall neglect or refufe to ferve in his Tour, or within the Space of one Day after Notice given find a fufficient Subftitute to ferve in his Stead, to be approved by the Captain or commanding Officer of the Company, or fhall neglect or refufe to render perfonal Service when the Whole of the Militia are called, he fhall, for each Default, be fined not lefs than *Five Pounds*, nor above *Fifty Pounds*.

**Fines, by whom affeff-ed.**

25. AND BE IT ENACTED *by the Authority aforefaid*, That all Fines and Forfeitures herein before declared and impofed, for the Affeffment, Recovery or Application of which no fpecial Provifion is made, fhall be affeffed by the military Officers, and recovered and applied in Manner herein

herein after directed ; and all military Officers impowered to affefs Fines
and Forfeitures, are alfo impowered to judge of and admit reafonable
Excufes in Difcharge of the Whole or a Part thereof, always having ftrict
Regard to the Rank, Condition and Eftate of the Offender or Delinquent,
and the Circumftances of the Offence.

26. AND BE IT ENACTED *by the Authority aforefaid,* That the Co- <span style="float:right">Excufes, who to decide upon them.</span>
lonel or commanding Officer of each Regiment or Battalion fhall hear
and decide upon the Reafons affigned by any other Field-Officer thereof
for military Default punifhable by Fine ; provided fuch Reafons be offer-
ed within ten Days ; and the Field-Officers of each Regiment or Battali-
on, or a Majority of them, fhall meet at fome convenient Time, not ex-
ceeding fifteen Days after any regimental Training or Review, or after
any Call of the Whole or a Part of fuch Regiment or Battalion into
actual Service, if it may be neceffary ; of the Time and Place of which
Meeting Notice fhall be conveyed by Direction of the Colonel or com-
manding Officer to all concerned ; and fhall then and there hear and
decide upon the Excufes of the Captains or commanding Officers of
Companies and Staff-Officers.  And the Captain or commanding Of-
ficer of each Company fhall hear and determine upon the Reafons offer-
ed by any Subaltern Officer thereof, for military Default punifhable by
Fine ; provided fuch Reafons be offered within ten Days ; and the Com-
miffion Officers of each Company, or a Majority of them, fhall meet at
fome convenient Time, not exceeding fifteen Days after any Training of
the Company, or any Call of a Part or the Whole thereof into actual Ser-
vice ; of the Time and Place of which Meeting due and feafonable Notice
fhall be given by Advertifement, ten Days before fuch Meeting, or other-
wife, as the Captain or commanding Officer may think beft,  and fhall
then and there hear and decide upon the Excufes of the Non-commiffion
Officers and Privates.

27. AND BE IT ENACTED, That the Colonel or commanding Of- <span style="float:right">Lifts of Offi- cers incurring Fines, &c. to be made, &c.</span>
ficer of each Regiment or Battalion fhall, within twenty Days after any
Training, or Call of the Whole or a Part thereof into Service, make out
or caufe to be made out a Lift for the Diftrict of each Company of fuch
Field-Officers, Captains, or commanding Officers of Companies, and
Staff-Officers, refiding within the Bounds thereof, as have incurred any
Fine or Forfeiture, and remain liable to the Payment thereof, and for the
Recovery of which no fpecial Provifion is herein made, with the Fine or
Forfeiture annexed to each Name, which he fhall tranfmit to fome Juf-
tice of the Peace alfo refiding within the Bounds of fuch Company, or to
fome Juftice of the fame County neareft thereto ; who, on Receipt there-
of, fhall iffue his Warrant to the neareft Conftable of the County, for the
levying of the faid Fines and Forfeitures, with Cofts ; which, when re-
covered, fhall be paid to the Collector of the County, for the Ufe of the
State.

28. AND BE IT FURTHER ENACTED, That the Captain or com- <span style="float:right">Subalterns and Privates.</span>
manding Officer of each Company fhall, within twenty Days after any
Training of fuch Company, or Regimental Review, or after any Call of
the Whole or a Part thereof into Service, make out or caufe to be
made out a Lift of the Subalterns, Non-commiffion Officers and Privates,
from whom any Fines are due and payable, for the Recovery of which
no fpecial Provifion is herein made, with the Fines or Forfeitures
<div style="text-align:right">annexed</div>

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 11 of 256

annexed to the Names refpectively, which he fhall tranfmit to fome Juf-
tice of the Peace refiding within the Bounds of the Company, or to fome
Juftice of the County who may be neareft thereto ; who, upon Receipt
thereof, fhall proceed as in the laft foregoing Section is directed : Pro-
Provifo.       vided always, *and it is hereby Enacted*, That if, by Reafon of a gene-
ral Call of the Militia, or a large Proportion thereof in any Part of the
State, all the Field-Officers of any Regiment or Battalion, or fo many of
them, or all the Commiffion Officers of any Company, or fo many of
them, fhall be abfent that the Duties required in the four preceding Sec-
tions cannot be performed within the Times limited, the fame fhall be
performed as foon thereafter as Circumftances will allow.

Fines of Offi-     29. And be it Enacted; That the Fines and Forfeitures of the
cers, by       Colonel or commanding Officer of any Regiment or Battalion fhall be
whom reco-
vered.       demanded and recovered by any Juftice of the Peace of the County in
which he may refide, at the Inftance of the Officer next in Command, or
any other commiffioned Officer, and paid to the Collector of fuch Coun-
ty, for the Ufe of the State.

Minors, &c.     30. And be it Enacted, That the Fines and Forfeitures of Mi-
nors living with their Parents, or others having the proper Care and
Charge of them, and thofe of Apprentices and Servants, fhall be paid by
their refpective Parents, Mafters, Miftreffes, or fuch as have the Care
and Charge of them, or levied on their Goods and Chattels.

No Diftrefs to     31. And it is hereby further Enacted, That no Diftrefs fhall
be levied on     be levied on the Arms, Accoutrements or Ammunition of any Non-com-
Arms, &c.
miffion Officer or Private, unlefs he fhall be poffeffed of more than are
neceffary for his own Ufe and Equipment. And in every Cafe where no
Goods, other than Arms, Accoutrements and Ammunition can be found,
or not fufficient whereon to levy Execution, the Offender fhall be com-
mitted to Gaol till the Fine and Cofts are fully paid.

Court of Ap-     32. And be it Enacted, That on the Day of each regimental
peal,       Training or Review, the Colonel or commanding Officer of each Regi-
ment or Battalion fhall nominate two Juftices of the Peace refiding with-
in the Bounds of fuch Regiment or Battalion, who, together with any
one of the Field-Officers of the fame, fhall conftitute a Court for hearing
and determining upon Appeals of fuch Perfons as may think themfelves
aggrieved by any Fines impofed as aforefaid, to continue till the next re-
gimental Training ; and fhall alfo fix the Times of their Meeting, which
fhall be fet up in Writing, or declared to the Regiment or Battalion :
Their Power.   And the faid Court, or any two of them, fhall have Power to moderate
or remit any Fine or Forfeiture, for juft and equitable Reafons ; and a
Certificate from them, or any two of them, fhall entitle the Appellant to
receive from the Collector of the County the Sum fo remitted : Provided
always, That no Appeal be allowed unlefs the Money be firft paid,
and the Appeal profecuted at the next Meeting of the faid Court.

Age difputed.     33. And be it Enacted, That in all Cafes of Doubt refpecting the
Age of any Perfon enrolled or intended to be enrolled in the Militia,
the Party qeftioned fhall prove his Age, to the Satisfaction of the Of-
ficers of the Company within the Bounds of which he may refide, or a
Majority of them.

34. And

Case 1:16-cv-03311-ELH Document 68-2 Filed 08/24/18 Page 12 of 256

34. AND BE IT ENACTED, That every Perfon enrolled as herein before is directed, intending to remove from the Company to which he may belong, into the Bounds of another within the State, fhall, previous to fuch Removal, apply to the Captain or commanding Officer of the Company from which he is about to remove, who fhall give him a Difcharge and Certificate, fpecifying the Time when and how long he was laft in Service, which he fhall produce to the Captain or commanding Officer of the Company into the Bounds of which he fhall fo remove, within ten Days after fuch his Removal, and enrol himfelf accordingly; and if any Perfon fhall neglect to apply for fuch Difcharge and Certificate, or to produce it and enrol himfelf as aforefaid, he fhall be fubject to a Fine of *Five Pounds*, to be recovered before any Juftice of the Peace of the County, by any Perfon who will fue, one Moiety to the Profecutor, and the other to the Juftice, to be by him paid to the Collector of the County, for the Ufe of the State; and every Perfon who may be enrolled agreeably to the Defcription of this Act, removing from any of the neighbouring States into this State, fhall, within ten Days after his coming within the Bounds of the Company into which he fhall fo remove, be enrolled by the Captain or commanding Officer thereof.

<span style="float:right">Perfons removing, to have Certificates.</span>

35. AND, that Detachments of the Militia may on all Occafions be well armed, accoutred and provided; BE IT ENACTED, That the Commiffion Officers of each Company, or any of them, be, and they hereby are empowered and directed to take by Impreffment from fuch of their Company as have Arms, Accoutrements and Ammunition, and are not at the Time called into Service, a Number and Quantity fufficient to equip and furnifh fuch as are fo called, and are deftitute thereof, giving Receipts for, and taking Appraifements of the fame; and if any Perfon entrufted with any fuch Arms, Accoutrements and Ammunition fhall, by wilful Neglect or Mifufe, lofe, endamage or expend the fame, the Value thereof fhall be recovered from him by the Officer who impreffed them, or other Officer of the Company, before any Juftice of the Peace of the County, and paid to the Owner; but if the Perfon entrufted with fuch Arms, Accoutrements or Ammunition be not of Ability to make Payment, or if the faid Arms, Accoutrements or Ammunition be loft, damaged or expended in Action, or by unavoidable Accident, they fhall be paid for or made good by the State: PROVIDED ALWAYS, That in order to afcertain that any fuch Arms, Accoutrements or Ammunition were loft, damaged or expended in Action or by unavoidable Accident, a Certificate, figned by the commanding Officer of the Company or Party in which the Perfon ferved when they were fo loft, damaged or expended, and fetting forth the Fact, fhall be produced.

<span style="float:right">Detachments of Militia, Mode of equipping them.</span>

<span style="float:right">Provifo.</span>

36. AND BE IT ENACTED, That the Colonel or commanding Officer of each Regiment or Battalion fhall be, and he hereby is empowered to employ from Time to Time, when neceffary, Workmen to repair and clean, and to take the Charge and Care of all publick Arms in the Regiment or Battalion, and to draw on the County Collector for the neceffary Expence.

<span style="float:right">Workmen may be employed to repair Arms.</span>

37. AND BE IT ENACTED, That the Colonel or commanding Officer of each Regiment or Battalion, and the Captain or commanding Officer of any Company be, and each of them hereby is empowered to

<span style="float:right">Oaths may be adminiftered.</span>

<div align="center">O</div>

<div align="right">adminifter</div>

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 13 of 256

admipifter an Oath or Affirmation, on any neceffary Occafion in the Execution of this Act.

**Procefs, when not to be ferved.**

38. AND BE IT ENACTED, That no civil Procefs fhall be ferved on any Non-commiffion Officer or Private at any regimental Review or Training of any Company, or while going or returning from the Place of fuch Review or Training.

**Ferriage.**

39. AND BE IT ENACTED, That no Officer or Private fhall, on the Way to or from the Place of regimental Review or Training of any Company, be obliged to pay more than one third the ufual Rate of Ferriage, or be charged any Toll for paffing over Toll-Bridges; and if any Ferryman or Keeper of a Toll-Bridge fhall prefume to refufe a Paffage, or to make Demand contrary to the Direction of this Act, he fhall, for each Offence, forfeit and pay the Sum of *Three Pounds*, to be recovered by any Perfon who will fue for the fame, one Moiety to the Profecutor, and the other to the Juftice, to be by him paid to the Collector of the County, for the Ufe of the State.

**Militia, how governed.**

40. AND BE IT FURTHER ENACTED, That the Militia of this State, when in actual Service, fhall be fubject to the Rules and Articles of War eftablifhed for the Government of the regular Troops of the United States: PROVIDED ALWAYS, That the Militia fhall be tried by Courts Martial compofed of their own Officers only: AND PROVIDED ALSO, That the Pains and Penalties inflicted by any Court-Martial fhall not extend to the taking of Life or Limb, or to any corporal Punifhment, unlefs in the Cafes following, *that is to fay*, Any Officer or Private who fhall hold a treacherous Correfpondence with, or give Intelligence to the Enemy, or who fhall defert to the Enemy, or who fhall mifbehave before the Enemy, or fhamefully abandon any Poft, or who fhall fpeak Words inducing others to offend in any of thefe Inftances, fhall, on due Conviction, fuffer Death, or fuch other Punifhment as a General or Regimental Court-Martial fhall direct.

**Pay and Rations.**

41. AND BE IT ENACTED, That the Militia, while in actual Service, fhall be entitled to the fame Pay and Rations as the regular Forces of the United States.

**Bounty.**

42. AND WHEREAS the Militia, when called into Service, are not entitled to any Bounty, Arms or Cloathing, at the publick Expence, and therefore their Reward is not equal to that of the regular Troops; BE IT THEREFORE ENACTED, That when the Militia, or any Detachment thereof, are called out on Duty, each Non-commiffion Officer and Private fhall receive *Thirty Shillings* by the Month as a Bounty, over and above the ftated Pay, to be drawn from the Treafury by the Paymafters of the Militia from Time to Time appointed; and the Officers whofe Duty it may be, are hereby required to make out feparate Pay-Rolls of the faid Bounty.

**Adjutants, their Ranks &c.**

43. AND WHEREAS the Adjutants of the feveral Regiments of Militia in this State have heretofore held a higher Rank than thofe in the regular Forces of the United States, which Arrangement may, on many Occafions, if continued, be productive of Difficulty and Inconvenience; BE IT ENACTED, That the Adjutants of each Regiment or Battalion fhall

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 14 of 256

fhall henceforward hold the Rank of a Lieutenant, and be entitled to the
Pay and Rations of a Captain.

44. AND BE IT ENACTED *by the Authority aforefaid*, That the Troops of Horfe Militia already formed agreeably to Law in feveral Parts of this State, fhall be completed and kept up, and that no Troop fhall be formed in Addition, except by Act of the Legiflature: PROVIDED ALWAYS, That the Officers of any Troop of Horfe, who fhall not within three Months from the Publication hereof complete the fame, fhall forfeit their Commiffions, and fuch Troop fhall accordingly be difbanded. *Troops of Horfe to be kept up;*

45. AND BE IT ENACTED, That the Eftablifhment of each Troop of Horfe fhall be a Captain, a Lieutenant, a Cornet, four Serjeants, a Trumpeter and twenty-nine Privates; and that the Officers fhall hold the fame Rank refpectively with the Officers of the Foot Militia having like Command. *Eftablifhment thereof;*

46. AND BE IT ENACTED, That each Non-commiffion Officer and Private of every Troop of Horfe fhall at all Times keep himfelf provided with a good Horfe, a Saddle properly furnifhed with Cloth, Breaft-plate and Pad, a double reined Bridle, a Carbine, and Belt with a running Swivel, a Pair of Piftols and Holfters, a Cartridge-box, with twelve Rounds of Cartridges fized for his Carbine and Piftols, a Sword and Belt, Boots and Spurs, a Cloak which will cover all the Arms and Accoutrements, with fuch other Articles of Armour and Furniture, made in like Form and manner as are ufual and accuftomed in the Equipment of Cavalry; and fhall alfo keep at his Place of Abode one Pound of good merchantable Gun-powder and three Pounds of Ball, fized to his Carbine and Piftols, under the Penalty of forfeiting *Six Pounds* for the Want of a Horfe, *Thirty Shillings* for the Want of a Saddle and Bridle, *Twenty Shillings* for the Want of a Carbine or Piftols, and *Five Shillings* for the Want of any other neceffary Article, whenever called out to Training or Service. *And how to be equipped;*

47. AND BE IT ENACTED, That each Troop of Horfe fhall be under the Command and Direction of the Colonel or commanding Officer of the Regiment or Battalion within the Bounds of which the Captain or commanding Officer of fuch Troop may refide, and fhall affemble for Training and Exercife, and in cafe of Alarm or other Exigency, with fuch Regiment or Battalion, and in all other Refpects, except as is before fpecified and declared, fhall be under the fame Regulations with the Companies of Foot Militia. *By whom commanded.*

48. AND BE IT ENACTED, That each Horfeman, when in actual Service, fhall be allowed *Two Shillings and Six-pence* by the Day, as a Compenfation for the Ufe of his Horfe. *Compenfation for Horfes.*

49. AND BE IT FURTHER ENACTED, That no Minor, Apprentice or Servant fhall be allowed to enter himfelf into any Troop of Horfe or Company of Artillery, without the Confent of thofe under whofe Government, Care or Direction fuch Minor, Apprentice or Servant may be; and generally, no Perfon who is not able to provide himfelf with the Furniture and Equipment of a Horfeman, fhall be allowed to enter himfelf into any fuch Troop. *Apprentices not fuffered to enter, unlefs, &c.*

50. AND

Add. 012

**Companies of Artillery to be kept up,**

50. AND BE IT ENACTED *by the Authority aforesaid*, That the Companies of Artillery already formed agreeably to Law, in several Parts of the State, shall be completed and kept up; and their Establishment of Officers and Privates, and also their Equipment, shall be conformable to the Establishment and Equipment of Artillery Companies in the regular Forces of the United States; and the Officers shall hold the same Rank respectively with the Officers of the other Militia having like Command; and moreover the Fines and Forfeitures inflicted on the Officers and Privates for any Default, shall be similar to those inflicted on the regimented Militia.

**By whom commanded.**

51. AND BE IT FURTHER ENACTED, That each Company of Artillery shall be under the Command and Direction of the Colonel or commanding Officer of the Regiment or Battalion within the Bounds of which the Captain or commanding Officer may reside, and shall assemble with the same, as is herein before provided, with respect to the Troops of Horse, and in all other respects, except as is herein before excepted and declared, shall be under the same Regulations with the Companies of the other Militia, as far as Circumstances will admit.

**Justices receiving Fines, to keep Accounts, &c.**

52. AND BE IT ENACTED *by the Authority aforesaid*, That every Justice of the Peace within this State, who shall receive any Fines or Forfeitures as aforesaid, shall keep an exact Account of the same, and shall, once in four Months at least, pay to the Collector of the County the Sums of Money so by him received, deducting as a Compensation for his Trouble *Six-pence* in the *Pound*; and any Justice of the Peace who shall neglect to keep such Account and make such Payment, or who shall neglect or refuse to do any Duty, Matter or Thing enjoined on him by this Act, shall, for each Offence, be liable to a Fine of *Twenty Pounds*, to be recovered by the Collector of the County, to and for the Use of the State, in any Court having Cognizance thereof, and shall also on every Default of Payment be subject to an Action of Debt at the Suit of the said Collector, on Behalf of the State, for Recovery of the Sum detained, with Costs.

**County Collector to keep Accounts, &c.**

53. AND BE IT FURTHER ENACTED, That the Collector of each County shall keep a true and fair Account of all Monies by him received in Virtue of this Act, and, after Payment, of all Sums remitted on Appeal as aforesaid, and deducting *Three-pence* in the *Pound* for his Trouble, shall pay the Balance remaining in his Hands into the Treasury, on or before the first Day of *November*, yearly and every Year. And if the Collector of any County shall neglect to keep such Account and make such Payment, he shall be liable to a Fine of *Fifty Pounds*, to be recovered by the Treasurer, in any Court of Record, to and for the Use of the State, and shall moreover be subject to an Action of Debt at the Suit of the Treasurer, on Behalf of the State, for Recovery of the Sum detained, with Costs.

**Justice's and Constable's Fees.**

54. AND BE IT ENACTED, That a Justice of the Peace shall be entitled to *One Shilling* for each Warrant of Distress granted for any Purpose of this Act, and a Constable shall be entitled to *Five Shillings* for Execution thereof; which Fees shall be levied with the respective Fines and Forfeitures.

*55.* AND

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 16 of 256

55. AND WHEREAS in fome Townfhips, Precincts and Wards of this State, Conftables may not have been regularly chofen, or having been chofen, may refufe to act, by which Means the Execution of this Law may be impeded and avoided ; BE IT THEREFORE ENACTED, That where there is no Conftable, or the Conftable or Conftables may refufe to act, it fhall and may be lawful to and for any Juftice of the Peace to direct his Warrant to any Non-commiffion Officer or Private of the Militia, who is hereby empowered and enjoined to execute the Office of a Conftable for any Purpofe of this Act ; and the faid Non-commiffion Officer or Private fhall receive the like Fees, and be fubject to the like Fines and Forfeitures for Refufal or Neglect of Duty, as a Conftable in the like Cafe might and ought to receive and be fubject to.

*Conftable refufing to act, &c. who to fupply his Place.*

56. AND WHEREAS Juftice and Equity requires, that thofe who are exempted from actual Service in the Militia, fhould by pecuniary Means contribute in a full Proportion to render the Burden of the publick Service equal, and to provide for the Support and Defence of the State ; BE IT FURTHER ENACTED, That upon and out of the Eftates Real and Perfonal of thofe who are exempted from actual Service as aforefaid, on Account of Age, Inability of Body, Office or otherwife, there fhall yearly and every Year, during the Continuance of this Act, be levied and collected, over and above all other Taxes, *Six-pence* in the *Pound* Value, with the like Sum on Certainties as was levied and collected in the Year wherein *Twelve Thoufand Five Hundred Pounds* was raifed, agreeably to and under the fame Penalties as are expreffed in an Act, intitled, *An Act to fettle the Quotas of the feveral Counties in this Colony for the levying Taxes*, paffed the fixth Day of *December*, One Thoufand Seven Hundred and Sixty-nine : PROVIDED ALWAYS, That every Perfon exempted as aforefaid, who fhall at his own Expence fit out and keep properly equipped and accoutred, as directed by this Act, two Sons, Apprentices or Servants, fuch Sons being under Age, and living in his Service, fhall on that Account be releafed from this Tax ; and every Perfon who fhall fo fit out and keep equipped and accoutred one Son, Apprentice or Servant, fuchSon being under Age, and living in his Service, fhall be fubject to the Payment of Half fuch Tax only.

*Exempts to pay a Tax.*

57. AND BE IT ENACTED *by the Authority aforefaid*, That the Monies paffing into the Treafury by Virtue of the Directions of this Act, fhall be appropriated as a Fund for the Benefit and Relief of fuch Officers and Privates of the Militia of this State as are wounded and difabled, and of the Widows and Children of fuch as fell in Battle, or otherwife loft their Lives in the Service of the State, and to fuch other Purpofes as the Legiflature may direct.

*Appropriation of certain Monies.*

58. AND WHEREAS feveral Perfons have for neceffary Purpofes from Time to Time been exempted from Enrolment, military Duty, or the Tax levied on Exempts as aforefaid, by particular Acts of the Legiflature ; BE IT ENACTED *by the Authority aforefaid*, That the Perfons fo exempted fhall continue to enjoy the Immunities granted to them refpectively, as far and as long as the faid Acts may extend and continue the fame, any Thing in this Act contained to the contrary notwithftanding.

*Exemption continued.*

59. AND BE IT FURTHER ENACTED, That no Perfon, not being a Subject of this State, or of any of the United States, who already has deferted

*Deferters,&c. not to be enrolled.*

Add. 014

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 17 of 256

ferted or hereafter may defert from the Enemy in the Courfe of the prefent War, fhall be enrolled in any Company of Militia of this State.

**Act, &c. repealed.** 60. AND IT IS HEREBY FURTHER ENACTED AND DECLARED, That the Act, intitled, *An Act for the better regulating of the Militia,* paffed the fifteenth Day of *March,* One Thoufand Seven Hundred and Seventy-feven, and the three feveral Acts fupplementary thereto, be, and they hereby are repealed and made void.

*Paffed at* Princeton, April 14, 1778.

C H A P.  XXIII.

*An* A C T *to raife a Fund by Taxation for difcharging the Debts and defraying the neceffary Expences of the State of New-Jerfey.*

**Preamble.** WHEREAS Provifion ought to be immediately made for fupporting the Government of this State, and for difcharging the Debts and neceffary Expences thereof; the moft proper and equitable Means of effecting which will be by a Tax on the Inhabitants: AND WHEREAS by the late Ravages and Devaftations committed by the Enemy in the State, and their prefent Vicinity to many Parts of it, divers of the Counties are fo depopulated and impoverifhed, that the Quotas formerly fettled for each are difproportionate, and therefore laying a definite Rate on the *Pound* Value of Eftates, and a fixed or limited Sum on fundry Articles ufually called Certainties, is the beft Mode at this Time of levying the faid Tax;

**Taxes, on whom and what levied.** *Sect.* I. BE IT THEREFORE ENACTED *by the Council and General Affembly of this State, and it is hereby Enacted by the Authority of the fame,* That the faid Tax fhall be affeffed, levied and raifed on the feveral Inhabitants of this State, their Lands and Tenements, Goods and Chattels, in Manner following, *that is to fay,*

All Houfeholders, the Tax of whofe rateable Eftate, exclufive of Certainties, does not amount to *Twenty Shillings,* fhall be rated at the Difcretion of the refpective Affeffors and chofen Freeholders, not under *Five Shillings* nor above *Five Pounds.*

All Merchants, Traders and Shopkeepers fhall, for their Stores and Shops, exclufive of other Eftate, be rated at the Difcretion of the refpective Affeffors and chofen Freeholders, not under *Ten Shillings* nor above *Twenty Pounds.*

Every Ferry fhall be rated at the Difcretion of the refpective Affeffors and chofen Freeholders, not above *Ten Pounds.*

Every fingle Man, whether he lives with his Parents or otherwife, who keeps a Horfe, Mare or Gelding, fhall be rated at the refpective Affeffors, not under *Twenty-five Shillings* nor above *Fifty Shillings.*

Every fingle Man, whether he lives with his Parents or otherwife, who does not keep a Horfe, Mare or Gelding, fhall be rated at the Difcretion of the refpective Affeffors, not under *Fifteen Shillings* nor above *Thirty Shillings:*

that they are released and their estate put into their own hands and improvement.

AN ACT FOR FORMING AND REGULATING THE MILITIA; AND FOR ENCOURAGEMENT OF MILITARY SKILL, FOR THE BETTER DEFENCE OF THIS STATE

16 FEB 1779

Be it enacted, and it is hereby enacted, by the representatives of the freemen of the state of Vermont, in general assembly met, and by the authority of the same, that the governor of this state, for the time being, shall be captain general and commander in chief; and the deputy governor for the time being, shall be major general, of and over all the military forces within the same.

That all the military companies in this state, shall be formed into regiments, as followeth viz.

That the military companies in the several towns included in the limits hereafter described viz.

Beginning on the west bank of Connecticut River, where the same enters into the state of the Massachusetts-Bay; from thence up said river to the northeast corner of the township of Westminster; thence west by the needle of the compass, to the county line; thence southerly on said line until it comes to the north line of the Massachusetts-Bay aforesaid; from thence easterly on said line, to the place of beginning, be and are hereby made and declared to be one entire and distinct regiment; and shall be distinguished and called by the name of the first regiment.

The military companies in the several towns and gores included in the limits hereafter described, viz.

Beginning at the south-west corner of the township of Pownal; from thence northerly in the line of this state, to the north-west corner of Arlington; thence east a parallel line, until it strikes the county line; thence southerly on said county line, until it comes to the north line of the state of Massachusetts-Bay; thence westerly on said Massachusetts line to the place of beginning, be, and is hereby made and declared to be one entire and distinct regiment; and shall be distinguished and called by the name of the second regiment.

The military companies in the several townships and gores included in the limits hereafter described, viz.

Add. 016

Beginning at the northeast corner of the township of Westminster. on Connecticut River, and running northerly up said river, to the southeast corner of the township of Norwich; thence westerly on the southerly lines of the towns of Norwich and Sharon, and to continue the same course to the county line; thence southerly on said line, until it comes to the northwest corner of the first regiment; thence easterly on said line, to the place of beginning, be, and is hereby made and declared to be one entire and distinct regiment; and shall be distinguished and called by the name of the third regiment.

The military companies in the several townships and gores included in the limits hereafter described, viz.

Beginning at the southeast corner of the township of Norwich, on the west bank of Connecticut River; thence running northerly on said river, until it comes to the forty-fifth degree of northern latitude; thence west on said line, until it comes to the county line; thence southerly on said county line, until it comes to the northwest corner of the third regiment; thence easterly on the north line of said third regiment, to the place of beginning, be and is hereby made and declared to be one entire and distinct regiment; and shall be distinguished and called by the name of the fourth regiment.

The military companies in the several townships and gores included in the limits hereafter described, viz.

Beginning at the northeast corner of the second regiment; from thence running northerly on the county line, until it comes to the forty-fifth degree of north latitude; thence running west on Canada line, until it comes to Lake Champlain; then turning southerly on the west line of this state, until it comes to the northwest corner of the second regiment; thence running easterly with the north line of the second regiment, until it comes to the first mentioned bounds, be and is hereby made and declared to be one entire and distinct regiment; and shall be distinguished and called by the name of the fifth regiment.

That where, by the aforesaid division, or by any division which shall be hereafter made, it shall so happen that any of the said military companies shall be divided, and put part into one regiment, and part into another regiment; in such case, such company or companies shall belong to that regiment, to which the major part of the company doth belong.

That there shall be in each regiment, from time to time, appointed by the soldiery and freemen within the same, a colonel, lieutenant colonel, and major, who shall be commissioned by the governor of this state, for the time being.

*Laws of 1779*                                59

That the colonel, or officers commanding in each regiment, as often as he shall see cause, shall require the captain, or chief officers of each company in his regiment, to meet at such time and place as he shall appoint, to confer with them, and give in charge such orders as shall by them, or the major part of them, be judged meet, for the better ordering military affairs, and promoting military skill and discipline in said regiment.

And the said colonel, lieutenant colonel, and major of each regiment, are hereby impowered to dignify the several companies belonging to their respective regiments, calling to their assistance the commissioned officers of the respective companies of said regiment.

And be it further enacted by the authority aforesaid, that all male persons, from sixteen years of age to fifty, shall bear arms, and duly attend all musters, and military exercise of the respective troops and companies, where they are inlisted, or do belong, except ministers of the gospel, counsellors, justices of the peace, the secretary, judges of probate, and superior and inferior courts, the president, tutors, and students at collegiate schools, masters of arts, allowed physicians and surgeons, representatives or deputies for the time being, schoolmasters, attornies at law, one miller to each gristmill, sheriffs and constables for the time being, constant jurymen, tanners who make it their constant business, lamed persons, or others disabled in body, producing a certificate thereof from two able physicians or surgeons, to the acceptance of the two chief officers of the company whereto the person seeking dismission appertains, or the chief officers of the regiment to which such company belongs.

That every listed soldier and other householder, shall always be provided with, and have in constant readiness, a well fixed firelock, the barrel not less than three feet and a half long, or other good firearms, to the satisfaction of the commissioned officers of the company to which he doth belong, or in the limits of which he dwells; a good sword, cutlass, tomahawk or bayonet; a worm, and priming wire, fit for each gun; a cartouch box or powder and bullet pouch; one pound of good powder, four pounds of bullets for his gun, and six good flints; on penalty of eighteen shillings, for want of such arms and ammunition as is hereby required, and six shillings for each defect; and like sum for every four weeks he shall remain unprovided: that each company shall chuse some suitable person to be clerk, who shall be sworn to the faithful discharge of his office, before some counsellor or justice of the peace, which oath shall be administered in the words following, viz.

Add. 018

You ........................ ........................ do solemnly swear by the ever-living God, that you will faithfully execute the office of clerk of the military company of foot, commanded by captain ........................ ........................ until another shall be chosen and sworn in your room; and will do equal right and justice to all men, to the best of your judgment and abilities, according to law. So help you God.

And every clerk so chosen and sworn, shall give his attendance in the field, with his sword by his side, on every of the muster or training days, by his captain or chief officer appointed, to call over the roll of the soldiers, and to take notice of their defects, by their absence or otherwise.

And every such clerk shall take an exact list of all the soldiers within his limits, twice in every year at least, and deliver to the captain or commanding officer of the company of which he is clerk, a true copy of such list twice in every year if thereto required; and also deliver a true and exact account of the number of officers and soldiers contained in his list, to the colonel or chief officer of the regiment to which said company belongs, attested by him as clerk, sometime in the month of April annually and oftener if by such chief officer required; on penalty of forfeiting the sum of ten pounds for every such neglect, to the use of the company to which he belongs; which fine shall be levied by distress and sale of the offenders goods, by warrant from the chief officer of said company, directed to the constable of the town in which said clerk dwells.

And every such clerk is hereby authorized and required to execute all lawful warrants, by his superior officers to him directed, and for the levying any fine or fines on delinquents, together with necessary charges arising thereon; being by virtue of such warrant as fully impowered thereto as constables are in other cases, and shall have the same fees, and shall account for such fines to the chief officer of the company whereto he belongs.

That the colonel or chief officer of each regiment, shall be, and is hereby impowered and authorized, upon any alarm, invasion, or notice of the appearance of an enemy, either by water or land, to assemble in military array, and put in warlike posture, the whole militia of the regiment under his command, or such part of them as he shall think needful; and being so alarmed, to lead, conduct, and employ them, as well within the regiment whereto they belong, as in any other adjacent place in this state; for the assisting, securing and relieving, any of the

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 22 of 256

subjects of the united and independent states of America, or their forts, towns, or places, that shall be assaulted by any enemy, or in danger thereof; and with them, by force of arms to encounter, repel, pursue, kill and destroy such enemy, or any of them, by any fitting ways, enterprizes or means whatsoever.

And the colonel, or chief officer of any regiment, so taking to arms, or leading forth any party of men, shall forthwith post away the intelligence, and occasion thereof to the captain general or commander in chief for the time being, and to the commanding officer of the northern department for the time being; and shall attend and observe such directions and orders as he shall receive from time to time, from him the said captain general.

That when any town or place in this State shall be assaulted, attacked, or set upon by Indians, or any other enemy, it shall be lawful for, and in the power of the chief commissioned officer or officers of the company or companies, in such place so assaulted, attacked, or set upon, to call forth all such soldiers under his or their command, and to martial, order, and dispose them in the best manner, to defend the place so beset; and to encounter, repel, pursue, and destroy the enemy; and, if need so require, to assist a neighbour town, when assaulted or set upon as aforesaid: and in case any officer or soldier shall refuse to muster, and march, according to orders given him for the purposes aforesaid, by his superior officer; such officer shall be cashired, and forfeit and pay to the treasurer of the town where such officer belongs, a sum in proportion to the wages such officer, so neglecting, would be entitled to for such service, with the soldier; who is, for such neglect, by this act, to pay a fine of eighteen pounds, to be applied for the purpose of employing soldiers in the service of this and the United States; and to be recovered by bill, plaint, or information, in any court proper to try the same.

And whereas, for the speedy and effectual defence of this and the United States of America, to raise men on sudden emergencies, and for particular services, by detaching part of the militia for that purpose:—

Wherefore, that the same, when ordered by the general assembly, or the governor and council, in the recess of the assembly, may be rendered effectual,

Be it enacted by the authority aforesaid, that whenever the general assembly, or the governor and council as aforesaid, shall resolve or order that any certain number or proportion of effective men shall be detached, or draughted out of the respective regiments of militia in

this state, or any of them, for any particular service, or to be in readiness therefor on a sudden emergency, according as the general assembly, or governor and council shall judge proper; and that if in consequence and pursuance of such resolve or order, any captain, or chief officer of any company, shall cause his company to be warned to assemble and muster at such time and place as he shall appoint, which he is directed to do when required by his superior officer to detach or draught any part thereof, for the purpose aforesaid; every soldier belonging to such company, being duly warned, shall appear, and attend such muster according to such warning; and for neglect thereof, shall forfeit and pay to the treasurer of the town where he dwells, the sum of twelve pounds, to be recovered by bill, plaint, or information in any court proper to try same.

And if any soldier shall in any manner be duly and legally detached or draughted, for the purpose and service or services aforesaid, and shall neglect or refuse reasonably to muster, join to, or proceed with the troops he is appointed to serve with (being duly noticed thereof), he shall forfeit and pay the sum of eighteen pounds, to be recovered as aforesaid and to be applied for the purpose of employing soldier or soldiers, to perform such service: and for want of goods or estate to answer the same, shall be disposed of in service to any subject of this or the United States of America, to satisfy the same: any law, usage, or custom, in any wise heretofore to the contrary notwithstanding.

And be it further enacted by the authority aforesaid, that if at any time it shall appear to the captain, and other commissioned officer or officers of any company, that the following method is more convenient, he may and shall have a right to proceed accordingly, that is to say,

The captain, or commanding officer, shall, with the advice of his under officers, make a roll of all the men's names that he has a right to command, and then divide them into as many divisions as he has orders to draught or detach men, always having reference to those who have done most in the present war, as well as the estates of men; and when it shall so happen that the divisions or classes cannot be equal in number, such officer, with the advice of his under officers then present shall make all such classes as near equal as possible, by connecting men of interest, poor men, and those that have been at most expence in the present war, together in one class.

Then such commanding officer shall make out a list of each person's name that is connected in one class, and give such list to some one man in each class, ordering each class to furnish one man, appointing

a time and place for such men to meet, in order to muster or march to the place they may be ordered to.

And in case any such class shall refuse or neglect to furnish a man, as aforesaid, then such officer shall immediately hire one man for every class so neglecting or refusing, as cheap as may be, pledging the faith of this state for the payment of such sum.

And such captain, or commanding officer so hiring man or men, for any class or classes, with the advice of as many of his under officers as may be convenient, shall make out each man's proportion of the cost of hiring as aforesaid (always having particular regard to those that have done most in this war, as well as the estates of persons), and issue his warrant thereon to his clerk, or some other meet person, directing him to take of the goods and chattels of such persons, in such proportion as his warrant shall direct, as also for the cost; and such clerk or other meet person, shall sell such goods or chattels at public vendue, and return to the captain or commanding officer the money which his warrant shall direct; which shall be disposed of to pay the engagement of the captain or commanding officer, to the soldier who engages or does the service; and the cost being paid, the overplus, if any there be, shall be repaid to the owner of the goods or chattels so sold.

And every person authorized by any captain, or commanding officer of any company of the militia of this state, to serve such warrant, is hereby authorized, and fully impowered, if he should at any time meet with opposition in the execution of his warrant, to command a sufficient number of the militia to his assistance; and all persons are hereby directed to assist such person in the execution of his warrant.

And be it further enacted by the authority aforesaid, that if any general officer shall at any time receive orders from the captain general, or commander in chief, requesting him to call together any regiment or regiments of militia within this state, or any part or parts of such regiment or regiments and to march them for the immediate defence of this, or the United States of America, agreeable to such orders, and shall neglect or refuse to put the same in execution, agreeable thereto, shall forfeit and pay to the treasurer of this state, the sum of three hundred pounds, to be recovered in the manner aforesaid.

And in case any field or other officer, commanding any regiment of militia within this state, shall refuse or neglect to put in immediate execution, any order or orders he may receive from the captain general, or from the general officer to whom any such order had been previously issued by the captain general, for the purposes aforesaid; such officer

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 25 of 256

shall, for such refusal or neglect, forfeit and pay to the public treasurer of this state, two hundred pounds, to be recovered as aforesaid.

And in case any captain or other commanding officer of any company of militia within this state, shall refuse or neglect to put in immediate execution, any orders he may receive from any of his superior officers for the purposes aforesaid; or in case any such captain, or other commissioned officer of any such company of militia, who may be nominated, and to whose lot it of course falls to take the command of any number of soldiers so detached or draughted from the company or companies of the regiment to which such officer does belong, shall neglect or refuse to perform such service, shall, for such neglect or refusal, be cashiered, and suffer the penalty as aforesaid for a commissioned officer; and the next commissioned officer to whose lot it shall in course fall, shall forthwith take such command; and said officer so neglecting or refusing to perform his tour in the service, thereto required for his commanding officer, shall be reduced to the ranks; and that if any commissioned officer of any military company, shall lay down his place, or give in his commission without liberty from the captain general; and if any sergeant, clerk or corporal of such company, shall lay down his place without liberty from the colonel or chief officer of the regiment whereto such sergeant, clerk or corporal doth belong; every such officer shall be listed in the roll of the company in the limits whereof he resides, and do all duties and services as private sentinels are by law required to do: that all such persons that are not fifty years of age, who have been sergeants of the foot, in any company within this state, or such as have sustained such office in any war, who shall dwell in the limits of any other company than that in which they have sustained such office, shall be, and are hereby freed from doing duty as private sentinels, and shall be required only to be present, to attend the exercise in such place or office as they have before served in. And if any such officer shall refuse or neglect to be present on days of exercise when required and to attend the duty of his office, he shall be liable to the same fine as others who sustain the same office in any particular company are liable to; and all commissioned officers of the like kind shall be excused from attending.

That all fines, penalties and forfeitures, arising by virtue of this act, or any breach thereof, shall be levied on the goods and chattels of the respective delinquents, if they be not minors; and on the goods or chattels of the parents, masters or guardians of such delinquents as are minors; and shall be for the use of the respective companies to which

Add. 023

such person or persons fined do belong (except such fines as are otherwise disposed of in this act).

And every person chosen by any company for their drummer, or fifer, upon his accepting said service shall provide himself a good drum, or fife, and constantly attend service when required, on penalty of ten shillings fine for each day's neglect; to be levied by warrant from the two chief officers of the company to which such drummer of fifer doth belong.

Be it further enacted by the authority aforesaid, that in any town in this State, where there are thirty able bodied men, or more that are freed by the laws of this state from doing duty in the militia companies formed in said towns, on account of age or commissions, etc., that it shall and may be lawful for them to form themselves into a military company, choosing for said company one captain, one lieutenant, and one ensign, who shall be commissioned by the governor of this state, and under the command of the field officers of the regiment where they live, and to which they belong.

Be it further enacted by the authority aforesaid, that where there be twenty or more of the before described persons inclining as aforesaid, it shall and may be lawful for them to form themselves into a military company, choosing one captain, and one lieutenant, to be commissioned and commanded as aforesaid.

Be it further enacted by the authority aforesaid, that where there are two towns lying and joining together, where either of the before mentioned numbers of the before mentioned persons are inclined to form themselves into such company, under such regulations as before mentioned, it shall and may be lawful, and they shall be commissioned and commanded as aforesaid.

Be it further enacted by the authority aforesaid that each and every person in this state who are by law exempted from doing military duty (ministers of the gospel, president, tutors and students in college only excepted), and do not comply with the preceding paragraph of this act, as to forming into a military company, shall be under the command of the military officers within their respective towns, with respect to doing their proportion in the present war.

## AN ACT IMPOWERING COLLECTORS TO COLLECT RATES

### 20 FEB 1779

Be it enacted, and it is hereby enacted by the representatives of the freemen of the state of Vermont, in general assembly met, and by

*Laws of 1779*

the authority of the same, that whensoever any town, society or other community, which by law are or shall be enabled and authorized to grant and levy any rate, or tax, for the answering or defraying the necessary changes and expences thereof, shall in any of their lawful meetings, agree upon and grant a rate or tax, to be levied upon such town, society, or other community, for any of the purposes for which by law they are or shall be impowered to grant such rate or tax, they shall choose some meet person to be collector of such rates or taxes; and the selectmen, or a committee appointed for that purpose, shall take proper care that such rates be accordingly made for the assessment of the several persons to be taxed, and deliver the same to such collector.

And upon application made to some assistant, or justice of the peace, such assistant or justice, is hereby authorized and directed to grant a warrant for the collecting such rate or tax; which warrant shall be directed to such collector appointed to collect the same, requiring and impowering him to gather and collect such rate or tax, according to the grant thereof made as aforesaid.

And that all such collectors, authorized and directed to gather any rates or taxes whatsoever, duly laid and assessed on any of the inhabitants of this State, shall have full power and authority to collect the same, according to such warrant as shall be given them; and shall have the same power and authority to command assistance in the execution of their office (when need shall require), as is by law given to a sheriff or constable, in the execution of their office: and all persons are hereby required to yield due obedience thereunto.

Provided always, such collector show and read his warrant or authority to the persons whose assistance is commanded.

### AN ACT FOR THE ORDERING AND DISPOSING OF TRANSIENT PERSONS

#### 15 FEB 1779

Be it enacted, and it is hereby enacted by the representatives of the freemen of the state of Vermont, in general assembly met, and by the authority of the same, that the selectmen of each respective town in this state, shall be and are hereby authorized and impowered to warn any transient person (residing in such town that is not of a quiet and peaceable behaviour, or is in their opinion like to be chargeable to such town) to depart out of such town, except such person does obtain a vote of the inhabitants of such town in legal town meeting, to remain in such town; and if any such person or persons being so warned, do not leave

[ 1 ]

# Anno Millesimo Septingentesimo Octogesimo secundo.

## An A C T for establishing a Militia within this State.

1.  W H E R E A S a well regulated Militia is the proper and natural Defence of a free State, and as the Laws heretofore made for the Regulation thereof, are found to be inadequate to the good Purposes thereby intended, *Be it therefore Enacted by the General Assembly of Delaware, and it is hereby Enacted by the Authority of the same,* That the late Lieutenants and Sub-Lieutenants in each County of this State, shall, and they are hereby directed, within one Month from the passing of this Act, to deliver to the Colonel, or Commanding Officer of each Battalion in his County, a true Transcript from his Book, as far as relates to the District or Division for such Battalion respectively, and the Sub-Divisions for Companies therein, and the Descriptions of such Sub-Divisions : Whereupon the Colonel, or Commanding Officer of each Battalion shall deliver a Description of each Sub-Division respectively to the Captain or Commanding Officer of that Sub-Division or Company, who, in the Month of *April,* in every Year, shall make an exact Return to the said Colonel or Commanding Officer of the Battalion, of the Names and Surnames of every able-bodied effective Male white Inhabitant between the Ages of eighteen and fifty Years, then residing in his Sub-Division, and what Arms and Accoutrements each Man, mentioning him, is possessed of ; a Copy of which Return the said Colonel or Commanding Officer shall immediately transmit to the President or Commander in Chief.

2.  *And be it Enacted,* That the President or Commander in Chief, in Case of the Vacancy of the Place of a Colonel in any of the Regiments of Militia of the State, may and shall issue a Commission of Lieutenant-Colonel Commandant of the Regiment in which such Vacancy is, or may happen, to the Lieutenant-Colonel of such Regiment ; and in Case of the Vacancy of the Place of Lieutenant-Colonel or Major of any Regiment, or of the Place of Captain, Lieutenant or Ensign of any Company of a Regiment, that the President or Commander in Chief may

*Preamble.*

*The late Lieutenants and Sub Lieutenants to deliver Descriptions of Battalion and Company-Districts, &c.*

*Captains to make annual Returns of Arms, &c.*

*Copies whereof to be transmitted to the President.*

*Vacancies in the Military Line, how supplied.*

A                                     may

Digitized from Best Copy Available

Add. 026

[ 2 ]

may and fhall appoint fuch Perfon as he fhall judge moft fuit-
able to fill fuch Vacancy, and iffue a Commiffion to him ac-
cordingly.

<div style="margin-left:2em">

*Quarter-Maf-*
*ters, &c. how*
*appointed.*

3. *And be it Enacted,* That the Field Officers of each Battalion
fhall appoint a Quarter-Mafter, and Adjutant, a Drum and a Fife-
Major, for the Battalion, and the commiffioned Officers of each

*Serjeants, &c.*
*how.*

Company fhall appoint four Serjeants, four Corporals, one
Drum and one Fife, for their refpective Companies, every of
whom, not being one of the People called Quakers, fhall fe-
verally ferve for one Year, in the refpective Stations to which

*Penalty for ne*
*glecting to*
*ferve.*

they may be fo appointed, under the Penalty of Three Pounds,
to be recovered and applied as Fines and Forfeitures under
Five Pounds are herein after directed to be recovered and ap-
plied.

*Militia to be*
*divided into*
*Claffes.*

4. *And be it Enacted,* That in the Month of *April* next enfuing,
the Captain or Commanding Officer of each Company fhall
call the Perfons enrolled therein together, giving due Notice,
and fhall divide them into eight Claffes, as nearly equal in Num-
ber to each other, as conveniently may be, allotting a Serjeant
or a Corporal on the Roll to each Clafs, and eight Slips of
Paper numbered refpectively from one to eight being prepared,
every Private fhall determine, by drawing a Ballot, what Clafs
he is to ferve in; and in Cafe any of the Perfons enrolled as
aforefaid, fhall neglect to attend at the Time and Place ap-
pointed for claffing the faid Company, or if prefent, fhall re-
fufe to draw as aforefaid, then the faid Captain or Command-
ing Officer thereof fhall appoint one difinterefted Freeholder,
to draw for the Abfentees or Perfons fo refufing; and when
the Claffes fhall be fo fettled, the Captain or Commanding Of-

*Rolls thereof*
*to be formed,*
*and tranfmit-*
*ted to the Co-*
*lonel.*

ficer of each Company fhall form a Roll confifting of the eight
Claffes, and the Names and Surnames of the Men in each Clafs,
numbered according to the Order of Ballotting, which he fhall
keep for his own Ufe and Direction, tranfmitting forthwith a
Copy thereof, with a Lift of his commiffioned and non-commif-
fioned Officers prefixed, to the Colonel or Commanding Offi-
cer of the Battalion, who fhall enter the fame in his Book :
And the faid Captain or Commanding Officer fhall in the
Month of *April,* in the Year of our Lord One Thoufand Seven
Hundred and Eighty-three, and in the Month of *April* in eve-
ry fucceeding Year, add to the faid Roll the Names and Sur-
names of all fuch Male white Inhabitants between the Ages
aforefaid, who in the next preceding twelve Months have re-
moved to and are then refiding in that Sub-Divifion, or have
therein attained to the Age of eighteen Years, except as herein
after are excepted, annexing them refpectively to fuch Clafs or

</div>

Digitized from Best Copy Available

Add. 027

[ 3 ]

Claſſes as may ſtill render all the Claſſes of a Company as nearly equal in Number to each other as conveniently may be.

.5. *And be it Enacted,* That every Company ſhall be duly exercifed and inſtructed once in every Month, except the Months of *July, January* and *February,* at ſuch Time and Place as the Captain or Commanding Officer ſhall direct, and every Battalion ſhall alſo be reviewed twice in every Year, and be properly trained and diſciplined, at ſuch Time and Place as the Colonel or Commanding Officer ſhall direct, and at ſuch other Times and Places as the Prefident or Commander in Chief ſhall think neceſſary, and ſhall order; ſuch Days of Review to be confidered as the Day of Exerciſe for that Month.

*Militia how often to be ex-cerciſed.*

6. *And be it Enacted,* That every Perſon between the Ages of eighteen and fifty, or who may hereafter attain to the Age of eighteen Years (Clergymen and Preachers of the Gofpel of every Denomination, Judges of the Supreme Court, Sheriffs, Keepers of the public Gaols, School-Maſters teaching a Latin School, or having at leaſt twenty Engliſh Scholars, and indented Servants *bona Fide* purchafed, excepted) who is rated at Six Pounds, or upwards, towards the Payment of public Taxes, ſhall, at his own Expence, provide himſelf; and every Apprentice, or other Perſon, of the Age of eighteen and under twenty-one Years who hath an Eſtate of the Value of Eighty Pounds, or whoſe Parent is rated at Eighteen Pounds towards the public Taxes, ſhall, by his Parent or Guardian, refpectively, be provided with a Muſket or Firelock with a Bayonet, a Cartouch-Box to contain twenty-three Cartridges, a Priming-Wire, a Bruſh and fix Flints, all in good Order, on or before the firſt Day of *June* next, and ſhall keep the ſame by him at all Times, ready and fit for Service, under the Penalty of Twenty Shillings for every two Months Neglect or Default, to be paid by ſuch Perſon, if of full Age, or by the Parent or Guardian of ſuch as are under twenty-one Years, the ſame Arms and Accoutrements to be charged by the Guardian to his Ward, and allowed at fettling the Accounts of his Guardianſhip.

*What Perſons ſhall provide Arms, &c.*

*Penalty for neglecting to keep them in Repair.*

7. *And be it Enacted,* That every Male white Perſon within this State, between the Ages of eighteen and fifty, or who ſhall hereafter attain to the Age of eighteen Years (Clergymen and Preachers of the Gofpel of every Denomination, Members of the General Aſſembly, Juſtices of the Supreme Court, Juſtices of the Courts of Common Pleas, Juſtices of the Peace, Sheriffs, Keepers of the public Gaols, School-Maſters teaching a Latin School, or having at leaſt twenty Engliſh Scholars, and indented Servants *bona Fide* purchafed, excepted) ſhall attend at the Times and Places appointed in Purſuance of this Act for

*Penalty on Privates for Non-attendance, &c.*

Digitized from Best Copy Available

[ 4 ]

the Appearance of the Company or Battalion to which he belongs; and if any non-commissioned Officer or Private, so as aforesaid required to be armed and accoutred with his Firelock and Accoutrements aforesaid in good Order, or if any Male white Person between the Ages aforesaid, although not required to be so armed and accoutred, shall neglect or refuse to appear on the Parade and answer to his Name when the Roll is called over, which the commanding Officer is hereby directed to cause to be done at the Distance of one Hour after the Time appointed for Meeting, not having a reasonable Excuse, to be adjudged of by a Court-Martial to be appointed by the commanding Officer of the Company, which shall consist of a Subaltern and four Privates, the Subaltern to be President thereof, every such Person shall forfeit and pay the Sum of Three Shillings and Nine-pence for every such Neglect or Refusal, and if the said Court Martial shall adjudge, that such Person had not a reasonable Excuse for such Neglect or Refusal, he shall pay the Costs of any Suit or Prosecution afterwards had or commenced for the said Fine and Forfeiture, although the same may not be recovered by the Officer suing for the same in the Manner herein after directed.

*How to be adjudged.*

8. *And be it Enacted,* That every Person required to attend as aforesaid, at the Time and Place of Exercise in Company, or in Battalion, who shall then and there appear, and shall neglect or refuse to answer to his Name when the Roll is called over, or to obey the lawful Commands of his Commanding Officer, or to perform his Exercise with the Care and Attention requisite therein, being convicted of any of the said Offences, by a Court-Martial to be appointed as aforesaid, shall forfeit and pay the Sum of Seven Shillings and Six-pence for every such Offence.

*For Neglect of Duty, the Penalty.*

9. *And be it Enacted,* That if any Person of the Age of eighteen, and under twenty-one Years, who is hereby required to attend at the Time and Place of Exercise in Company or in Battalion, shall neglect or refuse to appear on the Parade and answer to his Name when the Roll is called over, or shall then and there appear, and shall neglect or refuse to answer to his Name when the Roll is called over, or to obey the lawful Commands of his Commanding Officer, or to perform his Exercise with the Care and Attention requisite therein, the Fines and Penalties by this Act in such Case to be incurred by him, shall be recovered of his Parent, Guardian or Master (if found to be the Fault of the Master) in the same Manner as if such Parent, Guardian or Master had personally incurred such Fines and Forfeitures, and shall in the Case of a Guardian be by him charged to his Ward when of Age.

*Fines incurred by Minors, of whom to be recovered.*

Add. 029

Digitized from Best Copy Available

[ 5 ]

10. *And be it Enacted,* That every commiffioned Officer who fhall neglect or refufe to appear at the Time and Place appointed for Exercife in Battalion, having no reafonable Excufe, to be adjudged of by fuch of the Officers prefent as the Colonel or Commanding Officer for that Day fhall appoint, and there do and perform his Duty according to his Office and Station, fhall forfeit and pay, if a Colonel, Thirty Shillings; if a Lieutenant-Colonel, Twenty-two Shillings and Six-pence; if a Major, Fifteen Shillings; if a Captain, Ten Shillings; and if a Subaltern or Staff-Officer, Seven Shillings and Six-pence: And every commiffioned Officer who fhall refufe or neglect to appear at the Time and Place appointed for Exercife on other Mufter Days, having no reafonable Excufe, to be adjuded of by the Officers prefent, or a Majority of them, fhall forfeit and pay the Sum of Ten Shillings, if a Captain, and the Sum of Seven Shillings and Six-pence if a Subaltern. *Commiffioned Officers to be fined for Neglect of Duty.*

11. *And be it Enacted,* That the commiffioned Officers of every Company fhall appoint fuch Serjeant thereof as they fhall judge beft qualified for that Bufinefs to be Clerk thereto, who fhall keep in a Book, to be provided by him for that Purpofe, to be viewed and examined from Time to Time by the Commanding Officer thereof, a fair and exact Account of all Fines and Forfeitures incurred by Perfons belonging to the fame, noting therein at the Time and Place appointed for Meeting in Company or in Battalion the Names of the Perfons belonging to his Company and then abfent; a Tranfcript of which Entries the faid Clerk fhall deliver to the Treafurer of his Battalion once in three Months, by whom he fhall be paid Thirty Shillings a Year for his Services aforefaid as Clerk. *A Clerk to be appointed for each Company, his Duty, and Pay.*

12. *And be it Enacted,* That the Commanding Officer of every Company is hereby impowered and required to fue for and recover, in the Manner herein after directed, all Fines and Forfeitures incurred as aforefaid by any non-commiffioned Officer or Private belonging to his Company, and being fo recovered, fhall forthwith pay over the fame into the Hands of the Treafurer of the Battalion to which he doth belong, deducting One Shilling in the Pound for collecting the fame: And if any fuch Commanding Officer fhall neglect or refufe to fue for and recover all Fines and Forfeitures incurred in his Company once in every three Months, and pay over the fame, agreeable to the Directions of this Act, he fhall forfeit and pay the Sum of Five Pounds for the firft Offence, and for the fecond and every other Offence the Sum of Ten Pounds. *The Captain of each Company to fue for Fines incurred therein. Penalty for Neglect.*

13. *And be it Enacted,* That it fhall and may be lawful for the
  B                                      commiffioned

Add. 030

Digitized from Best Copy Available

[ 6 ]

A Treasurer for each Battalion to be chosen annually.

commissioned Officers of each Battalion to meet on the first *Saturday* of *August* next, and on the first *Saturday* of *August* annually thereafter, during the Continuance of this Act, at the Place where such Battalion usually meets, and being so met, to choose by Ballot, to be taken under the Inspection of the Field Officers, or such of them as attend, one reputable Freeholder, not being one of the said commissioned Officers, to be Treasurer to such Battalion for the Year thence next ensuing.

He shall give Bond,

and account with the General Assembly.

14. *And be it Enacted*, That the Treasurer of each Battalion in the several Counties of this State, before he enters on the Duties by this Act required of him, shall give Bond to the Colonel of the same, in such Sum and with such Sureties as he shall approve of, conditioned for the faithful Performance of the Duties hereby enjoined him, and shall pay over all such Sums of Money as shall come into his Hands, in Pursuance of this Act, in the Manner herein directed ; and at the Expiration of the Year for which he was chosen shall render an Account to the General Assembly, or their Committee, of all Monies that have come into his Hands as Treasurer of said Battalion, and in what Manner he hath disposed of the same, and the Balance remaining in his Hands, if any, shall forthwith, after such Account rendered, be paid over to his Successor in the said Office, after deducting Sixpence in the Pound for his Trouble.

Appropriation of the Fines.

15. *And be it Enacted*, That all Fines and Forfeitures that shall be paid into the Hands of any Treasurer of a Battalion, in Pursuance of this Act, shall be applied for the Purpose of purchasing Arms, Accoutrements and Ammunition for the Use of the Battalion, as the President or Commander in Chief from Time to Time shall order and direct, and for purchasing such Drums, Colours and Fifes for the several Companies, and also for paying Adjutants, Drummers and Fifers, and in such Manner as the Field-Officers thereof, shall, from Time to Time, order and direct.

16. *Provided always, and be it Enacted*, That no Ammunition shall be delivered for the Use of any Battalion until the same be made up into Cartridges, which the President or Commander in Chief is hereby required to have done at the Expence of the State.

Public Arms, &c. who to be accountable for, in Case of Waste,

17. *And be it Enacted*, That whenever any Arms, Accoutrements, or Ammunition shall, by Order of the President or Commander in Chief, be delivered by the Treasurer of the Battalion, or any other Person in whose Hands the same may be, for the Use of such Battalion, the Commanding Officer thereof shall give a
Receipt

Add. 031

[ 7 ]

Receipt for the fame, accurately fpecifying the Articles received, and the Number of Arms, Accoutrements and Cartridges refpectively, who upon delivering them to the Commanding Officers of Companies, fhall take Receipts in like Manner, and the faid Commanding Officers of Companies, upon delivering them to the Privates, fhall make Entries in a Book, fairly kept, fpecifying the Articles and the Numbers as aforefaid, and the Names of the Perfons refpectively, into whofe Hands they were by him delivered, which Perfons refpectively fhall be accountable to him for the full Value of every of the faid Articles received by them, in Cafe of Abufe, Wafte or Imbezzlement, to be fued for and recovered by him, in the Manner herein after directed, and the faid Commanding Officers of Companies fhall be accountable to the Treafurer for the full Value of every of the faid Articles refpectively received by them, in Cafe of Abufe, Wafte or Imbezzlement, to be fued for and recovered by the faid Treafurer in like Manner.

18. *Provided always, and be it Enacted,* That the Commanding Officer of a Battalion fhall be accountable to the Treafurer thereof, in Manner before-mentioned, for every of the faid Articles by him received as aforefaid, for which he fhall not produce fuch Receipts from the Commanding Officers of Companies as are herein before directed to be taken. <span style="float:right">*or neglecting to take Receipts therefor.*</span>

19. *And be it Enacted,* That the Prefident or Commander in Chief fhall have full Power and Authority, in Cafe of Invafion, Rebellion or Infurrection within this State, or in Cafe of actual Invafion of the State of *Maryland, New-Jerfey, Pennfylvania,* or the Eaftern Shore of *Virginia,* to call into Service fuch Part of the Militia, by Claffes, as to him fhall feem neceffary, the firft Draught to be compofed of the Clafs Number one of each Company, and in Cafe the firft Draught fhall not be fufficient for the Exigency, then the Clafs Number two fhall be drawn, and fo on by Claffes, from Time to Time, as Occafion may require. And to the End, that each particular Draught may be fuitably officered, the following Order is hereby directed and enjoined : That is to fay, For the firft Draught, the Captain of the firft Company, the firft Lieutenant of the fecond Company, the fecond Lieutenant of the Third Company, and the Enfign of the fourth Company. For the fecond Draught, the Captain of the fecond Company, the firft Lieutenant of the firft Company, the fecond Lieutenant of the fourth Company, and the Enfign of the third Company. For the third Draught, the Captain of the third Company, the firft Lieutenant of the fourth Company, the fecond Lieutenant of the firft Company, and the Enfign of the fecond Company. For the fourth Draught, the Captain of the fourth Company, <span style="float:right">*Prefident may call out the Militia, upon Invafion, &c.*</span> <span style="float:right">**Draughts how officered.**</span>

Company,

Digitized from Best Copy Available

Add. 032

[ 8 ]

Company, the firſt Lieutenant of the third Company, the ſecond Lieutenant of the ſecond Company, and the Enſign of the firſt Company. For the fifth Draught, the Captain of the fifth Company, the firſt Lieutenant of the ſixth Company, the ſecond Lieutenant of the ſeventh Company, and the Enſign of the eighth Company. For the ſixth Draught, the Captain of the ſixth Company, the firſt Lieutenant of the fifth Company, the ſecond Lieutenant of the eighth Company, and the Enſign of the ſeventh Company. For the ſeventh Draught, the Captain of the ſeventh Company, the firſt Lieutenant of the eighth Company, the ſecond Lieutenant of the fifth Company, and the Enſign of the ſixth Company. For the eighth Draught, the Captain of the eighth Company, the firſt Lieutenant of the ſeventh Company, the ſecond Lieutenant of the ſixth Company, and the Enſign of the fifth Company.

*Rotation of Duty among Field Officers, how aſcertained.*

20. *And be it Enacted,* That the ſeveral Colonels, Lieutenant-Colonels and Majors of the Regiments compoſing a Brigade in each County, ſhall on or before the twentieth Day of *April* next enſuing, meet together and decide the Rotation of Duty among them, by ſeveral and ſeparate Lots in numerical Order, as aforeſaid in the ſeveral Lines of Office ; which being done, a Roll thereof ſhall be immediately made and ſubſcribed by them all, and returned to the Brigadier-General of the Brigade, and by him, he firſt taking a Copy thereof, without Delay, be tranſmitted to the Preſident or Commander in Chief ; and if the Field-Officers aforeſaid ſhall neglect to decide the Rotation of Duty, or to return the Roll ſubſcribed as aforeſaid to the Brigadier-General, or if Brigades or Detachments ſhall be compoſed of Claſſes from different Counties, the Field-Officers ſhall take their Tour of Duty according to their reſpective Ranks, in ſuch Manner as the Preſident or Commander in Chief ſhall direct and order, each Claſs to be conſidered as Detachments from diffe-

*Militia how relieved.*

rent Corps, liable to ſerve any Term not exceeding ſix Weeks, and to be relieved by the Claſs next in numerical Order, the Relief to arrive at leaſt two Days before the Expiration of the Term of the Claſs to be relieved : But nothing herein contained ſhall prevent the Preſident or Commander in Chief from employing or calling out the Whole of any Battalion where it may be neceſſary, or the Whole of any Company, without Reſpect to this Rule, whenever the Exigency is too ſudden to aſſemble the Militia which compoſe the particular Claſſes. And the Militia

*Their Pay and Rations.*

in actual Service ſhall receive the ſame Pay and Rations as continental Troops, their Pay to commence two Days before their Marching by Claſſes ; and receive Pay and Rations till their Return Home : Provided that not more than one fourth of the Claſſes of the Militia ſhall be ſent and kept out of this State at any Time,

Add. 033

[ 9 ]

Time, nor fhall any Part of the Militia be retained in actual Service out of this State, longer than the Invafion of the adjoining State continues.

Not to be kept out of the State longer than, &c.

21. *And be it Enacted,* That in Cafe of the Abfence of the Prefident or Commander in Chief of this State, on any Infurrection, Rebellion or Invafion, the General or Commanding Officer in the military Line, in each County refpectively, is hereby authorized and directed to iffue his Orders, to call out fuch Part of the Militia as he may judge immediately neceffary, and fhall forthwith tranfmit an Account thereof, to the Prefident or Commander in Chief.

Who may call out the Militia in the Abfence of the Prefident.

22. *And be it Enacted,* That the Brigadier-General of each Brigade, upon receiving Orders from the Prefident or Commander in Chief, for any Clafs or Claffes of Militia, to be called out by Virtue of this Act, fhall give due Notice thereof to the Commanding Officers of Battalions, they to the Commanding Officers of Companies refpectively, who fhall forthwith give the fame to the Clafs or Claffes ordered to march, and without Delay certify in Writing under their Hands refpectively, to the Commanding Officer of the Battalion, in what Manner fuch Orders have been executed, and fhall make Returns in Writing of thofe who are then fick or abfent out of the County ; and for fuch Service each Commanding Officer of a Company fhall receive from the Treafurer of a Battalion, out of the Fines and Forfeitures incurred by this Act, the Sum of Seven Shillings and Sixpence, and no more : And fuch Commanding Officer of the Battalion fhall forthwith tranfmit a Copy of fuch Returns to the Brigadier-General aforefaid. And if the Commanding Officer of a Battalion fhall neglect or refufe to give fuch Notice as he is hereby directed to give, or if the Commanding Officer of a Company fhall neglect or refufe to give fuch Notice as he is hereby directed to give, or to certify as aforefaid, he fhall forfeit and pay to the Treafurer of the Battalion the Sum of Ten Pounds.

How Notice fhall be given to the Claffes ordered to march.

Penalty for Neglect.

23. *And be it Enacted,* That if any Perfon of the Age of eighteen and under twenty-one Years, who is by this Act required to march with his Clafs, Company or Battalion, fhall neglect or refufe fo to do, the Fines and Penalties by this Act in fuch Cafe to be incurred by him, fhall be recovered of his Parent, Guardian, or Mafter (if found to be the Fault of the Mafter) in the fame Manner as if fuch Parent, Guardian or Mafter had perfonally incurred fuch Fines and Forfeitures, and fhall, in the Cafe of a Guardian, be by him charged to his Ward when of Age.

Fines incurred by Minors for neglecting to march, of whom recovered.

24. *And be it Enacted,* That every Field-Officer within this

C

State,

Add. 034

Officers not
taking their
Tour of Duty,
to be fined.
State, who shall refuse or neglect to take his Tour of Duty, when
the Militia of this State shall be called into actual Service by
Classes, Companies or Battalions, having no sufficient Excuse, to
be adjudged of by a Court-Martial, to be appointed by the Com-
manding Officer of the Brigade to which he belongs, shall for-
feit and pay, if a Colonel Thirty Pounds, if a Lieutenant-Colonel
Twenty-two Pounds and Ten Shillings, if a Major Fifteen Pounds:
And every other commissioned Officer who shall refuse or neglect
to march with his Class, Company or Battalion, when the same
shall be called into actual Service, and continue with the same
until such Class, Company or Battalion is discharged, having no
reasonable Excuse, to be adjudged of by a Court-Martial, to be
appointed by the Colonel of the Battalion to which he belongs,
shall forfeit and pay the Sum of Ten Pounds if a Captain, and the
Sum of Seven Pounds and Ten Shillings if a Subaltern or Staff-
Officer. And every non-commissioned Officer and Private (Mem-
bers of the General Assembly, Justices of the Courts of Common
Pleas, and Justices of the Peace, in the Case of actual Invasion of
the State of *Maryland, New-Jersey, Pennsylvania,* or the Eastern
Shore of *Virginia,* excepted) who shall refuse or neglect to attend,
at the Time and Place appointed for any Class or Company to
meet, or, having met, shall refuse to march with his Class or
Company, and continue with the same until such Class or Compa-
ny is discharged, not having a reasonable Excuse, to be adjudg-
ed of by a Court-Martial, to be appointed by the Commanding
Officer of the Company in the Manner herein before directed,
shall forfeit and pay the Sum of Five Pounds: And the Com-
manding Officer of every Company shall immediately after the
Return of a Class or Classes of his Company, or of his Company
from a Tour of Duty, return to the Treasurer of the Battalion a
true List, containing the Names of every Person belonging to
the said Class or Classes, or Company who hath failed in per-
forming the Duties hereby required of him, and such Command-
ing Officer neglecting or refusing to return a List as aforesaid,
shall forfeit and pay the Sum of Ten Pounds.

Privates not
marching with
their Classes,
&c. to be fined.

Captains to
return Lists of
Delinquents.

Privates may
substitute on
Detachments.
25. *And be it Enacted,* That every Private shall be allowed to
substitute on Detachments an able-bodied effective Private in
his Stead, to be approved of by the Commanding Officer of the
Company, and such Substitute serving out the Tour of Duty
for which he is substituted, the Person substituting him shall be
discharged from that Tour, but shall nevertheless take his own
Tour of Duty whenever it returns again in the Order wherein it
shall have been settled as aforesaid; and that in Case of Sick-
ness or other unavoidable Accident an Officer shall be prevent-
ed from taking his Tour of Duty on any Detachment, the next to
him in the Order of Detachment, shall supply his Place, and the
<div align="right">Person</div>

Digitized from Best Copy Available

Person so prevented, shall, in Return, take the proper Tour of Duty, on Detachments, of the Person so supplying his Place.

26. *And be it Enacted*, That the firing of four Muskets successively and distinctly, and the Beating of a Drum immediately after for fifteen Minutes successively, or the firing of two Cannon at four Minutes Distance of Time, and the Beating of a Drum immediately after for fifteen Minutes successively, within this State, shall be Signals of, and be deemed and taken to be an Alarm ; and the Commanding Officer of each Company who shall have Notice of an Alarm, shall forthwith cause the Assemble to be beat ; use his utmost Diligence to collect the Company under his Command, and send immediate Notice to all the Field Officers in the Neighbourhood, and to the Commanding Officer, or in Case of his Absence, to some commissioned Officer of the next Company, who shall in like Manner give Notice to Field Officers, and to an Officer of the next Company, and so on till the Notice become general, and the Field Officers shall immediately repair, and the Officers of Companies shall immediately march with their Companies respectively and in proper Order, to such Place of Rendezvous as shall be appointed by the Commanding Officer ; and upon every such Alarm every Officer of a Company under the commanding Officer thereof, and every Private, shall and is hereby required immediately to repair with his Arms, Accoutrements, and Ammunition, to the Habitation of the Commanding Officer of the Company, unless some other Place be appointed as aforesaid for that Purpose, and shall obey all such lawful Commands as shall be given him, and after such Company is formed, it shall be considered as in actual Service and full Pay, and so shall remain until discharged : And all Officers and Privates shall continue in Service on such Alarm as long as the Commanding Officer shall judge expedient ; and if any Person or Persons, except a commissioned Officer, shall presume to make the Signals of an Alarm as aforesaid, within this State, he or they shall forfeit and pay for such Offence the Sum of Fifty Pounds.

*What shall be deemed an Alarm.*

*Who may make an Alarm.*

27. *And be it Enacted*, That if any Field Officer shall not perform the Duties belonging to his Station in Case of an Alarm, having no reasonable Excuse, to be adjudged of by a Court Martial to be appointed by the Commanding Officer of the Brigade to which he belongs, he shall forfeit and pay, if a Colonel, Twenty Pounds, if a Lieutenant Colonel, Fifteen Pounds, and if a Major, Ten Pounds. And every other commissioned Officer who shall not perform the Duties belonging to his Station in Case of an Alarm, having no reasonable Excuse, to be adjudged of by a Court-Martial to be appointed by the Commanding Officer

*Officers and Privates neglecting their Duty on an Alarm, the Penalty.*

cer

Digitized from Best Copy Available

cer of the Battalion to which he belongs, fhall forfeit and pay, if a Captain, Six Pounds Thirteen Shillings and Four-pence, and if a Subaltern or Staff-Officer, Five Pounds; and every non-commiffioned Officer and Private who fhall not perform the Duties required of him in Cafe of an Alarm, not having a reafonable Excufe, to be adjudged of by a Court-Martial to be appointed by the Commanding Officer of the Company which he belongs to, in the Manner herein before directed, fhall forfeit and pay Three Pounds Six Shillings and Eight-pence. And the Commanding Officer of every Company fhall immediately after it is difcharged from attending on an Alarm, return to the Treafurer of the Battalion a true Lift containing the Names of every Perfon belonging to his Company who hath failed in performing the Duties required of him on fuch Alarm, and fuch Commanding Officer neglecting or refufing to return a Lift as aforefaid, fhall forfeit and pay the Sum of Six Pounds Thirteen Shillings and Four-pence.

**Delinquents liable to Cofts, altho,' &c.**  28. *And be it Enacted,* That if any Court-Martial herein before directed to be appointed, fhall refpectively adjudge, that a Field Officer, other commiffioned Officer, non-commiffioned Officer or Private, had no reafonable Excufe for not performing the Duties refpectively required of him, in Cafe of a Call of the Militia upon any Invafion, Rebellion, or Infurrection as aforefaid, or on an Alarm, fuch Field Officer, other commiffioned Officer, non-commiffioned Officer or Private, refpectively, fhall pay the Cofts of any Suit or Profecution afterwards had or profecuted againft him for the Fines and Forfeitures to which he is hereby refpectively made liable, although the fame may not be recovered by the Perfon fuing for the fame in the Manner herein after directed.

**Officers guilty of a Breach of Duty to be removed.**  29. *And be it Enacted,* That if any commiffioned Officer fhall neglect or refufe to perform any Thing herein before directed to be done by him, the Prefident or Commander in Chief is hereby required to remove him from his Office, and appoint another in his Place, and to iffue a Commiffion to the Perfon fo appointed accordingly, it being firft adjudged by a Court Martial to be appointed refpectively as the Rank of the Officer may be, in the Manner herein before directed, that fuch Officer had no reafonable Excufe for the Non-performance of his Duty.

**Deferters allowed no Pay for Duty previous to Defertion.**  30. *And be it Enacted,* That every Captain and other Officer of the Militia, who fhall hereafter make out a Pay-Roll, fhall infert therein, as well the Names of thofe who fhall have deferted, if any there fhall be, as of thofe who fhall ferve out their Tour, and note fuch Deferters as having deferted, but fhall not annex
                                                                          any

Digitized from Best Copy Available

[ 13 ]

·any Pay for the Time they did Duty, previous to their Defertion.

31. *And be it Enacted*, That in Cafe of Invafion, Rebellion or Infurrection as aforefaid, the Prefident or Commander in Chief, or, in his Abfence, the General or Commanding Officer in the military Line, in each County refpectively, is hereby impowered to iffue Warrants to proper Perfons, for imprefling Horfes and Carriages, as the Service may require.

*Who may iffue impreſs Warrants in the Prefident's Abſence.*

32. *And be it Enacted*, That the Prefident or Commander in Chief may commiffionate three Brigadier-Generals, and alfo one Major-General, when thofe Offices become vacant, to command the Militia of this State, which Major-General is hereby impowered to appoint an Aid-de-Camp, and each of the faid Brigadier-Generals to appoint a Brigade-Major.

*The Prefident may appoint a Major General, &c.*

33. *And be it Enacted*, That a proper Perfon may be appointed by the Prefident or Commander in Chief, to be Commiffary of military Stores and Provifions, in each of the Counties of this State, whofe Bufinefs and Duty fhall be to collect together all public Arms and Military Stores, and the fame fecurely and fafely to keep in fome convenient and proper Place, in good Order and fit for fervice, and not to deliver out any of the faid Arms, Stores or Provifions, but by Virtue of an Order in Writing from the Prefident or Commander in Chief, or, in his Abfence, and in Cafe of Emergency, by an Order from the Officer commanding the Militia in the refpective Counties, and to take proper Receipts for all Arms, Stores and Provifions delivered out, and make Report of the Condition of the Arms, Stores and Provifions in his Care and Cuftody, once in every three Months, to the Prefident or Commander in Chief; and the faid Commiffary is hereby directed to keep a juft and fair Account of all Arms, Stores and Provifions which may come to his Hands as aforefaid, and of the Delivery thereof.

*Commiffaries to be appointed.*

*Their Duty.*

34. *And,* in Order to enable the faid Commiffaries refpectively, to afford a Supply of Provifions on any fudden call of fmall Detachments of Militia into Service, *Be it Enacted*, That it fhall and may be lawful for the County-Treafurers refpectively, to pay upon the Order of fuch Commiffary, counterfigned by the Commanding Officer of he Battalion to which the Detachment maybelong, a Sum of Money not exceeding One Shilling for each Man, for every twenty-four Hours fuch Detachment is neceffarily kept in Service, for the Expenditure of which Money the faid Commiffary fhall forthwith account with the Commanding Officer of that Battalion, whofe Certificate of fuch accounting fhall be a

*Supplies of Provifions for Detachments, how procured.*

D                                          Difcharge

Add. 038

Difcharge to the Commiffary for the Difpofition of fuch Money, a Duplicate of which Account and Certificate fhall be returned by the Commanding Officer of the Battalion, to the General Affembly at their next Sitting thereafter; and the Order fo counterfigned and Receipt thereon fhall be a fufficient Voucher for the County Treafurer's paying the fame, in his Account with the State-Treafurer.

What Articles of War the Militia fhall be fubject to.

35. *And be it Enacted,* That the Militia of this State, as well without as within the State, be fubject only to fuch Articles of War as are or may be eftablifhed by the General Affembly thereof, and fhall be tried only by their own Officers.

Bounty for marching out of the State.

36. *And be it Enacted,* That the Sum of Three Pounds be allowed to every non-commiffioned Officer and Private in the Militia of this State, who fhall march out of the fame with his Clafs when ordered, and continue in the Service fix Weeks; and in Proportion for any fhorter Time, if regularly difcharged, over and above his monthly Pay and Rations.

Perfons difabled to be fupported.

37. *And be it Enacted,* That if any Perfon, either Officer or Private fhall happen to be wounded or difabled upon any Invafion, or in any military Service under this Act, he fhall be taken Care of, fupported and maintained, according to his Rank and Dignity, at the public Charge of this State, during the Time of his Difability.

Militia exempt from Arrefts.

38. *And be it Enacted,* That no Perfon or Perfons, by this Act directed to meet and mufter, or perform any military Duty, fhall be liable to be arrefted, or taken by any Sheriff, Conftable or other Officer, in any civil Action whatfoever, on the Day of fuch Meeting, in going to, remaining at, or returning from the Place of fuch Meeting for Mufter, or other military Duty, but every fuch Arreft fhall be *ipfo Facto* void, and the Officer making the fame, fhall be liable to an Action of Trefpafs for falfe Imprifonment, at the Suit of the Party fo arrefted, and he fhall be forthwith fet at Liberty and difcharged from the Cuftody of fuch Officer, by Order of any one Judge or Juftice of the Peace of the County where fuch Arreft is made, or of the Captain of the Company to which fuch Perfon doth belong; and the Arms and Accoutrements aforefaid, of every Perfon required by this Act to provide and keep the fame for military Service, fhall be, and are hereby declared to be exempt and privileged from all Diftreffes, Executions, Extents, Attachments or other Procefs whatfoever; and any civil Officer diftraining, feizing, attaching, or taking the fame in Execution, fhall forfeit and pay the Sum of Three Pounds, to the Party grieved; to be recovered at the Suit of

Their Arms privileged from Diftreffes, &c.

Digitized from Best Copy Available

[ 45 ]

of said Party, in the same Mode other Debts or Demands un-
der Five Pounds are made recoverable by the Laws of this State,
and any Sale of said Arms and Accoutrements, so as aforesaid
exempt, made by any Officer, shall be null and void.

39. *And be it Enacted*, That any Fine or Forfeiture under Five
Pounds, that may be incurred under this Act, shall be sued for
and recovered as Debts of Forty Shillings or under, may now be
sued for and recovered, and all and every of the Fines and For-
feitures of Five Pounds and upwards, by this Act made payable,
the Mode of recovering which is not herein before particularly
pointed out, shall be sued for and recovered by the Treasurer
of the Battalion to which the Officer or Person incurring the
same belongs, by Summons or Warrant, and Execution, from
under the Hand and Seal of a Justice of the Peace, in the Neigh-
bourhood where the Person charged resides, directed to the She-
riff of the County, requiring him to levy the same on the Goods
and Chattels of the Delinquent, and the same cause to be ap-
praised by two Freeholders, and after being publicly advertised
ten Days, to make Sale thereof, and after Payment of the Fine
or Forfeiture to the Treasurer suing for the same, together with
Costs and Charges, pay the Overplus, if any, to the Owner, and
if Goods and Chattels sufficient to discharge the same cannot be
found, that then the Justice granting such Precept, shall certify
the Proceedings had thereon, to the Prothonotary of the Coun-
ty, who is thereupon required to issue a *Fieri Facias* for the le-
vying of the Fines and Forfeitures aforesaid, on the Lands or
Tenements of such Delinquent.

*Fines under £. 5, how re-covered.*

*above £ 5 how.*

40. *Provided always, and be it Enacted*, That if any Person or Per-
sons shall think him, her or themselves aggrieved by the Judge-
ment of the Justice aforesaid, in any Suit of Five Pounds and
upwards, he, she or they may appeal before the Justice afore-
said, and on the Parties giving sufficient Security within six Days
next after any such Judgement, to prosecute such appeal in the
Court of Common Pleas of the County with Effect, the Justice
shall receive the same, and stay further Procefs, and the said Jus-
tice shall return every such Appeal on the first Day of the next
Term, and the Court shall direct the Trial by Jury as in other
Cases of Debt, whose Verdict shall be final and conclusive, and
all such Appeals shall be tried at the Term to which such Re-
turns shall be made ; any Law, Custom, or Usage to the Con-
trary notwithstanding.

*Persons ag-grieved may appeal.*

41. *And be it Enacted*, That if any Suit or Action shall be
brought against any Officer, civil or military, for doing the Du-
ty enjoined or required of him by this Act, he may plead the
general

*Officers sued, their Remedy.*

Add. 040

Digitized from Best Copy Available

[ 16 ]

general Iſſue and give this Act in Evidence; and if the Plaintiff in ſuch Suit or Action ſhall diſcontinue the ſame, be nonſuited, or a Verdict paſs againſt him, or Judgement be given againſt him, he ſhall pay the Defendant treble Coſts.

**Continuance of this Act.**

42. *And be it Enacted,* That this Act ſhall continue in Force ſo long as the preſent War between the *United States of America* and *Great-Britain* ſhall continue, and from thence until the End of the Sitting of the next General Aſſembly, and no longer.

**Former Acts repealed.**

43. *And be it Enacted,* That an Act of the General Aſſembly of this State, intituled, " An Act for eſtabliſhing a Militia within this State," another Act, intituled, " A Supplement to an Act for eſtabliſhing a Militia within this State," and another Act, intituled, " An additional ſupplementary Act to the Act, intituled, An Act for eſtabliſhing a Militia within this State," be and are hereby repealed and made void; except ſo far as relates to the Duty of Treaſurers of Battalions reſpectively, who ſhall continue to act until the Treaſurers herein before directed to be appointed ſhall be choſen.


*Signed, by Order of the Houſe of Aſſembly,*

**SIMON KOLLOCK,** *Speaker.*


*Signed, by Order of the Council,*

**THOS. COLLINS,** *Speaker.*

*Paſſed at Dover,*
  *February 5,* **1782.**

Add. 041

Digitized from Best Copy Available

THE

# 𝕾𝖙𝖆𝖙𝖚𝖙𝖊𝖘 𝖆𝖙 𝕷𝖆𝖗𝖌𝖊

OF

# PENNSYLVANIA

FROM

## 1682 to 1801

COMPILED UNDER THE
AUTHORITY OF THE ACT OF MAY 19 1887 BY
JAMES T. MITCHELL AND HENRY FLANDERS
COMMISSIONERS

VOLUME XI

1782

HARRISBURG, PA.:
HARRISBURG PUBLISHING CO., STATE PRINTER.
1906

Add. 042

and skilful freeholders to appraise, on oath or affirmation, the horses and accoutrements of persons serving as light horse.

[Section V.] (Section VI, P. L.) And be it further enacted by the authority aforesaid, That the several and respective officers, who shall hereafter be elected or appointed, agreeable to the aforesaid act, shall serve respectively as officers of the militia for and during the term of three years; and in case of death, resignation or cashiering by a court-martial, the vacancy shall be supplied by election in the same manner as the officers were first elected by the aforesaid act, any law, custom or usage to the contrary notwithstanding.

(Section VII, P. L.) Provided always, That any officer cashiered shall not be capable of being re-elected.

[Section VI.] (Section VIII, P. L.) And be it further enacted by the authority aforesaid, That no person shall be capable of electing officers or to be elected, who has not taken an oath or affirmation of allegiance, according to law, to this or some one of the United States; anything in the act to which this a further supplement to the contrary notwithstanding, young men who have arrived to the age of eighteen years since the time limited by law for taking the oath or affirmation of allegiance as aforesaid, and all such who have mustered or performed a tour of militia duty excepted.

[Section VII.] (Section IX, P. L.) And be it further enacted by the authority aforesaid, That the returns hereafter to be made, by the captains or commanding officers of companies, of the delinquents on all days of exercise, together with the fines by them received from any such delinquents, shall be upon oath or affirmation.

[Section VIII.] (Section X, P. L.) And be it further enacted by the authority aforesaid, That from and after the passing of this act the whole of the militia of this state shall be subject to be exercised in companies, under their respective officers, as followeth, that is to say; in the city of Philadelphia and districts annexed, in companies, on the two last Mondays in the month of April; and the first battalion, in battalion, on the first Monday in the month of May; the second battalion on the Tuesday following; the third battalion on the Wednesday and so

Add. 043

on, according to their numerical rank, on every day of the week
Saturday and Sunday excepted until the whole number of bat-
talions shall have mustered in the aforesaid manner; and in
autumn or fall season of the year, shall meet to exercise in com-
panies, the two first Mondays in the month of September; and
the first battalion, in battalion, on the third Monday of the said
month; the second battalion on the Tuesday following; the
third battalion on the Wednesday; and in this manner until the
whole number of battalions have mustered, except as before ex-
cepted, and in each and every county in the following manner,
that is to say; in companies, the two last Mondays in the month
of April; and in battalion, in the following manner, to wit: The
first battalion shall meet, in battalion, on the first Monday in
the month of May; the second battalion on the Tuesday follow-
ing; the third battalion on the Wednesday; and so on, accord-
ing to the days of the week (Saturday and Sunday excepted)
until the whole number of battalions belonging to each county
shall have mustered in this manner, and in companies, the first
and second Mondays in the month of October; and the first bat-
talion, in battalion, on the next succeeding Monday; the second
battalion on the Tuesday following; the third on the Wednes-
day, and in this manner until the whole number of battalions
belonging to each county, according to their ranks, severally
shall have mustered on any day it may happen, except as before
is excepted; and the militia shall be and is hereby indemnified
and excused from mustering on any other days than those
enumerated in this act.

[Section IX.] (Section XI, P. L.) And be it further enacted
by the authority aforesaid, That if any commissioned officer
shall neglect or refuse to attend on any of the days appointed
for exercise in company as aforesaid (unless prevented by sick-
ness, or some other unavoidable accident) such commissioned
officer shall forfeit and pay the sum of ten shillings, and any
non-commissioned officer or private, and all enrolled persons
so refusing or neglecting (except as before excepted) shall for-
feit and pay the sum of five shillings, and upon a battalion day,
a field officer who shall neglect or refuse to attend shall forfeit
and pay the sum of forty shillings, and every other officer, non-

# THE
# COLONIAL RECORDS

### OF THE

# STATE OF GEORGIA

c‡

## VOLUME XIX.

## PART II.

### STATUTES, COLONIAL AND REVOLUTIONARY
### 1774 TO 1805.

#### COMPILED AND PUBLISHED UNDER AUTHORITY

#### OF

# THE LEGISLATURE

#### BY

## ALLEN D. CANDLER, A. M., LL. D.

ATLANTA, GA.
CHAS. P. BYRD, STATE PRINTER.
1911.

us
905.C16
CoL

Add. 045
Digitized by Google

**Revising and Amending Militia Laws.**

lawful to and for the Colonel or Lieutenant Colonel of any of the Regiments or Battalions of this state, or in his absence the next Commanding field Officer to call together And Assemble, within his County, all or any of the Companies belonging to his Battalion or Regiment and cause them to be trained, Mustered, and exercised as he shall think fit: PROVIDED such Trainings Musterings, and exercisings do not exceed Twice in One twelve Months, unless by Order of his honor the Governor as aforesaid. ——

AND BE IT FURTHER ENACTED by the Authority aforesaid That every Captain, or other Inferior Commissioned Officer of any Company in any Battalion, who shall refuse or neglect to Conduct or lead his Company, or attend the same to the place of Rendezvous for any General Muster exercising or training as aforesaid; under the Orders of the Officer Commanding Agreable to the Directions of this Act Without Proper and sufficient excuse to a General Court Martial, to be held for that purpose; shall for the first Offence forfeit and pay a sum not exceeding five pounds, for the second Double the sum, And for the third, shall be Rendered incapable of holding a Commission —

AND BE IT FURTHER ENACTED that it shall And may be lawful to and for the Captains of the Different Companies of each battalion or Regiment

Regiment within this state, and they are hereby Required to assemble, Muster train and exercise, or Cause to be Mustered trained and Exercised their respective Companies, giving Notice of the same by beat of Drum or otherwise in such expeditious Manner as the Colonel or Officer Commanding the Regiment shall think fit, at any place, or places for Ordering Musters; PROVIDED the same does not exceed six times each Year, and that such Muster, training and exercising be within the district or division the said Company belongs to — ——

AND BE IT FURTHER ENACTED that the several Captains or Commanding Officers of Companies in the Different Battalions or Regiments, shall Respectively enter enlist and enroll the names of all the male free inhabitants from the age of Sixteen to fifty as aforesaid within their respective companies districts or divisions and shall cause the several persons so enrolled and enlisted notice being given of the same, to appear at the times and places appointed for ordinary muster in each respective districts or division, and the publishing of which as aforesaid, shall be deemed a sufficient summons within the intent of this act to oblige the persons so entered and enrolled liable to appear as well at such ordinary musters, as at any general musters which may be held as aforesaid, and the persons so enrolled shall be deemed and held to be enlisted in and to belong to

# AN ACT

For forming and regulating the Militia within this State, and for repealing all the laws heretofore made for that purpose.

*Paſſed 24th June, 1786.*

*WHEREAS it is the duty and intereſt of every ſtate, to have the Militia thereof properly armed, trained, and in complete readineſs to defend againſt every violence or invaſion whatever : and whereas the laws now in force reſpecting the regulation of the Militia, are inſufficient for thoſe purpoſes :*

*Preamble.*

§ I. BE IT THEREFORE ENACTED BY THE SENATE AND HOUSE OF REPRESENTATIVES, IN GENERAL-COURT CONVENED, and by the AUTHORITY of the ſame, That the ſeveral laws, clauſes and paragraphs of laws relative to regulating the militia, be and hereby are repealed, and declared null and void.

*Repealing clauſe.*

§ II. AND BE IT FURTHER ENACTED, by the AUTHORITY aforeſaid, That the training band, ſo called, ſhall conſiſt of all the able bodied male perſons within the ſtate, from ſixteen years old to forty, excepting members of Congreſs, members of the Senate, and the Houſe of Repreſentatives for the time being, Secretary of the State, all Civil Officers, Students of Colleges and Academies, Miniſters of the Goſpel, Elders and Deacons of Churches, Church Wardens, Grammar School Maſters, Maſters of Arts, people denominated Quakers, Selectmen for the time being, all commiſſioned Officers, and all non-commiſſioned Officers, of more than thirty-five years of age, who have ſerved as ſuch three years, ſhall not be compelled to ſerve in the training band, unleſs they have the offer of ſerving in the ſame, or a higher rank than they formerly held : alſo, all perſons employed as maſters of veſſels of more than thirty tons burthen, other than fiſhing veſſels, and veſſels coaſting to and from this to the other *American* States, Conſtables, Sheriffs, Deputy-Sheriffs, Negroes, Indians and Mulattoes : alſo, all ſuch Phyſicians, Surgeons, Ferrymen and Millers, as the Selectmen in the ſeveral towns where they reſide.

*Training band.*

*Perſons exempted.*

Add. 048

Digitized from Best Copy Available

refide, may think proper to excufe, and furnifh with a certificate that they ought to be excufed from common and ordinary trainings.

§ III. AND BE IT FURTHER ENACTED by the AUTHORITY aforefaid, That there fhall be one colonel, one lieutenant-colonel, and two majors, to each regiment of foot ; which officers fhall divide the regiments into companies, confifting as nearly as may be, of fixty-eight privates, and fhall determine the rank of each company ; and that each company fhall be commanded by a captain, two lieutenants, and an enfign; the captains and fubalterns fhall appoint four ferjeants, four corporals, one drummer, and one fifer, to each company, and fhall, from time to time, direct and appoint one of their ferjeants to act as clerk.

*And in order to prevent, as much as poffible, the inconveniences which may arife, from incorporating the foldiers of different towns into one and the fame company,*

§ IV. BE IT FURTHER ENACTED, That each town which can furnifh thirty-two privates, and the proper number of commiffioned and non-commiffioned officers, fhall be entitled to form one company ; fuch towns as have ninety-fix privates, exclufive of neceffary officers, fhall form two companies of forty-eight privates each ; and when the numbers are increafed to one hundred and eighty-four, they are to form two companies of fixty-eight, and one of forty-eight privates ; and fo on from time to time, making fixty-eight the full proportion of privates for a company, and forty-eight the additional number for dividing it, and forming a new one. And in all towns which have feveral companies, if, after forming fome companies of fixty-eight privates, there fhall remain a furplus of lefs than forty-eight, they fhall be divided among the other companies, as the field-officers fhall think proper ; and if they amount to forty-eight privates, exclufive of the neceffary number for officers, they fhall be formed into a feparate company : and where any town has lefs than thirty-two privates and a proper number for officers, they fhall be joined to fuch other corps as the field-officers fhall think proper, until they amount to that number, when they are all to be formed into a feparate company ; and all able-bodied foldiers belonging to places not incorporated, are to be annexed to fuch companies as the field-officers fhall direct ; and the field-officers of the

respective

Field-offi-
cers.

Companies
how to be
formed.

Add. 049

respective regiments, shall have power, from time to time, to alter, divide, and arrange, the companies in their regiments, agreeable to the rules aforesaid.

§ V. AND BE IT FURTHER ENACTED by the AUTHORITY aforesaid, That all male persons from forty to sixty years of age, and capable of bearing arms, who are exempted by the first section of this Act, from common and ordinary trainings, and are not included in that part of the Militia called the training band, shall constitute an alarm list, (excepting only members of Congress, of the Senate and House of Representatives, Secretaries, Ministers of the Gospel, President, and Officers and Students of Colleges, Preceptors and Assistants of Academies, and their Students for the time being, people called Quakers having a certificate from the clerk of their societies, Ferrymen, Indians, Negroes and Mulattoes,) and shall, in all respects, be equipped with arms and accoutrements, as is by this Act directed for those of the training band : and those of the alarm list shall, by the respective brigadiers, be divided into companies, not to exceed ninety-six, nor less than thirty-two, in number : which companies so divided and formed, are to be commanded by a captain, holding the rank of colonel ; a lieutenant, holding the rank of lieutenant-colonel ; and an ensign, holding the rank of major ; and are to be elected by the major part of the alarm list present ; the brigadier, or such field-officer as he shall order, being present, and presiding at said election : and are to proceed to the choice of non-commissioned-officers in the same manner as companies in the training band ; each company is to be provided with one drummer and one fifer.

*Alarm List.*

*Persons exempted.*

§ VI. AND BE IT FURTHER ENACTED BY THE AUTHORITY AFORESAID, That the commanding-officer of each alarm company, shall, once in every six months, call his company together, and examine their arms and accoutrements ; and every deficiency of arms or accoutrements, neglect of duty, or disobedience of orders, in any of the persons who compose the alarm list, shall be punished in the same manner as by this Act is provided against those of the training band.

*Alarm List to be mustered twice a year.*

§ VII. AND BE IT FURTHER ENACTED BY THE AUTHORITY aforesaid, That every non-commissioned officer and soldier, both in the alarm list and training band, shall be provided, and have constantly in readiness, a good musquet, and a bayonet fitted thereto, with a

*Equipage.*

R                                        good

good scabbard and belt, a worm, priming-wire and brush, a car-tridge-box that will hold, at least, twenty-four rounds, six flints, and a pound of powder, forty leaden balls fitted to his gun, a knap-sack, a blanket, and a canteen that will hold one quart. Such of the training band as are under the care of parents, masters, or guardians, are to be furnished by them with such arms and accoutrements;

**Those unable —— to be e-quipt at the expence of the town.**

and such of the training band, or alarm list, as shall be unable to furnish themselves, shall make application to the selectmen of the town, who are to certify to his captain, or commanding officer, that he is unable to equip himself; and the said selectmen shall, at the expence of the town, provide for, and furnish, such person with arms and equipments; which arms and equipments shall be the property of the town at whose expence they are provided: and if any person, so furnished, shall embezzle, or wilfully destroy, the same, he shall

**Penalty for embezzlem't.**

be punished by any court proper to try the same, upon complaint made by the selectmen of said town, by being publickly whipped, not exceeding twenty stripes: and the selectmen of each and every town shall provide one-twentieth part as many spades, or iron shovels,

**Selectmen to provide tools.**

with handles, as there are rateable polls in said town; and an equal number of pickaxes, narrow axes, and hoes, one-third of each kind, and deposit the same in some safe place, for the use of the Militia, upon an alarm; the expence of which is to be borne by the town: and the selectmen of each town are to provide, at the cost and charge of said town, one drum and one fife, for the use of each company be-longing to said town; and are hereby impowered to tax the polls and estates of the inhabitants of their respective towns, to defray the expences which they may be compelled, in consequence of this Act, to lay out.

§ VIII. And be it further enacted, That all captains and subalterns be furnished with a half-pike, an espontoon, or fusee and bayonet; and also with a sword, or hanger; and that they provide

**Captains, &c to equip themselves.**

themselves with those arms, within one month after receiving their commissions, under penalty of being cashiered by sentence of a court-martial.

§ IX. And be it further enacted by the authority afore-said, That the several captains, and commanding officers of compa-

**Train-Bands —— By whom returns are to be made.**

nies, in the train bands, shall cause true and accurate returns, of their companies, to be made to the colonel, or officer commanding the
regiment

Add. 051

regiment to which they belong, at or before the first day of *March*; and said colonel, or commanding officer, is to cause a proper return of his regiment to be made, to his brigadier, by the first day of *April*; and the brigadiers are to make a proper return of their brigades to the major-general, or officer commanding the division in which said brigade may fall, on, or before, the first day of *May*; and the said major-general, or commanding officer of the divisions, is to lodge a return of the whole Militia in this State, with the Secretary, on, or before, the first day of *June*: all which are to be made annually, that the General Assembly may, from time to time, be able to ascertain the military force of the State.

§ X. AND BE IT FURTHER ENACTED by the AUTHORITY aforesaid, That the Alarm companies shall make their returns to the brigadier within whose district they may fall, in the same manner as is directed for the train band; and captains of artillery, to make returns to the colonel or commanding-officer of the regiment by the first day of *May*, and to lodge a return in the Secretary's office by the first day of *June*, annually; all returns to give a state of the respective corps on the first day of *January* preceding the time limited for making such returns: and all companies or detachments of the train band and alarm list shall, in time of action, upon an alarm, or on a field day, receive their orders from the brigadier or officer commanding the brigade to which they are annexed.

Alarm——— by whom returns are to be made.

§ XI. AND BE IT FURTHER ENACTED by the AUTHORITY aforesaid, That each captain or commanding officer of the train band, shall call his company together four times every year, to examine their arms and accoutrements, and to instruct them in the necessary exercises and manœuvres; and each colonel or commanding officer of a regiment shall call his regiment together once every year, if ordered by his superior officer, for the same purpose. And each captain or commanding officer of a company, who shall neglect to call his company together as aforesaid, shall, for each neglect, pay a fine of *three pounds*: and each colonel or commanding officer of a regiment, who shall neglect to call his regiment together once a year, as aforesaid, shall pay a fine of *ten pounds* for each offence.

Each company to be mustered 4 times a year.

Penalty.

§ XII. AND BE IT FURTHER ENACTED by the AUTHORITY aforesaid, That if any commanding officer shall neglect or refuse to call his regiment

Digitized from Best Copy Available

Penalty for
not calling
regiment to-
gether.

regiment together, on any special occasion, at such time and
place as his superior officer shall order, and be thereof convicted, by
a court-martial appointed, as in this act is hereafter provided, he shall
be cashiered; and if any officer, on a training or mustering day, refuse
to obey the orders of his superior officer, he shall, upon being
convicted thereof by a court-martial, be cashiered.

Notice.

§ XIII. AND BE IT FURTHER ENACTED by the AUTHORIY afore-
said, That it shall be sufficient notice, for any non-commissioned
officer or private to appear with his arms and accoutrements, as the
commanding-officer shall direct, to be informed thereof by a non-
commissioned officer, or by a notification left at his usual place of
abode, which notification shall be signed by the clerk, or some com-
missioned officer; and if any private shall, after such notification,
unnecessarily neglect to appear with his arms and accoutrements, he
shall pay a fine of *three shillings*; and each non-commissioned offi-
cer, for such neglect or refusal, a fine of *six shillings*, for non-appear-
ance, which is to be levied by distress and sale of such delinquent's
goods and chattels by warrant under the hand and seal of the captain
or commanding-officer of said company; and for want thereof, upon
his body; and the clerk who is to levy the same, is to observe the
same rules and regulations in making said distress, as the laws have
pointed out for collecting rates and taxes, and shall have one quarter
part of said fine for his trouble and customary fees : *Provided never-
theless*, That no such warrant shall be issued until fifteen days after
the day of appearing, that the said delinquent may have time to make
his excuse (if any he has) for his non-appearance, which is to be
made to the commanding-officer of the company.

Parents, &c.
liable to a
Penalty.

§ XIV. AND BE IT FURTHER ENACTED,   That parents, masters,
and guardians, shall be liable for the neglect and non-appearance of
such persons as are under their care, (and are liable by law to train)
and are to be proceeded against for the penalty, in the same manner, as
by this act is provided, against other delinquents.

Officers to
yield obedi-
ence.

§ XV.  AND BE IT FURTHER ENACTED by the AUTHORITY afore-
said, That on all training and muster days every officer shall yield
due obedience to his superior officers; and every non-commissioned
officer and soldier shall yield intire and due obedience to the com-
mands and orders of their respective officers.  And *if any officer
shall,*

shall, on such days, neglect or refuse to obey the orders he may receive from his superior officer, he shall be liable to be cashiered by sentence of a court-martial, and the superior officer may immediately put such delinquent in arrest, and report him and his offence to the brigadier, if the offender is under the rank of a field-officer : and the brigadier is hereby impowered to appoint a court-martial for such trial, and to approve the sentence ; which being done, the said officer shall be deemed incapable of ever holding any military post, or office, in this state. And in case the offender is of the rank of a field-officer, or of higher rank, his offence is to be reported to the major-general, who is hereby impowered to appoint a court-martial to try such offender, and to approve the sentence ; which being done, the offender shall be deemed incapable of ever holding any military office within this state. All courts-martial, appointed by the major-general, shall confist of thirteen members, the president of which is, at least, to be of equal rank with the officer who is to be tried. All courts-martial appointed by the brigadier, is to confift of seven commissioned officers, the president of which is to be of the rank of captain. The members of all courts-martial are to be sworn by the president, and the president is to be sworn by the member next in rank in the court-martial : and the president of every regiment, brigade, and general court-martial, shall have power to administer an oath to every witness, in order to the trial of offenders.

§ XVI. AND BE IT FURTHER ENACTED, That if any non-commissioned officer, or soldier, shall prove refractory, or disobedient, on a training or muster day, or shall insult or abuse his officers, or either of them, or treat them with disrespect or contempt, the commanding officer present may order the offender to be immediately tried, by five commissioned officers, if so many should be present, and if not, by so many as are on the field ; who are impowered to punish the offender, by ordering him to run the gantlet, or to ride the wooden horse.

<div align="right"><em>Disobedience punished.</em></div>

*And that no abuse of power may take place among the officers,*

§ XVII. BE IT FURTHER ENACTED, by the AUTHORITY aforesaid, That every officer, appointing a court-martial, shall appoint some suitable person to act as judge-advocate, who is to make a fair record of the whole proceedings, and the officer who appointed the

<div align="right"><em>Judge-advocate to be appointed.</em></div>

S                                      fame,

Digitized from Best Copy Available

fame, is to lodge a copy thereof in the Secretary's office, within one month after the trial, or as soon after as may be, that the members of the General Court may have opportunity to examine the fame, and correct any abuse which may have taken place.

**Officers. &c. to provide 3 days' provifion.**

§ XVIII. AND BE IT FURTHER ENACTED, That when the militia of any town in this State, or any part thereof, shall be drawn forth for immediate defence of this, or any of the United States, each officer or soldier, shall provide for himself, at least three days' allowance of provisions; and the selectmen of such town shall immediately cause carriages to attend them with further necessary provisions, and utensils to cook the same, and shall continue to forward to the quartermaster or assistant, in said regiment, sufficient supplies for the part of the militia from their respective towns, until they shall be notified by the commanding officer, or by the quarter-master, that the same can be otherwise supplied. And the selectmen are directed to lay their accounts of provisions supplied by them, as also of utensils lost or damaged, and of cost of transporting the same, before the General Court, for allowance; and to produce receipts from the quartermaster or his assistant, for such part thereof as shall be delivered to them respectively.

**Stock of powder to be kept.**

§ XIX. AND BE IT FURTHER ENACTED by the AUTHORITY aforesaid, That there shall be a stock of powder, and other ammunition, in each town provided, and constantly kept, which shall be, one barrel of gun-powder containing a hundred pounds weight, three hundred pounds of leaden balls of different sizes, and buck shot, and three hundred flints, for every sixty soldiers, and the same proportion for every greater or lesser number. And the selectmen of each town are hereby impowered to raise money, by tax, on the polls and estates of their towns, for the purpose aforesaid, in the same manner as other town charges are assessed; and are to pursue the same rules for collecting the same, as are pursued in collecting other taxes.

**Military Watches.**

§ XX. AND BE IT FURTHER ENACTED, That officers commanding divisions, brigades, or regiments, may appoint military watches, or guards, when an invasion of the State is apprehended, in such place, and under such regulations, as they may judge necessary; and all officers and soldiers, under their command, are to yield strict obedience to their orders and directions.

*And*

Add. 055

Digitized from Best Copy Available

*And whereas there may be frequent occasion, upon an invasion of this, or any of the United States, to draught men to serve against the enemy:*

§ XXI. BE IT THEREFORE ENACTED by the AUTHORITY aforesaid, That when it shall happen, that there be an immediate call for a number of soldiers to serve in such war, and a sufficient number not appearing, by voluntary inlistment, for that purpose, it shall and may be lawful for the officers commanding regiments, on receiving orders from their brigadiers, to issue warrants to the captains of the several companies, to call the same together as soon as convenient, and to draught such a proportion thereof as shall be specified in their respective warrants, unless a sufficient number shall then appear by voluntary inlistment.   And the commanding officers of alarm companies are, upon receiving orders from their brigadiers, to proceed to draught, in like manner, such number of able bodied men as the brigadier shall direct.   The number of men to be draughted shall be apportioned by the major-general to the several brigades, and by the brigadiers to the several regiments and alarm companies in their respective brigades, and by the commanding officer of each regiment to the several companies which compose it.

*[margin: Captain to draught men]*

§ XXII. AND BE IT FURTHER ENACTED, That when any person draughted to serve, as aforesaid, shall refuse or neglect to make a reasonable excuse, to the acceptance of the majority of the officers of the company to which he belongs, or to pay into the hands of the officer by whom he is so draughted, the sum of *forty shillings,* (to be paid to the selectmen for the purpose of hiring soldiers) he shall be held and taken to be a soldier in the service for which he was so draughted.   And if any soldier shall neglect or refuse to march, when ordered thereto, according to the mode prescribed in this Act, unless he produces a discharge from his commanding officer, or provides some able bodied man in his stead, to the acceptance of the officer by whom he was so draughted, it shall and may be lawful for such officer, and he is hereby required, to confine said delinquent, and send him to some officer appointed to act in the service for which this delinquent was draughted.

*[margin: Penalty for not serving.]*

§ XXIII. AND BE IT FURTHER ENACTED BY THE AUTHORITY aforesaid, That, in the absence of the major-general, the next commanding officer shall make the appointment of men to be draughted; and

*[margin: In absence of M. Gen. the next in comm'd to make appointment]*

Digitized from Best Copy Available

Add. 056

and in cases of emergency, it may be done by the President and Council, in the recess of the General-Court; and that, in all cases where the Act requires any duty from an officer, the next in command (in case of the death or absence of his superior or superiors) is to perform the same.

§ XXIV. AND BE IT FURTHER ENACTED by the AUTHORITY aforesaid, That the signals for an alarm, are to be fixed by the captain-general, and may, by him, be altered from time to time, and proper notice thereof is to be by him given to the several officers; and if any non-commissioned officer or soldier shall, upon the alarm being given, unnecessarily neglect to appear properly armed and equipped, at such time and place as the commanding-officer shall appoint, the said delinquent being either of the training-band or alarm-list, shall pay a fine of *forty shillings*; and every soldier ordered to do duty on a guard, or military watch, who shall neglect, or refuse the same, shall pay a fine of *six shillings*; and all persons serving on said guards or military watches, shall be punishable for misconduct while in such service, by a court-martial to be appointed by the commanding-officer of such guard, provided he be a field-officer, and in case he is not, then by the commanding officer of the regiment to which he belongs, and the commanding-officer of the watch, or guard, may confine him for trial; provided nevertheless, that the punishment inflicted by sentence of the court-martial, shall not exceed running the gantlet, or riding the wooden horse.

**Signals to be fixed.**

§ XXV. AND BE IT FURTHER ENACTED by the AUTHORITY aforesaid, That when any non-commissioned officer shall refuse or neglect, to notify or warn any of the non-commissioned officers or private soldiers of the company to which he belongs (being thereto ordered by his superior officer) he shall pay a fine of *twelve shillings*.

**Penalty for refusing to warn, &c.**

§ XXVI. AND BE IT FURTHER ENACTED by the AUTHORITY aforesaid, That every fine and forfeiture arising by breach of any article or clause of this Act, for which no special mode of recovery has been pointed out, may be recovered by action, bill, plaint, or information, in any court of record. All fines and forfeitures when recovered, shall be paid into the hands of the selectmen or treasurer of the

**Mode of recovering fines.**

Digitized from Best Copy Available

the town, where such offender hath his usual place of abode, for hiring soldiers for the war, and purchasing drums, fifes, and other military equipments.

§ XXVII. And be it further enacted by the authority aforesaid, That in case of an actual invasion of this State, the whole of the militia thereof, that may be ordered out to oppose the enemy, shall, from the time of their marching for that purpose, be under the rules and regulations of the late Continental army; subject, however, to such orders and commands as may be given them from the Legislature of this State. And the officer commanding the same, shall be amenable to, and triable by, the Legislature of this State, or by such court as they may appoint, for all neglects of duty, and for all crimes and misdemeanors, committed by him when acting within the State; as also in any other of the United States, unless he shall be annexed to an army commanded by a superior Continental general, who may have sufficient authority to try and punish the same; and in case the militia of this State, or any part thereof, shall be, at any time, ordered out to assist in defence of any other of the United States, the said militia shall be subject, from the time of marching to the time of return, to the rules and regulations of the late Continental army.

*Militia to be under the rules of the late Continental army.*

*And that no failure may happen in any court-martial appointed by virtue of this Act,*

§ XXVIII. Be it further enacted, That all persons called to give evidence, in any case, before such court, who shall refuse to appear, or appearing, shall refuse to give evidence, shall be committed to the common gaol of the county where such court is sitting, there to remain six months, unless sooner released therefrom by the justices of the superior court; and the president is to lodge the accusation against him with the prison keeper. The oath to be administered to witnesses, in court-martial, is to be in the following form, viz.

*YOU swear, the evidence you shall give, in the case now in hearing, shall be the truth, the whole truth, and nothing but the truth.*
*So help you GOD.*

The oath administered to members of the court-martial, previous to trial, is to be in the following form, viz.

T                                          *YOU*

*YOU swear, that you will well and truly try, and impartially determine, the cause of the prisoner now to be tried, according to the rules for regulating the militia of this State.　　So help you GOD.*



# An　A C T

## For appropriating certain Monies, arising by Acts of this State

*W H E R E A S there is no appropriation of certain sums granted by Acts of this State, for payment of the Continental debt, and for supporting the civil government of this State*

Therefore,

§ I. **B**E IT ENACTED, That all monies arising by any Acts or laws of this State, for duties, or imports and exports, and for levying duties on tonnage, poundage, and for raising powder and light money, be paid by the respective officers collecting the same, into the Treasury of this State; and that all monies paid into the Treasury, by virtue of an Act passed the twenty-eighth day of *February*, one thousand seven hundred and eighty-six, entitled, "An Act for supplying the Treasury of this State, with *ten thousand five hundred pounds*, for the purpose of discharging the specie part of a requisition of Congress of the twenty-seventh of *September* last, said to be this State's quota of the interest of the foreign debt of the United States, be paid by the Treasurer to the Continental Loan-officer within this State, from time to time, as the same may be collected, the said Treasurer taking a receipt or receipts for the same.

An

Add. 059

Digitized from Best Copy Available

the brigade. That on every enlistment of a volunteer into the horse, artillery or light infantry, the captains of such troops or companies respectively shall immediately certify the same to the captain of the beat from which such volunteer shall enlist. That each regiment shall be provided with State and regimental colors, at the expence of the field officers, and each company with a drum and fife at the expence of its commissioned officers. That all the militia of the State shall rendezvous four times in every year, for the purpose of training, disciplining, and improving in martial exercises; twice by companies within their beats once by regiments, and once by brigades; the time and place of rendezvous for the companies to be appointed by the colonel, or commanding officer of the regiment, and arranged on different days, that the field and staff officers may have an opportunity of attending the several companies exercised in detail, in order to introduce uniformity in the manœuvers and discipline of the regiment. That each commanding officer of a regiment shall appoint a regimental parade at some convenient place as nearly central as may be within the district of his regiment, and each brigadier general shall appoint a brigade parade at some convenient place within the district of his brigade, as nearly central as may be, at which brigade parade such brigade shall rendezvous on such days as the commander in chief shall appoint by general orders; and which days shall be so arranged that the adjutant general may be enabled to visit and review them at their respective brigade parades. That there shall be an adjutant general of the militia whose duty shall be to distribute all orders from the commander in chief to the several corps; and once in every year review the brigades; to attend the respective brigades on their respective parades; and the regiment of infantry and companies of artillery and cavalry during the time of their being under arms, pursuant to this act; and shall inspect their arms, and ammunition accoutrements and clothing, superintend their exercises and manœuvers, and introduce a system of military discipline throughout the State, agreable to such orders as he shall from time to time receive from the commder in chief; to furnish blank forms of different returns that may be required, and explain the principles on which they shall be made; that within three weeks after he shall have finished his annual review he shall deliver to the commander in chief a return of all the militia of the State, reporting the actual situation of the arms, accoutrements and ammunition of the several corps, their delinquencies, and every other thing which in his judgment may relate to their police and the general advancement of good order and military discipline; that he shall have the rank of lieutenant colonel and shall be allowed as a full compensation for all the services he is required to perform by this act, at and after the rate of two hundred and fifty pounds for every year. That to every brigade there shall be an inspector, to rank as major, whose duty it shall be to attend the regimental parades, and shall then and there inspect their arms, ammunition accoutrements and clothing ; superintend their exercises and manœuvers, and introduce a proper system of military discipline throughout his brigade, agreable to such orders as he may, from time to time receive from the adjutant general. That at the annual brigade rendezvous the light infantry companies or the regiments composing the brigades shall be formed into a regiment to be commanded by such field officers as the commanding officer of the brigade shall appoint for that service. That when so embodied they shall continue together together at least four days, and perform such manœuvers and evolutions under the direction of the adjutant general as he shall assign them. That the artillery company and troop of horse belonging to each

**Militia, when to rendezvous.** (margin note)

**Regimental parades.** (margin note)

**Adjutant general, duty of.** (margin note)

**Brigade inspector.** (margin note)

brigade shall during such service, be attached to and remain with the regiment of light infantry, and be subject to the orders of the commanding officer thereof. That every regimental commissioned officer shall report his acceptance of his appointment within ten days from his receiving notice thereof, to the commanding officer of the regiment; who shall in like manner within ten days make return thereof to his brigadier. The commissioned officers of cavalry and artillery shall also notify the acceptance of their appointments within ten days after they have received notice, to their captains; and the captains shall make similar returns to their brigadiers within ten days. That a general court martial shall consist of thirteen commissioned officers who shall appoint their own judge advocate which judge advocate shall tender to each member, and each member is hereby enjoined to take the following oath — *Commissioned officers, to report acceptance.* *General courts martial.*

You          do swear, that you will well and truly try, and determine, according to evidence, the matter now depending between the people of the State of New York, and the prisoner or prisoners to be tryed; and you do further swear that you will not divulge the sentence of the court until the same shall be approved of pursuant to this act. Neither will you upon any account at any time whatsoever disclose or discover the vote or opinion of any particular member of the court martial, unless required to give evidence thereof by a court of justice in a due course of law; so help you God *Oath of members.*

And the president is hereby authorized to tender to the judge advocate, who is hereby enjoined to take the following oath

You          do swear that you will not upon any account at any time whatsoever disclose or discover the vote or opinion of any particular member of the court martial unless required to give evidence thereof as a witness by a court of justice in a due course of law; and that you will not divulge the sentence of this court until the same shall be approved pursuant to this act; so help you God. *Oath to judge advocate.*

That every commissioned officer who shall be convicted by a general court martial of having refused or neglected to perform any of the duties of his office, shall be punished according to the nature and degree of his offence at the discretion of the said court either by fine or removal from his office  *Provided* no fine shall exceed ten pounds for the first offence, or fifty pounds for any subsequent offence ; which fine shall be levied and collected by warrant under the hand and seal of the commanding officer of the brigade directed to any serjeant of the regiment to which such officer on whom such fine is imposed may belong in like manner as the fines herein aftermentioned to be recovered of non commissioned officers and privates for neglect or refusal of duty. That the commanding officer of a brigade may order courts martial for the tryal of offences within his brigade ; the members of which shall be warned for that duty by the brigade major, who is to keep a roster for that purpose. That the proceedings and sentence of every court martial by which any officer shall be removed from office, shall be in writing, signed by the president thereof ; and that all proceedings and sentences shall by the president be delivered to the commanding officer of the brigade, to be by him transmitted to the commander in chief, who shall approve or disapprove of the same in orders ; and that all other proceedings and sentences of brigade courts martial shall be delivered by the president thereof to the commanding officer of the brigade who shall approve or disapprove of the same in orders. That a court martial for the trial of general officers shall be ordered by the commander in chief, and composed of general and field officers, who *Brigade courts martial.* *Courts martial for trial of general officers.*

shall be warned to that duty by the adjutant general, from a roster to be by him kept for that purpose. That the proceedings and sentences of such courts shall be transmitted by the presidents thereof to the commander in chief, who shall confirm or disapprove of the same in general orders. *Provided*, that no sentence of a court martial on a general officer shall go farther than removal from office. That all sentences of courts martial by which any officer shall be removed, and which shall be approved by the commander in chief, shall by him from time to time be laid before the council of appointment, to the end that the person administering the government of this State for the time being, by and with their advice and consent, may appoint others instead of

*Non-com-missioned officers and privates, penalty for failure to appear when warned.* the officers so removed from office. That every non commissioned officer or private who shall neglect to appear when warned in pursuance of this act, without sufficient excuse, shall for every day he neglects to appear at the brigade rendevous, forfeit the sum of twenty shillings, and shall for every day he neglects to appear at the regimental or company parades, forfeit the sum of eight shillings; and if he shall not be armed and equipped according to the directions of this act, when so appearing, without sufficient excuse, he shall for every deficiency forfeit the sum of one shilling, and appearing without a musket the sum of four

*Order of rank of officers.* shillings. That the commissions to be granted to officers of the militia shall be numbered, and the officers of the same grade shall take rank according to the numbers marked on their respective commissions, and when officers of different corps shall meet on duty the rank of officers of the like grade shall be determined by ballot, by the commanding officer of the whole then present. That one brigade, regiment or company of foot, (except the light infantry companies herein before mentioned) shall not be considered as older or having rank or preference of the other; but each brigade, regiment or company shall be posted in the line or on command as the commanding officer shall think proper.

*Fines, disposal of* That all fines arising from offences in a company only, shall be adjudged of and imposed by the commissioned officers of the said company, or the major part of them ; and all fines to arise from offences on calling out the regiment, or brigade, with respect to the non commissioned officers and privates shall be adjudged and inflicted by the major part of the field officers of the regiment ; and shall be levied with costs, not

*Fines, how payment of enforced.* exceeding three shillings, by warrant from the colonel, or commanding officer of the regiment, or captain or commanding officer of the company, as the case may be, directed to one or more serjeants; by distress and sale of the goods and chattels of the offenders respectively. And in case any such defaulter shall be under age, and live with his father or mother, or shall be then an apprentice or servant, the master or mistress, or father or mother, as the case may be shall be liable to pay the said fine with costs : And in default of payment the said serjeant shall levy the same upon the goods and chattels of such father or mother, or master or mistress ; such fines when recovered, to be paid by the serjeant or serjeants, to the officer granting such warrant, whose duty it shall be to account for, and pay the same to the commanding officer of the brigade; and such commanding officer shall pay the same into the treasury of

*New York city, regiment of artillery in.* this State. That the city and county of New York shall raise one regiment of artillery, to consist of as many companies as the commander in chief shall judge necessary, not to exceed four; which companies shall consist of the same number of officers, non commissioned officers and matrosses, as the artillery companies herein before mentioned ; that such regiment of artillery shall have three field officers, shall be armed and accoutred in the same manner as the other artillery companies men-

tioned in this act, until further provision is made therein by law; and shall be called out to exercise by orders from the commander in chief at least six times in every year, and be subject to the same fines and penalties as are inflicted by this act for the neglect or refusal to do duty, or being deficient in any arms or equipments.

*And be it further enacted by the authority aforesaid,* That the com- Governor mander in chief for the time being, may, in case of invasion or other may order emergency, when he shall judge it necessary, order out any proportion when nec- of the militia of the State to march to any part thereof, and continue essary. as long as he may think necessary, and likewise, may, in consequence of an application from the executive of any of the United States, on an invasion or an apprehension of an invasion of such State, at his discretion, order any number of the militia, not exceeding one third part thereof, to such State; *Provided* they be not compelled to continue on duty out of this State more than forty days at any one time. That while in actual service in consequence of being so called out, they shall receive the same pay and rations, and be subject to the same rules and regulations as the troops of the United States of America.

*And be it further enacted by the authority aforesaid,* That the lieuten- Persons ant governor, members and officers of Congress, and their servants not exempt citizens of this State, members of senate and assembly the clerks of tary duty. senate and assembly, the chancellor, chief justice and other justices of the supreme court, judge of the court of probates, and all other judicial officers, secretary, treasurer, attorney general, and auditor of this State, surveyor general, registers of courts, sheriffs, coroners, and gaolors, two ferry men employed to each boat and the surrogates in the several counties; all ministers or preachers of the gospel, physicians and surgeons, except in their respective professions and callings, the professors tutors and students of Columbia college, post officers and stage drivers who are employed in conveying the mails of the post office of the United States, all school masters engaged for six months, the actual attendant of every grist mill, and the fire men of the cities of New York and Albany, and of the township of Brooklyn and twenty fire men to be from time to time appointed by the majority of the magistrates of the county of Albany residing in the township of Schenectady, notwithstanding their being above sixteen and under forty five years of age, shall be and hereby are exempted from training or doing duty in the militia.

*And be it further enacted by the authority aforesaid* That all persons Quakers being of the people called Quakers who would otherwise be subject to exempted military duty by virtue of this act, and who shall refuse personal mili- on pay- tary service, shall be exempted therefrom on paying annually the sum forty shil- of forty shillings each for such exemption; such sum to be assessed on lings; how each of them respectively by the assessors, and collected by the collect- collected. ors of the districts wherein they respectively reside, with the contingent charges of the county, and paid to the county treasurer, who shall pay the same into the treasury of this State, to be applied toward the support of government. And it is hereby made the duty of every captain of infantry within three months after he shall have received his commission, and yearly and every year thereafter, on the first Monday of June in every year, to make a list of the names of all and every person and persons within his beat who being of the people called Quakers shall neglect or refuse personally to perform military service, and deliver such list in the city of New York to the clerk of the said city, and in each of the other counties of this State to the supervisor of the town, precinct or district where such person or persons so neglecting or refusing to perform military service shall respectively reside: And the clerk

Add. 063

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 66 of 256

of the said city of New York shall forthwith after receiving such lists, deliver the same to the mayor aldermen and commonalty of the said city in common council convened, and the mayor, recorder and aldermen of the city of New York or any three of them in the said city, and the supervisors or major part of them of each of the other counties of this State respectively shall at their first meeting after the delivery of such lists, cause tax lists to be made out according to such lists so delivered, with warrants thereon under their hands and seals directed to the collector of the ward town, precinct or district, in which such persons named in such lists respectively reside for levying the sum of forty shillings of the goods and chattels of each of the persons named in the same lists. And the said collectors are hereby respectively authorized and required to demand and receive of each of the persons named in such tax list the said sum of forty shillings; and in default of payment such collector shall levy the said sum of forty shillings by distress and sale of the goods and chattels of the person so neglecting or refusing to pay the same ; and in case any person named in such tax list shall be under age and live with his father or mother shall be then an apprentice or servant the master or mistress or father or mother as the case may be, shall be liable to pay the said sum of forty shillings for such person so under age : And in default of payment the collector shall levy the same by distress and the sale of the goods and chattels of such father or mother master or mistress. And the said respective collectors shall respectively pay the said monies to the city or county treasurer, deducting their fees for collecting, on or before the first Monday of January in every year; and the county treasurers shall respectively pay the same to the treasurer of this State, deducting his fees for receiving the same, on or before the first Monday in March in every year. And the collectors and county treasurers shall have the like fees for collecting and receiving the said monies, as they are respectively entitled to for collecting and receiving the monies raised for defraying the necessary contingent charges of the said city or counties.

**Compensation of militia directed to remain embodied.** *And be it further enacted by the authority aforesaid,* That the non commissioned officers and privates of the companies of artillery, cavalry and infantry, which by this act are directed to remain embodied for the purpose of being trained and instructed in military discipline, after the other enroled militia of this State are dismissed, shall be allowed and paid for every day which they shall so remain as aforesaid longer than the said enroled militia, each two shillings.

**Muster-rolls, how made out.** *And be it further enacted by the authority aforesaid,* That the captains of the respective companies of artillery, cavalry and infantry, which shall remain embodied as aforesaid, shall make out and deliver to the inspector of the brigade to which such companies shall respectively belong, a roll of their respective companies, specifying the names of the non commissioned officers and privates who have actually been in the field as aforesaid, and the times which they have so been in the field. And that the said inspector shall muster the said companies on the day next before the day of their dismission, and shall certify the exact state of such companies respectively upon the muster roll thereof, and subscribe his name thereto; which muster roll being subscribed and sworn to by the captains of such companies respectively before the brigadier or commanding officer of the brigade, shall by the said captains together with a pay roll, be delivered to such brigadier or commanding officer of the brigade.

**Muster and pay-rolls to be certi-** *And be it further enacted by the authority aforesaid,* That when the muster rolls and pay rolls of the said companies respectively shall be

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 67 of 256

delivered as aforesaid to the brigadier or commanding officer of the <span style="font-size:small">fied and delivered to treas-urer.</span> respective brigades, the said brigadier or commanding officer of the brigade shall cause the major of brigade to make out an abstract of the whole of the pay of the said companies of cavalry artillery and infantry of his brigade, which muster rolls pay rolls and abstracts being severally examined and certified by the said brigadiers or commanding officers of the brigades respectively, shall be transmitted to the treasurer of the State.

*And be it further enacted by the authority aforesaid*, That when the <span style="font-size:small">Treasurer to pay amounts to captains of com-panies.</span> muster rolls, pay rolls and abstract shall have been delivered in manner aforesaid to the treasurer of the State, the said treasurer shall and may and he is hereby authorized and directed to pay to the captains of such companies respectively, upon application therefore the amount of the pay of their respective companies, to be specified in their pay rolls as aforesaid, out of any unappropriated monies in the treasury; and such captains shall as soon as conveniently may be pay the same to such non commissioned officers and privates respectively who are entitled to the same, or their executors or administrators.

*And be it further enacted by the authority aforesaid* That the com- <span style="font-size:small">Two divi-sions to be formed.</span> mander in chief shall from time to time arrange the militia in two divisions as nearly equal as circumstances in his opinion will admit of.

*And whereas* from the great extent of the counties of Washington and Montgomery, some of the inhabitants would be subject to great expence and difficulty, if they were obliged to attend at regimental & brigade parades;

*Be it therefore enacted by tho authority aforesaid*, That it shall and <span style="font-size:small">Certain persons in Montgom-ery and Washing-ton coun-ties ex-empted from parades.</span> may be lawful for the respective commanding officers of the militia in each of the said counties to exempt such persons from attending regimental and brigade parades, as shall live at a greater distance than thirty miles from such parades aforesaid.

*And whereas*, from the insular situation of the county of Richmond it will be attended with much inconvenience and expence if the militia thereof should be compelled for the purpose of improving in military discipline to attach themselves to the militia of any other county. Therefore

*Be it farther enacted by the authority aforesaid*, That the militia of the <span style="font-size:small">Richmond county, separate regiment in.</span> said county of Richmond shall be formed into one regiment to consist of as many companies as the commander in chief shall judge necessary, which regiment shall meet four times in the year in the manner and during the periods which the other militia of this State are directed to meet; but such regiment shall be inspected in the said county by such inspector of the militia of the city and county of New York as the commander in chief shall direct, and shall be attached to and considered as part of the militia of the city and county of New York, and be subject to the immediate command of the senior brigadier of the said city and county as part of his brigade.

*And be it further enacted by the authority aforesaid* That if a sufficient <span style="font-size:small">Infantry companies not filled by volun-teers, to be filled by draft.</span> number of volunteers shall not offer themselves to compose the infantry companies of any regiment it shall and may be lawful from time to time when a deficiency in the complement of any such company shall arise, to and for the field officers of the regiment to cause a list to be made of all the young men enroled in the district of such regiment above the age of sixteen and under the age of twenty six years, and who shall not already have enlisted in the said infantry companies, and shall by lot determine which of the said young men shall be compelled to attach themselves to the said companies of infantry.

Add. 065

228                         LAWS OF NEW YORK.                [Chap. 25.

**Invasion, calling out of militia in case of.**   *And be it further enacted by the authority aforesaid*, That it shall and may be lawful to and for any major general or commanding officer of a brigade or commanding officer of a regiment when and as often as any invasion may happen to order out the militia under their respective commands for the defence of this State, giving notice of such invasion and every circumstance attending the same, as early as possible to their immediate commanding officer, by whom such information shall be transmitted with the utmost expedition to the commander in chief ; and that in cases of insurrections the commanding officer of the regiment within the limits of which any such insurrection may happen shall immediately assemble his regiment under arms, and having transmitted information thereof to the commanding officer of the brigade and to the commander in chief shall proceed to take such measures to suppress such insurrection as to any three of the judges or justices of the county in which such insurrection shall happen shall appear most proper and effectual.   And if any person be wounded or disabled while in actual service in opposing any invasion or insurrection or in suppressing the same, he shall be taken care of and provided for at the public expence, without having any regard to the rank such person may hold.

**Commissary of military stores.**   *And be it further enacted by the authority aforesaid* That it shall and may be lawful for the person administring the government of the State for the time being, by and with the advice and concent of the council of appointment, to appoint a commissary of military stores, who shall be allowed at and after the rate of forty pounds per annum :   And such commissary shall have the charge and keeping of ordinance, and military stores of the State, subject to such orders and instructions in the execution of his duty as he shall receive from the commander in chief.

**Penalties for refusal to obey orders, etc.**   *And be it further enacted by the authority aforesaid* That every non commissioned officer and private who shall neglect or refuse to obey the orders of his superior officer while under arms shall forfeit twenty shillings for every such offence, and if any such non, commissioned officer or private enroled to serve in either of the companies of artillery cavalry or infantry shall refuse or neglect to perform such military duty or exercise as he shall be required to perform, or shall depart from his colours or guard, without the permission of his superior officer as aforesaid, he shall forfeit the sum of twenty shillings and for the non payment thereof the offender shall be committed by warrant from the captain or commanding officer of the troop or company then present to which such offender doth belong to the next goal there to be confined until the fines as aforesaid together with the goalors fees are paid.   And the respective sheriffs of the respective cities and counties of the State are hereby empowered and required to receive the body or bodies of such offender or offenders as shall be brought to them by virtue of a warrant or warrants under the hand and seal of such officer as aforesaid ; and him or them to keep in safe custody until such fines as are mentioned in such warrant together with the goalers fees as aforesaid shall be paid, and the sheriffs and goalers respectively shall be allowed the same fees as are allowed in other cases :   *Provided*, that in case of a military guard where a captain doth not command in person, a warrant granted by an inferior officer who shall have the command of such guard, shall be of the same authority against all offenders as if such warrant had been issued by such captain.

**Uniforms, of what to consist.**   *And be it further enacted by the authority aforesaid* That the military uniform of this State shall be as follows, that is to say

General officers, dark blue coats with buff facings, linings, collars and cuffs and yellow buttons with buff under cloths—

Regimental officers of infantry, dark blue coats with white linings, facings, collars and cuffs, and white buttons, with white under clothes—

Non commissioned officers and privates of infantry, dark blue coats with white linings collars and cuffs, and white under clothes—

Staff officers, dark blue coats with buff collars and linings and yellow buttons—

*Provided,* that none of the non commissioned officers and privates of the regiments of militia, except those composing the light infantry companies, directed to be formed by this act, shall be obliged to appear in uniform in manner aforesaid.

*And be it further enacted by the authority aforesaid,* That all persons who have heretofore been commissioned officers in the line of the army of the United States, shall be, and hereby are exempted from serving in the militia of this State, any thing in this act to the contrary hereof notwithstanding. *Provided nevertheless,* that if any such officer being above the age of sixteen and not more than forty five years, shall be commissioned in the militia to a rank equal to that which he held in the said army and shall refuse to accept such commission such officer so refusing, shall be liable to serve in the militia. *Former officers in the line of the United States exempt.*

*And be it further enacted by the authority aforesaid,* That the commander in chief shall, as soon as may be after the passing of this act, take such measures as to him shall seem proper, to obtain the age rank and residence of all officers who heretofore have served in the militia of this State, and the number of men between the age of fifteen and forty five directed to be enrolled by this act. And all executive officers within this State, are hereby strictly enjoined and required to carry into execution such directions relative to the premises as the commander in chief may from time to time give and enjoin. *Lists to be made of officers who have formerly served in the militia.*

*And be it further enacted by the authority aforesaid,* That all other laws of this State, for regulating the militia thereof shall be and hereby are repealed. *Provided always,* that the act entitled " An act to regulate the militia " passed the 4th of April 1782 shall continue to be in full force and effect in the different counties of this State until the militia of such counties shall be arranged and officered, agreeable to the directions of this law and no longer. *Certain acts repealed.*

# CHAP. 26.

AN ACT to enable the mayor, aldermen and commonalty of the city of New York, in common council convened, to order the raising monies by tax for the maintenance of the poor, and other contingent expences arising in the said city.

PASSED the 4th of April, 1786.

*Be it enacted by the People of the State of New York, represented in Senate and Assembly, and it is hereby enacted by the authority of the same,* That the mayor aldermen and commonalty of the city of New York, in common council convened, shall be and hereby are fully empowered and authorized, as soon as conveniently may be after the passing of this act, to order the raising a sum not exceeding six thousand pounds, by a tax on the estates real and personal of all and every the freeholders and inhabitants within the city and county of New York, to be applied to the support and maintenance of the poor of the said city and county, *Tax laid in New York city for contingent expenses.*

*An* ACT *to amend and more effectually put in force for the time therein limited, the act entitled " an Act for the regulation of the Militia of this state, passed the 26th day of March* 1784.

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 70 of 256

**WHEREAS**, by the eighth section of the first article of the constitution of the United States, it is, among other things, " ordained and established, that the Congress shall have power to provide for organizing, arming and disciplining the militia, and for governing such part of them as may be employed in the service of the United States, reserving to the states respectively the appointment of the officers, and the authority of training the militia according to the discipline prescribed by Congress."

*Preamble.*

*And whereas,* The Congress of the United States have not as yet provided any law for the organizing and arming and disciplining the militia, in pursuance of the authority in them vested ; and it is fit and expedient that the legislature should continue to provide proper laws and regulations for the government of the militia of this state, until the Congress of the United States shall think fit to execute the power in them vested by the said constitution.

*And whereas,* Doubts have arisen whether the militia law of this state, passed on the said twenty-sixth day of March, one thousand seven hundred and eighty four, was not repealed and rendered ineffective by the subsequent adoption of the said constitution of the United States, by the state of South-Carolina :

*Former militia law continued in force.*

*Be it therefore enacted by the honorable the senate and house of representatives; now met and sitting in general assembly and by the authority of of the same,* That the said act of general assembly of this state, entitled, " An act for the regulation of the militia of this state," be and the same is hereby declared to have been, and shall continue to be in full force and effect, until the said Congress of the United States shall have provided and enacted some law or laws for organizing, arming and disciplining the militia of the United States.

*Commanders of the militia to order musters.*

*And be it further enacted by the authority aforesaid,* That it shall and may be lawful for each and every colonel, lieutenant colonel commandant or commander, for the time being, of any of the militia regiments or battalions within this state, to order out such regiment, or battalion, for the purposes of regimental or battalion musters or training, at any such time and place within their respective regimental districts as they may think necessary and proper : *Provided,* That said regiments shall not be continued out on such muster or training, for more than one day at each training, nor for more times than three in one year.

*Proviso.*

*Free men, liable to bear arms must appear at musters with arms and accoutrements.*

*And be it further enacted by the authority aforesaid,* That every free man of this state, liable to bear arms in any of the regiments, battalions or companies of foot in this state, and who shall appear at any such regimental or battalion muster, or at any muster or review ordered by his excellency the governor, or at any company muster ordered in pursuance of this act, or by virtue of the said act of the twenty-sixth day of March, 1784, not provided with a good musket and bayonet, and cartouch box capable of containing at least twelve rounds of cartridges, or other sufficient gun and a good and sufficient small sword, broad sword, cutlas or hatchet, and a powder horn

or

( 17 )

or flask, capable of holding at least twelve rounds of powder, and a good shot bag or pouch, capable of holding twelve balls of a proper size for his gun, and with three spare flints, shall forfeit and pay for each and every such default, the sum of two dollars, or the sum of half a dollar for each article of arms or accoutrements herein before directed, to be assessed and levied on such defaulter, in the manner in and by the said act directed and appointed.

<div style="text-align:right;">Penalty.</div>

And be it further enacted, That the aforesaid act of the 26th day of March, 1784, and this act, shall be and continue in force until the Congress of the United States shall provide some law or laws for organizing, arming and disciplining the militia of the United States, in pursuance of the said constitution.

<div style="text-align:right;">This act shall continue in force until Congress provide a militia law or laws.</div>

And be it further enacted by the authority aforesaid, That the third clause of an act passed on the 17th day of June, one thousand seven hundred and forty six, entitled "An act for the better establishing and regulating patroles in this province." so far as it respects the inhabitants of Fredericksburgh township, be and the same is hereby repealed.

<div style="text-align:right;">Repealing clause respecting the inhabitants of Fredericksburgh township.</div>

*In the senate house, the twentieth day of December, in the year of our Lord one thousand seven hundred and ninety-one, and in the sixteenth year of the independence of the United States of America.*

DAVID RAMSAY, *President of the Senate.*
JACOB READ, *Speaker of the House of Representatives.*

## An ACT to authorise the holders of the Foreign Debt in France, to redeem the same in Amsterdam.

WHEREAS, it has been represented to the legislature, by John Splatt Cripps and William Crafts, that the foreign creditors of this state, whose debts are payable in France, would be able to transfer the same to their satisfaction, provided the said debts were made redeemable in the city of Amsterdam : *And whereas,* it is incumbent on this state, to facilitate the negociation of the said debts : *Be it therefore enacted by the honorable the senate and house of representatives, now met and sitting in general assembly and by the authority of the same,* That the said John Splatt Cripps and William Crafts, or their assigns, be and they are hereby authorised, on the part of the said creditors or their assigns, whose debts are payable in France, (upon the delivery of the evidence of the said debts) to register the same at the treasury of this state, redeemable in the city of Amsterdam, whereby the said creditors shall be entitled to all the benefits of an ordinance, entitled "an ordinance for funding and ultimately discharging the foreign debt of this state."

<div style="text-align:right;">Preamble.</div>

<div style="text-align:right;">John Splatt Cripps and William Crafts, authorised to register debts, now payable in France, to be redeemable in the city of Amsterdam, and to</div>

And be it further enacted by the authority aforesaid, That the said John Splatt Cripps and William Crafts, or their assigns, be and they are hereby authorised and empowered, on the part of this state, to negociate the transfer of the said debts.

<div style="text-align:right;">negociate transfers on the part of this state.</div>

*In the Senate House, the 20th day of December, in the year of our Lord, one thousand seven hundred and ninety-one, and in the sixteenth year of the Independence of the United States of America.*

DAVID RAMSAY, *President of the Senate.*
JACOB READ, *Speaker of the House of Representatives.*

*An*

Add. 069

The Militia Act of 1792, Passed May 8, 1792, providing federal standards for the organization of the Militia.

An ACT more effectually to provide for the National Defence, by establishing an Uniform Militia throughout the United States.

I. Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled, That each and every free able-bodied white male citizen of the respective States, resident therein, who is or shall be of age of eighteen years, and under the age of forty-five years (except as is herein after excepted) shall severally and respectively be enrolled in the militia, by the Captain or Commanding Officer of the company, within whose bounds such citizen shall reside, and that within twelve months after the passing of this Act. And it shall at all time hereafter be the duty of every such Captain or Commanding Officer of a company, to enroll every such citizen as aforesaid, and also those who shall, from time to time, arrive at the age of 18 years, or being at the age of 18 years, and under the age of 45 years (except as before excepted) shall come to reside within his bounds; and shall without delay notify such citizen of the said enrollment, by the proper non-commissioned Officer of the company, by whom such notice may be proved. That every citizen, so enrolled and notified, shall, within six months thereafter, provide himself with a good musket or firelock, a sufficient bayonet and belt, two spare flints, and a knapsack, a pouch, with a box therein, to contain not less than twenty four cartridges, suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball; or with a good rifle, knapsack, shot-pouch, and powder-horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder; and shall appear so armed, accoutred and provided, when called out to exercise or into service, except, that when called out on company days to exercise only, he may appear without a knapsack. That the commissioned Officers shall severally be armed with a sword or hanger, and espontoon; and that from and after five years from the passing of this Act, all muskets from arming the militia as is herein required, shall be of bores sufficient for balls of the eighteenth part of a pound; and every citizen so enrolled, and providing himself with the arms, ammunition and accoutrements, required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales, for debt or for the payment of taxes.

II. And be it further enacted, That the Vice-President of the United States, the Officers, judicial and executives, of the government of the United States; the members of both houses of Congress, and their respective officers; all custom house officers, with the clerks; all post officers, and stage-drivers who are employed in the care and conveyance of the mail of the post office of the United States; all Ferrymen employed at any ferry on the post road; all inspectors of exports; all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States; and all persons who now are or may be hereafter exempted by the laws of the respective states, shall be and are hereby exempted from militia duty, notwithstanding their being above the age of eighteen and under the age of forty-five years.

Add. 070

III. And be it further enacted, That within one year after the passing of the Act, the militia of the respective states shall be arranged into divisions, brigades, regiments, battalions, and companies, as the legislature of each state shall direct; and each division, brigade, and regiment, shall be numbered at the formation thereof; and a record made of such numbers of the Adjutant-General's office in the state; and when in the field, or in serviced in the state, such division, brigade, and regiment shall, respectively, take rank according to their numbers, reckoning the first and lowest number highest in rank. That if the same be convenient, each brigade shall consist of four regiments; each regiment or two battalions; each battalion of five companies; each company of sixty-four privates. That the said militia shall be officered by the respective states, as follows: To each division on Major-General, with two Aids-de-camp, with the rank of major; to each brigade, one brigadier-major, with the rank of a major; to each company, one captain, one lieutenant, one ensign, four serjeants, four corporals, one drummer, and one fifer and bugler. That there shall be a regimental staff, to consist of one adjutant, and one quartermaster, to rank as lieutenants; one paymaster; one surgeon, and one surgeon's mate; one serjeant-major; one drum- major, and one fife-major.

IV. And be it further enacted, That out of the militia enrolled as is herein directed, there shall be formed for each battalion, as least one company of grenadiers, light infantry or riflemen; and that each division there shall be, at least, one company of artillery, and one troop of horse: There shall be to each company of artillery, one captain, two lieutenants, four serjeants, four corporals, six gunners, six bombardiers, one drummer, and one fifer. The officers to be armed with a sword or hanger, a fusee, bayonet and belt, with a cartridge box to contain twelve cartridges; and each private of matoss shall furnish themselves with good horses of at least fourteen hands and an half high, and to be armed with a sword and pair of pistols, the holsters of which to be covered with bearskin caps. Each dragoon to furnish himself with a serviceable horse, at least fourteen hands and an half high, a good saddle, bridle, mail-pillion and valise, holster, and a best plate and crupper, a pair of boots and spurs; a pair of pistols, a sabre, and a cartouchbox to contain twelve cartridges for pistols. That each company of artillery and troop of house shall be formed of volunteers from the brigade, at the discretion of the Commander in Chief of the State, not exceeding one company of each to a regiment, nor more in number than one eleventh part of the infantry, and shall be uniformly clothed in raiments, to be furnished at their expense, the colour and fashion to be determined by the Brigadier commanding the brigade to which they belong.

V. And be it further enacted, That each battalion and regiment shall be provided with the state and regimental colours by the Field-Officers, and each company with a drum and fife or bugle-horn, by the commissioned officers of the company, in such manner as the legislature of the respective States shall direct.

VI. And be it further enacted, That there shall be an adjutant general appointed in each state, whose duty it shall be to distribute all orders for the Commander in Chief of the State to the

2

Add. 071

several corps; to attend all publick reviews, when the Commander in Chief of the State shall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution, and perfecting, the system of military discipline established by this Act; to furnish blank forms of different returns that may be required; and to explain the principles of which they should be made; to receive from the several officers of the different corps throughout the state, returns of the militia under their command, reporting the actual situation of their arms, accoutrements, and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline: All which, the several officers of the division, brigades, regiments, and battalions are hereby required to make in the usual manner, so that the said adjutant general may be duly furnished therewith: From all which returns be shall make proper abstracts, and by the same annually before the Commander in Chief of the State.

VII. And be it further enacted, That the rules of discipline, approved and established by Congress, in their resolution of the twenty-ninth of March, 1779, shall be the rules of discipline so be observed by the militia throughout the United States, except such deviations from the said rules, as may be rendered necessary by the requisitions of the Act, or by some other unavoidable circumstances. It shall be the duty of the Commanding Officer as every muster, whether by battalion, regiment, or single company, to cause the militia to be exercised and trained, agreeably to the said rules of said discipline.

VIII. And be it further enacted, That all commissioned officers shall take rank according to the date of their commissions; and when two of the same grade bear an equal date, then their rank to be determined by lots, to be drawn by them before the Commanding officers of the brigade, regiment, battalion, company or detachment.

IX. And be it further enacted That if any person whether officer or solder, belonging to the militia of any state, and called out into the service of the United States, be wounded or disabled, while in actual service, he shall be taken care of an provided for at the publick expense.

X. And be it further enacted, That it shall be the duty of the brigade inspector, to attend the regimental and battalion meeting of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition and accoutrements; superintend their exercise and maneuvres and introduce the system of military discipline before described, throughout the brigade, agreeable to law, and such orders as they shall from time to time receive from the commander in Chief of the State; to make returns to the adjutant general of the state at least once in every year, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrement, and ammunition, of the several corps, and every other thing which, in his judgment, may relate to their government and general advancement of good order and military disciple; an adjutant general shall make a return of all

3

militia of the state, to the Commander in Chief of the said state, and a duplicate of the same to the president of the United States.

And whereas sundry corps of artillery, cavalry and infantry now exist in several of the said states, which by the laws, customs, or usages thereof, have not been incorporated with, or subject to the general regulation of the militia.

XI. Be it enacted, That such corps retain their accustomed privileges subject, nevertheless, to all other duties required by this Act, in like manner with the other militias.

[Act of February 28, 1795, made small revisions in Sections 2, 4, 5, and 10 of Act of May 2, 1792. The 1795 act was the authority for ruling in Houston v. Moore, 1820. Other revisions were enacted April 18, 1814]

Sec. 2. And be it further enacted, That whenever the laws of the United States shall be opposed or the execution thereof obstructed, in any state, by combinations too powerful to be suppressed by the ordinary course of judicial proceedings, or by the powers vested in the marshals by this act, [words requiring notification by an associate justice or district judge were omitted in 1795 revision. The revision gave the President more authority] the same being notified to the President of the United States, by an associate justice or the district judge, it shall be lawful for the President of the United States to call forth the militia of such state to suppress such combinations, and to cause the laws to be duly executed. And if the militia of a state, where such combinations may happen, shall refuse, or be insufficient to suppress the same, it shall be lawful for the President, if the legislature of the United States be not in session, to call forth and employ such numbers of the militia of any other state or states most convenient thereto, as may be necessary, and the use of militia, so to be called forth, may be continued, if necessary, until the expiration of thirty days after the commencement of the ensuing session.

Sec. 4. And be it further enacted, That the militia employed in the service of the United States, shall receive the same pay and allowances, as the troops of the United States, [omitted in 1795: "who may be in service at the same time, or who were last in service, and shall be subject to the same rules and articles of war"]: And that no officer, non-commissioned officer or private of the militia shall be compelled to serve more than three months in any one year, nor more than in due rotation with every other able-bodied man of the same rank in the battalion to which be belongs.

4

Sec. 5. And be it further enacted, That every officer, non-commissioned officer or private of the militia, who shall fail to obey the orders of the President of the United States in any of the cases before recited, shall forfeit a sum not exceeding one year's pay, and not less than one month's pay, to be determined and adjudged by a court martial; and such officers shall, moreover, be liable to be cashiered by sentence of a court martial: [words added in 1795:] and be incapacitated from holding a commission in the militia, for a term not exceeding twelve months, at the discretion of the said court: and such non-commissioned officers and privates shall be liable to be imprisoned by the like sentence, or failure of payment of the fines adjudged against them, for the space of one calendar month for every five dollars of such fine.

Sec. 10. [revised to read:] And be it further enacted, That the act, intitled "Act to provide for calling forth the militia, to execute the laws of Union, suppress insurrections, and repel invasions," passed the second day of May one thousand seven hundred and ninety-two, shall be, and the same is hereby repealed.

APPROVED, February 28, 1795.

Add. 074

*ACTS AND LAWS.*

---

## Militia. 423



# ACTS AND LAWS,

Made and paſſed by the General Court or Aſſembly of the State of Connecticut, in America, holden at New-Haven, (in ſaid State) on the ſecond Thurſday of October, Anno Dom. 1792.

An Act for forming and conducting the military force of this ſtate, conformable to the act of Congreſs, paſſed the eight day of May, A. D. 1792, which is as follows:—" An Act more effectually to provide for the national defence, by eſtabliſhing an uniform militia throughout the United States."

" SECTION I. BE it enacted by the Senate, and houſe of Repreſentatives, of the United States of America, in Congreſs aſſembled, That each and every free able bodied white male citizen, of the reſpective ſtates, reſident therein, who is, or ſhall be of the age of eighteen years, and under the age of forty-five years (except as is herein after excepted) ſhall ſeverally and reſpectively be enrolled in the militia, by the captain or commanding officer of the company, within whoſe bounds ſuch citizen ſhall reſide ; and that within twelve months after the paſſing this act, it ſhall at all times hereafter be the duty of every ſuch captain, or commanding officer of a company, to enrol every ſuch citizen, as aforeſaid ; and alſo thoſe who ſhall, from time to time, arrive at the age of eighteen years, and under the age of forty-five years (except as before excepted) ſhall come to reſide within his bounds ; and ſhall without delay, notify each citizen of the ſaid enrolment, by a proper non-commiſſioned officer of the company, by whom ſuch notice may be proved. That every ſuch citizen ſo enrolled and notified, ſhall within ſix months thereafter, provide himſelf with a good muſket or firelock, a ſufficient bayonet and belt, two ſpare flints and knapſack, a pouch with a box therein to contain twenty-four cartridges, ſuited to the bore of his muſket or firelock, each cartridge to contain a proper quantity of powder and ball ; or with a good rifle, knapſack, ſhot-pouch and powder-horn, twenty balls ſuited to the bore of his rifle, and a quarter of a pound of powder ; and ſhall appear ſo armed, accoutred and provided, when called out to exerciſe, or into ſervice, except that when called out on company days to exerciſe only, he may appear without a knapſack. That the commiſſion officers ſhall ſeverally be armed with a ſword or hanger, and eſpontoon ; and that from and after five years from the paſſing this act, all muſkets for arming the militia, as herein required, ſhall be of bores ſufficient for balls of the eighteenth part of a pound : And every citizen ſo enrolled, and providing himſelf with the arms, ammunition and accoutrements, required as aforeſaid, ſhall hold the ſame exempt from all ſuits, diſtreſſes, executions, or ſales for debt, or for the payment of taxes."

" Sec. II. And be it further enacted, That the vice-preſident of the United States, the officers, judicial and executive, of the United States, the members of both houſes of Congreſs, and the reſpective officers, all cuſtom-houſe officers, with their clerks, all poſt-officers, and ſtage drivers, who are employed in the care and conveyance of the mail of the poſt-office of the United States, all ferrymen employed at any ferry on the poſt-road, all inſpectors of exports, all pilots, all mariners actually employed in the ſea ſervice of any citizen or merchant within the United States, and all perſons who are, or may hereafter be exempted by the laws of the reſpective ſtates, ſhall be, and are hereby exempted from military duty, notwithſtanding their being above eighteen, and under the age of forty-five years."

Y y y                                                                                    Sec. III.

*Militia how & by whom to be enrolled.*

*How to be armed and accoutred.*

*Executive offi cers, &c. exempt.*

Add. 075

## 424                                    Militia.

<div style="float:left">Militia how to<br>be arranged,</div>

" SEC. III. *And be it further enacted,* That within one year after the paffing this act, the militia of the refpective ftates fhall be arranged into divifions, brigades, regiments and companies, as the legiflature of each ftate fhall direct ; and each divifion, brigade, and regiment, fhall be numbered at the formation thereof, and a record made of fuch numbers in the adjutant general's office in the ftate ; and when in the field, or in fervice of the ftate, each divifion, brigade and regiment, fhall refpectively take rank according to their numbers, reckoning the firft or loweft number higheft in rank. That if the fame be convenient, each brigade fhall confift of four regiments, each regiment of two battalions, each battalion of five companies, each company of fixty-four privates. That the faid militia fhall

<div style="float:left">by whom offic-<br>ejed.</div>

be officered by the refpective ftates, as follows, To each divifion one major-general, and two aids-de-camp, with the rank of major ; to each brigade, one brigadier-general, with one brigade infpector, to ferve alfo as brigade-major, with the rank of a major ; to each regiment one lieutenant-colonel-commandant ; and to each battalion one major ; to each company one captain, one lieutenant, one enfign, four fergeants, four corporals, one drummer, one fifer or bugler. That there fhall be a regimental ftaff, to confift of one adjutant, one quartermafter to rank as lieutenant, one pay-mafter, one furgeon and furgeon's-mate, one fergeant-major, one drum-major, and one fife-major."

<div style="float:left">Each battalion<br>to have 1 com-<br>pany of grena-<br>diers, &c. and 1<br>company of ar-<br>tillery.</div>

<div style="float:left">Officers how to<br>be armed.</div>

<div style="float:left">Troops of horfe<br>how officered,<br>&c.</div>

" SEC. IV. *And be it further enacted,* That out of the militia enrolled as is herein directed, there fhall be formed for each battalion, at leaft one company of grenadiers, light-infantry, or riflemen ; and that to each divifion, there fhall be at leaft one company of artillery, and one troop of horfe. There fhall be to each company of artillery, one captain, two lieutenants, four fergeants, four corporals, fix gunners, fix bombadiers, one drummer, and one fifer ; the officers to be armed with a fword or hanger, fufee, bayonet and belt, with a cartridge box, to contain twelve cartridges, and each private or matrofs, fhall furnifh himfelf with all equipments of a private in the infantry, until proper ordnance and field artillery is provided. There fhall be to each troop of horfe, one captain, two lieutenants, one cornet, four fergeants, four corporals, one faddler, one farrier, and one trumpeter. The commiffioned officers to furnifh themfelves with good horfes of at leaft fourteen hands and a half high, and to be armed with a fword and pair of piftols, the holfters of which to be covered with bearfkin caps ; each dragoon to furnifh himfelf with a ferviceable horfe, at leaft fourteen hands and a half high, a good faddle, bridle, mail pillion and valeife, holfters, and a breaftplate and crupper, a pair of boots and fpurs, a pair of piftols, a fabre, and a cartridge box to contain 12 cartridges for piftols. That each company of artillery and troop of horfe, fhall

<div style="float:left">Artillery and<br>horfe of whom<br>to be formed ;<br>to be uniformly<br>clad at their<br>own expence.</div>

be formed of volunteers from the brigade, at the difcretion of the commander in chief of the ftate, not exceeding one company of each to a regiment, nor more in number than one eleventh part of the infantry ; and fhall be uniformly clothed in regimentals, to be furnifhed at their own expence, the colour and fafhion to be determined by the brigadier commanding the brigade to which they belong."

<div style="float:left">What colours<br>&c. and by<br>whom to be<br>furnifhed.</div>

" SEC. V. *And be it further enacted,* That each battalion and regiment, fhall be provided with a State and regimental colours by the field officers ; and each company with a drum and fife, or bugle horn, by the commiffioned officers of the company, in fuch manner as the legiflature of the ftate fhall direct."

" SEC. VI. *And be it further enacted,* That there fhall be an adjutant-general appointed in each ftate, whofe duty it fhall be to diftribute all orders from the commander in Chief of the State, to the feveral corps ; to attend all public reviews when the commander in chief of the ftate fhall review the militia, or any

<div style="float:left">Adjutant-gene-<br>ral in each ftate,<br>his duty.</div>

part thereof ; to obey all orders from him relative to carrying into execution, and perfecting the fyftem of military difcipline eftablifhed by this Act ; to furnifh blank forms of different returns that may be required, and to explain the principles on which they fhall be made ; to receive from the feveral officers of the different corps throughout the ftate, returns of the militia under their command, refpecting the actual fituation of their arms, accoutrements, and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and difcipline : All which the feveral officers of the divifion, of the brigades, regiments, and battalions, are hereby required to make in the ufual manner, fo that the faid adjutant-general may be duly furnifhed therewith ; from all which returns he fhall make proper abftracts, and lay the fame annually before the commander in chief of the ftate."

<div style="float:left">Rules of difci-<br>pline.</div>

" SEC. VII. *And be it further enacted,* That the rules of difcipline approved and eftablifhed by Congrefs in their refolutions of the 29th of March 1779, fhall be the rules of difcipline, to be obferved by the militia, throughout the United States, except fuch deviations from the faid rules as may be redered neceffary by the requifitions of this act, or by fome other unavoidable circumftances. It fhall be the duty of the Commanding Officer, at every mufter, whether by battalion, regiment, or fingle company, to caufe the militia to be exercifed and trained, agreeably to the faid rules of difcipline."

<div style="float:left">Officers how to<br>take rank.</div>

" SEC. VIII. *And be it further enacted,* That all the commiffioned officers fhall take rank according to the date of their commiffions ; and when two of the fame grade

*ACTS AND LAWS.*

---

## Militia.

---

grade bear an equal date, then their rank to be determined by lot, to be drawn by them, before the commanding officer of the brigade, regiment, battalion, company, or detachment."

"Sec. IX.   *And be it further enacted,* That if any person, whether officer or soldier, belonging to the militia of any state, and called out into service of the U-nited States, be wounded, or disabled while in actual service, he shall be taken care of and provided for at the public expence." *Provision in case of wounds, &c.*

"Sec. X.   *And be it further enacted,* That it shall be the duty of the brigade-inspector, to attend the regimental and battalion meeting of the militia, compo-sing the several brigades during the time of their being under arms, to inspect their arms, ammunition, and accoutrements; superintend their exercise and man-ouvres, and introduce the system of military discipline before described, through-out the brigade, agreeable to law; and such orders as they shall from time to time receive from the commander in chief of the state; to make returns to the adjutant-general of the state, at least once in every year, of the militia of the brigade to which he belongs; reporting therein the actual situation of the arms, accoutre-ments, and ammunition, of the several corps; and in every other thing which in his judgment relates to their government, and the general advancement of good order and military discipline.   And the adjutant-general shall make a return of all the militia in the state, to the commander in chief of the said state, and a dupli-cate of the same to the President of the United States." *Brigade inspec-tor's duty.*

"And whereas sundry corps of artillery, cavalry, and infantry, now exist in se-veral of the said states, which by the laws, customs and usages thereof, have not been incorporated with, or subject to the general regulations of the militia;" *Artillery, &c. now existing.*

"Sec. XI.   *Be it further enacted,* That such corps retain their accustomed privileges, subject nevertheless to all other duties required by this act, in like man-ner with the other militia." *To retain their privileges.*

JONATHAN TRUMBULL, *Speaker of the House of Representatives.*
RICHARD HENRY LEE, *President pro tempore of the Senate.*
APPROVED MAY THE EIGHTH, 1792.
GEORGE WASHINGTON, *President of the United States.*

In pursuance of which Act, and to carry the same into execution agree-ably to the requirements thereof,

BE it enacted by the Governor, Council, and House of Representatives, in General Court assembled, That the governor of this state, for the time being, shall be captain–general and commander in chief, of all the military force in this state; and that the lieutenant governor shall be lieutenant–general of the same. *Capt. General and Lieut. Gen.*

And that all citizens in this state, required by said act of Congress, except mem-bers of the council, of the house of representatives, for the time being; the state treasurer, and secretary; justices of the peace; field, commissioned, and staff offi-cers, honorably discharged; ministers of the gospel; the president, professors, and tutors of college, and students, till the time of taking their second degrees; physicians and surgeons; select-men; constant school masters; one miller to each grist-mill, being approved by the select-men, and having a certificate thereof; she-riffs and constables; constant ferrymen; non-commissioned officers, who have re-moved out of the limits of their command and are not re-appointed, or such as have been honorably discharged; and such non-commissioned officers and soldiers, as inlisted during the war, in the late war, and were honorably discharged; and all such as are exempt by special act or resolve of this assembly; shall be enrolled in companies as therein directed, and formed into regiments, brigades, and divi-sions, in the following manner, viz. *Persons exemp-ted from milita-ry duty.*

Those in the town of Hartford, (the governor's company of horse guards, and company of cadets excepted, which shall be under the immediate command of the captain-general) those in the town of Windsor (exclusive of what lies in the society of Turkey-Hills, in said Windsor,) and those in that part of Farmington lying in the society of Wintonbury, shall constitute the first regiment. *1st. Regiment.*

Those in the town of New-Haven, East-Haven, North-Haven, and Hamden, (ex-cept the governor's guard in New-Haven, who are under the immediate command of the captain–general) shall constitute the second regiment. *2d. Regiment.*

Those in the towns of New–London and Montville, shall constitute the third regiment. *3d. Regiment.*

Those in the towns of Fairfield, Weston, and Reading, shall constitute the fourth regiment. *4th Regiment.*

Those in the towns of Windham, Hampton, (excepting the former bounds of Canterbury) Mansfield and Ashford, shall constitute the fifth Regiment. *5th Regiment.*

Those in the towns of Wethersfield and Glastenbury, and that part of Berlin for-merly Wethersfield, shall constitute the sixth Regiment. *6th Regiment.*

Those in the towns of Saybrook, Killingworth, and Haddam, shall constitute the seventh regiment. *7th Regiment.*

Those in the towns of Groton and Preston, (except those in that part of Preston that was formerly part of Norwich) shall constitute the eighth regiment. *8th Regiment.*

Those

*A C T S  A N D  L A W S.*

## Militia.

**9th Regiment.** Thofe in the towns of Greenwich and Stamford, (except thofe in the focieties in Canaan, and Middlefex in Stamford) fhall conftitute the ninth regiment.

**10th Regiment.** Thofe in the towns of Wallingford, Chefhire, and Durham, fhall conftitute the tenth regiment.

**11th Regiment.** Thofe in the towns of Pomfret, Woodftock, Killingly, Thompfon, and Brooklin, (excepting the fouth company and artillery men) fhall conftitute the eleventh regiment.

**12th Regiment.** Thofe in the towns of Lebanon, Hebron, and the company in the fociety of Marlborough in Colchefter, and thofe in the fociety of Andover, in Coventry, fhall conftitute the twelfth regiment.

**13th Regiment.** Thofe in the towns of Woodbury, Southbury, and Bethlehem, (except that part of Southbury included in Oxford company) fhall conftitute the thirteenth regiment.

**14th Regiment.** Thofe in the towns of Salifbury, Canaan, and Norfolk, fhall conftitute the fourteenth regiment.

**15th Regiment.** Thofe in the towns of Farmington, Berlin, Briftol, and Southington (except the former bounds of Wetherffield and Middletown, in Berlin) fhall conftitute the fifteenth regiment.

**16th Regiment.** Thofe in the towns of Danbury, Brookfield, Newtown, New-Fairfield, (except that part which now forms the north company) and Ridgefield, (except that part which now forms the fouth company) fhall conftitute the fixteenth regiment.

**17th Regiment.** Thofe in the towns of Litchfield, Harwinton, and Torrington, fhall conftitute the feventeenth Regiment.

**18th Regiment.** Thofe in the towns of Symfbury and Granby, and that part of the town of Windfor lying in the fociety of Turkey-Hills, and part of Suffield lying Weft of the mountain, fhall conftitute the eighteenth regiment.

**19th Regiment.** Thofe in the towns of Eaft-Hartford, Bolton, Eaft-Windfor, and that part of Ellington lying Weft of a line running north from the North-weft corner of Tolland to Somers, fhall conftitute the nineteenth regiment.

**20th Regiment.** Thofe in the towns of Norwich, Bozrah, Franklin, Lifbon, and that part of Prefton that was formerly part of Norwich, and that part of Canterbury in Hanover fociety, fhall conftitute the twentieth regiment.

**21ft Regiment.** Thofe in the towns of Plainfield, Canterbury, Voluntown, and South Company, with the artillery men in Brooklyn, and that part of Hampton formerly in Canterbury, and the fouth company in Killingly, (except that part of Canterbury in Hanover fociety) fhall conftitute the twenty-firft regiment.

**22d. Regiment.** Thofe in the towns of Tolland, Stafford, Willington, Union, and part of Ellington lying eaft of a line running north from the north-weft corner of Tolland to Somers, and Coventry (except Andover fociety) fhall conftitute the twenty-fecond regiment.

**23d. Regiment.** Thofe in the towns of Middletown and Chatham, and part of Berlin, formerly Middletown, fhall conftitute the twenty-third Regiment.

**24th Regiment.** Thofe in the towns of Colchefter and Eaft-Haddam, (except the fociety of Marlborough in Colchefter) fhall conftitute the twenty-fourth regiment.

**25th Regiment.** Thofe in the towns of New-Hartford, Hartland, Winchefter, Barkhempftead and Colebrook, fhall conftitute the twenty-fifth Regiment.

**26th Regiment.** Thofe in the towns of Watertown and Waterbury (except that part of Waterbury included in Oxford company) fhall conftitute the twenty-fixth regiment.

**27th Regiment.** Thofe in the towns of Guilford and Branford, fhall conftitute the twenty-feventh regiment.

**28th Regiment.** Thofe in the towns of Stratford and Huntington, fhall conftitute the twenty-eighth regiment.

**29th Regiment.** Thofe in the towns of Wafhington, New-Milford, Warren, Kent, and New-Fairfield north fociety, fhall conftitute the twenty-ninth regiment.

**30th Regiment.** Thofe in the town of Stonington fhall conftitute the thirtieth regiment.

**31ft Regiment.** Thofe in the towns of Suffield, Enfield and Somers, (except that part of Suffield lying weft of the mountain) fhall conftitute the thirty-firft regiment.

**32d Regiment.** Thofe in the towns of Milford, Derby and Woodbridge, and that part of Southbury and Waterbury, in Oxford company, fhall conftitute the thirty-fecond regiment.

**33d Regiment.** Thofe in the town of Lyme, fhall conftitute the thirty-third regiment.

**34th Regiment.** Thofe in the towns of Norwalk, and that part of Ridgefield that now includes the fouth company, and thofe in the focieties of Canaan, and Middlefex, in Stamford, fhall conftitute the thirty-fourth regiment.

**35th Regiment.** Thofe in the towns of Sharon, Cornwall, Gofhen, and part of Litchfield, and Kent, now forming a company with Gofhen and Cornwall, fhall conftitute the thirty-fifth regiment.

**Where companies are divided.** And when by the divifion of companies into regiments, which hath or fhall be made, it fhall fo happen that a company fhall be divided, and part put into one regiment and part into another ; in fuch cafe the minor part of fuch company, fhall belong to the regiment, to which the major part belongs : Any difcriptions or divifion herein before contained notwithftanding.

That

*ACTS AND LAWS.*

---

## Militia.

---

That the first, eighteenth, nineteenth, twenty-second, and thirty-first regiments, shall constitute the first brigade.

That the second, seventh, tenth, twenty-seventh, and thirty-second regiments, shall constitute the second brigade.

That the third, eighth, twentieth, thirtieth, and thirty-third regiments, shall constitute the third brigade.

That the fourth, ninth, twenty-eighth, and thirty-fourth regiments, shall constitute the fourth brigade.

That the fifth, eleventh, twelveth, and twenty-first regiments, shall constitute the fifth brigade.

That the fourteenth, seventeenth, twenty-fifth, and thirty-fifth regiments, shall constitute the sixth brigade.

That the sixth, fifteenth, twenty-third and twenty-fourth regiments, shall constitute the seventh brigade.

That the thirteenth, sixteenth, twenty-sixth and twenty-ninth regiments, shall constitute the eighth brigade.

That the first division shall be composed of the first and seventh brigades.

That the second division shall be composed of the second and fourth brigades.

That the third division shall be composed of the third and fifth brigades.

That the fourth division shall be composed of the sixth and eighth brigades.

And that all companies of artillery, granadiers, and light infantry, that now or shall hereafter be raised, and troops of horse hereafter to be raised, shall be attached and annexed to the regiments, brigades and divisions, from which they were raised. And that the establishment of the companies of light dragoons, shall be forty, exclusive of commission officers ; and that no officer of such company shall recruit his company of dragoons from any company of artillery, or troop of Horse —nor from any company of infantry, unless the same consist of more than sixty-four rank and file ; but may enlist any exempts from military duty.

*And be it further enacted,* That each company of artillery shall consist of thirty matrosses, exclusive of commissioned and non commissioned officers ; that each troop of horse shall consist of forty exclusive of commission officers ; that each barrel of the fire lock, of the infantry shall be at least three feet and a half long, and furnished with a priming wire and brush ; and each sergeant and corporal of the infantry, shall furnish himself with a screw driver and worm, more than is required by said act ; and the sabres of the horsemen shall be four feet long.

*And be it further enacted,* That the general, and field officers, shall be appointed by the legislature, and commissioned by the Governor—That the captains and subalterns, shall be nominated by their several companies, the commanding officer first giving three days notice to the individuals of their companies, that they are about to lead them to the choice of such commissioned officers ; and if approved of by the legislature, shall be commissioned in like manner :—That the non- commissioned officers shall be nominated by their several companies, and shall have a warrant from the commanding officer of the regiment ; which commanding officer of the regiment, has power to reduce to the ranks any non-commissioned officer, upon complaint made, and due notice given, if he finds him guilty of misconduct, or neglect of duty :—That all commissions granted by the governor, or appointments made by the legislature, of officers at one session of the legislature, bear date the same day, (except where two majors are appointed to one regiment) in which case the dates of their commissions shall be according to the priority of their appointments.

*And be it further enacted,* That the captain–general of the state, shall appoint the adjutant–general of the state, who shall have the rank of brigadier–general, and be commissioned accordingly :—That the captain-general shall appoint for himself two aids–de–camp, who shall have the rank of lieutenant–colonels ; the lieutenant–general shall appoint for himself two aids–de–camp, who shall have the rank of major ; each major-general shall appoint his two aids–de–camp ; each brigadier–general shall appoint his brigade–inspector, and to serve as brigade–major ; all which appointments, from time to time, as may be necessary of aids–de–camp, and brigade–majors and inspectors, shall be published in general orders :— That each commanding officer of a regiment, shall appoint his regimental staff, and a chaplain, whose appointment shall be published in brigade orders ; and non-commission staff, whose appointments shall be made in regimental orders.

*And whereas, some regiments now constituted, have more companies than the formation directed by the act of Congress :*

*Be it further enacted,* That the commanding officer of each regiment, constituted by this act, shall form the companies in their regiments as near as may be to an act of congress, for numbers of men and companies ; and that where the field officers of any regiment shall judge best, they may take a company already formed to serve as a light infantry or grenadier company, to each battalion of their regiment ; or enlist such companies from exempts, or others, not reducing any company, by such enlistment, under the number of sixty-four.

*And be it further enacted,* That each non-commissioned officer, horseman, matross, and private of the several companies of horse, artillery, and infantry of the militia

Z z z

---

*Side notes (right margin):*

Bounds of the 1st brigade.

2d. brigade.

3d. brigade.

4th brigade.

5th brigade.

6th brigade.

7th brigade.

8th brigade.

1st division.
2d. division.
3d. division.
4th division.

Artillery, grenadiers, light-infantry & troop of horse to be annexed to the regiments, &c. from which they were raised.

Company of artillery to consist of 30 matrosses ; and troop of horse of 40.

How furnished.

Officers by whom appointed & commission'd.

Commissions, & appointments, how regulated.

Capt. General to appoint adjutant-gen. & aids.

Lieut. gen. and maj. generals to appoint their aids.

Regimental staff.

Officers commanding regiments to form the companies agreeably to act of Congress.

Non commission officers & private

---

*vates to furnish themfelves with arms, &c. on penalty of 12s.*

tia of this ftate, fhall furnifh himfelf with the arms, ammunition and accoutrements, required by the act of congrefs, and by this act, upon the penalty of forfeiting and paying a fine of *twelve fhillings* lawful money, and the like penalty for every four weeks he fhall be unprovided ; to be levied and collected by warrant of diftrefs, as hereafter directed ; and that a horfeman, or dragoon, who fhall not furnifh and provide himfelf with a horfe and furniture, as required by the faid act, fhall be returned to, enrolled, and do duty in the infantry company in the limits of which he refides :—That the field and commiffioned officers in each regiment,

*Officers to be uniformly clothed in regimentals. Field officers to furnifh colours.*

fhall be uniformly cloathed in regimentals, at their own expence, and to be agreed upon by fuch officers ; that the field officers of each regiment fhall furnifh ftate and regimental colours for their regiment and battalions, at the ftate expence, not exceeding the fum of four pounds ten fhillings lawful money, to each regiment.

*Companies to be out three days in each year, to be inftructed, &c.*

*And be it further enacted,* That every commanding officer of a company of militia, fhall order out his company or troop, three days in each year, and inftruct them in the ufe of arms and difcipline of war ; and the days appointed, fhall be in the month of March, April, May, September, October or November, and that on the firft Monday of May and October annually, fuch commanding officer fhall caufe the arms, ammunition and accoutrements, of all under his command, to be reviewed and infpected :—That the commanding officer of each regiment, fhall order out his regiment by battalion or regiment, once in each year for regimental exercife, infpection and review. And if any of the privates belonging to any company of horfe, artillery or infantry, fhall neglect to appear compleatly armed and equipped on the place of parade, appointed by the commanding officer of his company, being duly warned, he fhall forfeit and pay a fine of *nine fhillings* for each day : and if any non-commiffioned officer, drummer, fifer, or trumpeter, fhall neglect to appear as aforefaid, he fhall forfeit and pay the fine of *twelve fhillings* for each day—unlefs any fuch perfon fhall appear before the commanding officer of fuch company, within twelve days after fuch day of exercife or review, and make fatisfactory excufe for his non appearance on faid day ; and the commanding officer of each company, battalion or regiment, fhall order the correcting and punifhing diforders and contempts, on days of company, battalion, or regimental exercife, infpection or review ; the punifhment not being greater than riding a wooden horfe, for a time not exceeding one hour, or a fine not exceeding *forty fhillings* lawful money :—That each commanding officer of a company, battalion, regiment, brigade or divifion, fhall have power and authority, and full power is hereby given to afcertain and fix certain neceffary limits and bounds to their refpective parades, within which no fpectator fhall have right to enter, without liberty from faid commanding officer ; and in cafe any perfon fhall fo intrude or offend, he fhall be fubjected to be confined in fuch way and manner as the commanding officer fhall direct, during the continuance of the exercife.

*Arms to be infpected. Regiments to be reviwed once in ea.h year. Privates who do notappear equipt to pay 9s. and drummers, &c. 12s. Punifhment inflicted. Officers to fix limits & bounds to their parades.*

*And be it further enacted,* That all warrants granted by the commanding officer, of any company, battalion or regiment, for any time or times incurred by virtue of this act, or any breach thereof, fhall be directed by the officer commanding a company, to the orderly fergeant of his company ; which orderly fergeant he fhall from time to time appoint, from the ferjeants of his company ; and the officer commanding a battalion or regiment, to the adjutant or fergeant-major ; and to be by them levied on the goods or chattles of the refpective delinquents, if upwards of twenty-one years of age—And for the want of fuch goods or chattles, againft the body of fuch delinquent, and againft the goods and chattles of the parents, mafter or guardians, of fuch delinquents as have not arrived to the age of twenty-one years ; and for want of fuch goods and chattles, againft the body of parent, mafter or guardian, and them commit and hold in goal, until fuch fine or fines fhall be paid and fatisfied, together with lawful fees for fervice, as in cafes of execution for debt ; which fines and forfeitures fhall be appropriated for the ufe of the companies to which fuch delinquents refpectively belong, for purchafing and maintaining colours, trumpets, drums and fifes ; and fhould there be any overplus of fines remaining in the hands of the commanding officers of companies, they fhall pay it over to the commanding officer of their regiment to which they belong ; which together with the fines collected by virtue of warrants iffued by the field officers, fhall be applied to keeping colours in repair, and for band-mufic for the regiment. That whenever any commanding officer of a company fhall impofe any fine in any of the cafes before mentioned in this act, he fhall give notice to the perfon fined, who fhall have liberty within ten days to apply to the commanding officer of the regiment, who on giving notice, and hearing the parties, may abate fuch fines, or any part thereof ; and if fuch commanding officer of the regiment, thinks not proper to abate fuch fine, the officer impofing the fame may proceed to a collection thereof.

*Warrants by whom granted & to whom directed. On whom & on what levied. Fines how appropriated. Officers impofing fines, to give notice to the perfon fined,who fhall have liberty within ten days to apply to, &c. for redrefs.*

*Provided neverthelefs,* That if any foldier fhall in the judgment of the felect-men of the town to which he belongs, be unable to arm and accoutre himfelf agreeable to the directions of this act, it fhall be the duty of fuch felect-men to certify the fame to the commiffioned officers of the company to which fuch foldier belongs, in order

*Soldiers unable to furnifh themfelves, &c.*

order that execution may not iſſue againſt him for deficiency in ſuch arms and accoutrements ; and alſo, at the expence of ſuch town to provide ſuch ſoldier with arms, and the whole or any part of ſuch accoutrements as may be neceſſary, within forty days from the time of granting ſuch certificate, under penalty of the value of ſuch arms and accoutrements, to be recovered of any, or all of ſaid ſelect-men, by warrant from an aſſiſtant or juſtice of the peace, upon proper information, and proof of ſuch neglect, by ſaid commiſſioned officers ; which warrant ſhall be directed to any ſheriff or conſtable proper to ſerve the ſame, returnable in ſixty days, and the fine payable into the treaſury of ſuch town ; and all arms and accoutrements thus provided, ſhall be the property of ſuch town, and ſhall by the commanding officer of the company, be depoſited in ſuch places as he ſhall think proper, to be ready for ſuch ſoldier, as occaſion ſhall require ; and ſuch officer ſhall ſtand accountable for ſuch arms and accoutrements, and ſhall be liable to pay for the ſame, if loſt through his neglect or default.

*Provided alſo,* That any of the people called *Quakers,* who ſhall produce to the commanding officer of the company in which he reſides, a certificate from the clerk of the ſociety of Quakers to which he belongs, certifying that ſuch perſon is a Quaker, he ſhall be exempt from equipping himſelf or doing military duty as required by this act, on his paying the ſum of twenty ſhillings to ſuch officer, at the expiration of each year during ſuch exemption ; and in caſe ſuch Quaker refuſe to pay ſaid ſum of twenty ſhillings, the ſame ſhall be collected and diſpoſed of in the ſame manner as is heretofore provided for fines incurred by a breach of this act.

*And be it further enacted,* That each rank and grade of officers, ſhall furniſh themſelves with the rules of diſcipline approved and eſtabliſhed by Congreſs, in their reſolution of the 29th of March, 1779, and ſhall ſubmit themſelves to the orders and directions of their ſuperior officers, or their ſenior officers, of the ſame grade ; and all officers in the ſtaff and orderly departments, ſhall be vigilant and active in executing and diſpatching orders in their reſpective ſtations.

That general, field, commiſſioned, and ſtaff officers, of all grades and ranks, ſhall be amenable to, and ſubject to trial by courts martial, according to the uſage and practice of war, for all neglects of duty, for contempts or diſreſpects to a ſuperior officer, for diſobedience of orders, and for all un-officer-like conduct ; which court martial ſhall conſiſt of not leſs than nine, or more than thirteen members—the ſenior officer of the higheſt grade to preſide—that another officer of the line or ſtaff, to do the duty of judge advocate to the court—that the members compoſing the court, ſhall take the following oath, before they proceed on the trial of an officer, viz.

*You ſwear that you will well and truly try and determine according to evidence, the matter depending between the ſtate of Connecticut and the priſoner, or priſoners, now to be tried, that you will not divulge the ſentence of the court until the ſame ſhall be approved, or diſapproved, purſuant to law ; neither will you upon any account at any time whatſoever, diſcloſe or diſcover, the vote or opinion of any particular member of the court martial, unleſs required by a due courſe of law.* So help you GOD.

The preſident of the ſaid court martial, is hereby authorized and required to adminiſter an oath to the officer acting as judge advocate, who is hereby required to take the ſame before he proceeds further on buſineſs, viz.—*You do ſwear that you will not on any account, at any time whatſoever, diſcloſe or diſcover the vote or opinion of any particular member of the court martial, unleſs required in a due courſe of law ; and that you will not divulge the ſentence of this court, till the ſame ſhall be approved or diſapproved according to law ; and that you will well and truly do the duty of judge advocate, in this court, impartially and uprightly, according to the beſt of your abilities.*———So help you GOD.

And no other perſon whatever, ſhall be admitted to ſolicit, proſecute or defend the officer arreſted ; which officer arreſted, if under the grade or rank of a field officer, ſhall have twelve days notice of the articles of charge made againſt him, by leaving a true and atteſted copy of the original articles of arreſt, under the hand of a ſuperior officer arreſting him, and the names of the witneſſes to be uſed againſt him minuted thereon, lodged with him at his uſual place of abode by the officer arreſting, or the proper orderly officer ; and of the grade and rank of a field officer twenty days notice ; and of the rank of a general officer thirty days notice in like manner ; which court martial, for the tryal of an officer under the rank and grade of a field officer, ſhall be appointed by the commanding officer of the brigade to which he belongs, and the ſentence approved or diſapproved by the captain-general of the ſtate—for the trial of an officer of the rank and grade of a field officer, by the commanding officer of the diviſion to which he belongs ; and of a general officer by the captain-general of the ſtate, and their ſentence approved or diſapproved by the legiſlature of the ſtate. That no ſentence of a court martial ſhall inflict other puniſhment than a reprimand, ſuſpenſion from office for a certain term of time, caſhiering, and caſhiering with a diſability of holding any military office in this ſtate ; two thirds of the members of any ſuch court agreeing in ſuch ſentence.

*And*

Warrant to whom directed.

Fines to be paid into the town treaſury.

Arms, &c. to be depoſited in, &c.

Quakers exempt on paying 20s.

Officers to furniſh themſelves with the rules of diſcipline.

Officers to be tried by courts martial.

Who to preſide.

Judge advocate to be of the ſtaff.

Form of oath.

Preſident of c. martial to adminiſter an oath to the judge advocate. The form.

No perſon admitted to ſolicit &c.
Officers under the grade of field officers to have 12 days notice, &c.
Field officer to have 20, & gen. officer 30 days.
Court martials by whom appointed.

What puniſhment may be inflicted.

*A C T S  A N D  L A W S.*

430

## Miſſionaries.

**Capt. gen. to order out the military force when neceſſary.**

*And be it further enacted,* That the captain-general, or in his abſence the next commanding officer of the ſtate, is hereby authorized and empowered, as he may judge neceſſary upon the occaſion, on an alarm, invaſion, or notice of the appearance of an enemy, either by ſea or land, to order the whole, or any part of the military force of this ſtate, to aſſemble and put the ſame in warlike order; and the ſame to lead, order or employ for the aſſiſtance, or relieving any of the inhabitants of this ſtate, attacked by an enemy, or in danger thereof; and generally to iſſue and publiſh by proper ſtaff or orderly officer, ſuch orders as he ſhall judge expedient to carry into execution the intent and deſign of this act. And all ſubordinate officers are hereby required to yield entire obedience thereto; and the officers ſeverally commanding diviſions, brigades, regiments, battalions and companies, are hereby veſted with the ſame power and authority within the limits of their reſpective commands; provided that when they or any of them find it neceſſary to order out the force under their command, they ſhall forthwith diſpatch intelligence, and the occaſion thereof, together with their movements and operations, to the captain-general of the ſtate, or any other their ſuperior officer, as may be judged moſt conducive to the public ſafety; and the officer receiving ſuch intelligence, ſhall obſerve the ſame line of conduct, in order that it may in the moſt expeditious way, arrive to the captain-general.

**Other officers powers to order out thoſe under their command.**

**To inform the capt. general.**

*And be it further enacted,* That the diviſions, brigades, and regiments, may be ordered out for inſpection or review, by their commanding officers, at ſuch times as ſhall be thought expedient and neceſſary; and whenever a diviſion is out, they ſhall be reviewed by the captain-general, when a brigade, by a major-general, and when a regiment, by a brigadier-general. And the captain-general ſhall direct a uniform and badges of office, for the general officers, their aids-de-camp, and brigade-major and inſpectors.

**Diviſions, &c. to be ordered out for review, &c. By whom.**

**Capt. gen. to direct uniform, &c**

*And be it further enacted,* That no private ſoldier, matroſs or horſeman, or non-commiſſioned officer, of either of the companies of horſe, artillery or infantry, ſhall be diſcharged from his company and regiment, for inability, after his inliſtment or enrollment in any of the companies, without a certificate from his ſurgeon; and for any other cauſe by applying to his captain, and the conſent of the commanding officer of his regiment. And that no captain or ſubaltern officer, ſhall reſign his commiſſion without permiſſion of the captain-general, or ſuch general officers as he may impower for that purpoſe. And that no field or general officer, ſhall reſign his commiſſion without the acceptance of the legiſlature; and no officer ſhall be allowed to reſign his commiſſion when under an arreſt.

**Surgeon to give certificate for inability to privates.**

**Captain, &c. by whom diſcharged. Gen. and field officers, by legiſlature.**

*And be it further enacted,* That any perſon now holding and ſuſtaining any commiſſion by virtue of any act heretofore made, within any of the brigades, regiments and companies, heretofore, and by this act formed and eſtabliſhed ſhall continue to hold and exerciſe the ſame, with all the powers and authorities veſted in ſuch office, by virtue of this act, excepting the officers of ſuch companies as ſhall be reduced by virtue of this act.

**Old commiſſions continued.**

*Be it further enacted,* That the laws eſtabliſhing the cavalry in this ſtate, be, and continue in force until they ſhall be annexed to the infantry: and that his excellency the governor, be requeſted and empowered to annex them in ſuch proportion as he ſhall judge proper, to the ſeveral brigades within this ſtate, ſubject to the orders and command of the brigadier of that brigade to which they ſhall ſeverally be annexed; and thereafter to be ſubjected to the acts and regulations of Congreſs.

**Cavalry laws continued.**

**To be annexed to the ſeveral brigades, &c.**

*And be it further enacted,* That all the laws heretofore made by this ſtate, for regulating and governing the military force thereof, be, and they are hereby repealed.

**Laws repealed.**

---

## An Act for the ſupport of miſſionaries, to preach the goſpel, in the northern and weſtern parts of the United States.

**Contributions.**

**B**E *it enacted by the Governor, and Council, and houſe of Repreſentatives in General Court aſſembled, and by authority of the ſame,* That there be contributions in the ſeveral religious ſocieties and congregations in this ſtate, on the firſt ſabbath in the month of May, annually, for the term of three years; and the miniſter or clerk of ſuch ſocieties or congregations, ſhall receive and pay over ſuch contributions to the Reverend *Ezra Stiles, Nathan Williams* and *Jonathan Edwards,* who ſhall appropriate the ſame to the ſupport of ſuch miſſionaries as the general aſſociation of this ſtate ſhall, from time to time employ in preaching the goſpel, in thoſe ſettlements in the northern and weſtern parts of the United States, where the ordinances of the goſpel are not eſtabliſhed: and ſhall annually exhibit to this aſſembly, and ſaid aſſociation, an account of the receipts, and expenditures of ſuch contributions.

**To whom paid.**

**How appropriated.**

---

An

*Militia formed and regulated.*  441

AN ACT for forming and regulating the militia within this State, and for repealing all the laws heretofore made for that purpose.

*Paffed Dec. 28, 1792.*

BE it enacted by the Senate and House of Representatives in General-Court convened, That the several laws heretofore made for regulating the militia, be, and hereby are repealed.

*Repealing clauſe.*

*And be it further enacted,* That each and every free able-bodied white male citizen of this State, refident therein, who is, or ſhall be of the age of eighteen years, and under the age of forty years, except as herein after excepted, ſhall feverally and refpectively be enrolled in the militia by the captain or commanding officer of the company, within whoſe bounds fuch citizen ſhall refide, within fix months after the paſſing this act. And it ſhall, at all times hereafter, be the duty of fuch captain or commanding officer of the company to enrol every fuch citizen, as aforefaid ; and alfo thofe who ſhall from time to time, arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty years (except as hereafter excepted) ſhall come to refide within his bounds ; and ſhall without delay, notify fuch citizen of faid enrolment by a proper non-commiſſioned officer of the company, by whom fuch notice may be proved.

*Militia how and by whom to be enrolled.*

*And be it further enacted,* That the vice-prefident of the United States ; the officers, judicial and executive of the government of the United States ; the members of both houfes of congrefs, and their refpective officers ; all cuftom houfe officers, with their clerks ; all poſt officers, and ſtage drivers, who are employed in the care and conveyance of the mail of the poſt office of the United States, and of this State ; all ferry-men employed at any ferry on the poſt road ; all infpectors of exports ; all pilots ; all mariners actually employed in the fea-fervice of any citizen or merchant within the United States ; members of the fenate and houfe of reprefentatives for the time being ; fecretary and deputy fecretary of the State ; State and county treafurers, recorders of deeds ; all civil officers, ftudents of colleges and academies ; minifters of the gofpel ; elders and deacons of churches ; church wardens ; grammar fchool-mafters for the time being ; mafters of arts

*Executive officers, &c. exempted.*

Digitized from Best Copy Available

arts ; people denominated quakers ; felectmen for the time being ; tutors or preceptors of any college or academy ; all perfons who may have fuftained com- miffions of the peace ; all who have, either under the commiffion of the State, or the United States, or any particular State, held the office of a fubaltern or officer of higher rank ; all phyficians and furgeons, who have certificates from the medical fociety or fe- lectmen of the town or place wherein they refide ; one miller to each corn-mill, and one toll-gather to each toll-bridge, fhall be, and they are hereby excufed from militia duty, and alfo one ferryman to each ferry.

*And be it further enacted,* That it fhall be the duty of the captain or commanding officer of each company, twice in every year, exclufively of the battalion meeting, to call forth his company for infpection of arms, and inftruction in military difcipline, viz.—in the months of June and September, annually, and at fuch other times as he fhall think beft ; and that each commanding officer of a battalion, fhall call his battal- ion together once in every year.

*Each compa- ny exclufive- ly, to be muf- tered twice, and each bat- talion once a year.*

*And be it further enacted,* That each divifion within this State, fhall be commanded by one major-general, who fhall have two aids-de-camp, with the rank of major ; each brigade by one brigadier-general, who fhall have one brigade-infpector, who is alfo to perform the duty of brigade-major, with the rank of major. To each regiment, one lieutenant colonel command- ant ; and to each battalion one major ; to each com- pany one captain, one lieutenant, one enfign, four fergeants, four corporals, one drummer and one fifer. That the regimental ftaff, fhall confift of one adjutant, one quarter-mafter, to rank as lieutenants ; one pay- mafter ; one furgeon ; one furgeon's mate ; one fer- geant-major ; one drum-major and one fife-major.

*Each divifi- on, brigade and regiment by whom commanded.*

*And be it further enacted,* That there fhall be pro- vided at the expenfe of this State for each regiment, one ftandard and one fuit of regimental colours—the ftandard to bear the device, " the arms of the United States ;" the regimental colours, " the arms of this State ;" that the drums and fifes be furnifhed by the commanding officers of the companies, at the expenfe of the State.

*What colours and at whofe expence to be furnifhed.*

*And*

Add. 084

Digitized from Best Copy Available

*Militia formed and regulated.* 443

*And be it further enacted,* That the several commanding officers of companies, shall cause accurate returns to be made of their companies to the commanding officer of the regiment to which they belong, before the first day of February annually ; and the commanding officer of each regiment, shall cause to be made to the brigade major, a proper return of his regiment, before the first day of March annually ; and the respective brigade majors, shall make out to the adjutant general, returns of their respective brigades, before the first day of April annually, agreeable to the forms that may be established by the adjutant general, which the adjutant general shall cause attested copies of, to be lodged in the secretary's office, by the first day of May annually.

*By whom returns are to be made.*

*And be it further enacted,* That each commanding officer of a company, who shall neglect to call his company together, as before provided, shall forfeit and pay for each neglect the sum of six pounds ; and each commanding officer of a battalion who shall neglect to call his battalion, as before directed, shall pay a fine of nine pounds.

*Penalty for not calling companies or battalions together.*

*And be it further enacted,* That it shall be accounted sufficient notice to any non-commissioned officer or privates, for appearance on muster days, to be notified of such muster by a non-commissioned officer in person, or by a writing by him signed, to be left at his last, and usual place of abode, four days prior to such day of muster ; and if any non-commissioned officer or private, after such notification, shall unnecessarily neglect to appear equipped, as the law directs, he shall pay a fine of nine shillings, which shall be levied by distress, and sale of the offenders goods and chattels, by warrant under the hand and seal of the captain, or commanding officer of said company, to be directed to the first sergeant of the company, who is to levy the same, by the same rules and regulations, as the laws have pointed out for collecting rates and taxes, and shall have one quarter part thereof for his trouble, and the same fees that are allowed to collectors, on distraining for taxes—and if no goods and chattels of the delinquent are to be found, then to levy the same on the body of such delinquent : *Provided*

*Notice.*

*ded*

Add. 085

Digitized from Best Copy Available

*ded neverthelefs*, That no fuch warrant fhall be iffued until fifteen days after faid mufter days, that the delinquent may have time to make excufe (if any he has) for his non-appearance, which is to be made to the commanding officer of the company.

*And be it further enacted*, That if any non-commiffioned officer or foldier, fhall prove refractory or difobedient on a mufter day, or fhall infult or abufe his officers, or either of them, or treat them with difrefpect or contempt, the commanding officer prefent, may order the offender to be immediately tried by five commiffioned officers, if fo many fhould be prefent; and if not fo many prefent, as many as there are in the field, who are empowered to punifh the offender, by ordering him to pay a fine not exceeding forty fhillings, at the difcretion of the officers, or ride a wooden horfe.

**Difobedience punifhed.**

*And be it further enacted*, That on all mufter days, every officer fhall yield due obedience to his fuperior officer; and every non-commiffioned officer and foldier fhall yield entire and due obedience to the commands of their fuperior officers. And if any officer fhall, on fuch days (or at any other time) refufe and neglect to obey the orders he may receive from his fuperior officers refpecting any matter relating to the government of militia, he fhall be tried by a court-martial, and if convicted thereof, fhall be cafhiered. And the fuperior officer may immediately put fuch offender in arreft, and report him and his offence to the officer commanding the brigade (if the offender is under the rank of a field officer) and the commanding officer of the brigade is hereby impowered to appoint a court-martial for fuch trial, and to approve the fentence; and if faid offender fhall by faid court be cafhiered, and the fentence thereof approved, the faid officer fhall be deemed incapable of holding any military office again in this State; and in cafe the offender is of the rank of a field officer, or of higher rank, his offence fhall be reported to the major-general, or officer commanding the divifion, who is hereby impowered to appoint a court-martial for the trial of fuch offender, to approve the fentence of faid court; and if the offender be found guilty and the fentence fhall be approved, he fhall be difqualified as aforefaid.   The

**Officers to yield obedience.**

**Superior officer to arreft and report.**

Digitized from Best Copy Available

*Militia formed and regulated.* 445

The commander in chief shall at all times, have the right of appointing courts-martial, when he shall think it necessary. <span style="float:right">Commander in chief may appoint courts martial.</span>

All courts-martial, when apppointed by the commander in chief, shall consist of thirteen members, the president of which shall be of the rank of major-general. <span style="float:right">Number of members.</span>

All courts-martial, when appointed by a major-general, shall consist of thirteen members, and the president shall be a lieutenant-colonel or officer of higher rank.

All courts-martial, appointed by a brigadier, shall consist of thirteen members, the president of which shall at least, be of the rank of a field officer.

The members of the courts-martial are to be sworn by the president, and the president shall be sworn by the next highest in rank of the members composing the same, and the president of every court-martial, shall have power to administer the oath to every witness. <span style="float:right">Members, by whom to be sworn.</span>

In order to the trial of offenders, the oath of the president and members, shall be in the words following, viz.

*YOU swear, that you will well and truly try, and impartially determine the charge against the person now to be tried, according to the rules for regulating the militia of this State.* So help you GOD. <span style="float:right">Oath.</span>

The oath to be administered to witnesses in courts martial, shall be in the form following, viz.

*YOU swear, the evidence you shall give relative to the charge now in hearing, shall be the truth, the whole truth, and nothing but the truth.* So help you GOD. <span style="float:right">Oath of witnesses.</span>

*And be it further enacted,* That all military officers shall be amenable to a court-martial for any un-officer, or un-gentleman-like conduct or behaviour while on duty, and at all other times, and to be tried, and sentence approved in the same way and manner as before provided for disobedience of orders. <span style="float:right">Officers amenable for illiberal behaviour.</span>

*And be it further enacted,* That all persons called by summons from the president of any court-martial to give evidence, who shall unreasonably refuse or neglect to appear, or appearing, shall refuse to give evidence, shall be committed to the common gaol of the county <span style="float:right">Witnesses refusing, &c. to be committed to gaol.</span>

I i

Add. 087

Digitized from Best Copy Available

county where such court is sitting, there to remain three months, unless sooner discharged therefrom by the justices of the superior court : And the president of the court is to lodge the accusation against him with the prison-keeper.

*And be it further enacted,* That every person ap-
pointing a court-martial, shall appoint some suitable
person to act as judge advocate, who shall make a fair
record of the whole proceedings and deliver them to
the officer appointing said court-martial, who shall
cause the same, or a copy thereof, to be lodged in the
secretary's office, within three months after such trial.

*And be it further enacted,* That out of the militia
enrolled as herein directed, there shall be formed for
each battalion, at least one company of grenadiers or
light infantry ;  and to each division there shall be at
least one company of artillery, and one troop of horse.
There shall be to each company of artillery, one cap-
tain, two lieutenants, four sergeants, four corporals,
six gunners, six bombardiers, one drummer and one
fifer. The officers to be armed with a sword or hanger,
a fusee, bayonet and belt, with a cartouch box, to con-
tain twelve cartridges ;  and each private matross shall
be furnished with the same equipments as privates in
the infantry.    There shall be to each troop of horse,
one captain, two lieutenants, one cornet, four sergeants,
four corporals, one sadler, one farrier and one trump-
eter.   The commissioned officers to furnish themselves
with good horses of at least fourteen hands and an
half high, and to be armed with a sword, and pair of
pistols, the holsters of which to be covered with bear-
skin caps.   Each dragoon to furnish himself with a
serviceable horse of at least fourteen hands and an half
high, a good saddle, bridle, mail-pillion and valise,
holsters, a breast-plate and crupper, a pair of boots and
spurs, a pair of pistols, a sabre, and cartouch box, to
contain twelve cartridges for pistols.    That each com-
pany of artillery and troop of horse, shall be formed of
volunteers from the brigade, at the discretion of the
commander in chief of the State, not exceeding one
company of each to a regiment, and shall uniformly be
cloathed in regimentals, to be furnished at their own
expence ; the colour and fashion to be determined by
the brigadier commanding the brigade to which they
belong.                                              *And*

*Judge advo-
cate to be ap-
pointed.*

*Each battal-
ion to have
one company
of grenadiers
&c. and one
company of
artillery.*

*Officers how
to be armed.*

*Troops of
horse how
officered, &c.*

*Artillery and
horse of
whom to be
formed, and*

*uniformly
clad.*

Digitized from Best Copy Available

*Militia formed and regulated.*

*And be it further enacted,* That each non-commissioned officer and soldier belonging to the regiments of foot, shall within one year from and after the passing this act, furnish himself with a good fire-lock, bayonet and belt, a cartouch box that will contain twenty-four cartridges, two good flints, a knapsack and canteen— and that the commissioned belonging to companies of foot, shall be severally armed with a sword or hanger, and an espontoon, and that the field officers be armed with a sword or hanger.

*How to be armed and accoutred.*

*And be it further enacted,* That such of the infantry as are under the care of parents, masters or guardians, shall be furnished by them with such arms and accoutrements. And such as are unable to furnish themselves, shall make application to the selectmen of the town, who are to certify to their captain or commanding officer, that they are unable to equip themselves, and the said selectmen shall, at the expence of the town, provide for, and furnish such persons with arms and equipments; which arms and equipments shall be the property of the town, at whose expence they were provided: And if any person so furnished, shall embezzle or wilfully destroy the same, he shall be punished by any court proper to try the same, upon complaint made by the selectmen of said town, by being publicly whipped not exceeding twenty stripes, or fined not exceeding forty shillings. And that all fines recovered for embezzling or destroying of arms and accoutrements as provided in this act, shall be paid into the hands of the selectmen to be appropriated in purchasing arms and accoutrements for such soldiers as are unable to purchase for themselves.

*Those unable &c. to be e-quipped at the expence of the town.*

*Fines how to be appropriated.*

*And be it further enacted,* That parents, masters and guardians shall be liable for the neglect and non-appearance of such persons as are under their care (and are liable by law to train) and are to be proceeded against for the penalty in the same manner, as by this act is provided against other delinquents.

*Parents, &c. liable to a penalty.*

*And be it further enacted,* That the commander in chief, the officers commanding divisions, brigades or regiments, may appoint military watches or guards when an invasion of the State is apprehended, in such place and under such regulations as they may judge necessary; and all officers and soldiers under their command

*Military watches, by whom to be appointed.*

Add. 089

.mand are to yield ſtrict obedience to their orders and directions.

*And be it further enacted,* That the ſignals for an alarm are to be fixed by the captain general, and may by him be altered, from time to time, and proper notice thereof is to be by him given to the ſeveral officers; and if any non-commiſſioned officer or ſoldier, ſhall upon the alarm being given, unneceſſarily neglect to appear properly armed and equipped, at ſuch time and place as the commanding officer ſhall appoint, he ſhall pay a fine of twenty ſhillings; and all perſons ſerving on any military guards, or watches, ſhall be puniſhable for miſconduct while in ſuch ſervice, by a court-martial to be appointed by the commanding officer of ſuch guard or watch, provided he be a field officer, and in caſe he is not, then by the commanding officer of the regiment to which the offender belongs.

*And be it further enacted,* That when any non-commiſſioned officer ſhall refuſe or neglect to notify or warn any of the non-commiſſioned officers or private ſoldiers of the company to which he belongs (being thereto ordered by his ſuperior officer) he ſhall pay a fine of twelve ſhillings, for each non-commiſſioned officer or ſoldier he ſhall neglect to warn, to be recovered in the ſame way and manner as is before provided.

*And be it further enacted,* That every fine ariſing by any breach of this act, for which no ſpecial mode of recovery has been pointed out, may be recovered by action, bill, plaint or information, in any court proper to try the ſame.

*And be it further enacted,* That all fines recovered of any non-commiſſioned officer or ſoldier for neglect of duty, ſhall be paid into the hands of the commanding officer of the company, to which ſuch non-commiſſioned officer or ſoldier may belong, to be expended in defraying the neceſſary expences of ſuch company, as the commiſſioned officers of the ſame may direct. That all fines recovered of the commanding officer of any company, ſhall be paid into the hands of the commanding officer of the battalion, to which ſuch commanding officer of a company may belong; to be appropriated in inſtructing the muſic in ſuch battalion.

That all fines recovered of the commanding officer of any battalion, ſhall be paid into the hands of the commanding

*Sidenotes:*

Signals to be fixed.

Penalty for refuſing to warn, &c.

Mode of recovering fines, and

how to be appropriated

Add. 090

commanding officer of the regiment to which such battalion may belong, to be disposed of in defraying the necessary expences in forming and arranging the companies in such regiment, as the field officers of the same may direct.

*And be it further enacted,* That all commissioned officers shall take rank according to the date of their commissions ; and when two of the same grade, bear equal date, then the rank to be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment.

Officers, how to rank.

*And be it further enacted,* That the rules of discipline approved and established by Congress, in their resolution of the twenty-ninth of March, one thousand, seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia in this State.

Rules of discipline.

*And be it further enacted,* That it shall be the duty of the brigade inspector, to attend the regimental and battalion meetings of the militia composing their several brigades, during the time of their being under arms, to inspect their arms, ammunition and accoutrements ; superintend their exercise and manœvres, and introduce the system of military discipline before described.

Brigade inspector's duty

*And be it further enacted,* That the cavalry and artillery be subject to fine or punishment in the same manner as those who belong to the infantry.

Cavalry and artillery liable to the same fines.

*And be it further enacted,* That all courts-martial may consist of officers of any corps within the limits of the brigade where the person accused may reside.

Courts martial of whom to consist.

*And be it further enacted,* That a captain or commanding officer at the head of his company, may direct his non-commissioned officers and soldiers to meet at any future day, which shall be legal notice.

Legal notice, what considered as such.

*And be it further enacted,* That non-commissioned officers be reduced to the ranks, for any misdemeanor, which in the opinion of all the commissioned officers of the company shall deserve such punishment.

Non-comm. officers liable to be reduced, &c.

*And be it further enacted,* That all commissioned officers belonging to any company of infantry shall reside within the limits of such company.

Commissioned officers to reside.

*And be it further enacted,* That when it shall happen,

And

**Different corps—firſt in rank to command.**

pen, that officers of the different corps, ſhall be on duty together, the firſt officer in rank ſhall command, whether of the infantry, cavalry or artillery.

**Arms, &c. free from difſreſs, &c.**

*And be it further enacted,* That every citizen enrolled as directed in this act, and provided with arms and accoutrements, ſhall hold the ſame exempted from all ſuits, diſtreſſes, executions, or ſales for debt, or for the payment of taxes.

**Militia to be divided.**

*And be it further enacted,* That the militia of this State, ſhall be divided into three diviſions, and if convenient, each diviſion ſhall conſiſt of two brigades, each brigade of four regiments, each regiment of two battalions, each battalion of five companies, and each company of ſixty-four privates.

**Cavalry and artillery of whom to be formed.**

*And be it further enacted,* That in forming the cavalry and artillery, not more than one eleventh part ſhall inliſt out of any one company of infantry into ſuch corps.

**Field Officers to arrange companies.**

*And be it further enacted,* That the field officers of each and every regiment, ſhall form and arrange the companies in their ſeveral regiments, from time to time, as they ſhall think the public good may require.

**Adjutant-General, his duty.**

*And be it further enacted,* That there ſhall be an adjutant general, whoſe duty it ſhall be to diſtribute all orders from the commander in chief of this State, to the ſeveral corps; to attend all public reviews, when the commander in chief of this State ſhall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the ſyſtem of military diſcipline eſtabliſhed by law; to furniſh blank forms of different returns that may be required, and to explain the principles on which they ſhall be made; to receive from the ſeveral officers of the different corps throughout the State, returns of the militia, under their command, reporting the actual ſituation of their arms, accoutrements and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and diſcipline.

**Compenſation to Adj. and Brigade inſpectors.**

*And be it further enacted,* That compenſation ſhall be made to the adjutant general, and the brigade inſpectors for their ſervices, from time to time, by the legiſlature, as they ſhall think juſt.

*And be it further enacted,* That the colour of the
uniform

Add. 092

Digitized from Best Copy Available

*Militia formed and regulated.*

451

uniform of the infantry be determined on by the commander in chief. *Colour of uniform, by whom determined.*

*And be it further enacted,* That each and every non-commissioned officer or soldier, who shall inlist into any corps of horse or artillery, shall within six months from and after such inlistment, equip himself as the law directs, and at the expiration of the said six months, should he not be equipped as aforesaid, then to return to the company from which he inlisted, and the commanding officer thereof, is hereby directed to enrol him accordingly. *Cavalry and artillery, if not equipped within six months to be returned.*

*And be it further enacted,* That the several companies, which compose the regiments of cavalry, be annexed to the regiments of infantry in manner following : *Cavalry to be annexed to infantry.*

To each regiment of infantry there shall be, as far as the number of companies of cavalry will admit of it, one troop of horse, or company of cavalry, with the present officers (if they see fit) and men of said companies, who are now uniformly cloathed and equipped, or shall be within four months, said troops of horse shall be under the command of the field officers of the regiments of infantry, and shall be joined to such regiments as shall be the most contiguous and convenient to said companies. Privilege shall be allowed to the non-commissioned officers and privates of cavalry at any time hereafter, of being enrolled as infantry, provided they decline serving as cavalry, and said companies of cavalry may be completed by inlistments, from time to time, from the infantry, as vacancies may be in said companies. *Cavalry to be under command of field officers of infantry.*

*And be it further enacted,* That this act shall be read at the head of each company in the several regiments in this State, at least once every year. *Act to be read, &c.*

This act passed December 28, 1792.

Digitized from Best Copy Available



## Anno 1793.

### CHAP. I.

Ch. 41. Anno 1791.

An Act for regulating and governing the Militia of the Commonwealth of Massachusetts, and for repealing all Laws heretofore made for that Purpose; excepting an Act entitled "An Act for establishing Rules and Articles for governing the Troops stationed in Forts and Garrisons, within this Commonwealth, and also the Militia, when called into actual Service."

*Preamble.*

WHEREAS the Laws for regulating and governing the Militia of this Commonwealth, have become too complicated for practical use, by reason of the several alterations which have from time to time been made therein : Therefore,

*Laws repealed,*

1. *Be it enacted by the Senate and House of Representatives in General Court assembled, and by the authority of the same,* That the several Laws heretofore made for governing and regulating the Militia, be, and hereby are repealed, except an Act, entitled "An Act for establishing Rules and Articles for governing the Troops stationed in Forts and Garrisons within this Commonwealth, and also the Militia when called into actual service."

*Proviso.*

2. *Provided nevertheless,* That all officers actually in commission, agreeably to the laws which are hereby repealed, and in grades which are established by this Act, shall continue in commission in the same manner, and in the same authority they would, in case the said laws were still in force ; and all actions depending in any Court, by force of said laws, shall and may be prosecuted to final judgment and execution.

*Persons to be enrolled in the Militia.*

3. *And be it further enacted by the authority aforesaid,* That each and every free able bodied white male citizen, of this, or any other of the United States, residing within this Commonwealth, who is, or shall be of the age of

Add. 094

of eighteen years, and under the age of forty five years,
(except as is herein after excepted) shall severally and
respectively be subject to the requisitions of this Act,
and shall be enrolled in the Militia, by the Captain or
Commanding Officer of the company, within whose
bounds such citizens shall reside, within three months
from and after the passing this Act : And it shall be at
all times hereafter the duty of the Commanding Officer
of every such company, to enrol every such citizen as
aforesaid ; and also those, who shall from time to time
arrive at the age of eighteen years, or being of the age of
eighteen years, and under the age of forty five years,
and not herein after excepted, shall come to reside with-
in his bounds ; and shall without delay notify such cit-
izen of the enrolment, by a noncommissioned officer or  *To be notified.*
other person, duly authorised for that purpose, by whom
such notice may be proved ; and in all cases of doubt
respecting the age of any person enrolled, or intended to
be enrolled, the party questioned shall prove his age, to
the satisfaction of the Commanding Officer of the com-
pany within whose bounds he may reside.

4. *And be it further enacted by the authority aforesaid,*
That the Vice President of the United States ; Members   *Persons ex-*
of Congress, of both Houses, with their respective offi-   *empted from*
cers ; Lieutenant Governour ; Members of the Council,   *training.*
Senate and House of Representatives, with their officers ;
Secretary and Treasurer of the Commonwealth ; Offi-
cers, Judicial and Executive, of the Government of the
United States ; Justices of the Supreme Judicial Court ;
Justices of the Courts of Common Pleas ; Judges of
Probate ; Registers of Probate ; County Registers ;
Justices of the Peace; Sheriffs ; Deputy Sheriffs ; Cor-
oners ; Constables ; Selectmen ; Ministers of the Gos-
pel ; Elders and Deacons of Churches ; Church War-
dens, and those of the religious denominations of Quak-
ers and Shakers ; Masters of Arts ; Officers and Stu-
dents at any College ; also such Physicians, Surgeons,
stated Schoolmasters, Ferrymen and Millers, as the Se-
lectmen of the towns to which they shall severally belong,
shall by a writing under their hands, signify the expe-
diency of exempting ; persons who have by commission
under any government or Congress, or by election in pur-
suance of the orders of any Congress of the United States,
or either of them, held the office of Subaltern or office of
higher rank ; and all Mariners actually employed in any
sea service of any citizen within the United States in
any vessel of more than thirty tons burthen ; Custom
                    M 3                        House

House Officers; all Post Officers, Stage Drivers, actually employed in the care and conveyance of the Mail; and such persons as did attain to the age of forty five years before the eighth day of *May*, one thousand seven hundred and ninety three; and also all such Manufacturers as are by any special law of the Commonwealth now exempted, shall be, and hereby are exempted from the said enrolment.

Arrangement of the Militia. 5. *And be it further enacted by the authority aforesaid*, That the Governour, by and with the advice of the Council, be, and hereby is authorised and empowered to form and arrange the Militia into divisions, brigades, regiments and companies; and from time to time to make such alterations therein as shall be necessary; and if the same be convenient, each brigade shall consist of four regiments, each regiment of ten companies, and each company of sixty four effective privates: Proviso. *Provided notwithstanding*, That the present arrangement of the Militia shall continue as it now is, until the Governour, with the advice of Council, shall otherwise order; and each new division, brigade and regiment, shall be numbered at the formation thereof, and a record made of such number in the Adjutant General's office; and when in the field or in service, each division, brigade and regiment shall respectively take rank according to its number.

Manner of officering the Militia. 6. *And be it further enacted by the authority aforesaid*, That the Militia shall be officered, as follows: To each division, one Major General, and two Aids de Camp, with the rank of Major: To each brigade, one Brigadier General, with one Brigade Inspector, to serve also as Brigade Major, with the rank of Major: To each regiment, one Colonel, one Lieutenant Colonel, one Major, *Provided nevertheless*, where any vacancy of Colonel now is, or shall hereafter happen, then the field officers of each regiment to consist of a Lieutenant Colonel Commandant, and two Majors: To each company of infantry, one Captain, one Lieutenant, and one Ensign, four Sergeants, four Corporals, one Drummer, one Fifer or Bugler: That there shall be a Regimental Staff, to consist of one Adjutant, one Quarter Master to rank as Lieutenants, one Surgeon, and one Surgeon's Mate, to be appointed by the Commanding Officer of the regiment, and commissioned by the Governour, one Sergeant Major, one Quarter Master Sergeant, one Drum Major and one Fife Major: That each company of artillery shall consist of one Captain, two Lieutenants, four Sergeants, four Corporals, six

fix Gunners, fix Bombardiers, one Drummer, one Fifer, and thirty two Privates or Matroffes : And each troop of cavalry fhall confift of one Captain, two Lieutenants, and one Cornet, four Sergeants, four Corporals, one Saddler, one Farrier, one Trumpeter, and thirty two Privates : And there fhall be one Adjutant General, and one Quarter Mafter General for the whole Militia, to be appointed by the Governour.

7. *And be it further enacted by the authority afore-* *faid*, That each and every Major General be, and here- Major Gene-by is empowered, and it fhall be his duty, to give all fuch ral empower-ed in election orders, as fhall from time to time be neceffary, confiftent of Officers. with the law for electing Brigadier Generals, Field Offi-cers, Captains and Subalterns, in brigades, regiments and companies, within his refpective divifion, which have not been already commiffioned, and for filling up vacan-cies of fuch officers, or any of them, where they now are or may hereafter happen. *Provided always*, That when- Provifo. ever a time fhall be appointed for the election of any Officer or Officers, the electors fhall have ten days' no-tice thereof, at leaft ; and all returns of elections, and neglects, or refufals to make choice of officers fhall be made to the Governour, by the Major General, in whofe divifion the election fhall be ordered ; and all commif-fions fhall pafs through the hands of the Major Gener-als to the officers in their refpective divifions, for whom they fhall be made out ; and every perfon who fhall be elected to any office in the faid Militia, and fhall not within ten days after he fhall have been notified of his election, (excepting a Major General, who fhall be al-lowed thirty days after he fhall be notified by the Secre-tary of the Commonwealth) fignify his acceptance there-of, fhall be confidered as declining to ferve in fuch of-fice ; and orders fhall be forthwith iffued for a new choice.

8. *And be it further enacted by the authority aforefaid,* All Officers to That every perfon who fhall be lawfully entitled to be fubfcribe the oaths. commiffioned to any office in the Militia of this Com-monwealth, fhall at the time of receiving his commiffion, take and fubfcribe the oaths and declaration required by the Conftitution, before fome Juftice of the Peace, or fome General or Field Officer, who fhall have previouf-ly taken and fubfcribed them himfelf, and who are here-by authorifed to adminifter the fame ; and a certificate thereof fhall be made on the back of every commiffion, by the Juftice of the Peace, or General, or Eield Offi-

M 4                                    cer,

cer, before whom the said oaths and declaration shall have been taken and subscribed.

*Noncommissioned Officers by whom appointed.*

9 *And be it further enacted by the authority aforesaid,* That the Commanding Officer of regiments, shall appoint the noncommissioned Staff Officers of their respective regiments: The Commanding Officers of Companies shall appoint the noncommissioned Officers, including the Clerks, of the respective companies: All noncommissioned Staff Officers and Sergeants shall receive warrants under the hand of the Commanding Officer of their respective regiments or corps: And the Adjutant shall keep a record in a suitable book, to be kept for that purpose, of all warrants which shall be issued: And no noncommissioned Officer shall be deemed

*Resignations to be given in writing.*

to have resigned his office, until he shall have done it in writing to the Commanding Officer of the regiment or corps to which he belonged; and shall have obtained his discharge also in writing, from such Commanding Officer; And no noncommissioned Officer or Private shall be disenrolled from the Militia for disability, without certificate from the regimental Surgeon and Mate.

*Clerks to be appointed.*

10. *And be it further enacted by the authority aforesaid,* That every company shall have a Clerk, who shall be also one of the Sergeants, and he shall be sworn to the faithful discharge of his trust; and it shall be his duty

*Their duty.*

always to keep a fair and exact roll of the company, together with the state of the arms and equipments belonging to each man, which roll he shall annually revise and correct in the month of *May,* as is herein after directed; to register all orders and proceedings of the company, in an orderly book, which shall never be alienated from the company; to keep exact details of all detachments; to call the roll whenever the company is assembled; to examine the equipments when thereto required, and to note all delinquencies; to sue for, recover and receive

*'—empowered to sue.*

all fines and forfeitures which are required by this Act to be recovered, one half to his own use for his trouble,

*Appropriations.*

and the other half to be paid to the Commanding Officer of the company, in trust, for the use of the company to which he belongs, excepting such cases wherein other provision is made by this Act, for the recovery and appropriation of fines and forfeitures. *Provided nevertheless,*

*Proviso.*

That all commissioned Officers now in command in the Militia, in any grade not established by this Act, shall be continued in their command; and the Clerks of companies, now in office, shall be continued in such office,

11. *And*

11. *And be it further enacted by the authority afore-* <span style="font-size:small">Noncommis-</span>
*said,* That whenever a company shall have neither com- <span style="font-size:small">sioned Officers</span>
missioned Officers nor noncommissioned Officers, the <span style="font-size:small">appointed in case.</span>
Commanding officer of the regiment or battalion to
which such company belongs, shall appoint suitable per-
sons within said company to be noncommissioned Offi-
cers and Clerk of the same ; and such noncommissioned
officers and Clerk, so appointed, shall be authorised in
the same manner, and have the same power and authori-
ty, as if they had been appointed by a Captain duly
qualified to command said company.

12. *And be it further enacted by the authority aforesaid,* <span style="font-size:small">Prohibitions.</span>
That no Officer of the Militia shall be discharged, ex-
cepting by the Commander in Chief, on the request of
such Officer, in writing, or by the Commander in Chief
on the address of both Houses of the Legislature; or
by being disbanded by a law of the Commonwealth, or
by a judgment of a Court Martial, or by actual removal,
(the Major General to be judge whether the dis-
tance is so great that he cannot conveniently dis-
charge the duties of his office) or by twelve months
absence, without leave of such Officer, from the
district of his command : And no Officer shall consider
himself exempted from the duties of his station, until
he shall have been discharged in one or other of the
methods aforesaid : And if by the Commander in Chief,
not until he shall have received a certificate of such dis-
charge : No Officer shall be allowed to resign his com-
mission when under arrest ; and no General or Field
Officer shall approve the resignation of any other Offi-
cer, until such Officer shall have lodged in his hands all
such Militia laws and orderly books as he shall have been
furnished with by the Government ; and such General
or Field Officer shall deliver the laws and orderly books
which he shall thus have received, to the next succeed-
ing Officer who shall be commissioned in the place of
him who shall have resigned.

13. *And be it further enacted by the authority aforesaid,* <span style="font-size:small">Cavalry or-</span>
That the Governour, with the advice of Council, be and <span style="font-size:small">ganised.</span>
hereby is authorised to complete the cavalry in each
brigade of the Militia, to two full companies or troops ;
and the cavalry in each brigade, when completed, shall
be formed into battalions or squadrons ; in those brigades
where there are or may be two or three troops, they shall
form squadrons, and each squadron shall be commanded
by a Major ; in those brigades where there are already
more than three troops, they shall form battalions, and
<div style="text-align:right">each</div>

each battalion ſhall be entitled to a Lieutenant Colonel,

*Proviſos.* Major, Adjutant and Quarter Maſter : *Provided always,* That in thoſe brigades where there are already two troops raiſed, they ſhall not be augmented ; and in thoſe brigades where there are already more than two troops, they ſhall not be reduced. *Provided alſo,* That the companies of cavalry which are, by any former Act, annexed to any regiment, ſhall continue to be ſo attached to ſuch regiment in which it is raiſed.   The Officers of cavalry ſhall furniſh themſelves with good horſes, at leaſt fourteen hands and an half high ; and ſhall be armed with a pair of piſtols, and a good ſword, the holſters of which

Officers and men to furniſh themſelves complete with horſes and every other equipment.
ſhall be covered with bearſkin caps : Each horſeman ſhall furniſh himſelf with a ſerviceable horſe, of at leaſt fourteen hands and a half high ; a good ſaddle, bridle, mailpillion and valiſe ; holſters, a breaſtplate, and crupper ; a pair of boots and ſpurs ; a pair of piſtols ; a ſabre, and cartridge box, to contain twelve cartridges for piſtols.   No man ſhall be enliſted into any troop of cavalry, unleſs he ſhall own and conſtantly keep a ſuitable horſe, and furniture, for that ſervice ; and if any man, who ſhall belong to any troop of cavalry, ſhall be deſtitute of a ſuitable horſe and furniture, for more than three months at one time, he ſhall be diſcharged from ſuch corps, and enrolled in the ſtanding company in which he reſides.   And whenever any draft or detachment ſhall be made from a troop of cavalry, for actual ſervice, the men thus drafted or detached, ſhall march with their own horſes ; and before they march, the horſes ſhall be appraiſed, by three indifferent men, to be appointed by the Brigadier of the brigade, from which ſuch detachment ſhall be made.

14. *And be it further enacted by the authority aforeſaid,* That the Governour with the advice of Council, be,

Artillery organiſed.
and hereby is authoriſed to complete the artillery in each brigade of the Militia, to two full companies ; and when thus completed, ſhall form a battalion in each brigade, and be entitled to a Major, Adjutant and Quarter Maſter.   *Provided nevertheleſs,* That in thoſe brigades,

Proviſo.
where there are already two companies raiſed, they ſhall not be augmented ; and in thoſe brigades where there are already more than two companies, they ſhall not be reduced.   And each company of artillery ſhall be pro-

—to be provided with complete apparatus.
vided with two good field pieces, with carriages and apparatus complete ; an ammunition cart ; forty round ſhot, and forty rounds of caniſter ſhot.   The Governour ſhall order to be iſſued to each company of artillery, annually,

nually, a quantity of powder, not exceeding one hundred pounds, which shall be expended on general muster days, and in experimental gunnery. And the Quarter Master General shall provide for, and supply the artillery companies with all the carriages, tumbrils., harness apparatus, implements, laboratory and ordnance stores, which may, from time to time, be necessary for their equipment. The Officers of artillery shall be armed with a sword or hanger ; a fusee, bayonet and belt, with a cartridge box to contain twelve cartridges : And each noncommissioned Officer and Private or Matross, of those companies which are unprovided with field pieces, shall furnish himself with all the equipments of a Private in the infantry, until proper ordnance and field artillery is provided. And the Commanding Officer of each company of artillery, shall be accountable for the careful preservation of the pieces and apparatus, and the proper expenditure of the ammunition supplied by government. Each company of artillery, and troop of cavalry, shall be formed of volunteers from the brigade ; and together, they shall not exceed in number one eleventh part of the infantry of such brigade ; and they shall be uniformly clothed in regimentals, to be furnished at their own expense.

*Quarter Master to furnish.*

*Commanding Officer to be accountable.*

*Artillery and cavalry to be formed of volunteers.*

15. *And be it further enacted by the authority aforesaid,* That at all regimental musters, the companies commanded by the two eldest Captains, shall act as light infantry companies, except where light infantry companies have already been raised by voluntary enlistment, and one or more shall be attached to such regiment.

*Light Infantry companies.*

16. *And be it further enacted by the authority aforesaid,* That if any noncommissioned Officer or Private of cavalry, artillery, light infantry, or other corps raised at large, shall neglect for the term of three months, to keep himself provided with an uniform of the company to which he belongs, as is directed by this Act, he shall be discharged from such corps, by the brigadier commanding the brigade, and enrolled in the standing company in which he resides. And no company of cavalry, artillery, light infantry, or other corps which it may be lawful to raise at large, shall be raised within this Commonwealth, when any of the standing companies shall be reduced thereby, to a less number than sixty four effective Privates ; and no Officer of any such corps, shall enlist any men belonging to a standing company, for the purpose of forming or recruiting such corps raised at large, when, by means thereof, such standing company would be

*Penalty.*

*No corps to be raised at large which will reduce standing companies to a limited number.*

—to be deem-
ed disbanded
in cafe.

be reduced to a lefs number than fixty four effective Privates. And if any fuch corps, raifed at large, fhall at any time be deftitute of commiffioned Officers, and fhall neglect to fill up fuch vacancies, for one whole year after being ordered to elect them, or if any fuch corps fhall be reduced under twenty privates, and remain in that fituation for one whole year without doing duty as the law directs ; then, in either cafe as aforefaid, fuch corps raifed at large fhall be deemed difbanded, and the men which belonged to fuch delinquent corps, fhall be enrolled in the ftanding company in which the indi-

—not to con-
fift of a great-
er number
than legal.

viduals thereof fhall refpectively refide : And no fuch corps raifed at large, fhall at any time bear a greater number of men on their rolls, than the law allows neceffary to conftitute them ; and the Commanding Officer of every fuch corps fhall, annually, in the month of *April*, make out a lift of all the men's names belonging to his corps, and deliver the fame to the Commanding Officer of the regiment or battalion, in whofe diftrict fuch corps is or may be raifed ; and all fuch corps raifed at large, not annexed to any particular regiment, fhall be fubject to the orders of the Commanding Officer of the brigade in which they fhall refpectively be raifed, and fhall make their elections and returns in the fame manner as other corps of the Militia.

Ancient and
Honourable
Artillery
Company.

And whereas the military company in *Bofton*, commonly called the " *Ancient and Honourable Artillery Company*," being by ancient charter, cuftom and ufage, exempted from the general regulations of the Militia : Therefore,

—to retain
privileges.

17. *Be it further enacted by the authority aforefaid,* That the faid company, called the " *Ancient and Honourable Artillery Company*," fhall retain its accuftomed privileges, not being incompatible with the Conftitution, but fhall be fubject to all other duties required by this Act, in like manner as other companies of Militia.

Officers how
to be armed
and uniform-
ed.

18. *And be it further enacted by the authority aforefaid,* That every commiffioned Officer of infantry, whofe duty fhall require him to ferve on foot, fhall be armed with a fword and an efpontoon ; and every Officer, whofe duty requires him to be mounted, fhall be armed with a fword and pair of piftols : And the uniform in every inftance required by this Act, fhall be a dark blue cloth coat, of fuch fafhion, and with fuch facings, and under clothes, as the Major Generals, or Brigadiers fhall direct within their feveral commands.

19. *And*

19. *And be it further enacted by the authority afore-* <span style="font-size:small">Necessary ar-<br>ticles of<br>equipment.</span>
*said,* That every noncommissioned Officer and Private of
the infantry shall constantly keep himself provided with
a good musket, with an iron or steel rod, a sufficient
bayonet and belt, two spare flints, a priming wire and
brush, and a knapsack ; a cartridge box, or pouch with
a box therein, to contain not less than twenty four car-
tridges, suited to the bore of his musket ; each cartridge to
contain a proper quantity of powder and ball ; or with
a good rifle, knapsack, shot pouch, powder horn, twenty
balls suited to the bore of his rifle, and a quarter of a
pound of powder : And shall appear so armed, accou-
tred and provided, whenever called out, except that
when called out to exercise only, he may appear with-
out a knapsack, and without cartridges loaded with balls.
*Provided always,* that whenever a man appears armed <span style="font-size:small">Proviso.</span>
with a musket, all his equipments shall be suited to his
musket ; and whenever a man appears armed with a rifle,
all his equipments shall be suited to his rifle : And that
from and after five years from the passing of this Act,
all muskets for arming the Militia, as herein required,
shall be of bores sufficient for balls of the eighteenth part
of a pound : And every citizen enrolled and providing
himself with arms, ammunition and accoutrements, re- <span style="font-size:small">Arms, &c. to<br>be exempted<br>from suits.</span>
quired as aforesaid, shall hold the same exempted from
all suits, distresses, executions, or sales for debt, or for
payment of taxes.

20. *And be it further enacted by the authority afore-*
*said,* That every noncommissioned Officer or Private of <span style="font-size:small">Fine for negli-<br>ects.</span>
the infantry, who shall neglect to keep himself armed
and equipped as aforesaid, or who shall on a muster day,
or at any other time of examination, be destitute of, or
appear unprovided with the arms and equipments here-
in directed (except as before excepted) shall pay a fine
not exceeding *twenty shillings,* in proportion to the ar-
ticles of which he shall be deficient, at the discretion of
the Justice of the Peace, before whom trial shall be had :
And all parents, masters and guardians shall furnish those <span style="font-size:small">Parents   and<br>Masters to e-<br>quip   their<br>children and<br>servants.</span>
of the said Militia, who shall be under their care and
command, with the arms and equipments aforementioned,
under the like penalties for any neglect : And whenever
the Selectmen of any town shall judge any inhabitant <span style="font-size:small">Persons una-<br>ble to be fur-<br>nished by the<br>town.</span>
thereof, belonging to the Militia, unable to arm and equip
himself in manner as aforesaid, they shall at the expense
of the town provide for and furnish such inhabitant with
the aforesaid arms and equipments, which shall remain
the property of the town at the expense of which they
shall

shall be provided; and if any soldier shall embezzle or
destroy the arms and equipments with which he shall be
furnished, he shall, upon conviction before some Justice
of the Peace, be adjudged to replace the article or articles,
which shall by him be so embezzled or destroyed, and
to pay the cost arising from the process against him :

*Penalty,*
*cafe.*
And if he shall not perform the same within fourteen
days after such adjudication, it shall be in the power of
the Selectmen of the town to which he shall belong, to
bind him out to service or labour, for such term of time
as shall, at the discretion of the said Justice, be sufficient
to procure a sum of money equal to the value of the ar-
ticle or articles so embezzled or destroyed, and pay cost
arising as aforesaid.

21. *And be it further enacted by the authority afore-*
*Penalty for*
*not appearing*
*on mufter*
*days.*
*said,* That every person liable to do military duty, who be-
ing duly warned shall refuse or neglect to appear at the
time and place appointed, armed and equipped as by this
act is directed, for any muster, training, view of arms,
or other military duty, shall pay as a fine for such de-
fault, the sum of *ten shillings* : And every person who
shall appear at any muster with his arms in an unfit con-
dition, shall pay a fine of *three shillings* for each and ev-
ery such default : *Provided nevertheless,* It shall be law-
*Proviso.*
ful for the commanding Officer of a company, at any
time within eight days after any muster, training, view
of arms or other duty, to excuse any person for nonap-
pearance, on the delinquent's producing to him satisfac-
tory evidence of his inability to appear as aforesaid ; and
the Commanding Officer of the company shall certify
the same to the Clerk within the time above mentioned,
and the Clerk shall not thereafter commence any prose-
cution against such delinquent for his fine for nonap-
pearance, as aforesaid.

22. *And be it further enacted by the authority afore-*
*said,* That whenever the commanding Officer shall think
*Clerk to noti-*
*fy.*
proper to call his company together, or shall be ordered
by his superior Officer to do it, he shall issue his orders
therefor, to one or more of the noncommissioned Offi-
cers, if there be any, if not to one or more of the pri-
vates belonging to his company, directing him or them
to notify and warn the said company to appear at such
time and place as shall be appointed ; and every such
person or persons, who shall receive such orders, shall
give notice, of the time and place appointed for assem-
bling said company, to each and every person he or they
shall be so ordered to warn, either by verbal informa-
tion,

tion, or by leaving a written or printed notification thereof at the usual place of abode of the person thus to be notified and warned ; and no notice shall be deemed legal for musters for the purpose of common and ordinary trainings, unless it shall be given four days at least previous to the time appointed therefor ; but in case of invasion, insurrection, or other emergency, any time specified in the orders shall be considered as legal ; and every noncommissioned Officer or other person, who shall neglect to give the said notice and warning, when ordered thereto by the commanding Officer of the company to which he belongs, shall for such offence forfeit and pay as a fine, a sum not exceeding *forty shillings*, nor less than *twelve shillings*, at the discretion of the Justice of the Peace before whom trial shall be had ; and the testimony of any person under oath, who shall have received orders agreable to law, for notifying and warning any company, or part thereof, to appear at a time and place appointed for any muster, view of arms, or other military duty, shall be sufficient to prove due notice was given to the party against whom complaint may be made, unless such testimony shall be invalidated by other sufficient evidence : And whenever a company shall be destitute of commissioned Officers, and the Commanding Officer of the regiment or battalion to which such company belongs, shall think proper to call out such company, he shall direct his orders to one or more of the noncommissioned Officers of said company, who shall have full power and authority to warn, assemble, lead, order, exercise and govern said company, conformably to the orders which he or they shall thus receive from their superior Officers for that purpose : *Provided always,* When in regiment or battalion, it shall be lawful for the Commanding Officer present, to order a commissioned Officer to command such company, while acting in conjunction with other corps.

23. *And be it further enacted by the authority aforesaid,* That every noncommissioned Officer and Private of the Militia, who shall be disorderly or disobedient, or guilty of unmilitary conduct on a muster or training day, or at any other time when on duty, shall be confined during the time of the said muster or training, at the discretion of his officers, and shall pay a fine not exceeding *forty shillings*, nor less than *twelve shillings*, at the discretion of the Justice of the Peace to whom complaint shall be made.

24. *And be it further enacted by the authority aforesaid,* That whenever any noncommissioned Officer or
Private

*Manner of notification.*

*Penalty.*

*Companies destitute of commissioned Officers, how warned.*

*Proviso.*

*Penalty for disorderly behaviour.*

**Fines how recovered.** Private in the Militia, ſhall forfeit any ſum of money, ſet and affixed to any default, or offence, by this Act, of the ſum of *four pounds*, or under, the ſame ſhall be recovered in the manner following ; that is to ſay : The Clerk of the company to which the offender belongs, ſhall, after the expiration of eight days, and within ſixty days after the offence ſhall have been committed, make complaint thereof, and of all matters of ſubſtance, and material circumſtance, attending the ſame, to ſome Juſtice of the Peace, in the county where ſuch offender ſhall live, who ſhall make record thereof, and ſhall iſſue a ſummons to the party complained of, to be ſerved ſeven days at leaſt, before the time appointed for the trial, in the form following, *mutatis mutandis*.

——————*ſſ.*

(Seal.) *To the Sheriff of the ſaid county, or his Deputy, or either of the Conſtables of the town of within the ſame county,*

GREETING.

IN the name of the Commonwealth of Maſſachuſetts, you are hereby required to ſummon C. D. of      in the county of      to appear before me E. F. one of the Juſtices of the Peace for the county aforeſaid, at      in **Form of the ſummons.** on      the      day of      at      of the clock, in the      noon, then and there to ſhew cauſe, if any he has, why a warrant of diſtreſs ſhall not iſſue againſt him. [*Here inſert the complaint.*] Hereof fail not, and make due return of this writ, and of your doings therein, unto myſelf, at, or before the ſaid      day of Dated at      aforeſaid, the      day of      in the year of our Lord      E. F. Juſtice of the Peace.

And when the ſaid party ſhall by himſelf, or his Attorney, appear accordingly, he may plead the general iſſue and give any ſpecial matter in evidence ; and if the ſaid party ſhall make default, or if judgment ſhall be given againſt him, and he ſhall neglect for four days thereafter, to ſatisfy the ſame with legal coſts, then the Juſtice of the Peace, before whom trial ſhall be had, ſhall iſſue his warrant of diſtreſs, under his hand and ſeal, in the form following :

——————*ſſ.*

(Seal.) *To the Sheriff of the ſaid county, or his Deputy, or any or either of the Conſtables of the town of within the ſame county,*

GREETING.

WHEREAS C. D. of      upon the      day of being a private Soldier in the Train Band, (as the caſe may

may be) of the company of foot, commanded by
in the regiment of Militia, in the said county of
commanded by          was duly notified to appear up-
on the        day of        in the town of          in
the county aforesaid, with his arms and equipments, as
the law of this Commonwealth directs; and the said
C. D. in violation of the said Law, did unnecef-
farily neglect to appear, (or did not appear armed
and equipped, as the cafe may be) whereby he hath
forfeited, and ought to pay the fum of        fhillings,
to the ufes directed by law; and the said C. D. having
been duly fummoned to appear before me E. F. one of
the Juftices of the Peace, for the county aforesaid, to
fhew caufe, if any he had, why a warrant of diftrefs
fhould not be iffued for the fame fum, did not appear,
(or appearing, did not fhew fufficient caufe, why the
fame warrant fhould not be iffued, as the cafe may be :)
In the name of the Commonwealth of Maffachufetts,
you are therefore commanded forthwith, of the goods or
chattels of the said C. D. within your precinct, to levy
by diftrefs and fale thereof, the aforesaid fum of
fhillings, with        for charges of fuit, being in the whole
the fum of        and to pay the fame to        Clerk of the
aforesaid company; and alfo of the goods or chattels of the
faid C. D. to levy        for this writ, together with your
own fees; and for want of fuch goods or chattels of the
faid C. D. to be by him fhewn to you, or found within your
precinct, you are commanded to take the body of the faid
C. D. and him commit to the common Gaol in
in the county aforesaid; and the Keeper thereof is
hereby commanded to receive the faid C. D. into the faid
Gaol, and him fafely keep, until he fhall pay the fum
aforesaid, together with legal fees and cofts, or until he
fhall be otherwife difcharged by order of law; and you
are to make return of this warrant with your doings
thereon, unto myfelf, within twenty days next coming,
for which this fhall be your fufficient warrant; hereof
fail not.

Given under my hand and feal, the        day of
in the year of our Lord,

E. F. Juftice of the Peace.

25. *And be it further enacted by the authority afore-
faid,* That every Captain or Commanding Officer of a
company, fhall call his company together three days
in each year for company difcipline; and once on the
firft Tuefday of *May,* annually, for the exprefs purpofe
of examining and taking an exact account of every man's

N                            arms

arms and equipments ; at which time every article required by this act, shall be brought to the place of examination ; and it shall be the duty of the Clerk, or, in his abfence, of fome other perfon to be appointed on the occafion, for the time only, by the Commanding Officer, for that purpofe, to make out an exact roll of the company, and fet againft every man's name, the arms and equipments which shall belong to him : And every Commanding Officer of a company, shall conftantly keep by him a roll, with the arms and equipments of every man annexed to his name as aforefaid, from which all detachments shall be regularly detailed, and the annual return of the company made : And the faid roll shall be annually revifed, corrected, and completed, on the firft Tuefday in May as aforefaid : And every perfon liable to do duty in the Militia, who shall be abfent at the examination or review of arms in the month of May as aforefaid, and shall not fend his arms and equipments to be examined, at the time and place appointed, shall be fined for every article required in this act, not fo brought or fent to be examined, as is herein before directed, befides the fum of *ten shillings*, for nonappearance, as aforefaid.

*Commanding Officers to keep a roll.*

*Bines in cafe of neglect.*

26. *And be it further enacted by the authority aforefaid,* That every Captain or commanding Officer of a company shall make a return of the ftate of his company, comprehending every man belonging to faid company, with all the arms and equipments belonging to them, to the Commanding Officer of the regiment, in the month of *May,* annually : Every Commanding Officer of a regiment shall make a return of the ftate of his regiment, to the Brigadier, in the month of *June,* annually : And every Commanding Officer of a brigade shall make out duplicate returns of his brigade, one of which he shall tranfmit to the Major General of the divifion to which he belongs, and the other to the Adjutant General of the Commonwealth, in the month of *July,* annually.

*Commanding Officer to make regular returns annually.*

27. *And be it further enacted by the authority aforefaid,* That the Adjutant General shall be commiffioned with the rank of Brigadier General ; and it shall be his duty to diftribute all orders from the Commander in Chief of the Militia, to the feveral corps, to attend all public reviews when the Commander in Chief shall review the Militia, or any part thereof ; to obey all orders from him relative to carrying into execution and perfecting the fyftem of Military Difcipline, eftablifhed by this Act ; to fuperintend the annual infpection of the Militia ; to furnifh blank forms of the different returns that

*Rank and duty of Adjutant General.*

that may be required, and to explain the principles on which they should be made; to keep such rosters and records as are proper to be kept in his office; to receive from the several officers of the different corps throughout the State returns of the Militia under their command, reporting the actual situation of their corps, their arms, ammunition and accoutrements, their delinquencies, and every other thing which relates to the general advancement of good order and discipline: All which the several Officers of the divisions, brigades, regiments, battalions and companies are hereby required to make in the usual manner, or as the Commander in Chief shall direct, so that the Adjutant General may be duly furnished therewith: From all which returns, he shall make proper abstracts, and a general return of the whole Militia of the Commonwealth, and lay the same before the Governour or Commander in Chief, and forward a duplicate thereof to the President of the United States.

28. *And be it further enacted by the authority aforesaid,* That it shall be the duty of the Brigade Inspector to attend the regimental and battalion meetings of the Militia, composing the several Brigades, to which they belong, during the time of their being under arms; to inspect their arms and equipments; to superintend their exercise and manœuvres, and introduce the system of discipline, established by this Act; to obey all orders they may from time to time receive from the Commander in Chief, or others, their superior Officers; to make returns to the Adjutant General, at least, once in a year, and at such other times as shall be required, of the Militia of the brigades to which they severally belong reporting therein the actual situation of the corps, their arms, ammunition and accoutrements, and every other thing which they may be required to report; or which in their judgment may relate to their government, and the general advancement of good order and military discipline.

*Duty of the Brigade Inspector.*

29. *And be it further enacted by the authority aforesaid,* That the rules of discipline approved and established by Congress, in the resolutions, of the twenty ninth day of *March,* one thousand seven hundred and seventy nine, shall be the rules and regulations of discipline, to be observed by the Militia of this Commonwealth; except such deviations from said rules, as may be necessary by the requisitions of this Act, or some other unavoidable circumstances; and every Officer receiving a commission

*Rules and regulations of discipline for the Militia.*

N 2                                    in

188          **Militia.** Anno 1793.          [Ch. 1.

in the Militia, fhall immediately provide himfelf with a
book containing thofe rules.

*The manner of muftering the Militia.*

30. *And be it further enacted by the authority aforefaid,*
That every regiment of Militia of this Commonwealth,
fhall be affembled in regiment, once in two years, for re-
view, infpection and difcipline, on fuch days as the Com-
manding Officers of the feveral divifions or brigades fhall
order ; (the Commanding Officers of regiments to point
out the place.)    And the Militia of every town fhall be
affembled together once in two years, (the year it is not
muftered in regiment) at fuch time and place as the Com-
manding Officer fhall order, and fhall be inftructed and
difciplined under the direction of a Field Officer.    *Pro-*
*Provifo.*        *vided neverthelefs,* in new fettlements, where the difperf-
ed fituation of a regiment may oblige men to march
twenty miles or more, to the place of parade, it fhall be
at the difcretion of the Commanding Officer of the reg-
iment, to mufter the Militia in fuch fettlements, either
by regiment, by towns, or other convenient bodies. And
every noncommiffioned Officer and Private fhall come
to the place of parade, with neceffary refrefhment for
faid day, at his own expenfe.    The cavalry and artille-
*Review of cavalry and artillery.*    ry, and other corps raifed at large, fhall alfo be re-
viewed and infpected, once in every year, either with
the regiments and battalions, or by themfelves, as the
Major Generals, or the Brigadiers fhall order, and at
fuch times and places as they fhall direct.  And each com-
*Parade to be limited and cleared of fpectators.*    manding Officer of a Corps, when on duty, fhall have
full power and authority, to afcertain and fix certain ne-
ceffary limits and bounds, to their refpective parades, (no
road in which people ufually travel, to be included) within
which no fpectator fhall have right to enter without lib-
erty from faid Commanding Officer ; and in cafe any
perfon fhall fo intrude within the lines of the parade, af-
ter being once forbidden, he fhall be fubject to be con-
fined under guard, during the time of exercife, at the
difcretion of the Commanding Officer.    And whenever
*Senior Officer to command in cafe—*    different corps fhall be affembled together, the fenior
Officer prefent fhall command, without any regard to
corps whatever.  And all Officers when on duty, fhall take
*Officers to rank from date of commiffions.*    rank according to the dates of their commiffions ; and
when two of the fame grade bear an equal date, and form-
er pretenfions of fome commiffion do not decide, then
their rank fhall be determined by lot, to be drawn by
them, before the Commanding Officer prefent ; and
when on Court Martial before the Prefident there-
of.

                                   31. *And*

31. *And be it further enacted by the authority afore-said,* That every Captain or Commanding Officer of a company, who shall neglect or refuse to call out his company, as often as the law requires, for discipline, and on the first Tuesday of *May,* for a view of arms, as directed by this Act, or at any other time, when thereto required, by his superior Officer ; or who shall at any time excuse his men for unnecessary absence, or deficiency, shall be tried by a Court Martial, and if thereof convicted, he shall be reprimanded in orders, or removed from office, at the discretion of said Court.

32. *And be it further enacted by the authority afore-said,* That at any regimental muster, the several companies shall form in regiments, according to the rank of the Officers, commanding them ; and the same rule shall apply whenever different corps are assembled together ; excepting so far as by custom, usage and necessity, cavalry, artillery and light troops, may be detached from the battalions. <span style="font-size:smaller">Companies how to rank.</span>

33. *And be it further enacted by the authority afore-said,* That whenever in case of threatened or actual invasion, insurrection, or other public danger or emergency, the Militia, or any part thereof, shall be ordered out or detached, if any person who shall be ordered out or detached, in obedience to such orders, being duly notified thereof, and ordered to march to the place of rendezvous, shall neglect or refuse to obey such orders, or shall not, within twenty four hours after he shall have been notified as aforesaid, pay a fine of *ten pounds,* to the Commanding Officer of the company to which he belongs, or procure an able bodied man, in his stead, such person shall be considered as a soldier in such detachment, and be dealt with accordingly. *Provided always,* That whenever a detachment is made, the Officers, noncommissioned Officers and Privates, being able of body, shall be detailed from the rosters or rolls which shall be kept for that purpose : And any person who by absconding after being detached, as aforesaid, or by deserting from such detachment, shall attempt to evade the punishment by law provided for desertion, he shall pay a fine of *twelve pounds,* to be sued for and recovered by the Clerk of the company, to which such person belongs, any time within twelve months after the discharge of such detachment ; said fine to be disposed of for the purpose of paying such men as shall be hired or drafted into service : And any officer holding a commission in the Militia, who shall neglect or refuse to execute any orders <span style="font-size:smaller">Penalty for not marching with detachments, when ordered.</span> <span style="font-size:smaller">Proviso.</span> <span style="font-size:smaller">Punishment for absconding.</span>

N 3                                         he

*Delinquent Officers how punished.*

he may receive from his superior officer, to make a detachment of the corps under his command, it shall be the duty of the Officer who issued such orders immediately to arrest such delinquent Officer, bring him to trial therefor, before a Court Martial, and forthwith give information thereof to the Commander in Chief ; and the Officer who issued the order which shall not have been executed, as aforesaid, shall immediately after arresting the delinquent Officer, proceed by himself or some other Officer, under his command, to make and complete the detachment, ordered as aforesaid.   And when any regiment or company shall not be organised, the Officer issuing the orders for such detachment, shall by himself, or some other Officer under him, proceed to make and complete the detachment from any part of the Militia, of such unorganised corps,

*Militia to provide provisions when called out.*

34. *And be it further enacted by the authority aforesaid,* That whenever the Militia, or any part thereof, of any town, shall be ordered to march for the immediate defence of this State, each Officer and Soldier shall provide and take with him three days' provision, unless otherwise ordered ; and the Selectmen of such town shall

*Selectmen to furnish carriages, &c.*

cause carriages to attend them with farther supplies of provision and camp utensils, until notice shall be given them to desist, by the Commanding Officer of the Militia detached : And the Selectmen shall prefer their accounts for such supplies to the General Court, for allowance and payment : And whenever the Selectmen of any town or district, from which a detachment shall be ordered, shall be notified by any Officer duly authorised thereto, and shall neglect or refuse to furnish such supplies and utensils, the town or district to which such Selectmen belong, shall pay a fine not exceeding *fifty*

*Penalty in case—*

in *pounds,* to be sued for and recovered by any person who shall prosecute for the same ; one moiety to the prosecutor, and the other to the use of the Commonwealth ; and the Officer to whom such camp utensils shall be delivered, shall be accountable for the same, unless broken or lost by some unavoidable accident, not in his power to prevent.

*Widows and children of persons who may be killed or wounded in actual service to receive pension.*

35. *Be it further enacted by the authority aforesaid,* That if any Officer, noncommissioned Officer or Private of the Militia, shall be killed or die of his wounds received in the service of this Commonwealth, his widow, child or children shall be entitled to similar relief, and under the same regulations and restrictions, as is provided by law in such cases for the relief of widows and orphans

phans of perfons killed or dying of wounds received in
the fervice of the United States : And if any Officer,
noncommiffioned Officer or Private of the Militia, fhall
be wounded or otherwife difabled in the fervice of this
Commonwealth, he fhall be entitled to fimilar relief,
and under the fame regulations and reftrictions, as is
provided by law in fuch cafes for the relief of perfons
wounded or difabled in the fervice of the United States.

36. *And be it further enacted by the authority afore-*
*faid,* That the Governour or Commander in Chief, fhall
appoint Courts Martial for the trial of all Officers above
the rank of Captain : That the Major Generals or Com-
manding officers of divifions, each within his own di-
vifion, fhall appoint Courts Martial for the trial of Cap-
tains and all officers under that rank : And it fhall be
the duty of every Officer who fhall appoint a Court Mar-
tial, as aforefaid, to approve or difapprove of every fen-
tence of fuch Court Martial by them appointed : And
no officer who fhall appoint a Court Martial, fhall be
Prefident thereof, nor fhall any fentence be put in exe-
cution until it fhall have been approved of as aforefaid :
No Court Martial fhall confift of a lefs number than
thirteen Commiffioned Officers, the Prefident of which
fhall not be under the rank of a Field Officer ; and no
Field Officer fhall be tried by any perfon under the de-
gree of a Captain ; and all officers fhall take rank by
feniority of commiffion, without regard to corps : And
the Officer who fhall appoint a Court Martial fhall at the
fame time appoint a fuitable perfon for a Judge Advocate,
whofe duty it fhall be impartially to ftate the evidence
both for and againft the Officer under trial ; to take ac-
curate minutes of the evidence, and all the proceedings
of the Court ; all of which he fhall tranfmit, with the
judgment of the Court thereon, under feal, to the Offi-
cer whofe duty it is to approve or difapprove of fuch
judgment. Every Officer to be tried fhall have ten days'
notice given him of the time and place appointed for
trial : And every Officer to be tried fhall be put in ar-
reft, fo as to be fufpended from the exercife of his of-
fice, and fhall have a copy of the charges exhibited
againft him ten days before the fitting of faid Court ;
and in cafe any officer, for the trial of whom a Court
Martial fhall be appointed, fhall neglect to appear and
make defence, he fhall be deemed by faid Court guilty
of the charge, and fhall be fentenced accordingly : In
every Court Martial held for the trial of an officer, not
lefs than two thirds of the members muft agree in the

Court Martial how appointed and by whom.

Judge Advocate to be appointed—his duty.

Officers to be tried, to have due notice.

——to be arrefted.

Judgment of Court Martial, —how deter-mined.

N 4                           fentence

fentence or judgment of faid Court, otherwife the per-
fon charged fhall be acquitted : All proceedings and
trials by Court Martial fhall be carried on in the day
time ; and when the members fhall be required to give
their votes on a queftion or decifion, they fhall begin
with the youngeft in commiffion, firft ; All perfons

*Perfons to give evidence under penalties.* fhall be holden to appear and give evidence before any
Court Martial, under the fame penalties for neglect, as
are by law provided for witneffes in other cafes, when
thereunto fummoned by a Juftice of the Peace for fuch
fervice : And all witneffes fhall be fworn by the Judge
Advocate before they give their evidence to the Court.
Before any Court Martial fhall proceed to the trial of

*Judge Advocate to adminifter the Oath.* any Officer, the Judge Advocate fhall adminifter to the
Prefident and each of the members, the following oath,
viz.

YOU A. B. do fwear, that you will well and truly
try the caufe now before you, between this Common-
wealth, and the perfon to be tried ; and you do further
fwear, that you will not divulge the fentence of this
Court Martial until it fhall be approved or difapproved
of ; and that you will not on any account, at any time
whatever, difcover the vote or opinion of any Member,
unlefs required to give evidence thereof, as a witnefs,
by a Court of Juftice, in a due courfe of law. *So help
you* GOD !

And the Prefident fhall adminifter to the Judge Ad-
vocate, the following oath, viz.

*Oath adminif-tered to the Judge Advocate.* YOU A. B. do fwear, that you will not on any ac-
count, at any time whatever, divulge the vote or opinion
of any Member of this Court Martial, unlefs required
to give evidence thereof, as a witnefs, by a Court of
Juftice, in a due courfe of law. *So help you* GOD !

37. *And be it further enacted by the authority afore-
faid,* That every Officer holding a commiffion in the
Militia, who fhall be accufed of any unmilitary conduct,

*Officers guilty of unmilitary conduct, to be tried by a Court Mar-tial ;* neglect of duty, or difobedience of orders ; or who fhall,
when on duty, appear or behave himfelf in an unofficer-
like manner, or fhall wilfully injure thofe who are un-
der his command, he fhall be liable to be tried by a
Court Martial, and if found guilty, to be fentenced by
faid Court to be reprimanded in orders, or to be remov-
ed from office : And whenever a Court Martial fhall
fentence any Officer to be removed from office, the
Court fhall therein adjudge fuch Officer incapable of
holding any military commiffion under this Common-
wealth for life, or for years, according to the nature and
aggravation

aggravation of his offence ; and such sentence, being du- *—and remov-* ly approved of by the Officer appointing such Court *ed from office.* Martial, shall be published and remain in full force, un- less reversed, so far as respects disqualification, by the General Court.

38. *And be it further enacted by the authority afore- said,* That every town within this Commonwealth shall *Towns to be* be constantly provided with sixty four pounds of good *provided with* gunpowder, one hundred pounds of musket balls, one *military ar-* hundred flints, and three tin or iron camp kettles, for *ticles.* every sixty four soldiers in the Militia of such town, en- rolled as aforesaid ; and the same proportion of each of the aforesaid articles for a greater or lesser number : And *Penalty in* every town which shall neglect to keep constantly pro- *case of neg-* vided with the said articles, shall forfeit and pay, for the *lect.* use of the Commonwealth, for every sixty four men in such town which shall be unprovided with the said ar- ticles, the sum of *six pounds,* to be recovered by present- ment in the Court of General Sessions of the Peace, in the county to which such town shall belong. And it shall be the duty of the Brigade Inspector annually to *Brigade In-* inspect the magazines of each town, within the brigade *spector to in-* to which he belongs, and to make complaint to the *spect, &c.* Grand Jury of the county, against all towns which shall neglect to keep constantly provided as aforesaid.

And whereas the good citizens of this Commonwealth are often injured by the discharge of single guns on a muster day. Therefore,

39. *Be it further enacted by the authority aforesaid,* That no noncommissioned Officer or Private, shall un- *Penalty for* necessarily fire a musket or single gun, in any public *firing on a* road, or near any house, or near the place of parade, *muster day* on any day, or evening succeeding the same, on which *without or-* any troop or company shall be ordered to assemble for *ders;* military duty, unless embodied under the command of some Officer ; and if any noncommissioned Officer or Private shall fire a musket or gun, except as aforesaid, on the said day or evening succeeding, without being em- bodied as aforesaid, he shall forfeit and pay a fine of *five shillings,* for each and every offence aforesaid, to be su- *how recovered* ed for, recovered and disposed of in the same manner as *and disposed* fines for nonappearance on a muster day are recovered *of.* and disposed of.

40. *And be it further enacted by the authority afore- said,* That the Adjutant General, the Quarter Master *Certain offi-* General, Brigade Inspectors, and Adjutants of regi- *cers to receive* ments, shall receive a reasonable consideration for their *pay,* services ;

By old and broken Plank,    £ 0 10 0

Balance due to *Stephen Jenckes*,  2 9 7½

            £ 11 19 7½

On due Confideration whereof,

IT is *Voted and Refolved*, That the aforegoing Report be accepted; and that the faid Balance of *Two Pounds Nine Shillings and Sevenpence Halfpenny* be paid the faid *Stephen Jenckes*, out of the General-Treafury, in Specie, or in the Bills of Credit emitted by this State, at the eftablifhed Rate of Exchange.

*A. Bennett allowed £ 1. 13s. 7d.*   IT is *Voted and Refolved*, That *One Pound Thirteen Shillings and Sevenpence* be allowed and paid to *Abel Bennett*, Town-Serjeant of *Coventry*, out of the General-Treafury, in Specie, or in the Bills of Credit emitted by this State, at the eftablifhed Rate of Exchange; it being the Amount of his Account, for Fees, and the Expences of himfelf and his Aid in apprehending and committing to Gaol one *John Corey*, a poor Prifoner, at the Suit of the State.

## An A C T to organize the Militia of this State.

*Act to orga-nize the Mi-litia.*   WHEREAS by the Conftitution of the United States, the Congrefs have Power to provide for the organizing, arming and difciplining the Militia, and for governing fuch Part of them as may be employed in the Service of the United States; referving to the States refpectively the Appointment of the Officers, and the Authority of training the Militia according to the Difcipline prefcribed by Congrefs : And whereas the Congrefs did, on the Eighth Day of *May*, A. D. 1792, pafs an Act, entitled, "An Act more effectually to provide for the national Defence, by eftablifhing an uniform Militia throughout the United States;" which Act is in the Words following, *to wit :*

"*An* ACT *more effectually to provide for the national Defence, by eftablifhing an uniform Militia throughout the United States.*

"*B E it Enacted by the Senate and Houfe of Representatives of the United States of* America, *in Congrefs affembled,* That each and every free able-bodied white male Citizen of the refpective States, refident therein, who is or fhall be of the Age of Eighteen Years, and under the Age of Forty-five Years (except as is herein after excepted) fhall feverally and refpectively be enrolled in the Militia, by the Captain or Commanding Officer of the Company within

within whose Bounds such Citizen shall reside, and that within Twelve Months after the passing of this Act. And it shall at all Times hereafter be the Duty of every such Captain or Commanding Officer of a Company, to enrol every such Citizen, as aforesaid, and also those who shall, from Time to Time, arrive at the Age of Eighteen Years, or being of the Age of Eighteen Years, and under the Age of Forty-five Years (except as before excepted) shall come to reside within his Bounds ; and shall without Delay notify such Citizen of the said Enrolment, by a proper non-commissioned Officer of the Company, by whom such Notice may be proved. That every Citizen so enrolled and notified, shall, within Six Months thereafter, provide himself with a good Musket or Firelock, a sufficient Bayonet and Belt, two spare Flints, and a Knapsack, a Pouch, with a Box therein, to contain not less than Twenty-four Cartridges, suited to the Bore of his Musket or Firelock, each Cartridge to contain a proper Quantity of Powder and Ball ; or with a good Rifle, Knapsack, Shot-Pouch and Powder-Horn, Twenty Balls suited to the Bore of his Rifle, and a Quarter of a Pound of Powder ; and shall appear, so armed, accoutred and provided, when called out to exercise, or into Service, except that when called out on Company Days to exercise only, he may appear without a Knapsack. That the commissioned Officers shall severally be armed with a Sword or Hanger and Espontoon, and that from and after Five Years from the passing of this Act, all Muskets for arming the Militia, as herein required, shall be of Bores sufficient for Balls of the Eighteenth Part of a Pound. And every Citizen so enrolled, and providing himself with Arms, Ammunition and Accoutrements, required as aforesaid, shall hold the same exempted from all Suits, Distresses, Executions or Sales, for Debt, or for the Payment of Taxes.

" *AND be it further Enacted,* That the Vice-President of the United States ; the Officers, judicial and executive, of the Government of the United States ; the Members of both Houses of Congress, and their respective Officers ; all Custom-House Officers, with their Clerks ; all Post-Officers, and Stage-Drivers, who are employed in the Care and Conveyance of the Mail of the Post-Office of the United States ; all Ferrymen employed at any Ferry on the Post-Road ; all Inspectors of Exports ; all Pilots ; all Mariners actually employed in the Sea Service of any Citizen or Merchant within the United States ; and all Persons who now are or may hereafter be exempted by the Laws of the respective States, shall be and are hereby exempted from Militia Duty, notwithstanding their being above the Age of Eighteen, and under the Age of Forty-five Years.

" *AND be it further Enacted,* That within One Year after the passing of this Act, the Militia of the respective States shall be arranged into Divisions, Brigades, Regiments, Battalions and Companies, as the Legislature of each State shall direct ; and each Division,

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 120 of 256

Divifion, Brigade and Regiment, fhall be numbered at the Forma-
tion thereof, and a Record made of fuch Numbers in the Adju-
tant-General's Office in the State; and when in the Field, or in
Service in the State, each Divifion, Brigade and Regiment, fhall
refpectively take Rank according to their Numbers, reckoning
the firft or loweft Number higheft in Rank. That if the fame
be convenient, each Brigade fhall confift of Four Regiments;
each Regiment of Two Battalions; each Battalion of Five Compa-
nies; and each Company of Sixty-four Privates. That the faid
Militia fhall be officered by the refpective States as follows: To
each Divifion One Major-General, and Two Aids-de-Camp, with
the Rank of Major; to each Brigade, One Brigadier-General, with
One Brigade-Infpector, to ferve alfo as Brigade-Major, with the
Rank of a Major; to each Regiment, One Lieutenant-Colonel
Commandant; and to each Battalion, One Major; to each Com-
pany, One Captain, One Lieutenant, One Enfign, Four Sergeants,
Four Corporals, One Drummer, and One Fifer or Bugler. That
there fhall be a regimental Staff, to confift of One Adjutant, and
One Quarter-Mafter, to rank as Lieutenants; One Pay-Mafter;
One Surgeon, and One Surgeon's Mate; One Sergeant-Major;
One Drum-Major, and One Fife-Major.

" *A N D be it further Enacted,* That out of the Militia enrolled,
as is herein directed, there fhall be formed for each Battalion at
leaft One Company of Grenadiers, Light-Infanty or Riflemen; and
that to each Divifion there fhall be at leaft One Company of Ar-
tillery, and One Troop of Horfe: There fhall be to each Company of
Artillery, One Captain, Two Lieutenants, Four Sergeants, Four Cor-
porals, Six Gunners, Six Bombardiers, One Drummer, and One Fifer.
The Officers to be armed with a Sword or Hanger, a Fufee, Bayo-
net and Belt, with a Cartridge-Box to contain Twelve Car-
tridges; and each Private or Matrofs fhall furnifh himfelf with all
the Equipments of a Private in the Infantry, until proper Ord-
nance and Field Artillery is provided. There fhall be to each
Troop of Horfe, One Captain, Two Lieutenants, One Cornet,
Four Sergeants, Four Corporals, One Saddler, One Farrier, and One
Trumpeter. The commiffioned Officers to furnifh themfelves with
good Horfes of at leaft Fourteen Hands and an Half high, and to be
armed with a Sword and Pair of Piftols, the Holfters of which
to be covered with Bearfkin Caps. Each Dragoon to furnifh
himfelf with a ferviceable Horfe, at leaft Fourteen Hands and an
Half high, a good Saddle, Bridle, Mail-Pillion and Valife, Holf-
ters, and a Breaftplate and Crupper, a Pair of Boots and Spurs,
a Pair of Piftols, a Sabre, and a Cartouch-Box, to contain Twelve
Cartridges for Piftols: That each Company of Artillery and
Troop of Horfe fhall be formed of Volunteers from the Brigade,
at the Difcretion of the Commander in Chief of the State, not ex-
ceeding One Company of each to a Regiment, nor more in Num-
ber than One Eleventh Part of the Infantry, and fhall be uni-
formly cloathed in Regimentals, to be furnifhed at their own
Expence;

Expence ; the Colour and Fashion to be determined by the Brigadier commanding the Brigade to which they belong.

" *A N D be it further Enacted,* That each Battalion and Regiment shall be provided with the State and regimental Colours by the Field Officers, and each Company with a Drum and Fife, or Bugle-Horn, by the commissioned Officers of the Company, in such Manner as the Legislature of the respective States shall direct.

" *A N D be it further Enacted,* That there shall be an Adjutant-General appointed in each State, whose Duty it shall be to distribute all Orders from the Commander in Chief of the State to the several Corps ; to attend all public Reviews when the Commander in Chief of the State shall review the Militia, or any Part thereof ; to obey all Orders from him relative to carrying into Execution and perfecting the System of military Discipline established by this Act ; to furnish blank Forms of different Returns that may be required, and to explain the Principles on which they should be made ; to receive from the several Officers of the different Corps throughout the State, Returns of the Militia under their Command, reporting the actual Situation of their Arms, Accoutrements and Ammunition, their Delinquencies, and every other Thing which relates to the general Advancement of good Order and Discipline : All which the several Officers of the Divisions, Brigades, Regiments and Battalions, are hereby required to make in the usual Manner, so that the said Adjutant-General may be duly furnished therewith ; from all which Returns, he shall make proper Abstracts, and lay the same annually before the Commander in Chief of the State.

" *A N D be it further Enacted,* That the Rules of Discipline approved and established by Congress, in their Resolutions of the Twenty-ninth of *March,* One Thousand Seven Hundred and Seventy-nine, shall be the Rules of Discipline to be observed by the Militia throughout the United States, except such Deviations from the said Rules as may be rendered necessary by the Requisitions of this Act, or some other unavoidable Circumstances. It shall be the Duty of the Commanding Officer at every Muster, whether by Battalion, Regiment, or single Company, to cause the Militia to be exercised and trained agreeably to the said Rules of Discipline.

" *A N D be it further Enacted,* That all commissioned Officers shall take Rank according to the Date of their Commissions ; and when Two of the same Grade bear an equal Date, then the Rank to be determined by Lot, to be drawn by them before the Commanding Officer of the Brigade, Regiment, Battalion, Company or Detachment.

" *A N D be it further Enacted,* That if any Person, whether Officer or Soldier, belonging to the Militia of any State, and called out into the Service of the United States, be wounded or disabled while in actual Service, he shall be taken Care of and provided for at the public Expence.

E.                    " *A N D*

" *A N D be it further Enacted,* That it shall be the Duty of the Brigade-Inspector, to attend the regimental and Battalion Meetings of the Militia composing their several Brigades, during the Time of their being under Arms; to inspect their Arms, Ammunition and Accoutrements; superintend their Exercise and Manœuvres, and introduce the System of military Discipline before described throughout the Brigade, agreeable to Law, and such Orders as they shall, from Time to Time, receive from the Commander in Chief of the State; to make Returns to the Adjutant-General of the State, at least once in every Year, of the Militia of the Brigade to which he belongs, reporting therein the actual Situation of the Arms, Accoutrements and Ammunition, of the several Corps, and every other Thing which in his Judgment may relate to their Government, and the general Advancement of good Order and military Discipline; and the Adjutant-General shall make a Return of all the Militia of the State, to the Commander in Chief of the said State, and a Duplicate of the same to the President of the United States.

" AND whereas sundry Corps of Artillery, Cavalry and Infantry, now exist in several of the said States, which by the Laws, Customs or Usages thereof, have not been incorporated with or subject to the general Regulations of the Militia :

" *B E it further Enacted,* That such Corps retain their accustomed Privileges, subject, nevertheless, to all other Duties required by this Act in like Manner with the other Militia."

SECTION 1.   And whereas the Reservations contained in the said Constitution, relative to the Militia of the States respectively, render it necessary that Provision should be made in the Premises by the Legislature of this State :

*B E it therefore Enacted by this General Assembly, and by the Authority thereof it is hereby Enacted,* That the whole Militia of this State shall be arranged into One Division ; that the said Division shall constitute Four Brigades ; that the Militia in the Counties of *Newport* and *Bristol* shall form One Brigade, the Militia in the County of *Providence* One Brigade, the Militia in the County of *Washington* One Brigade, and the Militia in the County of *Kent* One Brigade : That the Brigade in the Counties of *Newport* and *Bristol* shall consist of Four Regiments, the Brigade in the County of *Providence* of Seven Regiments, the Brigade in the County of *Washington* of Four Regiments, and the Brigade in the County of *Kent* of Three Regiments : That each Regiment, whose Numbers, in the Opinion of the Field Officers, will admit of it, shall be divided into Two Battalions ; and that the said Militia shall be divided into Classes, under the Denominations of Senior Class and Infantry.

SECTION 2.   *And it is further Enacted by the Authority aforesaid,* That the Regiments of Infantry be constituted as follows, *to wit* :
                                                        That

*March,* 1794. 19

That the Towns of *Newport, Portſmouth, New-Shoreham, Jameſtown* and *Middletown,* conſtitute One Regiment ; and the Towns of *Tiverton* and *Little-Compton* One Regiment ; that the Towns of *Briſtol, Warren* and *Barrington,* conſtitute One Regiment ; that the Towns of *Providence* and *North-Providence* conſtitute One Regiment, the Towns of *Smithfield* and *Cumberland* One Regiment, the Town of *Scituate* One Regiment, the Town of *Gloceſter* One Regiment, the Towns of *Cranſton* and *Johnſton* One Regiment ; that the Towns *Weſterly, Charleſtown* and *Hopkinton,* conſtitute One Regiment ; the Towns of *North-Kingſtown* and *Exeter* One Regiment, and the Towns of *South-Kingſtown* and *Richmond* One Regiment ; and that the Towns of *Warwick* and *Eaſt-Greenwich* conſtitute One Regiment, and the Towns of *Weſt-Greenwich* and *Coventry* One Regiment.

SECTION 3. *And it is further Enacted by the Authority aforeſaid,* That there be Four Companies of Infantry in the Town of *Newport,* Five in the Town of *Providence,* Two in the Town of *Portſmouth,* Three in the Town of *Warwick,* Four in the Town of *Weſterly,* One in the Town of *New-Shoreham,* Four in the Town of *North-Kingſtown,* Four in the Town of *South-Kingſtown,* Two in the Town of *Eaſt-Greenwich,* One in the Town of *Jameſtown,* Three in the Town of *Smithfield,* Four in the Town of *Scituate,* Six in the Town of *Gloceſter,* Two in the Town of *Charleſtown,* Three in the Town of *Weſt-Greenwich,* Four in the Town of *Coventry,* Three in the Town of *Exeter,* One in the Town of *Middletown,* One in the Town of *Briſtol,* Three in the Town of *Tiverton,* Two in the Town of *Little-Compton,* Two in the Town of *Warren,* Three in the Town of *Cumberland,* Two in the Town of *Richmond,* Three in the Town of *Cranſton,* Four in the Town of *Hopkinton,* Four in the Town of *Johnſton,* Two in the Town of *North-Providence,* One in the Town of *Barrington,* and Four in the Town of *Foſter* ; and that the aforeſaid Diviſion, Brigades, Regiments, Battalions and Companies, be officered agreeably to the above recited Act of Congreſs, and engaged according to Law.

SECTION 4. *And it is further Enacted by the Authority aforeſaid,* That in Addition to the Perſons exempted from military Duty by the Act of the United States herein before recited, there ſhall be and hereby are exempted by this Act from ſuch Duty, either in the Regiments of Senior Claſs or Infantry, the following Perſons, *to wit :* The Members of both Houſes of the Legiſlature, the Juſtices of the Superior Court of Judicature, the Juſtices of the Court of Common Pleas, the Secretary, the Attorney-General, the General-Treaſurer, One Ferryman to each ſtated Ferry, the Miniſters and Teachers of each Church or Congregation, the Preſident, Profeſſors, Tutors, Students and Steward of *Rhode-Iſland* College, and all Perſons who are conſcientiouſly ſcrupulous againſt bearing Arms, and who ſhall produce to the Captain in whoſe Diſtrict they reſide Certificates of their belonging to the Society of Friends, from the Clerk of their Meeting, or ſhall make Affirmation, before either of

the

March 1794

the Juſtices of the Superior Court of Judicature, or of the Court of Common Pleas, of their being thus conſcientiouſly ſcrupulous as aforeſaid, and produce a Certificate that they have ſo affirmed.

SECTION 5. *Provided neverthelefs, and it is further Enacted by the Authority aforefaid,* That all Perſons who are or ſhall hereafter be exempted from military Service as in the preceding Section, and ſhall not perform the ſame as directed by this Act, except as is herein after excepted, ſhall pay for ſuch Exemption, and as an Equivalent for the ſaid Services, the Sum of *Twelve Shillings* annually; that the ſame be paid into the Town-Treaſuries of the reſpective Towns, for the Uſe of the State, to be appropriated as the General Aſſembly ſhall direct: That the Commanding Officers of the ſeveral Companies return a Liſt of all thoſe Perſons to the Town-Treaſurers of their reſpective Towns, who are hereby empowered and directed to iſſue their Warrants within Ten Days to the Town-Sergeants of their reſpective Towns, commanding them to collect and pay the ſame into the Town-Treaſury within Forty Days: And that the Town-Treaſurer of each Town make true Returns of the Sums of Money ſo collected to the General Aſſembly annually, at the General Election. *Provided further,* That every ſettled Miniſter of each Church and Congregation, the Preſident, Profeſſors, Tutors, Students, and Steward of *Rhode-Iſland* College, ſhall be exempted from paying the ſaid Equivalent.

SECTION 6. *And it is further Enacted by the Authority aforefaid,* That all Perſons of the following Deſcriptions be exempted from ſerving in the Regiments of Infantry, *to wit:* All Perſons who have ſerved or been in the Place of General Officers, Juſtices of the Peace or other commiſſioned Officers, the High Sheriff of each County when in Office, all ſworn Practitioners in the Law, Phyſicians, Surgeons, Apothecaries, One Miller to each Griſt-Mill, Town-Council-Men, Town-Treaſurers, Town-Clerks and Town-Sergeants, while ſerving in their reſpective Stations.

SECTION 7. *And it is further Enacted by the Authority aforefaid,* That all Perſons exempted as in the laſt preceding Section be formed into a ſeparate Corps, to be known and called by the Name of Senior Claſs, in the ſeveral Brigades to whoſe Diſtricts they appertain; and that they be officered in the ſame Manner as the Regiments and Companies of Infantry, and be ſubject to the ſame Regulations, except as to the Times of muſtering and training.

SECTION 8. *And it is further Enacted by the Authority aforefaid,* That the Senior Claſs of the Town of *Providence* conſtitute One Company, that of the Town of *Cranſton* One Company, that of the Town of *Johnſton* One Company, that of the Town of *North-Providence* One Company, that of the Town of *Smithfield* One Company, that of the Town of *Cumberland* One Company, that of the Town of *Scituate* One Company, that of the

## *March,* 1794.

the Town of *Glocefter* One Company, that of the Town of *Fofter* One Company ; which faid Companies fhall form One Regiment : That the Senior Clafs in the Town of *Wefterly* conftitute One Company, that of the Town of *Charleftown* One Company, that of the Town of *Hopkinton* One Company, that of the Town of *North-Kingftown* One Company, that of the Town of *Exeter* One Company, that of the Town of *South-Kingftown* One Company, that of the Town of *Richmond* One Company ; which faid Companies fhall be formed into One Regiment : That the Senior Clafs in the Towns of *Briftol,* *Warren* and *Barrington,* conftitute One Company ; that of the Town of *Tiverton* One Company, that of the Town of *Little-Compton,* One Company, that of the Towns of *Newport* and *Jameftown* One Company, that of the Towns of *Portfmouth* and *Middletown* One Company ; which Companies fhall be formed into One Regiment : And that the Senior Clafs in the Towns of *Warwick* and *Eaft-Greenwich* conftitute One Company, that of the Town of *Weft-Greenwich* One Company, and that of the Town of *Coventry* One Company ; which Companies fhall be formed into One Regiment. And the faid feveral Corps of Senior Clafs fhall be officered in the like Manner as is prefcribed by the faid Act of Congrefs.

SECTION 9. *And it is further Enacted by the Authority aforefaid,* That it fhall be the Duty of the Commanding Officers of Companies of every Defcription in this State, on or before the Firft Day of *June* next, to enrol every able-bodied white male Citizen belonging to their faid Companies, and to notify fuch Perfons of their Enrolment by a proper non-commiffioned Officer of fuch Company : And that the faid Commanding Officers make a Return of the fame to the Commandants of the Regiments to which they refpectively belong, who fhall make Returns of their refpective Regiments to the Brigadier-Generals. And where faid Companies are not attached to any Regiment, Returns fhall be made to the Adjutant-General within Twenty Days after fuch Enrolment. And it fhall be the Duty of the Brigade-Major of fuch Brigade, from fuch Returns to form a Brigade Return, and fend the fame to the Adjutant-General, on or before the Fifteenth Day of *September* next, who fhall, from the feveral Returns thus made, form a general Return, and prefent the fame to his Excellency the Governor on or before the Firft Day of *October* next.

SECTION 10. *And it is further Enacted by the Authority aforefaid,* That every Corporal who fhall neglect to warn the Men to appear at every Rendezvous mentioned in this Act, when thereunto required as aforefaid, without fufficient Excufe, fhall forfeit the Sum of *Twelve Shillings,* Lawful Money : That every non-commiffioned Officer or Private who fhall neglect to appear at the regimental Rendezvous, fhall forfeit the Sum of *Six Shillings,* and for every Day he fhall neglect to appear at the Company Parade, he fhall forfeit *Four Shillings and Sixpence.* And if he fhall not be armed and equipped according to the faid Act of Congrefs,

F

grefs, when fo appearing, without fufficient Excufe, he fhall, for appearing without a Gun, forfeit *One Shilling and Sixpence* ; without a Bayonet and Belt, *Sixpence* ; without a Cartouch-Box and Cartridges, *Sixpence* ; without a Knapfack, *Threepence* ; and without Flints, Priming-Wire and Brufh, *Threepence*. Provided always, that none of the Fines aforefaid, nor any other except thofe mentioned in the Fifteenth Section of this Act, fhall be levied on any Delinquent until after the Expiration of Ten Days from the Time of fuch Delinquency, nor then, if the Town-Councils of the refpective Towns to which fuch Delinquents may belong fhall have determined that the faid Delinquents are unable to provide themfelves with Arms. And all Fines which fuch Captain, or Commanding Officer of the Company, fhall determine as proper to be exacted, fhall be levied by Warrant from the Captain, or Commanding Officer of fuch Company, to be iffued after the Expiration of Twenty Days from the Time of fuch Delinquency, directed to One or more Sergeants or Corporals of the Company to which fuch Offender belongs ; whofe Duty it is hereby made to collect the fame, with fuch Fees as are taxable by Law for the like Services in civil Cafes, by Diftrefs and Sale of the Goods and Chattels of the Offenders refpectively; and for Want thereof, by Imprifonment, until fuch Fine and Coft fhall be paid: That in cafe any fuch Defaulter fhall live with his Father or Mother, or fhall be an Apprentice or indented Servant, the Mafter or Miftrefs, Father or Mother (as the Cafe may be) fhall be liable to pay fuch Fine, with Coft; in Default of which Payment, the faid Sergeant or Corporal fhall levy the fame upon the Goods and Chattels of the faid Father or Mother, Mafter or Miftrefs: That all Fines fhall be appropriated under the Direction of the feveral Town-Councils to which the refpective Delinquents may belong : And that a Sum not exceeding *Six Shillings* per Day fhall be allowed to the Corporal, for warning the Company to which he belongs ; which Sum fhall be paid him by the Captain of faid Company out of the firft Fines and Forfeitures collected therein, agreeably to this Act ; the Number of Days for which the Corporal fhall be in Pay, for warning the Company, as aforefaid, fhall be afcertained and allowed by the Captain or Commanding Officer of fuch Company difcretionally.

SECTION 11. *And it is further Enacted by the Authority aforefaid,* That it fhall be the Duty of the Field Officers of the feveral Regiments of Senior Clafs and Infantry, to proceed with all convenient Speed in forming the feveral Companies of Grenadiers, Light-Infantry and Riflemen, for their faid Regiments, agreeably to the afore-recited Act of Congrefs.

SECTION 12. *And it is further Enacted by the Authority aforefaid,* That each Regiment of Infantry in this State fhall meet Twice in every Year by Companies, for the Purpofe of training, difciplining and improving them in martial Exercife, and Once in every Year in Regiment

*March,* 1794.

23

Regiment or Battalion : That all Regiments of Senior Clafs fhall meet in Companies Once in every Two Years, for the Purpofe of training, difciplining and improving them in martial Exercife : And that the Places of rendezvoufing by Companies be appointed by the Commanding Officers of the refpective Companies : The Places of Regimental or Battalion Rendezvous, by the Commandants of the Regiments refpectively ; the Times of rendezvoufing by Companies, by the refpective Commandants of the Regiments ; and the Times of Regimental or Battalion Rendezvous, by the refpective Brigadiers : And that any Officer who fhall neglect or refufe to appear as aforefaid with his Company, when duly notified, and not having fufficient Excufe, fhall be tried by a Court-Martial ; and if found guilty, fhall be broke and reduced to the Ranks. Provided neverthelefs, that the Militia of *New-Shoreham* fhall not be obliged to rendezvous in Battalion, but in Company only, and then on the Ifland of *Block-Ifland.*

Section 13. *And it is further Enacted by the Authority aforefaid,* That whenever the Commanding Officer of any Company fhall receive Orders from the Brigadier of the Diftrict in which he refides, or the Commandant of the Regiment (except in Cafes of Alarm) he fhall iffue his Warrant for their affembling to the Corporals of his Company Ten Days before the Time appointed for Mufter, requiring them to warn the Men of their refpective Diftricts to be by him affigned, either by perfonal Notice, or by leaving Word at their ufual Places of Abode, to affemble at the Time and Place appointed, equipped according to Law. And the faid Corporals fhall caufe the faid Warrants to be ferved Six Days before, and return the fame, with their Doings thereon, One Day before the affembling as aforefaid.

Section 14. *And it is further Enacted by the Authority aforefaid,* That it fhall be the Duty of the Brigade-Major in each Diftrict, to furnifh a Copy of all Orders for Mufter to the Commandants of Regiments within each refpective Brigade.

Section 15. *And it is further Enacted by the Authority aforefaid,* That when the Troops, or any Part of them, fhall be affembled together, for Review or otherwife, it fhall be in the Power of the Commanding Officer prefent to punifh all Diforders, or Breaches of military Order and Difcipline, whether in noncommiffioned Officers or Privates, by immediately putting the Offender under Guard, for a Space of Time not exceeding Twelve Hours, or by a Fine not exceeding *Six Shillings,* at the Difcretion of the Commanding Officer ; the faid Fines to be collected as before mentioned.

Section 16. *And it is further Enacted by the Authority aforefaid,* That if any Perfon, who is a Member of any independent Company, do not produce a Certificate from the Commanding Officer of the Company to which he belongs, fpecifying that he is a Member of fuch Company, to the Officer who fhall warn him

him for Mufter, at any Meeting of the Company of the Dif-
trict wherein he refides, he fhall be held for the Fines fpecified
in this Act.

SECTION 17.  *And it is further Enacted by the Authority aforefaid,*
That whenever the military Force of this State, or any Part thereof,
fhall be called into actual Service, they fhall be fubject to the
Articles of War prefcribed by Congrefs for the Government of the
Troops of the United States.

SECTION 18.  *And it is further Enacted by the Authority aforefaid,*
That from and after the Firft *Wednefday* in *May* next, all Officers
of the Militia deriving their Appointments from the General Affem-
bly, fhall hold their refpective Appointments for and during the
Term of One Year from the Time of their refpective Appoint-
ments, excepting in cafe of Refignation, or being removed by the
Legiflature for Mifdemeanor, or broke by Sentence of a Court-
Martial.

SECTION 19.  *And it is further Enacted by the Authority aforefaid,*
That in Addition to the Officers to be appointed, purfuant to the
afore-recited Act of Congrefs, there be alfo appointed for the
Militia of this State One Director and Purveyor-General of the
military Hofpital, One Surgeon and Phyfician-General, One Quar-
termafter-General, One Commiffary-General, with the Power of
Subftitution as Occafion may require : And that the Adjutant-Gene-
ral fhall have the Rank of Lieutenant-Colonel Commandant.

SECTION 20.  *And it is further Enacted by the Authority aforefaid,*
That every regimental Court-Martial fhall confift of at leaft Seven
commiffioned Officers, One whereof at leaft being a Captain, and
fhall be appointed by the Commanding Officer of the Regiment,
who is empowered to confirm, mitigate or difapprove, any Sen-
tence by them given.

SECTION 21.  *And it is further Enacted by the Authority aforefaid,*
That every General Court-Martial fhall confift of at leaft Thirteen
commiffioned Officers, One whereof fhall be a General or Field
Officer, to be appointed by the Major-General, or in his Abfence
by the next Officer prefent in Command ; who is alfo empowered
to approve, mitigate or annul, any Sentence by them given.

SECTION 22.  *And it is further Enacted by the Authority aforefaid,*
That the Divifions of Companies as now exifting in the feveral
Towns be continued, fubject, however, to fuch Alterations as their
prefent Numbers or future Increafe or Diminution may, in the
Judgment of the Field Officers of the Corps to which they be-
long, from Time to Time render neceffary or expedient.

SECTION 23.  *And it is further Enacted by the Authority aforefaid,*
That whenever it fhall happen that any Surveyor of the Highways
fhall

shall have warned the Men of his District to work on the High-ways, on the same Day that shall be assigned for the Training pursuant to this Act, the said Warning to work upon the High-ways shall be considered as superseded.

*AND it is further Enacted by the Authority aforesaid,* That all Laws heretofore made relative to organizing and disciplining the Militia of this State, be and the same are hereby repealed: And that this Act shall take Effect, and be in Force, from and after the First Day of *May* next.

*IT is ordered,* That a Copy of this Act be inserted in all the News-Papers in this State.



*IT is Voted and Resolved,* That the Committee appointed by this Assembly, at the last Session, to revise the Table of Fees, be and they are hereby continued for that Purpose; and that they make Report to this Assembly at the next Session.

<div style="text-align:right">Committee to revise the Table of Fees continued.</div>

THE following Report and Account were presented unto this Assembly, *to wit:*

<div style="text-align:right">Report of the Committee who sold the old Gaol in the County of *Washington.*</div>

WE the Subscribers, being appointed by the General Assembly, at the Session in *October,* A. D. 1792, a Committee to sell the old Gaol in the County of *Washington,* beg Leave to report, that agreeably to our Appointment we advertised the Sale thereof, and sold the same at public Auction to *Cyrus French,* Esq; for the Sum of *Fifteen Pounds,* Lawful Money, he being the highest Bidder; and gave him a Bill of Sale, conveying all the Right and Title of this State therein, agreeably to the Act of Assembly.

All which is submitted by

GEORGE THOMAS,  
ELISHA R. POTTER,  } Committee.  
THOMAS TEFFT,  

The State of *Rhode-Island, &c.* to the Committee Dr.  
   For our Time, Horse-Hire and Expences,  
    in doing the said Business, 3 Days each,  
    at 9 *s.* per Day each,             £ 1 7 0

WHICH being duly considered,  
*IT is Voted and Resolved,* That the aforesaid Report be accepted; that the said *George Thomas, Elisha R. Potter,* and *Thomas Tefft,* pay the said Sum of *Fifteen Pounds* into the General-Treasury; that their Account be allowed; and that *One Pound Seven Shillings*

<div style="text-align:center">G</div>
<div style="text-align:right">be</div>

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 129 of 256

28                                            LAWS OF DELAWARE.

OF THE REVENUES OF THE STATE.

## CHAPTER 15.

### OF THE REVENUES OF THE STATE.

**AN ACT** regulating the sale of deadly Weapons and providing a Special
License therefor.

*Be it enacted by the Senate and House of Representa-
tives of the State of Delaware in General Assembly met:*

Dealers in deadly weapons must obtain a special license to sell.
Section 1.  That from and after the first day of June, in the year of our Lord, one thousand nine hundred and eleven, it shall be unlawful for any person or persons, firm, company or corporation, to sell, or expose to sale, any pistol or revolver, or revolver or pistol cartridges, stiletto, steel or brass knuckles, or other deadly weapons made especially for the defense of one's person, without first having obtained a license therefor, which license shall be known as "Special License to Sell Deadly Weapons;" provided, however, that Not to relate to certain implements. this provision shall not relate to toy pistols, pocket knives, or knives used in the domestic household, or surgical instruments or tools of any kind.

Shall pay $25 for said license.
Section 2.  Any person or persons, firm, company or corporation, desiring to engage in the business of selling revolvers, pistols, or revolver or pistol cartridges, stilettos, steel or brass knuckles, or other weapons made for the defense of one's person, shall, after the above mentioned date, apply to the Clerk of the Peace of the County in which it is desired to conduct such business and shall obtain a license therefor, for which he, they, or it shall pay the sum of twenty-five dollars, which said license shall entitle the holder License to continue for one year. thereof to conduct said business for the term of one year from its date.

Shall not sell to a minor, or intoxicated person.
Section 3.  It shall be unlawful for any person or persons, or a member of any firm, or the agents or officers of any corporation to sell to a minor, or any intoxicated person,

OF THE REVENUES OF THE STATE.

any revolver, pistol, or revolver or pistol cartridges, stiletto, steel or brass knuckles, or other deadly weapons, made especially for the defense of one's person.

Section 4. It shall be the duty of any person or persons, firm, company or corporation, desiring to engage in the business aforesaid, to keep and maintain in his place of business at all times, a book which shall be furnished him by the Clerk of the Peace of the County wherein he does business in which said book he shall enter the date of the sale, the name and address of the person purchasing any such deadly weapon, the number and kind of deadly weapon so purchased, the color of the person so purchasing the same, and the apparent age of the purchaser; and no sale shall be made until the purchaser has been positively identified. This book shall at all times be open for inspection by any Judge, Justice of the Peace, Police Officer, Constable, or other Peace Officer of this State. *Shall keep a book to be furnished by the Clerk of the Peace. Shall enter date of sale, name and address of person purchasing, kind of weapon, etc. Book shall be open for inspection.*

Section 5. Any person, firm, company or corporation, or any member of any firm, or the agents or officers of any corporation, violating the provisions of this Act shall be deemed guilty of a misdemeanor and upon conviction shall be fined not exceeding the sum of one hundred dollars, or a term of imprisonment not exceeding six months or both, within the discretion of the Court. *Penalty for violating the provisions of the Act.*

Section 6. All of the provisions of Chapter 117, Volume 13, Laws of Delaware, relative to the issuance of licenses and the duties and powers of the several officials therein mentioned and all penalties therein imposed, shall extend to and be applied to licenses issued under authority of this Act. *Provisions of Chap. 117, Vol. 13, to apply.*

Approved March 16, A. D. 1911.

# Chap. 195.

AN ACT to amend the penal law, in relation to the sale and carrying of dangerous weapons.

Became a law May 25, 1911, with the approval of the Governor. Passed, three-fifths being present.

*The People of the S n.e of New York, represented in Senate and Assembly, do enact as follows:*

L. 1909,
ch. 88,
§§ 1896,
1897, 1899
amended.

Section 1. Sections eighteen hundred and ninety-six, eighteen hundred and ninety-seven and eighteen hundred and ninety-nine of chapter eighty-eight of the laws of nineteen hundred and nine, entitled "An act providing for the punishment of crime, constituting chapter forty of the consolidated laws," are hereby amended to read as follows:

§ 1896. **Making and disposing of dangerous weapons.** A person who manufactures, or causes to be manufactured, or sells or keeps for sale, or offers, or gives, or disposes of any instrument or weapon of the kind usually known as a blackjack,[1] slungshot, billy, sandclub, sandbag, bludgeon,[2] or metal knuckles, to any person; or a person who offers, sells, loans, leases, or gives any gun, revolver, pistol or other firearm or any airgun, spring-gun or other instrument or weapon in which the propelling force is a spring or air or any instrument or weapon commonly known as a toy pistol or in or upon which any loaded or blank cartridges are used, or may be used, or any loaded or blank cartridges or ammunition therefor, to any person under the age of sixteen years, is guilty of a misdemeanor.

§ 1897. **Carrying and use of dangerous weapons.** A person who attempts to use against another, or who carries, or possesses, any instrument or weapon of the kind commonly known as a blackjack,[1] slungshot, billy, sandclub, sandbag,[2] metal knuckles or bludgeon,[2] or who, with intent to use the same unlawfully[3] against another, carries or possesses a dagger, dirk, dangerous knife, razor, stiletto, or any other dangerous or deadly instrument or weapon,[4] is guilty of a felony.

---

[1] Word "blackjack" new.
[2] Words "sandbag, bludgeon" new.
[3] Word "unlawfully" new.
[4] Words "razor, stiletto, or any other dangerous or deadly instrument or weapon," new.

Any person under the age of sixteen years, who shall have, carry, or have in his possession,[5] any of the articles named or described in the last section, which it is forbidden therein to offer, sell, loan, lease or give to him, shall be guilty of a misdemeanor.

[6]Any person over the age of sixteen years, who shall have in his possession in any city, village or town of this state, any pistol, revolver or other firearm of a size which may be concealed upon the person, without a written license therefor, issued to him by a police magistrate of such city or village, or by a justice of the peace of such town, or in such manner as may be *prescribel by ordinance in such city, village or town, shall be guilty of a misdemeanor.

Any person over the age of sixteen years, who shall have or carry concealed upon his person in any city, village, or town of this state, any pistol, revolver, or other firearm without a written license therefor, theretofore issued to him by a police magistrate of such city or village, or by a justice of the peace of such town, or in such manner as may be prescribed by ordinance of such city, village or town, shall be guilty of a felony.[7]

[8]Any person not a citizen of the United States, who shall have or carry firearms, or any dangerous or deadly weapons in any public place, at any time, shall be guilty of a felony. This section shall not apply to the regular and ordinary transportation of firearms as merchandise, nor to sheriffs, policemen, or to other duly appointed peace officers, nor to duly authorized military or civil organizations, when parading, nor to the members thereof when going to and from the places of meeting of their respective organizations.

§ 1899. **Destruction of dangerous weapons.** The unlawful[9] carrying of a pistol, revolver, or other firearm[10] or of an instrument or weapon of the kind usually known as blackjack, bludgeon,[11] slungshot, billy, sandclub, sandbag,[12] metal knuckles, or of a dagger,

---

\* So in original.
5 Words " in any public place " omitted.
6 Following sentence new.
7 Formerly " misdemeanor."
8 Following sentence formerly read: " No person not a citizen of the United States, shall have or carry firearms or dangerous weapons in any public place at any time."
9 Word " unlawful " new.
10 Words " or other firearm " new.
11 Words " blackjack, bludgeon " new.
12 Word " sandbag " new.

dirk, dangerous knife, or any other dangerous or deadly weapon,[13] by any person save a peace officer, is a nuisance, and such weapons are hereby declared to be nuisances, and when any one or more of the above described instruments or weapons shall be taken from the possession of any person the same shall be surrendered to the sheriff of the county wherein the same shall be taken, except that in cities of the first class the same shall be surrendered to the head of the police force or department of said city. The officer to whom the same may be so surrendered shall, except upon certificate of a judge of a court of record, or of the district attorney, that the nondestruction thereof is necessary or proper in the ends of justice, proceed at such time or times as he deems proper, and at least once in each year, to destroy or cause to be destroyed any and all such weapons or instruments, in such manner and to such extent that the same shall be and become wholly and entirely ineffective and useless for the purpose for which destined and harmless to human life or limb.

**§ 1914**
**added.**
§ 2. Such chapter is hereby amended by adding at the end of article one hundred and seventy-two thereof a new section to be section nineteen hundred and fourteen and to read as follows:

§ 1914. **Sale of pistols, revolvers and other firearms.** Every person selling a pistol, revolver or other firearm of a size which may be concealed upon the person whether such seller is a retail dealer, pawnbroker or otherwise, shall keep a register in which shall be entered at the time of sale, the date of sale, name, age, occupation and residence of every purchaser of such a pistol, revolver or other firearm, together with the calibre, make, model, manufacturer's number or other mark of identification on such pistol, revolver or other firearm. Such person shall also, before delivering the same to the purchaser, require such purchaser to produce a permit for possessing or carrying the same as required by law, and shall also enter in such register the date of such permit, the number thereon, if any, and the name of the magistrate or other officer by whom the same was issued. Every person who shall fail to keep a register and to enter therein the facts required by this section, or who shall fail to exact the production of a permit to possess or carry such pistol, revolver or other firearm, if such permit is required by law, shall be guilty of a misdemeanor. Such register shall be open at all reasonable hours for

[13] Words "or any other dangerous or deadly weapon," new. Words "without lawful permission, license or authority so to do," omitted.

the inspection of any peace officer. Every person becoming the lawful possessor of such a pistol, revolver or other firearm, who shall sell, give or transfer the same to another person without first notifying the police authorities, shall be guilty of a misdemeanor. This section shall not apply to wholesale dealers.

§ 3. This act shall take effect September first, nineteen hundred and eleven. <span style="float:right">In effect Sept. 1, 1911.</span>

---

# Chap. 196.

AN ACT to amend chapter fifty-two, laws of nineteen hundred and nine, entitled "An act relating to real property, constituting chapter fifty of the consolidated laws," in relation to officers taking acknowledgments.

Became a law May 20, 1911, with the approval of the Governor. Passed, three-fifths being present.

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

Section 1. Section three hundred and ten of chapter fifty-two of the laws of nineteen hundred and nine, entitled "An act relating to real property, constituting chapter fifty of the consolidated laws," is hereby amended so as to read as follows: <span style="float:right">L. 1909, ch. 52, § 310 amended.</span>

§ 310.[1] A certificate of acknowledgment or proof, made within the state, by a commissioner of deeds, justice of the peace, or, except as otherwise provided by law, by a notary public, does not entitle the conveyance to be read in evidence or recorded, except within the county in which the officer making the same is authorized to act[2] at the time of making such certificate, unless authenticated by a certificate of the clerk of the same county; provided, however, that all certificates of acknowledgments or proof, made by or before a commissioner of deeds of the city of New York residing in any part therein, shall be authenticated by the[3] clerk of any county within said city, in whose office such commissioner of deeds shall have filed a certificate under the hand and seal of the city clerk of said city, showing the appointment and <span style="float:right">When county clerk's authentication necessary.</span>

---

[1] Section heading amended out.
[2] Words "making the same is authorized to act" substituted for word "resides."
[3] Words "city clerk of said city, that the said commissioner of deeds was duly appointed and qualified as such," omitted.

[1] Where a male person of the age of sixteen years and under the age of eighteen years has been convicted of juvenile delinquency or of a misdemeanor, the trial court may, instead of sentencing him to imprisonment in a state prison or in a penitentiary, direct him to be confined in a house of refuge established by the managers of the society for the reformation of juvenile delinquents in the city of New York; under the provisions of the statute relating thereto. Where a female person not over the age of twelve years is convicted of a crime amounting to felony, or where a female person of the age of twelve years and not over the age of sixteen years is convicted of a crime, the trial court may, instead of sentencing her to imprisonment in a state prison or in a penitentiary, direct her to be confined in the New York State Training School for Girls, under the provisions of the statute relating thereto, but nothing in this section shall affect any of the provisions contained in section twenty-one hundred and ninety-four.

§ 2. All acts or parts of acts inconsistent with this act are hereby repealed.

§ 3. This act shall take effect immediately.

---

# Chap. 608.

AN ACT to amend the penal law generally, in relation to the carrying, use and sale of dangerous weapons.

Became a law May 21, 1913, with the approval of the Governor. Passed, three-fifths being present.

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

Section 1. Section eighteen hundred and ninety-seven of chapter eighty-eight of the laws of nineteen hundred and nine, entitled "An act providing for the punishment of crime, constituting chapter forty of the consolidated laws," as amended by chapter one hundred and ninety-five of the laws of nineteen hundred and eleven, is hereby amended to read as follows:

§ 1897. **Carrying and use of dangerous weapons.** A person who attempts to use against another, or who carries, or possesses, any instrument or weapon of the kind commonly known as a blackjack,

L. 1909,
ch. 88,
§ 1897, as
amended by
L. 1911,
ch. 195,
amended.

---

[1] Following sentence new.

slungshot, billy, sandclub, sandbag, metal knuckles, bludgeon, bomb or bombshell,[1] or who, with intent to use the same unlawfully against another, carries or possesses a dagger, dirk, dangerous knife, razor, stiletto, or any other dangerous or deadly instrument or weapon, is guilty of a felony.

Any person under the age of sixteen years, who shall have, carry, or have in his possession, any of the articles named or described in the last section, which is forbidden therein to offer, sell, loan, lease or give to him, shall be guilty of a misdemeanor.

Any person over the age of sixteen years, who shall have in his possession in any city, village or town of this state, any pistol, revolver or other firearm of a size which may be concealed upon the person, without a written license therefor, issued to him [2] as hereinafter prescribed, shall be guilty of a misdemeanor.

Any person over the age of sixteen years, who shall have or carry concealed upon his person in any city, village, or town of this state, any pistol, revolver, or other firearm without a written license therefor, [3] issued as hereinafter prescribed and licensing such possession and concealment, shall be guilty of a felony.

Any person not a citizen of the United States, who shall have or carry firearms, or any dangerous or deadly weapons in any [4]place, at any time, shall be guilty of a felony, [5]unless authorized by license issued as hereinafter prescribed.

[6] It shall be the duty of any magistrate in this state to whom an application therefor is made by a commissioner of correction of a city or by any warden, superintendent or head keeper of any state prison, penitentiary, workhouse, county jail or other institution for the detention of persons convicted of or accused of crime, or offences, or held as witnesses in criminal cases, to issue to each of such persons as may be designated in such applications, and who is in the regular employ in such institution of the state, or of any county, city, town or village therein, a license authorizing such

---

[1] Inclusion of bomb and bombshell, new.

[2] Remainder of sentence formerly read: "by a police magistrate of such city or village, or by a justice of the peace of such town, or in such manner as may be prescribed by ordinance in such city, village or town, shall be guilty of a misdemeanor."

[3] Remainder of sentence formerly read: "theretofore issued to him by a police magistrate of such city or village, or by a justice of the peace of such town, or in such manner as may be prescribed by ordinance of such city, village or town, shall be guilty of a felony."

[4] Word "public" omitted.

[5] Remainder of sentence new

[6] Following paragraph new.

Add. 135

person to have and carry concealed a pistol or revolver while such person remains in the said employ.

⁶ It shall be the duty of any magistrate in this state, upon application therefor, by any householder, merchant, storekeeper or messenger of any banking institution or express company in the state, ·nd provided such magistrate is satisfied of the good moral character of the applicant, and provided that no other good cause exists for the denial of such application, to issue to such applicant a license to have and possess a pistol or revolver, and authorizing him (a) if a householder, to have such weapon in his dwelling, and (b) if a merchant, or storekeeper, to have such weapon in his place of business, and (c) if a messenger of a banking institution or express company, to have and carry such weapon concealed while in the employ of such institution or express company.

⁶ In addition, it shall be lawful for any magistrate, upon proof before him that the person applying therefor is of good moral character, and that proper cause exists for the issuance thereof, to issue to such person a license to have and carry concealed a pistol or revolver without regard to employment or place of possessing such weapon, provided, however, that no such license shall be issued to any alien, or to any person not a citizen of and usually resident in the state of New York, except by a judge or justice of a court of record in this state, who shall state in such license the particular reason for the issuance thereof, and the names of the persons certifying to the good moral character of the applicant.

⁶Any license issued in pursuance of the provisions of this section may be limited as to the date of expiration thereof and may be vacated and cancelled at any time by the magistrate, judge or justice who issued the same or by any judge or justice of a court of record. Any license issued in pursuance of this section and not otherwise limited as to place or time or possession of such weapon, shall be effective throughout the state of New York, *notwitstanding the provisions of any local law or ordinance.

This section shall not apply to the regular and ordinary transportation of firearms as merchandise, nor to sheriffs, policemen, or to other duly appointed peace officers, nor to duly authorized military or civil organizations, when parading, nor to the members thereof when going to and from the place of meeting of their respective organizations.

---

* So in original.
⁶ Following paragraph new.

§ 1914, as
added by
L. 1911,
ch. 195,
amended.

§ 2. Section nineteen hundred and fourteen of such chapter, as added by chapter one hundred and ninety-five of the laws of nineteen hundred and eleven, is hereby amended to read as follows:

§ 1914.  **Sale of pistols, revolvers and other firearms.** [7]No pistol, revolver or other firearms of a size which may be concealed upon the person, shall be sold, or given away, or otherwise disposed of, except to a person expressly authorized under the provisions of section eighteen hundred and ninety-seven of the penal law to possess and have such firearm.

[7]Any person selling or disposing of such firearm in violation of this provision of this section shall be guilty of a misdemeanor.

Every person selling a pistol, revolver or other firearm of a size which may be concealed upon the person, whether such seller is a retail dealer, pawnbroker, or otherwise, shall keep a register in which shall be entered at the time of sale, the date of sale, name, age, occupation and residence of every purchaser of such a pistol, revolver or other firearm, together with the calibre, make, model, manufacturer's number or other mark of identification on such pistol, revolver or other firearm.  Such person shall also, before delivering the same to the purchaser, require such purchaser to produce a license [8] for possessing or carrying the same, as required by law, and shall also enter in such register the date of such permit, the number thereof, if any, and the name of the magistrate or other officer by whom the same was issued.  Every person who shall fail to keep a register and to enter therein the facts required by this section or who shall fail to exact the production of a permit to possess or carry such pistol, revolver or other firearm, if such permit is required by law, shall be guilty of a misdemeanor.  Such register shall be open at all reasonable hours for the inspection of any peace officer.  Every person becoming the lawful possessor of such a pistol, revolver or other firearm, who shall sell, give or transfer the same to another person without first notifying the police authorities, shall be guilty of a misdemeanor.  This section shall not apply to wholesale dealers.

In effect
Sept. 1,
1913.

§ 3. This act shall take effect September first, nineteen hundred and thirteen.

---

[7] Following sentence new.
[8] Word "license" substituted for word "permit."

Sec. 1621.   Upon appeal being taken, the clerk of the court where the notice of appeal is filed, must within 30 days thereafter, or such further time as such court, or the judge thereof may allow, transmit a certified copy of the notice of appeal, certificate of cause, if any, and judgment roll to the clerk of the Supreme Court.

Filed in the office of the Secretary of State February 26, 1913.

## CHAPTER 256.

### AN ACT

[S. B. 330.]

Forbidding the sale, barter, giving away, disposal of or display for sale of pocket pistols and revolvers, and fixing a penalty for the violation thereof.

*Be it enacted by the People of the State of Oregon:*

Section 1.   It shall be unlawful for any person, firm or corporation to display for sale at retail any pocket pistol or revolver or to sell at retail, barter, give away or dispose of the same to any person whomsoever, excepting a policeman, member of the militia or peace officer of the State of Oregon, unless the purchaser or person attempting to procure the same shall have a permit for the purpose of procuring such pocket pistol or revolver signed by the municipal judge or city recorder of the city or county judge or a justice of the peace of the county wherein such person resides.

Section 2.   *Provided,* that no judge, city recorder or justice of the peace shall issue such permit until said applicant has furnished him with an affidavit from at least two reputable freeholders as to the applicant's good moral character.

Section 3.   All persons, firms or corporations engaged in the retail sale of pocket pistols or revolvers shall keep a record of the sale of such pocket pistols or revolvers by registering the name of the person or persons and the number of the pocket pistol or revolver and shall transmit same to the sheriff of the county in which purchase is made on the 1st and 15th day of each calendar month.

Section 4.   Any person violating the provisions of this act shall be guilty of a misdemeanor.

Filed in the office of the Secretary of State February 26, 1913.

Add. 138

## CHAPTER 2.

An Act Entitled: "An Act providing for the Registration of All Fire Arms and Weapons and Regulating the Sale Thereof and Defining the Duties of Certain County Officers and Providing Penalties for a Violation of the Provisions of This Act."

*Be it enacted by the Legislative Assembly of the State of Montana:*

**Registration of all firearms required.**

Section 1. Within thirty days from the passage and approval of this Act, every person within the State of Montana, who owns or has in his possession any fire arms or weapons, shall make a full, true, and complete verified report upon the form hereinafter provided to the sheriff of the County in which such person lives, of all fire arms and weapons which are owned or possessed by him or her or are in his or her control, and on sale or transfer into the possession of any other person such person shall

**Duty upon sale or transfer.**

immediately forward to the sheriff of the County in which such person lives the name and address of that purchaser and person into whose possession or control such fire arm or weapon was delivered.

Section 2. Such report shall be in the following form:

**Form of report.**

County of................................

No.....................................................

State of Montana                    }
County of............................. }  ss.

...................................................., being first duly sworn on oath deposes and says:

1. That he is a citizen of........................., and that his address is....................Street, City or Town of...................., County of...........................

2. That he is the owner (has in his possesion or control) the following fire arms and weapons. Manufacturer's name...................., Manufacturer's No............., calibre, and where possible date and Manufacturer's series.

3. That he was born at......................................., on the ..........................day of...................................., A. D. 18......, and that his occupation is..................................

4. Description: Height.............. inches, color..........., skin................, eyes................ hair................,

Dated at........................, Montana, this....................day of.......................................1918.

Subscribed and sworn to before me this...................day of....................... .....A. D., 1918.

Add. 139

—6—

Section 3.   Any person signing a fictitious name or address or giving any false information in such report shall be guilty of a misdemeanor, and any person failing to file such report as in this Act provided, shall be guilty of a misdemeanor.   Such report may be verified before any person authorized by the laws of this state to administer oaths, or before any sheriff, under-sheriff, or deputy sheriff.   It shall be unlawful for any person to purchase, borrow or otherwise acquire possession of any firearm or weapon as in this Act defined, from any person, firm or corporation outside of the State of Montana, without first obtaining a permit from the sheriff of the County in which such person lives.   And no sheriff shall give any such permit without first procuring from such person an affidavit in substantially the same form as herein provided in Section 2, setting forth the description of the firm arm or weapon in Paragraph 2, which such person desires to purchase.   No permit shall be given by the sheriff until he is satisfied that the person applying for such permit is of good moral character and does not desire such fire arm or weapon for any unlawful purpose.

It shall be unlawful for any person, Railroad Company, Express Company or Transportation Company to deliver to any person without a permit from the sheriff of the County within which such delivery is made, any gun, fire arm or ammunition.

Section 4.   It shall be the duty of the Board of County Commissioners of each County in this State to forthwith furnish the sheriff of such County with sufficient blanks for carrying out the purposes of this Act.

Section 5.   That within thirty days from the passage and approval of this Act, every person engaged in the business of selling, leasing or otherwise transferring any fire arm or weapon, whether such seller is a retail dealer, pawn broker or otherwise, shall obtain a register from the County Clerk, in which shall be entered at the time of sale, the date of sale, full description of fire arm or weapon sold, name of purchaser, permanent residence, temporary residence, age, occupation, height, color of skin, color of eyes, color of hair, and the signature of such purchaser.   Any purchaser of a fire arm or weapon shall be required to sign his name in the aforesaid register in the space provided for the same.   Any person signing a fictitious name or address shall be guilty of a mis-

**Marginal notes:**

Signing a fictitious name or address or failing to report, a misdemeanor.

Verification before whom.

Permit to purchase or borrow weapon must be first obtained.

Sheriff shall first require what.

Common carrier shall not deliver any such weapon until when.

County Commissioners to furnish blanks.

Dealers and lessors shall obtain register.

Register shall contain what.

False registration.

Add. 140

CHAPTER 2                       EXTRAORDINARY SESSION LAWS

Failing to keep register.
demeanor.   Any person who shall fail to keep a register and to enter therein all facts required by this Act shall be guilty of a misdemeanor.  Such register shall be open at all reasonable hours for the inspection of any peace office.

County Clerk to print and furnish registers at cost.
Section 6.   The County Clerk of each County shall forthwith cause to be printed a sufficient number of such registers for the purpose of carrying out the provisions of this Act and shall dispose of the same at the actual cost thereof.  The leaves of such register shall be in duplicate and shall be in the following form:

County of ....................................

No.  ........................................

ORIGINAL.

Form of register.
DEALERS RECORD OR SALE OF FIRE ARM OR WEAPON.

STATE OF MONTANA.

NOTICE TO DEALERS:  This original is for your files.  If spoiled in making out do not destroy; keep in book.

Carbon duplicate must be mailed on the date of sale to the sheriff of the County.  Violation of this law is a misdemeanor.  Use indelible pencil.

Sold by............, Salesman............, City or Town of............
Description of fire arm or weapon............................
.............................................................
Maker................, number................, calibre....................
Name of purchaser................, age................, permanent residence................, Street, City or Town of................,
County of................, Temporary residence................
Street, City or Town of................, County of................
Height................, feet............, inches; occupation............,
color............ skin............, eyes............, hair............
Date of Sale................................

-------------------------------------------
Witness:

-----------------------------------
Salesman.

(signing a fictitious name or making false report is a misdemeanor.)

County of................................

No.  ................................

—8—

Add. 141

## DUPLICATE.

## DEALERS RECORD OF SALE OF FIRE ARM OR WEAPON.

## STATE OF MONTANA.

NOTICE TO DEALERS:  This carbon duplicate must be mailed on the date of sale to the sheriff of the County. Violation of this law is a misdemeanor.

Sold by............., Salesman............., City or Town of.............

Description of fire arm or weapon......................................

............................................................................................

Maker....................., number..................., calibre...................

Name of purchaser................,........., age..................., permanent residence..................... Street, City or Town of.....................,

County of................., temporary residence................Street, City or Town of..........................., County of..........  .........

Height..............feet  ..............inches;  Occupation.............,

color................., skin................. eyes.....  ......, hair...............

Date of sale...................................................

..................................................................

Witness:

........  ...........................................

Salesman.

Section 7.  Any person or corporation violating any of the provisions of this Act or any person or corporation who receives by parcel post or otherwise any fire arms or ammunition without first having a permit as in this Act provided, shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not less than Fifty Dollars ($50.00) nor more than Five Hundred Dollars ($500.00) or shall be imprisoned in the county jail for not less than ten days nor more than six months, or be punished by both such fine and imprisonment.

*Violation of Act a misdemeanor.*

*Penalty.*

Section 8.  For the purposes of this Act a fire arm or weapon shall be deemed to be any revolver, pistol, shot gun, rifle, dirk, dagger or sword.

*Fire arm defined.*

Section 9.  All Acts and parts of Acts in conflict herewith are hereby repealed.

Section 10.  This Act shall be in full force and effect from and after its passage and approval.

Approved February 20, 1918.

DEADLY WEAPONS.

# CHAPTER 28.

### STATE REVENUE.

### DEADLY WEAPONS.

**AN ACT to amend Chapter 6 of the Revised Code of the State of Delaware in relation to the sale of deadly weapons.**

*Be it enacted by the Senate and House of Representatives of the State of Delaware in General Assembly met:*

Section 1.   That Chapter 6 of the Revised Code of the State of Delaware be and the same is hereby amended by repealing 259, Section 222, and inserting in lieu thereof the following, to be known as 259, Section 222.

259, Section 222.   It shall be unlawful for any person or persons, or a member of any firm, or the agents or officers of any corporation to sell to a minor or any intoxicated person, any revolver, pistol, or revolver or pistol cartridges, stiletto, steel or brass knuckles, or other deadly weapons made for the defense of one's person.

It shall be the duty of any person or persons, firm, company or corporation desiring to engage in the business aforesaid, to keep and maintain in his place of business at all times a book which shall be furnished him by the Clerk of the Peace of the County wherein he does business, in which said book he shall enter the date of the sale, the name and address of the person purchasing any such deadly weapon, the number and kind of deadly weapon so purchased, the color of the person so purchasing the same, and the apparent age of the purchaser, and the names and addresses of at least two freeholders resident in the County wherein the sale is made, who shall positively identify the purchaser before the sale can be made; *Provided,* that no

## DEADLY WEAPONS.

clerk, employee or other person associated with the seller shall
act as one of the identifying freeholders.  This book shall at all
times be open for inspection by any Judge, Justice of the Peace,
Police Officer, Constable, or other Peace Officer of this State.

Approved April 10, A. D. 1919.

archives, or a majority of them. Two of such commissioners shall be persons well versed in the English and Hawaiian languages, and the other member thereof shall be a person well versed in the Hawaiian language. The commissioners so appointed shall jointly and actively, and without delay, complete the compilation of said dictionary. The members of said board shall receive such compensation for their services as the said commissioners of public archives, with the approval of the governor, shall determine.

SECTION 3. This appropriation shall be expended by the board of commissioners of the public archives in accordance with the terms of Chapter 198 of the Revised Laws of Hawaii, 1915.

SECTION 4. This Act shall take effect upon its approval.

Approved this 25th day of April, A. D. 1919.

<div align="right">

C. J. McCARTHY,
Governor of the Territory of Hawaii.

</div>

------

## ACT 124

### [H. B. No. 304]

AN ACT TO AMEND CHAPTER 125 OF THE REVISED LAWS OF HAWAII, 1915, AS AMENDED BY ACT 122 OF THE SESSION LAWS OF 1915, RELATING TO FIREARMS AND AMMUNITION, BY ADDING THERETO TWO NEW SECTIONS TO BE KNOWN AS SECTIONS 2202B AND 2202C.

*Be it Enacted by the Legislature of the Territory of Hawaii:*

SECTION 1. Chapter 125 of the Revised Laws of Hawaii, 1915, as amended by Act 122 of the Session Laws of 1915, is hereby amended by adding thereto two new sections to be known as Section 2202B and Section 2202C and to read as follows:

"Section 2202B. Any person, firm, or corporation, dealing in or keeping for sale firearms, or any other person in possession of firearms, shall not make an individual or retail sale of any such firearms, unless the person desiring to purchase the same shall first have obtained from the sheriff or a deputy sheriff of the county or city and county a written permit for such purchase; the person desiring to purchase any such firearms shall deliver the said written permit to the proposed vendor, and if the sale is effected, the said vendor shall indorse on the back of said permit a full and complete description of the particular firearm sold under said permit, and immediately transmit the said permit by mail or otherwise to the office or officer issuing the same.

"Section 2202C. Any person, firm, or corporation who shall violate any of the provisions of Section 2202B shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished by a fine of not more than five hundred dollars ($500.00)."

SECTION 2. This Act shall take effect upon its approval.

Approved this 25th day of April, A. D. 1919.

C. J. McCARTHY,
Governor of the Territory of Hawaii.

---

## ACT 125

[H. B. No. 308]

AN ACT TO AMEND SECTIONS 2206 AND 2211 OF THE REVISED LAWS OF HAWAII, 1915, AS AMENDED, RELATING TO WEIGHTS AND MEASURES.

*Be it Enacted by the Legislature of the Territory of Hawaii:*

SECTION 1. Section 2206 of the Revised Laws of Hawaii,

Add. 146

amended by inserting after the word "commissioner" in line six thereof, and before the word "the" in said line, the words "corporation commission, legislative reference library."

SEC. 4. That section five thousand three hundred and sixty-two of the Revisal of one thousand nine hundred and five be amended by inserting after the word "at" in line three thereof, and before the word "one" in said line, the words "such price as he deems reasonable, not less than."    *Section 6352 of the Revisal amended.*

SEC. 5. This act shall be in force from and after its ratification. Ratified this 8th day of March, A.D. 1919.

------

## CHAPTER 196

### AN ACT TO AMEND CHAPTER 115, PUBLIC LAWS OF 1913, PERMITTING THE PRESIDENT OF THE BOARD OF TRUSTEES OF THE APPALACHIAN TRAINING SCHOOL FOR TEACHERS TO EXECUTE DEED TO RAILWAY COMPANY.

*The General Assembly of North Carolina do enact:*

SECTION 1. That section three of chapter one hundred and fifteen, Public Laws of North Carolina, session one thousand nine hundred and thirteen, be amended by inserting between the first word in said section and the second word, the following: "the President of," and strike out in the first line of said section the words "are further" and insert in lieu thereof the word "is."    *Authority conferred on president.*

SEC. 2. This act shall be in force from and after its ratification. Ratified this 8th day of March, A.D. 1919.

------

## CHAPTER 197

### AN ACT TO REGULATE THE SALE OF CONCEALED WEAPONS IN NORTH CAROLINA.

*The General Assembly of North Carolina do enact:*

SECTION 1. That it shall be unlawful for any person, firm, or corporation in this State to sell, give away or dispose of, or to purchase or receive, at any place within the State from any other place within or without the State, without a license or permit therefor shall have first been obtained by such purchaser or receiver from the clerk of the Superior Court of the county in which such purchase, sale, or transfer is intended to be made, any pistol, so-called pump-gun, bowie knife, dirk, dagger or metallic knucks.    *Unlawful to sell, give away, buy or receive pistol, pump-gun, bowie knife, dagger or knucks without license or permit.*

398                                  1919—CHAPTER 197

Permits and
licenses to be
issued by clerks
of Superior
Courts.

SEC. 2.  That the clerks of the Superior Courts of any and all counties of this State are hereby authorized and directed to issue to any person, firm, or corporation in any such county a license or permit to purchase or receive any weapon mentioned in section one of this act from any person, firm, or corporation offering to sell or dispose of the same, which said license or permit shall be in the following form, to wit:

NORTH CAROLINA,

_____County.

Form of
license to pur-
chaser of
weapon.

I, _____, clerk of the Superior Court of said county, do hereby certify that_____whose place of residence is_____Street, in _____(or) in_____Township _____County, North Carolina, having this day satisfied me as to his, her (or) their good moral character, and that the possession of one of the weapons described in section one of this act is necessary for self-defense or the protection of the home, a license or permit is therefore hereby given said_____ _____to purchase one pistol, (or)_____from any per-
        (If any other weapon is named, strike out word pistol.)
son, firm, or corporation authorized to dispose of the same.

This _____ day of _____, 19___

                    _____,
                                    *Clerk Superior Court.*

Applicant must
must be of good
moral character.

SEC. 3.  That before the clerk of the Superior Court shall issue any such license or permit, he shall fully satisfy himself by affidavits, oral evidence, or otherwise, as to the good moral character of the applicant therefor, and that such person, firm, or corporation requires the possession of such weapon mentioned in section one of this act for protection of the home: *Provided,* that if said clerk shall not be so fully satisfied, he shall refuse to issue said license or permit: and *Provided further,* that nothing in this act shall apply to officers authorized by law to carry firearms. The clerk shall charge for his services upon issuing such license or permit a fee of fifty cents.

Proviso : clerk
may refuse
permit.
Proviso : officers
of law not
affected.
License fee.

Record kept by
clerk.

SEC. 4.  That the clerk of the Superior Court shall keep a book, to be provided by the board of commissioners of each county, in which he shall keep a record of all licenses or permits issued under this act, including the name, date, place of residence, age, former place of residence, etc., of each such person, firm, or corporation to whom or which a license or permit shall have been so issued.

Dealer's record
of sales.

SEC. 5.  That each and every dealer in pistols, pistol cartridges and other weapons mentioned in section one of this act shall keep an accurate record of all sales thereof, including the name, place

Add. 148

of residence, date of sale, etc., of each person, firm, or corporation, to whom or which any and all such sales are made, which said record shall be open to the inspection of any duly constituted State, county or police officer, within this State.

Sec. 6. That during the period of listing taxes in each year the owner or person in possession or having the custody or care of any pistol or other weapon mentioned in section one of this act shall be, and is hereby, required to list the same specifically, together with the value thereof, as is now required by law for listing other personal property for taxes: *Provided*, that all persons listing any such weapons for taxes as aforesaid shall also be required to designate his place of residence, local street address, or otherwise as the case may be. *Weapons to be listed for taxes.*

*Proviso: persons listing them must give address.*

Sec. 7. That any person, firm, or corporation violating any of the provisions of this act shall be guilty of a misdemeanor and fined or imprisoned in the discretion of the court. *Violation of act a misdemeanor.*

Sec. 8. That upon submission or conviction of any person in this State for unlawfully carrying concealed weapons off of his own premises, the pistol or other deadly weapon with reference to which the defendant shall have been convicted shall be condemned and ordered confiscated and destroyed by the judge presiding at any such trial. *Weapons carried unlawfully to be destroyed.*

Sec. 9. That this act shall be in force from and after the first day of April, one thousand nine hundred and nineteen.

Ratified this 10th day of March, A.D. 1919.

---

# CHAPTER 198

## AN ACT TO CONTROL THE DISTRIBUTION OF FUNDS TO THE CHEROKEE NORMAL SCHOOL OF ROBESON COUNTY.

*The General Assembly of North Carolina do enact:*

Section 1. That the State Board of Education is hereby empowered to turn over to the county board of education of Robeson County the sum of one thousand dollars of the fund appropriated to the Cherokee Normal School of Robeson County, five hundred dollars in one thousand nine hundred and nineteen, and five hundred dollars in one thousand nine hundred and twenty, for the maintenance of an Indian training school at Union Chapel. *State Board of Education authorized to make appropriation.*

Sec. 2. This act shall be in force and effect from and after its ratification.

Ratified this 8th day of March, A.D. 1919.

supervision of such training and appoint such assistants as may be necessary to administer said act, and fix their compensation; (4) to direct the disbursement and administer the use of all funds provided by the federal government and allotted for the vocational rehabilitation of such persons.

**Sec. 4.   Shall formulate plan of co-operation.**—It shall be the duty of the state board for vocational education to formulate a plan of co-operation in carrying out the provisions of this act and of said act of congress, with Missouri workmen's compensation commission.

**Sec. 5.   Authorized and empowered to receive gifts and donations—to be reported to the general assembly.**—The state board for vocational education is hereby authorized and empowered to receive such gifts and donations, either from public or private sources, as may be offered unconditionally or under such conditions related to the vocational rehabilitation of persons disabled in industry or otherwise and consistent with the provisions of this act. All moneys received as gifts or donations shall be deposited in the state treasury and shall constitute a permanent fund to be called the special fund for the vocational rehabilitation of disabled persons, to be used by the said board to defray the expenses of vocational rehabilitation in special cases, including the payment of necessary expenses of persons undergoing training. A full report of all gifts and donations offered and accepted, together with the names of the donors and the respective amounts contributed by each, and all disbursements therefrom shall be submitted biennially to the general assembly.

**Sec. 6.   Emergency.**—On account of there being many persons in the state needing vocational rehabilitation, and that there are now federal funds available for this purpose an emergency exists within the meaning of the Constitution; therefore this act shall take effect and be in force from and after its passage and approval.

Approved April 7, 1921.

---

[H. B. 168.]

# WEAPONS, FIREARMS: Regulation of Sale and Possession.

AN ACT to provide for the public safety by requiring each pistol, revolver or other firearm of a size which may be concealed upon the person, to be stamped with the description of the same, and a record of all sales thereof to be kept by all dealers therein, and regulating the buying, selling, borrowing, loaning, giving away, trading, bartering, delivering or receiving of such weapons, and prescribing punishments for the violation thereof, and with an emergency clause.

| SECTION | SECTION |
|---|---|
| 1. Pistol, revolver or firearms to be plainly marked. | 5. Punishment for violation. |
| 2. Shall secure permit to acquire weapon. | 6. Validity of remaining sections not affected. |
| 3. Weapons must be stamped. | 7. Emergency clause. |
| 4. Manufacture not prohibited. | |

Add. 150

*Be it enacted by the General Assembly of the State of Missouri, as follows:*

**Section 1.   Pistol, revolver or firearms to be plainly marked.**
No wholesaler or dealer therein shall have in his possession for the purpose of sale, or shall sell, any pistol, revolver, or other firearm of a size which may be concealed upon the person, which does not have plainly and permanently stamped upon the metallic portion thereof, the trademark or name of the maker, the model and the serial factory number thereof, which number shall not be the same as that of any other such weapon of the same model made by the same maker, and the maker, and no wholesale or retail dealer therein shall have in his possession for the purpose of sale, or shall sell, any such weapon unless he keep a full and complete record of such description of such weapon, the name and address of the person from whom purchased and to whom sold, the date of such purchase or sale, and in the case of retailers the date of the permit and the name of the circuit clerk granting the same, which record shall be open to inspection at all times by any police officer or other peace officer of this state.

**Sec. 2.   Shall secure permit to acquire weapon.**—No person, other than a manufacturer or wholesaler thereof to or from a wholesale or retail dealer therein, for the purposes of commerce, shall directly or indirectly buy, sell, borrow, loan, give away, trade, barter, deliver or receive, in this state, any pistol, revolver or other firearm of a size which may be concealed upon the person, unless the buyer, borrower or person receiving such weapon shall first obtain and deliver to, and the same be demanded and received by, the seller, loaner, or person delivering such weapon, within thirty days after the issuance thereof, a permit authorizing such person to acquire such weapon.   Such permit shall be issued by the circuit clerk of the county in which the applicant for a permit resides in this state, if the sheriff be satisfied that the person applying for the same is of good moral character and of lawful age, and that the granting of the same will not endanger the public safety.   The permit shall recite the date of the issuance thereof and that the same is invalid after thirty days after the said date, the name and address of the person to whom granted and of the person from whom such weapon is to be acquired, the nature of the transaction, and a full description of such weapon, and shall be countersigned by the person to whom granted in the presence of the circuit clerk.   The circuit clerk shall receive therefor a fee of $0.50.   If the permit be used, the person receiving the same shall return it to the circuit clerk within thirty days after its expiration, with a notation thereon showing the date and manner of the disposition of such weapon.   The circuit clerk shall keep a record of all applications for such permits and his action thereon, and shall preserve all returned permits.   No person shall in any manner transfer, alter or change any such permit or make a false notation thereon or obtain the same upon any false representation to the circuit clerk granting the same, or use or attempt to use a permit granted to another.

Add. 151

**Sec. 3.   Weapons must be stamped.**—No person within this state shall lease, buy or in anywise procure the possession from any person, firm or corporation within or without the state, of any pistol, revolver or other firearm of a size which may be concealed upon the person, that is not stamped as required by section 1 of this act; and no person shall buy or otherwise acquire the possession of any such article unless he shall have first procured a written permit so to do from the circuit clerk of the county in which such person resides, in the manner as provided in section 2 of this act.

**Sec. 4.   Manufacture not prohibited.**—Nothing herein contained shall be considered or construed as forbidding or making it unlawful for a dealer in or manufacturer of pistols, revolvers or other firearms of a size which may be concealed upon the person, located in this state, to ship into other states or foreign countries, any such articles whether stamped as required by this act or not so stamped.

**Sec. 5.   Punishment for violation.**—Any person, its or his directors, officers, agents or servants, convicted of violating any of the provisions of this act, shall be punished by imprisonment in the penitentiary for not more than five years, or by imprisonment in the county jail not less than six months, or by a fine not less than fifty dollars nor more than five thousand dollars, or by both fine and imprisonment in the county jail.

**Sec. 6.   Validity of remaining sections not affected.**—If any section, subsection, sentence, clause or phrase of this act is for any reason held to be unconstitutional, such decision shall not affect the validity of the remaining portions of this act.   The general assembly hereby declared that it would have passed this act and each section, subsection, sentence, clause and phrase thereof, irrespective of the fact that any one or more of the same shall be declared unconstitutional.

**Sec. 7.   Emergency clause.**—There being no adequate law governing the stamping, recording, sale and other disposition of weapons as described herein, creates an emergency within the meaning of the Constitution; therefore this act shall take effect and be in force from and after its approval.

Approved April 7, 1921.

Add. 152

## ACT 430.

AN ACT to regulate the Ownership of Pistols and Revolvers.

Section

1. Unlawful to carry pistol, except it be recorded.

2. License, fee, goes to district school fund.

3. Applies to pistols as acquired in future. Penalty for violation.

4. Conflicting laws repealed, emergency, in force from passage.

*Be It Enacted by the General Assembly of the State of Arkansas:*

*Be It Enacted by the People of the State of Arkansas:*

From and after the passage of this Act, it shall be unlawful for any person to own or have in his custody or possession any pistol or revolver, except as herein provided:

Section 1. Any person having in his possession or custody any pistol or revolver, shall within 60 days from the approval of this Act, present such firearm to the county clerk of the county, where he resides, and it shall be the duty of the said county clerk to enter upon a separate record provided for that purpose, the name, age, place of residence, and color of the party, together with the make, calibre and number of said pistol or revolver.

Section 2. Any person so registering as provided in section 1 of this Act, shall then make application for

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 156 of 256

a license or permit, which said application shall be
passed upon by a board consisting of the sheriff,
county judge and county clerk of said county whose
duty it shall be to consider the application and if the
applicant be a person of good moral character, whose
conduct, past record and occupation is such as to prove
to said board that he is a person of good character,
then the county clerk shall issue to the applicant a
permit, upon a printed form provided for that purpose,
and bearing the seal of the county, granting permission
to own and possess the pistol or revolver described in
the application, for a period of one year from the
date thereof, for which permit the applicant shall pay
a fee of one ($1.00) dollar which shall go to the common
school fund of the district where the applicant resides.

SECTION 3.  Any person who shall purchase or
acquire possession of any pistol or revolver shall make
application and secure a permit to possess same as
provided by section 2 of this Act, and any person hav-
ing in his custody and control any pistol or revolver,
and who has not secured the permit as herein pro-
vided shall be guilty of a misdemeanor and upon con-
viction shall be fined in any sum not less than fifty and
not more than one hundred dollars, and said fire arm
shall be taken by the sheriff, and publicity destroyed.

SECTION 4.  All laws and parts of laws in conflict
herewith are hereby repealed, and this Act being
necessary for the preservation of the public peace,
health and safety, an emergency is declared, and this
Act takes effect from and after its passage.

Approved March 19, 1923.

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 157 of 256

treasurer or the inheritance tax appraiser of the county of the superior court having jurisdiction as provided in section fifteen of this act.

(6) This act shall become effective and in force contempo- Act takes effect. raneously with the taking effect of amendments to sections one thousand four hundred one and one thousand four hundred two of the Civil Code, which amendments were enacted at the forty-fifth session of the legislature of the State of California and known as chapter eighteen of the statutes of 1923, and not otherwise.

---

## CHAPTER 338.

*An act to add a new section to the Civil Code to be numbered three thousand fifty-one a, fixing a limit on the amount of a lien on property held under the provisions of section three thousand fifty-one of said code.*

[Approved June 13, 1923.]

*The people of the State of California do enact as follows:*

SECTION 1.  A new section is hereby added to the Civil Code to be numbered three thousand fifty-one *a* and to read as follows:

3051a.  That portion of any lien, as provided for in the Limitation on amount next preceding section, in excess of one hundred dollars, for recoverable any work, services, care, or safekeeping rendered or performed where written at the request of any person other than the holder of the legal notice not title, shall be invalid, unless prior to commencing any such given. work, service, care, or safekeeping, the person claiming such lien shall give actual notice in writing either by personal service or by registered letter addressed to the holder of the legal title to such property, if known.  In the case of automobiles, the person named as legal owner in the registration certificate, shall be deemed for the purpose of this section, as the holder of the legal title.

---

## CHAPTER 339.

*An act to control and regulate the possession, sale and use of pistols, revolvers and other firearms capable of being concealed upon the person; to prohibit the manufacture, sale, possession or carrying of certain other dangerous weapons within this state; to provide for registering all sales of pistols, revolvers or other firearms capable of being concealed upon the person; to prohibit the carrying of concealed firearms except by lawfully authorized persons; to provide for the confiscation and destruction of such weapons in certain cases; to prohibit the ownership, use, or possession of any such weapons by certain classes of persons; to prescribe penalties for violations of this act and increased penalties for repeated violations hereof; to*

Add. 155

*authorize, in proper cases, the granting of licenses or permits to carry firearms concealed upon the person; to provide for licensing retail dealers in such firearms and regulating sales thereunder; and to repeal chapter one hundred forty-five of California statutes of 1917, relating to the same subject.*

[Approved June 13, 1923.]

*The people of the State of California do enact as follows:*

Manufacture, sale, carrying, etc., certain dangerous weapons prohibited.

SECTION 1. On and after the date upon which this act takes effect, every person who within the State of California manufactures or causes to be manufactured, or who imports into the state, or who keeps for sale, or offers or exposes for sale, or who gives, lends, or possesses any instrument or weapon of the kind commonly known as a blackjack, slungshot, billy, sandclub, sandbag, or metal knuckles, or who carries concealed upon his person any explosive substance, other than fixed ammunition, or who carries concealed upon his person any dirk or dagger, shall be guilty of a felony and upon a conviction thereof shall be punishable by imprisonment in a state prison for not less than one year nor for more than five years.

Aliens and felons must not possess certain firearms.

SEC. 2. On and after the date upon which this act takes effect, no unnaturalized foreign born person and no person who has been convicted of a felony against the person or property of another or against the government of the United States or of the State of California or of any political subdivision thereof shall own or have in his possession or under his custody or control any pistol, revolver or other firearm capable of being concealed upon the person. The terms "pistol," "revolver," and "firearms capable of being concealed upon the person" as used in this act shall be construed to apply to and include all firearms having a barrel less than twelve inches in length. Any person who shall violate the provisions of this section shall be guilty of a felony and upon conviction thereof shall be punishable by imprisonment in a state prison for not less than one year nor for more than five years.

Committing felony while carrying dangerous weapon.

SEC. 3. If any person shall commit or attempt to commit any felony within this state while armed with any of the weapons mentioned in section one hereof or while armed with any pistol, revolver or other firearm capable of being concealed upon the person, without having a license or permit to carry such firearm as hereinafter provided, upon conviction of such felony or of an attempt to commit such felony, he shall in addition to the punishment prescribed for the crime of which he has been convicted, be punishable by imprisonment in a state prison for not less than five nor for more than ten years. Such additional period of imprisonment shall commence upon the expiration or other termination of the sentence imposed for the crime of which he stands convicted and shall not run concurrently with such sentence. Upon a second conviction under like circumstances such additional period of impris-

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 159 of 256

onment shall be for not less than ten years nor for more than
fifteen years, and upon a third conviction under like circum-
stances such additional period of imprisonment shall be for
not less than fifteen nor for more than twenty-five years, such
terms of additional imprisonment to run consecutively as
before.  Upon a fourth or subsequent conviction under like
circumstances the person so convicted may be imprisoned for
life or for a term of years not less than twenty-five years,
within the discretion of the court wherein such fourth or
subsequent conviction was had.

In the trial of a person charged with committing or attempt- Evidence.
ing to commit a felony against the person of another while
armed with any of the weapons mentioned in section one
hereof, or while armed with any pistol, revolver or other fire-
arm capable of being concealed upon the person, without hav-
ing a license or permit to carry such firearm as hereinafter
provided, the fact that he was so armed shall be prima facie
evidence of his intent to commit such felony.

SEC. 4.  In no case shall any person punishable under the No probation
preceding sections of this act be granted probation by the or suspension
trial court, nor shall the execution of the sentence imposed of sentence
upon such person be suspended by the court.

SEC. 5.  Except as otherwise provided in this act, it shall Carrying
be unlawful for any person within this state to carry con- certain
cealed upon his person or within any vehicle which is under without
his control or direction any pistol, revolver or other firearm license.
capable of being concealed upon the person without having
a license to carry such firearm as hereinafter provided in
section eight hereof.  Any person who violates the provisions
of this section shall be guilty of a misdemeanor, and if he
has been convicted previously of any felony, or of any crime
made punishable by this act, he is guilty of a felony.

This section shall not be construed to prohibit any citizen Exceptions.
of the United States, over the age of eighteen years, who
resides or is temporarily sojourning within this state, and
who is not within the excepted classes prescribed by section
two hereof, from owning, possessing or keeping within his
place of residence or place of business any pistol, revolver or
other firearm capable of being concealed upon the person, and
no permit or license to purchase, own, possess or keep any
such firearm at his place of residence or place of business
shall be required of any such citizen.  Firearms carried openly
in belt holsters shall not be deemed to be concealed within
the meaning of this section, nor shall knives which are carried
openly in sheaths suspended from the waist of the wearer.

SEC. 6.  Nothing in the preceding section shall be construed Police
to apply to or affect sheriffs, constables, marshals, policemen, officers, sol-
whether active or honorably retired, or other duly appointed diers, etc.,
peace officers, nor to any person summoned by any such officers excepted.
to assist in making arrests or preserving the peace while said
person so summoned is actually engaged in assisting such
officer; nor to the possession or transportation by any mer-
chant of unloaded firearms as merchandise; nor to members of

the army, navy, or marine corps of the United States, or the national guard, when on duty, or to organizations which are by law authorized to purchase or receive such weapons from the United States, or from this state; nor to duly authorized military or civil organizations while parading, nor to the members thereof when going to and from the places of meeting of their respective organizations; nor to members of any club or organization now existing, or hereafter organized, for the purpose of practicing shooting at targets upon the established target ranges, whether public or private, while such members are using any of the firearms referred to in this act upon such target ranges, or while going to and from such ranges; or to licensed hunters or fishermen while engaged in hunting or fishing, or while going to or returning from such hunting or fishing expedition.

**Nuisances.**

SEC. 7.   The unlawful concealed carrying upon the person or within the vehicle of the carrier of any dirk, dagger, pistol, revolver, or other firearm capable of being concealed upon the person, is a nuisance.   Any such weapons taken from the person or vehicle of any person unlawfully carrying the same are hereby declared to be nuisances, and shall be surrendered to the magistrate before whom said person shall be taken, except that in any city, city and county, town or other municipal corporation the same shall be surrendered to the head of the police force or police department thereof.   The officers to **Destruction of weapons.** whom the same may be so surrendered, except upon the certificate of a judge of a court of record, or of the district attorney of the county, that the preservation thereof is necessary or proper to the ends of justice, shall annually, between the first and tenth days of July, in each year, destroy or cause to be destroyed such weapons to such extent that the same shall become and be wholly and entirely ineffective and useless for the purpose for which it was manufactured; *provided, however,* that in the event any such weapon has been stolen and is thereafter recovered from the thief or his transferee, the same shall not be destroyed but shall be restored to the lawful owner thereof, so soon as its use as evidence has been served, upon his identification of the weapon and proof of ownership thereof.   Blackjacks, slungshots, billys, sandclubs, sandbags and metal knuckles are hereby declared to be nuisances and shall be subject to confiscation and summary destruction whenever found within the state; *provided,* that upon the certificate of a judge or of the district attorney that the ends of justice will be subserved thereby, such weapon shall be preserved until the necessity for its use ceases.

**Licenses to carry firearms.**

SEC. 8.   It shall be lawful for the sheriff of a county, and the board of police commissioners, chief of police, city marshal, town marshal, or other head of the police department of any city, city and county, town, or other municipal corporation of this state, upon proof before said board, chief, marshal or other police head, that the person applying therefor is of good moral character, and that good cause exists for the issuance thereof, to issue to such person a license to carry con-

Add. 158

cealed a pistol, revolver or other firearm for a period of one
year from the date of such license. All applications for such *Applications.*
licenses shall be filed in writing, signed by the applicant,
and shall state the name, occupation, residence and business
address of the applicant, his age, height, weight, color of
eyes and hair, and reason for desiring a license to carry
such weapon. Any license issued upon such application shall
set forth the foregoing data and shall, in addition, contain
a description of the weapon authorized to be carried, giving
the name of the manufacturer, the serial number and the
caliber thereof. When such licenses are issued by a
sheriff a record thereof shall be kept in the office of the county *Record.*
clerk; when issued by police authority such record shall be
maintained in the office of the authority by whom issued.
Such applications and licenses shall be uniform throughout
the state, upon forms to be prescribed by the attorney general.

SEC. 9. Every person in the business of selling, leasing or *Dealers*
otherwise transferring a pistol, revolver or other firearm, of *registers.*
a size capable of being concealed upon the person, whether
such seller, lessor or transferrer is a retail dealer, pawn-
broker or otherwise, except as hereinafter provided, shall keep
a register in which shall be entered the time of sale, the date of
sale, the name of the salesman making the sale, the place
where sold, the make, model, manufacturer's number, caliber
or other marks of identification on such pistol, revolver or
other firearm. Such register shall be prepared by and
obtained from the state printer and shall be furnished by the
state printer to said dealers on application at a cost of three *Cost.*
dollars per one hundred leaves in duplicate and shall be in
the form hereinafter provided. The purchaser of any fire-
arm, capable of being concealed upon the person shall sign,
and the dealer shall require him to sign his name and affix *Signatures.*
his address to said register in duplicate and the salesman shall
affix his signature in duplicate as a witness to the signatures of
the purchaser. Any person signing a fictitious name or address
is guilty of a misdemeanor. The duplicate sheet of such *Disposition*
register shall on the evening of the day of sale, be placed in *of duplicate*
the mail, postage prepaid and properly addressed to the board *sheets.*
of police commissioners, chief of police, city marshal, town
marshal or other head of the police department of the city,
city and county, town or other municipal corporation wherein
the sale was made; *provided,* that where the sale is made in a
district where there is no municipal police department, said
duplicate sheet shall be mailed to the county clerk of the
county wherein the sale is made. A violation of any of the *Penalty.*
provisions of this section by any person engaged in the busi-
ness of selling, leasing or otherwise transferring such fire-
arm is a misdemeanor. This section shall not apply to whole-
sale dealers in their business intercourse with retail dealers,
nor to wholesale or retail dealers in the regular or ordinary
transportation of unloaded firearms as merchandise by mail,
express or other mode of shipment, to points outside of the
city, city and county, town or municipal corporation wherein

**Form of register.** they are situated. The register provided for in this act shall be substantially in the following form:

### Form of Register.

Series No._____
Sheet No._____

#### ORIGINAL.

### Dealers' Record of Sale of Revolver or Pistol.

#### State of California.

Notice to dealers: This original is for your files. If spoiled in making out, do not destroy. Keep in books. Fill out in duplicate.

Carbon duplicate must be mailed on the evening of the day of sale, to head of police commissioners, chief of police, city marshal, town marshal or other head of the police department of the municipal corporations wherein the sale is made, or to the county clerk of your county if the sale is made in a district where there is no municipal police department. Violation of this law is a misdemeanor. Use carbon paper for duplicate. Use indelible pencil.

Sold by_____ Salesman_____
City, town or township _____
Description of arm (state whether revolver or pistol)_____
Maker_____ Number_____ Caliber_____
Name of purchaser _____age_____years.
Permanent residence (state name of city, town or township, street and number of dwelling)_____
Height _____feet_____inches.  Occupation_____
Color _ _____skin_____eyes_____hair_____
If traveling or in locality temporarily, give local address
_____ _____
_____
Signature of purchaser_____
(Signing a fictitious name or address is a misdemeanor.)   (To be signed in duplicate.)
Witness_____, salesman.
   (To be signed in duplicate.)

Series No._____
Sheet No._____

#### DUPLICATE.

### Dealers' Record of Sale of Revolver or Pistol.

#### State of California.

Notice to dealers:  This carbon duplicate must be mailed on the evening of the day of sale as set forth in the original of this register page.  Violation of this law is a misdemeanor.
Sold by _____ Salesman_____
City, town or township _____
Description of arm (state whether revolver or pistol)_____
Maker  _____number_____caliber_____

Add. 160

Name of purchaser _____age_____years.
Permanent address (state name of city, town or township,
street and number of dwelling)_____

_____
Height _____feet_____inches.  Occupation _____
Color _____skin_____eyes_____hair_____
If traveling or in locality temporarily, give local address

_____
Signature of purchaser_____
(Signing a fictitious name or address is a misdemeanor.)   (To
be signed in duplicate.)
Witness_____, salesman.

(To be signed in duplicate.)

SEC. 10.  No person shall sell, deliver or otherwise transfer any pistol, revolver, or other firearm capable of being concealed upon the person to any person whom he has cause to believe to be within any of the classes prohibited by section two hereof from owning or possessing such firearms, nor to any minor under the age of eighteen years.  In no event shall any such firearm be delivered to the purchaser upon the day of the application for the purchase thereof, and when delivered such firearm shall be securely wrapped and shall be unloaded. Where neither party to the transaction holds a dealer's license, no person shall sell or otherwise transfer any such firearm to any other person within this state who is not personally known to the vendor.  Any violation of the provisions of this section shall be a misdemeanor. *Restrictions on transfer of certain firearms.*

SEC. 11.  The duly constituted licensing authorities of any county, city and county, city, town or other municipality within this state, may grant licenses in form prescribed by the attorney general, effective for not more than one year from date of issue, permitting the licensee to sell at retail within the said county, city and county, city, town or other municipality pistols, revolvers, and other firearms capable of being concealed upon the person, subject to the following conditions, for breach of any of which the license shall be subject to forfeiture: *Local licenses for sale of certain firearms.*

1. The business shall be carried on only in the building designated in the license.

2. The license or a copy thereof, certified by the issuing authority, shall be displayed on the premises where it can easily be read.

3. No pistol or revolver shall be delivered
(a) On the day of the application for the purchase, and when delivered shall be unloaded and securely wrapped; nor
(b) Unless the purchaser either is personally known to the seller or shall present clear evidence of his identity.

4. No pistol or revolver, or imitation thereof, or placard advertising the sale or other transfer thereof, shall be displayed in any part of said premises where it can readily be seen from the outside.

**Penalty for dealing in certain firearms without license.**   SEC. 12.   Any person who, without being licensed as above provided, engages in the business of selling or otherwise transferring, or who advertises for sale, or offers or exposes for sale or transfer, any pistol, revolver or other firearm capable of being concealed upon the person is guilty of a misdemeanor.

**Tampering with marks on certain firearms.**   SEC. 13.   No person shall change, alter, remove, or obliterate the name of the maker, model, manufacturer's number, or other mark of identification on any pistol or revolver. Possession of any such firearm upon which the same shall have been changed, altered, removed, or obliterated, shall be presumptive evidence that such possessor has changed, altered, **Penalty.** removed, or obliterated the same.   Violations of this section shall be punished by imprisonment in the state prison for not less than one year nor more than five years.

**Expiration of current licenses.**   SEC. 14.   All licenses heretofore issued within this state permitting the carrying of pistols or revolvers concealed upon the person shall expire at midnight of December 31, 1924.

**Antique pistols, etc.**   SEC. 15.   This act shall not apply to antique pistols or revolvers incapable of use as such.

**Constitutionality.**   SEC. 16.   If any section, subsection, sentence, clause or phrase of this act is for any reason held to be unconstitutional such decision shall not affect the validity of the remaining portions of this act.   The legislature hereby declares that it would have passed this act and each section, subsection, sentence, clause and phrase thereof, irrespective of the fact that any one or more other sections, subsections, sentences, clauses or phrases be declared unconstitutional.

**Stats. 1917, p. 221, repealed.**   SEC. 17.   That certain act entitled, "An act relating to and regulating the carrying, possession, sale or other disposition of firearms capable of being concealed upon the person; prohibiting the possession, carrying, manufacturing and sale of certain other dangerous weapons and the giving, transferring and disposition thereof to other persons within this state; providing for the registering of the sales of firearms; prohibiting the carrying or possession of concealed weapons in municipal corporations; providing for the destruction of certain dangerous weapons as nuisances and making it a felony to use or attempt to use certain dangerous weapons against another," approved May 4, 1917, is hereby repealed.

SUBSTITUTE FOR SENATE BILL No. 265.

## CHAPTER 252

# AN ACT CONCERNING THE POSSESSION, SALE AND USE OF PISTOLS AND REVOLVERS.

*Be it enacted by the Senate and House of Representatives in General Assembly convened:*

SECTION 1.    The term " pistol " and the term " revolver ", as used in this act, shall mean any firearm having a barrel less than twelve inches in length.

Terms " pistol " and " revolver " defined.

SEC. 2.    No person shall advertise, sell, deliver, offer or expose for sale or delivery or have in his possession with intent to sell or deliver any pistol or revolver at retail without having a permit therefor issued as hereinafter provided.

Permit for selling pistol or revolver to be obtained.

SEC. 3.    The chief of police or, where there shall be no chief of police, the warden of the borough or the first selectman of the town, as the case may be, may, upon the application of any person, issue a permit in such form as may be prescribed by the superintendent of state police for the sale at retail of pistols and revolvers within the jurisdiction of the authority issuing such permit.    Upon the application of any person having a bona fide residence or place of business within the jurisdiction of any such authority or, upon the application of any bona fide resident of the United States having a permit or license to carry any firearm issued by the authority of any state or sub-division of the United States, such chief of police, warden or selectman may issue a permit to such person to carry a pistol or revolver within the jurisdiction of the authority issuing the same, provided such authority shall find that such applicant intends to make no use of any pistol or revolver which he may be permitted to carry thereunder other than a proper use and that such person is a suitable person to receive such permit.    The superintendent of state police may, upon application, issue to any holder of any permit to carry any pistol or revolver hereinbefore provided for, a permit to carry a pistol or revolver within the state.    Each permit to carry any pistol or revolver shall be issued in triplicate and one of the copies issued by the superintendent of state police shall be delivered to the person to whom issued, one shall be delivered forthwith to the authority issuing the local permit and one shall be retained by the superintendent of state police, and the local authority issuing any such permit shall forthwith deliver one of such copies to the person to whom issued and one copy to the superintendent of state police and shall retain one of such copies.

Local authority may issue permit.

Local authorities may issue permit to carry any fire arm within their jurisdiction.

Superintendent of state police may grant permits to carry pistol or revolver in confines of state.

SEC. 4.    The fee for each permit originally issued under the provisions of this act shall be one dollar and for each renewal

Fees for permits.

thereof twenty-five cents, which fees shall be paid by the authority issuing the same to the municipality wherein issued or the state, as the case may be, and each permit issued hereunder shall be valid for one year from the date of issuance.

**Sales to be made in place of business mentioned in permit.** SEC. 5. No sale of any pistol or revolver shall be made except in the room, store or place described in the permit for the sale of pistols and revolvers, and such permit or a copy thereof certified by the authority issuing the same shall be exposed to view within the room, store or place where pistols or revolvers shall be sold or offered or exposed for sale, and no sale or delivery of any pistol or revolver shall be made unless the purchaser or person to whom the same is to be delivered shall be personally known to the vendor of such pistol or revolver or the person making delivery thereof or unless the person making such purchase or to whom delivery thereof is to be made shall provide evidence **Vendor to keep record of sale of fire arms.** of his identity. The vendor of any pistol or revolver shall keep a record of every pistol or revolver sold in a book kept for that purpose, which record shall be in such form as shall be prescribed by the superintendent of state police and shall include the date of the sale, the caliber, make, model and manufacturer's number of such pistol or revolver and the name, address and occupation of the purchaser thereof, which record shall be signed by the purchaser and by the person making the sale, each in the presence of the other, and shall be preserved by the vendor of such pistol or revolver for a period of at least six years.

**Permit to carry fire arms may be revoked.** SEC. 6. Any permit for the carrying of any pistol or revolver issued under the provisions of this act may be revoked by the authority issuing the same. The revocation of either of such permits shall be a revocation of the other and, upon the revocation of any permit, such permit shall be forthwith delivered to the authority issuing the same. Upon the revocation of any local permit, the authority issuing the same shall forthwith notify the superintendent of state police and upon the revocation of any permit issued by the superintendent of state police, said superintendent shall forthwith notify the authority issuing such local permit.

**Sale of pistols or revolvers to aliens restricted.** SEC. 7. No person, firm or corporation shall sell at retail, deliver or otherwise transfer any pistol or revolver to any alien, nor shall any person deliver any pistol or revolver at retail except upon written application therefor and no sale or delivery of any pistol or revolver shall be made upon the date of the filing or receipt of any written application for the purchase thereof, and when any pistol or revolver shall be delivered in connection with the sale or purchase, such pistol or revolver shall be enclosed in a package, the paper or wrapping of which shall be securely fastened, and no pistol or revolver when delivered on any sale or purchase shall be loaded or con-

tain therein any gunpowder or other explosive or any bullet, ball or shell.  Upon the delivery of any pistol or revolver the purchaser shall sign in triplicate a receipt for such pistol or revolver which shall contain the name, address and occupation of such purchaser, the date of sale, caliber, make, model and manufacturer's number and a general description thereof. One of such triplicate receipts shall, within twenty-four hours thereafter, be forwarded by the vendor of such pistol or revolver to the superintendent of state police and one to the authority issuing the permit for the sale of such pistol or revolver and the other shall be retained by such vendor for at least six years.

SEC. 8.   No person shall make any false statement or give any false information connected with any purchase, sale or delivery of any pistol or revolver, and no person shall sell, barter, hire, lend, give or deliver to any minor under the age of eighteen years any pistol or revolver.

*Giving of false information or the sale to persons under eighteen years of age prohibited.*

SEC. 9.   No person shall carry any pistol or revolver in or upon any vehicle or upon his person, except when such person shall be within his dwelling house or place of business, without a permit to carry the same issued as hereinbefore provided.

*Carrying of pistol or revolver without permits restricted.*

SEC. 10.   The provisions of section nine of this act shall not apply to the carrying of any pistol or revolver by any marshal, sheriff or peace officer, or to any soldier, sailor or marine in the service of the United States or this state when on duty or going to or from duty, or to any member of any military organization when on parade or when going to or from any place of assembly, or to the transportation of pistols or revolvers as merchandise, or to any person carrying any pistol or revolver while contained in the package in which it was originally wrapped at the time of sale and while carrying the same from the place of sale to the purchaser's residence or place of business, or to any person removing his household goods or effects from one place to another, or to any person while carrying any such pistol or revolver from his place of residence or business to a place or person where or by whom such pistol or revolver is to be repaired or while returning to his place of residence or business after the same shall have been repaired.

*When and by whom pistols and revolvers may be carried without securing a permit.*

SEC. 11.   No person shall change, alter, remove or obliterate the name of any maker or model or any maker's number or other mark of identification on any pistol or revolver.  The possession of any pistol or revolver upon which any identifying mark, number or name shall have been changed, altered, removed or obliterated shall be prima facie evidence that the person owning or in possession of such pistol or revolver has changed, altered, removed or obliterated the same.

*Tampering with identification mark of any pistol or revolver prohibited.*

Penalty.

SEC. 12.  Any person violating any provision of section nine or eleven of this act shall be fined not more than one thousand dollars or imprisoned not more than five years or both, and any person violating any other provision of this act shall be fined not more than five hundred dollars or imprisoned not more than three years or both, and any pistol or revolver found in the possession of any person in violation of any provision of this act shall be forfeited.

Repeal.

SEC. 13.  Section 2678 of the general statutes, chapter 206 of the public acts of 1919, chapter 127 of the public acts of 1921 and those portions of sections 6369, 6370, 6371 and 6372 of the general statutes which relate to pistols and revolvers are repealed.

Approved June 2, 1923.

SUBSTITUTE FOR SENATE BILL No. 227.

CHAPTER 253

AN ACT PROVIDING FOR THE LICENSING OF INSURANCE AGENTS.

*Be it enacted by the Senate and House of Representatives in General Assembly convened:*

Insurance agent defined.

SECTION 1.  An insurance agent is defined as a person authorized in writing, by any insurer authorized to transact business in the state, to solicit, negotiate or effect contracts of insurance, surety or indemnity; or any member of a copartnership or association, or any stockholder, officer or agent of a corporation authorized to solicit, negotiate or effect such contracts, when such copartnership, association or corporation shall hold a direct agency appointment from any insurer.

Agent to have license.

SEC. 2.  No person shall engage in business as an insurance agent until he shall have obtained from the insurance commissioner a license therefor under the provisions of this act.  Each applicant for such license shall file with the commissioner his written application for a license authorizing him

Form of application.

to engage in business as an agent in the general or some specified line or lines of insurance, surety or indemnity coverage, which, under the provisions of the general statutes, may be written in the state, which application shall be accompanied by a statement, signed and sworn to by such applicant, on a blank furnished by the commissioner, setting forth such facts as he may require, and by the affidavit of an official or representative of an insurer authorized to transact business in the state or of a licensed insurance agent of the state, that the applicant is personally known to him; that the applicant has experience, or will be instructed, in the general or some specified

# PERJURY

## CHAPTER 265.

(S. B. No. 232—Stevens.)

### OATH.

An Act to Amend and Re-enact Section 9367 of the Compiled Laws of North Dakota for the year 1913, Relating to the Prescribing of an Oath.

*Be It Enacted by the Legislative Assembly of the State of North Dakota:*

Sec. 1. AMENDMENT.)   That Section 9367 of the Compiled Laws of North Dakota for the year 1913 be amended and re-enacted to read as follows:

Sec. 9367.   OATH DEFINED.)   The term oath as used in Section 9366 of the Compiled Laws of 1913, includes an affirmation and every other mode of attesting the truth of that which is stated, which is authorized by law, and the signing of any writing purporting to be made under oath, in the presence of an officer authorized to administer oaths, or the acknowledgment of the signing thereof, to or before any such officer, or the presentation thereof to such officer by the person signing or by his direction to be authenticated as an oath, shall be deemed to be the taking of an oath within the meaning of said section and the certificate of the officer purporting to take such oath shall be prima facie evidence of the taking thereof.

Approved March 1st, 1923.

# PISTOLS AND REVOLVERS

## CHAPTER 266.

(S. B. No. 256—McLachlin.)

### PISTOLS AND REVOLVERS.

An Act To Control the Possession, sale, and use of pistols and revolvers, to provide penalties, and for other purposes.

*Be It Enacted by the Legislative Assembly of the State of North Dakota:*

Sec. 1. DEFINITION.)   "Pistol or revolver," as used in this Act, shall be contrued as meaning any firearm with barrel less than twelve inches in length.

Sec. 2. COMMITTING CRIME WHEN ARMED.) If any person shall commit or attempt to commit a crime when armed with a pistol or revolver, and having no permit to carry the same, he shall be in addition to the punishment provided for the crime, be punished by imprisonment for not less than ten years.

Sec. 3. PUNISHMENT.) The judge shall have the power to sentence any person who may be convicted for a second or third offense under section 2 of this Act, to double and triple the penalty imposed thereby, and for a fourth offense the person so convicted may be sentenced to life imprisonment.

Sec. 4. BEING ARMED PRIMA FACIE EVIDENCE OF INTENTION.) In the trial of a person for the commission of a felony or of an attempt to commit a felony against the person of another, the fact that he was armed with a pistol or revolver and having no permit to carry the same shall be prima facie evidence of his intention to commit said felony.

Sec. 5. ALIENS AND CRIMINALS MUST NOT POSSESS ARMS.) No unnaturalized foreign-born person and no person who has been convicted of a felony against the person or property of another or against the Government of the United States or of any State or subdivision thereof, shall own or have in his possession or under his control, a pistol or revolver. Violations of this section shall be punished by imprisonment for not to exceed five years.

Sec. 6. CARRYING PISTOL CONCEALED.) No person shall carry a pistol or revolver concealed in any vehicle or in any package, satchel, grip, suit case or carry in any way or upon his person, except in his dwelling house or place of business, without a license therefor as hereinafter provided. Violations of this section shall be punished by imprisonment for not less than one year, and upon conviction the pistol or revolver shall be confiscated and destroyed.

Sec. 7. EXCEPTIONS.) The provisions of the preceding section shall not apply to marshals, sheriffs, policemen, or other duly appointed peace officers, nor to the regular and ordinary transportation of pistols or revolvers as merchandise, nor to members of the Army, Navy or Marine Corps of the United States, or the National Guard, when on duty, or organizations by law authorized to purchase or receive such weapons from the United States, or this State, nor to duly authorized military or civil organizations when parading, nor to the members thereof when at or going to or from their customary places of assembly.

Sec. 8. ISSUE OF LICENSES TO CARRY.) The justice of a court of record, the chief of police of a city or town and the sheriff of a county, or persons authorized by any of them

shall upon the application of any persons having a bona fide residence or place of business within the jurisdiction of said licensing authority, or of any person having a bona fide residence or place of business within the United States and a license to carry a fire arm concealed upon his person issued by the authorities of any State or sub-division of the United States, issue a license to such person to carry a pistol or revolver within this State for not more than one year from date of issue, if it appears that the applicant has good reason to fear an injury to his person or property or for any other proper purpose, and that he is a suitable person to be so licensed. The license shall be in triplicate, in form to be prescribed by the Secretary of State, and shall bear the name, address, description, and signature of the licensee and the reason given for desiring a license. The original thereof shall be delivered to the licensee, the duplicate shall within seven days be sent by registered mail to the Secretary of State, and the triplicate shall be preserved for six years by the authority issuing said license.

Sec. 9.  SELLING TO MINORS.)   Any person or persons who shall sell, barter, hire, lend or give to any minor under the age of eighteen years any pistol or revolver shall be deemed guilty of a misdemeanor, and shall upon conviction thereof be fined not less than $100, nor more than $1,000, or be imprisoned not less than three months, nor more than one year, or both.

Sec. 10.  SALES REGULATED.)   No person shall sell, deliver, or otherwise transfer a pistol or revolver to a person who has reasonable cause to believe either is an unnaturalized foreign born person or has been convicted of a felony against the person or property of another, or against the Government of the United States or any State or subdivision thereof, nor in any event shall he deliver a pistol or revolver on the day of the application for the purchase thereof, and when delivered, said pistol or revolver shall be securely wrapped and shall be unloaded.   Before a delivery be made the purchaser shall sign in triplicate and deliver to the seller a statement containing his full name, address, occupation, and nationality, the date of sale, the caliber, make, model, and manufacturer's number of the weapon.   The seller shall, within seven days, sign and forward by registered mail one copy thereof to the Secretary of State, and one copy thereof to the chief of police of the city or town, or the sheriff of the county of which the seller is a resident, and shall retain the other copy for six years.   This section shall not apply to sales at wholesale.   Where neither party to the transaction holds a dealer's license, no person shall sell or otherwise transfer a pistol or revolver to any person not personally known to him.   Violations of this section shall be punished by a fine of not less than $100 or by

imprisonment for not less than one year, or by both such fine and imprisonment.

Sec. 11. DEALERS TO BE LICENSED.)  Whoever, without being licensed as hereinafter provided, sells, or otherwise transfers, advertises, or exposes for sale, or transfers or has in his possession with intent to sell, or otherwise transfer, pistols or revolvers, shall be punished by imprisonment for not less than two years.

Sec. 12. DEALERS' LICENSES: BY WHOM GRANTED, AND CONDITIONS THEREOF.)  The duly constituted licensing authorities of any city, town or subdivision of this state, may grant licenses in form prescribed by the Secretary of State, effective for not more than one year from date of issue, permitting the licensee to sell at retail within the said city or town or political subdivision, pistols and revolvers, subject to the following conditions, for breach of any of which the license shall be subject to forfeiture:

1.  The business shall be carried on only in the building designated in the license.

2.  The license or a copy thereof, certified by the issuing authority, shall be displayed on the premises where it can easily be read.

3.  No pistol or revolver shall be delivered—
    (a)  On the day of the application for the purchase, and when delivered shall be unloaded and securely wrapped; nor
    (b)  Unless the purchaser either is personally known to the seller or shall present clear evidence of his identity; nor
    (c)  If the seller has reasonable cause to believe that the purchaser either is an unnaturalized foreign born person or has been convicted of a felony against the person or property of another, or against the Government of the United States or any State or subdivision thereof.

4.  A true record, in triplicate, shall be made of every pistol or revolver sold, said record to be made in a book kept for the purpose, the form of which may be prescribed by the Secretary of State, and shall be personally signed by the purchaser and by the person affecting the sale, each in the presence of the other, and shall include the date of sale, the caliber, make, model, and manufacturer's number of the weapon, the name, address, occupation, and nationality of the purchaser.  One copy of said record shall, within seven days, be forwarded by registered mail to the Secretary of State and one copy thereof to the chief of police of the city or town or the sheriff of the county of which the seller is a resident, and the other copy retained for six years.

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 173 of 256

5.   No pistol or revolver, or imitation thereof, or placard advertising the sale or other transfer thereof, shall be displayed in any part of said premises where it can readily be seen from the outside.

Sec. 13.   PENALTY FOR FALSE INFORMATION.)   If any person in purchasing or otherwise securing delivery of a pistol or revolver or in applying for a permit to carry the same, shall give false information or offer false evidence of his identity he shall be punished by imprisonment for not less than five nor more than ten years.

Sec. 14.   ALTERATION OF IDENTIFYING MARKS PROHIBITED.) No person shall change, alter, remove, or obliterate the name of the maker, model, manufacturer's number, or other mark of identification on any pistol or revolver.   Possession of any such firearm upon which the same shall have been changed, altered, removed, or obliterated, shall be presumptive evidence that such possessor has changed, altered, removed, or obliterated the same. Violations of this section shall be punished by imprisonment for not less than one year nor more than five years.

Sec. 15.   EXISTING LICENSES REVOKED.)   All Licenses heretofore issued within this State permitting the carrying of pistols or revolvers concealed upon the person shall expire at midnight of June 30th, 1923.

Sec. 16.   EXCEPTIONS.)   This Act shall not apply to antique pistols or revolvers incapable of use as such.

Sec. 17.   CERTAIN ACTS REPEALED.)   All laws or parts of laws inconsistent herewith are hereby repealed.

Approved March 7th, 1923.

# PLEDGE

## CHAPTER 267.

(H. B. No. 177—Cole.)

### SALE OF PROPERTY PLEDGED.

An Act to Amend and Re-enact Section 6790 of the Compiled Laws of North Dakota for 1913.

*Be It Enacted by the Legislative Assembly of the State of North Dakota:*

Sec. 1.   AMENDMENT.)   Section 6790 of the Compiled Laws of the State of North Dakota for 1913 is amended and re-enacted to read as follows:

## CHAPTER 118.

AN ACT TO CONTROL THE POSSESSION, SALE, AND USE OF PISTOLS
AND REVOLVERS.

SECTION
1. Definition of pistol or revolver.
2. Commission of crime by one armed with pistol and unlicensed, how punished.
3. What persons forbidden to carry pistols or revolvers; penalty for violation.
4. Carrying concealed weapon without license; penalty for violation.
5. Persons exempt from application of preceding section.
6. License to carry loaded weapon, to whom and by whom to be granted.
7. Sales, etc., of weapons to minors, how punished; exemption.
8. Sale, etc., to unnaturalized foreign-born persons, etc., or to a felon, prohibited except upon permit.

SECTION
9. Selling, etc., of weapons without license, how punished.
10. Licenses to sell, how granted; record of sales to be kept.
11. Purchasing weapon by false information or evidence, how punished.
12. Removing maker's name from weapon, or other mark of identification, how punished.
13. Existing licenses to expire July 31, 1923.
14. Antique weapons not included in act.
15. Repealing clause; takes effect on passage.

*Be it enacted by the Senate and House of Representatives in
General Court convened:*

**Definition of pistol or revolver.** SECTION 1. Pistol or revolver, as used in this act shall be construed as meaning any firearm with a barrel less than twelve inches in length.

**Commission of crime by one armed with pistol and unlicensed, how punished.** SECT. 2. If any person shall commit or attempt to commit a crime when armed with a pistol or revolver, and having no permit to carry the same, he shall in addition to the punishment provided for the crime, be punished by imprisonment for not more than five years.

**What persons forbidden to carry pistols or revolvers; penalty for violation.** SECT. 3. No unnaturalized foreign-born person and no person who has been convicted of a felony against the person or property of another shall own or have in his possession or under his control a pistol or revolver, except as hereinafter provided. Violations of this section shall be punished by imprisonment for not more than two years and upon conviction the pistol or revolver shall be confiscated and destroyed.

**Carrying concealed weapon without license; penalty for violation.** SECT. 4. No person shall carry a pistol or revolver concealed in any vehicle or upon his person, except in his dwelling house or place of business, without a license therefor as hereinafter provided. Violations of this section shall be punished by a fine of not more than one hundred dollars or by imprisonment not exceeding one year or by both fine and imprisonment.

**Persons exempt from application of preceding section.** SECT. 5. The provisions of the preceding sections shall not apply to marshals, sheriffs, policemen, or other duly appointed peace and other law enforcement officers, nor to the regular and ordinary trans-

portation of pistols or revolvers as merchandise, nor to members of the army, navy, or marine corps of the United States, nor to the national guard when on duty, nor to organizations by law authorized to purchase or receive such weapons, nor to duly authorized military or civil organizations when parading, or the members thereof when at or going to or from their customary places of assembly.

SECT. 6.  The selectmen of towns or the mayor or chief of police of cities may, upon application of any person issue a license to such person to carry a loaded pistol or revolver in this state, for not more than one year from date of issue, if it appears that the applicant has good reason to fear an injury to his person or property or for any other proper purpose, and that he is a suitable person to be licensed.  The license shall be in duplicate and shall bear the name, address, description, and signature of the licensee. The original thereof shall be delivered to the licensee, the duplicate shall be preserved by the selectmen of towns and the chief of police of the cities wherein issued for a period of one year. *License to carry loaded weapon, to whom and by whom to be granted.*

SECT. 7.  Any person or persons who shall sell, barter, hire, lend or give to any minor under the age of twenty-one years any pistol or revolver shall be deemed guilty of a misdemeanor and shall upon conviction thereof be fined not more than one hundred dollars or be imprisoned not more than three months, or both. This section shall not apply to fathers, mothers, guardians, administrators, or executors who give to their children, wards, or heirs to an estate, a revolver. *Sales, etc., of weapons to minors, how punished; exemption.*

SECT. 8.  No person shall sell, deliver, or otherwise transfer a pistol or revolver to a person who is an unnaturalized foreign-born person or has been convicted of a felony against the person or property of another, except upon delivery of a written permit to purchase, signed by the selectmen of the town or the mayor or chief of police of the city. Before a delivery be made the purchaser shall sign in duplicate and deliver to the seller a statement containing his full name, address, and nationality, the date of sale, the caliber, make, model, and manufacturer's number of the weapon. The seller shall, within seven days, sign and forward to the chief of police of the city or selectmen of the town one copy thereof and shall retain the other copy for one year.  This section shall not apply to sales at wholesale.  Where neither party to the transaction holds a dealer's license, no person shall sell or otherwise transfer a pistol or revolver to any person not personally known to him. Violations of this section shall be punished by a fine of not more than one hundred dollars or by imprisonment for not more than one year, or by both such fine and imprisonment. *Sale, etc., to unnaturalized foreign-born persons, etc., or to a felon, prohibited except upon permit.*

SECT. 9.  Whoever, without being licensed as hereinafter provided, sells, advertises, or exposes for sale, or has in his possession *Selling, etc., of weapons without license, how punished.*

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 176 of 256

with intent to sell, pistols or revolvers, shall be punished by imprisonment for not more than two years.

*Licenses to sell, how granted; record of sales to be kept.*

SECT. 10.   The selectmen of towns and the chief of police of cities may grant licenses, the form of which shall be prescribed by the secretary of state, effective for not more than one year from date of issue, permitting the licensee to sell at retail pistols and revolvers subject to the following conditions, for breach of any of which the license shall be subject to forfeiture:

1. The business shall be carried on only in the building designated in the license.

2. The license or a copy thereof, certified by the issuing authority, shall be displayed on the premises where it can easily be read.

3. No pistol or revolver shall be delivered (a) to a purchaser not personally known to the seller or who does not present clear evidence of his identity; nor (b) to an unnaturalized foreign-born person or a person who has been convicted of a felony and has no permit as required by section 8 of this act.

A true record, in duplicate, shall be made of every pistol or revolver sold, said record to be made in a book kept for the purpose, the form of which shall be prescribed by the secretary of state and shall be signed by the purchaser and by the person effecting the sale, and shall include the date of sale, the caliber, make, model, and manufacturer's number of the weapon, the name, address, and nationality of the purchaser. One copy of said record shall, within seven days, be forwarded to the selectmen of the town or the chief of police of the city and the other copy retained for one year.

*Purchasing weapon by false information or evidence. how punished.*

SECT. 11.   If any person in purchasing or otherwise securing delivery of a pistol or revolver shall give false information or offer false evidence of his identity he shall be punished by imprisonment for not more than two years.

*Removing maker's name from weapon, or other mark of identification, how punished.*

SECT. 12.   No person shall change, alter, remove, or obliterate the name of the maker, model, manufacturer's number, or other mark of identification on any pistol or revolver. Possession of any such firearms upon which the same shall have been changed, altered, removed, or obliterated, shall be presumptive evidence that such possessor has changed, altered, removed or obliterated the same. Violations of this section shall be punished by a fine of not more than two hundred dollars or by imprisonment for not more than one year, or both.

*Existing licenses to expire July 31, 1923.*

SECT. 13.   All licenses heretofore issued within the state permitting the carrying of pistols or revolvers upon the person shall expire at midnight of July 31, 1923.

*Antique weapons not included in act.*

SECT. 14.   This act shall not apply to antique pistols or revolvers incapable of use as such.

SECT. 15.  All acts and parts of acts inconsistent herewith are <span>Repealing clause; takes effect on passage.</span> hereby repealed, and this act shall take effect upon its passage.

[Approved May 4, 1923.]

———————

# CHAPTER 119.

AN ACT TO PROHIBIT THE SALE AND MANUFACTURE OF INFLAMMABLE STOVE POLISHES.

SECTION
1.  Manufacture or sale of certain inflammable stove polishes forbidden.

SECTION
2.  Penalty for violation.
3.  Repealing clause; takes effect on passage.

*Be it enacted by the Senate and House of Representatives in General Court convened:*

SECTION 1.  It shall be unlawful to manufacture for sale, keep for <span>Manufacture or sale of certain inflammable stove polishes forbidden.</span> sale, or sell for domestic use, any articles or compounds designed or intended as stove polish, which flash at a temperature below one hundred and twenty degrees Fahrenheit, open cup test.  The selling or having for sale of such compounds by retail stores shall be deemed as presumptive evidence of their being intended for domestic use.

SECT. 2.  Any violation of this act shall be punished by a fine <span>Penalty for violation.</span> not exceeding one hundred dollars ($100) or by imprisonment not exceeding six months or both.

SECT. 3.  So much of chapter 101, Laws of 1921, as is incon- <span>Repealing clause; takes effect on passage.</span> sistent herewith and all other acts and parts of acts inconsistent herewith are hereby repealed and this act shall take effect upon its passage.

[Approved May 4, 1923.]

laying out, opening, changing or vacating of any street, alley, or public place in any city are hereby extended and shall apply to all proceedings had under the provisions of section 1 of this act, including the ascertainment, award and payment of damages to, and the fixing, assessment and collection of assessments from, the owners of property beneficially or injuriously affected by such proceeding.

---

## CHAPTER 207.

AN ACT to regulate and control the possession, sale, and use of pistols and revolvers in the State of Indiana, to provide penalties, and for other purposes.

[S. 55.   Approved March 12, 1925.]

### Pistols and Revolvers Defined.

SECTION 1. *Be it enacted by the general assembly of the State of Indiana,* That the term "pistol or revolver," as used in this act, shall be construed as meaning any firearm with a barrel less than twelve inches in length.

### Crime—Committing When Armed With Pistol or Revolver.

SEC. 2. If any person shall, within the State of Indiana, commit or attempt to commit a crime, when armed with a pistol or revolver, and having no permit to carry the same, he shall, in addition to the punishment provided for the crime, be guilty of a felony and shall be punished by imprisonment for not less than one year and not more than five years.

### Subsequent Offenses.

SEC. 3. The judge shall have the power to sentence any person who may be convicted for a second or third, or other subsequent offense under section 2 of this act, to double or triple the penalty imposed thereby.

### Felony—Conviction For—Prohibited From Possessing Pistol.

SEC. 4. No person who has been convicted of a felony committed against the person or property of another shall own or have in his possession or under his control, within the State of Indiana, a pistol or revolver. A violation

Add. 176

of this section shall constitute a felony and be punishable by imprisonment for not less than one year, and not more than five years.

### Pistol or Revolver—Possession Without Permit.

SEC. 5.  No person shall carry, within the State of Indiana, a pistol or revolver concealed in any vehicle or upon his person, except in his dwelling house or place of business, without a permit therefor as hereinafter provided. Violations of this section shall constitute a misdemeanor and be punished by a fine of one hundred dollars ($100.00), to which may be added imprisonment for not more than one year, and upon conviction the pistol or revolver shall be confiscated and destroyed by the sheriff on order of the court.

### Persons Exempt From Act.

SEC. 6.  The provisions of the preceding section shall not apply to marshals, sheriffs, deputy sheriffs, policemen or any other duly appointed peace officers, nor the pistols or revolvers of any bank, trust company, or common carriers, or to the officers or employes of any bank, trust company, or common carriers, while such officers or employes are guarding money or valuables within the line of their duties as such employes, nor to the regular and ordinary transportation of pistols or revolvers as merchandise, nor to members of the army, navy, or marine corps or the mail service of the United States, or the national guard, when on duty, or organizations by law authorized to purchase or receive such weapons from the United States, or the State of Indiana, nor to duly authorized military or civil organizations when parading, nor to the members thereof when at or going to or from their customary places of assembly.

### Permits—Clerk of Circuit Court—Application—Form—Fee.

SEC. 7.  The clerk of any circuit court of the State of Indiana, shall, upon application of any citizen having a bona fide residence or place of business within the State of Indiana, or of any person having a bona fide residence or place of business within the United States, and a permit

to carry a firearm concealed upon his person issued by the authorities of any other state or subdivision of the United States, issue a permit to such citizen to carry a pistol or revolver within the State of Indiana, during the period of one year or until revoked, as herein provided. Such application for permit shall be signed by two resident householders and freeholders of the county in which the applicant lives, and it shall appear from such application that the applicant is a suitable person to be granted a permit under the law. The permit shall be in duplicate, in form to be prescribed by the adjutant general of the State of Indiana, and shall bear the name, address, description and signature of the applicant and reason given for desiring a permit. The original thereof shall be delivered to the applicant, the duplicate shall be preserved for six years by the clerk of the circuit court issuing the same. For each permit so issued, the applicant shall pay the sum of one dollar ($1.00).

### Minors—Sale of Pistols or Revolvers to Prohibited.

SEC. 8. Any person or persons who shall, within the State of Indiana, sell, barter, hire, lend, or give to any minor under the age of twenty-one years, any pistol or revolver shall be deemed guilty of a misdemeanor and shall upon conviction thereof be fined not more than one hundred dollars ($100.00), or be imprisoned for not more than three months, or both, except for uses as hereinbefore provided.

### Sale of Pistols and Revolvers—Record—Penalty.

SEC. 9. No person shall within the State of Indiana sell, deliver or otherwise transfer a pistol or revolver to a person who he has reasonable cause to believe either is not a citizen or has been convicted of a felony against the person or property of another, nor in any event shall he deliver a pistol or revolver on the day of the application for the purchase thereof, and when delivered said pistol or revolver shall be securely wrapped and shall be unloaded. Before a delivery be made, the purchaser or his duly authorized agent and the seller or his duly authorized agent shall in the presence of each other sign in duplicate a statement containing the purchaser's full name, age, ad-

32—80944

dress, place of birth, and nationality, the date of sale, the caliber, make, model, and manufacturer's number of the weapon.  The seller shall, within seven days, forward by registered mail, to the clerk of the circuit court of the county in which the seller resides, one copy thereof and shall retain the other copy for six years.  This section shall not apply to sales at wholesale.  Where neither party to the transaction holds a dealer's license, no person shall sell or otherwise transfer a pistol or revolver to any person not personally known to him.  Violations of this section shall constitute a misdemeanor and shall be punished by a fine of not less than one hundred dollars ($100.00), or by imprisonment for not more than one year, or by both such fine and imprisonment.

### Pistols and Revolvers—Sale Without License.

SEC. 10.  Whoever, within the State of Indiana, without being licensed as hereinafter provided, sells, delivers, transfers, advertises, or exposes for sale, or has in his possession with intent to sell, pistols or revolvers, shall be deemed guilty of a felony and upon conviction thereof shall be punished by imprisonment for not less than one year nor more than two years.

### Dealers' Licenses—Conditions on Which Sold—Record—Advertisement.

SEC. 11.  The clerk of the circuit court of any county may grant licenses, to any reputable, established dealer, on forms to be prescribed by the adjutant general, permitting the licensee to sell at retail within the State of Indiana pistols and revolvers, subject to the following conditions, for breach of any of which the license shall be subject to forfeiture:

1.  The business shall be carried on only in the building designated in the license.

2.  The license or a copy thereof, certified by the issuing authority, shall be displayed on the premises where it can easily be read.

3.  No pistol or revolver shall be delivered:

(a) On the day of the application for the purchase, and when delivered shall be unloaded and securely wrapped; nor,

(b) Unless the purchaser either is personally known to the seller or shall present clear evidence of his identity; nor,

(c) If the seller has reasonable cause to believe that the purchaser is an unnaturalized foreign-born person or has been convicted of a felony against the person or property of another.

4.   A true record, in duplicate, shall be made of every pistol or revolver sold, said record to be made in a book kept for the purpose, the form of which shall be prescribed by the adjutant general and shall be signed by the purchaser and by the person effecting the sale, and in the presence of each other, and shall include the date of sale, the caliber, make, model, and manufacturer's number of the weapon, the name, address, age, place of birth, nationality of the purchaser.   One copy of said record shall, within seven days, be forwarded by registered mail to the clerk of the circuit court of the county in which the seller resides, and the other copy shall be retained by the seller for six years.

5.   No pistol or revolver, or placard advertising the sale thereof, or imitation thereof, shall be displayed in any part of said premises where it can readily be seen from the outside.

## False Information.

SEC. 12.   If any person in purchasing or otherwise securing delivery of a pistol or revolver or applying for a permit to carry same within the State of Indiana shall give false information or offer false evidence of his identity he shall be deemed guilty of a felony and upon conviction shall be punished by imprisonment for not less than one year nor more than five years.

## Obliteration of Make, Model, Number—Penalty.

SEC. 13.   No person shall within the State of Indiana, change, alter, remove, or obliterate the name of the maker, model, manufacturer's number, or other mark of identification on any pistol or revolver.   Possession of any such firearms upon which the same shall have been changed, altered, removed, or obliterated, shall be prima facie evidence that such possessor has changed, altered, removed,

or obliterated the same.  Violations of this section shall be a misdemeanor and shall be punished by imprisonment for not less than six months nor more than one year.

### Felony—Possession of Revolver Prima Facie Evidence.

SEC. 14.  In the trial of a person charged with committing or attempting to commit a felony against the person or property of another while armed with a pistol or revolver, without having a permit to carry such firearm as hereinbefore provided, the fact that such person was so armed shall be prima facie evidence of his intent to commit such felony.

### Weapons Exempt.

SEC. 15.  This act shall not apply to antique pistols or revolvers incapable of use as a deadly weapon.

### Prior Licenses.

SEC. 16.  Any or all licenses heretofore issued to carry or possess revolver or pistol shall be revoked and rendered null and void on and after thirty days from the taking effect of this act.

### Revocation of License.

SEC. 17.  Hereafter in any court of record upon trial of any person for a penal offense, and upon a showing that such person is not a fit person to carry concealed weapons, the court may enter an order revoking such person's license to carry concealed weapons and such fact shall be communicated to the public officer issuing the same.

### Licensed Dealers—Statement—Penalty.

SEC. 17½.  It shall be unlawful from and after the taking effect of this act, for any person, firm or corporation to receive or have in his or its possession within the State of Indiana any pistol or revolver purchased or acquired after the taking effect of this act, except a licensed dealer, who shall not have signed and forwarded to the clerk of the county in which he resides the statements provided for in section 9 of this act, before or at the time of taking possession of such pistol or revolver.  Whoever shall violate the provisions of this section of this act shall be

deemed guilty of a misdemeanor and shall upon conviction thereof be fined not more than $100, to which may be added imprisonment for not more than sixty days.

## Repeal.

SEC. 18.  All laws and parts of laws in conflict herewith are hereby repealed.

## Unconstitutional Provisions.

SEC. 19.  If any provision or section of this act shall be held void or unconstitutional, all other provisions and all other sections of this act, which are not expressly held to be void or unconstitutional, shall remain in full force and effect.

---

## CHAPTER 208.

AN ACT fixing the terms of the circuit court, in the forty-ninth judicial circuit, composed of the counties of Daviess and Martin, and repealing all laws in conflict therewith, and declaring an emergency.

[S. 173.  Approved March 12, 1925.]

## Daviess and Martin Counties—Terms of Court.

SECTION 1.  *Be it enacted by the general assembly of the State of Indiana,* That there shall be four terms each year of the circuit court in each of the counties of Daviess and Martin, comprising the forty-ninth judicial circuit.  The terms in the county of Martin shall begin on the first Monday in January, the fourth Monday in March, the first Monday in August, and the fourth Monday in October of each year, and the terms beginning on the first Monday of January, and the fourth Monday of March, shall continue for four weeks each, and the terms beginning on the first Monday of August, and the fourth Monday of October, shall continue for three weeks each.

The terms in the county of Daviess shall begin on the first Monday of February, the fourth Monday of April, the first Monday of September, and the third Monday of November, and the terms beginning on the first Monday of February, and the first Monday of September, shall continue for six weeks, and the terms beginning on the fourth Monday of April and the third Monday of Novem-

[No. 313.]

AN ACT to regulate the possession and sale of pistols, revolvers and guns; to provide a method of licensing those carrying such weapons concealed; and to provide penalties for violations of such regulations.

*The People of the State of Michigan enact:*

SECTION 1.  A pistol, revolver or gun as used in this act shall be construed to mean any pistol, revolver or gun not exceeding thirty inches in length that can be concealed on or about the person. *Pistol, etc., defined.*

SEC. 2.  Any person who shall commit or attempt to commit a felony when armed with a pistol, revolver or gun, as defined in section one, shall, in addition to the punishment provided for committing the crime, be punished by imprisonment for not less than two nor more than five years within the discretion of the court. *Felony, penalty for.*

SEC. 3.  The court shall have power to sentence any person who may be convicted of a second offense to double the additional penalty imposed under section two hereof for carrying such concealed weapon without a license. *Second offense.*

SEC. 4.  In the trial of a person for the commission of murder, assault with intent to do great bodily harm, robbery, larceny, or of an attempt to commit any of such offenses, the fact that he was armed with a pistol, revolver or gun as herein defined and had no permit to carry the same, shall be prima facie evidence of his intention to commit the crime with which he is charged.  If any peace officer shall arrest a person on suspicion and with probable cause and without a warrant, for carrying concealed weapons, as herein provided, without a license therefor, and the arrest was in other respects legal and such person was actually in possession of a concealed weapon without a license to carry the same, it shall be presumed that the officer making the arrest had reasonable cause to believe that the alleged offense was being committed. *What deemed prima facie evidence.*

SEC. 5.  No person shall carry a pistol, revolver or gun concealed on or about his person or in any vehicle owned or operated by him, except in his dwelling house, place of business or on his premises, without a license therefor, as hereinafter provided.  The provisions of this section, however, shall not apply to the regular and ordinary transportation of pistols, revolvers or guns as merchandise, or to any member of the army, navy or marine corps of the United States, or to the national guard when on duty, or organizations by law authorized to purchase or receive such weapons from the United States or from this state, nor to duly authorized military organizations when on duty, nor to the members thereof when going to or returning from their customary places of assembly, nor to wholesale or retail dealers therein, nor to peace officers of the state. *Pistol, etc., when unlawful to carry.*

474                    PUBLIC ACTS, 1925—No. 313

SEC. 6. The prosecuting attorney, sheriff and chief of police of any city or incorporated village in which an applicant for a license to carry a concealed weapon, as herein defined, resides, shall constitute a licensing board for applicants living in cities and incorporated villages of each county. The prosecuting attorney and sheriff shall constitute a board to act upon applications for such a license by applicants not residing in a city or incorporated village in such county. The county clerk of each county shall be clerk of such board. The board as herein constituted may issue a permit to carry concealed, a revolver or gun within the state, to such person residing within the jurisdiction of the licensing board, if it appears that the applicant is a suitable person to be granted a license and there is reasonable cause therefor. The license so issued shall state the reason for granting the same and the length of time for which granted. Such license shall be void when the reason for granting it ceases to exist. A license may also be issued, as herein provided, to any person having a bona fide residence or place of business within the United States, and holding a license to carry the weapons herein mentioned concealed upon his person, issued by the authorities of the United States. The license herein mentioned shall be in a form prescribed by the secretary of state and shall be in triplicate. It shall give the name, address and description of the licensee and the reason for granting a license. Each of said copies shall be signed by the licensee. The original shall be delivered to such licensee; one copy shall be mailed by registered letter within thirty days to the secretary of state and the other copy shall be preserved by the person issuing the license.

SEC. 7. No person shall deliver or otherwise transfer a pistol, revolver or gun, as defined in this act, to a person, unless it be securely wrapped and unloaded. Before the same is delivered to the purchaser, he shall sign in triplicate and deliver to the seller a statement containing his full name, address, occupation, nationality, the date of sale, the caliber, make, model and manufacturer's number of the weapon. The seller shall, within thirty days thereafter, sign and mail by registered letter one copy thereof to the secretary of state, one copy to the chief of police of the city or village in which the same was sold or to the sheriff of the county of which the seller is a resident and shall retain the other copy. This section shall not apply to sales at wholesale. Any person convicted of wilfully violating the provisions of this section shall be punished by a fine of not less than one hundred dollars or by imprisonment for not more than one year or by both such fine and imprisonment, in the discretion of the magistrate.

SEC. 8. No person, firm or corporation shall hereafter sell or otherwise transfer a pistol, revolver or gun without having obtained a dealer's license therefor. The duly constituted licensing authorities herein mentioned may grant licenses on a form prescribed by the secretary of state, effective for not

more than one year from the date thereof permitting the licensee to sell at retail the firearms herein mentioned, subject to the following conditions:

**Conditions.**

1. The business shall be conducted only in the building occupied by the licensed dealer.

2. The license or a copy thereof certified by the issuing authority shall be displayed on the premises where it can be readily seen.

3. A true record in triplicate shall be made of every pistol, revolver or gun, as defined in this act, sold, said record to be made in a book kept for the purpose, the form of which shall be prescribed by the secretary of state as hereinbefore provided. The form shall show the date of sale, the caliber, make, model and manufacturer's number of the weapon and the name, address, occupation and nationality of the purchaser.

SEC. 9. If any person in purchasing or otherwise securing delivery of a pistol, revolver, or gun, as defined in this act, or in applying for a permit to carry the same, shall give any false information or offer false evidence of his identity, he shall be subject to the penalty hereinafter provided.

**False information.**

SEC. 10. No person shall deliberately change, alter, remove or obliterate the name of the maker, model, manufacturer's number or other mark of identity of any pistol, revolver or gun. Possession of any such firearm upon which the name or number shall have been deliberately changed, altered, removed or obliterated shall be presumptive evidence that such possessor has changed, altered, removed or obliterated the same.

**Not to change, etc., name of maker, etc.**

SEC. 11. On or before the first day of July, nineteen hundred twenty-five, any person within this state who owns or has in his possession, a pistol, revolver or gun, as herein described, and which have not been by that time legally registered, shall register the same in the office of the sheriff of the county or the chief of police of the city or village in which such person resides. A certificate of registration shall be issued in triplicate and on a form to be prescribed by the secretary of state, containing the name, address, description and signature of the person registering the same, together with a full description of such firearm. The original shall be delivered to the person registering the same, one copy thereof shall be mailed to the secretary of state by registered letter within thirty days from the date of said registration, and the other copy thereof shall be retained and filed in the office of said sheriff or chief of police. The provisions of this section shall not apply to wholesale or retail dealers or to persons having in their possession pistols, revolvers or guns used solely for the purposes of display as relics, souvenirs or curios and kept as a collection of such.

**Registration.**

**Certificate, what to contain, etc.**

SEC. 12. All licenses heretofore issued within the state, permitting a person to carry a pistol, revolver or gun, as defined in this act, concealed upon his person, shall expire at midnight, December thirty-first, nineteen hundred twenty-six.

**When license to expire.**

**Revocation.**     Sec. 13. Any officer issuing a license under the provisions of this act may revoke the same upon receiving a certificate of any magistrate showing that such licensee has been convicted of violating any of the provisions of this act. Such license may also be revoked by the official issuing the same whenever in his judgment the holder thereof has violated any of the provisions of this act or is an unfit person to carry a concealed weapon as mentioned herein. Such official shall

**Hearing.**     not revoke a license as herein mentioned, except after a hearing of which reasonable notice shall be given to the licensee either personally or by registered mail to the last known residence of the licensee. No such license shall be revoked except upon the written complaint of a peace officer or person living within the jurisdiction of the licensing official. Such complaint shall be addressed to the licensing official and shall set forth the reasons for requesting that the license be revoked.

**When inapplicable.**     Sec. 14. This shall not apply to antique pistols, revolvers or guns.

**Penalty for violation.**     Sec. 15. Any person convicted of a violation of this act for which a penalty is not provided shall be punished by a fine of not more than five hundred dollars, or by imprisonment in the state prison for a period of not more than three years, or by both such fine and imprisonment, in the discretion of the court.

**Saving clause.**     Sec. 16. This act is declared to be severable and if any section or part of a section shall be held to be unconstitutional, the validity of the balance of the act shall not be affected thereby.

Approved May 26, 1925.

---

## [No. 314.]

AN ACT to amend section one of act number thirty-two of the public acts of eighteen hundred seventy-three, entitled "An act to extend aid to the university of Michigan and to repeal an act entitled 'An act to extend aid to the university of Michigan.' approved March fifteen, eighteen hundred sixty-seven, being sections three thousand five hundred six and three thousand five hundred seven of the compiled laws of eighteen hundred seventy-one," being section one thousand one hundred eighty-three of the compiled laws of nineteen hundred fifteen, as amended by act number two hundred fifty-two of the public acts of the state of Michigan for the year nineteen hundred twenty-three.

*The People of the State of Michigan enact:*

**Section amended.**     Section 1. Section one of act number thirty-two of the public acts of eighteen hundred seventy-three, entitled "An act to

Add. 186

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 189 of 256

9. County school superintendent, $1,500. The county school superintendent shall be allowed a deputy or clerk whose salary shall be determined by the county court; all claims of deputy for salary or services must be approved by the county school superintendent *[and the same shall be audited by the county court and paid as other claims against the county are paid. The county school superintendent] shall be allowed such sum as the county court may deem necessary for traveling expenses incurred in the discharge of his duties, which claims shall be audited and paid by the county court out of the general fund of the county.

Approved by the governor February 26, 1925.
Filed in the office of the secretary of state February 26, 1925.

---

## CHAPTER 260

---

## AN ACT

[H. B. 452]

To control the possession, sale and use of pistols and revolvers, to provide penalties.

*Be It Enacted by the People of the State of Oregon:*

Section 1. On and after the date upon which this act takes effect, any person who within the state of Oregon manufactures or causes to be manufactured or who imports into the state of Oregon or who keeps for sale or offers or exposes for sale or who gives, lends or possesses a pistol or revolver otherwise than in accordance with the provisions of this act shall be guilty of a felony, and, upon conviction thereof, shall be punishable by imprisonment in the state penitentiary for not more than five years.

Section 2. On and after the date upon which this act takes effect no unnaturalized foreign-born person and no person who has been convicted of a felony against the person or property of another or against the government of the United States or of the state of Oregon or of any political subdivision thereof shall own or have in his possession or under his custody or control any pistol, revolver or other firearm capable of being concealed upon the person. The terms "pistol," "revolver," and "firearms capable of being concealed upon the person," as used in this act, shall be construed to apply to and include all firearms having a barrel less than twelve inches in length. Any person who shall violate the provisions of this section shall be guilty of a felony, and, upon conviction thereof, be punishable by imprisonment in the state penitentiary for not less than one year nor for more than five years.

---

* The phrase inserted in brackets appears in the original and engrossed bills, but was not incorporated in the enrolled act.

Add. 187

Section 3.  If any person shall commit or attempt to commit any felony within this state while armed with any of the weapons mentioned in section 1 hereof or while armed with any pistol, revolver or other firearm capable of being concealed upon the person, without having a license or permit to carry such firearm, as hereinafter provided, upon conviction of such felony or of an attempt to commit such felony, he shall, in addition to the punishment prescribed for the crime of which he has been convicted, be punishable by imprisonment in the state penitentiary for not less than five nor for more than ten years.  Such additional period of imprisonment shall commence upon the expiration or other termination of the sentence imposed for the crime of which he stands convicted and shall not run concurrently with such sentence. Upon a second conviction under like circumstances such additional period of imprisonment shall be for not less than ten years nor for more than fifteen years, and upon a third conviction under like circumstances such additional period of imprisonment shall be for not less than fifteen nor for more than twenty-five years; such terms of additional imprisonment to run consecutively as before.  Upon a fourth or subsequent conviction under like circumstances the person so convicted may be imprisoned for life or for a term of years not less than twenty-five years, within the discretion of the court wherein such fourth or subsequent conviction was had. In the trial of a person charged with committing or attempting to commit a felony against the person of another while armed with any of the weapons mentioned in section 1 hereof, or while armed with any pistol, revolver or other firearm capable of being concealed upon the person, without having a license or permit to carry such firearm, as hereinafter provided, the fact that he was so armed shall be prima facie evidence of his intent to commit such felony.

Section 4.  In no case shall any person punishable under the preceding sections of this act be granted probation by the trial court, nor shall the execution of the sentence imposed upon such person be suspended by the court.

Section 5.  Except as otherwise provided in this act, it shall be unlawful for any person within this state to carry concealed upon his person or within any vehicle which is under his control or direction any pistol, revolver or other firearm capable of being concealed upon the person without having a license to carry such firearm, as hereinafter provided in section 8 hereof.  Any person who violates the provisions of this section shall be guilty of a misdemeanor, and if he has been convicted previously of any felony, or of any crime made punishable by this act, he is guilty of a felony.  This section

shall not be construed to prohibit any citizen of the United States, over the age of eighteen years, who resides or is temporarily sojourning within this state, and who is not within the excepted classes prescribed by section 2 hereof, from owning, possessing or keeping within his place of residence or place of business any pistol, revolver or other firearm capable of being concealed upon the person, and no permit or license to purchase, own, possess or keep any such firearm at his place of residence or place of business shall be required of any such citizen. Firearms carried openly in belt holsters shall not be deemed to be concealed within the meaning of this section.

Section 6. Nothing in the preceding section shall be construed to apply to or affect sheriffs, constables, marshals, policemen, whether active or honorably retired, or other duly appointed peace officers, nor to any person summoned by any such officers to assist in making arrests or preserving the peace while said person so summoned is actually engaged in assisting such officer; nor to the possession or transportation by any merchant of unloaded firearms as merchandise; nor to members of the army, navy or marine corps of the United States, or the national guard, when on duty, nor to organizations which are by law authorized to purchase or receive such weapons from the United States, or from this state; nor to duly authorized military or civil organizations while parading, nor to the members thereof when going to and from the places of meeting of their respective organizations; nor to members of any club or organization now existing, or hereafter organized, for the purpose of practicing shooting at targets upon the established target ranges, whether public or private, while such members are using any of the firearms referred to in this act upon such target ranges, or while going to and from such ranges; nor to licensed hunters or fishermen while engaged in hunting or fishing, or while going to or returning from such hunting or fishing expedition.

Section 7. The unlawful concealed carrying upon the person or within the vehicle of the carrier of any pistol, revolver or other firearm capable of being concealed upon the person, is a nuisance. Any such weapons taken from the person or vehicle of any person unlawfully carrying the same are hereby declared to be nuisances, and shall be surrendered to the magistrate before whom said person shall be taken, except that in any city, county, town or other municipal corporation the same shall be surrendered to the head of the police force or police department thereof. The officers to whom the same may be so surrendered, except upon the certificate of a judge or a court of record, or of the district attorney of the county,

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 192 of 256

that the preservation thereof is necessary or proper to the
ends of justice, shall annually, between the first and tenth
days of July, in each year, destroy or cause to be destroyed
such weapons to such extent that the same shall become and
be wholly and entirely ineffective and useless for the pur-
pose for which it was [they were] manufactured; provided,
however, that in the event any such weapon has been stolen
and is thereafter recovered from the thief or his transferee
the same shall not be destroyed but shall be restored to the
lawful owner thereof, so [as] soon as its use as evidence has
been served, upon his identification of the weapon and proof of
ownership thereof; provided, that upon the certificate of a
judge or of the district attorney that the ends of justice will
be subserved thereby such weapon shall be preserved until
the necessity for its use ceases.

Section 8. It shall be lawful for the sheriff of a county,
and the board of police commissioners, chief of police, city
marshal, town marshal, or other head of the police department
of any city, county, town, or other municipal corporation of
this state, upon proof before said board, chief, marshal or
other police head, that the person applying therefor is of good
moral character, and that good cause exists for the issuance
thereof, to issue to such person a license to carry concealed
a pistol, revolver or other firearm for a period of one year
from the date of such license. All applications for such
licenses shall be filed in writing, signed by the applicant, and
shall state the name, occupation, residence and business
address of the applicant, his age, height, weight, color of
eyes and hair, and reason for desiring a license to carry such
weapon. Any license issued upon such application shall set
forth the foregoing data and shall, in addition, contain a
description of the weapon authorized to be carried, giving
the name of the manufacturer, the serial number and the
caliber thereof. When such licenses are issued by a sheriff
a record thereof shall be kept in the office of the county clerk;
when issued by police authority such record shall be main-
tained in the office of the authority by whom issued. Such
applications and licenses shall be uniform throughout the
state, upon forms to be prescribed by the attorney general.

Section 9. Every person in the business of selling, leasing
or otherwise transferring a pistol, revolver or other firearm,
of a size capable of being concealed upon the person, whether
such seller, lessor or transferor is a retail dealer, pawnbroker
or otherwise, except as hereinafter provided, shall keep a
register in which shall be entered the time of sale, the date
of sale, the name of the salesman making the sale, the place
where sold, the make, model, manufacturer's number, caliber

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 193 of 256

or other marks of identification on such pistol, revolver or other firearm. Such register shall be prepared by and obtained from the state printer and shall be furnished by the state printer to said dealers on application at a cost of $3 per one hundred leaves, in duplicate, and shall be in the form hereinafter provided. The purchaser of any firearm capable of being concealed upon the person shall sign, and the dealer shall require him to sign, his name and affix his address to said register, in duplicate, and the salesman shall affix his signature, in duplicate, as a witness to the signature of the purchaser. Any person signing a fictitious name or address is guilty of a misdemeanor. The duplicate sheet of such register shall, on the evening of the day of sale, be placed in the mail, postage prepaid, and properly addressed to the board of police commissioners, chief of police, city marshal, town marshal or other head of the police department of the city, county, town or other municipal corporation wherein the sale was made; provided, that where the sale is made in a district where there is no municipal police department, said duplicate sheet shall be mailed to the county clerk of the county wherein the sale is made. A violation of any of the provisions of this section by any person engaged in the business of selling, leasing or otherwise transferring such firearm is a misdemeanor. This section shall not apply to wholesale dealers in their business intercourse with retail dealers, nor to wholesale or retail dealers in the regular or ordinary transportation of unloaded firearms as merchandise by mail, express or other mode of shipment, to points outside of the city, county, town or municipal corporation wherein they are situated. The register provided for in this act shall be substantially in the following form:

FORM OF REGISTER

Series No................
Sheet No. .................

Original

DEALERS' RECORD OF SALE OF REVOLVER OR PISTOL
State of Oregon

Notice to Dealers: This original is for your files. If spoiled in making out, do not destroy. Keep in books. Fill out in duplicate.

Carbon duplicate must be mailed on the evening of the day of sale, to head of police commissioners, chief of police, city marshal, town marshal or other head of the police department of the municipal corporations wherein the sale is made, or to the county clerk of your county if the sale is made in a district where there is no municipal police department. Violation of this law is a misdemeanor. Use carbon paper for duplicate. Use indelible pencil.

Sold by .....................................................................Salesman........................
City, town or township ....................................................................
Description of arm (state whether revolver or pistol)..............................
Maker ................................................. Number ................. Caliber .................

Name of purchaser ................................................. Age ................... years
Permanent residence (state name of city, town or township, street and
    number of dwelling) ........................................................
Height ................ feet ................... inches.  Occupation...........................
Color ................. Skin .................. Eyes .................. Hair .......................
If traveling, or in locality temporarily, give local address ...........................
........................................................................................
........................................................................................
Signature of purchaser ...................................................
    (Signing a fictitious name or address is a misdemeanor.   To be
signed in duplicate.)
Witness ................................................... Salesman.
            (To be signed in duplicate.)

                                        Series No...................
                                        Sheet No. ...............

### DUPLICATE
Dealers' Record of Sale of Revolver or Pistol
State of Oregon

Notice to Dealers:   This carbon duplicate must be mailed on the
evening of the day of sale as set forth in the original of this register
page.  Violation of this law is a misdemeanor.
Sold by .................................................Salesman......................
City, town or township ........................................................
Description of arm (state whether revolver or pistol).........................
Maker ................................. Number ............... Caliber ...............
Name of purchaser ................................................. Age ................... years
Permanent address (state name of city, town or township, street and
    number of dwelling) ........................................................
Height ................ feet ................... inches.  Occupation...........................
Color ................. Skin .................. Eyes .................. Hair .......................
If traveling, or in locality temporarily, give local address ...........................
........................................................................................
........................................................................................
Signature of purchaser ........................................................
    (Signing a fictitious name or address is a misdemeanor.   To be
signed in duplicate.)
Witness ................................................... Salesman.
            (To be signed in duplicate.)

Section 10.  No person shall sell, deliver or otherwise
transfer any pistol, revolver or other firearm capable of being
concealed upon the person to any person whom he has cause
to believe to be within any of the classes prohibited by sec-
tion 2 hereof from owning or possessing such firearms, nor
to any minor under the age of eighteen years.  In no event
shall any such firearm be delivered to the purchaser upon the
day of the application for the purchase thereof, and when
delivered such firearm shall be securely wrapped and shall be
unloaded.   When neither party to the transaction holds a
dealers' license, no person shall sell or otherwise transfer any
such firearm to any other person within this state who is
not personally known to the vendor.   Any violation of the
provisions of this section shall be a misdemeanor.

Add. 192

Section 11. The duly constituted licensing authorities of any city, county, town or other municipality within this state may grant licenses in form prescribed by the attorney general, effective for not more than one year from date of issue, permitting the licensee to sell at retail within the said city, county, town or other municipality pistols, revolvers and other firearms capable of being concealed upon the person, subject to the following conditions, for breach of any of which the license shall be subject to forfeiture:

1. The business shall be carried on only in the building designated in the license.

2. The license or a copy thereof, certified by the issuing authority, shall be displayed on the premises where it can easily be read.

3. No pistol or revolver shall be delivered:

(a) On the day of the application for the purchase, and when delivered shall be unloaded and securely wrapped; or

(b) Unless the purchaser either is personally known to the seller or shall present clear evidence of his identity.

4. No pistol or revolver, or imitation thereof, or placard advertising the sale or other transfer thereof, shall be displayed in any part of said premises where it can readily be seen.

Section 12. Any person who, without being licensed as above provided, engages in the business of selling or otherwise transferring, or who advertises for sale or offers or exposes for sale or transfer, any pistol, revolver or other firearm capable of being concealed upon the person is guilty of a misdemeanor.

Section 13. No person shall change, alter, remove or obliterate the name of the maker, model, manufacturer's number, or other mark of identification on any pistol or revolver. Possession of any such firearm upon which the same shall have been changed, altered, removed or obliterated, shall be presumptive evidence that such possessor has changed, altered, removed or obliterated the same. Violation of this section shall be punished by imprisonment in the state penitentiary for not more than five years.

Section 14. All permits heretofore issued within this state permitting the carrying of pistols or revolvers concealed upon the person shall expire at midnight of June 1, 1925.

Section 15. This act shall not apply to antique pistols or revolvers incapable of use as such.

Section 16. If any section, subsection, sentence, clause or phrase of this act is for any reason held to be unconstitutional such decision shall not affect the validity of the remaining portions of this act. The legislature hereby declares that it would have passed this act and each section, subsection,

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 196 of 256

sentence, clause and phrase thereof, irrespective of the fact that any one or more other sections, subsections, sentences, clauses or phrases be declared unconstitutional.

Section 17.  All acts and parts of acts in conflict herewith are hereby repealed.

Approved by the governor February 26, 1925.
Filed in the office of the secretary of state February 26, 1925.

## CHAPTER 261

### AN ACT

[H. B. 460]

Providing for the election of county school superintendents in certain counties, prescribing their powers and duties and providing for payment of salaries and expenses of the office.

*Be It Enacted by the People of the State of Oregon:*

Section 1.  In all counties of this state having a population of 25,000 or more children of school age the county superintendent of schools shall have jurisdiction only of the schools of that county as shall be outside of the corporate limits of districts of the first class.  He shall be elected at the biennial election in the year 1928, and every four years thereafter, by the legal voters of the county outside of districts of the first class.  He shall take his office on the first Monday of January following his election; provided, that the present county school superintendent at no decrease in salary shall be ex officio county school superintendent until the expiration of his term of office.  In districts of the first class, in addition to the authority now conferred upon the city superintendent of such districts, said city superintendent shall be and he hereby is vested with the authority now exercised by the county school superintendent in such districts and all reports heretofore rendered by said district to the *[county school superintendent shall be made to the] state superintendent of public instruction.

Section 2.  In all counties coming under the provisions of this act the salaries of the county school superintendent, assistant superintendents, and all expenses for clerical help, traveling expenses or for any other expenses of the office of said county school superintendent shall be paid from a fund known as the county school superintendent's fund, hereinafter provided, by warrants drawn on this fund in the same manner that warrants may be drawn for the salaries for other county officials

Section 3.  In all counties coming under the provisions of this act on the first Monday of November of each year the

* The phrase inclosed in brackets appears in the engrossed bill, but was omitted in the enrolled act.

Add. 194

vent the state treasurer from deducting at any time, from <span>Deduction of tax from money due from commonwealth.</span> any moneys which may be due from the commonwealth to the delinquent city or town, the whole or any part of said tax, with the interest accrued thereon, which shall remain unpaid.                                *Approved April 27, 1927.*

---

An Act relative to the choice of a third member of the state board of retirement. <span>Chap.325</span>

*Whereas,* The deferred operation of this act would in <span>Emergency preamble.</span> part defeat its purpose, therefore it is hereby declared to be an emergency law, necessary for the immediate preservation of the public convenience.

*Be it enacted, etc., as follows:*

Chapter ten of the General Laws is hereby amended by <span>G. L. 10, § 18, amended.</span> striking out section eighteen and inserting in place thereof the following: — *Section 18.*  There shall be a state board <span>State board of retirement, members, election.</span> of retirement serving in the department, consisting of three members, one of whom shall be the state treasurer, ex officio, who shall be chairman, a second member elected by the state retirement association established under section two of chapter thirty-two from among their number in such manner as the commissioner of insurance may determine, and a third member chosen by the other two.  If the third member is not so chosen within thirty days after the election of the second, the governor shall appoint the third member for a term of three years.  Upon the expiration of the term <span>Expirations and vacancies.</span> of office of an elected, chosen or appointed member or in case of a vacancy in either of said offices, his successor shall be elected, chosen or appointed as aforesaid for three years.
                                *Approved April 27, 1927.*

---

An Act relative to machine guns and other firearms. <span>Chap.326</span>

*Be it enacted, etc., as follows:*

Section 1.  Chapter one hundred and forty of the <span>G. L. 140, § 121, etc., amended.</span> General Laws, as amended in section one hundred and twenty-one by section one of chapter four hundred and eighty-five of the acts of nineteen hundred and twenty-two, is hereby further amended by striking out said section one hundred and twenty-one and inserting in place thereof the following: — *Section 121.*  In sections one hundred and <span>Definition of "firearms."</span> twenty-two to one hundred and twenty-nine, inclusive, "firearms" includes a pistol, revolver or other weapon of any description, loaded or unloaded, from which a shot or bullet can be discharged and of which the length of barrel, not including any revolving, detachable or magazine breech, does not exceed twelve inches, and a machine gun, irrespective of the length of the barrel.  Any gun of small <span>Definition of "machine gun."</span> arm calibre designed for rapid fire and operated by a mechanism, or any gun which operates automatically after the first shot has been fired, either by gas action or recoil action,

Words "purchase" and "sale" to include exchange, word "purchaser" to include exchanger, and verbs "sell" and "purchase" to include verb exchange.
Sections not applicable to certain firearms.
G. L. 140, § 123, etc., amended.

shall be deemed to be a machine gun for the purposes of said sections, and of sections one hundred and thirty-one and one hundred and thirty-one B. As used in this section and in sections one hundred and twenty-two to one hundred and thirty-one A, the words "purchase" and "sale" shall include exchange, the word "purchaser" shall include exchanger, and the verbs "sell" and "purchase", in their different forms and tenses, shall include the verb exchange in its appropriate form and tense. Said sections one hundred and twenty-two to one hundred and twenty-nine, inclusive, shall not apply to antique firearms incapable of use as firearms nor to sales of firearms at wholesale.

SECTION 2. Said chapter one hundred and forty, as amended in section one hundred and twenty-three by section four of said chapter four hundred and eighty-five, by section one of chapter two hundred and eighty-four of the acts of nineteen hundred and twenty-five and by section one of chapter three hundred and ninety-five of the acts of nineteen hundred and twenty-six, is hereby further amended by striking out said section one hundred and twenty-three and inserting in place thereof the following: — *Section 123.*

Conditions of licenses to sell, rent or lease certain firearms.

The license shall be expressed to be and shall be subject to the following conditions: First, That the provisions in regard to the nature of the license and the building in which the business may be carried on under it shall be strictly adhered to. Second, That every licensee shall before delivery of a firearm make or cause to be made a true entry in a sales record book to be furnished by the licensing authorities and to be kept for that purpose, specifying the description of the firearm, the make, number, whether single barrel, magazine, revolver, pin, rim or central fire, whether sold, rented or leased, the date and hour of such delivery, and shall, before delivery as aforesaid, require the purchaser, renter or lessee personally to write in said sales record book his full name, sex, residence and occupation. The said book shall be open at all times to the inspection of the licensing authorities and of the police. Third, That the license or a copy thereof, certified by the recording officer of the licensing authorities or by the clerk of the town by which it is issued, shall be displayed on the premises in a position where it can easily be read. Fourth, That no firearms shall be displayed in any outer window of said premises or in any other place where they can readily be seen from the outside. Fifth, That the licensee shall, once a week, send a copy of the record of sales, rentals and leases made by him for the preceding seven days to the licensing authorities and to the commissioner of public safety. Sixth, That every firearm shall be delivered securely wrapped and fastened and shall be unloaded when delivered. Seventh, That no delivery of a pistol or revolver shall be made on the day of application for the purchase, rental or lease thereof, except to a person having a license to carry the

same issued under section one hundred and thirty-one. *Conditions of licenses to sell, rent or lease certain firearms.* Eighth, That no pistol or revolver shall be sold, rented or leased to a person who has not a permit, then in force, to purchase, rent or lease the same issued under section one hundred and thirty-one A, and that no machine gun shall be sold, rented or leased to a person who has not a license to possess the same issued under section one hundred and thirty-one. Ninth, That upon a sale, rental or lease of a pistol or revolver, the licensee under section one hundred and twenty-two shall take up such permit and shall endorse upon it the time and place of said sale, rental or lease, and shall forthwith transmit the same to the commissioner of public safety, and that upon the sale, rental or lease of a machine gun shall endorse upon the license to possess the same the time and place of said sale, rental or lease, and shall forthwith transmit a notice thereof to said commissioner. Tenth, That this license shall be subject to forfeiture as provided in section one hundred and twenty-five for breach of any of its conditions, and that, if the licensee hereunder is convicted of a violation of any such condition, this license shall thereupon become void.

Section 3. Section one hundred and thirty-one of said *G. L. 140, § 131, etc., amended.* chapter one hundred and forty, as amended by section nine of said chapter four hundred and eighty-five and by section four of said chapter two hundred and eighty-four, is hereby further amended by inserting after the word "commonwealth" in the twelfth line the words: — or to possess therein a machine gun, — so as to read as follows: — *Section 131.* The justice of a court or a trial justice, the board of *License to carry pistols or revolvers, or possess machine gun, issuance to certain persons, etc.* police or mayor of a city, the selectmen of a town, or the commissioner of public safety, or persons authorized by them, may, upon the application of any person residing or having a place of business within the jurisdiction of the person or body issuing the license, except an unnaturalized person, a person who has been convicted of a felony or of the unlawful use or sale of drugs or a minor other than one fifteen years of age or over in the employ of a bank, public utility corporation or business of a similar nature whose application is endorsed by his employer, issue a license to such applicant to carry a pistol or revolver in the commonwealth or to possess therein a machine gun, if it appears that he has good reason to fear an injury to his person or property or for any other proper purpose, and that he is a suitable person to be so licensed. Such license shall be *Duration of license.* issued for a term not to exceed one year, but may be for a less period, and all such licenses shall be revocable at the *Revocation.* will of the person or body issuing the same, who shall forthwith send written notice of such revocation to the commissioner of public safety. Said licenses shall be issued on *Form, etc.* forms furnished by said commissioner and a copy of every license so issued shall within one week after the granting thereof be sent to the said commissioner. Whoever issues *Penalty.*

a license in violation of this section shall be punished by imprisonment for not less than six months nor more than two years in a jail or house of correction.

**O. L. 140, § 131B, etc., amended.**

Section 4. Section one hundred and thirty-one B of said chapter one hundred and forty, inserted by section three of said chapter three hundred and ninety-five, is hereby amended by striking out the word "or" where it occurs a second time in the second line and inserting in place thereof a comma and also by inserting after the word "revolver" in the same line the words: — or machine gun, —

**Penalty for loans of money on pistol, revolver or machine gun.**

so as to read as follows: — *Section 131B*. Whoever loans money secured by mortgage, deposit or pledge of a pistol, revolver or machine gun shall be punished by a fine of not more than five hundred dollars or by imprisonment for not more than one year, or by both.

**O. L. 269, § 10, etc., amended.**

Section 5. Section ten of chapter two hundred and sixty-nine of the General Laws, as amended by section one of chapter two hundred and forty-eight of the acts of nineteen hundred and twenty-three and by section five of said chapter two hundred and eighty-four, is hereby further amended by inserting after the word "unloaded" in the third line the words: — , or possesses a machine gun as defined in section one hundred and twenty-one of chapter one hundred and forty, — so as to read as follows: —

**Penalty for carrying dangerous weapons or possessing machine gun without permission, etc.**

*Section 10*. Whoever, except as provided by law, carries on his person, or carries on his person or under his control in a vehicle, a pistol or revolver, loaded or unloaded, or possesses a machine gun as defined in section one hundred and twenty-one of chapter one hundred and forty, without permission under section one hundred and thirty-one of chapter one hundred and forty, or whoever so carries any stiletto, dagger, dirk knife, slung shot, metallic knuckles or sawed off shotgun, or whoever, when arrested upon a warrant for an alleged crime or when arrested while committing a crime or a breach or disturbance of the public peace, is armed with, or has on his person, or has on his person or under his control in a vehicle, a billy or dangerous weapon other than those herein mentioned, shall be punished by imprisonment for not less than six months nor more than two and one half years in a jail or house of correction or for not less than two and one half years nor more than five years in the state prison, and upon conviction the pistol or other article shall be confiscated by the commonwealth.

**Confiscation.**

**Forwarding to commissioner of public safety, etc.**

The pistol or article so confiscated shall, by the authority of the written order of the court or trial justice, be forwarded by common carrier to the commissioner of public safety, who, upon receipt of the same, shall notify said court or justice thereof. Said commissioner may sell or destroy the same, and, in case of a sale, after paying the cost of forwarding the article, shall pay over the net proceeds to the commonwealth.      *Approved April 27, 1927.*

other purpose. Such persons shall hold office during the term of their employment by the state highway department but the authority herein vested shall cease upon the termination of such employment. The persons so appointed shall by reason of such appointment be members of the department of public safety during the terms of such appointment but shall serve without pay as members thereof.

Approved June 2, 1927.

---

## [No. 372.]

AN ACT to regulate and license the selling, purchasing, possessing and carrying of certain firearms; to prohibit the buying, selling or carrying of certain firearms without a license therefor; to prohibit the possession of certain weapons and attachments; to prohibit the pawning of certain firearms; to prohibit the sale, offering for sale, or possession for the purpose of sale of written or printed matter containing any offer to sell or deliver certain firearms or devices within this state; to provide penalties for the violations of this act, and to repeal act number two hundred seventy-four of the public acts of nineteen hundred eleven, being sections fifteen thousand two hundred thirty-six, fifteen thousand two hundred thirty-seven, fifteen thousand two hundred thirty-eight, fifteen thousand two hundred thirty-nine, fifteen thousand two hundred forty, fifteen thousand two hundred forty-one, fifteen thousand two hundred forty-two, fifteen thousand two hundred forty-three, fifteen thousand two hundred forty-four, fifteen thousand two hundred forty-five and fifteen thousand two hundred forty-six of the compiled laws of nineteen hundred fifteen; act number three hundred thirteen of the public acts of nineteen hundred twenty-five; and section sixteen of chapter one hundred sixty-two of the revised statutes of eighteen hundred forty-six, being section fifteen thousand six hundred forty-one of the compiled laws of nineteen hundred fifteen.

*The People of the State of Michigan enact:*

SECTION 1. The word "pistol" as used in this act shall mean any firearm, loaded or unloaded, thirty inches or less in length. The word "purchaser" shall mean any person who receives a pistol from another by purchase, gift or loan. The word "seller" shall mean any person who sells, furnishes, loans or gives a pistol to another. *Words defined.*

SEC. 2. No person shall purchase a pistol as defined in this act without first having obtained a license therefor as *License before purchase.*

Add. 199

prescribed herein.  The commissioner or chief of police, or his duly authorized deputy, in incorporated cities or in incorporated villages having an organized department of police, and the sheriff, or his authorized deputy, in parts of the respective counties not included within incorporated cities or villages, are hereby authorized to issue licenses to purchase pistols to applicants residing within the respective territories herein mentioned.  No such license shall be granted to any person except he be nineteen years of age or over, and has resided in this state six months or more, and in no event shall such a license be issued to a person who has been convicted of a felony or adjudged insane in this state or elsewhere.  Applications for such licenses shall be signed by the applicant under oath upon forms provided by the commissioner of public safety.  Licenses to purchase pistols shall be executed in duplicate upon forms provided by the commissioner of public safety and shall be signed by the licensing authority.  One copy of such license shall be delivered to the applicant and the duplicate of such license shall be retained by such licensing authority as a permanent official record for a period of six years.  Such license shall be void unless used within ten days after the date of its issue.  Any person who shall sell to another any pistol as defined in this act without complying with the requirements of this section shall be guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not more than one hundred dollars or imprisonment in the county jail not more than ninety days, or both such fine and imprisonment in the discretion of the court.  Such license shall be signed in ink by the holder thereof in the presence of the person selling, loaning or giving a pistol to such licensee and shall thereupon be taken up by such person, signed by him in ink and shall be delivered or sent by registered mail within forty-eight hours to the commissioner of public safety.  The seller shall certify upon said license in the space provided therefor the name of the person to whom such pistol was delivered, the make, style, calibre and number of such pistol, and shall further certify that such purchaser signed his name on said license in the presence of the seller.  The provisions of this section shall not apply to the purchase of pistols from wholesalers by dealers regularly engaged in the business of selling pistols at retail, nor to the sale, barter or exchange of pistols kept solely as relics, souvenirs or curios.

**To whom granted.**

**Executed in duplicate.**

**Misdemeanor; penalty.**

**Unlawful to manufacture, etc., certain firearms, etc.**

SEC. 3.  It shall be unlawful within this state to manufacture, sell, offer for sale, or possess any machine gun or firearm which can be fired more than sixteen times without reloading, or any muffler, silencer or device for deadening or muffling the sound of a discharged firearm, or any bomb or bombshell, or any blackjack, slung shot, billy, metallic knuckles, sandclub, sandbag or bludgeon.  Any person convicted of a violation of this section shall be guilty of a felony and shall be punished by a fine not exceeding one thousand

**Penalty for violation.**

Add. 200

dollars or imprisonment in the state prison not more than five years, or by both such fine and imprisonment in the discretion of the court. The provisions of this section shall not apply, however, to any person, firm or corporation manufacturing firearms, explosives or munitions of war by virtue of any contracts with any department of the government of the United States, or with any foreign government, state, municipality or any subdivision thereof.

SEC. 4.   Any person who, with intent to use the same unlawfully against the person of another, goes armed with a pistol or other firearm or dagger, dirk, razor, stiletto, or knife having a blade over three inches in length, or any other dangerous or deadly weapon or instrument, shall be guilty of a felony and on conviction thereof shall be punished by a fine not exceeding one thousand dollars or imprisonment in the state prison for not more than five years, or by both such fine and imprisonment in the discretion of the court. *Felony, what deemed.* *Penalty.*

SEC. 5.   No person shall carry a dagger, dirk, stiletto or other dangerous weapon except hunting knives adapted and carried as such, concealed on or about his person, or whether concealed or otherwise in any vehicle operated or occupied by him, except in his dwelling house or place of business or on other land possessed by him.   No person shall carry a pistol concealed on or about his person, or, whether concealed or otherwise, in any vehicle operated or occupied by him, except in his dwelling house or place of business or on other land possessed by him, without a license therefor as herein provided.   Any person violating the provisions of this section shall be guilty of a felony and upon conviction thereof shall be punished by a fine not exceeding one thousand dollars or imprisonment in the state prison for not more than five years, or by both such fine and imprisonment in the discretion of the court. *Unlawful to carry, etc., dagger, etc.*

SEC. 6.   The prosecuting attorney, the commissioner or chief of police and the commissioner of public safety or their respective authorized deputies in incorporated cities or in incorporated villages having an organized department of police, and the prosecuting attorney, the commissioner of public safety or their authorized deputies, and the sheriff, under-sheriff or chief deputy sheriff in parts of the respective counties not included within incorporated cities or villages shall constitute boards exclusively authorized to issue licenses to carry pistols concealed on the person to applicants residing within the respective territories herein mentioned.   The county clerk of each county shall be clerk of such licensing boards, which boards shall be known in law as "The Concealed Weapon Licensing Board."  No such license to carry a pistol concealed on the person shall be granted to any person except he be nineteen years of age or over and has resided in this state six months or over, and in no event shall such license be issued unless it appears that the applicant has good reason to fear injury to his person or property, or has *Concealed weapon licensing board.* *To whom license granted.*

other proper reasons, and that he is a suitable person to be so licensed, and in no event to a person who has been convicted of a felony or adjudged insane in this state or elsewhere. The prosecuting attorney shall be the chairman of **Chairman of board.** the said board, which shall convene at least once in each calendar month and at such other times as they shall be called to convene by the chairman. Such licenses shall be issued only upon written application signed by the applicant and on his oath and upon forms provided by the commissioner of public safety. Such licenses shall issue only with the approval of a majority of said board and shall be executed in triplicate upon forms provided by the commissioner of public safety and shall be signed in the name of the concealed weapon licensing board by the county clerk and the seal of the circuit court affixed thereto. One copy of such license shall be delivered to the applicant, the duplicate of said license shall be retained by the county clerk as a permanent official record for a period of six years, and the triplicate of such license shall be forwarded to the commissioner of public safety who shall file and index licenses so received by him and keep the same as a permanent official record for a period **Duration of license.** of six years. Each license shall be issued for a definite period of not more than one year, to be stated in the license, and no renewal of such license shall be granted except upon the filing of a new application. Every license issued hereunder shall bear the imprint of the right thumb of the licensee, or, if that be not possible, of the left thumb or some other finger of such licensee. Such licensee shall carry such license upon his person at all times when he may be carrying a pistol concealed upon his person and shall display such license upon the request of any peace officer.

**When license to expire.**   SEC. 7. All licenses heretofore issued in this state permitting a person to carry a pistol concealed upon his person shall expire at midnight, December thirty-one, nineteen hundred twenty-seven.

**When license revoked.**   SEC. 8. The licensing board herein created by section six may revoke any license issued by it upon receiving a certificate of any magistrate showing that such licensee has been convicted of violating any of the provisions of this act, or has been convicted of a felony. Such license may also be revoked whenever in the judgment of said board the reason for granting such license shall have ceased to exist, or whenever said board shall for any reasonable cause determine said licensee to be an unfit person to carry a pistol concealed upon his person. No such license shall be revoked except upon written complaint and then only after a hearing by said board, of which at least seven days' notice shall be given to the licensee either by personal service or by registered mail to his last known address. The clerk of said licensing board is hereby authorized to administer an oath to any person testifying before such board at any such hearing.

Add. 202

Sec. 9. On or before the first day of November, nineteen hundred twenty-seven, any person within this state who owns or has in his possession a pistol as defined in this act, shall, if he reside in an incorporated city or an incorporated village having an organized police department, present such weapon for safety inspection to the commissioner or chief of police of such city or village; if such person reside in a part of the county not included within the corporate limits of such city or village he shall so present such pistol for safety inspection to the sheriff of such county. Any person owning or coming into possession of a pistol after the first day of November, nineteen hundred twenty-seven, shall forthwith present such pistol for safety inspection in the manner provided in this section. A certificate of inspection shall thereupon be issued in triplicate on a form provided by the commissioner of public safety, containing the name, age, address, description and signature of the person presenting such pistol for inspection, together with a full description thereof; the original of such certificate shall be delivered to the registrant; the duplicate thereof shall be mailed to the commissioner of public safety and filed and indexed by him and kept as a permanent official record for a period of six years, and the triplicate of such certificate shall be retained and filed in the office of said sheriff, or commissioner or chief of police, as the case may be. The provisions of this section shall not apply to wholesale or retail dealers in firearms or to collections of pistols kept solely for the purpose of display, as relics, souvenirs, curios or antiques, nor to weapons heretofore registered under the provisions of section eleven of act number three hundred thirteen of the public acts of nineteen hundred twenty-five. Any person who fails to comply with the provision of this section shall be guilty of a misdemeanor and shall be punished by a fine not exceeding one hundred dollars or imprisonment in the county jail not exceeding ninety days, or by both such fine and imprisonment in the discretion of the court.

*Safety inspection of weapons.*

*Certificate issued.*

Sec. 10. No pawnbroker shall accept a pistol in pawn. Any person violating this section of this act shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not more than one hundred dollars or imprisonment in the county jail for not more than ninety days or by both such fine and imprisonment in the discretion of the court.

*Pistol not accepted in pawn.*

Sec. 11. No person shall wilfully alter, remove or obliterate the name of the maker, model, manufacturer's number or other mark of identity of any pistol. Possession of any such firearm upon which the number shall have been altered, removed or obliterated, shall be presumptive evidence that such possessor has altered, removed or obliterated the same. Any person convicted under this section shall be punished by a fine not to exceed five hundred dollars or by imprisonment

*Alteration of pistol unlawful.*

892                    PUBLIC ACTS, 1927—No. 372.

in the state prison not to exceed two years or by both such fine and imprisonment in the discretion of the court.

**Exceptions to act.** SEC. 12.   The provisions of section two, three, five and nine shall not apply to any peace officer of the state or any subdivision thereof who is regularly employed and paid by the state or such subdivision, or to any member of the army, navy or marine corps of the United States, or of organizations authorized by law to purchase or receive weapons from the United States or from this state, nor to the national guard or other duly authorized military organizations when on duty or drill, nor to the members thereof in going to or returning from their customary places of assembly or practice, nor to a person licensed to carry a pistol concealed upon his person issued by another state, nor to the regular and ordinary transportation of pistols as merchandise, or to any person while carrying a pistol unloaded in a wrapper from the place of purchase to his home or place of business or to a place of repair or back to his home or place of business, or in moving goods from one place of abode or business to another.

**When unlawfully possessed.** SEC. 13.   When complaint shall be made on oath to any magistrate authorized to issue warrants in criminal cases that any pistol or other weapon or device mentioned in this act is unlawfully possessed or carried by any person, such magistrate shall, if he be satisfied that there is reasonable cause to believe the matters in said complaint be true, issue his warrant directed to any peace officer, commanding him to search the person or place described in such complaint, and if such pistol, weapon or device be there found; to seize and hold the same as evidence of a violation of this act.

**Forfeited to state.** SEC. 14.   All pistols, weapons or devices carried or possessed contrary to this act are hereby declared forfeited to the state.

**Certain books, etc., unlawful to sell, etc.** SEC. 15.   It shall be unlawful to sell or deliver within this state, or to offer or expose for sale, or to have in possession for the purpose of sale, any book, pamphlet, circular, magazine, newspaper or other form of written or printed matter offering to sell or deliver, or containing an offer to sell or deliver to any person within this state from any place without this state any pistol or any weapon or device mentioned in section three hereof.  The provisions of this section shall not apply to sales of or offers to sell pistols at wholesale to persons regularly engaged in the business of selling such pistols at wholesale or retail, nor to sales or offers to sell such pistols made or authorized by the United States government or any department or agency thereof.

**Penalty for violation.** SEC. 16.   Any person violating the provisions of section fifteen of this act shall be deemed guilty of a misdemeanor, and upon conviction shall be punished by a fine not to exceed one hundred dollars or by imprisonment in the county jail not to exceed ninety days, or by both such fine and imprisonment in the discretion of the court.

SEC. 17. Act number two hundred seventy-four of the public acts of nineteen hundred eleven, being sections fifteen thousand two hundred thirty-six, fifteen thousand two hundred thirty-seven, fifteen thousand two hundred thirty-eight, fifteen thousand two hundred thirty-nine, fifteen thousand two hundred forty, fifteen thousand two hundred forty-one, fifteen thousand two hundred forty-two, fifteen thousand two hundred forty-three, fifteen thousand two hundred forty-four, fifteen thousand two hundred forty-five and fifteen thousand two hundred forty-six of the compiled laws of nineteen hundred fifteen; act number three hundred thirteen of the public acts of nineteen hundred twenty-five; and section sixteen of chapter one hundred sixty-two of the revised statutes of eighteen hundred forty-six, being section fifteen thousand six hundred forty-one of the compiled laws of nineteen hundred fifteen, are hereby repealed: *Provided, however,* That any proceedings pending under any of said sections herein repealed shall not be affected hereby but shall be concluded in accordance with the law of such repealed section or sections. [*Acts repealed.*] [*Proviso.*]

SEC. 18. This act is declared to be severable, and should any section hereof be hereafter declared unconstitutional or otherwise invalid, the remainder of the act shall not be affected thereby. [*Saving clause.*]

Approved June 2, 1927.

———

[No. 373.]

AN ACT to amend section twenty-five of chapter thirty of act number three hundred fourteen of the public acts of nineteen hundred fifteen, entitled "An act to revise and consolidate the statutes relating to the organization and jurisdiction of the courts of this state; the powers and duties of such courts, and of the judges and other officers thereof; the forms of civil actions; the time within which civil actions and proceedings may be brought in said courts; pleading, evidence, practice and procedure in civil actions and proceedings in said courts; to provide remedies and penalties for the violation of certain provisions of this act; and to repeal all acts and parts of acts inconsistent with, or contravening any of the provisions of this act," being section thirteen thousand two hundred fifty-three of the compiled laws of nineteen hundred fifteen, as amended by act number two hundred forty-three of the public acts of nineteen hundred seventeen, and to add a new section thereto to stand as section thirty-one.

*The People of the State of Michigan enact:*

SECTION 1. Section twenty-five of chapter thirty of act number three hundred fourteen of the public acts of nineteen [*Section amended.*]

742              CHAPTERS 320 & 321, LAWS OF 1927.

### VII. MISCELLANEOUS.

Repealer.

25. All acts and parts of acts inconsistent with the provisions hereof are repealed in so far as applicable to the matters which are the subject of this act; *provided,* that nothing herein contained shall affect the practice and procedure prescribed under the State Motor Vehicle and Traffic acts.

Proviso.

As to constitutionality of act.

26. In case for any reason any section, part of section or provision of this act shall be questioned in any court, or determined to be unconstitutional or invalid, the same shall not in anywise affect any other section, part of section or provision of this act; *provided,* that in cities bordering on the Atlantic ocean having a population in excess of fifty thousand the salary shall not exceed six thousand dollars.

Proviso.

27. This act shall take effect immediately.

Approved March 30, 1927.

----

## CHAPTER 321.

A Further Supplement to an act entitled "An act for the punishment of crimes" (Revision of 1898), approved June fourteenth, one thousand eight hundred and ninety-eight.

BE IT ENACTED *by the Senate and General Assembly of the State of New Jersey:*

Pawnbrokers not to deal in weapons.

1. No pawnbroker shall hereafter sell or have in his possession for sale or to loan or give away, any machine gun, automatic rifle, revolver, pistol, or other firearm, or other instrument of any kind known as a blackjack, slungshot, billy, sandclub, sandbag, bludgeon, metal knuckles, dagger, dirk, dangerous knife, stiletto, bomb or other high explosive.   Any pawnbroker violating the provisions of this act shall be guilty of a high misdemeanor and punished accordingly.

Penalty.

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 209 of 256

2. Any person who shall commit or attempt to com- Additional Sentence for Armed Criminals. mit any assault, robbery, larceny, burglary, or breaking and entering, when armed with, or having in his possession, any revolver, pistol, or other firearm, or other instrument of any kind known as a blackjack, slungshot, billy, sandclub, sandbag, bludgeon, metal knuckles, dagger, dirk, dangerous knife, stiletto, bomb or other high explosive, shall, in addition to the punishment provided for the crime, be punished on a first conviction by imprisonment for not more than five years; upon a second conviction for a period of not more than ten years; upon a third conviction by imprisonment for a period of not more than fifteen years; upon a fourth or subsequent conviction, by imprisonment for life, or for an additional period of not more than twenty years, in the discretion of the court; *provided, however,* the indictment or alle- Proviso. gation shall aver that the person was armed with or had in his possession any such instrument and conviction is had thereon.

3. In the trial of a person for committing or attempt- Arms as evidence of intent. ing to commit any crime enumerated in section two hereof, the fact that he was armed with or had in his possession any of the firearms or instruments enumerated in section one hereof without a license to carry the same, shall be prima facie evidence of his intention to commit said crime of violence.

The presence of a firearm in a vehicle is presump- Firearms in vehicle. tive evidence of possession by all persons occupying or using the vehicle at the time.

4. No person who shall have been convicted in this Convicted person not to have weapons. State or elsewhere of any of the crimes enumerated in section two hereof shall purchase, own, or have in his possession or under his control any of the firearms or instruments enumerated in section one hereof. Viola- Penalty. tion of this section shall be punished by imprisonment for not more than five years.

5. Every person who manufactures, or who sells at Manufacturers of weapons registered. wholesale, any of the firearms or instruments enumerated in section one hereof, shall be registered with the Secretary of State and shall furnish to the Secretary of State such particulars as may be prescribed by law for such registration; *provided,* that if the Secretary Proviso.

744                    CHAPTER 321, LAWS OF 1927.

of State is satisfied that any applicant for such regis-
tration cannot be permitted to carry on business as a
manufacturer or wholesale dealer in the firearms or
instruments enumerated in section one hereof without
danger to the public safety, he may refuse to register
that person.

**Certificate furnished.**
The Secretary of State shall furnish to every person
who is registered under this section, a certificate of
registration.

**Removal of name from registration list.**
If any person desires to have his name removed from
registration, or if the Secretary of State is satisfied that
any person whose name is registered is no longer carry-
ing on business as such manufacturer or wholesale
dealer, or has ceased to have a place of business within
the State, or cannot longer be permitted to carry on
business as such manufacturer or wholesale dealer with-
out danger to the public safety, he shall, after giving
reasonable notice to such manufacturer or wholesale
dealer and hearing thereon, cause the name of such per-
son to be removed from registration.

**Appeal may be taken.**
Any person ag-
grieved by the refusal of such State official to register
him as such manufacturer or wholesale dealer, or by
the removal of his name from registration, shall have
a right of appeal to the Supreme Court of the State.

**Record of sales.**
Every manufacturer and wholesale dealer shall keep
a detailed record of each firearm or instrument sold by
him. Such record shall include date of sale, name of
purchaser, description of arm, and serial number there-
of. The information contained in such record shall be
available to police and other public officials in the per-
formance of their official duties.

**Retail dealers licensed.**
6. No retail dealer shall sell or expose for sale, or
have in his possession with intent to sell, any of the
firearms or instruments enumerated in section one here-
of without being licensed as hereafter provided.

**Licenses granted by Common Pleas judge.**
The Common Pleas judge of any court of this State,
may, in his discretion, grant licenses in form prescribed
by the Secretary of State, effective for not more than
one year from date of issue, permitting the licensee to
sell at retail within the said city or town or political
subdivision, pistols or revolvers, subject to the follow-

ing conditions, for breach of any of which the license shall be subject to forfeiture:

1. The business shall be carried on only in the build- *Place;* ing or buildings designated in the license.

2. The license or a copy thereof certified by the issu- *License displayed;* ing authority shall be displayed in a conspicuous place on the premises where it can be easily read.

3. No pistol or revolver, or imitation thereof, or *No advertising;* placard advertising the sale thereof, shall be placed in any window or in any part of said premises where it can be readily seen from the outside.

4. No pistol or revolver shall be delivered (a) unless *Delivery to purchaser;* the purchaser shall have obtained a permit to purchase under the provisions of section nine; (b) until seven days shall have elapsed after the application for the permit; (c) unless the purchaser either is personally known to the seller or shall present evidence of his identity; (d) unless the pistol or revolver shall be unloaded and securely wrapped; *provided, however,* a permit to cover *Proviso* a pistol or revolver shall, for the purposes of this section and of section nine of this act, be equivalent to a permit to purchase a pistol or revolver.

5. A true record of every pistol or revolver sold *Record kept by retailer;* shall be made in a book kept for the purpose, the form of which shall be prescribed by the Secretary of State and shall be personally signed by the person effecting the sale, and shall contain the date of the sale, the calibre, make, model, and manufacturer's number of the weapon, and the name, address and permit number of the purchaser.

No license to sell at retail shall be granted except as *Licensing;* provided in this section.

Violation of any of the provisions of this section *Penalty.* (viz. section six) shall be a misdemeanor.

7. Any person who shall knowingly sell any of the *Sale to minors, etc., illegal.* firearms or instruments enumerated in section one hereof to a minor under the age of eighteen years, or to a person not of sound mind, or to a drug addict, or to a person who has been convicted of committing or attempting to commit any of the crimes enumerated in section two hereof when armed with any of the firearms or instruments enumerated in section one hereof, shall be guilty of misdemeanor.

Penalty for
loaning on
firearms.

8. Any person who loans money secured by mortgage, deposit or pledge of a pistol or revolver shall be punished by a fine of not more than five hundred dollars or by imprisonment for not more than one year, or both.

Purchaser
must have
permit.

9. No person shall sell a pistol or revolver to another person unless the purchaser has first secured a permit to purchase or carry a pistol or revolver. No person of good character and who is of good repute in the community in which he lives, and who is not subject to any of the disabilities set forth in other sections of this act, shall be denied a permit to purchase a pistol or

By whom
granted.

revolver. The judge of any court within this State (except, however, justices of the peace), the sheriff of a county or the chief of police of a city, town or municipality shall upon application issue to any person qualified under the provisions of this section a permit to purchase a pistol or revolver, and the Secretary of State shall have concurrent jurisdiction to issue such permit in any case, notwithstanding it has been refused by any other licensing official, if in his opinion the applicant is qualified.

Application
for permit.

Applications for such permits shall be in form as prescribed by the Secretary of State and shall set forth the name, residence, place of business, age, occupation, sex, color, and physical description of the applicant, and shall state whether the applicant is a citizen, and whether he has ever been convicted of any of the crimes enumerated in section two hereof as defined in this act. Such application shall be signed by the applicant and shall contain as reference the names and addresses of two reputable citizens personally acquainted with him.

Blank forms.

Application blanks shall be obtainable from the Secretary of State and from any other officers authorized to grant such permit, and may be obtained from licensed

Fee.

retail dealers. The application, together with a fee of fifty cents, shall be delivered or forwarded to the licensing authority who shall investigate the same, and unless good cause for the denial thereof shall appear, shall grant said permit within seven days from the date of

Permit in
triplicate.

the receipt of the application. The permit shall be in form prescribed by the Secretary of State and shall be

issued to the applicant in triplicate. The applicant shall deliver to the seller the permit in triplicate and the seller shall indorse on the back of each copy the make, model, calibre and serial number of the pistol or revolver, sold under the permit. One copy shall then be returned to the purchaser with the pistol or revolver, one copy shall be kept by the seller as a permanent record, and the third copy shall be forwarded by the seller within three days to the Secretary of State. If the permit is not granted, the fee shall be returned to the applicant.

*Disposition of copies.*

All fees for permits shall be paid into the general fund of the State if the permit be issued by the Secretary of State; to the municipality if the permit be issued by a municipal officer; in all other instances to the general fund of the county wherein the officer acts or the licensee resides or does business.

*Disposition of fees.*

A person shall not be restricted as to the number of pistols or revolvers he may purchase, if he applies for and obtains permits to purchase the same, but only one pistol or revolver shall be purchased or delivered on each permit.

*One pistol to each permit.*

10. The granting of permits to carry a revolver, pistol or other instrument, enumerated in section one hereof shall be under and according to the provisions of an act entitled "An act to amend an act entitled 'A further supplement to an act entitled "An act for the punishment of crimes" (Revision of 1898), approved June fourteenth, one thousand eight hundred and ninety-eight,' which supplementary act was approved March eleventh, nineteen hundred and twenty-four," and the supplements thereto and amendments thereof.

*Act relative to granting permits.*

11. No person shall, without a license therefor issued as provided in the statute referred to in the preceding section, carry a pistol or revolver in any vehicle or concealed on or about his person, except in his dwelling house or place of business or on land possessed by him; *provided, however,* that nothing in this act contained shall be construed in any way to apply to the United States marshal or his deputies, the sheriff, or the under-sheriffs of any county, nor to the regularly employed members of any police department, nor to any special policemen appointed by the governing body of any

*Carrying pistol without license.*

*Proviso— exceptions to act.*

municipality of this State, nor to any prosecutor or assistant prosecutor of any county, regular fish and game wardens, constable, railway police, canal police, steamboat police, and prosecutor's detectives; nor to any member of the State Police, nor to any motor vehicle inspector; nor to any officer of the Society for the Prevention of Cruelty to Animals; nor to any prison or jail wardens or their deputies; nor to guards while in the employ of any banking or building and loan institution of this State; nor to any court attendant engaged in attending the Circuit Court, Court of Oyer and Terminer, Court of Common Pleas, or General Court of Quarter Sessions, justices of the peace; nor to the members of the Army, Navy or Marine Corps of the United States or of the National Guard when on duty; nor to duly authorized military organizations when under orders, nor to the members thereof when going to or from places of meeting of their respective organizations, carrying the weapons prescribed for such

**Proviso.** drill, exercise or parade; *and provided, further,* nothing in this act contained shall be construed to apply to any person having a written permit to carry any revolver, pistol or other firearm, when such permit has been obtained pursuant to the provisions of this act; nor to public utility corporations in the transportation of ex-

**Proviso** plosives; *provided, however,* that nothing herein contained shall prevent any person from keeping or carrying about his or her place of business, dwelling house or premises, any such revolver, pistol, firearm or other weapon, or from carrying the same from any place of purchase to his or her dwelling house or place of business, or from his or her dwelling house or place of business to any place where repairing is done, to have the same repaired and returned or to carry a gun, rifle or knife in the woods or fields or upon the waters of the State for the purpose of hunting or target practice.

**Definition of pistol.** Whenever the words "pistol" or "revolver" are used in this act such words shall include a shotgun, rifle or other firearm with over-all length less than twenty-six inches.

**Penalty for false information.** 12. Any person who shall give or cause to be given false information in applying for a permit to purchase or a license to carry a pistol or revolver, or in purchasing

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 215 of 256

or otherwise acquiring delivery of a pistol or revolver, shall be deemed to be guilty of a misdemeanor and shall be subject to the same penalty as is provided for the crime of misdemeanor in this State.

13. It shall be unlawful within this State to manufacture, sell, purchase or possess, except for military or police purposes, any muffler, silencer or device for deadening or muffling the sound of a firearm when discharged. Any violation of this section shall be a misdemeanor. **Mufflers forbidden.**

14. Any person, except a duly appointed law enforcement officer, or a member of the Army, Navy, or Marine Corps of the United States, or of the National Guard or organized reserves when on duty, who possesses, or carries on or about his person or in a vehicle, a bomb or bomb shell, except for blasting or other commercial use, or who, with intent to use the same unlawfully against the person or property of another, possesses or carries any explosive substance, or any explosive liquid, gas or like substance, shall be guilty of a high misdemeanor. **As to bombs.**

15. No person shall change, alter, remove or obliterate the name of the maker, model, manufacturer's number, or other mark of identification of any pistol or revolver. Any violation of this section shall be a misdemeanor. **Not alter maker's name and number.**

16. No property right shall exist in any firearms unlawfully possessed, carried or used, and all such firearms are hereby declared to be nuisances and forfeited to the State. When such forfeited firearms shall be taken from any person, they shall be surrendered to the sheriff of the county in which taken or to the head of the police department in cities or to the office of the prosecutor of the county. *Provided, however,* that if any such firearms shall be found to be the property of an innocent owner, it shall be returned to such owner if and when no longer needed for evidential purposes. **As to property right in firearms.** **Proviso.**

17. In the case of the conviction under this act of a person who is not a citizen of the United States, it shall be the duty of the clerk of the court in which such conviction is secured to certify the fact of such conviction to the proper officer of the United States Government having supervision of the deportation of aliens. **Conviction of aliens.**

48 LAWS

750          CHAPTERS 321 & 322, LAWS OF 1927.

**Antiques, or-**
**naments ex-**
**cepted.**    18. This act shall not apply to antique pistols unsuit-
able for use as firearms and possessed as curiosities or
ornaments.

**Expiration of**
**previous**
**licenses.**    19. All licenses heretofore issued within this State
permitting the sale or purchase of pistols or revolvers
shall expire ninety days after the passage of this act.

**Repealer.**    20. All acts or parts of acts inconsistent herewith
are hereby repealed.

Approved March 30, 1927.

---

## CHAPTER 322.

An Amendment amending an act entitled "An act re-
specting coroners" (Revision), approved March
twenty-seventh, one thousand eight hundred and
seventy-four.

BE IT ENACTED *by the Senate and General Assembly*
*of the State of New Jersey:*

**Section 26**
**amended.**    1. The twenty-sixth section of the act to which this
is amendatory be and the same is hereby amended to
read as follows:

26. That the following fees shall be allowed:

**Fees allowed**
**coroners.**    To coroner, or person acting in his stead, for view-
ing the body five dollars;

Mileage per mile, going and returning, ten cents, or
actual carfare;

Sitting with jury at inquest each day, three dollars.

Taking deposition of witnesses at inquest, ten cents
per folio, counting not more than two folios of manu-
script to each page;

For every witness attending such inquest, when resi-
dent in the county, fifty cents for each day, and when
from a foreign county, one dollar a day, in which shall
be included his or her going to and returning from the
same, allowing one day for every thirty miles from
and to his or her place or residence;

**Jurors' fees.**    Jurors' fees, twenty-five cents for each case; but in
cases of special importance the board of chosen free-



# LAWS

OF THE

# STATE OF NEW YORK

PASSED AT THE

## ONE HUNDRED AND FIFTY-FOURTH SESSION

OF THE

# LEGISLATURE

BEGUN JANUARY SEVENTH, 1931, AND ENDED APRIL
TENTH, 1931

ALSO CHAPTERS 773–799; PASSED AT THE EXTRAORDI-
NARY SESSION OF THE LEGISLATURE, BEGUN
AUGUST 25, 1931, AND ENDED SEPTEMBER 19, 1931

AT THE CITY OF ALBANY

AND ALSO OTHER MATTERS REQUIRED BY LAW TO
BE PUBLISHED WITH THE SESSION LAWS

## VOLS. I–II



ALBANY
J. B. LYON COMPANY, STATE PRINTERS
1931

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 218 of 256

# CHAPTER 792

AN ACT to amend the penal law, in relation to the sale, possession, use and licensing of firearms

Became a law September 22, 1931, with the approval of the Governor.  Passed, on message of necessity, three-fifths being present

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

Section 1.  Section eighteen hundred and ninety-six of the penal law is hereby amended to read as follows:

§ 1896.  Making and disposing of dangerous weapons.  A person who manufactures, or causes to be manufactured, or sells or keeps for sale, or offers, or gives, or disposes of any instrument or weapon of the kind usually known as a blackjack, a slungshot, billy, sandclub, sandbag, bludgeon, or metal knuckles, to any person; or a person who offers, sells, loans, leases, or gives any gun, revolver, pistol or other firearm or any airgun, springgun or other instrument or weapon in which the propelling force is a spring or air or any instrument or weapon commonly known as a toy pistol or in or upon which any loaded or blank cartridges are used, or may be used, or any loaded or blank cartridges or ammunition therefor, to any person under the age of sixteen years, is guilty of a misdemeanor.  A person who sells or keeps for sale, or offers, or gives, or disposes of any instrument or weapon of the kind usually known as a machine-gun to any person is guilty of a felony, except that the manufacture of machine-guns as merchandise and the sale and shipment thereof direct to regularly constituted or appointed state or municipal police departments, sheriffs, policemen, and other peace officers, and to state prisons, penitentiaries and county jails, and to military and naval organizations shall be lawful.

§ 2.  Subdivision one of section eighteen hundred and ninety-seven of the penal law is hereby amended to read as follows:

1.  A person who attempts to use against another an imitation pistol, or who carries, or possesses any instrument or weapon of the kind commonly known as a black-jack, slungshot, billy, sandclub, sandbag, metal knuckles, bludgeon, or who, with intent to use the same unlawfully against another, carries or possesses a dagger, dirk, dangerous knife, razor, stiletto, imitation pistol, sawed off shot-gun, or any other dangerous or deadly instrument, or weapon, is guilty of a misdemeanor, and if he has been previously convicted of any crime he is guilty of a felony.   This subdivision shall not apply to the use or possession of an instrument or weapon commonly known as a machine-gun.

§ 3.  Section eighteen hundred and ninety-seven of the penal law is hereby amended by adding a new subdivision, to be subdivision one-a, to read as follows:

1-a.  A machine-gun is a weapon of any description, irrespective of size, by whatever name known, loaded or unloaded, from which

a number of shots or bullets may be rapidly or automatically discharged from a magazine with one continuous pull of the trigger. A person who possesses or uses such machine-gun is guilty of a felony. The presence of such machine-gun in any room, dwelling, structure or vehicle shall be presumptive evidence of its illegal possession by all the persons occupying the place where such machine-gun is found. This subdivision shall not apply to possession of a machine-gun as authorized by the preceding section. Nor shall it apply to the possession or use of machine-guns in the discharge of their official duties by the state police, the warden, superintendent, headkeeper or deputy of any state prison, penitentiary, workhouse, county jail or other institution for the detention of persons convicted or accused of crime or held as witnesses in criminal cases, sheriffs, policemen, or other peace officers, nor to the possession or use of machine-guns by a person when on duty in the military or naval service of the United States or of this state, or in the postal service of the United States, nor to the possession by common carriers while being transported direct to any police department, military or naval organization, or person authorized by this section to possess and use the same.

§ 4. Section eighteen hundred and ninety-seven of the penal law is hereby amended by adding a new subdivision, to be subdivision nine-a, to read as follows:

9-a. No license shall be issued by the police commissioner of the city of New York except to a resident of that city. Outside of the city of New York, no license shall be issued by a judge or justice of a court of record except to a resident of the county in which the office of such judge or justice is located. A license may be issued, however, to a qualified person principally employed in such city or county and to a merchant or storekeeper having his principal place of business in such city or county.

§ 5. Subdivision ten of section eighteen hundred and ninety-seven of the penal law is hereby amended to read as follows:

10. The expense of providing a judge, justice or officer with blank applications, licenses and record books for carrying out the provisions of this section shall be a charge against the county, or the city of New York in the case of the police commissioner of such city which blank applications, licenses and record books shall, except in the city of New York, be approved as to form by the superintendent of state police. Such judge, justice or officer shall collect a fee of fifty cents for each license issued and shall pay the same into the treasury of the county or of such city, as the case may be. The application for any such license, if the license be granted, shall be filed by such judge, justice or officer in the office of the city or county clerk of the city or county, as the case may be, where the applicant resides, and in addition, a duplicate copy of the application shall be filed in the office of the executive department, division of state police, within ten days after the issuance of the license. Every such license shall specify the weapon or weapons for which the license

is issued and whether to be carried on the person or possessed on the premises and shall expire on the ensuing first day of January, provided, however, that any such license may be limited as to time to expire on a date fixed in the license prior to such date and provided, however, that, except in the city of New York, a license to a householder to possess a weapon upon certain premises shall not be limited in time but shall be revocable as herein provided. Each license issued to possess a weapon not to be carried on the person shall specify the place where the licensee shall possess the same. Each application for a license to carry a weapon on the person shall be accompanied by a photograph of the applicant in duplicate which photograph shall have been taken within thirty days prior to the filing of such application and one copy of which shall be attached to the license and the other remain with the application. Before a license is issued as provided in this section the officer to whom the application is made shall ascertain if the applicant has been convicted of crime and shall cause the finger prints of such applicant, except he be a householder, to be taken in duplicate. One original of such finger prints shall be filed in the office of the executive department, division of state police, within ten days after the license is issued and one shall remain on file in the office of the officer taking the same. No such finger print may be inspected by any person, other than a peace officer, except on order of a judge or justice of a court of record on such notice, if any, to the person to whom the license was issued as the judge or justice may determine. A person who has been convicted in this state or elsewhere of a felony or any one of the seven misdemeanors mentioned in section five hundred and fifty-two of the code of criminal procedure shall not be entitled to a license under this section. A license may be revoked and cancelled at any time by the police commissioner or elsewhere than in the city of New York, by any judge, or justice of a court of record. But if before the date of the expiration thereof, providing the license shall not have been cancelled or revoked, the licensee apply for a renewal, the term of such license shall thereby be extended until the application for renewal shall have been disposed of by such commissioner, judge or justice.

§ 6. Section eighteen hundred and ninety-seven of the penal law is hereby amended by adding a new subdivision, to be subdivision ten-a, to read as follows:

10-a. Every person while carrying or in possession of a weapon for which a license shall have been issued, shall have on his person the license issued to him under this section, and shall exhibit the same for inspection upon demand, to any policeman, state trooper or other peace officer. The failure of any person to exhibit his license as provided in this subdivision shall be presumptive evidence that such person is not duly licensed and shall cause a forfeiture of his license.

§ 7. Every license heretofore issued pursuant to section eighteen hundred and ninety-seven of the penal law, except to a house-

holder under subdivision eight thereof, and then in force, shall expire on the first day of October, nineteen hundred thirty-one.

§ 8. This act shall take effect October first, nineteen hundred thirty-one.

---

# CHAPTER 793

### AN ACT to amend the penal law, in relation to disorderly conduct

Became a law September 22, 1931, with the approval of the Governor. Passed, on message of necessity, three-fifths being present

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

Section 1. Section seven hundred and twenty-two of the penal law is hereby amended to read as follows:

§ 722. **Disorderly conduct.** Any person who with intent to provoke a breach of the peace, or whereby a breach of the peace may be occasioned, commits any of the following acts shall be deemed to have committed the offense of disorderly conduct:

1. Uses offensive, disorderly, threatening, abusive or insulting language, conduct or behavior;

2. Acts in such a manner as to annoy, disturb, interfere with, obstruct, or be offensive to others;

3. Congregates with others on a public street and refuses to move on when ordered by the police;

4. By his actions causes a crowd to collect, except when lawfully addressing such a crowd;

5. Shouts or makes a noise either outside or inside a building during the night time to the annoyance or disturbance of any considerable number of persons;

6. Interferes with any person in any place by jostling against such person or unnecessarily crowding him or by placing a hand in the proximity of such person's pocket, pocketbook or handbag;

7. Stations himself on the public street or follows pedestrians for the purpose of soliciting alms, or who solicits alms on the public streets unlawfully;

8. Frequents or loiters about any public place soliciting men for the purpose of committing a crime against nature or other lewdness;

9. Causes a disturbance in any street car, railroad car, omnibus or other public conveyance, by running through it, climbing through windows or upon the seats, or otherwise annoying passengers or employees therein;

10. Stands on sidewalks or street corners and makes insulting remarks to or about passing pedestrians or annoys such pedestrians;

11. Is engaged in some illegal occupation or who bears an evil reputation and with an unlawful purpose consorts with thieves and criminals or frequents unlawful resorts; provided, however,

*as having been inspected and passed or otherwise approved as being wholesome and fit for food.*

*(b)   To affix or attach any stamp, brand, emblem, tag, or other marking to any meat or meat-food product, or to any container or wrapping or covering of any meat or meat-food product, indicating or suggesting that the meat or meat-food product was slaughtered, manufactured, or prepared under inspection, unless the stamp, brand, emblem, tag, or other marking shall have been previously approved and the use thereof authorized by the United States Department of Agriculture or the Pennsylvania Department of Agriculture or an incorporated or chartered or established municipality of the Commonwealth of Pennsylvania.*

Affixing or attaching stamp which has not been officially approved.

APPROVED—The 10th day of June, A. D. 1931.

GIFFORD PINCHOT

———

No. 158

AN ACT

Regulating and licensing the sale, transfer, and possession of certain firearms; prescribing penalties, procedure, and rules of evidence; conferring powers and imposing duties on courts of quarter sessions, sheriffs, and heads of police departments; and to make uniform the law with reference thereto.

Section 1.   Be it enacted, &c., That "firearm," as used in this act, means any pistol or revolver with a barrel less than twelve inches, any shotgun with a barrel less than twenty-four inches, or any rifle with a barrel less than fifteen inches.

The Uniform Firearms Act.

"Firearm," defined.

"Crime of violence," as used in this act, means any of the follwing crimes, or an attempt to commit any of the same, namely: murder, rape, mayhem, aggravated assault and battery, assault with intent to kill, robbery, burglary, breaking and entering with intent to commit a felony, and kidnapping.

"Crime of violence," defined.

"Person," as used in this act, includes firm, partnership, association, or corporation; and the masculine shall include the feminine and neuter.

"Person," defined.

Section 2.   If any person shall commit or attempt to commit a crime of violence when armed with a firearm contrary to the provisions of this act, he may, in addition to the punishment provided for the crime, be punished also as provided by this act.

Crimes committed with firearms.

Additional punishment.

Section 3.   In the trial of a person for committing or attempting to commit a crime of violence, the fact that he was armed with a firearm used or attempted to be used, and had no license to carry the same, shall

Evidence of intent.

Add. 220

be evidence of his intention to commit said crime of violence.

**Former convict not to own a firearm, etc.**

Section 4.  No person who has been convicted in this Commonwealth or elsewhere of a crime of violence shall own a firearm, or have one in his possession or under his control.

**Firearms not to be carried without a license.**

Section 5.  No person shall carry a firearm in any vehicle or concealed on or about his person, except in his place of abode or fixed place of business, without a license therefor as hereinafter provided.

**Exceptions.**

Section 6.  The provisions of the preceding section shall not apply to constables, sheriffs, prison or jail wardens, or their deputies, policemen of the Commonwealth or its political subdivisions, or other law-enforcement officers; or to members of the army, navy or marine corps of the United States or of the national guard or organized reserves when on duty; or to the regularly enrolled members of any organization duly authorized to purchase or receive such weapons from the United States or from this Commonwealth; or any organization incorporated under the laws of this Commonwealth engaged in target shooting with rifle, pistol or revolver, provided such members are at or are going to or from their places of assembly or target practice, or to officers or employes of the United States duly authorized to carry a concealed firearm, or to agents, messengers and other employes of common carriers, banks, or business firms, whose duties require them to protect moneys, valuables and other property in the discharge of such duties, from carrying any such firearm while actually engaged in such duties; or to any person engaged in the business of manufacturing, repairing, or dealing in firearms, or the agent or representative of any such person, having in his possession, using or carrying a firearm in the usual or ordinary course of such business; or to any person while carrying a firearm unloaded and in a secure wrapper from the place of purchase to his home or place of business or to a place of repair or back to his home or place of business or in moving from one place of abode or business to another.

**Police heads in cities and sheriffs in counties may issue licenses.**

Section 7.  The chief or head of any police force or police department of a city, and, elsewhere in this Commonwealth, the sheriff of a county, may, upon the application of any person, issue a license to such person to carry a firearm in a vehicle or concealed on or about his person within this Commonwealth for not more than one year from date of issue, if it appears that the applicant has good reason to fear an injury to his person or property, or has any other proper reason for carrying a firearm, and that he is a suitable person to be so

licensed. The license shall be in triplicate, in form to be prescribed by the Secretary of the Commonwealth, and shall bear the name, address, description, and signature of the licensee, and the reason given for desiring a license. The original thereof shall be delivered to the licensee, the duplicate shall, within seven days, be sent by registered mail to the Secretary of the Commonwealth, and the triplicate shall be preserved for six years by the authority issuing said license. The fee for issuing such license shall be fifty cents ($0.50), which fee shall be paid into the county treasury, except that if the applicant exhibits a resident hunter's license issued to him for the current license year, the fee shall not be charged. *License to be issued in triplicate. Form.* *Fee.*

Any such license to carry firearms may be revoked by the person issuing the same, at any time, upon written notice to the holder thereof. *Revocation.*

Section 8. No person shall deliver a firearm to any person under the age of eighteen, or to one who he has reasonable cause to believe has been convicted of a crime of violence, or is a drug addict, an habitual drunkard, or of unsound mind. *Persons to whom delivery shall not be made.*

Section 9. No seller shall deliver a firearm to the purchaser thereof until forty-eight hours shall have elapsed from the time of the application for the purchase thereof, and, when delivered, said firearm shall be securely wrapped and shall be unloaded. At the time of applying for the purchase of a firearm, the purchaser shall sign in triplicate and deliver to the seller a statement containing his full name, address, occupation, color, place of birth, the date and hour of application, the caliber, length of barrel, make, model, and manufacturer's number of the firearm to be purchased, and a statement that he has never been convicted in this Commonwealth, or elsewhere, of a crime of violence. The seller shall, within six hours after such application, sign and attach his address and forward by registered mail one copy of such statement to the chief or head of the police force or police department of the city or the sheriff of the county of which the seller is a resident; the duplicate, duly signed by the seller, shall, within seven days, be sent by him, with his address, to the Secretary of the Commonwealth, the triplicate he shall retain for six years. This section shall not apply to sales at wholesale. *Time and manner of delivery.* *Statement to be signed by purchaser.* *Duty of seller.* *Sales at wholesale.*

Section 10. No retail dealer shall sell, or otherwise transfer or expose for sale or transfer, or have in his possession with intent to sell or transfer, any firearm without being licensed as hereinafter provided. *Retail dealer required to be licensed.*

Section 11. The chief or head of any police force or police department of a city, and, elsewhere in this Commonwealth, the sheriff of the county, shall grant to *Issuance of licenses.*

Form to be pre-
scribed by Secre-
tary of Common-
wealth.

Conditions.

reputable applicants licenses, in form prescribed by the Secretary of the Commonwealth, effective for not more than one year from date of issue, permitting the licensee to sell firearms direct to the consumer within this Commonwealth, subject to the following conditions in addition to those specified in section nine hereof, for breach of any of which the license shall be forfeited and the licensee subject to punishment as provided in this act:

Business place.

1.   The business shall be carried on only in the building designated in the license;

Display of
license.

2.   The license, or a copy thereof, certified by the issuing authority, shall be displayed on the premises where it can easily be read;

Known identity
of purchaser.

3.   No firearm shall be sold (a) in violation of any provision of this act, nor (b) shall a firearm be sold, under any circumstances, unless the purchaser is personally known to the seller or shall present clear evidence of his identity;

Record.

4.   A true record in triplicate shall be made of every firearm sold in a book kept for the purpose, the form of which may be prescribed by the Secretary of the Commonwealth, and shall be personally signed by the purchaser and by the person effecting the sale, each in the presence of the other, and shall contain the date of sale, the caliber, make, model, and manufacturer's number of the firearm, the name, address, occupation, color, and place of birth of the purchaser, and a statement signed by the purchaser that he has never been convicted in this Commonwealth, or elsewhere, of a crime of violence. One copy shall, within six hours, be sent by registered mail to the chief or head of the police force or police department of the city or the sheriff of the county of which the dealer is a resident; the duplicate, the dealer shall, within seven days, send to the Secretary of the Commonwealth; the triplicate, the dealer shall retain for six years.

Display of fire-
arms prohibited.

5.   No firearm or imitation thereof, or placard advertising the sale thereof, shall be displayed in any part of any premises where it can readily be seen from the outside.

License fee.

The fee for issuing said license shall be ten dollars ($10.00), which fee shall be paid into the county treasury.

Revocation.

6.   Any license granted under this section may be revoked by the person issuing the same, upon written notice to the holder thereof.

Petition to com-
mon pleas for
reversal.

Section 12.   Any applicant aggrieved by the refusal of his application for a license to carry a firearm or for a dealers license, or any person or retail dealer whose license has been revoked, may file, within thirty days thereafter, in the court of quarter sessions of his county,

a petition against the official who refused his application, as defendant, alleging therein, in brief detail, the refusal complained of and praying for a reversal thereof.  Upon service of a copy of the petition upon the defendant, returnable within ten days from its date, the defendant shall, on or before the return day, file an answer in which he may allege by way of defense the reason for his refusal, and such other reasons as may in the meantime have been discovered.  Thereupon, upon application of either party, the cause shall be heard without delay.  The court may either sustain or reverse the action of the defendant.  If the defendant's action is reversed, he shall forthwith issue the license upon payment of the fee.  A judgment sustaining a refusal to grant a license shall not bar, after one year, a new application; nor shall a judgment in favor of the petitioner prevent the defendant from thereafter revoking or refusing to renew such license for any proper cause which may thereafter occur.  The court shall have full power to dispose of all costs.

*Procedure.*

Section 13.  No person shall make any loan secured by mortgage, deposit, or pledge of a firearm; nor shall any person lend or give a firearm to another or otherwise deliver a firearm contrary to the provisions of this act.

*Loans on, or lending or giving firearms prohibited.*

Section 14.  No person shall, in purchasing or otherwise securing delivery of a firearm or in applying for a license to carry the same, give false information or offer false evidence of his identity.

*False evidence of identity.*

Section 15.  No person shall change, alter, remove, or obliterate the name of the maker, model, manufacturer's number, or other mark of identification on any firearm.  Possession of any firearm, upon which any such mark shall have been changed, altered, removed, or obliterated, shall be prima facie evidence that the possessor has changed, altered, removed, or obliterated the same.

*Altering or obliterating marks of identification.*

Section 16.  All licenses heretofore issued within this Commonwealth permitting the carrying of firearms concealed upon the person shall expire at midnight of the thirty-first day of August, one thousand nine hundred and thirty-one.

*Expiration of present licenses.*

Section 17.  This act shall not apply to antique firearms unsuitable for use and possessed as curiosities or ornaments.

*Antique firearms.*

Section 18.  Any person violating any of the provisions of this act shall be guilty of a misdemeanor, and, upon conviction thereof, shall be sentenced to pay a fine of not more than three thousand dollars ($3,000.00), or imprisonment for not more than three years, or both.

*Violation.*

*Misdemeanor.*

*Penalty.*

Section 19.  If any part of this act is for any reason

*Invalidity of part of act.*

502                          LAWS OF PENNSYLVANIA,

declared void, such invalidity shall not affect the validity of the remaining portions of this act.

Title of act    Section 20. This act may be cited as the "Uniform Firearms Act."

Uniformity.    Section 21. This act shall be so interpreted and construed as to effectuate its general purpose to make uniform the law of those states which enact it.

Repeal.    Section 22. All acts or parts of acts inconsistent herewith are hereby repealed: Provided, however, That this act shall not repeal or in any manner affect any provisions of an act, approved the twenty-fifth day of April, one thousand nine hundred and twenty-nine (Pamphlet Laws, seven hundred seventy-seven), entitled "An act prohibiting the sale, giving away, transfer, purchasing, owning, possession and use of machine guns; providing penalties; and providing for certain exemptions, and the granting of permits by sheriffs to own and possess machine guns as relics."

Act of April 25, 1929 (P. L. 777), not repealed.

APPROVED—The 11th day of June, A. D. 1931.

GIFFORD PINCHOT

———

No. 159

AN ACT

To amend section three of the act, approved the ninth day of May, one thousand nine hundred and twenty-nine (Pamphlet Laws, one thousand seven hundred and two), entitled "An act regulating the closing of public highways and providing for the locating, marking, and maintenance of detours necessitated by such closing; requiring boroughs, cities, and towns to notify the Department of Highways of the creation and discontinuance of certain detours; providing penalties for removing, destroying, defacing signs erected for warning or detour purposes, and for driving on, over or across highways which are closed by the proper persons or authorities, except in certain cases; further providing that the authorities responsible for the maintenance of highways which have been damaged, or their agents or contractors, shall have the right to recover the amount of such damages from the person or persons responsible, in addition to the penalties herein provided; and repealing certain acts."

Highways.    Section 1. Be it enacted, &c., That section three of the act, approved the ninth day of May, one thousand nine hundred and twenty-nine (Pamphlet Laws, one thousand seven hundred two), entitled "An act regulating the closing of public highways and providing for the locating, marking, and maintenance of detours necessitated by such closing; requiring boroughs, cities and towns to notify the Department of Highways of the creation and discontinuance of certain detours; pro-

Section 3, act of May 9, 1929 (P. L. 1702), amended.

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 228 of 256

## OCCUPATION TAX ON SALE OF PISTOLS.

H. B. No. 514.]        CHAPTER 267.

An Act imposing an occupation tax on certain persons engaging in the
business of selling and otherwise disposing of pistols, as herein de-
fined; providing for the obtaining of licenser by such persons; author-
ing counties and municipalities to impose a tax; providing for the
keeping of records; prescribing conditions incident to the sale of
pistols under named conditions and providing the Act shall not affect
the law relating to the carrying of pistols; prescribing offenses and
fixing punishments; repealing Article 7068; making exceptions, and
declaring an emergency.

*Be it enacted by the Legislature of the State of Texas:*

SECTION 1.   That hereafter there shall be collected from
every person, firm or corporation engaging in the business of
bartering, leasing, selling, exchanging, or otherwise dealing in
pistols for profit, whether by wholesale or retail, an annual oc-
cupation tax of ten dollars ($10), to be paid on or before Jan-
uary 1st of each year, and to be paid before continuing said
business, within thirty (30) days from the effective date hereof.
Before so engaging in said business, each such dealer shall
obtain a license therefor, to be issued by the county tax collector
of each county in which the applicant has a place of business,
and for each separate place of business.   The Comptroller of
Public Accounts shall furnish said forms to the tax collectors.

SEC. 2.   The commissioners court of the several counties, as
well as municipalities, shall also have the power to levy and
collect such a tax, equal to one-half of the amount herein levied.

SEC. 3.   Each such dealer shall keep a permanent record of
all such pistols bartered, leased, or otherwise disposed of, as
above.   Such record shall show the number of the pistol, name
of the manufacturer, date of transaction, salesman, purchaser,
and their addresses, which said record shall at all times be ac-
cessible to the Comptroller, prosecuting attorney, grand jury,
and Attorney General, and a copy of this record shall be mailed
to and filed for record with the State Adjutant General's De-
partment.   This filing to be made each three (3) months.

"Pistols," as used herein, shall include every kind of pistol,
revolver, automatic, semi-automatic, magazine pistol, and every
other such short firearm intended or designed to be aimed or
fired from one hand.

SEC. 4.   If any person shall knowingly sell, rent, or lease any
pistol to a minor, or any other person under the heat of passion,
he shall be guilty of a misdemeanor, or, if any person violates
any of the provisions hereof, he shall be guilty of a misde-
meanor, and upon conviction, punished by a fine of not less than
ten dollars ($10) nor more than two hundred dollars ($200),
provided that no person may purchase a pistol unless said pur-
chaser has secured from a justice of the peace, county judge,
or district judge, in the county of his or her residence a certifi-

GENERAL LAWS.

cate of good character.  Said certificate to be kept with the permanent record of the dealer.  No person may purchase a pistol who has served a sentence for a felony.

Nothing in this bill shall affect the law against carrying pistols.

SEC. 5.  That Article 7068 of the Revised Civil Statutes of 1925 be and the same is in all things repealed.

SEC. 6.  Provided, however, that no such person shall be required to have a license or pay the tax where such person is engaged exclusively in selling pistols to the militia of the United States or other agencies of the Federal government authorized by law to purchase the same.

SEC. 7.  The fact that there is no adequate tax on dealers in pistols, and that pistols are being sold by dealers to persons in the heat of passion, which should be prohibited, create an emergency and an imperative public necessity that the constitutional rule requiring bills to be read on three several days in each House be suspended and that this act shall take effect and be in force from and after its passage, and said rule is hereby suspended, and it is so enacted.

Approved May 28, 1931.
Effective May 28, 1931.

[NOTE:  H. B. No. 514 passed the House by a vote of 105 yeas, 0 nays; passed the Senate by a vote of 30 yeas, 0 nays.]

---

PROHIBITING MOLESTATION OF DEAD BODIES.

H. B. No. 993.]          CHAPTER 268.

An Act to amend Article 529 of the Penal Code, and declaring an emergency.

*Be it enacted by the Legislature of the State of Texas:*

SECTION 1.  That Article 529 of the Penal Code of Texas, revision of 1925, be, and the same is, hereby amended so as to hereafter read as follows:

"Art. 529.   (511) (367) (345).  Interference with Dead Bodies.—If any person not authorized by law or by a relative for the purpose of reinterment, shall disinter, disturb, remove, dissect, in whole or in part, or carry away, any human body or the remains thereof, or remove any jewels, apparel or anything therefrom, or shall conceal said body, knowing it to be so illegally disinterred, he shall be confined in the penitentiary for not more than twenty-five (25) years, or be confined in jail for not more than twelve (12) months, or fined nor more than five hundred dollars ($500), or be punished by both such fine and imprisonment in jail."

# UNIFORM LAWS

## CHAPTER 208

### (H. B. 212)

#### ADOPTING THE UNIFORM FIREARMS ACT

AN ACT Entitled, An Act Regulating the Sale, Transfer and Possession of Certain Firearms, Prescribing Penalties and Rules of Evidence, and to Make Uniform the Law with Reference Thereto.

*Be It Enacted by the Legislature of the State of South Dakota:*

Section 1. DEFINITIONS. "Pistol," as used in this Act, means any firearm with barrel less than twelve inches in length.

"Crime of Violence," as used in this Act, means any of the following crimes or an attempt to commit any of the same, namely, murder, manslaughter, rape, mayhem, assault to do great bodily harm, robbery, burglary, housebreaking, breaking and entering, kidnapping and larceny.

"Person," as used in this Act, includes firm, partnership, association or corporation.

Section 2. COMMITTING CRIME WHEN ARMED. If any person shall commit or attempt to commit a crime of violence when armed with a pistol, he may in addition to the punishment provided for the crime, be punished also as provided by this Act.

Section 3. BEING ARMED PRIMA FACIE EVIDENCE OF INTENT. In the trial of a person for committing or attempting to commit a crime of violence, the fact that he was armed with a pistol and had no license to carry the same shall be PRIMA FACIE evidence of his intention to commit said crime of violence.

Section 4. CERTAIN PERSONS FORBIDDEN TO POSSESS ARMS. No person who has been convicted in this State or elsewhere of a crime of violence, shall own a pistol or have one in his possession or under his control.

Section 5. CARRYING PISTOL. No person shall carry a pistol in any vehicle or concealed on or about his person, except in his place of abode or fixed place of business, without a license therefor as hereinafter provided.

Section 6. EXCEPTION. The provisions of the preceding Section shall not apply to marshals, sheriffs, prison or jail wardens or their deputies, policemen or other law-enforcement officers or employees of railway or express companies while on duty, or to members of the army, navy, or marine corps of the United States or of the national guard or organized reserves when on duty, or to the regularly enrolled members of any organization duly authorized to purchase or receive such weapons from the United States or from this state, provided such members are at or are going to or from their places of assembly or target practice, or to officers or employees of the United States duly authorized to carry a concealed pistol, or to any person engaged in the business of manufacturing, repairing, or dealing in firearms or the agent or representative of any such person having in his possession, using, or carry-

ing a pistol in the usual or ordinary course of such business, or to any person while carrying a pistol unloaded and in a secure wrapper from the place of purchase to his home or place of business or to a place of repair or back to his home or place of business or in moving from one place of abode or business to another.

Section 7.  ISSUE OF LICENSES TO CARRY.  The judge of a court of record, the chief of police of a municipality, the sheriff of a county, may upon the application of any person issue a license to such person to carry a pistol in a vehicle or concealed on or about his person within this State for not more than one year from date of issue, if it appears that the applicant has good reason to fear an injury to his person or property, or has any other proper reason for carrying a pistol, and that he is a suitable person to be so licensed.  The license shall be in triplicate, in form to be prescribed by the Secretary of State, and shall bear the name, address, description, and signature of the licensee and the reason given for desiring a license.  The original thereof shall be delivered to the licensee, the duplicate shall within seven days be sent by registered mail to the Secretary of State, and the triplicate shall be preserved for six years by the authority issuing said license.  The fee for issuing such license shall be $.50, which fee shall be collected by the official issuing such license, and shall be remitted by him to the State Treasurer.

Section 8.  DELIVERY TO MINORS AND OTHERS FORBIDDEN. No person shall deliver a pistol to any person under the age of eighteen or to one who he has reasonable cause to believe has been convicted of a crime of violence, or is a drug addict, an habitual drunkard, or of unsound mind.

Section 9.  SALES REGULATED.  No seller shall deliver a pistol to the purchaser thereof until forty-eight hours shall have elapsed from the time of the application for the purchase thereof, and, when delivered, said pistol shall be securely wrapped and shall be unloaded.  At the time of applying for the purchase of a pistol the purchaser shall sign in triplicate and deliver to the seller a statement containing his full name, address, occupation, color, place of birth, the date and hour of application, the caliber, make, model, and manufacturer's number of the pistol to be purchased and a statement that he has never been comvicted in this State or elsewhere of a crime of violence.  The seller shall within six hours after such application, sign and attach his address and forward by registered mail one copy of such statement to the chief of police of the municipality or the sheriff of the county of which the seller is a resident;  the duplicate duly signed by the seller shall within seven days be sent by him with his address to the Secretary of State;  the triplicate he shall retain for six years.  This Section shall not apply to sales at wholesale.

Section 10.  DEALERS TO BE LICENSED.  No retail dealer shall sell, or otherwise transfer, or expose for sale or transfer, or have in his possession with intent to sell, or otherwise transfer, any pistol without being licensed as hereinafter provided.

Section 11.  DEALERS' LICENSES, BY WHOM GRANTED AND CONDITIONS THEREOF.  The duly constituted licensing authorities of any city, town, or political subdivision of this state may grant licenses in forms prescribed by the Secretary of State effective for not more than one year from date of issue, permitting the licensee to sell pistols at retail within this State subject to the following conditions in addition to those specified in Section 9 hereof, for breach of any of which

the license shall be forfeited and the licensee subject to punishment as previded in this Act.

1.  The business shall be carried on only in the building designated in the license.

2.  The license or a copy thereof, certified by the issuing authority, shall be displayed on the premises where it can easily be read.

3.  No pistol shall be sold (a) in violation of any provision of this Act, nor (b) shall a pistol be sold under any circumstances unless the purchaser is personally known to the seller or shall present clear evidence of his identity.

4.  A true record in triplicate shall be made of every pistol sold, in a book kept for the purpose, the form of which may be prescribed by the Secretary of State and shall be personally signed by the purchaser and by the person effecting the sale, each in the presence of the other, and shall contain the date of sale, the caliber, make, model and manufacturer's number of the weapon, the name, address, occupation, color, and place of birth of the purchaser, and a statement signed by the purchaser that he has never been convicted in this State or elsewhere of a crime of violence.  One copy shall within six hours be sent by registered mail to the chief of police of the municipality or the sheriff of the county of which the dealer is a resident; the duplicate the dealer shall within seven days send to the Secretary of State; the triplicate the dealer shall retain for six years.

5.  No pistol or imitation thereof or placard advertising the sale thereof shall be displayed in any part of any premises where it can readily be seen from the outside.

The fee for issuing said license shall be $2.00, which fee shall be collected by the official issuing such license, and shall be remitted by him to the State Treasurer.

Section 12.  CERTAIN TRANSFERS FORBIDDEN.  No person shall make any loan secured by a mortgage, deposit, or pledge of a pistol; nor shall any person lend or give a pistol to another or otherwise deliver a pistol contrary to the provisions of this Act.

Section 13.  FALSE INFORMATION FORBIDDEN.  No person shall, in purchasing or otherwise securing delivery of a pistol or in applying for a license to carry the same, give false information or offer false evidence of his identity.

Section 14.  ALTERATION OF IDENTIFYING MARKS PROHIBITED.  No person shall change, alter, remove, or obliterate the name of the maker, model, manufacturer's number, or other mark of identification on any pistol.  Possession of any pistol upon which any such mark shall have been changed, altered, removed, or obliterated, shall be PRIMA FACIE evidence that the possessor has changed, altered, removed or obliterated the same.

Section 15.  EXCEPTIONS.  This Act shall not apply to antique pistols unsuitable for use as firearms and possessed as curiosities or ornaments.

Section 16.  PENALTIES.  Any violation of any provision of this Act constitutes an offense punishable by a fine not exceeding One Hundred Dollars ($100.00), or imprisonment for not more than one year, or both.

Section 17.  CONSTITUTIONALITY.  If any part of this Act is for any reason declared void, such invalidity shall not affect the validity of the remaining portions of this Act.

Section 18.  SHORT TITLE.  This Act may be cited as the "Uniform Firearms Act".

Section 19.   UNIFORM INTERPRETATION.   This Act shall be so interpreted and construed as to effectuate its general purpose to make uniform the law of those states which enact it.

Section 20.   CERTAIN ACTS REPEALED.   All Acts or parts of Acts in conflict with or inconsistent with the provisions of this Act are hereby repealed.

Approved March 14, 1935.

---

## CHAPTER 209

### (H. B. 213)

#### ADOPTING THE UNIFORM NARCOTIC DRUG ACT

AN ACT Entitled, An Act Defining and Relating to Narcotic Drugs and to Make Uniform the Law with Reference Thereto.

*Be It Enacted by the Legislature of the State of South Dakota:*

Section 1.   Definitions.   The following words and phrases, as used in this Act, shall have the following meanings, unless the context otherwise requires:

(1) "Person" includes any corporation, association, co-partnership, or one or more individuals.

(2) "Physician" means a person authorized by law to practice medicine in this State and any other person authorized by law to treat sick and injured human beings in this State and to use narcotic drugs in connection with such treatment.

(3) "Dentist" means a person authorized by law to practice dentistry in this State.

(4) "Veterinarian" means a person authorized by law to practice veterinary medicine in this State.

(5) "Manufacturer" means a person who by compounding, mixing, cultivating, growing, or other process, produces or prepares narcotic drugs, but does not include an apothecary who compounds narcotic drugs to be sold or dispensed on prescriptions.

(6) "Wholesaler" means a person who supplies narcotic drugs that he himself has not produced nor prepared, on official written orders, but not on prescriptions.

(7) "Apothecary" means a licensed pharmacist as defined by the laws of this State and, where the context so requires, the owner of a store or other place of business where narcotic drugs are compounded or dispensed by a licensed pharmacist; but nothing in this Act shall be construed as conferring on a person who is not registered nor licensed as a pharmacist any authority, right, or privilege, that is not granted to him by the pharmacy laws of this State.

(8) "Hospital" means an institution for the care and treatment of the sick and injured, approved by the State Board of Health; as proper to be entrusted with the custody of narcotic drugs and the professional use of narcotic drugs under the direction of a physician, dentist, or veterinarian.

(9) "Laboratory" means a laboratory approved by the State Board of Health; as proper to be entrusted with the custody of narcotic drugs and the use of narcotic drugs for scientific and medical purposes and for purposes of instruction.

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 234 of 256

## CHAPTER 172.

### [S. B. 147.]

### SHORT FIREARMS.

An Act relating to short firearms and other weapons; defining terms; regulating the sale, possession and use thereof; providing for certain licenses and fixing fees; defining certain crimes and prescribing penalties.

*Be it enacted by the Legislature of the State of Washington:*

SECTION 1. "Short Firearm" as used in this act means any firearm with a barrel less than twelve (12) inches in length.  *Definitions.*

"Crime of Violence" as used in this act means any of the following crimes or an attempt to commit any of the same: Murder, manslaughter, rape, mayhem, first degree assault, robbery, burglary and kidnapping.

SEC. 2. *Committing Crime When Armed.* If any person shall commit or attempt to commit a crime of violence when armed with a pistol, he may in addition to the punishment provided for the crime, be punished also as provided by this act.  *Committing crime when armed.*

SEC. 3. *Being Armed Prima Facie Evidence of Intent.* In the trial of a person for committing or attempting to commit a crime of violence, the fact that he was armed with a pistol and had no license to carry the same shall be prima facie evidence of his intention to commit said crime of violence.  *Prima facie evidence of intent.*

SEC. 4. *Certain Persons Forbidden to Possess Arms.* No person who has been convicted in this state or elsewhere of a crime of violence, shall own a pistol or have one in his possession or under his control.  *Persons forbidden to possess arms.*

SEC. 5. *Carrying Pistol.* No person shall carry a pistol in any vehicle or conceal on or about his person, except in his place of abode or fixed place  *Carrying pistol.*

Add. 232

of business, without a license therefor as hereinafter provided.

Exception to preceding section.

SEC. 6. *Exception.* The provisions of the preceding section shall not apply to marshals, sheriffs, prison or jail wardens or their deputies, policemen or other law-enforcement officers, or to members of the army, navy or marine corps of the United States or of the national guard or organized reserves when on duty, or to regularly enrolled members of any organization duly authorized to purchase or receive such weapons from the United States or from this state, or to regularly enrolled members of clubs organized for the purpose of target shooting and affiliated with a national shooting organization: *Provided,* Such members are at or are going to or from their places of assembly or target practice, or to officers or employees of the United States duly authorized to carry a concealed pistol, or to any person engaged in the business of manufacturing, repairing, or dealing in firearms or the agent or representative of any such person having in his possession, using, or carrying a pistol in the usual or ordinary course of such business, or to any person while carrying a pistol unloaded and in a secure wrapper from the place of purchase to his home or place of business or to a place of repair or back to his home or place of business or in moving from one place of abode or business to another.

Issue of licenses.

SEC. 7. *Issue of Licenses to Carry.* The judge of a court of record, the chief of police of a municipality, the sheriff of a county, shall upon the application of any person issue a license to such person to carry a pistol in a vehicle or concealed on or about his person within this state for not more than one year from date of issue, if it appears that the applicant has good reason to fear an injury to his person or property, or has any other proper reason for carrying a pistol, and that he is a suitable person

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 236 of 256

to be so licensed. The license shall be in triplicate, in form to be prescribed by the state director of licenses, and shall bear the name, address, description and signature of the licensee and the reason given for desiring a license. The original thereof shall be delivered to the licensee, the duplicate shall within seven days be sent by registered mail to the director of licenses and the triplicate shall be preserved for six years, by the authority issuing said license. The fee for such license shall be one dollar ($1.00) which shall be paid into the state treasury.

SEC. 8. *Delivery to Minors and Others Forbidden.* No person shall deliver a pistol to any person under the age of twenty-one or to one who he has reasonable cause to believe has been convicted of a crime of violence, or is a drug addict, an habitual drunkard, or of unsound mind.

*Delivery to minors and forbidden persons.*

SEC. 9. *Sales Regulated.* No seller shall deliver a pistol to the purchaser thereof until forty-eight hours shall have elapsed from the time of the application for the purchase thereof, and, when delivered, said pistol shall be securely wrapped and shall be unloaded. At the time of applying for the purchase of a pistol the purchaser shall sign in triplicate and deliver to the seller a statement containing his full name, address, occupation, color, place of birth, the date and hour of application, the caliber, make, model and manufacturer's number of the pistol to be purchased and a statement that he has never been convicted in this state or elsewhere of a crime of violence. The seller shall within six hours after such application, sign and attach his address and forward by registered mail one copy of such statement to the chief of police of the municipality or the sheriff of the county of which the seller is a resident; the duplicate duly signed by the seller shall within seven days be sent by him with his address to the director of licenses; the triplicate he shall

*Sales regulated.*

retain for six years.   This section shall not apply to sales at wholesale.

**Dealers to be licensed.**

SEC. 10.  *Dealers to be Licensed.*   No retail dealer shall sell or otherwise  transfer, or expose for sale or transfer, or have in his possession with intent to sell, or otherwise transfer, any pistol without being licensed as hereinafter provided.

**Dealer's licenses, by whom granted and conditions thereof.**

SEC. 11.  *Dealer's Licenses, by Whom Granted and Conditions Thereof.*   The duly constituted licensing authorities of any city, town, or political subdivision of this state shall grant licenses in forms prescribed by the director of licenses effective for not more than one year from the date of issue permitting the licensee to sell pistols within this state subject to the following conditions in addition to those specified in section 9 hereof, for breach of any of which the license shall be forfeited and the licensee subject to punishment as provided in this act.

1.   The business shall be carried on only in the building designated in the license.

2.   The license or a copy thereof, certified by the issuing authority, shall be displayed on the premises where it can easily be read.

3.   No pistol shall be sold (a) in violation of any provisions of this act, nor (b) shall a pistol be sold under any circumstances unless the purchaser is personally known to the seller or shall present clear evidence of his identity.

4.   A true record in triplicate shall be made of every pistol sold, in a book kept for the purpose, the form of which may be prescribed by the director of licenses and shall be personally signed by the purchaser and by the person effecting the sale, each in the presence of the other, and shall contain the date of sale, the caliber, make, model and manufacturer's number of the weapon, the name, address, occupation, color and place of birth of the purchaser and a statement signed by the purchaser that he

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 238 of 256

has never been convicted in this state or elsewhere of a crime of violence.  One copy shall within six hours be sent by registered mail to the chief of police of the municipality or the sheriff of the county of which the dealer is a resident; the duplicate the dealer shall within seven days send to the director of licenses; the triplicate the dealer shall retain for six years.

5.  No pistol or imitation thereof or placard advertising the sale thereof shall be displayed in any part of any premises where it can readily be seen from the outside.

The fee for issuing said license shall be five dollars ($5.00) which fee shall be paid into the state treasury. *Fee.*

Sec. 12.  *Certain Transfers Forbidden.*  No person other than a duly licensed dealer shall make any loan secured by a mortgage, deposit or pledge of a pistol. Any licensed dealer receiving a pistol as a deposit or pledge for a loan shall keep such records and make such reports as are provided by law for pawnbrokers and second-hand dealers in cities of the first class.  A duly licensed dealer may mortgage any pistol or stock of pistols but shall not deposit or pledge the same with any other person.  No person shall lend or give a pistol to another or otherwise deliver a pistol contrary to the provisions of this act. *Certain transfers forbidden.*

Sec. 13.  *False Information Forbidden.*  No person shall, in purchasing or otherwise securing delivery of a pistol or in applying for a license to carry the same, give false information or offer false evidence of his identity. *False information forbidden.*

Sec. 14.  *Alteration of Identifying Marks Prohibited.*  No person shall change, alter, remove, or obliterate the name of the maker, model, manufacturer's number, or other mark of identification on *Alteration of identifying marks prohibited.*

any pistol.  Possession of any pistol upon which any such mark shall have been changed, altered, removed, or obliterated, shall be prima facie evidence that the possessor has changed, altered, removed, or obliterated the same.

Exceptions.

SEC. 15.  *Exceptions.*  This act shall not apply to antique pistols unsuitable for use as firearms and possessed as curiosities or ornaments.

Penalties.

SEC. 16.  *Penalties.*  Any violation of any provision of this act constitutes an offense punishable by a fine of not more than five hundred dollars ($500.00) or imprisonment for not more than one year in the county jail or both, or by imprisonment in the penitentiary for not less than one year nor more than ten years.

Partial invalidity.

SEC. 17.  *Constitutionality.*  If any part of this act is for any reason declared void, such invalidity shall not affect the validity of the remaining portions of this act.

Short title.

SEC. 18.  *Short Title.*  This act may be cited as the ''Uniform Firearms Act.''

Uniform interpretation.

SEC. 19.  *Uniform Interpretation.*  This act shall be so interpreted and construed as to effectuate its general purpose to make uniform the law of those states which enact it.

Effective date.

SEC. 20.  *Effective Date.*  This act shall take effect on the first day of July, 1935.

Conflicting statutes repealed.

SEC. 21.  *Certain Acts Repealed.*  All laws or parts of laws inconsistent herewith are hereby repealed.

Passed the Senate February 26, 1935.
Passed the House March 14, 1935.
Approved by the Governor March 23, 1935.

51

STATE HEALTH DEPARTMENT. (1) The salary of the State Health Officer, $3,600.00 for every year; (2) For other personal services $193,500.00 for every year; (3) For other expenses including County Health Work $202,900.00 for every year. 2. PASTEUR TREATMENTS: For Pasteur Treatments $30,000.00 for every year. 3. STATE SERUM PLANT: Salaries and other expenses $3,000.00—$3,000.00. 4. STATE SERVICE COMMISSION: For compensation of Commissioner $2,400.00; Other salaries $8,000.00; Supplies and materials $250.00; Postage, telephone and telegraph $400.00; Printing and binding $60.00; Travel Expense $250.00; Insurance and bonding $10.00; Rent, lights, heat and water $630.00—$12,000.00.

Section 2.   This Act shall be effective from October 1, 1935.

Approved April 3, 1936.

------

No. 82)                                          (S. 63—Simpson

### AN ACT

To regulate the sale, transfer and possession of certain types of firearms; to provide for the licensing of dealers and owners of such firearms; to fix rules of evidence in the Courts of this State in prosecutions for violations of this Act; to prescribe penalties for the violations of any provision herein and to make uniform the law with reference thereto.

*Be It Enacted by the Legislature of Alabama:*

Section 1.   DEFINITIONS: "Pistol" as used in this Act, means any firearm with barrel less than twelve inches in length.   "Crime of Violence" as used in this Act, means any of the following crimes or an attempt to commit any of the same, namely, murder, manslaughter, rape, mayhem, assault with intent to rob, assault with intent to ravish, assault with intent to murder, robbery, burglary, kidnapping, and larceny.   "Person" as used in this Act, includes firm, partnership, association or corporation.

Section 2.   COMMITTING CRIME WHEN ARMED:   If any person shall commit or attempt to commit a crime of violence when armed with a pistol, he may in addition to the punishment provided for the crime, be punished also as provided by this Act.

Section 3.   BEING ARMED PRIMA FACIE EVIDENCE OF INTENT:   In the trial of a person for committing or attempting to commit a crime of violence, the fact that he was armed with a pistol and had no license to carry the same shall be prima facie evidence of his intention to commit said crime of violence.

Section 4.   CERTAIN PERSONS FORBIDDEN TO POSSESS ARMS:   No person who has been convicted in this State or elsewhere of a crime of violence, shall own a pistol or have one in his possession or under his control.

Add. 238

52

Section 5.  CARRYING PISTOL:  No person shall carry a pistol in any vehicle or concealed on or about his person, except in his place of abode or fixed place of business, without a license therefor as hereinafter provided.

Section 6.  EXCEPTION:  The provisions of the preceding section shall not apply to marshals, sheriffs, prison or jail wardens or their deputies, policemen or other law-enforcement officers, or to members of the Army, Navy or Marine Corps of the United States or of the National Guard or Organized Reserves when on duty, or to the regularly enrolled members of any organization duly authorized to purchase or receive such weapons from the United States or from this State, provided such members are at or are going to or from their places of assembly or target practice, or to officers or employees of the United States duly authorized to carry a concealed pistol, or to any person engaged in the business of manufacturing, repairing, or dealing in firearms or the agent or representative of any such person having in his possession, using, or carrying a pistol in the usual or ordinary course of such business, or to any person while carrying a pistol unloaded and in a secure wrapper from the place of purchase to his home or place of business or to a place of repair or back to his home or place of business or in moving from one place of abode or business to another.

Section 7.  ISSUE OF LICENSES TO CARRY:   The Probate Judge, the Chief of Police of a municipality, the Sheriff of a County, may upon the application of any person issue a license to such person to carry a pistol in a vehicle or concealed on or about his person within this State for not more than one year from date of issue, if it appears that the applicant has good reason to fear an injury to his person or property, or has any other proper reason for carrying a pistol, and that he is a suitable person to be so licensed.  The license shall be in triplicate, in form to be prescribed by the Secretary of State, and shall bear the name, address, description, and signature of the licensee and the reason given for desiring a license.  The original thereof shall be delivered to the licensee, the duplicate shall within seven days be sent by registered mail to the Secretary of State and the triplicate shall be preserved for six years, by the authority issuing said license.  The fee for issuing such license shall be 50c (fifty cents) which fee shall be paid into the State Treasury.

Section 8.  DELIVERY TO MINORS AND OTHERS FORBIDDEN.  No person shall deliver a pistol to any person under the age of eighteen or to one who he has reasonable cause to believe has been convicted of a crime of violence, or is a drug addict, and habitual drunkard, or of unsound mind.

Section 9.  SALES REGULATED:  No seller shall deliver a pistol to the purchaser thereof until forty-eight hours shall have elapsed from the time of the application for the purchase thereof,

53

and, when delivered, said pistol shall be securely wrapped and shall be unloaded. At the time of applying for the purchase of a pistol the purchaser shall sign in triplicate and deliver to the seller a statement containing his full name, address, occupation, color, place of birth, the date and hour of application, the caliber, make, model, and manufacturer's number of the pistol to be purchased and a statement that he has never been convicted in this State or elsewhere of a crime of violence. The seller shall within six hours after such application, sign and attach his address and forward by registered mail one copy of such statement to the chief of police of the municipality or the sheriff of the county of which the seller is a resident; the duplicate duly signed by the seller shall within seven days be sent by him with his address to the Secretary of State; the triplicate he shall retain for six years. This section shall not apply to sales at wholesale.

Section 10.   DEALERS TO BE LICENSED: No retail dealer shall sell or otherwise transfer, or expose for sale or transfer, or have in his possession with intent to sell, or otherwise transfer, any pistol without being licensed as hereinafter provided.

Section 11.   DEALER'S LICENSES, BY WHOM GRANTED AND CONDITIONS THEREOF: The duly constituted licensing authorities of any city, town, or political subdivision of this State may grant licenses in forms prescribed by the Secretary of State, effective for not more than one year from date of issue, permitting the licensee to sell pistols at retail within this State subject to the following conditions in addition to those specified in Section 9 hereof, for breach of any of which the license shall be forfeited and the licensee subject to punishment as provided in this Act.  1. The business shall be carried on only in the building designated in the license.  2. The license or a copy thereof, certified by the issuing authority, shall be displayed on the premises where it can easily be read.  3. No pistol shall be sold (a) in violation of any provision of this Act, nor (b) shall a pistol be sold under any circumstances unless the purchaser is personally known to the seller or shall present clear evidence of his identity.  4. A true record in triplicate shall be made of every pistol sold, in a book kept for the purpose, the form of which may be prescribed by the Secretary of State and shall be personally signed by the purchaser and by the person effecting the sale, each in the presence of the other, and shall contain the date of sale, the caliber, make, model and manufacturer's number of the weapon, the name, address, occupation, color and place of birth of purchaser and a statement signed by the purchaser that he has never been convicted in this State or elsewhere of a crime of violence. One copy shall within six hours be sent by registered mail to the chief of police of the municipality or the sheriff of the county of which the dealer is a resident; the duplicate the dealer shall within seven days send to the Secretary of State; the tripli-

3—Laws

54

cate the dealer shall retain for six years.  5.  No pistol or imitation thereof or placard advertising the sale thereof shall be displayed in any part of any premises where it can readily be seen from the outside.  The fee for issuing said license shall be 50c (fifty cents) which fee shall be paid into the State Treasury.

Section 12.  CERTAIN TRANSFERS FORBIDDEN:  No person shall make any loan secured by a mortgage, deposit, or pledge of a pistol contrary to this Act, nor shall any person lend or give a pistol to another or otherwise deliver a pistol contrary to the provisions of this Act.

Section 13.  FALSE INFORMATION FORBIDDEN:  No person shall, in purchasing or otherwise securing delivery of a pistol or in applying for a license to carry the same, give false information or offer false evidence of his identity.

Section 14.  ALTERATION OF IDENTIFYING MARKS PROHIBITED:  No person shall change, alter, remove, or obliterate the name of the maker, model, manufacturer's number, or other mark of identification of any pistol.  Possession of any pistol upon which any such mark shall have been changed, altered, removed, or obliterated, shall be prima facie evidence that the possessor has changed, altered, removed or obliterated the same.

Section 15.  EXISTING LICENSES REVOKED:  All licenses heretofore issued within this State permitting the carrying of pistols concealed upon the person shall expire at midnight of the 1st day of October, 1936.

Section 16.  EXCEPTIONS:  This Act shall not apply to antique pistols unsuitable for use as firearms and possessed as curiosities or ornaments.

Section 17.  PENALTIES:  Any violation of any provision of this Act constitutes an offense punishable by a fine of not more than $500.00 (five hundred dollars) or imprisonment for not more than one year, or both.

Section 18.  CONSTITUTIONALITY:  If any part of this Act is for any reason declared void, such invalidity shall not affect the validity of the remaining portions of this Act.

Section 19.  SHORT TITLE:  This Act may be cited as the "Uniform Firearms Act."

Section 20.  It is hereby declared to be the Legislative intention in the passage of this Act to further aid in the suppression of crime and the Act is to be liberally construed to effectuate this purpose.

Section 21.  EFFECTIVE DATE:  This Act shall take effect on the 1st day of October, 1936.

Section 22.  CERTAIN ACTS REPEALED:  This Act is intended as an entire revision of the subject matter contained herein and all laws or parts of laws inconsistent herewith are hereby repealed.

Approved April 6, 1936.

# THE UNIFORM FIREARMS ACT

Recent Development of Firearms Legislation and History of Act——Proposed Measure Preserves Fundamental Provisions of Revolver Association Act—License to Carry As Against License to Purchase or Possess—Summary of Provisions

CHARLES V. IMLAY

*Chairman, Committee on Uniform Firearms Act, Conference of Commissioners on Uniform State Laws*

UNDER the head of "Current Legislation" in the September, 1925, number of this Journal,[1] Mr. Joseph P. Chamberlain reviewed under the title of "Legislatures and the Pistol Problem" a number of recent state statutes enacted to regulate the sale and possession of pistols and revolvers, the general trend of these enactments and their relation to prevailing laws in the various states. At the time Mr. Chamberlain's article was printed, the subject of firearms legislation had just been presented in án exhaustive report to the National Conference of Commissioners on Uniform State Laws by a committee of that body at its sessions in Detroit, August 25-31, 1925, and a first tentative draft of a proposed "Uniform Act to Regulate the Sale and Possession of Firearms" had been discussed in full by the Conference.[2] The proposed act was recommitted by the Conference to its committee and was brought again before the Conference at its sessions in Denver, July 6-12, 1926, in the form of a second tentative draft. As a result, the Conference, after another full discussion, has approved and recommended for adoption by the states, the completed Uniform Firearms Act, which received the approval of the American Bar Association along with other acts presented to the Association at the same place on July 15th by the Standing Committee on Uniform State Laws.

When the subject matter of the Act was first brought to the attention of the National Conference at its meeting at Minneapolis in August, 1923, a movement in the direction of uniform firearms legislation inaugurated by the United States Revolver Association was well under way. That Association, a non-commercial organization of amateur experts in the use of revolvers, had through its legislative committee drafted a proposed uniform law, which had already been enacted in whole or in part in a number of states. The California Act of 1923[3] which had just been passed follows the Revolver Association Act very closely. North Dakota[4] had adopted it on March 7, 1923, practically verbatim. New Hampshire had on May 4, 1923,[5] adopted it with some changes.

Because then of the favor already shown the Revolver Association Act, as well as its intrinsic merits for clearness and simplicity, that law was made the model for discussion by the Conference. Although the draft finally approved by the Conference shows some variations from the model law in

the way of additions or omissions and in changes in phraseology, the fundamental principles of the model law have been preserved. And the decision of the committee of the Conference in selecting this model law has received further support in statutes passed since the matter of firearms legislation came before the Conference. The Indiana Act of 1925[6] is almost a verbatim adoption of the Revolver Association Law. And a number of the sections of the latter law are incorporated, without changes, into the Michigan Law of 1925:[7] some others being incorporated with changes. Recent acts in Connecticut,[8] New Jersey,[9] and Oregon,[10] contain more or less verbatim parts of the model law.

### Need for Uniformity

That there is need of more careful regulation of the use of firearms and in particular small firearms (the subject matter of the Uniform Act) is evident from the daily newspaper records of crimes of violence committed with the revolver. The same records attest the desirability of adopting no system of regulation which would prevent the law-abiding citizen from possessing firearms for the defense of his person and property. And the same exigencies which demand the regulation of the sale and use of firearms require that the laws upon the subject be uniform: for no matter how rigid the law of one state may be upon the subject, if the law of a neighboring state be lax, it is easy for the criminal to obtain his weapon in the latter and carry it into the former.

Schemes of regulation have heretofore ranged all the way from the proposal made in the French legislature some months ago that all persons be permitted to arm *ad libitum* to be prepared for the miscreant, to the suggestion made by one of the members of the Conference in the discussion in Detroit, that no one other than a peace officer under any circumstances be permitted to carry a revolver.[11] Nor has there been any serious effort made to regulate the subject by regulating the manufacture of weapons. The nearest approach to this method was the so-called "Shields Bill" introduced in the Senate, April 25, 1921,[12] which was designed to prohibit the transportation in interstate commerce of firearms other than those of army and navy makes. The bill failed of passage. (A more

---

1. American Bar Association Journal, Vol. XI, p. 596.
2. Handbook Nat. Conf. Commissioners on Uniform State Laws, 1925, pp. 294, 316, 859. ·
3. Cal. Laws 1923, Ch. 339.
4. N. D. Laws, 1923, Ch. 266.
5. N. H. Laws 1923, ——.
6. Ind. Laws 1925, Ch. 207.
7. Mich. Public Acts 1925—No. 313.
8. Conn. Laws 1923, Ch. 252.
9. N. J. Laws 1924, Ch. 137.
10. Ore. Laws 1925, Ch. 339.
11. Handbook Nat. Conf. Commissioners on Uniform State Laws, 1925, p. 321.
12. S. 1184, 67th Cong.—1st Sess.

Add. 242

recent bill,[13] in the United States House of Representatives, along the same lines, also failed of passage). And no success has attended various other efforts to control the sale of firearms through Congressional legislation.

### License to Carry—Not License to Purchase

In adopting the principle of the Revolver Association Act of a license to carry a concealed pistol as against the requirement of a license to purchase or possess, the Uniform Act follows the almost universal system of regulation which has prevailed in the various states, and which has recently been affirmed in the adoption of the act named in North Dakota, New Hampshire, California and Indiana.

New York has long stood virtually alone in favoring the form of regulation by license to purchase under the so-called Sullivan Law, first enacted in 1888 and now existing there with certain amendments.[14] Massachusetts has recently enacted a law along this line.[15] And a recent West Virginia Law seems to approach the principle.[16] Recently there have been a few states which have attempted to go the whole length and require a state-wide registration or a license to possess. In the first group is the Arkansas Law of 1923,[17] which provided for a state-wide registration of pistols already owned and a license and registration of those afterwards acquired. This law was found so impracticable in enforcement that it was later repealed.[18] The Michigan Law of 1925, mentioned above, likewise requires a state-wide registration of all arms possessed, but it does not go the length of the Arkansas Law in imposing the requirement of a license to possess. The registration feature had upon last information not yet been put into effect, because of technical difficulties.

Another attempt to regulate is a law like that of North Carolina of 1923[19] making it unlawful for any person to receive from any postal employee or express or railroad agent within the state, any pistol without having and exhibiting a pistol permit. The latter law Mr. Chamberlain states to be of doubtful constitutionality.[20]

Much has been said of late in the public press in favor of the license to purchase or possess like that of New York. It has been advocated strongly by prosecutors and others engaged in suppressing crime as the surest means of preventing a pistol from getting into the hands of the criminal. But the Conference has inclined to the view of a license to carry, heretofore almost universal and reaffirmed in the recent enactments named.

It is doubtful whether or not a license to purchase or possess could ever be enforced. Legislation to that end would no doubt be followed by an era of pistol bootlegging similar to the liquor bootlegging which followed Prohibition. The criminal records in New York amply demonstrate that the Sullivan Law has not kept weapons out of the hands of criminals. One of the best safeguards against crime is the consciousness on the part of the criminal that the householder possesses arms. A regulation which would make it difficult for a law-abiding

citizen to possess arms would make for lawlessness. The requirement of a license to purchase might render it impossible for a citizen to obtain a pistol when he might need it the most: the requirement of a license to possess would forbid his borrowing a pistol from a neighbor at the moment of a pressing emergency. He would be unarmed as against a criminal armed in defiance of law.

### Summary of Provisions of Uniform Act

The Act defines a "pistol or revolver" as a firearm with barrel less than twelve inches in length.[21] It includes in the definition of a "crime of violence" such crimes as are usually committed with the aid of a revolver.[22] When such a crime is committed by one armed with such weapon, a penalty in addition to that for the substantive offense is prescribed.[23] The fact that a criminal is armed with such weapon is *prima facie* evidence of his intention to commit the crime charged.[24]

One convicted in a state of a crime of violence is absolutely forbidden to own or possess a pistol or revolver.[25] The Act forbids the carrying of concealed weapons according to the universal principle in state legislation adopting the modern theory of making the prohibition extend, not only to weapons concealed on the person, but also to vehicles. This is intended to remove the easy method by which a criminal, on being pursued, may transfer a weapon from his pocket to a concealed place in a vehicle.[26] All classes of persons usually excepted by state statutes from the above provisions are excepted by the terms of the Act, and also exceptions are permitted under certain circumstances, for example, carrying a weapon in a dwelling house or place of business.[27]

The Act provides for the issuance of licenses for the carrying of concealed weapons upon a satisfactory showing being made by the applicant as to his character and the necessity for his application.[28] Delivery of firearms to minors under eighteen is forbidden; the age of eighteen being deemed more desirable than the younger age named in a number of statutes and the higher age named in some.[29]

The transfer of a firearm is forbidden to any one who the transferrer may have reasonable cause to believe has been convicted of a crime of violence. A seller may not transfer a weapon on the day of purchase. The Act specifies the means of identifying the purchaser and the preservation of this identification.[30] These provisions, however, do not forbid the lending of a weapon by one citizen to another in case of an emergency.

The Act requires a license of dealers.[31] The giving of this license to the dealer and its retention by him is upon careful conditions, for the breach of which such license will be forfeited.[32] False information in purchasing a firearm or in applying for a license to carry the same is forbidden.[33] The changing of identifying marks on weapons is also forbidden and this prohibition is

13. H. R. 4002, 69th Cong., 1st Sess.
14. N. Y. Consolidated Laws of 1897, ss. 1-14.
15. Mass. Gen. L., Chap. 395, Act. of May 29, 1926.
16. Act April 28, 1925; Laws 1925, Ch. 95, Amending s. 7, Ch. 148, Code W. Va.
17. Ark. Acts 1923, Ch. 430.
18. Ark. Acts 1925, p. 1047, Act No. 351.
19. N. C. Laws, 1923, Ch. 106.
20. Am. Bar Assn. Journal, vol. XI, p. 598.

21. S. 1 Uniform Firearms Act.
22. *Ibid.*
23. S. 2.
24. S. 3.
25. S. 4.
26. S. 5.
27. S. 6.
28. S. 7.
29. S. 8.
30. S. 9.
31. S. 10.
32. S. 11.
33. S. 12.

fortified by another provision that possession of firearms from which such identifying marks have been obliterated shall be *prima facie* evidence that the possessor has changed the same.[34]

The Act revokes all existing licenses.[35] It exempts antique weapons that are merely curiosities.[36] By a specific provision it supersedes all local ordinances.[37]

A special section provides for penalties for violations of the various provisions of the Act.[38] The amounts of fines and lengths of imprisonment are left blank so that these may be fixed in accordance with the needs and usages of the particular state, having regard to the differences in definitions of misdemeanors and felonies obtaining in the various states. The Act conforms to what

34. S. 13.
35. S. 14.
36. S. 15.
37. S. 16.
38. S. 17.

is believed to be the sound view of putting the matter of punishment in the discretion of the court.

The Act concludes with the usual provision found in Uniform State Laws, viz., a provision that if any part of the Act is for any reason declared void, such invalidity shall not affect the validity of the remaining portions of the Act,[39] the definition of a short title, "Uniform Firearms Act,"[40] the naming of an effective date,[41] and the specific repeal of inconsistent laws.[42]

It is believed that the provisions of the Uniform Firearms Act present no constitutional objections, constitute no drastic changes in the law of any jurisdiction, and if adopted generally will not only secure uniformity, but will remove the evils of the present lack of uniformity.

39. S. 18.
40. S. 19.
41. S. 20.
42. S. 21.

# DEPARTMENT OF CURRENT LEGISLATION

## Current Federal Legislation (Continued)

### By J. P. Chamberlain and Middleton Beaman

THE Prohibition Amendment did not relegate to the Congressional waste-paper basket, all the experience gained in the long series of federal statutes under the commerce power to aid the states in enforcing their liquor laws.

The Plant Quarantine Act authorizes the Secretary of Agriculture to quarantine any State against plant diseases and when such quarantine is established shipment of plants into the quarantined State is unlawful under a criminal penalty. Public Resolution 14 provides that until the Secretary has established a quarantine, the act shall not be construed to prevent any state from enforcing its quarantine laws preventing transport of plants into or through the state from any other state in which the transit state finds that a plant disease exists. This statutory interpretation of the earlier law permits the states to act independently of the Government until the Government has acted.[*] The direct application of the principle of the old laws regulating liquor is in another provision which declares that when a quarantine has been established by the Secretary, plants shipped in violation of the quarantine are subject to the laws of the states into which they are brought "to the same extent and in the same manner as though" the plants "had been produced in such state . . . and shall not be exempt therefrom by reason of being introduced therein in original packages or otherwise." This is a further illustration of the divesting by Congress of its power over interstate com-

merce, in respect to a particular article, a procedure sanctioned when applied to intoxicating liquor.[1] The question arises as to whether a violator of the Federal quarantine will be subject to penalty under the Federal law in the Federal courts as well as to a penalty under the State law in the state courts.[2] It is to be noted that previous acts divesting articles of protection against state legislation while in interstate commerce, applied only where interstate commerce was being used as a means of circumventing state laws, while by this statute, the state authority is permitted to act upon articles being transported in breach of a Federal law. Formerly the article was stripped of Federal protection to enforce the law of the state; here it is in addition, a sort of penalty imposed for violation of the Federal regulation.

A further example of the use by Congress of its power over interstate commerce to aid the States in the enforcement of their laws is found in Public 256 which makes it unlawful for any person to deliver to a common carrier for transportation, or for any person knowingly to transport or carry in interstate or foreign commerce any black bass which has been caught, sold, purchased, or possessed in violation of the law of the State or Territory wherein the delivery of the bass for transportation is made or the carrying thereof begins. A criminal penalty is provided for violation. The Act is much the same as the Act of May 25, 1900, commonly known as the "Lacey Act", applicable to wild animals and birds. That Act has never been passed on by the Supreme Court, but has been sustained

*A prior judicial interpretation was that the states were prevented from acting in such cases even before any action by the Secretary. Oregon-Washington Railway Co. v. Washington, 46 Sup. Ct. Rep. 279.

1. Re Rahrer, 140 U. S. 545.
2. U. S. v. Lanza, 260 U. S. 377. See also footnote 6.

# CURRENT NOTES

NEWMAN F. BAKER [ED.]

Northwestern University School of Law
Chicago, Illinois

**Addresses by Judge Bruce** — During the month of September, 1932, Judge Andrew A. Bruce, President of the American Institute of Criminal Law and Criminology spoke before the North Dakota State Bar Association on "New Era and the Law"; The Chicago Chapter of the D. A. R. on the "Spirit of the Constitution"; The Minnesota State Conference and Institute of Social Work on the subjects, "The Juvenile Delinquent" and "The Philosophy of Probation" (two addresses); and on October 3rd before the Annual Meeting of the American Prison Association on the subject of the "Ex-Convict and His Struggle for Rehabilitation."

---

**Reforms Proposed**—Writing in the Brooklyn Eagle, Mr. Thomas S. Rice, associate editor of The Panel and formerly a member of the New York Crime Commission, proposes a number of reforms in the administration of the criminal law.

"Remove the right of the arrested person to refuse to explain the suspicious circumstances, to remain mute at his trial, and then to have the judge and prosecutor barred from mentioning that he has refused to offer an explanation at any stage. That is responsible for practically all of the charges of third degree against the police and is the biggest stumbling block to justice in our system. The European system compelling the suspect to explain the circumstances or be convicted should be adopted.

"Habeas corpus and bail have made a laughing stock of the law for professional criminals with financial and gang backing. Curtail both, as is done in Canada and England.

"The laws against perjury could and should be made workable.

"Notice of an alibi defense, with details of place and witnesses, should be required in every state, as required in Ohio and Michigan. New York's legislature has twice defeated a bill to that end in two years.

"Either side should have the right to impeach a witness who has radically changed his testimony.

"Convictions of receivers of stolen goods should be made easier, the state laws should be made broader, and the bill in congress providing a heavy penalty for interstate transportation of stolen goods should be passed. A similar federal law relating to stolen motor cars works well.

"Indefensible postponements of criminal cases by complaisant judges, with the object of wearing out the other side, should be grounds for charges against lawyers asking and judges granting the postponements.

Add. 245

664                                        CURRENT NOTES

"Wipe out exemptions from jury duty, as they have been wiped out in the province of Quebec, Canada, with highly satisfactory results.

"Increase federal penalties for the use of the mails to defraud until they are commensurate with the evil done to thousands of persons annually, and bring public pressure to bear upon federal judges to impose adequate sentences in such cases and in cases of fraudulent bankruptcy.

"Stop the browbeating of witnesses by half-baked and half-educated lawyers.

"See that an honest complainant and his witnesses get at least 20 per cent of the breaks in a criminal court and are allowed to talk at least three minutes without interruptions and noting of objections. I saw a witness in Judge Charles A. Taylor's court in Montreal two years ago tell his story for more than an hour in a murder trial without an interruption or exception. If in Quebec, why not in the United States?

"Take judges and prosecutors out of local politics."

———

Licensing Firearms Experts — The Commercial Standards Monthly has printed the statement of Wilmer Souder of the Department of Commerce that there is need for an examining and licensing board to pass upon the qualifications of those who desire to advise or testify as experts in firearms identification. He says:

"An organization of approved experts could advise intelligently the bench and bar upon the value and limitations of expert testimony and the general method of collecting and presenting evidence. Courts now accept various statements as supporting claims for expert qualifications and admit much evidence which can not be supported.

"The fact that one holds a medal for marksmanship or has had Army or police service is often accepted as proof of ability in identification. This popular qualification is enhanced, in the minds of the jury, if the witness has written articles or has lectured on some phase of ballistics or if his picture has appeared in the local papers. Experience in selling or using sporting goods is not overlooked as a quality which might suggest expert abilities. The public knows so little about this science of identification that it fails to realize that experience in one or all of the above fields does not guarantee ability of any value whatever in this work.

"Such persons wishing to be accepted as experts without having actually to qualify are usually very anxious for publicity in the press and are quite free in their interviews. Favorable attributes which contribute to expert ability are:

"1. Experience in metrology either in a school or laboratory shop, where accurate measurements of small dimensions are made by the use of micrometer microscope and photographic camera.

"2. Familiarity with the details of manufacture of arms and ammunition, the defects in new arms and the defects which develop with use. These are absolutely necessary.

"3. Demonstrated ability to identify exhibits, bearing secret identifying marks, approximating, in difficulty, those on which he is testifying. These tests if not previously taken might well be arranged before the expert takes the stand, but never after. The preparation of such tests to be effective must not be delegated to amateurs. Unfor-

tunately courts will not permit the introduction of such proof of ability unless all parties conducting the tests are present in person to testify.

"4. Ability to prepare evidence in photographic form so that permanent records may be available for use in appeal cases and for study by those wishing to verify the 'expertness of the expert.'

"Firearm identification will undoubtedly be retarded in its services to the administration of justice so long as so-called experts, inadequately trained to collect and to interpret physical data correctly and in harmony with the refinements peculiar to this science, are permitted to testify. Courts should be more correctly advised regarding the training and equipment necessary for such work, regarding the type of testimony and permanent records which should be required, and finally regarding limitations which must be observed in this as in all other sciences. There should be adopted:

"1. Minimum standards of equipment to be used.

"2. Standards for records of evidence to accompany and substantiate the expert's opinion; these to include photographs, metrological data, and interpretations in permanent form.

"3. Standards for qualification of experts which will include actual tests made against secretly designated materials and reported in compliance with item 2.

"4. Methods for constant following up of experts testifying in court to guarantee the highest efficiency.

"The compliance with such standards shuld be a guarantee of ability which could not be ignored by any court or jury. Conversely, those unwilling to comply with such regu-

lations should be permitted to explain why they are unwilling to do so. It is felt, however, that any one who has given the time and effort to properly qualify in this field will welcome an opportunity to cooperate in a plan such as has been outlined."

---

**Sportsmen Fight Sullivan Law**—The members of the National Rifle Association of America, from more than ten states, held their sixty-second annual meeting September 18, in New York City. The organization, which is the governing body of rifle shooting, represents 2,800 affiliated rifle clubs.

The main order of business was the adoption of a resolution to continue the fight for the repeal of the Sullivan law in New York State and the substitution of the uniform firearms act, now in force in several states and recently adopted by Congress for the District of Columbia.

The main aim in the fight against the Sullivan law is to give the honest man a chance to have a pistol in his home without having to be finger-printed and photographed. The organization believes the present situation makes the honest man appear associated with crime whenever he seeks to purchase a pistol.

The association plans to have the matter brought before the New York Legislature at the next meeting in an effort to substitute the uniform firearms act. Under that law, the applicant for pistol files an application with a firearms dealer and forty-eight hours later receives the pistol for home use, providing the police investigation that has been made in the meantime shows him to have a clean record as an upright citizen.

CURRENT NOTES

**Parole Study—** Mr. Frederick A. Moran, Executive Director, Division of Parole, State of New York, recently discussed "The Indeterminate Sentence and Parole — Scientific Study and Treatment" in the U. S. Daily. He said:

"Since July, 1930, the parole methods followed in New York State have been revolutionized. Through the enactment of legislation, a full time Board of Parole was created and provisions were made for a staff of 68 parole officers. From the creation of the Division of Parole, intensive investigations have been made of the criminal and the social histories of men appearing before the Board of Parole and definite efforts have been made to give constructive help and supervision to prisoners released on parole.

"Parole today is not a negative form of discipline, consisting of a certain number of stereotyped reports of miscellaneous advices, but individualized treatment carried on by trained social workers.

"If one needs to be convinced of the fact that individuals can not be treated as isolated units, but that consideration must be given not only to the man but to his family and to his friends as well as to his job, his health and his recreation, a study of the individual records kept by the Board of Parole would convince any unbiased person how little society has to expect in either protection or deterrence, unless the social and economic conditions that played a part in making the individual antisocial are changed.

"The Board of Parole, basing its opinions not on emotions but on factual data, wants the present sentencing laws changed so that the maximum sentence for the offense committed will be imposed on convicted offenders and the Board of Parole will be given the authority to consider the case of each prisoner after he has served one year of his sentence.

"If such changes were made to the law, it does not follow that offenders would be released on parole after they have served one year. In fact, in states where similar laws exist, the period of incarceration is longer than under the old laws which were similar to those in operation in New York State today.

"It does mean, however, that emphasis would be shifted from the necessity of releasing men from prison at fixed times, and it would let us hope to make possible the selection of prisoners for parole upon a different basis than time sentences. It might destroy the myth that, when a criminal is convicted and sentenced to prison, locking him up in a steel cage solves the problem either for society or the individual.

"It might focus attention upon the complex social problems that exist not only in the case of the prisoner himself but in his family. Something might even be done to solve these family problems, so that when the doors of the prison are opened the released prisoner will not return to economic and social conditions frequently far worse than those from which he was removed."

————————

**J u d i c i a l  Criminal Statistics —** A very important report to the Judicial Section of the American Bar Association and the National Conference of Judicial Councils was prepared by Leon C. Marshall of the Institute of Law, The Johns Hopkins University, in collaboration with Willis L. Hotchkiss of Fenn

College and Charles E. Gehlke of Western Reserve University. Among others serving on the Advisory Group were E. R. Cass, Secretary of the American Prison Association, Emil Frankel, New Jersey Department of Institutions and Agencies, J. Edgar Hoover, United States Bureau of Investigation, A. H. MacCormick, United States Bureau of Prisons, and Thorsten Sellin, Bureau of Social Hygiene. Mr. Marshall says:

"The movement for judicial criminal statistics in this country has apparently reached the stage where a rapid development would take place, if the various public organizations concerned could have available for use a practical plan that had the approval of expert opinion."

Mr. Marshall and his colleagues have been working upon their report for many months and it deserves wide notice. Copies may be obtained from The Institute of Law, Baltimore, Md. The study by Mr. Marshall for the State of Ohio was mentioned in "Current Notes" in the July-August number of this Journal (p. 295).

---

**N. Y. Court for Adolescents** — George Gordon Battle, writing in the New York Times, draws attention to the new children's court of New York City. He says:

"Chief City Magistrate James E. McDonald deserves the gratitude of the community for his efforts to establish a court for adolescents. At present the age limit in the Children's Court is 16 years. That should be increased at least to 18 and probably to 19 years.

"There has been in recent years an amazing and fearful increase in the number of young boys and girls between 16 and 18 who have committed serious offenses. Nevertheless, they are not criminals but for the most part reckless and heedless children. If they are brought up on these charges in a criminal court and are discharged, there is no agency to look after them.

"In the Children's Court the child is kept under observation in proper cases even though discharged. If such policy were followed for the children between 16 and 18 many of them could be saved who otherwise become criminals for life. It is hoped that the Legislature next year will increase the jurisdiction of the Children's Court so that it will have power over children up to the age of 18 or 19 years.

"In the meantime, without expense to the city, Chief Magistrate McDonald is making an experiment along these lines in setting up this voluntary court for adolescents, which is being conducted by judges and clerks outside of the regular hours as a voluntary matter and without compensation. It is also a subject of congratulation that Magistrate Jonah J. Goldstein will preside over the first of these tentative tribunals. Magistrate Goldstein has shown not only an excellent knowledge of law but, what is far more important, a deep sense of humanity and justice, which marks him as eminently fitted for this most responsible position."

---

**Increase of Suicide**— The Spectator, the business paper of insurance, gives the figures for 1931 suicides. They indicate a steady increase and the consulting statistician, Dr. Frederick L. Hoffman, declares that such an increase is to be expected in view of the financial and industrial depression.

"Making allowances for a lower

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 252 of 256

rate in the rural sections, it is a safe assumption that for the nation at large the actual loss of life by suicide in 1931 was not less than 20,000, in addition to which we lost say 12,000 lives by murder and possibly 35,000 more by motor car accidents. In other words, these three causes of death, most of which are preventable, account for not less than 70,000 lives during the course of a year at an average age of possibly thirty-five years."

**Depression and Prison Population** —Writing for the Monthly Bulletin of the Pennsylvania Department of Welfare, Dr. B. L. Scott, Director of the Bureau of Restoration, states:

"In times of unemployment, prison populations increase. The great majority are sentenced to the penitentiaries for crimes against property when work is hard to find. Even more important is the mental attitude of the inmates which makes prison administration more difficult in periods of depression. These are the conclusions reached after a study by the Bureau of Restoration in the Department of Welfare as to the commitments, population, and types of crime during the past six years in Pennsylvania.

"On December 31, 1927, the total population of the four state penitentiaries and reformatories in this state was 4,509. On March 31, 1932, the population of the same four institutions had grown to 6,312, an increase of 1,803 in four and a quarter years. By far the greater part of this increase has occurred since December 31, 1929.

"Even more startling is the increase in the population of the sixty-nine county penal institutions. On December 31, 1929, the total population in these institutions was 8,054. On December 31, 1931, after two years of unemployment, the population was 8,860, while by February 29, 1932, it had grown to 9,569, an increase of 709 in two months.

"In 1930 there were 838 persons sentenced to the Eastern State Penitentiary in Philadelphia, and in 1931 the number was 919. Of these groups 527 in 1930 and 592 in 1931 were committed for crimes against property. At the time of sentence 416 were totally unemployed in 1930 and 488 in 1931.

"The figures from the Western State Penitentiary in Pittsburgh are in much the same proportion. Of the 616 sentenced to this institution in 1930, 416 were charged with crimes against property and 285 claimed to be unemployed. Of the 628 commitments in 1931, 433 were charged with crimes against property and 364 said they were unemployed."

**Crime Laboratory Offers Instruction**—The Scientific Crime Detection Laboratory of Northwestern University will offer a course of instruction of two weeks duration beginning February 6, 1933. An additional week will follow for those desiring further study at the Laboratory. The course is designed to furnish the basis for further individual studies by police officers.

The major subjects will include: Firearms Identification (frequently termed "ballistics"); Examination of Questioned Documents; The Detection of Deception by means of the "Lie-Detector"; Specialized Instruction in the Photography of Evidence. Other subjects treated more briefly will include chemistry, toxicology and serology, criminal

Add. 250

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 253 of 256

law, criminological applications of ultra-violet rays, how to collect and preserve evidence, finger-printing, verbal descriptions (portrait parlé), microscopy and photomicrography, legal medicine, fallibility of eye witnesses, sketching a crime scene, etc.

---

**Crime News**—Those interested in the article by Morris Gilmore Caldwell, entitled "Sensational News in the Modern Metropolitan Newspapers" which appeared in the July-August number of this Journal will be pleased to know that the subject of "Crime News" is discussed in two articles in the July, 1932, number of the United States Law Review. "Trial by Newspaper" was written by Stuard H. Perry. He says:

"Obviously there is need of cooperation between the courts and lawyers and the newspapers, and it is noteworthy that the demand for it comes more distinctly from the bar than from the press. Judging by the expressions of many prominent legal spokesmen and legal journals, what the bar chiefly wants the press to do is to help improve the administration of law all along the line, and to make specific criticisms of the shortcomings of courts, judges, laws and lawyers. I heartily agree with these spokesmen. They have pointed out the exact field where the press can best serve the courts and the bar, and at the same time best serve the public."

The other writer was Charles T. Le Viness II whose essay is called "Crime News." He made this statement as his conclusion:

"And those who are prone to lambaste a newspaper for its treatment of crime news should know that the judge is the boss of his courtroom and all that goes on therein, including newspaper reporting. But the judges show little interest. Some are frankly indifferent and others seem unaware of their rights and powers. Judge after judge sits idly by while the courtroom scene beneath him is transformed into a three-ring circus for the nation. And, indeed, many of them seem to enjoy it all hugely! The fault, dear judge, is not in thy five-stars but in thyself."

---

**Probation Salaries**— The National Probation Association has prepared a 30-page study of the salaries paid to probation officers. The study may be obtained from the Association's editorial office, 450 Seventh Avenue, New York City. The report is given in summary form in the official publication of the Association:

"The average salary of probation officers in the United States on December 31, 1931, was at the rate of $2,234 per year. This figure was reached by an analysis of the tabulation of probation officers' salaries in the United States. When we say probation officers, we mean the officers in the ranks and not their chiefs or deputy chiefs whose salaries were eliminated for the purpose of obtaining the average. Men's salaries and women's salaries were averaged together to reach this figure. The average male probation officer's salary in the United States was somewhat larger — $2,487. The average woman probation officer received $2,003 per year.

"There is a marked difference in the salaries of probation officers in large cities and small. For instance, men probation officers, serv-

ing in population areas under 100,-000, receive an average of $1,725 per year. Women in similar areas receive somewhat less, $1,522 per year. In population areas from 100,000 to 500,000 men officers get $2,047 per year, women officers, $1,700 per year. In population areas of over 500,000 and under 1,000,000 the average male officer receives $2,447 and the average woman officer, $2,292. In population areas of over 1,000,000 the salaries of men officers average $2,841 and women officers receive an average of $2,089 per year.

"Chief probation officers naturally receive somewhat larger salaries. The average male chief probation officer in areas of under 100,000 population receive $2,116 per year, the average female chief, $1,984. In population areas of 100,000 to 500,000 the average male chief receives $2,958 and the woman chief, $2,491. In population areas of 500,000 to 1,000,000 the average male chief receives $4,807 per year and the average woman chief, $2,500. In populations of over 1,000,000 the male chief receives on an average of $5,289 per year, the woman chief, $4,067."

The article states that in 33 cities studied the average population served by a probation officer is 49,000. In this publication investigations have shown that there will be about 130 children with behavior problems, 100 mentally retarded, 44 children who are actually delinquent and 111 children who are dependent. This would make a case load for every probation officer of about 385 children. It is needless to state that a large number of these children, unless properly supervised, would be addicted to criminal careers. If we allow an average of $2,234 a year for the salary of the probation officer, we would have a total cost of $6.00 a year for each child. If too, we consider the enormous cost of criminal trials, the cost of our police and the cost of maintaining our penitentiaries, to say nothing of the injury to the public which the criminal creates we can readily see the economy of the probation system and how valuable a piece of social insurance it constitutes.

---

**New Finger Print Method —** A new finger print method which eliminates the photographer has been made public by Dr. Lunge, Assistant Director of the technical laboratories of the Lyons Friends Police Department. The invention consists of a mixture which has a base of collodion amylacetate, acetone and ether. The object is first dusted with "animal black." Over this the mixture is then poured and the result obtained in a few seconds, a thin transparent film. This can be easily lifted from the object and on it is a perfect reproduction of the finger print. The film can be carried about like a piece of paper and there is no necessity for photographs or other reproductions. Since the film is transparent the finger prints can be studied from both sides. The slogan of the advocates of the new method is that "a bottle replaces three photographers."

---

**Hooton Study—**At a recent meeting of the American Philosophical Society which was held in Philadelphia, Professor Earnest A. Hooton of Harvard University, after his study of 18,000 inmates of penal institutions and insane asylums and 2,000 members of the

non-criminal class, gave his sanction to the early Lombrosian theories of marked physical characteristics. He said that first degree murderers diverge significantly from the total criminal population in that they are older, heavier, taller, bigger-chested, with greater head circumferences, narrower foreheads, long and relatively narrower noses, broader jaws, broader ears, relatively narrower shoulders, relatively shorter trunks, relatively longer heads, less head hair, more body hair, straighter hair, more pronounced forehead slope, more convex noses, fewer and poorer teeth, both flatter and more projecting ears, less facial asymmetry, etc.

---

**Parole in California**—Charles L. Neumiller, Chairman of the Board of Prison Terms and Paroles, State of California, reports that California is having marked success with its parole system. Even the parole of second-termers has not proved a failure from the standpoint of the rehabilitation of the prisoner. He says: "There is less probability of a paroled prisoner returning to a life of crime than a prisoner who is discharged from the prison gate with a state gratuity of $10, a prison suit of clothes, and no job or check by the state parole officer."

Eighty-five per cent of the paroled convicts in California make good. Of the 15 per cent who fail, only 6 per cent are for new crimes, the remaining 9 per cent being violators of parole rules. In the five-year period, 1927 to 1931, 975 convicts were paroled and only 125 or 12.82 per cent failed to make good. Of those who violated their parole, 23 were first termers and 102 were recidivists.

**Parole Administration**—Writing in the United States Daily, Winthrop D. Lane, Director of Parole, State of New Jersey, discusses parole administration. He declares that it is clear that parole is badly practiced in many jurisdictions.

"When a parole board sits for only four hours a month at an institution and gives two minutes each to the consideration of persons eligible for parole, it is not doing effective parole work.

A session of this kind in a middle western state prison was recently attended by the writer. When an inmate entered the room, he faced 24 persons. Some of these were wives and daughters of members of the board, there for a thrill, and others were newspaper reporters.

Members of the board, sitting in serious inquiry on the offender's affairs, made jokes at his expense. One prisoner was told by a board member that he was 'just about the most contemptible cur that walks the earth' and another heard the words shouted at him, 'What you need is a horsewhipping.'

Time and again offenders were stopped as they sought to make some personal communication to the members of the board with the remark: 'You cannot say that in the presence of these women.' The next day local newspapers published such titillating tid-bits from the session as they wished.

Many prisoners must have received strange impressions of the interest taken in their welfare by members of the parole board.

One of the fundamental questions concerning parole is what information ought to be used in deciding whether an offender is to be paroled or at what time he is to be paroled. In many jurisdictions the only facts

Case 1:16-cv-03311-ELH   Document 68-2   Filed 08/24/18   Page 256 of 256

really entering into this question are the offender's conduct in the institution, as viewed by the disciplinary officer, and his previous criminal record. Important as these may be, they do not constitute the full set of facts interesting to a person concerned with the reclamation of the offender and the protection of society.

What is the offender's attitude toward his responsibilities and obligations? Has he improved since he entered the institution?

Does a job await him on the outside? If not, can one be obtained?

What are his family relationships? Will he return to his own family, or will he be placed to board and live with another family?

What is the nature of the neighborhood to which he will return? Who is there, among relatives and friends, who will take an interest in him on the outside?

What type of supervision awaits him when he is released? What are his economic prospects?

Have the factors contributing to his delinquent or criminal conduct been modified—and if not can they be? What, in short, are the plans for this offender when released?

Such questions as these ought to be asked in respect to every offender up for parole. The answers, obtained by pre-parole investigations, ought to be in the hands of every paroling authority before it decides whether the present is a proper time for the offender's release."

Mr. Lane's study, "Parole Procedure in New Jersey," appeared in this Journal September, 1931, pp. 375-405.

———

**Warden Lawes—**According to a recent broadcast by Warden Lewis E. Lawes of Sing Sing Prison less than 1 per cent of the prison population of Sing Sing had ever been actively engaged in religious work, less than 1/3 of 1 per cent had any fraternal affiliations, less than 1/2 of 1 per cent had ever belonged to a boys' club and only 6/10 of 1 per cent ever belonged to any political group. He derived from this the conclusion that the average criminal lacks social responsibility and is altogether too individualistic.

Warden Lawes' recent book on "Twenty Thousand Years in Sing Sing" is to be filmed by Warner Brothers.

The results of a recent study of 15,000 ex-convicts by Warden Lawes show that *only two children* of the 15,000 studied now have prison records.

A. A. B.

———

**Price Article—**In an article by G. Ward Price in The Panel, the organ of the Association of Grand Jurors of New York County, we are told that in England crimes of violence against individuals went up from 1,284 in 1921 to 1,986 in 1930; burglary and house-breaking from 15,402 to 25,190; larcenies from 61,370 to 96,189; and cases of fraud from 9,622 to 16,856. The article also states that 2/3 of all of the convicted criminals in 1930 were below the age of 30 and nearly 1/2 of them under 21. A significant statement in the article is one to the effect that the new educational advantages have not tended towards a reduction of crime.

———

**Virginia Welfare Work—**The official publication of the State Department of Public Welfare of Virginia contains a summary of the welfare work of the State under the unique