IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LAWRENCE HOGAN, in his capacity as GOVERNOR OF MARYLAND, *et al*.<br><br>*Defendants*. | Case No. 1:16-cv-03311-ELH |

**[PROPOSED] ORDER GRANTING CONSENT MOTION
OF EVERYTOWN FOR GUN SAFETY**

It is ORDERED, on this _____ day of _____ 2018, that Everytown for Gun Safety's consent motion to file an *amicus curiae* brief in support of defendants is HEREBY GRANTED, and that Everytown for Gun Safety is permitted to file the proposed *amicus curiae* brief.

SO ORDERED:

_____

Hon. Ellen Lipton Hollander
United States District Judge

1