FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2018 AUG 27 AM 11: 53

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LAWRENCE HOGAN, in his capacity as GOVERNOR OF MARYLAND, *et al.* <br><br> *Defendants.* | Case No. 1:16-cv-03311-ELH |

ELH

[~~PROPOSED~~] ORDER GRANTING CONSENT MOTION
OF EVERYTOWN FOR GUN SAFETY

It is ORDERED, on this 27th day of August 2018, that Everytown for Gun Safety's consent motion to file an *amicus curiae* brief in support of defendants is HEREBY GRANTED, and that Everytown for Gun Safety is permitted to file the proposed *amicus curiae* brief.

SO ORDERED:

*/s/ Ellen L. Hollander*

Hon. Ellen Lipton Hollander
United States District Judge

1