#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 16-cv-3311-ELH |
| ) | |
| **LAWRENCE HOGAN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

#### CONSENT MOTION TO EXTEND TIME
#### TO FILE SUMMARY JUDGMENT MOTIONS

Plaintiffs, Maryland Shall Issue, Inc., Deborah Kay Miller, Susan Brancato Vizas, and Atlantic Guns, Inc., by their attorneys and with the consent of Defendants, Governor Lawrence J. Hogan and Superintendent of Maryland State Police William M. Pallozzi, sued in their official capacity ("Defendants"), hereby move for an order amending the Scheduling Order, and as amended June 26, 2018, and state as follows:

1. On September 25, 2017, this Court entered a Scheduling Order in this case. (Doc. No. 36).

2. On March 22, 2018, Defendants filed a consent motion to amend the scheduling order to extend the deadlines for the completion of discovery and other pre-trial matters by two weeks, which the Court granted. (Doc. No. 52).

3. On July 26, 2018, Defendants filed a consent motion to amend the scheduling order to extend the deadlines to file motions for summary judgment, deferring Defendants' Summary Judgment Motion to August 17, 2018, which the Court granted. (Doc. No. 57).

4. Due to the obligations of Plaintiffs' counsel in other cases, counsel have agreed to amend the summary judgement briefing schedule by extending the deadlines approximately two weeks as follows:

| | |
|---|---|
| Plaintiffs' Opposition/Cross-motion: | October 5, 2018 |
| Defendants' Opposition/Reply | November 9, 2018 |
| Plaintiffs' Reply | November 30, 2018 |

WHEREFORE, Defendants respectfully request that the Court enter the attached proposed order setting deadlines for briefing the parties' motions for summary judgment.

Dated: September 18, 2018

Respectfully submitted,

*/s/ John Parker Sweeney*
John Parker Sweeney
T. Sky Woodward
James W. Porter, III
Marc A. Nardone
Bradley Arant Boult Cummings LLP
1615 L Street N.W., Suite 1350
Washington, DC 20036
P: 202-719-8316
jsweeney@bradley.com

*Counsel for Atlantic Guns, Inc.*

Cary Johnson Hansel, III
Hansel Law, P.C.
2514 North Charles Street
Baltimore, MD 21218
P: 301-461-1040
cary@hansellaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 18, 2018, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Maryland by using the CM/ECF system, which will provide service to all counsel of record, who are registered CM/ECF users.

              Respectfully submitted,

              */s/ John Parker Sweeney*
              John Parker Sweeney
              *Counsel for Plaintiffs*