IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 16-cv-3311-ELH |
| ) | |
| **LAWRENCE HOGAN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

UPON CONSIDERATION of the Consent Motion to Extend Time to File Summary Judgment Motions filed by Plaintiffs, Maryland Shall Issue, Inc., Deborah Kay Miller, Susan Brancato Vizas, and Atlantic Guns, Inc., (the "Consent Motion"), it is this _____ day of September, 2018 hereby:

ORDERED that the Consent Motion is granted; and it is further

ORDERED that the deadlines for briefing the parties' summary judgment motions shall be as follows:

| | |
|---|---|
| Plaintiffs' Opposition/Cross-motion: | October 5, 2018 |
| Defendants' Opposition/Reply | November 9, 2018 |
| Plaintiffs' Reply | November 30, 2018 |

Honorable Ellen L. Hollander
United States District Judge