IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Maryland Shall Issue, Inc., et al.,  *

**Plaintiff,**

                                    *

v.                                    Case No. 16-cv-3311-ELH

                                    *

Lawrence Hogan, et al.,

**Defendant.**                         *

## MOTION FOR ADMISSION PRO HAC VICE

I, Gregory Kline, am a member in good standing of the bar of this Court. I am moving the admission of Joseph Greenlee to appear pro hac vice in this case as counsel for Amici Curiae Professors of Second Amendment Law, et al.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Colorado Supreme Court 12/10/14 | United States Supreme Court 02/20/18 |
|  | Tenth Circuit Court of Appeals 05/05/15 |
|  | Eleventh Circuit Court of Appeals 3/19/16 |
|  | First Circuit Court of Appeals 08/22/18 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*[signature]*
Signature

Gregory M. Kline   14363
Printed name and bar number

Law Office of Gregory M. Kline LLC
Office name

550 M Ritchie Highway PMB #159
Severna Park, MD 21146
Address

Gregory.Kline@gklaw.com
Email Address

410-541-6384
Telephone number

443-926-9973
Fax Number

PROPOSED ADMITTEE

*[signature]*
Signature

Joseph Greenlee (CO-48023)
Printed name and bar number

**Millennial Policy Center**
Office name

PO Box 1417, Hayden, CO 81639
Address

josephgreenlee@gmail.com
Email Address

(970) 485-3303
Telephone number

(970) 824-1068
Fax Number