**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   **Case No. 16-cv-3311-ELH** |
| | ) |
| **LAWRENCE HOGAN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of the Plaintiffs' Cross-Motion for Summary Judgment and any opposition thereto as well as Defendants' Motion for Summary Judgment any opposition thereto, and the entire record in this action, it is this ____ day of _____ 2018, ORDERED:

1. That the Plaintiffs' Cross-Motion for Summary Judgment be, and hereby is, GRANTED; and

2. That the Defendants' Motion for Summary Judgment be, and hereby is, DENIED; and

3. That the Clerk is directed to enter judgment in favor of the Plaintiffs on all counts of the Amended Complaint.

_____
Ellen Lipton Hollander
United States District Judge