# PLACEHOLDER FOR EXHIBIT 1
## FILED UNDER SEAL.

**EXHIBIT 1**