Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

------------------------------X

MARYLAND SHALL ISSUE, INC.,     :

et al.,                         :

                                : Case No:

          Plaintiffs            : 16-cv-3311-MJG

                                :

              -vs-              : Pages 1 - 205

                                :

LAWRENCE HOGAN, in his          :

capacity of Governor of         :

Maryland, et al.,               :

                                :

          Defendants            :

------------------------------X



Deposition of James P. Russell, Jr.

Baltimore, Maryland

Monday, June 11, 2018



Reported by:  Kathleen M. Vaglica, RPR, RMR

Job No:  409351


MAGNA LEGAL SERVICES

(866) 624-6221



EXHIBIT
8

Page 67

```
 1        A.    No, sir.

 2        Q.    Now, what did you do to become qualified

 3    as an HQL instructor?

 4        A.    Basically, they were able to take my

 5    Maryland Police Training Commission where I went

 6    through two weeks of training, since I'm exempt due

 7    to the fact that, as a sworn law enforcement officer

 8    that attended Maryland Police Training Commission,

 9    and then also currently as a certified firearms

10    instructor exempt, and that's how I was able to get

11    my QHIC.

12        Q.    So you didn't have any special training or

13    instruction over and above what you had already had

14    as an instructor of law enforcement officers in

15    order to be qualified as an HQL instructor; correct?

16        A.    Just the rules and laws pertaining to the

17    HQL.

18        Q.    All right.  And what did you learn about

19    rules and laws pertaining to the HQL for purposes of

20    the HQL instruction?

21        A.    Maryland law, public safety law, COMAR

22    that's related to those, that's what I was basically
```



Page 68

1    learning.  It's included in our sample lesson plan

2    that's distributed to all the QHIC instructors.

3         Q.   Before you were qualified or in order to

4    be qualified as an HQL instructor, did you have to

5    pass any test or otherwise show your proficiency in

6    understanding those rules and laws?

7         A.   Yes.  We had to, through the Maryland

8    Police Training Commission, we had to do

9    qualification courses and shoot at least a

10   90 percent, which would have been a 225 out of 250

11   on the qualification course.  We have to have that

12   in order to get the QHIC.

13        Q.   But not to get your HQL.  I'm trying to

14   find out what in addition you had to do in order to

15   get your HQL qualification.

16        A.   Nothing else.

17        Q.   Anything?

18        A.   Just through the training that I had

19   already received.

20        Q.   So you didn't have to have any special

21   training or show any special understanding of the

22   HQL rules and laws in order to be qualified as an



Page 69

1    HQL instructor?

2         A.   Yes.  We did because we still had to go

3    back and do what, our sample lesson plans.  We had

4    to draw it out.  Do PowerPoints and things like that

5    of how we were going to be teaching the course to

6    the personnel that will be attending the four-hour

7    block of instruction.

8         Q.   Let me try to understand that a little bit

9    more.  Before you were certified as an HQL

10   instructor, what did you have to show other than you

11   had previously been certified by the Maryland Police

12   Training Commission?

13        A.   All I had to do was provide that

14   documentation showing that I was already a

15   full-fledged member or instructor.

16        Q.   Sorry.

17        A.   That's okay.

18        Q.   Once you were certified as an HQL

19   instructor, then did you prepare your lesson plans

20   and the like?

21        A.   Fair, yes, sir.

22        Q.   Okay.  Now, we marked previously as 123 --



Page 70

```
 1        A.    124.

 2        Q.    -- for the sample lesson plan.

 3        A.    Yes.

 4        Q.    And can I ask you when you first obtained

 5   this?

 6        A.    Probably shortly after going, obtaining my

 7   QHIC.  I got a copy of it.  So 2013 time frame,

 8   somewhere around that time.  2013, 2014.

 9        Q.    This document has a date of September 10,

10   2013, on it.  Does that sound about right to you?

11   Sometime after then?

12        A.    Yes, sir, because this is posted on our

13   www.mdsp.org and all instructors have access to this

14   information.

15        Q.    All right.  Now, did you have any lesson

16   plan prior to obtaining a copy of what we've marked

17   as Exhibit 124?

18        A.    No, sir.

19        Q.    Have you any other written lesson plans

20   other than what we've marked as Exhibit 124?

21        A.    This is what I use for my training.

22        Q.    I thought I heard something about
```



Page 71

1    PowerPoints.  Do you have any PowerPoints that

2    you've prepared in connection with your HQL

3    instruction?

