# PLACEHOLDER FOR EXHIBIT 9

DISC CONTAINING THE 77R HANDGUN REGISTRATION SAFETY COURSE. VIDEO CAN BE VIEWED WITH WINDOWS MEDIA PLAYER.

**EXHIBIT 9**