*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report



**EXHIBIT**
Armstrong 48
3/23/18

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

| Licensing Division Weekly (1 partial) Report 1/1/2018 through 1/4/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 505 | 710 | 1,008 | 997 | 505 | 505 |
| *FRS Disapprovals | 397 | 261 | 175 | 0 | 7 | 5 | 3.4 | 0 | 0 |
| *HQL New | 20,160 | 28,039 | 23,888 | 151 | 380 | 539 | 459 | 151 | 151 |
| *HQL Disapprovals | 333 | 574 | 566 | 5 | 6 | 11 | 10.9 | 5 | 5 |

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the **information** contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003193

**EXHIBIT 15**

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report



**\*FRU and HQL numbers denote real time figures as of 1/5/2018**

DHMH Import Status
01/05/2018 Success

Days in Queue (Initial Review)
(Not in Closed Status)



| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Over 7 d |
|-------|--------|--------|--------|--------|--------|--------|----------|
| 5 | 130 | 168 | 133 | 0 | 0 | 0 | 0 |

VIEW DETAILS

Days in Queue (Second Review)
(Not in Closed Status)



| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Over 7 d |
|-------|--------|--------|--------|--------|--------|--------|----------|
| 0 | 0 | 0 | 21 | 7 | 0 | 0 | 0 |

VIEW DETAILS

Select a Report to View

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003194

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

## Applications Received By Date

Report Run Date: 1/5/2018 10:31:16 AM

Date Forward Begin Date: 1/1/2018 7:00 AM

Date Forward End Date: 1/4/2018 10:00 PM

| Date Forwarded | Total Applications |
| --- | --- |
| 1/1/2018 | 28 |
| 1/2/2018 | 181 |
| 1/3/2018 | 169 |
| 1/4/2018 | 127 |



The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003195

UNCLASSIFIED//FOR OFFICIAL USE ONLY



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

**Automation Portal:**

Licensing Portal launched on 1/1/2017. To date the Licensing Portal has received and processed 52,356 applications, and 47,404 citizens have logged in and created an account.

**Vacancies and Hiring Status:**

**Handgun Qualification License:  Total Active HQL's since 10/1/2013:  90,661**

**HQL Currently has (0) zero applications over 15 days.**



| | HQL Received | HQL Processed | Disapprovals | Net Gain/Reduction |
|---|---|---|---|---|
| This week | 312 | 484 | 7 | -172 |
| Last Week | 300 | 445 | 8 | -145 |

HQL Chart Covers 12/29/17-1/4/18

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

| Licensing Division Weekly Report 12-28-14 through 12-31-14 | 2011 Totals | 2012 Totals | 2013 Totals | 2014 Totals | 2011 Weekly Avg. | 2012 Weekly Avg. | 2013 Weekly Avg. | 2014 Weekly Avg. | Current Week Totals (2014) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 46,339 | 70,099 | 129,451 | 28,633 | 891 | 1348 | 2,489 | 551 | 533 |
| *FRS Disapprovals | 858 | 1,054 | 1,125 | 346 | 16 | 20 | 21 | 7 | 10 |
| *HQL New | 0 | 0 | 4775 | 16,306 | 0 | 0 | 367 | 314 | 222 |
| HQL Renewal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

1



EXHIBIT
105
4 13 18

MSP000716

*FRS and HQL numbers denote real time figures as of 12/31/14.

Note- 2013 total firearms application number, and average, updated on 11/24/14, due to billing reconciliation.

Significant Events for the Week:

Vacancies and Hiring Status:

2

MSP000717

| Licensing Division Weekly (52) Report 12/23/2016 through 12/31/2016 *Year End | 2013 Totals | 2014 Totals | 2015 Totals | 2016 Totals | 2013 Weekly Avg. | 2014 Weekly Avg. | 2015 Weekly Avg. | 2016 Weekly Avg. | Current Week Totals (2016) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 127,455 | 28,633 | 37,646 | 52,434 | 2,489 | 551 | 710 | 1,008 | 1,619 |
| *FRS Disapprovals | 1,125 | 346 | 397 | 261 | 21 | 7 | 7 | 5 | 10 |
| *HQL New | 4,772 | 16,296 | 20,160 | 28,039 | 367 | 314 | 380 | 539 | 428 |
| *HQL Disapprovals | 42 | 256 | 333 | 574 | 4 | 5 | 6 | 11 | 14 |
| ███ | ██ | ██ | ██ | ██ | █ | █ | █ | █ | █ |
| ███ | ██ | ██ | ██ | ██ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |

1

**EXHIBIT**

106

4/18/18

MSP000984

*FRU and HQL numbers denote real time figures as of 12/29/2016

Screenshot of 77R ISABL (Information System for Application Background and Licensing) 7-day scale, as of 12/29/16.



MSP000985



# HQL Applications Over 15 days

Summary Report as of 12/30/2016

| | |
|---|---|
| **Over 15 days** | |
| HQL Standard | 288 |
| HQL Training Exempt | 151 |
| **Over 20 days** | |
| HQL Permit Exempt | 1 |
| HQL Standard | 245 |
| HQL Training Exempt | 111 |
| **Over 25 days** | |
| HQL Standard | 23 |

3

MSP000986



| | Current Week | Last Week |
|---|---|---|
| HQL Received | 325 | 592 |
| HQL Processed | 562 | 650 |
| Disapprovals | 10 | 20 |
| Net Gain/Reduction | -237 | -58 |

4

MSP000987



|  | Current Week | Last Week |
|---|---|---|
| Over 15 Days | 449 | 532 |
| Over 20 Days | 357 | 260 |
| Over 25 Days | 23 | 0 |

**Total Active HQL's since 10/1/2013:  65,761:**

**Significant Events for the Week:**

**Vacancies and Hiring Status:**

5

MSP000988

6

MSP000989