

**CONFIDENTIAL**

# Transcript of Dana J. Hoffman

**Date:** March 27, 2018
**Case:** Maryland Shall Issue, Inc., et al. -v- Hogan, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

EXHIBIT 16

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF MARYLAND
 3    MARYLAND SHALL ISSUE, INC.,   :
 4    et al.                        :
 5                    Plaintiffs,:
 6       v.                         : Civil Case No.
 7    LAWRENCE HOGAN, et al.        : 16-cv-3311-MJG
 8                    Defendants.:
 9                       ----------
10            CONTAINS CONFIDENTIAL INFORMATION
11              Deposition of DANA J. HOFFMAN
12                   Baltimore, Maryland
13                 Tuesday, March 27, 2018
14                       11:40 a.m.
15
16
17
18
19
20    Job No.:  179483
21    Pages:  1 - 46
22    Reported By:  Dawn M. Hart, RPR/RMR/CRR
```

CONFIDENTIAL

Transcript of Dana J. Hoffman
Conducted on March 27, 2018                                    8

```
1              What is your current address?
2        A     7051 Carroll Avenue, Apartment 915, Takoma
3    Park, Maryland 20912.
4        Q     And how long have you lived there?
5        A     Twenty-eight years.
6        Q     Are you on any medications today or do you
7    have any conditions that would prevent you from
8    testifying truthfully or from recalling events?
9        A     No.
10       Q     How did you get involved in the lawsuit?
11       A     I went to a gun show and I saw a person
12   there at a booth entitled Maryland Shall Issue and I
13   asked them what that was about.  And then I told them
14   about my problem and the reason that I wasn't able to
15   get a license to have a gun, and they said I would
16   probably be a good candidate for this -- I don't think
17   the suit was in process at that point, but I would be
18   someone that they would be of interest to have
19   testify.
20       Q     Are you a member of Maryland Shall Issue?
21       A     I am now.  I wasn't then.
22       Q     When did you become a member?
```

CONFIDENTIAL

Transcript of Dana J. Hoffman
Conducted on March 27, 2018                              9

```
1              I don't need the exact date.
2      A      Last fall.
3      Q      Okay.  And this person that you saw at the
4  gun show who -- at the booth that you just told me
5  about, do you know that person's name?
6      A      No, I don't.
7      Q      Were you asked to be a witness in this case?
8      A      Yes.
9      Q      By whom?
10     A      I got a phone call.  I think they were just
11 calling various people who had reasons that they
12 wanted the law changed, and I was asked a bunch of
13 questions to see if I would be appropriate to testify,
14 or be a witness, and then I got a -- then I got a
15 subpoena.
16     Q      Who was the person that called you and asked
17 you the question?
18     A      Honestly I don't know.  It was a woman.
19     Q      Was it somebody who said they were from MSI,
20 Maryland Shall Issue?
21     A      I'm not sure she was from them or just hired
22 by them.  I'm not sure.
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                                          10

```
1      Q    Other than this woman and the person at the
2  gun show, have you talked to anybody else about this
3  lawsuit?
4      A    Not really.  I mean I know about it, but --
5      Q    And how do you know about it?
6      A    Because they asked me to testify.
7      Q    Have you ever talked to Mr. Hansel prior to
8  today?
9      A    I don't think so.
10     Q    What about Mr. Sweeney?
11     A    I don't think so.
12     Q    So other than the person at the phone --
13 excuse me, at the booth at the gun show and this
14 person who called you on the phone, you haven't talked
15 to anybody else about the lawsuit; is that right?
16     A    Well, I have.  I've talked to -- I'm not
17 good with names so if you me a second, I can give you
18 a name.
19     Q    Okay.
20     A    (Retrieving cell phone.)
21          Mark Penick.  I've spoken with him twice, I
22 think, but not in any depth.
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                    11

```
 1      Q    When was the most recent time when you spoke
 2   to him?
 3      A    Last week when I couldn't reach Mr. Cary.
 4      Q    Mr. Hansel?
 5           MR. HANSEL:  Cary is my first name.  You can
 6   call me either one.  Most folks just call me Cary.
 7   Don't bother.
 8      Q    So what did you discuss with Mr. Penick last
 9   week?
10      A    About my ears and my anxiety about being on
11   the 20th floor.
12      Q    Anything else?
13      A    (Shakes head.)
14      Q    No?
15      A    No.
16      Q    Do you own any firearms?
17      A    I do not.
18      Q    Have you ever owned any firearms?
19      A    Yes.
20      Q    When?
21      A    I was raised around firearms, from the time
22   I was about 7.
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018          12

```
1        Q    Your parents had them or your family?
2        A    Whole family.
3        Q    Where were you raised?
4        A    Iowa.
5        Q    Was it a rural environment that you grew up
6   in?
7        A    Yes -- well, for the first five years of my
8   life it was.
9        Q    So you've personally owned firearms in the
10  past?
11       A    Yes.
12       Q    Have you ever owned a handgun in the past?
13       A    Yes.
14       Q    When was that?
15       A    From the time I was 7 until -- I technically
16  still own it, but it's in Iowa in a safe that belongs
17  to my uncle.
18       Q    So you own one -- a handgun that you own is
19  in the possession of your uncle in Iowa; is that
20  right?
21       A    Yes, and I think he thinks at this point he
22  owns it it's been there so long.
```

