

# Transcript of Mark W. Pennak

**Date:** March 2, 2018
**Case:** Maryland Shall Issue, Inc., et al. -v- Hogan, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

EXHIBIT 17

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3
 4                                          )
 5   MARYLAND SHALL ISSUE, INC., et          )
 6   al.,                                    )
 7              Plaintiffs,                  )
 8      -vs-                                 ) No. 16-cv-3311-MJG
 9   LAWRENCE HOGAN, et al.,                 )
10              Defendants.                  )
11
12
13              DEPOSITION OF MARK W. PENNAK
14                     MARCH 2, 2018
15                  BALTIMORE, MARYLAND
16                     10:30 A.M.
17
18
19
20   JOB NO.:  178306
21   PAGES:  1 - 59
22   REPORTED BY:  LAURA MAES, CSR 9836
```

1   talk about whether or not they're
2   training-exempt.  You would have to talk about
3   whether or not they have access to a trainer who
4   has access to a range.  You would have to talk
5   about whether or not they already have a firearm
6   that they can use or whether or not they have to
7   borrow the firearm.
8          You would have to talk about the
9   availability of a whole host of factors that go
10  into satisfying each of the requirements set out
11  in the statute and in State Police regulations,
12  and that varies all over the map.
13         So to say that there is a range is very
14  hard to do.
15     Q.  Well, let's break it down.  Let's talk
16  about the training -- the live-fire training
17  that's required in order to obtain a Maryland
18  HQL.
19         As the designee of MSI, do you have a
20  sense of how much that training typically costs?
21     A.  I can tell you that I'm a member of the
22  Izaak Walton League.  The Izaak Walton League

```
 1    charges a minimum of $75 to obtain the HQL as
 2    part of a class.
 3         Q.   You say a minimum of $75?
 4         A.   Yes, I think that is their -- they have
 5    a fee schedule.  I think it says $75.
 6              If there's a private instruction, it may
 7    well be more.
 8         Q.   Private instruction is not required, is
 9    it?
10         A.   Required by who?
11         Q.   In order to obtain an HQL.
12         A.   As far as I know, the State Police do
13    not require private instruction.
14         Q.   So $75 for the training.
15              Are there any other fee -- what about
16    the fingerprinting fees?  Do you have a sense of
17    how much that costs in a typical HQL application?
18         A.   That -- that varies between $50 to $69,
19    in my experience.
20         Q.   Are there any other fees that need to be
21    paid in connection with an HQL application?
22         A.   Well, there's the fee that you have to
```

```
 1        A.   MSI's membership grows and prospers by
 2   the exercise of these rights by law abiding
 3   citizens because, as they acquire handguns for
 4   the purposes of self-defense, they understand the
 5   need for representatives such as MSI to defend
 6   those rights in court proceedings, such as this
 7   one, and proceedings before the General Assembly
 8   and in proceedings before other administrative
 9   bodies, including the Handgun Review Board, and
10   in informal discussions with representatives of
11   Maryland State Police.
12             So, yes, the reality is that the more
13   law abiding persons have handguns, the more
14   likely they are to become members of MSI and to
15   support MSI through contributions and volunteer
16   efforts.
17        Q.   But, again, my question was:  There's
18   not anything in the HQL statute that prohibits
19   MSI from promoting its point of view with respect
20   to gun ownership?
21        A.   Asked and answered.
22        Q.   And your answer is..?
```