

## CONFIDENTIAL

# Transcript of Stephen Schneider, Corporate Designee

**Date:** March 6, 2018
**Case:** Maryland Shall Issue, Inc., et al. -v- Hogan, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

EXHIBIT 19

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
1              IN THE UNITED STATES DISTRICT COURT
2                 FOR THE DISTRICT OF MARYLAND
3      - - - - - - - - - - - - - -x
4      MARYLAND SHALL ISSUE,       :
5      INC., et al.,               :
6               Plaintiffs,        :    Civil Case No.
7         v.                       :    16-cv-3311-MJG
8      LAWRENCE HOGAN, et          :
9      al.,                        :
10              Defendants.        :
11     - - - - - - - - - - - - - -x
12
13                       CONFIDENTIAL
14          Deposition of ATLANTIC GUNS, INC.
15         By and through its Corporate Designee,
16                   STEPHEN SCHNEIDER
17                  Baltimore, Maryland
18                Tuesday, March 6, 2018
19                       10:00 a.m.
20     Job No.:  178307
21     Pages:  1 - 75
22     Reported By:  Janet A. Hamilton, RDR
```

CONFIDENTIAL

Transcript of Stephen Schneider, Corporate Designee
Conducted on March 6, 2018

17

```
1      Q   Did you have to be fingerprinted for the
2   HQL?
3      A   They already had my fingerprints for the
4   handgun carry permit.
5      Q   So does that mean no?
6      A   That means no.  Yes.  Sorry.
7      Q   All right.  As a designee of Atlantic
8   Guns, what is your understanding of how much it
9   costs for someone to obtain an HQL, assuming they
10  don't already have a carry permit?
11     A   It is dependent on whether they are
12  training exempt or not.  The state charges I
13  believe it is $50.  Fingerprinting generally runs
14  between 50 and $60.  If they need the training,
15  you know, my understanding is that it can run
16  anywhere from $50 to in the several hundred
17  dollars depending on where you get the training,
18  what somebody would charge for it.
19     Q   Anything else other than those three
20  components of the cost?
21     A   Not direct -- not directly I don't think.
22  Certainly the time that it would take to get
```