| Maryland Statistical Data[1] | | | | | | |
|---|---|---|---|---|---|---|
| Year[2] | Homicides | Shooting Homicides | Handgun Homicides | Shooting Homicide Rate | Handgun Homicide Rate | Recovered Handguns Used In Crime |
| 2009 | 440 | 308 | 299 | 5.40 | 5.24 | 4,359 |
| 2010 | 426 | 296 | 278 | 5.12 | 4.81 | 4,378 |
| 2011 | 398 | 272 | 265 | 4.66 | 4.54 | 4,515 |
| 2012 | 372 | 281 | 271 | 4.77 | 4.60 | 4,546 |
| 2014 | 363 | 245 | 231 | 4.09 | 3.86 | 4,487 |
| 2015 | 553 | 419 | 398 | 6.97 | 6.62 | 4,963 |
| 2016 | 534 | 402 | 368 | 6.68 | 6.11 | 5,291 |
| 2017 | | | | | | 5,269 |

[1] All data except for Recovered Handguns Used in Crime is from previously disclosed MD Uniform Crime Reports: 2009 (HQL_0002046), 2010 (HQL_0002252), 2011 (HQL_0002451), 2012 (HQL_0002652), 2014 (HQL_0003068), 2015 (HQL_0003274), 2016 (Crime in Maryland 2016 Uniform Crime Report p.14 available at https://mdsp.maryland.gov/Document%20Downloads/Crime%20in%20Maryland%202016%20Uniform%20Crime %20Report.pdf). Recovered Handguns Used in Crime data available online is from U.S. Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives, Office of Strategic Intelligence and Information, Maryland Firearms Tracing System Data Reports: 2009 (available at https://www.atf.gov/resource-center/docs/2009-trace-data-marylandpdf/download), 2010 (available at https://www.atf.gov/resource-center/docs/2010-trace-data-marylandpdf/download), 2011 (available at https://www.atf.gov/resource-center/docs/2011-trace-data-marylandpdf/download), 2012 (available at https://www.atf.gov/resource-center/docs/2012-trace-data-marylandpdf/download), 2014 (available at  https://www.atf.gov/about/docs/report/maryland-firearms-trace-data-%E2%80%93-2014/download), 2015 (available at https://www.atf.gov/docs/163521-mdatfwebsite15pdf/download) 2016 (available at https://www.atf.gov/firearms/docs/undefined/2016tracestatsmarylandpdf/download), 2017 (https://www.atf.gov/docs/undefined/mdwebsite17183900pdf/download).

[2] Data for 2013 is omitted because the Handgun Qualification License took effect on October 1, 2013.

EXHIBIT
22

# CRIME IN MARYLAND



## 2009 UNIFORM CRIME REPORT

**GOVERNOR MARTIN O'MALLEY**

**LT. GOVERNOR ANTHONY G. BROWN**

**COLONEL TERRENCE B. SHERIDAN, SUPERINTENDENT**

**MARYLAND STATE POLICE**

HQL_0002028

# MURDER

Murder and non-negligent manslaughter is the willful (non-negligent) killing of one human being by another.

## VOLUME AND RATE

During 2009, a total of 440 murders were reported. This represents an 11 percent decrease over 2008. Murder accounted for one percent of all violent crime and less than one percent of the crime index. In 2009, there were 7.7 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2009, 282 murders were cleared with seven percent of these clearances involving only juvenile offenders. A total of 319 persons were arrested for murder during 2009. A breakdown of persons arrested for murder was 91 percent male, nine percent female, 12 percent juvenile, 75 percent Black, 23 percent White and two percent consisting of American Indian and Asian.

During 2009, 193 of the murder victims were in the 18 to 29 age group, representing 44 percent of the total. There were 40 juvenile victims of murder, accounting for nine percent of the total murder victims.

Handguns were used in 68 percent of the reported murders in 2009. This represents a nine percent decrease in their use when compared to the handgun use in 2008. The next most used weapon was a knife, accounting for 13 percent of the reported murders in 2009. This represents a three percent decrease when compared to 2008.



