

**CONFIDENTIAL**

# Transcript of John Matthew Clark

**Date:** March 27, 2018
**Case:** Maryland Shall Issue, Inc., et al. -v- Hogan, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

EXHIBIT 26

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3   MARYLAND SHALL ISSUE, INC.,    :
 4   et al.                         :
 5                    Plaintiffs,:
 6      v.                          : Civil Case No.
 7   LAWRENCE HOGAN, et al.         : 16-cv-3311-MJG
 8                    Defendants.:
 9                    ----------
10         CONTAINS CONFIDENTIAL INFORMATION
11            Deposition of JOHN MATTHEW CLARK
12                 Baltimore, Maryland
13               Tuesday, March 27, 2018
14                     9:05 a.m.
15
16
17
18
19
20   Job No.:  179483
21   Pages:  1 - 33
22   Reported By:  Dawn M. Hart, RPR/RMR/CRR
```

| | | |
|---|---|---|
| 1 | Q | How often do you use it? |
| 2 | A | Just occasionally, to punch holes in paper. |
| 3 | | Target practice. |
| 4 | Q | Okay.  Got you. |
| 5 | | Do you go to a range for that? |
| 6 | A | Yes. |
| 7 | Q | Which range? |
| 8 | A | Hap Baker in Carroll County. |
| 9 | Q | How far is that from your house? |
| 10 | A | Maybe two miles. |
| 11 | Q | Have you ever owned any other firearms? |
| 12 | A | No. |
| 13 | Q | How much did you pay for the gun? |
| 14 | A | Maybe 400 and change. |
| 15 | Q | Did you buy it new? |
| 16 | A | Yes. |
| 17 | Q | You have been identified in some discovery |
| 18 | | responses in this case as someone who has been |
| 19 | | deterred from purchasing a handgun by the requirements |
| 20 | | of obtaining an HQL.  Are you aware of that? |
| 21 | A | Yes. |
| 22 | Q | Okay.  What is your understanding of what |

1  you would need to do to obtain an HQL?
2      A    See if I can remember.  I'm exempt from the
3  training because I previously owned a firearm, a
4  handgun, if I remember right.  I would have to find
5  some place to have fingerprints taken, and pay, I
6  believe it's a 75-dollar fee to the State, and I think
7  that's it.
8      Q    And these requirements have deterred you
9  from purchasing a handgun?
10     A    Yes.
11     Q    What other handgun do you want to buy?
12     A    I want to get -- mine's a small conceal
13 carry.  I wanted a larger, more comfortable to hold.
14     Q    And why do you want this larger gun?
15     A    Just more comfortable.
16     Q    Do you have a particular type of handgun in
17 mind that you want to purchase?
18     A    Another 9-millimeter.
19     Q    And have you shopped for that?
20     A    No.
21     Q    Do you know how much it would cost?
22     A    Probably about the same, four to 500.

1  Q   Have you done any research to determine
2  where you could have your fingerprints taken if you
3  decided to apply for an HQL?
4  A   I did when it -- when the requirement first
5  came out.  The place I would have used was Carroll
6  County Sheriff's Office.  The new Sheriff dropped the
7  program.
8  Q   When you say you did the research when the
9  requirement first came out, are you saying in 2013?
10 A   Yes.
11 Q   So that would have been what time of the
12 year in 2013?  After you bought the gun that you have
13 now, or before?
14 A   After the law officially -- actually, it
15 would have been 2014 because it was after it became
16 law.
17 Q   And was there anything in particular that
18 prompted you to want to get this larger handgun at
19 that time?
20 A   When I bought the first one, I was beating
21 the clock for all the laws that were being enacted and
22 it was slim pickings so I didn't really have time to

```
1   really choose the one that I wanted.
2        Q    And do you keep the gun for any other
3   purpose other than target practice?
4        A    Home defense.
5        Q    Anything else?
6        A    No.
7        Q    You don't use it to hunt?
8        A    No.
9        Q    So other than -- well, when you found out
10  that -- how did you find out that the Sheriff in
11  Carroll County was no longer offering fingerprinting
12  services?
13       A    It was a bulletin on their website.
14       Q    Have you ever been fingerprinted before?
15       A    Yes.
16       Q    For what purpose?
17       A    Job at -- with the -- as a Defense
18  contractor.
19       Q    When was that?
20       A    1996, 1997.
21       Q    Is that the only time you've been
22  fingerprinted?
```

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018
18

```
1        A    I was fingerprinted once as a kid with some,
2   you know, I don't know what you call it.  It was in a
3   school, like with the child protection kidnaping
4   thing.
5        Q    Okay.  Any other times?
6        A    No.
7        Q    So once you found out that the Sheriff in
8   Carroll County was no longer offering fingerprinting
9   services, did you do any other research to determine
10  where you could get your fingerprints taken for an
11  HQL?
12       A    Just some very light research.
13       Q    What did you do?
14       A    Checked the forum messages at
15  Marylandshooters.com to see who else was looking in my
16  area.
17       Q    And did you -- is that a website?
18       A    Yes.
19       Q    And did you find out about any other
20  fingerprinting services that you could use to get an
21  HQL?
22       A    There were some.  I don't recall finding any
```

CONFIDENTIAL

Transcript of John Matthew Clark
Conducted on March 27, 2018 19

```
1    in Carroll County, but there were others around with
2    varying fees.
3         Q    What were the fees, do you remember?
4         A    I think some were as high as 150.
5         Q    What was the low?
6         A    Seventy-five, I think.
7         Q    Did any of these places that offered
8    fingerprinting services for HQL licenses tell you that
9    you had to do the fingerprinting only during business
10   hours, Monday through Friday?
11        A    No, I did not go that far.
12        Q    So you don't know whether or not you could
13   have it done on a weekend or in the evenings; is that
14   correct?
15        A    Correct.
16        Q    Did you ever go on the Maryland State Police
17   website to look -- to research additional places where
18   you could have your fingerprints taken for an HQL
19   application?
20        A    I did once.
21        Q    And what was the result of that?
22        A    I honestly don't remember.  Their website
```