IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., et al.;<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE HOGAN, et al.;<br><br>Defendants. | Case No.: 16-cv-3311-ELH |

### DECLARATION OF CONNOR M. BLAIR

I, Connor Blair, under penalty of perjury, declare and state as follows:

1. I am an attorney at Bradley Arant Boult Cummings LLP. I am over the age of 18 and am competent to testify, upon personal knowledge, to the matters stated below.

2. Attached as Exhibit 1 to Plaintiffs' Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment ("Plaintiffs' Cross-Motion") is a true and correct copy of the Declaration of Stephen Schneider, including true and correct copies of its accompanying exhibits.

3. Attached as Exhibit 2 to Plaintiffs' Cross-Motion is a true and correct copy of the Declaration of Mark Pennak, including true and correct copies of its accompanying exhibits.

4. Attached as Exhibit 9 to Plaintiffs' Cross-Motion is a true and correct copy of the 77R Handgun Registration presentation produced by Defendants in this case, in CD-Rom format.

EXHIBIT 27

5. Attached as Exhibit 14 to Plaintiffs' Cross-Motion is a true and correct copy of Defendants William M. Pallozzi's Third Supplemental Answers to Plaintiff Atlantic Guns, Inc.'s First Set of Interrogatories.

6. Attached as Exhibit 15 to Plaintiffs' Cross-Motion is a true and correct copy of Deposition Exhibits 48, 105, and 106.

7. Attached as Exhibit 20 to Plaintiffs' Cross-Motion is a true and correct copy of Defendant William M. Pallozzi's Answers to Plaintiff Atlantic Guns, Inc.'s First Set of Interrogatories.

8. Attached as Exhibit 21 to Plaintiffs' Cross-Motion is a true and correct copy of the Handgun License administrative log produced by Defendants in this case as bates MSP001193-MSP001217.

9. Attached as Exhibit 22 to Plaintiffs' Cross-Motion is a true and correct copy of a chart of Maryland crime statistical data and its accompanying exhibits.

10. Attached as Exhibit 23 to Plaintiffs' Cross-Motion is a true and correct copy of the Declaration of Carlisle Moody, including true and correct copies of its accompanying exhibits.

11. Attached as Exhibit 24 to Plaintiffs' Cross-Motion is a true and correct copy of the Declaration of Gary Kleck, including true and correct copies of its accompanying exhibits.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Connor M. Blair

10/5/2018
Date

-2-