Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

------------------------------X

MARYLAND SHALL ISSUE, INC.,      :
et al.,                          :
                                 : Case No:
          Plaintiffs             : 16-cv-3311-MJG
                                 :
              -vs-               : Pages 1 - 205
                                 :
LAWRENCE HOGAN, in his           :
capacity of Governor of          :
Maryland, et al.,                :
                                 :
          Defendants             :
------------------------------X


Deposition of James P. Russell, Jr.

Baltimore, Maryland

Monday, June 11, 2018




Reported by:  Kathleen M. Vaglica, RPR, RMR
Job No:  409351

MAGNA LEGAL SERVICES
(866) 624-6221



EXHIBIT
2

Page 11

1    among whom?

2         A.    Maryland State Police.  Sworn personnel

3    within the Maryland State Police.  Sorry about that.

4         Q.    That's okay.  Just trying to clarify for

5    the record.  Now, were you asked to provide any

6    written report?

7         A.    Yes, sir.

8         Q.    All right.  And in addition to being a

9    firearms instructor and a law enforcement officer,

10   do you have any other areas of expertise that are,

11   pertain to the opinions you're going to give in this

12   case?

13        A.    To just do my 13 years of being on a live

14   firing range, as well as -- when you say my other

15   instructor certifications, dealing with anything

16   outside the realm of firearms?

17        Q.    Yes.

18        A.    I can start listing those off as well, and

19   I provided those, I believe, to AG Katz in regard to

20   my certifications as a Maryland State Police

21   defensive tactics instructor.

22        Q.    Okay.



1    that support your written report which we've marked

2    as Exhibit 126?

3            MR. SCOTT:  Objection to form.  You can

4    answer.

5            THE WITNESS:  In regards to authorities?

6    BY MR. SWEENEY:

7        Q.   Yes.

8        A.   And public safety laws?

9        Q.   Maryland law.  Any authority you're

10   relying on other than what we've already marked and

11   talked about this morning.

12           MR. SCOTT:  Objection.  You can answer,

13   unless I tell you not to.  Go ahead and answer.

14           THE WITNESS:  Yes, sir.  Just due to my

15   prior training and experience in regards to Maryland

16   law and Maryland statute in regard, as well as

17   public safety.

18   BY MR. SWEENEY:

19       Q.   All right.  Have you, yourself, conducted

20   any kind of study regarding firearm use and its

21   relationship to public safety?

22       A.   I've never conducted any studies, no, sir.



Page 93

1   another set of eyes and ears.

2       Q.   And do you have any information on how

3   many individuals qualified for the training required

4   by the 77R by taking an NRA pistol course or similar

5   course as opposed to the online video?

6       A.   No, sir, I'm not.

7       Q.   Do you know if anybody has done any study

8   about whether or not any individuals who took only

9   the online video as opposed to having taken one of

10  the other courses of instruction like the NRA pistol

11  course have any different outcome in terms of

12  accidental discharge or safe use of firearms?

13      A.   I'm not familiar with any studies, but I

14  can just tell you through my time on the range and

15  watching the live fire and also the portions that we

16  talk about for the firearm safety is that there's a

17  lot of issues that get uncovered at that range when

18  they started dealing with the weapon.

19      Q.   Now, the vast majority of your experience

20  as a firearms instructor is with law enforcement

21  officers, primarily Maryland State Police and also

22  retired law enforcement officers; correct?



Page 136

1   have accidental shootings; correct?  We talked about

2   that?

3        A.   Yes, there's been accidental shootings

4   among the sworn personnel and LEOSA.

5        Q.   And do you have any information or data

6   that the HQL training has reduced the number of

7   straw purchases in Maryland?

8        A.   No, sir, I do not have any information.

9        Q.   Do you have any information about whether

10  the HQL training has reduced the number of convicted

11  felons in possession of handguns in Maryland?

12       A.   No, sir, I don't have that information.

13       Q.   Do you have any information about whether

14  the HQL training has reduced the number of

15  disqualified persons in possession of handguns in

16  Maryland?

17       A.   No, sir.

18       Q.   Do you have any information on whether the

19  training has had any effect on compliance with

20  Maryland firearms storage law?

21       A.   No, sir, I don't have any data, but I can

22  go back, once again, and talk about the experiences



1    of a big pick-up truck.  We were working on the

2    vehicles, and I was standing outside of it when it

3    went off, outside the vehicle when it went off.  So

4    that's one I did observe.  My ears are still

5    ringing.

6         Q.   I understand.  Have you or any member of

7    your family ever been personally affected by gun

8    violence or the victim of any type of gun crime?

9         A.   No, sir.

10        Q.   You don't have any idea how many

11   accidental discharges occur in Maryland either

12   before or after the HQL requirement, do you?

13        A.   No, sir, I do not.  I don't know how you'd

14   track that.  Good question.  How many happened at a

15   range?

16        Q.   I have no idea.  I got your two-page

17   summary that said you were telling me there was a

18   reduction.  I don't know how you track it.  You

19   agree with me that pretty much would be impossible

20   to track, don't you?

21             MR. SCOTT:  Objection.

22             THE WITNESS:  I wouldn't say it's

