Page 1

```
                 UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF MARYLAND
--------------------------------X
MARYLAND SHALL ISSUE, INC.,     :
et al.,                         :
                                :  Case No:
          Plaintiffs            :  16-cv-3311-MJG
                                :
              -vs-              :  Pages 1 - 337
                                :
LAWRENCE HOGAN, in his          :
capacity of Governor of         :
Maryland, et al.,               :
                                :
          Defendants            :
--------------------------------X
```

Deposition of Daniel Webster, Ph.D.

Washington, D.C.

Wednesday, June 13, 2018

Reported by:  Kathleen M. Vaglica, RPR, RMR

Job No:  409352

MAGNA LEGAL SERVICES

(866) 624-6221

EXHIBIT 3

1      A.   No, they are not the same.  So no, none of

2   those states are exactly like Maryland.  So one

3   similarity between Connecticut and Maryland is that

4   they both require, they both require safety training

5   before you can get it.  They both require

6   fingerprinting.  They both require, in addition to

7   having a valid permit or license, that at a point of

8   sale there is still an initial background check

9   done.

10          Those are the things that I can recall

11  right now that are similar between Connecticut

12  and -- the issuance is different in that Connecticut

13  you go directly to the law enforcement agency as

14  opposed to Maryland.

15     Q.   All right.  And do you know what the

16  requirements for the training in Connecticut are

17  compared to Maryland?

18     A.   They are longer I know.  I know the course

19  requirement is, like, an eight-hour course as

20  opposed to a four-hour course.

21     Q.   They require the basic NRA pistol course

22  or equivalent; correct?

1        A.    I think that's right, yes.

2        Q.    Do you know the difference between the NRA

3    basic pistol course and the Maryland training

4    requirements?

5        A.    I don't.

6        Q.    And the fingerprinting requirement in

7    Connecticut has to be obtained through a law

8    enforcement agency; correct?  You actually have to

9    go to --

10       A.    Yes.

11       Q.    -- a law enforcement agency to give your

12   fingerprints unlike Maryland; correct?

13       A.    Yes, mm-hmm.

14       Q.    And Connecticut requires a photo for its

15   permit; correct?

16       A.    Yes.

17       Q.    Now, you didn't mention that as a

18   requirement of Maryland.  Do you know whether or not

19   Maryland requires a photo on its Handgun

20   Qualification License?

21       A.    Well, I don't think they require a photo

22   that's done, you know, when you're applying.  No, I

Page 55

1  requirement include Connecticut, Hawaii, Iowa,

2  Massachusetts, Michigan, again, with the caveat that

3  I already mentioned, New Jersey, New York, and

4  District of Columbia.

5       Q.   And you've done some study on the PTP law

6  in Missouri; correct?

7       A.   Yes.

8       Q.   And that was repealed some years ago; am I

9  correct?

10      A.   Yes.  Effective August 28, 2007.

11      Q.   And that's never been reinstated in

12 Missouri?

13      A.   That's correct.

14      Q.   And what did it require in terms of the

15 elements of training?  Was training required in

16 Missouri under the old PTP law there?

17      A.   I don't believe it was.

18      Q.   And was fingerprinting required?

19      A.   No.

20      Q.   But they -- the individuals obtaining

21 their PTP in Missouri under the old law did have to

22 appear at a law enforcement agency; correct?

1        A.    Yes, they did.  Yes.

2        Q.    And so a critical difference between

3   Maryland and Missouri is that Maryland requires

4   training and fingerprinting, which Missouri did not?

5        A.    Yes.

6        Q.    But Missouri required in-person appearance

7   at a law enforcement agency, which Maryland does

8   not; is that correct?

9        A.    That's correct.

10       Q.    And Connecticut requires training like

11  Maryland, but much more training; correct?

12       A.    Well, in terms of hours, double the hours,

13  yeah.

