# SUPPLEMENT TO EXPERT REPORT OF DANIEL WEBSTER, ScD

Pursuant to Rule 26(e), I submit this supplement to my expert report previously prepared in this matter. There are two recently published studies of the effects of state firearm laws on homicides that I cited and described in my report that I recently discovered had some incorrect data on the presence or timing of the laws under study. I have contacted the journals in each case to make the corrections.

In our study by Crifasi et al. (2018)[1] of the effects of state firearm policies on homicide rates in large urban counties, the revised estimate of the effect of permit to purchase (PTP) laws for handguns changed from an estimated 14% reduction in firearm homicides to an 11% reduction in firearm homicides. As with the prior estimate, our revised estimate is statistically significant and there is a great deal of overlap between the confidence intervals of the point estimates for the published study and the estimates from our revised analysis that we submitted for an erratum with the Journal of Urban Health.

I used the dataset for this study to derive estimates of the effects of the adoption of Maryland's Firearm Safety Act with its HQL provision on large urban counties in Maryland and separated by Baltimore City versus the other jurisdictions. With the revised data on some of the laws, our estimates for the effects in the Maryland jurisdictions were largely unchanged from what I included in my original expert report in this case; we

---

[1] Crifasi CK, Merrill-Francis M, McCourt A, Vernick JS, Wintemute GJ, Webster DW. Association between Firearm Laws and Homicide in Large, Urban U.S. Counties. *Journal of Urban Health*, Published online 21 May 2018. https://doi.org/10.1007/s11524-018-0273-3

1

EXHIBIT 4

continue to see statistically significant large reductions in firearm homicide rates in the large urban jurisdictions excluding Baltimore City.

The other study affected by errors in some of the gun law variable was the one I coauthored with April Zeoli (2017)[2] that examined the effects of gun laws on intimate partner homicides. In our published paper, we found that PTP laws were associated with a statistically significant 10% reduction in intimate partner homicides. However, in the revised analyses with the corrected law data, the association between PTP laws and intimate partner homicide rates is no longer statistically significant. The editors from the American Journal of Epidemiology requested a retraction and a revision that will replace the retracted article.

Aug. 1, 2018
Date

Daniel Webster

---

[2] Zeoli AM, McCourt A, Buggs S, Lilley D, Frattaroli S, Webster DW. (2017) Analysis of the strength of legal firearms restrictions for perpetrators of domestic violence and their impact on intimate partner homicide. *American Journal of Epidemiology* E-pub before print 2017 November 29. https://doi.org/10.1093/aje/kwx362