**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )   **Case No. 16-cv-3311-ELH** |
| | ) |
| **LAWRENCE HOGAN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of the Plaintiff Atlantic Guns' Unopposed Motion to File Under Seal Declaration of Stephen Schneider and Its Exhibits A and B, any opposition thereto, and the entire record in this action, it is this _____ day of _____ 2018, ORDERED:

1.      That Plaintiff Atlantic Guns' Unopposed Motion to File Under Seal Declaration of Stephen Schneider and Its Exhibits A and B be, and hereby is, GRANTED; and

2.      That the declaration of Stephen Schneider and its exhibits A and B thereto be sealed.

_____
Ellen Lipton Hollander
United States District Judge