FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 OCT -9 AM 10: 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

MARYLAND SHALL ISSUE, INC., *et al.*,

    *Plaintiffs*,

v.

LAWRENCE HOGAN, *et al.*,

    *Defendants*.

Case No. 16-cv-3311-ELH

ELH

[PROPOSED] ORDER GRANTING CONSENT MOTION OF INTERNATIONAL LAW ENFORCEMENT EDUCATORS AND TRAINERS ASSOCIATION, INTERNATIONAL ASSOCIATION OF LAW ENFORCEMENT FIREARMS INSTRUCTORS, PROFESSORS OF SECOND AMENDMENT LAW, SECOND AMENDMENT FOUNDATION, CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS, JEWS FOR THE PRESERVATION OF FIREARMS OWNERSHIP, MILLENNIAL POLICY CENTER, & INDEPENDENCE INSTITUTE

It is ORDERED, on this **9th** day of **Oct.** 2018, that the above listed *amici curiae*'s consent motion to file an *amicus curiae* brief is HEREBY GRANTED, and that the *amici curiae* are permitted to file their proposed brief.

SO ORDERED:

*Ellen L. Hollander*
_____
Honorable Ellen L. Hollander
United States District Judge