IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

    *Plaintiffs*,   *

v.   *   No. 1:16-cv-03311-ELH

LAWRENCE HOGAN, *et al.*   *

    *Defendants*.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 105.9, the Defendants, Lawrence Hogan and William M. Pallozzi, through counsel, move to extend the time for filing a response to the plaintiffs' motion to strike opinions of defendants' experts (ECF 79) until Friday, November 9, 2018.

In support of their motion, the defendants state the following:

(1) The plaintiffs filed their motion to strike defendants' experts on October 5, 2018, making the current deadline for the defendants to file their response Friday, October 19, 2018.

(2) Due to undersigned counsel's pre-planned family vacation, the defendants seek to extend the filing deadline until Friday, November 9, 2018, simultaneous to the deadline for defendants to file their opposition/reply in support of summary judgment pursuant to this Court's most-recent scheduling order (ECF 72).

(3) Through counsel, all plaintiffs have consented to the relief requested in this motion.

A proposed order is attached.

                                        Respectfully submitted,

                                        BRIAN E. FROSH
                                        Attorney General of Maryland

Date: October 16, 2018             __/s/ Jennifer L. Katz_____
                                        JENNIFER L. KATZ (Bar # 28973)
                                        Assistant Attorneys General
                                        Office of the Attorney General
                                        200 St. Paul Place, 20th Floor
                                        Baltimore, Maryland 21202
                                        (410) 576-7005; (410) 576-6955 (fax)
                                        jkatz@oag.state.md.us

                                        Attorneys for Defendants