**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-ELH |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Defendants' consent motion for extension of time, it is,

this _____ day of _____ 2018, by the United States District Court for the District of Maryland,

ORDERED that the motion is GRANTED; and

ORDERED that the defendants' response to plaintiffs' motion to strike defendants' experts shall be filed on or before November 9, 2018.

_____
Judge Ellen L. Hollander
United States District Judge