IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | No. 1:16-cv-03311-ELH |
| LAWRENCE HOGAN, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendants' consent motion for extension of time, it is, this 16th day of Oct. 2018, by the United States District Court for the District of Maryland,

ORDERED that the motion is GRANTED; and

ORDERED that the defendants' response to plaintiffs' motion to strike defendants' experts shall be filed on or before November 9, 2018.

_____
Judge Ellen L. Hollander
United States District Judge