IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

   *Plaintiffs,*   *

   v.   *   Civil Case No. 16-cv-3311-ELH

LAWRENCE HOGAN, *et al.*,   *

   *Defendants.*   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of Defendants' consent motion for extension of time, it is this \_\_\_\_\_ day of _____ 2018, by the United States District Court for the District of Maryland,

ORDERED that the motion is GRANTED; and

ORDERED that the Defendants' opposition/reply in the summary judgment briefing and their response to Plaintiffs' Motion to Strike Opinions of Defendants' Experts (ECF 79) shall be filed on or before November 16, 2018; and

ORDERED that the Plaintiffs' reply in the summary judgment briefing shall be filed on or before December 7, 2018.

_____
Judge Ellen L. Hollander
United States District Judge