IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 NOV -9 PM 3: 35

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

MARYLAND SHALL ISSUE, INC., *et al.*,   *

*Plaintiffs*,   *

v.   *   Civil Case No. 16-cv-3311-ELH

LAWRENCE HOGAN, *et al.*,   *

*Defendants*.   *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' consent motion for extension of time, it is this 9th day of Nov. 2018, by the United States District Court for the District of Maryland,

ORDERED that the motion is GRANTED; and

ORDERED that the Defendants' opposition/reply in the summary judgment briefing and their response to Plaintiffs' Motion to Strike Opinions of Defendants' Experts (ECF 79) shall be filed on or before November 16, 2018; and

ORDERED that the Plaintiffs' reply in the summary judgment briefing shall be filed on or before December 7, 2018.

*Ellen R. Hollander*
Judge Ellen L. Hollander
United States District Judge