# EXHIBIT 24

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

```
-------------------------------X
MARYLAND SHALL ISSUE, INC.,     :
et al.,                         :
                                :  Case No:
         Plaintiffs             :  16-cv-3311-MJG
                                :
            -vs-                :  Pages 1 - 337
                                :
LAWRENCE HOGAN, in his          :
capacity of Governor of         :
Maryland, et al.,               :
                                :
         Defendants             :
-------------------------------X
```

Deposition of Daniel Webster, Ph.D.

Washington, D.C.

Wednesday, June 13, 2018

Reported by: Kathleen M. Vaglica, RPR, RMR

Job No: 409352

MAGNA LEGAL SERVICES

(866) 624-6221

1        Let's start out by reaching an

2   understanding on what it is that you mean on

3   permit-to-purchase laws.

4        A.   Sure.  These laws vary across the states

5   that have them.  I think most fundamentally they

6   require anyone who wants to purchase a firearm to --

7   pardon me -- to apply directly to law enforcement

8   for some form of, some call it a license, some call

9   it a permit, that demonstrates that they have met

10  each and every condition of obtaining that license.

11       That is the most fundamental thing, and I

12  guess the other thing is that having a valid permit

13  or license to purchase is required for virtually any

14  transfer of a regulated firearm.  Now, there are

15  some exceptions with respect to transfers among

16  family members, for example, but what we most

17  commonly think of as transfers between, permanent

18  transfers from non-family members to, you know,

19  someone else, that to do that lawfully you have to

20  have a valid permit or license that you applied for

21  and received directly from law enforcement or public

22  safety agencies.

1      Q.   What do you mean by apply directly to law

2   enforcement?  What does that mean?

3      A.   What that means -- and, again, it varies

4   from state to state.  Sometimes that means a

5   face-to-face application at a local or state law

6   enforcement or public safety agency.  Sometimes that

7   means applying not face to face, but through mail or

8   there may be one case that allows an online process.

9      Q.   And what is the importance of the element

10  of applying directly to law enforcement?

11     A.   Right.  So, in my opinion, I think the

12  relevance is that it is a more meaningful, I guess,

13  application, perhaps, frankly, intimidating of sort

14  of underscoring what's at stake here.  The important

15  thing is the overall context of firearm

16  marketplaces, and we know from research that there

17  are a relatively small percentage of licensed gun

18  dealers who through a variety of kinds of evidence

19  suggest that they are not particularly rigorous in

20  vetting and sort of making sure that sales

21  applications are done in an accurate and lawful

22  manner.

Page 31

1          And in the context of straw purchase where
2   someone, usually, not always, but usually a
3   prohibited individual is asking someone, in essence,
4   to stick their neck out to purchase a gun for them,
5   that going into a less than reputable gun shop or
6   alternatively going to different private sales
7   venues, might be gun shows or other similar kind of
8   situations through online, that that appears to be
9   and probably, frankly, is a relatively risk-free
10  thing to do.
11          And I think that going directly to law
12  enforcement when a prohibited person is asking
13  someone to buy a gun for them, it likely causes
14  hesitancy to do so.
15      Q.   All right.  So I get the intimidating
16  factor being face to face with a law enforcement
17  officer at police headquarters, but what is the
18  intimidating effect of applying through the mail, as
19  you said, some of these PTPs allow?
20      A.   Yeah.  Honestly, I don't know.  I haven't
21  studied that.
22      Q.   And you also said that there's online

Page 32

1  applications for some of these, at least one of

2  these PTPs.  What's the intimidating effect to

3  applying to a law enforcement agency online?

4      A.   Yeah, again, I don't know.  I haven't

5  studied that specifically.

6      Q.   So in Maryland, for instance, is that the

7  example you were thinking that you can apply online

8  for your PTP?

9      A.   In Maryland you have to go to a certified

10 vendor, you know, that processes fingerprinting,

11 does the fingerprinting, so it's not -- you can't be

12 fingerprinted online.

13     Q.   But you apply online?

14     A.   Yeah.

15     Q.   But you apply directly to the Maryland

16 State Police online?

17     A.   Yes.

18     Q.   That would qualify under your definition

19 of applying directly to a law enforcement agency for

20 the permit; correct?

21     A.   Yes, but, again, I think it's distinct

22 from other states that allow that without a