# EXHIBIT 26

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

---------------------------------X

MARYLAND SHALL ISSUE, INC.,    :

et al.,    :

                                    :   Case No:

        Plaintiffs    :   16-cv-3311-MJG

                                    :

         -vs-    :   Pages 1 - 109

                                    :

LAWRENCE HOGAN, in his    :

capacity of Governor of    :

Maryland, et al.,    :

                                    :

        Defendants    :

---------------------------------X

Deposition of James Johnson

Baltimore, Maryland

Tuesday, March 13, 2018

Reported by:  Kathleen M. Vaglica, RPR, RMR

Job No:  390081

MAGNA LEGAL SERVICES

(866) 624-6221



1          THE WITNESS:  I'm not in a position to
2     answer the question.
3     BY MR. SWEENEY:
4          Q.   Now, fingerprinting is not, per se, going
5     to deter a straw purchaser; correct?  Because by
6     definition a straw purchaser is an individual who
7     can be positively identified and is qualified to
8     purchase a handgun; correct?
9          MS. KATZ:  Objection to form.  You can
10    answer.
11         THE WITNESS:  I believe that's an accurate
12    statement.
13    BY MR. SWEENEY:
14         Q.   All right.  So what is it about the
15    fingerprinting process that in any way discourages
16    straw purchases?
17         A.   I believe that an individual that knows
18    that they have to render fingerprints is less likely
19    to carry out the scheme.  I believe that most
20    individuals have a great concern or a concern about
21    rendering their fingerprints.
22              It's been my experience throughout my



1   one-month period of time the cost is $38 million as

2   a result of gun violence and accidental or suicide

3   by use of guns.  I believe this training could help

4   address one or more of those areas.

5       Q.   Can we try to pull apart your

6   understanding of the prevalence of accidental gun

7   injury and death as opposed to the other categories

8   of intentional criminal acts and suicide?

9       A.   I can tell you, as a police officer, I've

10  handled a number of accidental discharges involving

11  children and/or adults.  I'll bring your attention,

12  just last within the last 24 hours in Harford County

13  an individual cleaning his gun shot and killed

14  himself.  It's quite common.  It's quite frequent to

15  have accidental gun discharges.  Again, even amongst

16  police officers, it's not an infrequent event.

17      Q.   Can you point to any data that quantifies

18  quite common and quite frequent?  How many

19  accidental shootings are occurring each day, each

20  year in this country?

21      A.   I believe that material is available.  I

22  do not possess it.  Again, it would require



1   research, time, and resources.

2       Q.   Which you have not done in advance of your
3   opinion in this case?

4       A.   No, sir.

5       Q.   All right.  And you also don't have any
6   such information specifically about Maryland;
7   correct?

8       A.   That's correct.

9       Q.   Item 7 of your testimony talks about the
10  live fire requirement.  We already discussed that.
11  Is there anything else about your opinion with
12  respect to the live fire requirement that you'd like
13  to address?

14      A.   Well, personally, I think just firing one
15  round is not adequate, but I do not think the
16  requirement to show proficiency in discharging a
17  round is unreasonable.  Again, I would draw your
18  attention to the process of actually chambering a
19  round, which is an exercise in and of itself.  And,
20  you know, the average individual that's new to guns,
21  I think, would struggle working that mechanism of
22  the weapon, and I'm sure that's a necessary



1  component or process in actually discharging a
2  round.
3      Q.   Now, can this live fire training take
4  place anywhere or do you have to have it at a
5  special location?
6      A.   I believe that with the change in allowing
7  a marker-type round that can be conducted virtually
8  anywhere.  I do not believe that is discharging a
9  weapon in a metropolitan district, for example, so I
10 believe it could be done anywhere.  We use
11 simunition weapons in classrooms, at the academy.
12 We use simunition weapons in various locations.
13     Q.   So it's your opinion then that a
14 simunition live fire training can take place within
15 the city limits of Baltimore City?
16     A.   I do not think it's discharging a weapon
17 in a metropolitan district.
18     Q.   And so that could take place anywhere?  It
19 could take place, say, in a backyard or a home in
20 Baltimore City?
21     A.   When I think about this issue, I'm
22 thinking about a projectile that simply delivers a



Page 105

1  including live fire?  You don't mention that either

2  as a means to prevent gun trafficking in this

3  document, do you, sir?

4      A.   No.

5           MR. SWEENEY:  Thank you.  I have no

6  further questions, sir.  Thank you for your time

7  today.

8           MS. KATZ:  I'm just going to take a

9  one-minute break.  We'll be right back before we

10 close up shop.

11          (Whereupon, a short recess was taken from

12 1:16 to 1:17 p.m.)

13     EXAMINATION BY COUNSEL FOR THE DEFENDANTS

14 BY MS. KATZ:

15     Q.   A few quick questions.  Chief Johnson, in

16 your experience as a law enforcement officer in

17 Maryland, were you aware of any accidental

18 discharges of handguns in Maryland?

19     A.   Yes.

20     Q.   Can you estimate how many?

21     A.   Over 100.

22     Q.   Did you ever personally respond to a



Page 106

1   situation where there had been an accidental
2   discharge of a handgun?
3       A.   I'd have to say just numerous cases of
4   both police officer and private citizen.
5       Q.   Okay.  Do you recall being asked about the
6   live fire component of the training requirement?
7       A.   Yes.
8       Q.   And do you recall mentioning the
9   importance of the training having experience of
10  chambering a round?
11      A.   It's a credible component given the
12  technology of the current state-of-the-art weapons,
13  and what caused all of the accidental discharges in
14  Baltimore County were failure to recall, remember
15  that there was a round previously chambered, and
16  unfortunately, the person pulled the trigger unaware
17  that there was a round in the chamber thinking
18  ejection of the magazine was sufficient to safe the
19  weapon.
20      Q.   And how might the live fire component of
21  the training prevent that situation?
22      A.   I think it causes an individual to become



Page 107

1  accustom to the mechanism, the operation of the
2  weapon, and then just your muscle memory or
3  training, again, and repeat a process of clearing
4  the weapon before they determine, in fact, it's
5  safe.
6           MS. KATZ:  Okay.  I don't have any other
7  questions.
8           MR. SWEENEY:  I have no other questions.
9           (Whereupon, signature not having been
10 waived, the taking of the deposition concluded at
11 1:19 p.m.)
12                      *   *   *
13
14
15
16
17
18
19
20
21
22

