# EXHIBIT 29

4/13/2018　　Maryland Shall Issue on Twitter: "According to the FBI NICS, there were 17,841 firearms background checks in MD last month. That's al…

Case 1:16-cv-03311-ELH   Document 89-6   Filed 11/16/18   Page 2 of 2

✕

 **Maryland Shall Issue**
@MD_Shall_Issue

 Follow ⌄

# According to the FBI NICS, there were 17,841 firearms background checks in MD last month. That's almost a 35% increase in conducted checks from February. Across the entire US, nearly 2.8 million checks were done, making March 2018 the 3rd most ever.

**NICS Firearm Checks: Month/Year by State/Type**
Month-by-month records of NICS firearms checks across all states from November 1998 to March 31, 2018.
fbi.gov

9:29 AM - 5 Apr 2018

**2** Retweets  **4** Likes

💬  ⟲ 2  4

© 2018 Twitter   About   Help Center   Terms   Privacy policy   Cookies   Ads info