# EXHIBIT 32

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Case No. 16-cv-3311-ELH |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DECLARATION OF WILLIAM RASINSKI

I, Corporal William Rasinski, under penalty of perjury, declare and state:

1. I am a Corporal in the Maryland State Police ("MSP"). I am more than 18 years of age and am competent to testify, upon personal knowledge, to the matters stated below.

2. I have been employed as a sworn officer by MSP since 2006. I was assigned to MSP's Licensing Division in 2010 and remained there until November 2015, when I moved to my current position within MSP's Commercial Vehicle Enforcement Division.

3. During my tenure in the Licensing Division, I was responsible for implementing the Handgun Qualification License ("HQL") section that was created within the Licensing Division in response to the enactment of the Firearm Safety Act of 2013.

4. In that capacity I was personally involved in the drafting of the Frequently Asked Questions ("FAQ") section of the MSP website that concern the Handgun Qualification License.

5. I specifically recall being involved with drafting the FAQ "Do I need an HQL to fire at a gun range?" and the answer to that FAQ "No. An HQL is the [sic] only required to purchase, rent or transfer a firearm."

6. This particular FAQ was drafted and posted on the MSP website in or around early October 2013, and the substance of the FAQ has not been modified since that time.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 11/2/2018

Cpl. William Rasinski
Maryland State Police