# EXHIBIT 34

```
 1
 2              IN THE UNITED STATES DISTRICT COURT
 3                 FOR THE DISTRICT OF MARYLAND
 4    - - - - - - - - - - - - - - - - x
 5    MARYLAND SHALL ISSUE, INC.,      :
 6    et al.,                          :
 7                    Plaintiffs,      :
 8             v.                      : Civil Case No.
 9    LAWRENCE HOGAN, et al.,          : 16-cv-3311-MJG
10                    Defendants.      :
11    - - - - - - - - - - - - - - - - x
12          Deposition of CARLISLE EATON MOODY, JR.
13                     Washington, D.C.
14                   Wednesday, May 9, 2018
15                        10:09 a.m.
16
17
18
19
20    Job No.: 188208
21    Pages: 1 - 62
22    Reported by:  Karen Young
```

Transcript of Carlisle E. Moody, Jr.
Conducted on May 9, 2018                                         29

```
1      A    I can't remember.  I presume so, but I --
2      Q    All right.
3      A    It's been a while.
4      Q    Are you aware of any updated data for the
5  period -- from September 2015 to the present on
6  that point?
7      A    No.
8      Q    And what is the source for the data you
9  use in your analysis of the firearm homicide rate
10 in your report?
11     A    The CDC.  I use the WONDER, CDC WONDER
12 database, interactive.
13     Q    Center -- what does CDC stand for?
14     A    Center for Disease Control.
15     Q    And this is publicly available?
16     A    Yes, it's on line.
17     Q    And you believe it's reliable?
18     A    Yes.
19     Q    Why?
20     A    Because it's official.
21     Q    Any other reasons?
22     A    No.  Well, no.  That's why.
```

```
 1        Q    You also note on page 3 of your report
 2   that the firearm homicide data upon which you base
 3   your study includes justifiable homicides, which
 4   are not crimes, correct?
 5        A    Yes.
 6        Q    Is that a yes?
 7        A    Yes.
 8        Q    All right.  How many of the firearm
 9   homicides in 2010 in Maryland were justifiable?
10        A    There's no way to know that I don't
11   believe.
12        Q    So you don't know.
13        A    No.
14        Q    And is that also true for 2011?
15        A    Yes.
16        Q    2012?
17        A    Yes.
18        Q    2013?
19        A    Yes.
20        Q    2014?
21        A    Yes.
22        Q    2015?
```

```
1        A    Yes.
2        Q    2016?
3        A    Yes.
4        Q    Does the firearm homicide data upon which
5    you base your report include homicides committed
6    with long guns?
7        A    Yes.
8        Q    How many of the firearm homicides in
9    Maryland in 2010 were committed with long guns?
10       A    I don't know.  I just use the total.
11       Q    Do you know how many of the firearm
12   homicides in Maryland in 2011 were committed with
13   long guns?
14       A    No.
15       Q    2012?
16       A    No.
17       Q    '13?
18       A    No.
19       Q    '14?
20       A    No.
21       Q    '15?
22       A    No.
```

1  Q  '16?
2  A  No.
3  Q  Does the firearm homicide data upon which
4  you base your study include homicides in the entire
5  state of Maryland?
6  A  Yes.
7  Q  Do you know what percentage of those
8  firearm homicides in 2010 occurred in Baltimore
9  City as opposed to the rest of the state?
10 A  No.
11 Q  Do you know what percentage of the
12 homicide -- firearm homicides in your study in 2011
13 occurred in Baltimore City as opposed to some other
14 part of the state?
15 A  No.
16 Q  2012?
17 A  No.
18 Q  '13?
19 A  No.
20 Q  '14?
21 A  No.
22 Q  '15?

```
1       A    No.
2       Q    '16?
3       A    No.
4       Q    Are you familiar with the term
5    "historical confounder"?
6       A    No.
7       Q    Okay.  Are you familiar with the events
8    involving Freddie Gray?
9       A    Not very.
10      Q    What do you know?
11      A    I believe Freddie Gray was a suspect in a
12   crime, arrested, put in the back of a police
13   vehicle, from which his body was recovered.
14      Q    And what's your understanding of when
15   that took place?
16      A    I do not know the exact date.
17      Q    Do you know the year?
18      A    Not -- 2015 I think, but I don't -- I'm
19   not positive.
20      Q    Are you aware of the civil unrest that
21   occurred in the wake of Freddie Gray's death in
22   Baltimore?
```

```
1        A    It was on the news, yes.
2        Q    And what is your understanding of what
3   took place?
4        A    There were riots.
5        Q    And what's your source for that
6   information?  Just the news media?
7        A    Yes.
8        Q    Anything else?
9        A    No.
10       Q    Have you done any research into the
11  unrest that followed Freddie Gray's death?
12       A    No.
13       Q    Are you aware of any empirical facts or
14  data that show whether the number of firearm
15  homicides increased in Baltimore as the result of
16  the events that unfolded in the wake of Freddie
17  Gray's death?
18       A    Read that back to me please.
19            THE REPORTER:  Question:  "Are you aware
20  of any empirical facts or data that show whether
21  the number of firearm homicides increased in
22  Baltimore as the result of the events that unfolded
```

