# EXHIBIT 35

MENU  Phone Directory   State Agencies   Translate

HOME

ORGANIZATION

NEWS

ABOUT

CAREERS

FAQS

CONTACT US

VETERAN SERVICES

- Welcome
- Organization
- Barrack Locations
- Interoperability Office
- Future Recruiting Events
- Aviation Command

# Citizen Services

- Obtain Police Reports
- Maryland Center for Missing and Unidentified Persons
- Public Information Act (PIA) Requests
- Property Auctions
- Complaints Against MSP & Personnel
- Compliments for MSP & Personnel
- Documents, Forms & Publications
- Maryland Vehicle Inspection Program
- Licensing Division

# FAQ's

**AVIATION COMMAND**

**BULLET PROOF BODY ARMOR**

**CAN A TROOPER...**

**COMMERCIAL VEHICLES**

- CRIMINAL LAW
- EMPLOYMENT VERIFICATION
- FIREARMS
- FIREARMS COLLECTORS
- FIREARMS DEALERS
- FIREARMS SAFETY ACT 2013 (SB 281)
- GENERAL INFORMATION
- **HANDGUN QUALIFICATION LICENSE**
  - How do I apply for a Handgun Qualification License?
  - How will a firearms dealer know that I have a Handgun Qualification License?
  - How do I register to instruct the Firearms Safety Training Course?
  - How does a new resident register a regulated firearm?
  - Will I be required to possess an HQL by October 1, 2013, if I submitted a 77R prior to October 1 and have not yet received approval to retrieve my firearm due to the MSP backlog?
  - How can I prove I legally owned a handgun before October 1, 2013 and am therefore exempt from the training requirement?
  - **Do I need an HQL to fire at a gun range?**

  No. An HQL is the only required to purchase, rent or transfer a firearm.

  - How do you verify the credentials of current or retired military personnel?
- LAW ENFORCEMENT OFFICER SAFETY ACT (LEOSA)
- MISCELLANEOUS
- QUALIFIED HANDGUN INSTRUCTOR
- REGULATED FIREARMS PURCHASES
- REPORT A CRIME
- REPORT ILLEGAL DRUG ACTIVITY
- RESIDENTIAL FIRE SPRINKLERS
- TRANSPORTING FIREARMS
- VEHICLE LAW

- **VEHICLE OPERATION**
- **VEHICLE EQUIPMENT**
- **WATCH YOUR CAR PROGRAM**
- **WEAR AND CARRY PERMIT**
- **TRANSFER PERMIT**

Contact Us

Terms Of Use

Privacy

Disclaimer

1201 Reisterstown Road, Pikesville, MD 21208

(410) 653.4200 | (800) 525.5555 | (410) 486.0677 (TDD)