# EXHIBIT 36

MENU                                                              Phone Directory   State Agencies        Translate

HOME

ORGANIZATION

NEWS

ABOUT

CAREERS

FAQS

CONTACT US

VETERAN SERVICES

- Welcome
- Organization
- Barrack Locations
- Interoperability Office
- Future Recruiting Events
- Aviation Command

## Citizen Services

- Obtain Police Reports
- Maryland Center for Missing and Unidentified Persons
- Public Information Act (PIA) Requests
- Property Auctions
- Complaints Against MSP & Personnel
- Compliments for MSP & Personnel
- Documents, Forms & Publications
- Maryland Vehicle Inspection Program
- Licensing Division

# FAQ's

**AVIATION COMMAND**

**BULLET PROOF BODY ARMOR**

**CAN A TROOPER...**

**COMMERCIAL VEHICLES**

- CRIMINAL LAW
- EMPLOYMENT VERIFICATION
- FIREARMS
- FIREARMS COLLECTORS
- FIREARMS DEALERS
- FIREARMS SAFETY ACT 2013 (SB 281)
- GENERAL INFORMATION
- HANDGUN QUALIFICATION LICENSE
- LAW ENFORCEMENT OFFICER SAFETY ACT (LEOSA)
- MISCELLANEOUS
- QUALIFIED HANDGUN INSTRUCTOR

**If I am not certified by MD Police & Correctional Training Commission or have a valid certification issued by a nationally recognized firearms organization, how can I be approved to instruct Handgun Qualification License and Wear & Carry Permit applicants**

A Qualified Handgun Instructor License should be completed online through MyLicense and submitted.  The application should include:
1. The applicant's name, address, driver's license or photographic identification soundex number, Social Security number, place and date of birth, height, weight, race, sex, eye and hair color, occupation, and home and work telephone numbers;
2. Proof of the applicant's formal training in the care, safety, and use of handguns, including a minimum qualification score of 80 percent on a practical police course; and
3. Proof of the applicant's minimum of 1 year of experience in instruction in the care, safety, and use of handguns.
4. Upon receipt of a properly completed application, the Secretary shall issue a Qualified Handgun Instructor License to the applicant within a reasonable time.

5. A Qualified Handgun Instructor License expires 4 years from the date of issuance.

**If I am certified by the MD Police & Correctional Training Commissions or have a valid certification issued by a nationally recognized firearms organization, how can I be approved to instruct Handgun Qualification License & Wear & Carry Permit applicants?**

A Qualified Handgun Instructor Certificate should be completed online through MyLicense and submitted.  The application should include:
1. The applicant's name, address, driver's license or photographic identification soundex number, Social Security number, place and date of birth, height, weight, race, sex, eye and hair color, occupation, and home and work telephone numbers;
2. A valid copy of the applicants Maryland Police and Correctional Training Commission certificate; or a copy of a valid instructor certification card issued by a nationally recognized firearms organization.
3. A Qualified Handgun Instructor Certificate uses the expiration date that is supplied on the supporting documentation that is provided by the applicant for this process.  i.e. a Maryland Police and Correctional

Training Commission Certified Instructor whose credentials would expire on 12/31/2015 would have their Qualified Handgun Instructor Certificate expire on 12/31/2015.

- How will instructors notify the Maryland State Police that they have certified a student?
- When does the Qualified Handgun Instructor License expire?
- How do instructors get the course information?
- How do instructors get a copy of the shooting course?

- REGULATED FIREARMS PURCHASES
- REPORT A CRIME
- REPORT ILLEGAL DRUG ACTIVITY
- RESIDENTIAL FIRE SPRINKLERS
- TRANSPORTING FIREARMS
- VEHICLE LAW
- VEHICLE OPERATION
- VEHICLE EQUIPMENT
- WATCH YOUR CAR PROGRAM
- WEAR AND CARRY PERMIT
- TRANSFER PERMIT

Contact Us

Terms Of Use

Privacy

Disclaimer

1201 Reisterstown Road, Pikesville, MD 21208

(410) 653.4200 | (800) 525.5555 | (410) 486.0677 (TDD)