# EXHIBIT 39

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

   *Plaintiffs*,   *

v.   *   Civil Case No. 16-cv-3311-ELH

LAWRENCE HOGAN, *et al.*,   *

   *Defendants*.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DECLARATION OF ANGELA MAGGITTI

I, Angela Maggitti, under penalty of perjury, declare and state:

1. I am a paralegal in the Office of the Attorney General of Maryland. I am over the age of 18 and am competent to testify, upon personal knowledge, to the matters stated below.

2. Attached as Exhibit 28 to Defendants' Reply Memorandum in Support of Motion for Summary Judgment and Response in Opposition to Plaintiffs' Cross-Motion for Summary Judgment is a true and correct copy of Exhibit 90 to Captain Andy Johnson's Deposition, Maryland Automated Firearms Services System (MAFSS) Yearly Count of Firearm Transfers by Gun Type.

3. Attached as Exhibit 29 to Defendants' Reply Memorandum in Support of Motion for Summary Judgment and Response in Opposition to Plaintiffs' Cross-Motion for Summary Judgment is a true and correct copy of an April 5, 2018 tweet posted by the twitter account of Maryland Shall Issue.

4. Attached as Exhibit 35 to Defendants' Reply Memorandum in Support of Motion for Summary Judgment and Response in Opposition to Plaintiffs' Cross-Motion for Summary Judgment is a true and correct copy of the Handgun Qualification License Frequently Asked Questions posted on the Maryland State Police website.

5. Attached as Exhibit 36 to Defendants' Reply Memorandum in Support of Motion for Summary Judgment and Response in Opposition to Plaintiffs' Cross-Motion for Summary Judgment is a true and correct copy of the Qualified Handgun Instructor Frequently Asked Questions posted on the Maryland State Police website.

6. Attached as Exhibit 37 to Defendants' Reply Memorandum in Support of Motion for Summary Judgment and Response in Opposition to Plaintiffs' Cross-Motion for Summary Judgment is a true and correct copy of the Firearm Safety Act of 2013, chapter 427 of the 2013 Laws of Maryland.

7. Attached as Exhibit 38 to Defendants' Reply Memorandum in Support of Motion for Summary Judgment and Response in Opposition to Plaintiffs' Cross-Motion for Summary Judgment is a true and correct copy of Col. Pallozzi's Answers to Atlantic Guns, Inc.'s Interrogatories.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 11/8/18

Angela Maggitti