# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

--------------------------------X
MARYLAND SHALL ISSUE, INC.,     :
et al.,                         :
                                : Case No:
         Plaintiffs             : 16-cv-3311-MJG
                                :
            -vs-                : Pages 1 - 337
                                :
LAWRENCE HOGAN, in his          :
capacity of Governor of         :
Maryland, et al.,               :
                                :
         Defendants             :
--------------------------------X

Deposition of Daniel Webster, Ph.D.

Washington, D.C.

Wednesday, June 13, 2018

Reported by: Kathleen M. Vaglica, RPR, RMR

Job No: 409352

MAGNA LEGAL SERVICES

(866) 624-6221

1            They did something that Nebraska does,

2    which is, if you are purchasing a regulated firearm

3    from a licensed firearm dealer, that you do not have

4    to produce a current valid permit or license for

5    those, for those exchanges.  So now there are nine

6    states that have those.

7         Q.   And what are those remaining nine states?

8         A.   Those remaining -- and the District of

9    Columbia as well has something that basically is the

10   same thing as a license, but, so the current states

11   that have these laws include Connecticut,

12   Massachusetts, New York, New Jersey, Hawaii,

13   Maryland, of course, Illinois, North Carolina, Iowa.

14        Q.   That's a total of nine.

15        A.   Okay.  I got the nine.  Okay.  Thank you.

16        Q.   I didn't want you to struggle if you got

17   them all.  I didn't want to cut anything off if you

18   had more in mind.

19        A.   No, that's the right number.

20        Q.   Now, do you know Connecticut's

21   requirements compared to Maryland?  Are they the

22   same?

1      A.    No, they are not the same.  So no, none of

2  those states are exactly like Maryland.  So one

3  similarity between Connecticut and Maryland is that

4  they both require, they both require safety training

5  before you can get it.  They both require

6  fingerprinting.  They both require, in addition to

7  having a valid permit or license, that at a point of

8  sale there is still an initial background check

9  done.

10           Those are the things that I can recall

11  right now that are similar between Connecticut

12  and -- the issuance is different in that Connecticut

13  you go directly to the law enforcement agency as

14  opposed to Maryland.

15     Q.    All right.  And do you know what the

16  requirements for the training in Connecticut are

17  compared to Maryland?

18     A.    They are longer I know.  I know the course

19  requirement is, like, an eight-hour course as

20  opposed to a four-hour course.

21     Q.    They require the basic NRA pistol course

22  or equivalent; correct?

Page 177

1  reapplication or a renewal of their license.  So

2  very rarely that the State Police do anything.

3       I mean, yes, you had to have a license, a

4  state license, but their ability to actually make

5  sure that dealers were in compliance was minimal.

6  So I think that was a significant enhancement that

7  was necessary and important.

8       And then I think the firearms theft and

9  loss reporting requirement is important as well

10 based upon some studies we've done and others

11 showing that these are correlated with, not having

12 these measures are correlated with more firearm

13 trafficking indicators.

14       So those provisions, I think, are

15 important, in addition to what was mentioned in my

16 testimony.

17     Q.   And you said that the Handgun

18 Qualification License you felt was the most

19 important of these?

20     A.   Yes.

21     Q.   Why was that?

22     A.   Basically, based upon the best data that

1   we had, the states with permit-to-purchase licensing

2   had proportionally fewer of their guns used in

3   crime, actually came from guns that they sold and

4   were regulated under state law.  They had fewer

5   number of guns that made their way very quickly from

6   a retail sale to criminal involvement.

7            They generally had lower levels of firearm

8   mortality and a growing body of evidence in what we

9   had begun of our first iteration of the effect of

10  Missouri's repeal of a handgun purchaser licensing

11  system.  At that time, again, the evidence was

12  indicating that the purchaser licensing was

13  protective both against diversions of guns from

14  criminal use and against homicide rights, preventive

15  against homicide.

16           We now have additional research that makes

17  me feel even stronger that this is a type of policy

18  that is among our most effective at curtailing gun

19  violence.

20       Q.  So what did Missouri's permit-to-purchase

21  plan have in common with Maryland's HQL requirement?

22       A.  Well, first and foremost, if you were

1  going to purchase a handgun, you needed to get a
2  permit.  And that was always step one.  I think
3  that's the most important.
4      Q.   And that was a permit that you had to
5  apply directly to a law enforcement agency in
6  Missouri to get; correct?
7      A.   Yes.
8      Q.   Unlike Maryland?
9           MR. SCOTT:  Objection.
10          THE WITNESS:  Correct.
11 BY MR. SWEENEY:
12     Q.   And Missouri didn't require fingerprinting
13 like Maryland requires fingerprinting, did it?
14     A.   That's right.
15     Q.   And it didn't require training either;
16 correct?
17     A.   That's correct.
18     Q.   So, if we're looking for a common
19 denominator, there's only one common denominator
20 between the Missouri PTP law and the HQL, and that's
21 the requirement of a permit in order to purchase; am
22 I correct?

1      A.   Yes.

2      Q.   Do any of the components of the Firearms

3   Safety Act, other than the HQL, not have any effect

4   on firearms violence?

5      A.   I have to go through all of these

6   provisions.

7      Q.   Just the ones you talked about.  Would

8   they not have any effect at all or do you think

9   they'd have some effect on preventing firearms?

10     A.   I think some effects.  Some of them would

11  be more gradual than others.  So, for example, like

12  an enhanced regulatory capacity for State Police

13  with respect to licensed gun dealers, it may be that

14  is a more gradual effect as compliance increases and

15  the degree to which the State Police demonstrate

16  that there are consequences to not following the

17  laws.

18          So that is sort of a question mark of how

19  quickly that might impact laws.  The data we have

20  about licensing suggests that, when you have a new

21  law, there's generally some impact that grows a

22  little bit over time, but that's my own opinion is