# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-ELH |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION TO STRIKE OPINIONS OF PLAINTIFFS' LAY WITNESS MARK PENNAK AND EXPERTS GARY KLECK AND CARLISLE MOODY

For the reasons stated in the accompanying memorandum, defendants Governor Lawrence J. Hogan, Jr. and Superintendent of State Police Colonel William M. Pallozzi, both sued in their official capacities, move to strike the opinions of the plaintiffs' lay witness Mark Pennak and experts Gary Kleck and Carlisle Moody, pursuant to Local Rule 105. A proposed order is attached.

Respectfully Submitted,

BRIAN E. FROSH
Attorney General

  /s/ Jennifer L. Katz
JENNIFER L. KATZ (Fed. Bar #28973)
ROBERT A. SCOTT (Fed. Bar #24613)
Assistant Attorneys General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-7005 (tel.); 410-576-6955 (fax)
jkatz@oag.state.md.us

Dated: November 16, 2018                Attorneys for Defendants