## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-ELH |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Defendants' Motion to Strike Opinions of Plaintiffs' Lay Witness Mark Pennak and Experts Gary Kleck and Carlisle Moody, and any opposition thereto, it is, this _____ day of _____ 2018, by the United States District Court for the District of Maryland,

ORDERED that the motion is GRANTED; and

ORDERED that paragraphs 7-9, 11, and 13-18 of Mark Pennak's declaration (ECF 77-2), Carlisle Moody's declaration (ECF 77-23), and Gary Kleck's declaration (ECF 77-24) are stricken.

_____
Judge Ellen L. Hollander
United States District Judge