IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No. 16-cv-3311-ELH** |
| ) | |
| **LAWRENCE HOGAN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 105.9, the Plaintiffs Maryland Shall Issue, Inc., Deborah Kay Miller, Susan Brancato Vizas, and Atlantic Guns, Inc., through counsel, move to extend the time for filing their reply to Defendants' Opposition to Plaintiffs' Motion to Strike Opinions of Defendants' Experts (ECF 90) and their opposition/reply to the Defendants' Motion to Strike Opinions of Plaintiffs' Lay Witness Mark Pennak and Experts Gary Kleck and Carlisle Moody (ECF 91). Plaintiffs seek a one-week extension to December 7, 2018.

In support of their motion, the plaintiffs state the following:

(1)   The defendants previously sought, and plaintiffs consented to, an extension of the filing deadline for their opposition/reply in the summary judgment briefing and their response to Plaintiffs' Motion to Strike Opinions of Defendants' Experts until Friday, November 16, 2018. (ECF 88.)

(2)   The parties agreed to a reciprocal one-week extension of the deadline for plaintiffs to file their summary judgment reply until Friday, December 7, 2018. (ECF 88).

(3)   On Friday, November 16, defendants filed a Motion to Strike Opinions of Plaintiffs' Lay Witness Mark Pennak and Experts Gary Kleck and Carlisle Moody. (ECF 91).

(4) Pursuant to Local Rule 105.2(a), plaintiffs' reply to Defendants' Opposition to Plaintiffs' Motion to Strike Opinions of Defendants' Experts (ECF 90) and plaintiffs' opposition/reply to the Defendants' Motion to Strike Opinions of Plaintiffs' Lay Witness Mark Pennak and Experts Gary Kleck and Carlisle Moody (ECF 91) are due Friday, November 30.

(5) Plaintiffs' seek a one-week extension, until Friday, December 7, 2018, for each filing which results in a filing deadline that is simultaneous with the deadline for plaintiffs to file their reply in support of summary judgment.

(6) Through counsel, all defendants have consented to the relief requested in this motion.

A proposed order is attached.

Dated: November 21, 2018                           Respectfully submitted,


                                                   */s/ John Parker Sweeney*
                                                   John Parker Sweeney
                                                   T. Sky Woodward
                                                   James W. Porter, III
                                                   Marc A. Nardone
                                                   Bradley Arant Boult Cummings LLP
                                                   1615 L Street N.W., Suite 1350
                                                   Washington, DC 20036
                                                   P: 202-719-8316
                                                   jsweeney@bradley.com

                                                   Cary Johnson Hansel, III
                                                   Hansel Law, P.C.
                                                   2514 North Charles Street
                                                   Baltimore, MD 21218
                                                   P: 301-461-1040
                                                   cary@hansellaw.com

                                                   *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2018, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Maryland by using the CM/ECF system, which will provide service to all counsel of record, who are registered CM/ECF users.

                Respectfully submitted,

                */s/ John Parker Sweeney*
                John Parker Sweeney
                *Counsel for Plaintiff Atlantic Guns, Inc.*