IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 16-cv-3311-ELH |
| | ) |
| **LAWRENCE HOGAN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Upon consideration of the Plaintiffs' Consent Motion for Extension of Time, it is this ____ day of _____ 2018, ORDERED:

1. That the Plaintiffs' Consent Motion for Extension of Time is GRANTED; and

2. That the plaintiffs' reply to Defendants' Opposition to Plaintiffs' Motion to Strike Opinions of Defendants' Experts (ECF 90) and the plaintiffs' opposition/reply to the Defendants' Motion to Strike Opinions of Plaintiffs' Lay Witness Mark Pennak and Experts Gary Kleck and Carlisle Moody (ECF 91) are due Friday, December 7, 2018; and

3. That the Defendants' reply in support of their Motion to Strike Opinions of Plaintiffs' Lay Witness Mark Pennak and Experts Gary Kleck and Carlisle Moody shall be filed on or before Friday, December 21, 2018.

_____
Judge Ellen Lipton Hollander
United States District Judge