FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 21 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., et al., )
)
Plaintiffs, )
)
v. ) Case No. 16-cv-3311-ELH
)
LAWRENCE HOGAN, et al., )
)
Defendants. )

## ORDER

Upon consideration of the Plaintiffs' Consent Motion for Extension of Time, it is this 21st day of Nov. 2018, ORDERED:

1. That the Plaintiffs' Consent Motion for Extension of Time is GRANTED; and

2. That the plaintiffs' reply to Defendants' Opposition to Plaintiffs' Motion to Strike Opinions of Defendants' Experts (ECF 90) and the plaintiffs' opposition/reply to the Defendants' Motion to Strike Opinions of Plaintiffs' Lay Witness Mark Pennak and Experts Gary Kleck and Carlisle Moody (ECF 91) are due Friday, December 7, 2018; and

3. That the Defendants' reply in support of their Motion to Strike Opinions of Plaintiffs' Lay Witness Mark Pennak and Experts Gary Kleck and Carlisle Moody shall be filed on or before Friday, December 21, 2018.

_____
Judge Ellen Lipton Hollander
United States District Judge