# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., et al. | * |
| v. | * Civil Case No. ELH-16-3311 |
| LAWRENCE HOGAN, et al. | * |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 31st day of March, 2019, by the United States District Court for the District of Maryland, ORDERED:

1) Defendants' Motion for Summary Judgment, ECF 59, is GRANTED;

2) Plaintiffs' Motion for Summary Judgment, ECF 75, is DENIED;

3) The parties' Motions to Exclude Expert Witnesses, ECF 79 and 91, are DENIED, AS MOOT; and

4) The parties shall advise the Court by April 5, 2019, as to whether they object to the lifting of the seal so that the Court may publicly issue this Memorandum Opinion or, alternatively, whether the Court should file a redacted version, as to pages 8 and 39.

_____
Ellen L. Hollander
United States District Judge