**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 APR -4  PM 5: 22

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Case No. 16-cv-3311-ELH |
| ) | |
| LAWRENCE HOGAN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Upon consideration of the Plaintiff Atlantic Guns' Unopposed Motion to File a Redacted

Version of the Memorandum Opinion ("Motion") and the entire record in this action, it is this 4ᵗʰ

day of ___April___ 2019, ORDERED:

1.      That Plaintiff Atlantic Guns' Motion to File a Redacted Version of the Memorandum

Opinion be, and hereby is, GRANTED; *in part;*                                              *ELH*

2.      That the Court's Memorandum Opinion will be redacted on page 39 as indicated ~~on~~

~~Exhibit A to the Motion.~~ *in ye Redacted Version submitted*
*for filing by ye Court.*

_Ellen L. Hollander_
Ellen Lipton Hollander
United States District Judge