IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC.,** *et al.* | |
| *Plaintiffs,* | |
| v. | Case No. 1:16-cv-03311-ELH |
| **LAWRENCE HOGAN,** *et al.* | |
| *Defendants.* | |

## NOTICE OF APPEAL

Notice is hereby given that Maryland Shall Issue, Inc., Atlantic Guns, Inc., Deborah Kay Miller, and Suzan Vizas, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from an order granting Defendants' Motion for Summary Judgment and denying Plaintiffs' Motion for Summary Judgment entered in this action on the 1st day of April, 2019.

Respectfully submitted,

HANSEL LAW, PC                                BRADLEY ARANT BOULT
                                              CUMMINGS, LLP

_____/s/_____                   _____/s/_____
Cary J. Hansel (Bar No. 14722)                John Parker Sweeney (Bar No. 08761)
Erienne A. Sutherell (Bar No. 20095)          T. Sky Woodward (Bar No. 10823)
2514 N. Charles Street                        James W. Porter, III (Bar No. 19416)
Baltimore, Maryland 21218                     Marc A. Nardone (Bar No. 18811)
cary@hansellaw.com                            1615 L Street N.W., Suite 1350
esutherell@hansellaw.com                      Washington, DC 20036
Phone:    301-461-1040                        JSweeney@bradley.com
Facsimile: 443-451-8606                       Phone: 202-393-7150
*Counsel for Plaintiffs*                      Facsimile: 202-347-1684

                                              *Counsel for Plaintiff Atlantic Guns, Inc.*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 25th day of April, 2019, I caused the foregoing to be filed via the Court's electronic filing system, which will make service on all parties entitled to service.

                                                                          _____/s/_____
                                                                          Erienne A. Sutherell