FILED: April 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1469
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INCORPORATED; ATLANTIC GUNS, INCORPORATED; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

        Plaintiffs - Appellants

and

ANA SLIVEIRA; CHRISTINE BUNCH

        Plaintiffs

v.

LAWRENCE HOGAN, in his capacity as Governor of Maryland; WILLIAM M. PALLOZZI, in his capacity as Superintendent, Maryland State Police

        Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:16-cv-03311-ELH |
| Date notice of appeal filed in originating court: | 04/25/2019 |
| Appellant(s) | Maryland Shall Issue, Inc., et.al |
| Appellate Case Number | 19-1469 |
| Case Manager | Joy Hargett Moore<br>804-916-2702 |