IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 16-cv-3311-ELH |
| | ) |
| **LAWRENCE HOGAN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF ATLANTIC GUNS' MOTION TO SUPPLEMENT THE RECORD ON APPEAL

Pursuant to Rule 10(e)(1) of the Federal Rules of Appellate Procedure and Local Rule 10(d) of the United States Court of Appeals for the Fourth Circuit, and for the reasons stated in the accompanying memorandum, Plaintiff Atlantic Guns, Inc. moves to supplement the record on appeal with excerpts of, and Exhibit 30 to, the deposition transcript of its president and corporate designee, Mr. Stephen Schneider, which are attached as Exhibit 1 to the accompanying memorandum. A proposed order is attached.

Respectfully submitted this 6th day of September, 2019.

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)
James W. Porter, III (Bar No. 19416)
Marc A. Nardone (Bar No. 18811)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: 202-393-7150
Facsimile: 202-347-1684
jsweeney@bradley.com

Counsel for Plaintiff Atlantic Guns, Inc.

-2-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of September, 2019, the foregoing was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)
