# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 16-cv-3311-ELH |
| | ) |
| **LAWRENCE HOGAN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

Upon consideration of the Plaintiff Atlantic Guns' Motion to Supplement the Record on Appeal ("Motion"), any opposition thereto, and the entire record in this action, it is this _____ day of _____ 2019, ORDERED:

1. That Plaintiff Atlantic Guns' Motion be, and hereby is, GRANTED; and

2. That the Court shall supplement the record on appeal to include the materials in Exhibit 1 to Plaintiff Atlantic Guns' Memorandum in Support of Motion to Supplement the Record on Appeal.

_____
Ellen Lipton Hollander
United States District Judge