

**CONFIDENTIAL**

# Transcript of Stephen Schneider, Corporate Designee

**Date:** March 6, 2018
**Case:** Maryland Shall Issue, Inc., et al. -v- Hogan, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

EXHIBIT
1

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

CONFIDENTIAL
Transcript of Stephen Schneider, Corporate Designee
Conducted on March 6, 2018                          56

1    submit to the Maryland State Police for approval,

2    and any, any purchaser of a firearm on our

3    website, even those out of state, would require

4    that the firearm be sent to a federally licensed

5    dealer in the state in which the individual

6    resides.

7            (Atlantic Guns Deposition Exhibit 30 was

8    marked for identification and was retained by

9    counsel.)

10       Q  I've had marked as Exhibit 30 a package of

11   some e-mails that were produced in discovery in

12   this case by your counsel.  They appear to be

13   e-mails from potential customers or customers

14   asking about particular guns or what they need to

15   do to purchase particular guns.  Do you know how

16   these were assembled or where they came from?

17       A  Yes.  These e-mails were on, came in to us

18   I -- on my computer through Microsoft Outlook that

19   were queries that we had from customers that came

20   in to both sales@atlanticguns.com and

21   steve@atlanticguns.com which is my personal

22   e-mail.  I believe they go back to, some of them

CONFIDENTIAL

Transcript of Stephen Schneider, Corporate Designee
Conducted on March 6, 2018                                    57

1   go back to the beginning of 2017.  We did -- I did

2   a query on any e-mails that we received that had

3   the letters HQL somewhere in the text of the

4   e-mail, and I printed them, and that's what this

5   is.

6        Q  So these are all the e-mails that were

7   obtained from the query using HQL in the text; is

8   that correct?

9        A  Correct.

10        Q  And I notice that they've been redacted.

11   Do you know why that is?

12        A  Well, we redacted the -- I did not want

13   the information from who was making the query to

14   us to be public knowledge.  It was -- I consider

15   that to be confidential information between the

16   individual that's asking questions of us or

17   corresponding to us and, and us.

18        Q  On the first page the first e-mail makes a

19   reference to a C&R.  Do you see that?

20        A  I do.

21        Q  What is that?

22        A  A C&R firearm is a firearm that can be

CONFIDENTIAL
Transcript of Stephen Schneider, Corporate Designee
Conducted on March 6, 2018                                    58

1   trans -- is a -- let's see how I can state this.

2   It's a collectible firearm that the state would

3   regulate but that an individual with a federal

4   collector license could purchase, and it's

5   excluded as -- I guess the state considers it to

6   be a firearm that has special collectible value,

7   and they don't, they don't require an HQL to

8   purchase it, it's in the law, because oftentimes a

9   C&R type of firearm is one that's never really

10  designed to be shot.  It's more of a collector

11  piece.  It's just one of the exclusions in the law

12  that allows the transfer of specific types of

13  handguns to be transferred without having to have

14  an HQL.  Primarily it would be a gun that's over

15  50 years old or one that has particular collector

16  value, a limited edition handgun as such.

17          (Atlantic Guns Deposition Exhibit 31 was

18  marked for identification and was retained by

19  counsel.)

20      Q  I've had marked as Exhibit 31, this is

21  another e-mail chain.  For some reason this

22  document was produced separate from the e-mails

CONFIDENTIAL
Transcript of Stephen Schneider, Corporate Designee
Conducted on March 6, 2018                    75

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2        I, Janet A. Hamilton, Registered Diplomate

3    Reporter and Notary Public before whom the

4    foregoing deposition was taken, do hereby certify

5    that the foregoing transcript is a true and

6    correct record of the testimony given; that said

7    testimony was taken by me stenographically and

8    thereafter reduced to typewriting under my

9    direction; that review was not requested; and that

10   I am neither counsel for, related to, nor employed

11   by any of the parties to this case and have no

12   interest, financial or otherwise, in its outcome.

13       IN WITNESS WHEREOF, I have hereunto set my hand

14   this 7th day of March, 2018.

