IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC.,
*et al.*,

   *Plaintiffs*,

v.

LAWRENCE HOGAN,
*et al.*,

   *Defendants*.

Civil Action No. ELH-16-3311

## ORDER

For the reasons set forth in the accompanying Memorandum, it is this 11th day of October, 2019, by the United States District Court for the District of Maryland, **ORDERED**:

The Motion to Supplement the Record on Appeal is **DENIED**.

                                        /s/
                             Ellen Lipton Hollander
                             United States District Judge