IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-ELH |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE

The undersigned attorney, Jennifer L. Katz, pursuant to Local Rule 101.2, respectfully requests that this Court withdraw her appearance in the above-captioned case as counsel for the Defendants, Lawrence J. Hogan, Jr. and William M. Pallozzi. Robert A. Scott will remain as counsel for the Defendants. Through counsel, plaintiffs have consented to this motion.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

Date: August 3, 2020

   */s/  Jennifer L. Katz*
JENNIFER L. KATZ (FED. BAR #28973)
Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-7005; (410) 576-6955 (fax)
jkatz@oag.state.md.us

Attorneys for Defendants-Appellees

## CERTIFICATE OF SERVICE

    I hereby certify that on the 3rd day of August, 2020, a copy of the foregoing motion was filed via ECF and thereby served on all counsel of record.

                                                                  */s/ Jennifer L. Katz*
                                                                  Jennifer L. Katz