IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-ELH |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the unopposed Motion to Withdraw Appearance (the "Motion"), filed by Jennifer L. Katz, it is this _____ day of _____, 2020

**ORDERED**, that the Motion is granted, and it is further

**ORDERED**, that the appearance of Jennifer L. Katz is withdrawn as to Defendants Lawrence J. Hogan, Jr. and William M. Pallozzi; and it is further

**ORDERED**, that Robert A. Scott, will continue to be the attorney of record for Defendants Lawrence J. Hogan, Jr. and William M. Pallozzi.

_____
Ellen L. Hollander
United States District Judge