IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., et al.,     *

    Plaintiffs,     *

v.     *     No. 1:16-cv-03311-ELH

LAWRENCE HOGAN, et al.     *

    Defendants.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the unopposed Motion to Withdraw Appearance (the "Motion"), filed by Jennifer L. Katz, it is this 3rd day of August, 2020

**ORDERED**, that the Motion is granted, and it is further

**ORDERED**, that the appearance of Jennifer L. Katz is withdrawn as to Defendants Lawrence J. Hogan, Jr. and William M. Pallozzi; and it is further

**ORDERED**, that Robert A. Scott, will continue to be the attorney of record for Defendants Lawrence J. Hogan, Jr. and William M. Pallozzi.

Ellen L. Hollander
United States District Judge