FILED: August 31, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-1469

MARYLAND SHALL ISSUE, INCORPORATED; ATLANTIC GUNS, INCORPORATED; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS,

   Plaintiffs – Appellants,

and

ANA SLIVEIRA; CHRISTINE BUNCH,

   Plaintiffs,

v.

LAWRENCE HOGAN, in his capacity as Governor of Maryland; WILLIAM M. PALLOZZI, in his capacity as Superintendent, Maryland State Police,

   Defendants – Appellees.

------------------------------

NATIONAL RIFLE ASSOCIATION; MARYLAND STATE RIFLE AND PISTOL ASSOCIATION, INCORPORATED; NATIONAL SHOOTING SPORTS FOUNDATION,

   Amici Supporting Appellant.

O R D E R

The Court amends its opinion filed August 3, 2020, as follows:

On page 16, the words "at trial" are deleted from the fourth line of the first full paragraph. On page 25, in the last paragraph, the phrase "with instructions that the claims proceed to trial" is replaced with "for further proceedings consistent with this opinion."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk