FILED: August 31, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1469
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INCORPORATED; ATLANTIC GUNS, INCORPORATED; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

   Plaintiffs - Appellants

and

ANA SLIVEIRA; CHRISTINE BUNCH

   Plaintiffs

v.

LAWRENCE HOGAN, in his capacity as Governor of Maryland; WILLIAM M. PALLOZZI, in his capacity as Superintendent, Maryland State Police

   Defendants - Appellees

------------------------------

NATIONAL RIFLE ASSOCIATION; MARYLAND STATE RIFLE AND PISTOL ASSOCIATION, INCORPORATED; NATIONAL SHOOTING SPORTS FOUNDATION

   Amici Supporting Appellant

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Agee, Judge Keenan, and Judge Richardson.

    For the Court

    /s/ Patricia S. Connor, Clerk