FILED: September 8, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1469
(1:16-cv-03311-ELH)

_____

MARYLAND SHALL ISSUE, INCORPORATED; ATLANTIC GUNS, INCORPORATED; DEBORAH KAY MILLER; SUSAN BRANCATO VIZAS

        Plaintiffs - Appellants

and

ANA SLIVEIRA; CHRISTINE BUNCH

        Plaintiffs

v.

LAWRENCE HOGAN, in his capacity as Governor of Maryland; WILLIAM M. PALLOZZI, in his capacity as Superintendent, Maryland State Police

        Defendants - Appellees

------------------------------

NATIONAL RIFLE ASSOCIATION; MARYLAND STATE RIFLE AND PISTOL ASSOCIATION, INCORPORATED; NATIONAL SHOOTING SPORTS FOUNDATION

        Amici Supporting Appellant

_____

MANDATE

_____

The judgment of this court, entered 08/03/2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*