IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | Case No. 16-cv-3311-ELH |
| ) | |
| **LAWRENCE HOGAN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**JOINT MOTION TO SET TIME TO FILE SUMMARY JUDGMENT MOTIONS**

The parties, by their attorneys, hereby move for an order setting the deadlines to file summary judgment motions and state as follows:

1. On August 31, 2020, the Court of Appeals for the Fourth Circuit published an opinion remanding this case for further proceedings.

2. Both Defendants and Plaintiffs intend to file motions for summary judgment.

3. On September 23, 2020, counsel attended a telephonic status conference with the Court where counsel were instructed to confer regarding deadlines for the parties' summary judgment motions.

4. Pursuant to Local Rule 105.2(c), counsel have conferred and agreed that Defendants will file their motion for summary judgment first.

5. Counsel have agreed to the following schedule:

| | |
|---|---|
| Defendants' Summary Judgment Motion: | November 13, 2020 |
| Plaintiffs' Opposition/Cross-motion: | January 15, 2021 |
| Defendants' Opposition/Reply: | February 16, 2021 |
| Plaintiffs' Reply: | March 19, 2021 |

6. Counsel have agreed that the memoranda in support of a motion or in opposition thereto shall not exceed:

| | |
|---|---|
| Defendants' Summary Judgment Motion: | 50 pages |
| Plaintiffs' Opposition/Cross-motion: | 70 pages |
| Defendants' Opposition/Reply: | 40 pages |
| Plaintiffs' Reply: | 20 pages |

WHEREFORE, the parties respectfully request that the Court enter the attached proposed order setting deadlines for briefing the parties' motions for summary judgment.

Respectfully submitted,

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)
James W. Porter, III (Bar No. 19416)
Marc A. Nardone (Bar No. 18811)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: 202-393-7150
Facsimile: 202-347-1684
jsweeney@bradley.com

Counsel for Plaintiff Atlantic Guns, Inc.

Cary J. Hansel
2514 N. Charles Street
Baltimore, MD 21218
Phone: 301-461-1040
Facsimile: 443-451-8606
cary@hansellaw.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October, 2020, the foregoing was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)