IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 16-cv-3311-ELH |
| LAWRENCE HOGAN, et al., | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Joint Motion to Set Time to File Summary Judgment Motions filed by the parties (the "Joint Motion"), it is this _____ day of _____, 2020 hereby:

ORDERED that the Joint Motion is granted; and it is further

ORDERED that the deadlines for briefing the parties' summary judgment motions shall be as follows:

| | |
|---|---|
| Defendants' Summary Judgment Motion: | November 13, 2020 (not to exceed 50 pages) |
| Plaintiffs' Opposition/Cross-motion: | January 15, 2021 (not to exceed 70 pages) |
| Defendants' Opposition/Reply: | February 16, 2021 (not to exceed 40 pages) |
| Plaintiffs' Reply: | March 19, 2021 (not to exceed 20 pages) |

_____
Judge Ellen Lipton Hollander
United States District Judge