IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 16-cv-3311-ELH |
| | ) |
| LAWRENCE HOGAN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Joint Motion to Set Time to File Summary Judgment Motions filed by the parties (the "Joint Motion"), it is this 1st day of Oct, 2020 hereby:

ORDERED that the Joint Motion is granted; and it is further

ORDERED that the deadlines for briefing the parties' summary judgment motions shall be as follows:

| | |
|---|---|
| Defendants' Summary Judgment Motion: | November 13, 2020 (not to exceed 50 pages) |
| Plaintiffs' Opposition/Cross-motion: | January 15, 2021 (not to exceed 70 pages) |
| Defendants' Opposition/Reply: | February 16, 2021 (not to exceed 40 pages) |
| Plaintiffs' Reply: | March 19, 2021 (not to exceed 20 pages) |

Judge Ellen Lipton Hollander
United States District Judge