# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

    *Plaintiffs*,   *

v.   *   No. 1:16-cv-03311-ELH

LAWRENCE HOGAN, *et al.*   *

    *Defendants*.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 105.9, the defendants, through counsel and with the consent of the plaintiffs, move to extend the deadlines in the Court's October 2, 2020 summary judgment briefing order by 12 days. In support of their motion, the defendants state:

1.  On October 2, 2020, this Court granted the parties' joint motion for a briefing schedule for summary judgment motions. (ECF 121.)

2.  Pursuant to that order, defendants' motion for summary judgment is due November 13, 2020.

3.  Due to the demands of work associated with other cases, defendants' counsel requires additional time to prepare defendants' motion.

4.  Counsel for plaintiffs have consented to a 12-day extension of time, until November 25, 2020, for defendants to file their motion.

5.  Further, counsel have agreed to extend all other deadlines in the briefing order by the same 12-day period.

6.      Accordingly, defendants, with the consent of plaintiffs, request that the Court make the following changes to the briefing schedule:

| | |
|---|---|
| Defendants' Summary Judgment Motion: | November 25, 2020 |
| Plaintiffs' Opposition/Cross-motion: | January 27, 2021 |
| Defendants' Opposition/Reply: | March 1, 2021 |
| Plaintiffs' Reply: | March 31, 2021 |

WHEREFORE, for the reasons stated herein, defendants respectfully request that the Court enter the attached proposed an order extending all deadlines in the Court October 2, 2020 summary judgment briefing order by 12 days.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

Date: November 5, 2020

\_\_/s/ Robert A. Scott_____
ROBERT A, SCOTT (Bar # 24613)
Assistant Attorneys General
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-7055; (410) 576-6955 (fax)
rscott@oag.state.md.us

Attorneys for Defendants