IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

    *Plaintiffs*,   *

v.   *   No. 1:16-cv-03311-ELH

LAWRENCE HOGAN, *et al.*   *

    *Defendants*.   *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**ORDER**

UPON CONSIDERATION of the Consent Motion for Extension of Time filed by defendants (the "Motion"), it is this ____ day of _____, 2020, hereby

ORDERED that the Motion is granted; and it is further

ORDERD that the deadlines in the Court's October 2, 2020 Order (ECF 121) are hereby extended as follows:

| | |
|---|---|
| Defendants' Summary Judgment Motion: | November 25, 2020 |
| Plaintiffs' Opposition/Cross-motion: | January 27, 2021 |
| Defendants' Opposition/Reply: | March 1, 2021 |
| Plaintiffs' Reply: | March 31, 2021 |

_____
Judge Ellen Lipton Hollander
United States District Judge