IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., et al.,       *

       Plaintiffs,                                              *

v.                                                                  *         No. 1:16-cv-03311-ELH

LAWRENCE HOGAN, et al.                     *

       Defendants.                                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time filed by defendants (the "Motion"), it is this 5th day of Nov., 2020, hereby

ORDERED that the Motion is granted; and it is further

ORDERD that the deadlines in the Court's October 2, 2020 Order (ECF 121) are hereby extended as follows:

| | |
|---|---|
| Defendants' Summary Judgment Motion: | November 25, 2020 |
| Plaintiffs' Opposition/Cross-motion: | January 27, 2021 |
| Defendants' Opposition/Reply: | March 1, 2021 |
| Plaintiffs' Reply: | March 31, 2021 |

_____
Judge Ellen Lipton Hollander
United States District Judge