IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Maryland Shall Issue, Inc. et al.        *

**Plaintiff,**

                                    *

v.                                       Case No. 16-CV-3311-ELH

Lawrence Hogan, et al.        *

**Defendant.**        *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Defendants.**

I certify that I am admitted to practice in this Court.

11/24/2020
Date

Signature

Ryan Dietrich 27945
Printed name and bar number

200 St. Paul Pl. Baltimore, MD 21202
Address

rdietrich@oag.state.md.us
Email address

410-576-7648
Telephone number

Fax number