IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-ELH |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Governor Lawrence J. Hogan, Jr. and Superintendent of State Police Colonel Woodrow W. Jones, III, both sued in their official capacities, hereby move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment on all claims in the amended complaint. The grounds for this motion are set for the memorandum of law filed herewith and incorporated by reference herein.

WHEREFORE, for the reasons stated herein, defendants respectfully request that the Court enter summary judgment in favor of defendants on all claims in the amended complaint.

                Respectfully Submitted,

                BRIAN E. FROSH
                Attorney General

                 /s/ Ryan R. Dietrich
                RYAN R. DIETRICH (Fed. Bar #27945)
                ROBERT A. SCOTT (Fed. Bar #24613)
                Assistant Attorneys General
                200 St. Paul Place, 20th Floor
                Baltimore, Maryland 21202
                410-576-7648 (tel.); 410-576-6955 (fax)
                rdietrich@oag.state.md.us

Dated: November 25, 2020        Attorneys for Defendants