4         A.   We have PowerPoints that are utilized.  I

5    don't have any with me today, but the PowerPoint

6    follows this sample lesson plan basically verbatim

7    so that you're not handing out all kinds of sheets

8    of paper.

9              MR. SCOTT:  Counsel, we do have the

10   certificate that the witness testified about, if you

11   want us to get a copy.

12             MR. SWEENEY:  We can add it at the break.

13             MR. SCOTT:  That's fine.

14             MR. SWEENEY:  I have no reason to doubt

15   his recollection.  I just want to verify it for the

16   record.

17   BY MR. SWEENEY:

18        Q.   What is your understanding of handgun

19   safety training for non-law enforcement officers in

20   Maryland prior to the Handgun Qualification License

21   training requirements?

22        A.   Prior to going through and developing the



Page 80

1    not an issue, but those things come up as well that

2    are not, they are discussed in the video, but once,

3    again, you can't have follow-up questions that are

4    asked in the video where follow-up questions can be

5    asked in the classroom setting.

6         Q.   So let me understand.  There's no

7    difference in the subject matter, but the difference

8    in the format, the live classroom setting allows for

9    questions and answers, which is not part of the

10   video process?

11             MR. SCOTT:  Objection.  Go ahead.

12             THE WITNESS:  Can you ask that one more

13   time?  I'm sorry.  I apologize.

14   BY MR. SWEENEY:

15        Q.   Sure.  Can you just repeat my question,

16   please?

17             (The reporter read back as requested.)

18             MR. SCOTT:  Objection.

19             THE WITNESS:  Allows for questions and

20   answers and also, like I said, to elaborate it also

21   allows for use of the weapon on the range.  You get

22   to handle the weapon.  You get to feel it.  You get



Page 81

1    to see it.  You get to touch it, and I go back to my

2    experience as an instructor and as my experience as

3    a adjunct instructor at Cecil College working with

4    personnel is that people learn by seeing, touching,

5    and feeling.  They don't -- a lot of times they are

6    not learning sitting at that video or sitting behind

7    the computer.

8                I've had situations also I need to tell

9    you about.  I've had personnel tell me that you are

10   able to, watching that video, they were able to get

11   up, go get some chocolate milk, get on their phone,

12   answer e-mails.  That video is still playing

13   continuously, and then you at the end are saying,

14   yeah, I watched it all, and I've had situations I

15   can tell you I know they haven't.  I've been told

16   about that as well.

17               And now, when you're in the classroom

18   setting, as an instructor, I'm watching.  You

19   understand we have a receiver and we have a sender.

20   Okay?  We communicate, and I can watch you do it as

21   well.

22               So that basically covers all the facets



Page 82

1   that I know, hey, this is person is safe with those

2   weapons and knows what they are doing with it.

3        Q.   Now, when you have a video that's online,

4   a user can go back to it repeatedly and refer to it

5   and do it over and over again, and you can't do that

6   in a classroom setting; correct?

7        A.   I don't know if you can go back and watch

8   that video.  The one that I'm referring to the one

9   I'm most familiar with it, it was online and, like I

10  said, I don't know if anybody is familiar with it.

11  It has a web ID issued at the end.  You had a sheet

12  of paper, and it was a web ID number.  That web ID

13  would then go on the 77R.  I don't know if, after

14  you watched it, if you could go back and view it

15  again.  I'm not too sure.  I can't answer that

16  question because -- are you familiar with that one

17  where it issues the web ID number and then that goes

18  on the 77R?  That's the one I'm referring to, and

19  that's the latest one.

20       Q.   I, actually, did that process at one

21  point.

22       A.   So I can't answer the question if you



Page 83

1    could go back after you watched it one time and do

2    it again because I used to -- I would help family

3    members get on there and actually view that and get

4    the web ID number for the transfer, the rental, or

5    the sale of a weapon, so, but I don't know if you

6    can go back and watch it.

7         Q.   The video did cover the primary subject

8    matters of state firearm law, home firearm safety,

9    proper storage of handguns, and handgun mechanism

10   and operation; correct?

11        A.   Yes, sir, it did, sir.

12        Q.   Now, could I just review for a moment your

13   understanding about the Maryland Police Training

14   Commission's role in preparing that video?  What's

15   your understanding in that regard?