1    Q    Are there any other guns that you own that
2  are being held by other people?
3    A    No.
4    Q    What type of handgun is your uncle holding
5  for you?
6    A    A Browning 22.
7    Q    And you moved to Maryland, when?
8    A    1969.
9    Q    And when you came to Maryland, you left the
10 handgun in Iowa?
11   A    I moved here from Boston.  The handgun has
12 always been in Iowa.
13   Q    Okay.  So it's been there since the 1960s?
14   A    Yeah.  Yes.
15   Q    When was the last time you fired a handgun?
16   A    Before -- I wasn't even 20 years old the
17 last time I fired a gun.  I'm now 75.
18   Q    So approximately 50 years ago?
19   A    Probably.
20   Q    And it's my understanding that you wish to
21 purchase a handgun; is that correct?
22   A    I would at least like a license to be able

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                14

```
 1   to do that.
 2         Q    Why?
 3         A    Because I'm now 75, I'm disabled, I can't
 4   defend myself the way I once could.  I've had a couple
 5   of instances which were frightening, and I felt very
 6   vulnerable.
 7         Q    Can you tell me what those were?
 8         A    Yes.  One I had been to a meeting in Takoma
 9   Park.  It was about 9:30 at night.  I came home.  Our
10   parking lot at that time didn't have as many lights as
11   it does now, and a man came out of the darkness and
12   tried to rob me.
13         Q    And how long ago was this?
14         A    I'm going to say 15 plus years.
15         Q    So fifteen or more years ago?
16         A    Yes.
17         Q    Okay.  And what happened?  Did he rob you?
18         A    I managed to get into the light where I
19   could be seen, and he left.
20         Q    Were you in a wheelchair at that time?
21         A    Yes.
22         Q    So he didn't take anything from you?
```

```
 1   were there?
 2        A    Pistols.
 3        Q    Did you have a price range in mind of how
 4   much you want to spend on this handgun?
 5        A    No.  It's more important to me that it fit
 6   my hand.  I'm small.
 7        Q    Have you ever fired a handgun?
 8        A    Yes.
 9        Q    Have you fired one since you left Iowa?
10        A    No.
11        Q    So the last time would have been in the
12   1960s?
13        A    (Nodding head.)
14        Q    Is that right?
15        A    Yes.
16        Q    What is your understanding of what would be
17   required for you to obtain a handgun qualification
18   license?
19        A    Well, here's where comes the problem.
20   Because I have hyperacusis, I can't go to a class and
21   be in a room with a bunch of other people learning
22   about gun safety, and I also can't go to a firing
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                            23

```
 1   range and fire a gun.
 2       Q    I'm sorry, what is the condition called that
 3   you have?
 4       A    Hyperacusis.  A-C-U -- oh, here (handing).
 5       Q    Thank you.
 6            MR. SCOTT:  We'll have this marked as 68.
 7       Q    Is this a copy, or do you --
 8       A    It's a copy.
 9            (Exhibit 68 was marked for identification
10   and was retained by Mr. Scott.)
11       Q    So the letter that you handed me is a letter
12   from a doctor named William Gray at the University of
13   Maryland describing the condition of hyperacusis as an
14   intolerance to loud sounds?
15       A    Well, it's not just to loud sound.  It's
16   just sound.
17            MR. HANSEL:  Can I take a look at the
18   letter, counsel?
19            MR. SCOTT:  Yeah.  I just want to finish
20   reading it.
21       A    And you'll notice it says severe
22   hyperacusis.
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                              24

```
1        Q    It says that exposure to loud sounds cause
2    severe discomfort and even pain; is that correct?
3        A    It is and isn't.  It doesn't take a loud
4    sound.  If you were talking louder than you are, I
5    wouldn't be able to be in the room with you.
6        Q    So let's go back to my question, which is
7    what's your understanding of what you would have to do
8    in order to obtain a Handgun Qualification License?
9        A    My understanding is that I would have to go
10   to class -- to a class and be in a room with other
11   people, that I would have to go to a firing range and
12   fire at least 20 bullets, and that -- there may be
13   something else that I'm not remembering, but that's in
14   my mind right now.
15       Q    Okay.  And you believe that going to the
16   class would be problematic for you because of your
17   medical condition?
18       A    Yes.
19       Q    Have you done any research to determine
20   whether or not the training can be given outside of a
21   classroom setting?
22       A    I have spoken to a young man who is in the
```