**Murder Weapons**

Other or Unknown Weapons, 8%
Personal Weapons, 3%
Blunt Object, 5%
Knife, 13%
Firearm, 70%

Drug related murders accounted for one percent of the total in 2009, as compared to two percent in 2008.

Family members, as offenders in murder, accounted for ten percent while boyfriend or girlfriend (those not cohabitating) reflects one percent of the total reported. There was a 28 percent decrease in family-related murders, while boyfriend or girlfriend murders decreased 50 percent from 2008. Additionally, an acquaintance is listed in 17 percent of the

14

# CRIME IN MARYLAND



## 2010 UNIFORM CRIME REPORT

**GOVERNOR MARTIN O'MALLEY**

**LT. GOVERNOR ANTHONY G. BROWN**

**COLONEL TERRENCE B. SHERIDAN, SUPERINTENDENT**

**MARYLAND STATE POLICE**

HQL_0002236

# MURDER

Murder and non-negligent manslaughter is the willful (non-negligent) killing of one human being by another.

## VOLUME AND RATE

During 2010, a total of 426 murders were reported. This represents an three percent decrease over 2009. Murder accounted for one percent of all violent crime and less than one percent of the crime index. In 2010, there were 7.4 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2010, 248 murders were cleared with four percent of these clearances involving only juvenile offenders. A total of 287 persons were arrested for murder during 2010. A breakdown of persons arrested for murder was 92 percent male, eight percent female, eight percent juvenile, 77 percent Black and 23 percent White. In 2010, there were no American Indians or Asians arrested for Murder.

During 2010, 183 of the murder victims were in the 18 to 29 age group, representing 43 percent of the total. There were 30 juvenile victims of murder, accounting for seven percent of the total murder victims.

Handguns were used in 65 percent of the reported murders in 2010. This represents a seven percent decrease in their use when compared to the handgun use in 2009. The next most used weapon was a knife, accounting for 14 percent of the reported murders in 2010. In 2009, knife accounted for 13 percent of the reported murders.



**Murder Weapons**

- Other or Unknown Weapons, 8%
- Personal Weapons, 4%
- Knife, 14%
- Blunt Object, 5%
- Firearm, 70%

Drug related murders accounted for two percent of the total in 2010. In 2009, Drug related murders accounted for one percent of the total.

Family members, as offenders, accounted for ten percent of the total murders, a decrease of two percent from 2009. Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had cohabitated) reflects five percent of the total murders reported.

HQL_0002252

# CRIME IN MARYLAND



## 2011 UNIFORM CRIME REPORT

### GOVERNOR MARTIN O'MALLEY

### LT. GOVERNOR ANTHONY G. BROWN

### COLONEL MARCUS L. BROWN, SUPERINTENDENT

### MARYLAND STATE POLICE

HQL_0002435

# MURDER

Murder and non-negligent manslaughter is the willful (non-negligent) killing of one human being by another.

## VOLUME AND RATE

During 2011, a total of 398 murders were reported. This represents a six percent decrease over 2011. Murder accounted for one percent of all violent crime and less than one percent of the crime index. In 2011, there were 6.8 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2011, 245 murders were cleared with two percent of these clearances involving only juvenile offenders. A total of 248 persons were arrested for murder during 2011. A breakdown of persons arrested for murder was 94 percent male, six percent female, four percent juvenile, 79 percent Black, 19 percent White and one percent American Indian and Asian.

During 2011, 187 of the murder victims were in the 18 to 29 age group, representing 47 percent of the total. There were 32 juvenile victims of murder, accounting for eight percent of the total murder victims.

Handguns were used in 67 percent of the reported murders in 2011. This represents a four percent decrease in their use when compared to the handgun use in 2010. The next most used weapon was a knife, accounting for 19 percent of the reported murders in 2011. In 2010, knife accounted for 14 percent of the reported murders.



**Murder Weapons**

- Other or Unknown Weapons, 5%
- Personal Weapons, 4%
- Knife, 19%
- Blunt Object, 3%
- Firearm, 68%

Drug related murders accounted for three percent of the total in 2011. In 2010, Drug related murders accounted for two percent of the total.

Family members, as offenders, accounted for 11 percent of the total murders, a increase of five percent from 2010. Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had cohabitated) reflects six percent of the total murders reported.