14       Q.    And maybe not any live fire at all?

15       A.    Yeah, I don't remember for Connecticut.

16       Q.    And Connecticut requires a photo ID, but

17  Maryland doesn't; correct?

18       A.    Correct.

19       Q.    And Connecticut requires that the permit

20  application be submitted in person at a law

21  enforcement agency, and Maryland does not; correct?

22       A.    Correct.

1  going to purchase a handgun, you needed to get a
2  permit.  And that was always step one.  I think
3  that's the most important.
4       Q.   And that was a permit that you had to
5  apply directly to a law enforcement agency in
6  Missouri to get; correct?
7       A.   Yes.
8       Q.   Unlike Maryland?
9            MR. SCOTT:  Objection.
10           THE WITNESS:  Correct.
11 BY MR. SWEENEY:
12      Q.   And Missouri didn't require fingerprinting
13 like Maryland requires fingerprinting, did it?
14      A.   That's right.
15      Q.   And it didn't require training either;
16 correct?
17      A.   That's correct.
18      Q.   So, if we're looking for a common
19 denominator, there's only one common denominator
20 between the Missouri PTP law and the HQL, and that's
21 the requirement of a permit in order to purchase; am
22 I correct?

Page 180

1    A.   Yes.

2    Q.   Do any of the components of the Firearms

3  Safety Act, other than the HQL, not have any effect

4  on firearms violence?

5    A.   I have to go through all of these

6  provisions.

7    Q.   Just the ones you talked about. Would

8  they not have any effect at all or do you think

9  they'd have some effect on preventing firearms?

10    A.   I think some effects. Some of them would

11  be more gradual than others. So, for example, like

12  an enhanced regulatory capacity for State Police

13  with respect to licensed gun dealers, it may be that

14  is a more gradual effect as compliance increases and

15  the degree to which the State Police demonstrate

16  that there are consequences to not following the

17  laws.

18        So that is sort of a question mark of how

19  quickly that might impact laws. The data we have

20  about licensing suggests that, when you have a new

21  law, there's generally some impact that grows a

22  little bit over time, but that's my own opinion is

Case 1:16-cv-03311-ELH Document 79-4 Filed 10/05/18 Page 8 of 9
Daniel Webster

Page 184

1   by Collins and colleagues this year they found

2   that -- and I can pull it up probably quickly here

3   or it's actually in my report. Anyway, they made

4   distinctions between fingerprinting, discretionary

5   permitting, so there's only three states that allow

6   some discretion meaning, even if you don't meet a

7   disqualifier, if something is, there's a red flag,

8   so to speak, in someone's record, they can use

9   discretion to deny. That's the most restrictive

10  form of licensing with fingerprinting and then all

11  other licensing.

12              And, basically, there was a dose response

13  kind of effect that the strongest effects were for

14  those that allow discretion. Second strongest was

15  those that required fingerprinting.

16       Q.   So in your own studies of Missouri and

17  Connecticut and Maryland under PTP laws, have you

18  been able to identify any, a special value to

19  fingerprinting as opposed to the other elements of

20  the PTP law in effect in a particular jurisdiction?

21       A.   Not with those three separate studies I

22  can't say that we have. Basically, what we've done,

1  both require safety training, and they both require

2  fingerprints.  So those two things, and they also

3  require a point of sale background check

4  requirement.  So they are similar in those three

5  respects.

6  BY MR. SWEENEY:

7       Q.   And Missouri doesn't require those?

8       A.   That's correct.

9       Q.   So the three only have in common that the

10  permit to purchase is required; correct?

11           MR. SCOTT:  Objection.

12           THE WITNESS:  Among all three, I will

13  agree that what you said is factually correct.

14  BY MR. SWEENEY:

15       Q.   And that Maryland differs from Missouri

16  and Connecticut in that regard because, unlike

17  Missouri and Connecticut, it does not require a

18  direct application to law enforcement in order to

19  obtain that permit; correct?

20           MR. SCOTT:  Objection.

21           THE WITNESS:  I'm not sure what to do.

22           MR. SCOTT:  I'm objecting to the question.