1   in the wake of Freddie Gray's death?"
2            THE WITNESS:  No.
3            MR. SWEENEY:  Objection.
4   BY MR. SCOTT:
5        Q   Did you make any attempt in your analysis
6   for this case to account for the impact of the --
7   of the unrest that followed Freddie Gray's death on
8   the number of firearm homicides in Maryland?
9            MR. SWEENEY:  Objection.
10       A   I attempted to control for the increase
11  in firearms death that occurred nationwide as a
12  result of the Ferguson effect, occurred a year
13  earlier, and I presume that that was sufficient to
14  control for the Freddie Gray incident, which
15  occurred later.
16       Q   So other than the attempt that you made
17  to account for the Ferguson effect, you didn't do
18  anything else to account for the events that
19  occurred in the wake of Freddie Gray's death in
20  Baltimore; is that correct?
21       A   Correct.
22       Q   You just referred to the Ferguson effect.

Transcript of Carlisle E. Moody, Jr.
Conducted on May 9, 2018                                36

```
1    What is that?
2        A    The Ferguson, Missouri incident with the
3    -- at the start of the Black Lives Matter movement.
4        Q    And what is the effect?  What's the
5    phenomenon?
6        A    The effect was a stepping back -- you
7    know, a number of police killings, killings of
8    suspects, for example, that was one that caught
9    people's attention and caused both an increase in
10   the number of ambush killings of policemen, and
11   presumably some decline in the enthusiasm with
12   which policemen do their job.
13       Q    You -- you brought us a copy of the
14   Wikipedia page for the Ferguson effect, which I'll
15   have that marked please.
16            (Deposition Exhibit Number 112 was marked
17   for identification.)
18   BY MR. SCOTT:
19       Q    This is Exhibit 112, and I believe you
20   cite to that in your report, correct?
21       A    Uh-huh, correct.
22       Q    All right.  Did you read -- did you read
```

1  any of the sources that are cited in that Wikipedia
2  article?
3       A    Not that I remember.
4       Q    Have you ever relied on Wikipedia in any
5  of your published articles?
6       A    No.
7       Q    Do you know who authored this Wikipedia
8  article?
9       A    No.
10      Q    Do you know the last date on which it was
11 updated?
12      A    No.
13      Q    Did you make any attempt to determine
14 whether that Wikipedia page accurately described
15 what the Ferguson effect is?
16      A    Please read it back to me.
17           THE REPORTER:  Question:  "Did you make
18 any attempt to determine whether that Wikipedia
19 page accurately described what the Ferguson effect
20 is?"
21      A    No, I assumed it accurate -- it
22 accurately described it.

1    Q    Are you aware of any empirical facts or
2  data that show whether the number of firearm
3  homicides increased in Maryland as a result of the
4  Ferguson effect?
5    A    I do not know -- I know -- I cannot
6  attribute it to the Ferguson effect.  That was just
7  a -- I don't know what the word is.  Hunch on my
8  part.
9    Q    And what was your hunch?
10   A    My hunch was that since firearm homicides
11 -- homicides in general are going up, after going
12 -- in the last two or three years, after going down
13 for many years, had something to do with police
14 killings and Black Lives Matter and the response.
15   Q    But as far as empirical facts or data
16 that show whether the number of firearm homicides
17 increased in Maryland as a result of the Ferguson
18 effect, you don't -- you're not able to identify
19 any.
20   A    Correct, cannot identify that.
21   Q    On page 8 of your report, you cite to a
22 number of states that adopted permit to purchase

```
 1              MR. SWEENEY:  Objection.
 2       A    Yes, I agree to that.
 3       Q    You mentioned earlier when we were
 4  talking about the Freddie Gray situation, that you
 5  had made an attempt to account in your analysis for
 6  this case for the Ferguson effect?
 7       A    Correct.
 8       Q    Can you tell me how you did that?
 9       A    I looked at data outside of Maryland.
10       Q    And how did you -- what data did you look
11  at?
12       A    All of the states outside of Maryland.
13       Q    And how did you incorporate that data
14  into your analysis?
15       A    I believe it's on figure 2.  Those are
16  firearm homicide rates -- no, no, no, figure 2 on
17  page 4.
18       Q    Oh, I'm sorry.  You have table 2 and
19  figure 2.
20       A    Yeah, I do, I have, I have.
21       Q    Trying to trick us up.  Okay.
22       A    Yeah.
```