15

16

17

18

19

20   Registered Diplomate Reporter

21   My commission expires

22   February 4, 2020.

**From:**
**Sent:**                Tuesday, January 09, 2018 8:10 PM
**To:**                   Sales@atlanticguns.com
**Subject:**           C&R purchase

Hello,

I am a MD resident that has bought guns from you in the past and am looking to make another purchase. I do not have a HQL liscence. I had heard that a HQL was not needed for C&R items. Is that true? I have been looking into P64's. I just wanted to see if I would be able to purchase one and if they do qualify for C&R.

thank you,

EXHIBIT _30_
WIT: _Atlantic Guns_
DATE: _3 - 6 - 1 8_
JANET A. HAMILTON, RDR

HQL_0003569

**From:** <sales@atlanticguns.com>
**Sent:** Tuesday, December 26, 2017 2:26 PM
**To:**
**Subject:** Online Order

Thank you for your order for the Bond Arms Texas Defender.   It should be at our Silver Spring store on 12/28.  Please come in to start the Maryland paperwork process.
I assume you have a Maryland HQL.  Please call if you have any questions.
Thank you,
AGI

**From:**          sales@atlanticguns.com
**Sent:**          Monday, November 27, 2017 8:57 AM
**To:**
**Subject:**       Re: Atlantic Guns, Inc. Website Quick Request

On 2017-11-21 19:33, cds@connecteddatasolutions.com wrote:
> This is a contact form from the Atlantic Guns, Inc. web site.
>
> --- Contact Info --------------------
> Name:
> Email:
> Phone:
> City: Rockville
> State: MD
>
> --- Comment ----------------------- Hi, I would like to buy a
> handgun. Today your staff told me about getting an HQL. Do you have
> recommendations (contact info) for a safety course that I must take
> before applying for HQL? It appears that although I own handguns
> (bought & inherited years before paperwork was needed), I need to take
> this step, along with the fingerprints.
> Thanks for any help!

We recommend Gilbert Indoor Range in Rockville ( 301.315.0300 ) or Maryland Small Arms in Upper Marlboro
(1.800.792.6434 ) for Training and American Identity Solutions ( 240.670.7952 ) for finger printing.

Give these places a call and they will go over what you'll need for their course.

Best Regards,

L

**From:** cds@connecteddatasolutions.com
**Sent:** Tuesday, November 21, 2017 7:34 PM
**To:** Sales@atlanticguns.com
**Subject:** Atlantic Guns, Inc. Website Quick Request

This is a contact form from the Atlantic Guns, Inc. web site.

--- Contact Info ---------------------
Name:
Email:
Phone
City: Rockville
State: MD

--- Comment ---------------------------
HI, I would like to buy a handgun. Today your staff told me about getting an HQL. Do you have recommendations (contact info) for a safety course that I must take before applying for HQL? It appears that although I own handguns (bought & inherited years before paperwork was needed), I need to take this step, along with the fingerprints. Thanks for any help!

1

HQL_0003572

**From:**          sales@atlanticguns.com
**Sent:**          Monday, February 05, 2018 8:44 AM
**To:**            ▮▮▮▮▮▮▮▮
**Subject:**       Re: Purchasing A Handgun

On 2018-02-04 09:40, ▮▮▮▮▮▮ wrote:
> Hello,
>
> My name is ▮▮▮▮▮▮ , im an active duty sailor stationed at NSA
> Bethesda. My wife and i recently moved to Rockville from Chicago which
> is where we are originally from. I have my illinois issued FOID card
> and was wondering if theres any licensure i had to get from Maryland
> in order to purchase guns here? Or would i be able to use my Illinois
> issued FOID? Thanks in advance
>

As an active duty member of the military, you do not need a Maryland HQL (purchase permit) for handguns.
Your military ID and orders exempt you. However, there is a 1 week waiting period on all handgun purchases.
The same ID's are required for long guns, but there is no waiting period upon approval.

Best Regards,
▮▮▮▮

1

**From:**      cds@connecteddatasolutions.com
**Sent:**      Tuesday, November 21, 2017 7:34 PM
**To:**      Sales@atlanticguns.com
**Subject:**      Atlantic Guns, Inc. Website Quick Request

This is a contact form from the Atlantic Guns, Inc. web site.

--- Contact Info ----------------------
Name:
Email:
Phone:
City: Rockville
State: MD

--- Comment ---------------------------
Hi, I would like to buy a handgun. Today your staff told me about getting an HQL. Do you have recommendations (contact info) for a safety course that I must take before applying for HQL? It appears that although I own handguns (bought & inherited years before paperwork was needed), I need to take this step, along with the fingerprints. Thanks for any help!