16        A.   I'm not too sure because, like I said, it

17   had Mr. Shipley, who was the Maryland State Police

18   public information officer, in the old video that I

19   watched so I don't know who -- I guess Maryland

20   Police Training Commission prepared both those

21   videos, but I'm not too sure.

22        Q.    All right.  Now, since becoming certified



Page 106

1      Q.   And that's what you use to track the live

2   fire performance of each of your HQL students?

3      A.   Yes, sir.

4      Q.   All right.  Are there any other materials

5   that are provided for Handgun Qualification License

6   operation and handling demonstration of a handgun?

7      A.   No, sir.

8      Q.   All right.  How many rounds do you require

9   your students to shoot during your class?

10     A.   You have to at least fire one.  All the

11  students that I've talked about and previously the

12  25 to 30 that I've done I make them shoot at least

13  two courses of fire, and there's never been any

14  issues.  I whole-heartedly believe that the training

15  that we're doing now is so much better than the

16  videos, and I just think additional rounds of fire

17  gets the applicant or the person more proficient,

18  more comfortable in the use of handling the weapon.

19          I'm not saying there's anything wrong with

20  one.  That's absolutely fine, but I encourage my

21  students that I'm working with to fire more than one

22  round of fire, and I've never had anyone say



Page 107

1    anything differently that they don't want to fire

2    any more courses of fire.  In fact, when we're done,

3    they thank me.  They say I feel so much comfortable

4    with the nomenclature, how to make it safe, and we

5    talk about shooting stances, shooting procedures and

6    things like that, and they are a lot more

7    comfortable when they leave.

8              And they are, like, hey, can we call you

9    six months or eight months from now and do another

10   course of fire just so we don't lose what we've

11   already learned?  But to answer your question, one

12   round.

13        Q.   Well, your students fire more than one

14   round?

15        A.   Yes, sir.

16        Q.   How many more?  You say two courses of

17   fire at least.  How many rounds is that altogether?

18        A.   60 total rounds.  Two 30-round courses,

19   sir.

20        Q.   So you typically have your students fire

21   as many as 60 rounds during their HQL instruction?

22        A.   Yes, sir.



Page 108

1       Q.    Do you have anybody who has shot less than

2    those 60 rounds?

3       A.    No, sir.

4       Q.    All right.  You would agree with me that

5    the proper use of the handgun is an acquired skill?

6       A.    Acquired skill, yes, sir, I would.  The

7    more you handle it the better you are.

8       Q.    And it is a skill that you, as a firearm

9    instructor, encourage all of your students to

10   practice on a regular basis?

11      A.    Yes, sir.

12      Q.    Is the ownership of a handgun an acquired

13   skill?

14            MR. SCOTT:  Objection.

15            THE WITNESS:  I'm not able to answer that,

16   sir.

17   BY MR. SWEENEY:

18      Q.    All right.  Is the storage of a handgun an

19   acquired skill?

20      A.    I think you need to know the laws

21   regarding the storage of the weapon, and then you

22   need to practice it.  You need to continue



Page 114

1    the HQL, either the statute or the regulation?

2         A.    In regards to the purchase, transfer,

3    selling?

4         Q.    The training requirement for the 77R prior

5    to the HQL training requirement.

6         A.    Prior to all this and the video, no, sir.

7         Q.    So you've never reviewed the regulation or

8    the statute that was the basis for the video and

9    what was required to be in it?

10        A.    No.  No.

11        Q.    All right.  Now, the sample lesson plan

12   that we marked as Exhibit 124, is it?

13        A.    Yes, sir, 124.

14        Q.    Previously there's no requirement that

15   that be used by any particular HQL instructor, is

16   there?

17        A.    No.  It's just a sample to use off of --

18   that's what they recommend that you use, something

19   along those lines to cover each of the components.

20        Q.    But as long as the instructor covers the

21   items that are in the handgun instructor advisory of

22   2013 that we reviewed, the curriculum requirements,



Page 124

1      Q.   All right.  Is there any other right, any

2    other constitutionally guaranteed right that would

3    require individuals to demonstrate proficiency

4    before we allow them to exercise that right like,

5    for instance, voting?

6           MR. SCOTT:  Objection.

7           THE WITNESS:  I'm not familiar.

8    BY MR. SWEENEY:

9      Q.   When we talk about the HQL training

10   requirements, does it in any way deter individuals

11   from making straw purchases of handguns?

12     A.   Once again, through my experience and

13   knowledge of doing this, yes, it answers the

14   questions in regards to this and talks about

15   different laws and rulings that we're dealing with.