14

HQL_0002451

# CRIME IN MARYLAND



## 2012 UNIFORM CRIME REPORT

---

### GOVERNOR MARTIN O'MALLEY

### LT. GOVERNOR ANTHONY G. BROWN

### COLONEL MARCUS L. BROWN, SUPERINTENDENT

### MARYLAND STATE POLICE

HQL_0002634

# MURDER

Murder and non-negligent manslaughter is the willful (non- negligent) killing of one human being by another.


## VOLUME AND RATE

During 2012, a total of 372 murders were reported. This represents a seven percent decrease over 2011. Murder accounted for one percent of all violent crime and less than one percent of the crime index. In 2012, there were 6.3 murders per 100,000 of population.


## ANALYSIS OF MURDER

In 2012, 228 murders were cleared with four percent of these clearances involving only juvenile offenders. A total of 257 persons were arrested for murder during 2012. A breakdown of persons arrested for murder was 93 percent male, seven percent female, five percent juvenile, 85 percent Black and 15 percent White.

During 2012, 169 of the murder victims were in the 18 to 29 age group, representing 45 percent of the total. There were 21 juvenile victims of murder, accounting for six percent of the total murder victims.



**Murder Weapons**

- Other or Unknown Weapons, 4%
- Personal Weapons, 4%
- Blunt Object, 3%
- Knife, 13%
- Firearm, 76%

Handguns were used in 73 percent of the reported murders in 2012. This represents a two percent increase in their use when compared to the handgun use in 2011. The next most used weapon was a knife, accounting for 13 percent of the reported murders in 2012. In 2011, knife accounted for 19 percent of the reported murders.

Drug related murders accounted for three percent of the total in 2012, the same as in 2011.

Family members, as offenders, accounted for 12 percent of the total murders, an increase of one percent from 2011. Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had cohabitated) reflect five percent of the total murders reported.

Additionally, an acquaintance is listed in 18 percent of the murders reported in 2012. Strangers and unknown relationships accounted for two other large categories, 17 percent and 75 percent respectively.

In 38 percent of the murders, the offenders are unknown and not described. When the race of the victim and offender is known, the offender is most often someone of the same race.

14

# CRIME IN MARYLAND



## 2014 UNIFORM CRIME REPORT

**GOVERNOR LARRY HOGAN**

**LT. GOVERNOR BOYD K. RUTHERFORD**

**COLONEL WILLIAM M. PALLOZZI**

**MARYLAND STATE POLICE**

HQL_0003050

# MURDER

Murder and non-negligent manslaughter is the willful (non- negligent) killing of one human being by another.

## VOLUME AND RATE

During 2014, a total of 363 murders were reported.  This represents a 6.2 percent decrease over 2013.  Murder accounted for one percent of all violent crime and less than one percent of the crime index.  In 2014, there were 6.1 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2014, 221 murders were cleared with two percent of these clearances involving only juvenile offenders.  A total of 241 persons were arrested for murder during 2014.  A breakdown of persons arrested for murder was 88 percent male, 12 percent female, seven percent juvenile, 71 percent Black and 28 percent White and one person consisting of American Indian and Asian.

During 2014, 150 of the murder victims were in the 18 to 29 age group, representing 41 percent of the total.  There were 30 juvenile victims of murder, accounting for eight percent of the total murder victims.

Handguns were used in 64 percent of the reported murders in 2014.  This represents a 14 percent decrease in their use when compared to the handgun use in 2013.  The next most used weapon was a knife, accounting for 22 percent of the reported murders in 2014.  In 2013, knife accounted for 16 percent of the reported murders.



**Murder Weapons**

- Other or Unknown Weapons, 2%
- Personal Weapons, 4%
- Knife, 22%
- Blunt Object, 3%
- Firearm, 67%

Drug related murders accounted for three percent of the total in 2014.  In 2013, drug related murders accounted for two percent of the total.

Family members, as offenders, accounted for 15 percent of the total murders, an increase of eight percent from 2013.  Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had cohabitated) reflect seven percent of the total murders reported.