Transcript of Carlisle E. Moody, Jr.
Conducted on May 9, 2018

54

```
 1         Q    Page 4, figure 2.  So this is national
 2    firearm homicide rates.
 3         A    Correct.
 4         Q    And according to this chart, they ticked
 5    up it looks like approximately 2014, 2013?
 6         A    2013 is the vertical line.
 7         Q    Okay, got you.
 8         A    So yeah, a little after that.
 9         Q    So -- and how did this data -- how did
10    you account for this trend in the conclusions that
11    you reach with respect to firearm homicides in
12    Maryland?
13         A    I compared it using a number of
14    techniques, difference and differences, synthetic
15    controls, just looking at means across different
16    states.
17         Q    And what is the significance of the
18    up-tick in firearm homicide rates reflected on
19    figure 2 in your report?
20              MR. SWEENEY:  Objection.
21         A    Well, the theory is if you look at
22    Maryland by itself before and after 2013, the
```

1　firearm homicide rate was higher than it was before
2　-- just before 2013, and so did that fact mean that
3　the HQL law failed and in fact, wound up with more
4　homicides than there was before the law, and if you
5　look at the data for all the U.S., you find that
6　indeed, firearm homicide rates are up everywhere,
7　and so that would mean that we need to look at what
8　would have happened in Maryland controlling for the
9　fact that firearm homicide rates are up everywhere.
10　　　　Q　And did you attempt to do that?
11　　　　A　Yes, I did.
12　　　　Q　And you did that through the synthetic
13　firearm homicide rates that you came up for for
14　Maryland?
15　　　　A　That, and if you notice just before that,
16　I compared the firearm -- on page 5 in the second
17　paragraph, I just compared the percent change in
18　the homicide rate after 2013 for Maryland and for
19　states that did not have permit to purchase laws,
20　and found that the growth rate for Maryland was
21　about twice as high as those states.
22　　　　Q　And did you identify the states in your

1  report that you considered to be non-permit states?
2       A    Well, in the -- in the -- there were --
3  all the states other than the states that have had
4  it for a long time, if you look -- if you look on
5  page 5, first paragraph under synthetic controls
6  method, they have the six states that changed the
7  permit law and then one, two, three, four, five,
8  six, seven, eight -- one, two, three, four, five,
9  six, seven, eight -- eight law -- eight states that
10 have had permit laws since before 1970, so they did
11 not change the law.  They can't be -- no way to
12 compare Maryland to those states, but nevertheless,
13 those are the states that had the law.  All the
14 other ones do not have the law.
15      Q    So you say here you've got 30 states that
16 you use as the donor pool of control states.
17      A    Yes, so they also include the -- the
18 states Maine, New Hampshire, North Dakota, South
19 Dakota, Vermont and Wyoming, which have missing
20 data in the CDC WONDER database, so that gives you
21 a grand total of 20 states.
22      Q    Did you do any analysis of firearm

```
 1   homicide rates in urban areas where there have been
 2   publicized police killings of suspects during the
 3   study period?
 4        A    No.
 5        Q    Do you know Professor Kleck?
 6        A    By reputation.
 7        Q    Have you ever met him?
 8        A    He once reviewed a paper that I submitted
 9   at a conference, and so he was the referee after --
10   after I gave my paper, he gave his.
11        Q    Which paper was that?
12        A    Oh, I can't remember.  None of these.
13        Q    Well, what about on your -- is it listed
14   on your C.V.?
15        A    Yes, but not -- it's not a refereed
16   publication.
17        Q    Okay, I thought you said that he refereed
18   it for you.
19        A    Well, what happens in these conferences
20   is that I give a paper, and then somebody comments
21   on that paper.  That's what I meant by refereeing,
22   so he commented on my paper.  That's --
```