1

**From:**          sales@atlanticguns.com
**Sent:**          Monday, November 13, 2017 8:57 AM
**To:**
**Subject:**       Re: Recent purchase

On 2017-11-12 21:26, ▇ wrote:
> I have just purchased a firearm through your website. I am a first
> time gun owner. I went to the MSP site to complete the required
> application. After doing so I realize I used my wife's credit card to
> complete the purchase. The card is in her maiden name, ▇
> ▇ . Will this be an issue?
>
> Thank you,
> ▇
>
> Sent from my iPhone

Thank you for your order.

This shouldn't be an issue. As long as you have your MD HQL and the gun is being registered in your name with the State
and Federal background check you will be fine.

Best Regards,
▇

1

**From:**        sales@atlanticguns.com
**Sent:**        Thursday, September 21, 2017 9:20 AM
**To:**
**Subject:**     Re: Taurus 709 slim 9mm
**Attachments:** HQL Permit Information.docx

On 2017-09-21 01:22, ▮▮▮▮ wrote:
> I would like to buy the Taurus 709 handgun, is this a Maryland legal
> gun? I haven': purchased a gun in 10 years, what do I need to do now
> to purchase it. Is the price $219? Thanks. ▮▮▮

Thank You for your inquiry ▮▮▮
This firearm is indeed legal for sale in Maryland.

Attached is a document that will explain the procedures with buying a handgun.
If you have any questions regarding this process, please call us at
301.585.4448 and we will help you.

Best Regards,
▮▮▮
AGI
Sales
301.585.4448

1

**From:** sales@atlanticguns.com
**Sent:** Tuesday, August 22, 2017 5:13 PM
**To:**
**Subject:** Re: Atlantic Guns, Inc. Website Quick Request
**Attachments:** Untitled attachment 00044.txt

Thank You for your question.
Here is our informational form regarding the process in acquiring your HQL.

Thank You,

Sales Rep.
Atlantic Guns
944 Bonifant Street
Silver Spring, MD 20910
301.585.4448

Quoting cds@connecteddatasolutions.com:

> This is a contact form from the Atlantic Guns, Inc. web site.
>
> --- Contact Info ---------------------
> Name:
> Email:
> Phone:
> City: Nanjemoy
> State: MD
>
> --- Comment -------------------------- I need info for HQL
> application and fingerprint

1

**From:**          sales@atlanticguns.com
**Sent:**          Thursday, August 17, 2017 4:39 PM
**To:**
**Subject:**       Re: Atlantic Guns, Inc. Website Quick Request

Sounds like you may be all set then. You may come in and ask for either ███ or ███ so we can take care of you. See you soon.

███
Sales
301.585.4448

On 2017-08-17 03:22, ███████ wrote:
> Hi ███
>
> Yes I would live to get one. I believe I have all the Maryland
> requirements. I have a Gold Cup and a Sig P 226 enhanced elite.
>
> I am in CA now but will be back Saturday. I will call you then.
>
> Thanks,
>
> ███
>
>> On Aug 16, 2017, at 12:13, ████████ <sales@atlanticguns.com>
>> wrote:
>>
>> Hi ███,
>>
>> The Wiley Clapp CCO is available.  The cost is $1,159 and this
>> includes the Maryland required IMSD (lock).  If you wish you order
>> one please give me a call.
>> Do you have your HQL?
>>
>> Thank you for your inquiry.  I hope to hear from you.
>>
>> Regards,
>> ████████
>> Manager
>> 301.585.4448
>>
>> -----Original Message-----
>> From: cds@connecteddatasolutions.com
>> [mailto:cds@connecteddatasolutions.com]
>>
>> Sent: Sunday, August 13, 2017 5:01 PM
>> To: Sales@atlanticguns.com
>> Subject: Atlantic Guns, Inc. Website Quick Request

>>
>> This is a contact form from the Atlantic Guns, Inc. web site.
>>
>> --- Contact Info ----------------------
>> Name: 
>> Email:
>> Phone:
>> City: Bethesda
>> State: Maryland
>>
>> --- Comment ----------------------- Do you have or can you obtain
>> a Colt Wiley Clapp CCO (.45 ACP)?
>>
>>

2

HQL_0003579

████████████████

**From:** ████████ <sales@atlanticguns.com>
**Sent:** Wednesday, August 16, 2017 12:14 PM
**To:** ████████
**Subject:** RE: Atlantic Guns, Inc. Website Quick Request

Hi ████

The Wiley Clapp CCO is available.  The cost is $1,159 and this includes the Maryland required IMSD (lock).  If you wish you order one please give me a call.
Do you have your HQL?