16   So, in my opinion, yes, it does.

17     Q.   The 77R form itself that is used to

18   purchase a handgun has always or at least forever

19   that I can think of warned people against making a

20   straw purchase; correct?  And declared that it was

21   illegal for them to do so; correct?

22     A.   It's in one of the questions, yes, sir, on



Page 125

1    the 77R.

2         Q.    And the prior training, the training prior

3    to the HQL also made it clear that straw purchases

4    were illegal in Maryland; correct?

5         A.    The training videos do have that in there,

6    yes.

7         Q.    All right.  Do you have any data on the

8    number of straw purchasers in Maryland, say,

9    annually?

10        A.    No, sir, I do not.

11        Q.    Do you know anybody who does?

12        A.    It might be a Captain Johnson question

13   with Licensing Division, but I'm not sure.

14        Q.    And do you have any data on children

15   having unsupervised access to firearms in Maryland?

16        A.    Data?  Yes, I have some.  I mean, facts is

17   what I can tell you that I have facts just through,

18   like I said, I go back to my ALICE and ALERT

19   certification training as an active shooter

20   instructor, and we open up with most of our videos,

21   majority of our videos and most of our training and

22   school shootings, there's a lot of examples of where



Page 128

1    a Handgun Qualification License, how many days?

2         A.   In regards to the transfer?  Seven days.

3         Q.   Seven-day transfer, but if you don't have

4    a Handgun Qualification License, how long does it

5    take you to get your Handgun Qualification License?

6         A.   If you call me, we can get it done in a

7    day.

8         Q.   Okay.  So I can go and get the training

9    from you in a day, but I also have to get

10   fingerprinted someplace.  Where would I get

11   fingerprinted?

12        A.   That's part of the training.  When we do

13   live training and we're in the training portion of

14   it, I provide them a list of agencies, as well as a

15   list of services, whether it be Cecil County,

16   Harford County, Eastern Shore that provides

17   fingerprint services to the applicant.

18        Q.   So all I have to do is go out to Cecil

19   County and get it done in a day?

20        A.   Or Eastern Shore.  If you want to do it

21   with me.

22        Q.   Do you know if that, if the training, sir,



Page 129

1   is available in Baltimore City?

2        A.   I'm not too sure if it's available.  I'm

3   not too sure about Baltimore City.

4        Q.   So residents of Baltimore City, because

5   there is no range and there is no ability to

6   discharge a firearm inside the city limits, would

7   have to go outside the city limits of Baltimore to

8   obtain their HQL training; correct?

9        A.   No range?  Then they would have to go

10  outside the city, yes, sir.

11       Q.   All right.  You're not aware, one way or

12  another, whether there's a range?  I don't want to

13  put words in your mouth.  I thought you knew that.

14       A.   No, I'm not aware if there's a range in

15  Baltimore City.  Where does the Baltimore City

16  Police Department qualify?

17       Q.   Well, they have a range.

18       A.   I qualify a lot of the retirees as well.

19       Q.   Once I get my training from you and

20  fingerprinting, how long does it take the Maryland

21  State Police to process my application?

22            MR. SCOTT:  Objection.



Page 134

1   and put away the devices and everything else and

2   concentrate on what they are doing, I think it's

3   self-explanatory and they can work through it.

4   BY MR. SWEENEY:

5       Q.   Would it surprise you that there may be as

6   many as 30,000 people that have started, but haven't

7   finished their HQL applications online?

8           MR. SCOTT:  Objection.

9           THE WITNESS:  Would it surprise me?  No,

10  it wouldn't surprise me because someone may be,

11  learn they are prohibited or something else that may

12  affect that.

13  BY MR. SWEENEY:

14      Q.   You think there are 30,000 prohibited

15  individuals who are applying for HQLs?

16          MR. SCOTT:  Objection.

17          THE WITNESS:  I'm not too sure.

18  BY MR. SWEENEY:

19      Q.   All right.  All right.  Do you have any

20  information about whether or not the HQL training

21  that's been provided now by you and others for over,

22  I guess, five years has reduced the number of



Page 135

1    accidental shootings in Maryland?

2        A.   I don't have any numbers, but I can surely

3    tell you from being on the range and through, like I

4    said, 14 years of being on the range with not only

5    sworn, but now civilian and over the last five years

6    of doing HQL, I can sit here and tell you that a lot

7    of flaws, faults have been discovered on the range

8    and that the video would not have uncovered just

9    because they are on the range firing that live round

10   or, like I said, I do 30-round courses of fire, two

11   of them, and we uncover a lot of different things

12   that would not be uncovered with a video.