Additionally, an acquaintance is listed in 13 percent of the murders reported in 2014.  Strangers and unknown relationships accounted for two other large categories with 42 percent and 37 percent respectively.

HQL_0003068

# CRIME IN MARYLAND



## 2015 UNIFORM CRIME REPORT

---

### GOVERNOR LARRY HOGAN

### LT. GOVERNOR BOYD K. RUTHERFORD

### COLONEL WILLIAM M. PALLOZZI

### MARYLAND STATE POLICE

HQL_0003256

# MURDER

Murder and non-negligent manslaughter is the willful (non-negligent) killing of one human being by another.

## VOLUME AND RATE

During 2015, a total of 553 murders were reported.  This represents a 52.3 percent increase, over 2014.  Murder accounted for two percent of all violent crime and less than one percent of the crime index.  In 2015, there were 9.2 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2015, 251 murders were cleared with five percent of these clearances involving only juvenile offenders.  A total of 290 persons were arrested for murder during 2015.  A breakdown of persons arrested for murder was 89 percent male, 11 percent female, seven percent juvenile, 77 percent Black,  22 percent White and less than one percent consisting of American Indian, Asian and Pacific Islander.

During 2015, 253 of the murder victims were in the 18 to 29 age group, representing 46 percent of the total.  There were 43 juvenile victims of murder, accounting for eight percent of the total murder victims.

Handguns were used in 72 percent of the reported murders in 2015.  This represents a 72 percent increase in their use when compared to the handgun use in 2014.  The next most used weapon was a knife, accounting for 12 percent of the reported murders in 2015.  In 2014, knife accounted for 22 percent of the reported murders.



Murder Weapons

Drug related murders accounted for one percent of the total in 2015.  In 2014, drug related murders accounted for three percent of the total.

Family members, as offenders, accounted for 11 percent of the total murders, an increase of 13 percent from 2014.  Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had lived together) reflect three percent of the total murders reported.

Additionally, an acquaintance is listed in 16 percent of the murders reported in 2015.  Strangers and unknown relationships accounted for two other large categories with 9 percent and 72 percent respectively.

14

# CRIME IN MARYLAND



## 2016 UNIFORM CRIME REPORT

**GOVERNOR LARRY HOGAN**

**LT. GOVERNOR BOYD K. RUTHERFORD**

**COLONEL WILLIAM M. PALLOZZI**

**MARYLAND DEPARTMENT OF STATE POLICE**

# MURDER

Murder and non-negligent manslaughter is the willful (non-negligent) killing of one human being by another.

## VOLUME AND RATE

During 2016, a total of 534 murders were reported.  This represents a 3.4 percent decrease, over 2015.  Murder accounted for two percent of all violent crime and less than one percent of the crime index.  In 2016, there were 8.9 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2016, 271 murders were cleared with three percent of these clearances involving only juvenile offenders.  A total of 313 persons were arrested for murder during 2016.  A breakdown of persons arrested for murder was 92 percent male, eight percent female, four percent juvenile, 78 percent Black, 21 percent White and one percent consisting of American Indian, Asian and Pacific Islander.

During 2016, 260 of the murder victims were in the 18 to 29 age group, representing 49 percent of the total.  There were 27 juvenile victims of murder, accounting for five percent of the total murder victims.



Firearms were used in 69 percent of the reported murders in 2016.  This represents a three percent decrease in their use when compared to firearm use in 2015.  The next most used weapon was a knife, accounting for 12 percent of the reported murders in 2016. In 2015, knife also accounted for 12 percent of the reported murders.

Drug related murders accounted for one percent of the total in 2016.  In 2015, drug related murders also accounted for one percent of the total.

Family members, as offenders, accounted for 11 percent of the total murders in both 2015 as well as 2016. Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had lived together) reflect four percent of the total murders reported.

Additionally, an acquaintance is listed in nine percent of the murders reported in 2016. Strangers and unknown relationships accounted for two other large categories with nine percent and 78 percent respectively.