Thank you for your inquiry.  I hope to hear from you.

Regards,

████████
Manager
301.585.4448

-----Original Message-----
From: cds@connecteddatasolutions.com [mailto:cds@connecteddatasolutions.com]
Sent: Sunday, August 13, 2017 5:01 PM
To: Sales@atlanticguns.com
Subject: Atlantic Guns, Inc. Website Quick Request

This is a contact form from the Atlantic Guns, Inc. web site.

--- Contact Info ----------------------
Name: ████████
Email ████████
Phone: ████████
City: Bethesda
State: Maryland

--- Comment ---------------------------
Do you have or can you obtain a Colt Wiley Clapp CCO (.45 ACP)?

**From:**                    ▇▇▇▇▇ <sales@atlanticguns.com>
**Sent:**          Wednesday, August 16, 2017 11:51 AM
**To:**           ▇▇▇▇▇▇
**Subject:**      RE: Atlantic Guns, Inc. Website Quick Request

Hi ▇▇▇▇▇

Congratulations on receiving your HQL! Our web site does show some firearms listed as Maryland restricted and this usually pertains to the magazine capacity. Maryland law restricts capacity to 10 rounds. You can purchase either of these pistols on our web and they will be delivered to you with a 10 round magazine.

If you wish to place your order on line just specify which of our store locations you want to pick it up at. We will call you to come in and complete the application process. Just bring in your HQL and MD driver's license.

▇▇▇▇▇, we hope to see you soon!

Regards,

▇▇▇▇▇▇
Manager
301.585.4448

-----Original Message-----
From: cds@connecteddatasolutions.com [mailto:cds@connecteddatasolutions.com]
Sent: Monday, August 14, 2017 8:17 AM
To: Sales@atlanticguns.com
Subject: Atlantic Guns, Inc. Website Quick Request

This is a contact form from the Atlantic Guns, Inc. web site.

--- Contact Info ----------------------
Name: ▇▇▇▇▇▇
Email: ▇▇▇▇▇▇▇
Phone ▇▇▇▇▇
City: Rockville
State: MD

--- Comment --------------------------
To whom it may concern:

I am interested in purchasing either the H&K VP9 9mm or the S&W M&P9 Pro 9mm but your online catalog said "RESTRICTED in MARYLAND" for both choice of pistols. Does that mean I am not allowed to purchase it? What is the requirement to purchase these pistols?

I have recently received my Maryland HQL. I would like to get either of these pistols to prequalify for my upcoming NRA Instructor Certification class and also to enter competitions.

Please advise as to how I can purchase this pistols, requirements, etc. and what are my options if I am not allowed to. This would be my first purchase using my Maryland HQL.

1

Thank you very much.

best regards,

HQL_0003582

**From:** Sales <sales@atlanticguns.com>
**Sent:** Thursday, June 22, 2017 6:32 PM
**To:** ███████
**Subject:** RE: {Spam?} AR Style Rifle

Hello ████,

I have several of those in stock. I have the Ruger, the Colt, and the Windham. The Smith & Wesson is not legal for sale in MD. In my personal opinion the Windham is the best for the money, but it is a close call. You couldn't go wrong with any of those guns. Come in and handle them to see which one you like best. I look forward to working with you in person.