13           I get a lot of questions asked in the

14   classroom setting that are not covered in the video

15   when the hands go up, and it seems to lead into

16   another question, and just a lot of good questions

17   are being asked that the video did not answer.

18       Q.   And that's with respect to the students

19   that you've taught, the 25 or 30 students?

20       A.   Yes, sir.

21       Q.   Okay.  And you mentioned the officers on

22   the range.  Despite all their training, they still



Page 176

1    suggestions and stuff like that.  If they pass the

2    requirements needed by law, then I'll pass them.  If

3    somebody come in, say, and said I only brought one

4    round because that's what I read on the website and

5    that's what's needed by law, then we do one round.

6         Q.   Have you ever done just one round with

7    somebody?

8         A.   Never have done one round.  In fact, I've

9    done the courses of fire.  When I'm done, they want

10   to fire more courses of fire because they've learned

11   so much.  A county executive in Cecil County, as a

12   matter of fact, never handled a weapon before came

13   in and has come back numerous times now to fire

14   additional courses of fire because they are learning

15   so much.

16        Q.   And a course of fire, and I know ammo

17   varies by caliber, manufacturer, material, but a

18   course of fire along the lines of what you're

19   talking about, these three courses of fire that you

20   do in your training would probably be anywhere from,

21   what, 30 to $50 in ammo; is that right?

22             MR. SCOTT:  Objection.



Page 177

```
 1              THE WITNESS:  Well, boxes of ammo, all
 2     depends what kind you purchase.  If we're dealing
 3     with 22, 380s, you know, sim rounds, so as far as
 4     asking for a price, I mean, a hot box of federal
 5     ammo, I can tell you this.  You can ask some of the
 6     people I've qualified.  I've been known to give them
 7     boxes of ammo because I have extra 'cause I'm, for
 8     the allowance of the State Police that they provide
 9     us.
10              And/or at the indoor range that we qualify
11     at Chad's house he hs extra ammo that we provide to
12     the applicants as well.  So a box, I don't know.  It
13     all depends, like you said, the type of ammo that
14     you're shooting.
15         Q.   And you don't have any idea of the prices
16     of ammo?
17         A.   I have an idea, yes, sir.  Local Walmart,
18     but --
19         Q.   What would the three courses cost, say,
20     using a .9 millimeter?
21              MR. SCOTT:  Objection.
22              THE WITNESS:  Buying bulk?
```



Page 182

1    you keep about the HQL training that you do?

2         A.   All of mine are kept in e-mail because I

3    scan and e-mail everything to the Licensing Division

4    when they need documentation of everything and hand

5    deliver anything that needs to go there or have the

6    applicant mail it to Licensing Division.

7         Q.   Do you believe yours go through faster

8    than anybody else's?

9         A.   No, sir.  I wish they did.  They ask me if

10   I can, and Licensing Division has a record of

11   everything that comes in, and they have to go in

12   order.

13        Q.   Do you have a contact at the Licensing

14   Division?

15        A.   Well, just for each section that's being

16   utilized, yes.  If it's handgun permit, Sergeant

17   Durkee.  If it's HQL, it's Corporal Askins.

18        Q.   Is everyone in your HQL class, are they

19   required to have their own firearm?  Sometimes you

20   give them ammo.  Do you also loan guns out

21   sometimes?

22        A.   Normally, they have, they will have their



Page 183

1    own weapon.  If they don't, Chad Johnston does the

2    training at his house, and he has the ammo at his

3    residence at the indoor range that's secured there.

4         Q.   So you've participated in training where

5    Mr. Johnston has loaned a gun to somebody for use?

6         A.   Yes, sir.

7         Q.   And you've already sounds like more often

8    than not participated in training where the person

9    has shown up to get an HQL, and they already have a

10   handgun they are going to use for the training; is

11   that right?

12        A.   That's happened previously.

13        Q.   Has it ever struck you as odd that the

14   person is showing up to get training to buy a gun,

15   and they already have a handgun?

16        A.   No, it's never, no.

17        Q.   Have you ever asked any of them or

18   followed up on how or why they obtained a handgun?

19        A.   How or why?

20        Q.   Yes, sir.  In other words, these folks are

21   coming to you to get a Handgun Qualification License

22   to buy a gun; right?