# ATF

# Maryland

**Department of Justice**
**Bureau of Alcohol, Tobacco,**
**Firearms and Explosives**
Office of Strategic Intelligence and Information
Data Source: Firearms Tracing System

## *January 1, 2009 – December 31, 2009*

#103276

# Firearm Types with a Maryland Recovery
## January 1, 2009 – December 31, 2009



*Other includes Unknown Types, Destructive Devices, Any Other Weapons, and a Flare Gun.*

*Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information*





# Maryland

## Department of Justice
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
Office of Strategic Intelligence and Information
Data Source: Firearms Tracing System

*January 1, 2010 – December 31, 2010*

#113579

# Firearm Types with a Maryland Recovery
## January 1, 2010 – December 31, 2010



*Other includes Receivers / Frames, Silencers, Destructive Devices, and Flare Guns.

*Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information*





# ATF

# Maryland

**Department of Justice**
**Bureau of Alcohol, Tobacco,**
**Firearms and Explosives**
Office of Strategic Intelligence and Information
Data Source: Firearms Tracing System

## January 1, 2011 – December 31, 2011

#124602

# Firearm Types with a Maryland Recovery
## January 1, 2011 – December 31, 2011



*Other includes Receivers /
Frames, Destructive Devices,
Unknown Types, Any Other
Weapons and Silencers.*

*Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information*





# ATF

# Maryland

**Department of Justice**
**Bureau of Alcohol, Tobacco,**
**Firearms and Explosives**
Office of Strategic Intelligence and Information
Data Source: Firearms Tracing System

*January 1, 2012 – December 31, 2012*

#133680

# Firearm Types with a Maryland Recovery
## January 1, 2012 – December 31, 2012



| | |
|---|---|
| Pistols | 3,024 |
| Rifles | 1,897 |
| Shotguns | 1,515 |
| Revolvers | 1,482 |
| Derringers | 40 |
| Combinations | 17 |
| Machineguns | 14 |
| Other* | 19 |

*Other includes Receivers / Frames, Silencers, Any Other Weapons, Unknown Types, and a Flare Gun.

Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information





# Maryland

**Department of Justice**
**Bureau of Alcohol, Tobacco,**
**Firearms and Explosives**
Office of Strategic Intelligence and Information
Data Source: Firearms Tracing System

## *January 1, 2014 – December 31, 2014*

#153120

# Firearm Types with a Maryland Recovery
## January 1, 2014 – December 31, 2014



Pistols: 3,058
Rifles: 1,746
Shotguns: 1,405
Revolvers: 1,374
Derringers: 55
Receivers/Frames: 28
Machineguns: 17
Combinations: 13
Any Other Weapons: 5
Other*: 5

*Other includes Unknown Types, a Flare Gun and a Tear Gas Launcher.

Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information





# Maryland

**Department of Justice**
**Bureau of Alcohol, Tobacco,**
**Firearms and Explosives**
Office of Strategic Intelligence and Information
Data Source: Firearms Tracing System

## *January 1, 2015 – December 31, 2015*

#163521

# Firearm Types with a Maryland Recovery
## January 1, 2015 – December 31, 2015



*Other includes Any Other Weapons, Flare Guns and a Destructive Device.*

*Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information*





# Maryland

**Department of Justice**
**Bureau of Alcohol, Tobacco,**
**Firearms and Explosives**
Office of Strategic Intelligence and Information
Data Source:  Firearms Tracing System

## *January 1, 2016 – December 31, 2016*

#173885

# Firearm Types with a Maryland Recovery
## January 1, 2016 – December 31, 2016



*Other includes Destructive Devices, Silencers, Unknown Types, Combinations, Any Other Weapons and a Tear Gas Launcher.*

Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information



PROTECTING THE PUBLIC
SERVING OUR NATION

www.atf.gov

# Maryland

## Data Source: Firearms Tracing System

January 1, 2017 – December 31, 2017

Office of Strategic Intelligence and Information



**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives



# *Firearm Types with a Maryland Recovery*

## January 1, 2017 – December 31, 2017

| Pistols | Rifles | Shotguns | Revolvers | Derringers | Receivers/Frames | Other |
|---------|--------|----------|-----------|------------|------------------|-------|
| 3,948 | 1,832 | 1,476 | 1,274 | 47 | 32 | 39 |

\* Other includes Machineguns, Unknown Types, Combinations, Silencers, Flare Guns and Any Other Weapons.

4