Regards,

███████

Atlantic Guns, Inc.
Phone: 301-279-7983
Fax: 301-279-0256

**From:** ████████████████████
**Sent:** Tuesday, May 30, 2017 7:08 PM
**To:** Sales@atlanticguns.com
**Subject:** {Spam?} AR Style Rifle

I am new to the AR style rifle and looking for something under 1000. Just a recreational shooter not looking to go overboard with my first purchase.  Been looking on line and i am interested in the Ruger 556, Smith Wesson M&P15 Sport, Colt Expanse, and Windham but dont recall the model. It was in the same range as the others. Can you offer any opinions/recommendations  on any of those models? Are any of these in stock? What is the procedure for purchase in Maryland is it the same as a handgun? I have my HQL

1

**From:**      Sales <sales@atlanticguns.com>
**Sent:**      Friday, April 14, 2017 12:41 PM
**To:**
**Subject:**   RE: {Spam?} Inheritance question

Hello 

You will need to get the MD HQL (Handgun Qualification License) first, and then transfer the handgun from the estate to yourself, at a licensed dealer. Please call or come in to the store to get instructions on the HQL process.

There are many good starter handguns I can recommend. I think the best thing for you to do is to come in and handle some guns to see what you would like. We can help you with the HQL at that time. I look forward to working with you.

Regards,

Atlantic Guns, Inc.
Phone: 301-279-7983
Fax: 301-279-0256

**From:**
**Sent:** Friday, April 14, 2017 11:21 AM
**To:** Sales@atlanticguns.com
**Subject:** {Spam?} Inheritance question

I was hoping y'all could help answer a question for me. I just inherited a handgun and Maryland law isn't clear to me. Is it just mine, or do I have to transfer it through an FFL. If I have to go through an FFL like yourself, what paperwork if any is needed?

Also I've only used rifles/shotguns, and would like to get a handgun for learning before I use the nice one I've inherited. Any recommendations? I'm thinking a 22 would be a good start?

1

**From:** Sales <sales@atlanticguns.com>
**Sent:** Wednesday, March 15, 2017 6:04 PM
**To:**
**Subject:** RE: MP40

Right now our rifles start at $619. The average range is around 800-1200.

Atlantic Guns, Inc.
Phone: 301-279-7983
Fax: 301-279-0256

**From:**
**Sent:** Wednesday, March 15, 2017 9:42 AM
**To:** Sales
**Subject:** RE: MP40

Awesome thanks, what's the price range for the similar ones? I'll probably come by this weekend.

Thanks,

On Mar 15, 2017 9:40 AM, "Sales" <sales@atlanticguns.com> wrote:

That one is not legal for sale in MD actually. Our website does not have up-to-date descriptions on MD legal status. I highly recommend coming in the store to see what guns are MD legal and have a conversation with an associate here. The MD law can be confusing if not explained in person. We keep a wide selection of AR rifles in the store, including an Adams Arms rifle that is nearly identical to that rifle, but MD legal. I look forward to meeting with you!

Regards,

Atlantic Guns, Inc.

Phone: 301-279-7983

Fax: 301-279-0256

**From:** ████████████████████
**Sent:** Tuesday, March 14, 2017 6:45 PM
**To:** Sales AGI
**Subject:** Re: MP40

Hello again,

I noticed this one doesn't show as being banned in MD. Am I right?

Please see below:

**Item Info**

Item ID **188516-5**

UPC **784672476874**

Brand **Anderson Manufacturing**

Model **AM15 Optic Ready**

Mfg No **76874**

Caliber **223 Remington/5.56 NATO**

This is on your website. Please advise.

Thanks

On Mon, Mar 13, 2017 at 6:00 PM, ████████████████████ wrote:

Hello,

2

Yes I would like a rifle probably. I'll take a look at the ones online and come by some day. Thanks again.


On Mar 13, 2017 5:58 PM, "Sales AGI" <sales@atlanticguns.com> wrote:

Good Afternoon █████████

To purchase a handgun in MD you need an HQL. This requires a 4 Hour training course; Live Scan Fingerprint; and an application submitted on MDSP.org. Once this is obtained you can purchase a handgun in MD.

Also, every handgun that is sold in Maryland must be on the MD handgun Roster board. After further research this firearm is not on the list so unfortunately we can not sell that gun in MD. Was there another gun you may be interested in? There are other WWII style rifles and pistols in 22lr are legal.


Thanks again for reaching out!


Best Regards,


██████ █████████


On Mar 13, 2017, at 3:40 PM, ████████████████████████████████████ wrote:


I am a MD resident, but no I don't have the HQL. Do I need to have one for that gun? I don't own a handgun but I do know how to operate one.


Thanks in advance

3

On Mar 13, 2017 3:35 PM, "Sales" <sales@atlanticguns.com> wrote:

Hello ███████

Have you purchased a handgun before, and are you a MD resident?

Regards,

████████████

Atlantic Guns, Inc.

Phone: 301-279-7983

Fax: 301-279-0256

**From:** ████████████████████████████████
**Sent:** Friday, March 10, 2017 11:20 AM
**To:** sales@atlanticguns.com
**Subject:** MP40

Good morning,

Please see attachment. If you can't open this file I was wondering what permits if any I need to purchase the ATI GERMP40 GSG MP40 22 LR.

Thanks

4

**From:**        Sales <sales@atlanticguns.com>
**Sent:**        Wednesday, March 15, 2017 9:40 AM
**To:**
**Subject:**     RE: MP40

That one is not legal for sale in MD actually. Our website does not have up-to-date descriptions on MD legal status. I highly recommend coming in the store to see what guns are MD legal and have a conversation with an associate here. The MD law can be confusing if not explained in person. We keep a wide selection of AR rifles in the store, including an Adams Arms rifle that is nearly identical to that rifle, but MD legal. I look forward to meeting with you!

Regards,

Atlantic Guns, Inc.
Phone: 301-279-7983
Fax: 301-279-0256


**From:**
**Sent:** Tuesday, March 14, 2017 6:45 PM
**To:** Sales AGI
**Subject:** Re: MP40

Hello again,

I noticed this one doesn't show as being banned in MD. Am I right?

Please see below:

Item Info

Item ID **188516-5**

UPC **784672476874**

Brand **Anderson Manufacturing**

Model **AM15 Optic Ready**

Mfg No **76874**

Caliber **223 Remington/5.56 NATO**

This is on your website. Please advise.

Thanks

On Mon, Mar 13, 2017 at 6:00 PM, ███████████████████████████ wrote:

Hello,

Yes I would like a rifle probably. I'll take a look at the ones online and come by some day. Thanks again.

On Mar 13, 2017 5:58 PM, "Sales AGI" <sales@atlanticguns.com> wrote:

Good Afternoon ██████,

To purchase a handgun in MD you need an HQL. This requires a 4 Hour training course; Live Scan Fingerprint; and an application submitted on MDSP.org. Once this is obtained you can purchase a handgun in MD.

Also, every handgun that is sold in Maryland must be on the MD handgun Roster board. After further research this firearm is not on the list so unfortunately we can not sell that gun in MD. Was there another gun you may be interested in? There are other WWII style rifles and pistols in 22lr are legal.

Thanks again for reaching out!

Best Regards,

████████████

On Mar 13, 2017, at 3:40 PM, ████████████████████████████ wrote:

I am a MD resident, but no I don't have the HQL. Do I need to have one for that gun? I don't own a handgun but I do know how to operate one.

Thanks in advance

On Mar 13, 2017 3:35 PM, "Sales" <sales@atlanticguns.com> wrote:

Hello ██████,

Have you purchased a handgun before, and are you a MD resident?

Regards,

██ ████

Atlantic Guns, Inc.

2

Phone: 301-279-7983

Fax: 301-279-0256

**From:** ████████████████████████████
**Sent:** Friday, March 10, 2017 11:20 AM
**To:** sales@atlanticguns.com
**Subject:** MP40

Good morning,

Please see attachment. If you can't open this file I was wondering what permits if any I need to purchase the ATI GERMP40 GSG MP40 22 LR.

Thanks

3

HQL_0003591

**From:**          Sales <sales@atlanticguns.com>
**Sent:**          Monday, March 13, 2017 3:25 PM
**To:**
**Subject:**       RE: {Spam?} FW: Purchase # 60010924761

Hello █

When you receive a call that your gun has arrived, come in to the store and we will complete all the online forms with you here. I look forward to working with you.

Regards,

Atlantic Guns, Inc.
Phone: 301-279-7983
Fax: 301-279-0256

**From:**
**Sent:** Thursday, March 9, 2017 10:52 AM
**To:** sales@atlanticguns.com
**Subject:** {Spam?} FW: Purchase # 60010924761

FYI –

**From:**
**Sent:** Thursday, March 09, 2017 10:24 AM
**To:** ███ atlanticguns.com' ███ @atlanticguns.com>
**Subject:** Purchase # 60010924761

Hi Steve,

I just made a purchase of a Remington 1911 R1 over the internet from Atlantic Guns, Silver Spring. I am a Maryland Resident with a valid HQL. I know I must have some other MSPD items that I need to fill out to validate this purchase. Can you guide me in that regard?

Thanks for your assistance.

Silver Spring, MD

**From:** Sales <sales@atlanticguns.com>
**Sent:** Monday, February 27, 2017 7:47 PM
**To:** ▇▇▇▇▇▇
**Subject:** RE: {Spam?} Atlantic Guns, Inc. Website Quick Request

Hello ▇▇▇

No worries, Smith makes a lot of cool options. Just so you know, we have a S&W sale coming up April 21st and 22nd (Fri/Sat). If you are on our mailing list, you will see a flyer sent out next month, but I figured I would let you know in advance since you are on a S&W kick. Let me know if there is anything you want me to order in for the sale!

Regards,

▇▇▇▇▇▇

Atlantic Guns, Inc.
Phone: **301-279-7983**
Fax: 301-279-0256

-----Original Message-----
From: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Sent: Monday, February 27, 2017 7:10 PM
To: Sales
Subject: Re: {Spam?} Atlantic Guns, Inc. Website Quick Request

Hey ▇▇▇

No worries, I'm all over the place with what I want. Looking at the SW Governor now lol

> On Feb 27, 2017, at 7:07 PM, Sales <sales@atlanticguns.com> wrote:
>
> Hello ▇▇▇ ,
>
> I apologize for the delay. We do not have that gun in stock, but I can
> order it for $1318. It does appear to be readily available from any of
> my suppliers, but I can backorder it for you and call you when it
> arrives. Are you still interested?
>
> Regards,
>
> ▇▇▇▇▇▇
>
> Atlantic Guns, Inc.
> Phone: 301-279-7983
> Fax: 301-279-0256

```
>
>
>
> -----Original Message-----
> From: cds@connecteddatasolutions.com
> [mailto:cds@connecteddatasolutions.com]
>
> Sent: Tuesday, February 7, 2017 11:49 AM
> To: Sales@atlanticguns.com
> Subject: {Spam?} Atlantic Guns, Inc. Website Quick Request
>
> This is a contact form from the Atlantic Guns, Inc. web site.
>
> --- Contact Info ----------------------
> Name:
> Email:
> Phone:
> City: ashton
> State: md
>
> --- Comment -------------------------- Hi There,
>
> I'm in the 30 day waiting period after I completed my HQL. I'm
> interested in eventually purchasing this firearm:
>
> Smith & Wesson M&P R8, 357 Mag, 5" Performance Center, Black, Tactical
> Rail
>
> 1. Do you have this in stock? Competitive pricing?
> 2. If not, do I simply buy online and have it shipped to you?
> 3. Added fees?
>
> Basically just looking for information about the purchase process.
>
> Many Thanks,
>
>
>
>
```

2

**From:** Sales <sales@atlanticguns.com>
**Sent:** Monday, February 27, 2017 7:08 PM
**To:**
**Subject:** RE: {Spam?} Atlantic Guns, Inc. Website Quick Request

Hello 

I apologize for the delay. We do not have that gun in stock, but I can order it for $1318. It does appear to be readily available from any of my suppliers, but I can backorder it for you and call you when it arrives.
Are you still interested?

Regards,

Atlantic Guns, Inc.
Phone: 301-279-7983
Fax: 301-279-0256

-----Original Message-----
From: cds@connecteddatasolutions.com
[mailto:cds@connecteddatasolutions.com]
Sent: Tuesday, February 7, 2017 11:49 AM
To: Sales@atlanticguns.com
Subject: {Spam?} Atlantic Guns, Inc. Website Quick Request

This is a contact form from the Atlantic Guns, Inc. web site.

--- Contact Info --------------------
Name:
Email:
Phone:
City: ashton
State: md

--- Comment -------------------------
Hi There,

I'm in the 30 day waiting period after I completed my HQL. I'm interested in eventually purchasing this firearm:

Smith & Wesson M&P R8, 357 Mag, 5" Performance Center, Black, Tactical Rail

1. Do you have this in stock? Competitive pricing?
2. If not, do I simply buy online and have it shipped to you?
3. Added fees?

Basically just looking for information about the purchase process.

Many Thanks,

2