# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF MARYLAND**

MARYLAND SHALL ISSUE, INC.*, et al.*,    *

    *Plaintiffs,*    *

    v.    *    Civil Case No. 16-cv-3311-ELH

LAWRENCE HOGAN, *et al.,*    *

    *Defendants.*    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**DECLARATION OF CAPTAIN ANDY JOHNSON**

I, Captain Andy Johnson, under penalty of perjury, declare and state:

1.      I am a Captain in the Maryland State Police ("MSP").  I am more than 18 years of age and am competent to testify, upon personal knowledge, to the matters stated below.

2.      From September 1998 through the beginning of my service with MSP, I served in the Cecil County's Sheriff's Office, where I held the position of Deputy Sheriff and served as the agency range master and was responsible for firearms training for the entire department.  In January 2002, I became a sworn officer with MSP.  During the past 16 years, I have served in a variety of MSP units, including in routine patrol, drug enforcement, Assistant Barrack Commander, as Assistant Commander and Commander of the Firearms Enforcement Unit, Northern Command Commander of the Criminal Enforcement Division, and since August 2016 as the Commander of the Licensing Division.

3.     As the Commander of the Licensing Division, I manage and oversee all day-to-day operations of the sworn and civilian personnel within the Licensing Division's Firearms Services Section and Professional Licensing Section.  Within the Firearms Services Section is the Handgun Qualification License ("HQL") Unit, Firearms Registration Unit, Handgun Permit Unit, and the Inspection and Compliance Billing Unit.

4.     The HQL Unit of the Firearms Services Section is responsible for processing HQL applications and is comprised of four sworn troopers and seven civilian personnel. Two civilian information technology personnel work across the Licensing Division.

5.     In calendar year 2017, the Licensing Division received an average of 459 HQL applications each week.  In the first quarter of calendar year 2018, the Licensing Division received an average of 583 applications each week.  Attached to this Declaration as Exhibit 1 is the Licensing Division's Weekly Reports for the first quarter of calendar year 2018, which show the number of applications received each year and the average number of applications submitted weekly from 2015 through the first quarter of 2018.

6.     Except in rare exigent circumstances, HQL applications are processed in the order they are submitted to MSP.

7.     Processing of HQL applications begins with an initial review, which is conducted by civilian personnel.  During the initial review, a civilian employee opens the application and assesses whether the application is properly completed, meaning that all of the statutory and regulatory requirements are met including the fingerprinting and training requirements.

8.     When an initial reviewer determines that an application is complete, the reviewer conducts the statutorily-mandated background investigation in accordance with MSP Standard Operating Procedure 29-1403 (attached to this declaration as Exhibit 2). When an applicant is found not to have a criminal record during the initial review, the application is approved.

9.     If any issues or questions arise during the statutorily-mandated background investigation, including if there is any indication that the applicant has a criminal record, the application is forwarded for a secondary review.

10.     Secondary reviews are conducted by the sworn personnel within the HQL Unit in addition to two civilian personnel.  During a secondary review, the reviewer investigates and determines whether the applicant has been convicted of a disqualifying offense.

11.     MSP does not track the average time it takes to process HQL applications. Depending on the number of submitted applications awaiting review, completed applications that are approved during an initial review can be and have been processed within 24 hours of submission to MSP.  The time to complete processing of a properly completed application during the secondary review varies depending on the time it takes to resolve any questions that arise during the background investigation, which can involve awaiting information about out-of-state convictions and related court documents.

12.     During my tenure as Commander of the Licensing Division, every properly completed application that has been submitted to MSP has been processed and formally approved or disapproved within 30 days of being submitted to MSP.  To the best of my

knowledge, every properly completed HQL application that has been submitted to MSP since October 1, 2013 when the HQL requirement went into effect has been processed and formally approved or disapproved within 30 days of being submitted to MSP.

13.     The Licensing Division tracks the number of HQL applications pending disposition for over 15 days.  Through the first quarter of calendar year 2018, there were no completed HQL applications pending disposition for longer than 15 days.  *See* Exhibit 1.

14.     Typically, an HQL card is produced within one to two days of the application's approval, and the card is mailed to the applicant at the address listed in the application.

15.     The cost to process each HQL application exceeds $50.  The largest component of the cost to process each application is the salaries, benefits, and overtime costs to employ the civilian and sworn personnel in the HQL Unit who process HQL applications.  Attached as Exhibit 3 to this Declaration is a spreadsheet (MSP001518) showing that the costs to employ these personnel was $1,158,136.84 in 2017.

16.     As shown in Exhibit 1, MSP received 23,888 HQL applications in 2017, of which only 566 were disapproved.  Dividing the total cost of compensation for HQL personnel by the total number of processed applications, the average cost to review each HQL application is $48.48.

17.     Attached as Exhibit 4 to this Declaration is a spreadsheet (MSP003197) showing that the cost to produce each HQL is $2.06, which accounts for the costs of the cards, printers, ink, and laminate.  These production costs amounted to approximately

4

$48,043 to produce cards associated with the 23,322 approved HQL applications in 2017. Spreading that cost of production over the total number of applications received, the production cost approximates $2.01 per HQL application.

18.     Accounting solely for the HQL personnel and card production costs, the cost per HQL in 2017 was at least $50.49.  This figure does not take into account the salary and benefits of MSP Command staff, including myself, who routinely deal with HQL issues; the computers and computer software used to process the applications; equipment for sworn personnel, including vehicles, fuel, and other costs; and infrastructure costs related to MSP's Licensing Division, including building expenses, electricity, and telephone service, among other expenses.  Factoring in these other costs, the cost to administer the HQL program exceeds $50.49 per application.

19.     The fingerprint requirement of the HQL application promotes public safety, and thus furthers MSP's mission, in three key ways.

20.     First, requiring that applicants submit their fingerprints helps ensure that MSP is able to positively identify HQL applicants at the time they apply for the HQL and prevents the use of false identification.

21.     Second, requiring that applicants submit their fingerprints may prevent disqualified individuals from attempting to obtain an HQL and may prevent straw purchases of firearms by deterring otherwise law-abiding individuals from engaging in those transactions.

22.     Third, unlike with a background check based solely on photographic identification, a fingerprint record can be used to identify if a holder of an HQL is convicted of a disqualifying offense subsequent to passing the initial background check.

23.     In compliance with fingerprint rules promulgated by the Maryland Department of Public Safety and Correctional Services ("DPSCS") in 2012 (attached to this Declaration as Exhibit 5), HQL applicants must have their fingerprints taken via livescan technology and submitted to DPSCS.   Using the fingerprint record generated as part of the HQL application process, DPSCS is able to provide MSP with licensees' updated criminal history information.  This information enables MSP to revoke the HQLs of persons who become ineligible to possess them and to notify the Firearms Enforcement Unit, which is responsible for removing firearms from disqualified individuals. The Firearms Enforcement Unit investigates whether the person is still in possession of firearms and, if so, is responsible for retrieving those firearms.

24.     Exhibit 6 to this Declaration is the revocation log that tracks the Arrest Disposition Report that Licensing Division regularly receives from the Department of Public Safety that contains criminal information connected with HQL applicants' fingerprint records.  HQL Unit personnel track the ensuing criminal case until disposition, and if the individual is convicted of a disqualifying offense, the Licensing Division revokes the HQL.

25.     On November 17, 2017, MSP issued Advisory LD-HQL-17-003, which sets forth in a formal advisory that MSP has applied the ruling in *Chow v. State*, 393 Md. 431 (2006) interpreting "transfer" to interpret the definition of "receive" in Md. Code Ann.,

Pub. Safety § 5-117.1(c).  The advisory is attached to this declaration as Exhibit 7.   MSP views "transfer" and "receive" as equivalent for purposes of Maryland's firearms laws and interprets "receive" as including the gratuitous permanent exchange of title or possession, but excluding temporary gratuitous exchanges or loans of handguns.

26.     Advisory LD-HQL-17-003 reflects my understanding of how MSP has consistently interpreted the terms "receive" and "receipt" since the Office of the Attorney General interpreted them even prior to the enactment of the Firearm Safety Act in March 2013.  A copy of the correspondence setting forth the Attorney General's interpretation is attached to this Declaration as Exhibit 8.

27.     On November 17, 2017, MSP issued Advisory LD-HQL-17-004, which sets forth in a formal advisory that MSP has approved the use of non-lethal, marking projectiles for the HQL live-fire training requirement.  The Advisory is attached to this declaration as Exhibit 9.

28.     Prior to the issuance of Advisory LD-HQL-17-004, MSP had approved the use of two types of these non-lethal, marking projectiles for the live-fire requirement in February and September 2016, respectively.  Copies of the communications reflecting those approvals are attached to this Declaration as Exhibit 10.

29.     Use of these non-lethal, marking projectiles does not require access to a firing range.  In my experience, firing of non-lethal, marking projectiles is significantly quieter than firing of traditional ammunition, such that I do not wear ear protection when firing these rounds.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: _8 |15 |18_

_____
Captain Andy Johnson
Maryland State Police

# Declaration Exhibit 1

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# ng Division Weekly Report

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

| Licensing Division Weekly (1 partial) Report 1/1/2018 through 1/4/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 505 | 710 | 1,008 | 997 | 505 | 505 |
| *FRS Disapprovals | 397 | 261 | 175 | 0 | 7 | 5 | 3.4 | 0 | 0 |
| *HQL New | 20,160 | 28,039 | 23,888 | 151 | 380 | 539 | 459 | 151 | 151 |
| *HQL Disapprovals | 333 | 574 | 566 | 5 | 6 | 11 | 10.9 | 5 | 5 |
| ██████ ████ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ████████ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ ████ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ ████ ████ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ ████ ██████ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ ████ ████████ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ██ ████ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ██ ██████████ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ██ ██████ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ██ ██████ █████ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ██ ███ ██████ | █ | █ | █ | █ | █ | █ | █ | █ | █ |

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003241

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



## ng Division Weekly Report

**\*FRU and HQL numbers denote real time figures as of 1/5/2018**

DHMH Import Status
01/05/2018 Success

Days in Queue (Initial Review)
(Not In Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 5 | 130 | 168 | 133 | 0 | 0 | 0 | 0 |

VIEW DETAILS

Days in Queue (Second Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 21 | 7 | 0 | 0 | 0 |

VIEW DETAILS

Select a Report to View                    ▼

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# ng Division Weekly Report

# Applications Received By Date

Report Run Date: 1/5/2018 10:31:16 AM

Date Forward Begin Date: 1/1/2018 7:00 AM

Date Forward End Date: 1/4/2018 10:00 PM

| Date Forwarded | Total Applications |
|---|---|
| 1/1/2018 | 28 |
| 1/2/2018 | 181 |
| 1/3/2018 | 169 |
| 1/4/2018 | 127 |



The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# ng Division Weekly Report

## Automation Portal:

Licensing Portal launched on 1/1/2017.  To date the Licensing Portal has received and processed 52,356 applications, and 47,404 citizens have logged in and created an account.

## Vacancies and Hiring Status:

## Handgun Qualification License:  Total Active HQL's since 10/1/2013:  90,661

**HQL Currently has (0) zero applications over 15 days.**



| | HQL Received | HQL Processed | Disapprovals | Net Gain/Reduction |
|---|---|---|---|---|
| This week | 312 | 484 | 7 | -172 |
| Last Week | 300 | 445 | 8 | -145 |

HQL Chart Covers 12/29/17-1/4/18

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003244

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# ng Division Weekly Report

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

| Licensing Division Weekly (2) Report 1/5/2018 through 1/11/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 1,584 | 710 | 1,008 | 997 | 792 | 1,079 |
| *FRS Disapprovals | 397 | 261 | 175 | 3 | 7 | 5 | 3.4 | 1.5 | 3 |
| *HQL New | 20,160 | 28,039 | 23,888 | 598 | 380 | 539 | 459 | 299 | 447 |
| *HQL Disapprovals | 333 | 574 | 566 | 18 | 6 | 11 | 10.9 | 9 | 13 |
| ███ █████ | ██ | ██ | ██ | ██ | ■ | ■ | ■ | ■ | ■ |
| ████ ██████ | ██ | ██ | ██ | ██ | ■ | ■ | ■ | ■ | ■ |
| ████ ██ | ██ | ██ | ██ | ▐ | ▐ | ██ | ██ | ██ | ██ |
| ██ ██ ████ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ █████████ | ███ | ███ | ██ | ■■ | ██ | ██ | ██ | ██ | ██ |
| ██ ██ ██ ████ | ■ | ■ | ■ | ▐ | ▐ | ██ | ▐ | ██ | ▐ |
| ██ ████ | ■ | ■ | ■ | ▐ | ▐ | ██ | ██ | ██ | |
| ██ ████████ | ██ | ██ | ██ | ▐ | ▐ | ██ | ██ | ██ | ▐ |
| ██ ██████████ | ██ | ███ | ██ | ▐ | ▐ | ██ | ██ | ██ | ▐ |
| ██ ██████████ | ██ | ██ | ██ | ▐ | ▐ | ▐ | ██ | ██ | ▐ |
| ██ █████████ | ██ | ██ | ██ | ▐ | ▐ | ██ | ██ | ██ | ▐ |

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

MSP003245

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

## ng Division Weekly Report

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **New** ■ | ■ | 680 | ■ | ■ | ■ | ■ | ■ | ▌ | ■ |
| ■ | ■ | ■ | ■ | ▌ | ▌ | ■ | ■ | ■ | ▌ |
| ■ | ■ | ■ | ■ | ▌ | ▌ | ■ | ■ | ▌ | ▌ |
| ■ | ■ | ■ | ■ | ▌ | ▌ | ■ | ■ | ▌ | ▌ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ▌ | ■ |
| ■ | ■ | ■ | ■ | ▌ | ▌ | ■ | ■ | ▌ | ▌ |
| ■ | ■ | ■ | ■ | ▌ | ▌ | ■ | ■ | ■ | ▌ |
| ▌ | ▌ | ▌ | ▌ | ■ | ■ | ■ | ▌ | ▌ | |

**\*FRU and HQL numbers denote real time figures as of 1/12/2018**



DHMH Import Status
01/12/2018 Success

Days in Queue (Initial Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 14 | 194 | 169 | 4 | 0 | 0 | 0 | 0 |

VIEW DETAILS

Days in Queue (Second Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 74 | 28 | 0 | 1 | 0 |

VIEW DETAILS

Select a Report to View

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

## ...ng Division Weekly Report

**Automation Portal:**

Licensing Portal launched on 1/1/2017.  To date the Licensing Portal has received and processed 53,940 applications, and 48,041 citizens have logged in and created an account.

**Vacancies and Hiring Status:**

**Handgun Qualification License:  Total Active HQL's since 10/1/2013:  90,999**

**HQL Currently has (0) zero applications over 15 days.**

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# ng Division Weekly Report



## HQL BI-WEEKLY

|  | HQL Received | HQL Processed | Disapprovals | Net Gain/Reduction |
|---|---|---|---|---|
| This Week | 447 | 441 | 13 | 6 |
| Last Week | 312 | 484 | 7 | -172 |

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003248

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

## ng Division Weekly Report

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

| Licensing Division Weekly (3) Report 1/12/2018 through 1/18/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 2,577 | 710 | 1,008 | 997 | 859 | 993 |
| *FRS Disapprovals | 397 | 261 | 175 | 6 | 7 | 5 | 3.4 | 2 | 3 |
| *HQL New | 20,160 | 28,039 | 23,888 | 1,112 | 380 | 539 | 459 | 370 | 514 |
| *HQL Disapprovals | 333 | 574 | 566 | 20 | 6 | 11 | 10.9 | 6.6 | 2 |
| ███ ████ | ██ | ██ | ██ | ██ | █ | █ | █ | █ | █ |
| ████████ | ██ | ██ | ██ | ██ | █ | █ | █ | █ | █ |
| ███ ██ | ██ | ██ | ██ | █ | █ | █ | ██ | ██ | ██ |
| ██ ████ ██ | ██ | ██ | ██ | ██ | ██ | ██ | █ | █ | █ |
| ██ ████ ████ | ██ | ██ | ██ | █ | ██ | ██ | █ | █ | ██ |
| ████ ██ ██ | █ | █ | █ | █ | █ | █ | █ | ██ | █ |
| ██ ███ | ██ | █ | █ | █ | █ | █ | █ | ██ | █ |
| ███████ | █ | █ | █ | █ | █ | █ | ██ | ██ | █ |
| █████ ██ | ██ | ██ | █ | █ | █ | █ | ██ | ██ | █ |
| ███████ | ██ | █ | █ | █ | █ | █ | █ | █ | █ |
| ████████ | █ | █ | █ | █ | █ | ██ | ██ | ██ | █ |
| ███████ | | | | | | | | | |

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003249

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



**ng Division Weekly Report**

**\*FRU and HQL numbers denote real time figures as of 1/19/2018**

DHMH Import Status
01/19/2018 Success

Days in Queue (Initial Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 6 | 143 | 131 | 55 | 0 | 0 | 0 | 0 |

VIEW DETAILS

Days in Queue (Second Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 48 | 14 | 0 | 0 | 0 |

VIEW DETAILS

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

## ...ng Division Weekly Report

# Applications Received By Date

Report Run Date: 1/19/2018 10:50:21 AM

Date Forward Begin Date: 1/12/2018 7:00 AM

Date Forward End Date: 1/18/2018 10:00 PM

| Date Forwarded | Total Applications |
|---|---|
| 1/12/2018 | 175 |
| 1/13/2018 | 220 |
| 1/14/2018 | 83 |
| 1/15/2018 | 110 |
| 1/16/2018 | 134 |
| 1/17/2018 | 131 |
| 1/18/2018 | 140 |



**The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.**

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# ng Division Weekly Report

**Automation Portal:**

Licensing Portal launched on 1/1/2017.  To date the Licensing Portal has received and processed 56,517 applications, and 48,701 citizens have logged in and created an account.

**Vacancies and Hiring Status:**

███████████████████████████████████

**Handgun Qualification License:  Total Active HQL's since 10/1/2013:  91,513**

**HQL Currently has (0) zero applications over 15 days.**



### HQL BI-WEEKLY

| | HQL Received | HQL Processed | Disapprovals | Net Gain/Reduction |
|---|---|---|---|---|
| This Week | 514 | 417 | 2 | -97 |
| Last Week | 447 | 441 | 13 | 6 |

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

MSP003252

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



## ng Division Weekly Report

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

| Licensing Division Weekly (4) Report 1/19/2018 through 1/25/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 3,553 | 710 | 1,008 | 997 | 888 | 976 |
| *FRS Disapprovals | 397 | 261 | 175 | 9 | 7 | 5 | 3.4 | 2.25 | 3 |
| *HQL New | 20,160 | 28,039 | 23,888 | 1,734 | 380 | 539 | 459 | 433 | 622 |
| *HQL Disapprovals | 333 | 574 | 566 | 27 | 6 | 11 | 10.9 | 6.7 | 7 |

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



## ...ng Division Weekly Report

**\*FRU and HQL numbers denote real time figures as of 1/26/2018**

DHMH Import Status
01/26/2018 Success

Days in Queue (Initial Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 4 | 150 | 100 | 0 | 0 | 0 | 0 | 0 |

VIEW DETAILS

Days in Queue (Second Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 20 | 88 | 15 | 0 | 0 | 0 |

VIEW DETAILS

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003254

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# ng Division Weekly Report

# Applications Received By Date

Report Run Date: 1/26/2018 9:08:09 AM

Date Forward Begin Date: 1/19/2018 7:00 AM

Date Forward End Date: 1/25/2018 10:00 PM

| Date Forwarded | Total Applications |
|---|---|
| 1/19/2018 | 144 |
| 1/20/2018 | 214 |
| 1/21/2018 | 38 |
| 1/22/2018 | 130 |
| 1/23/2018 | 165 |
| 1/24/2018 | 139 |
| 1/25/2018 | 146 |



The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# ...ng Division Weekly Report

**Automation Portal:**

Licensing Portal launched on 1/1/2017.  To date the Licensing Portal has received and processed 60,070 applications, and 49,341 citizens have logged in and created an account.

**Vacancies and Hiring Status:**

**Handgun Qualification License:  Total Active HQL's since 10/1/2013:  91,930**

**HQL Currently has (0) zero applications over 15 days.**



| | HQL Received | HQL Processed | Disapprovals | Net Gain/Reduction |
|---|---|---|---|---|
| This Week | 622 | 523 | 7 | 99 |
| Last Week | 514 | 417 | 2 | 97 |

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003256

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# ng Division Weekly Report

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

| Licensing Division Weekly (5) Report 1/26/2018 through 2/01/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 4,603 | 710 | 1,008 | 997 | 920 | 1,050 |
| *FRS Disapprovals | 397 | 261 | 175 | 10 | 7 | 5 | 3.4 | 2 | 1 |
| *HQL New | 20,160 | 28,039 | 23,888 | 2,257 | 380 | 539 | 459 | 451 | 523 |
| *HQL Disapprovals | 333 | 574 | 566 | 49 | 6 | 11 | 10.9 | 9.8 | 22 |
| ███ ████ | ██ | ██ | ██ | ██ | ■ | ■ | ■ | ■ | ██ |
| ████ ████ | ██ | ██ | ██ | ■ | ■ | ■ | ■ | ■ | ██ |
| ███ ███ | ■ | ■ | ██ | ▮ | ▮ | ■ | ■ | ■ | ██ |
| ███ ████ | ██ | ██ | ██ | ■ | ■ | ██ | ██ | ■ | ██ |
| ███ ████ ███ | ██ | ██ | ██ | ■ | ■ | ■ | ■ | ■ | ██ |
| ███ ███ ███ | ■ | ■ | ■ | ▮ | ▮ | ■ | ▮ | ██ | ▮ |
| ████ ███ | ██ | ■ | ■ | ■ | ▮ | ■ | ▮ | ■ | ▮ |
| ██████ | ■ | ■ | ■ | ▮ | ▮ | ■ | ▮ | ▮ | ▮ |
| ████ ███ | ██ | ■ | ■ | ▮ | ▮ | ■ | ■ | ██ | ▮ |
| ████ ██ | ■ | ■ | ██ | ▮ | ▮ | ▮ | ■ | ■ | ▮ |
| ████ ███ | ■ | ■ | ██ | ■ | ▮ | ██ | ■ | ■ | ▮ |

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003257

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# ...ng Division Weekly Report



**\*FRU and HQL numbers denote real time figures as of 2/2/2018**

DHMH Import Status
02/02/2018 Success

Days in Queue (Initial Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 3 | 181 | 156 | 0 | 0 | 0 | 0 | 0 |

VIEW DETAILS

Days in Queue (Second Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 7 | 88 | 68 | 22 | 3 | 0 |

VIEW DETAILS

Select a Report to View    ▼

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained
herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

## ng Division Weekly Report

# Applications Received By Date

Report Run Date: 2/2/2018 9:33:42 AM

Date Forward Begin Date: 1/26/2018 7:00 AM

Date Forward End Date: 2/1/2018 10:00 PM

| Date Forwarded | Total Applications |
|---|---|
| 1/26/2018 | 186 |
| 1/27/2018 | 183 |
| 1/28/2018 | 50 |
| 1/29/2018 | 119 |
| 1/30/2018 | 158 |
| 1/31/2018 | 171 |
| 2/1/2018 | 180 |



The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# ng Division Weekly Report

## Automation Portal:

Licensing Portal launched on 1/1/2017.  To date the Licensing Portal has received and processed 64,673 applications, and 50.050 citizens have logged in and created an account.

## Vacancies and Hiring Status:

## Handgun Qualification License:  Total Active HQL's since 10/1/2013:  92,556

**HQL Currently has (0) zero applications over 15 days.**



| | HQL Received | HQL Processed | Disapprovals | Net Gain/Reduction |
|---|---|---|---|---|
| This Week | 523 | 648 | 22 | -125 |
| Last Week | 622 | 523 | 7 | 99 |

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# ng Division Weekly Report

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

| Licensing Division Weekly (6) Report 2/02/2018 through 2/08/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 5704 | 710 | 1,008 | 997 | 951 | 1101 |
| *FRS Disapprovals | 397 | 261 | 175 | 11 | 7 | 5 | 3.4 | 1.8 | 1 |
| *HQL New | 20,160 | 28,039 | 23,888 | 2,849 | 380 | 539 | 459 | 475 | 592 |
| *HQL Disapprovals | 333 | 574 | 566 | 60 | 6 | 11 | 10.9 | 10 | 11 |

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003261

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

## ▮▮ng Division Weekly Report



**\*FRU and HQL numbers denote real time figures as of 2/9/2018**

Days in Queue (Initial Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|-------|--------|--------|--------|--------|--------|--------|---------|
| 0 | 202 | 135 | 144 | 8 | 0 | 0 | 0 |

VIEW DETAILS

Days in Queue (Second Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|-------|--------|--------|--------|--------|--------|--------|---------|
| 0 | 0 | 0 | 0 | 72 | 29 | 23 | 0 |

VIEW DETAILS

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

## ...ng Division Weekly Report

# Applications Received By Date

Report Run Date: 2/9/2018 8:50:00 AM

Date Forward Begin Date: 2/2/2018 7:00 AM

Date Forward End Date: 2/8/2018 10:00 PM

| Date Forwarded | Total Applications |
|---|---|
| 2/2/2018 | 183 |
| 2/3/2018 | 243 |
| 2/4/2018 | 52 |
| 2/5/2018 | 140 |
| 2/6/2018 | 144 |
| 2/7/2018 | 137 |
| 2/8/2018 | 199 |



The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# ...ng Division Weekly Report

**Automation Portal:**

Licensing Portal launched on 1/1/2017.  To date the Licensing Portal has received 57,535  applications, and 50.777 citizens have logged in and created an account.

**Vacancies and Hiring Status:**

▬▬▬▬▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬ ▬

**Handgun Qualification License:  Total Active HQL's since 10/1/2013:  93,094**

**HQL Currently has (0) zero applications over 15 days.**



### HQL Bi-Weekly

| | HQL Received | HQL Processed | Disapprovals | Net Gained / Reduction |
|---|---|---|---|---|
| This Week | 592 | 549 | 11 | 43 |
| Last Week | 523 | 648 | 22 | -125 |

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



## ...ng Division Weekly Report

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

| Licensing Division Weekly (7) Report 2/09/2018 through 2/15/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 6851 | 710 | 1,008 | 997 | 978.7 | 1147 |
| *FRS Disapprovals | 397 | 261 | 175 | 13 | 7 | 5 | 3.4 | 1.8 | 2 |
| *HQL New | 20,160 | 28,039 | 23,888 | 3440 | 380 | 539 | 459 | 475 | 591 |
| *HQL Disapprovals | 333 | 574 | 566 | 68 | 6 | 11 | 10.9 | 10 | 8 |

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003265

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

## ...ng Division Weekly Report

New

**\*FRU and HQL numbers denote real time figures as of 2/16/2018**



Days in Queue (Initial Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 197 | 131 | 146 | 64 | 0 | 0 | 0 |

VIEW DETAILS

Days in Queue (Second Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 1 | 0 | 50 | 29 | 5 | 0 |

VIEW DETAILS

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003266

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

## ...ng Division Weekly Report

# Applications Received By Date

Report Run Date: 2/16/2018 6:51:45 AM

Date Forward Begin Date: 2/9/2018 7:00 AM

Date Forward End Date: 2/15/2018 10:00 PM

| Date Forwarded | Total Applications |
|---|---|
| 2/9/2018 | 217 |
| 2/10/2018 | 246 |
| 2/11/2018 | 56 |
| 2/12/2018 | 152 |
| 2/13/2018 | 147 |
| 2/14/2018 | 132 |
| 2/15/2018 | 197 |



The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# ng Division Weekly Report

**Automation Portal:**

Licensing Portal launched on 1/1/2017.  To date the Licensing Portal has received 58,674 applications, and 51,958 citizens have logged in and created an account.

**Vacancies and Hiring Status:**

**Handgun Qualification License:  Total Active HQL's since 10/1/2013:  93,536**

**HQL Currently has (0) zero applications over 15 days.**



| | HQL Received | HQL Processed | Disapprovals | Net Gain / Reduction |
|---|---|---|---|---|
| This Week | 591 | 450 | 8 | 141 |
| Last Week | 592 | 549 | 11 | 43 |

*HQL Bi_weekly*

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003268

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# ...ng Division Weekly Report

### Maryland Department of State Police / Licensing Division
### 1111 Reisterstown Road
### Pikesville, Maryland
### Office: (410) 653.4500 / Fax: (410) 653.4036

| Licensing Division Weekly (9) Report 2/23/2018 through 3/1/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 9159 | 710 | 1,008 | 997 | 1017.6 | 1264 |
| *FRS Disapprovals | 397 | 261 | 175 | 16 | 7 | 5 | 3.4 | 1.77 | 1 |
| *HQL New | 20,160 | 28,039 | 23,888 | 4800 | 380 | 539 | 459 | 533.3 | 758 |
| *HQL Disapprovals | 333 | 574 | 566 | 90 | 6 | 11 | 10.9 | 10 | 16 |
| ███████ | █ | █ | █ | █ | ■ | ■ | ■ | █ | █ |
| ████████ | █ | █ | █ | █ | ■ | ■ | ■ | █ | █ |
| ████ ██ | ■ | ■ | ■ | ▮ | ▮ | ■ | ■ | ▪ | ■ |
| ████ ███ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ | ■ |
| ████ ████████ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ |
| ███ █████ | ■ | ■ | ■ | ▮ | ▮ | ■ | ▮ | ■ | ▮ |
| ███ ███ | ■ | | | ■ | ▮ | ■ | | ■ | |
| ███████ | ■ | | | ■ | ▮ | ■ | ■ | | ▮ |
| █ █████ | ■ | | ■ | ■ | ■ | ■ | ■ | | ■ |
| ██████ ████ | ■ | ■ | ■ | ▮ | ▮ | ▮ | | ■ | |
| ████████ | ■ | ■ | ■ | ■ | ▮ | ▮ | ■ | ■ | ▮ |
| ███████████ | | | | | | | | | |

The content of this document is for **OFFICIAL USE ONLY.** Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003269

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# ng Division Weekly Report

Weekly (9) Report
2/23/2018 through
3/1/2018  (Cont)



**\*FRU and HQL numbers denote real time figures as of 3/2/2018**

**Days in Queue (Initial Review)**
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|-------|--------|--------|--------|--------|--------|--------|---------|
| 0 | 249 | 235 | 236 | 139 | 1 | 0 | 0 |

VIEW DETAILS

**Days in Queue (Second Review)**
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|-------|--------|--------|--------|--------|--------|--------|---------|
| 0 | 0 | 0 | 0 | 5 | 31 | 30 | 0 |

VIEW DETAILS

For the week of **2-23-2018 to 3-1-2018** the average processing time for **FRU** applications from acceptance to final disposition is: Total **4.63** Days, Initial Review Only: **4.03** days, second review **5.18** Days

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

...ng Division Weekly Report

# Applications Received By Date

Report Run Date: 3/2/2018 5:38:46 AM

Date Forward Begin Date: 2/23/2018 7:00 AM

Date Forward End Date: 3/1/2018 10:00 PM

| Date Forwarded | Total Applications |
|---|---|
| 2/23/2018 | 314 |
| 2/24/2018 | 266 |
| 2/25/2018 | 55 |
| 2/26/2018 | 153 |
| 2/27/2018 | 237 |
| 2/28/2018 | 238 |
| 3/1/2018 | 249 |



The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# ...ng Division Weekly Report

## Automation Portal:

Licensing Portal launched on 1/1/2017.  To date the Licensing Portal has received 61,212 applications, and 53,681 citizens have logged in and created an account.

## Vacancies and Hiring Status:



## Handgun Qualification License:  Total Active HQL's since 10/1/2013:  94,612

**HQL Currently has (0) zero applications over 15 days.**



HQL Bi-Weekly

| | HQL Received | HQL Processed | Disapprovals | Net Gain / Reduction |
|---|---|---|---|---|
| ■ This Week | 758 | 637 | 16 | 121 |
| ■ Last Week | 602 | 461 | 6 | 141 |

■ This Week  ■ Last Week

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

UNCLASSIFIED//FOR OFFICIAL USE ONLY

## ng Division Weekly Report

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

| Licensing Division Weekly (10) Report 3/2/2018 through 3/8/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 10496 | 710 | 1,008 | 997 | 1049.6 | 1337 |
| *FRS Disapprovals | 397 | 261 | 175 | 19 | 7 | 5 | 3.4 | 1.9 | 3 |
| *HQL New | 20,160 | 28,039 | 23,888 | 5474 | 380 | 539 | 459 | 547.4 | 674 |
| *HQL Disapprovals | 333 | 574 | 566 | 104 | 6 | 11 | 10.9 | 10.4 | 14 |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

## ng Division Weekly Report

Weekly (9) Report
3/2/2018 through
3/8/2018 (Cont)

**\*FRU and HQL numbers denote real time figures as of 3/9/2018**



Days in Queue (Initial Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 222 | 231 | 231 | 94 | 0 | 0 | 0 |

VIEW DETAILS

Days in Queue (Second Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 55 | 36 | 14 | 0 |

VIEW DETAILS

For the week of **3-2-2018 to 3-8-2018** the average processing time for **FRU** applications from acceptance to final disposition is: Total **4.93 Days**, Initial Review Only: **4.43 days**, second review **5.38 Days**

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

## ...ng Division Weekly Report

# Applications Received By Date

Report Run Date: 3/9/2018 5:39:09 AM

Date Forward Begin Date: 3/2/2018 7:00 AM

Date Forward End Date: 3/8/2018 10:00 PM

| Date Forwarded | Total Applications |
|----------------|--------------------|
| 3/2/2018 | 264 |
| 3/3/2018 | 321 |
| 3/4/2018 | 78 |
| 3/5/2018 | 205 |
| 3/6/2018 | 238 |
| 3/7/2018 | 231 |
| 3/8/2018 | 222 |



The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# ...ng Division Weekly Report

**Automation Portal:**

Licensing Portal launched on 1/1/2017.  To date the Licensing Portal has received 62786 applications, and 54,742 citizens have logged in and created an account.

**Vacancies and Hiring Status:**

[redacted]

**Handgun Qualification License:  Total Active HQL's since 10/1/2013:  95,261**

**HQL Currently has (0) zero applications over 15 days.**



| | HQL Received | HQL Processed | Disapprovals | Net Gain / Reduction |
|---|---|---|---|---|
| This Week | 674 | 663 | 14 | 11 |
| Last Week | 758 | 637 | 16 | 121 |

HQL Bi-Weekly

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003276

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# ng Division Weekly Report

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

| Licensing Division Weekly (11) Report 3/9/2018 through 3/15/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 11725 | 710 | 1,008 | 997 | 1065.9 | 1229 |
| *FRS Disapprovals | 397 | 261 | 175 | 20 | 7 | 5 | 3.4 | 1.82 | 1 |
| *HQL New | 20,160 | 28,039 | 23,888 | 6229 | 380 | 539 | 459 | 566.3 | 755 |
| *HQL Disapprovals | 333 | 574 | 566 | 117 | 6 | 11 | 10.9 | 10.6 | 13 |
| ▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ ▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003277

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

## ...ng Division Weekly Report

| Weekly (11) Report 3/9/2018 through 3/15/2018 (Cont) | | | | | | | | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | 1 |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |

**\*FRU and HQL numbers denote real time figures as of 3/16/2018**



Days in Queue (Initial Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 1 | 236 | 208 | 213 | 151 | 43 | 0 | 0 |

VIEW DETAILS

Days in Queue (Second Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 10 | 89 | 0 |

VIEW DETAILS

For the week of **3-9-2018 to 3-15-2018** the average processing time for **FRU** applications from acceptance to final disposition is: Total **5.11 Days**, Initial Review Only: **4.35** days, second review **5.91** Days

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

**...ng Division Weekly Report**

# Applications Received By Date

Report Run Date: 3/16/2018 5:53:50 AM

Date Forward Begin Date: 3/9/2018 7:00 AM

Date Forward End Date: 3/15/2018 10:00 PM

| Date Forwarded | Total Applications |
|---|---|
| 3/9/2018 | 288 |
| 3/10/2018 | 289 |
| 3/11/2018 | 73 |
| 3/12/2018 | 153 |
| 3/13/2018 | 215 |
| 3/14/2018 | 209 |
| 3/15/2018 | 235 |



The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# ...ng Division Weekly Report

## Automation Portal:

Licensing Portal launched on 1/1/2017. To date the Licensing Portal has received 64,222 applications, and 55,742 citizens have logged in and created an account.

## Vacancies and Hiring Status:



## Handgun Qualification License:  Total Active HQL's since 10/1/2013:  95,927

**HQL Currently has (0) zero applications over 15 days.**



| | HQL Received | HQL Processed | Disapprovals | Net Gain / Reduction |
|---|---|---|---|---|
| This Week | 755 | 679 | 13 | 76 |
| Last Week | 674 | 663 | 14 | 11 |

■ This Week  ■ Last Week

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003280

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

| Licensing Division Weekly (12) Report 3/16/2018 through 3/22/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 12796 | 710 | 1,008 | 997 | 1066.3 | 1071 |
| *FRS Disapprovals | 397 | 261 | 175 | 23 | 7 | 5 | 3.4 | 1.9 | 3 |
| *HQL New | 20,160 | 28,039 | 23,888 | 6872 | 380 | 539 | 459 | 572.7 | 643 |
| *HQL Disapprovals | 333 | 574 | 566 | 128 | 6 | 11 | 10.9 | 10.7 | 11 |

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

| Licensing Division Weekly (12) Report 3/16/2018 through 3/22/2018 (Cont) | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| Private Detective- | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | | ■ | | | | | ■ | | ■ |
| ■ | ■ | ■ | | | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | | | | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | ■ | | ■ | ■ | ■ | |
| ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | |
| ■ | ■ | | ■ | | ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | | ■ | ■ | ■ | ■ | | |

**\*FRU and HQL numbers denote real time figures as of 3/23/2018**



Days in Queue (Initial Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 217 | 67 | 194 | 183 | 42 | 0 | 0 |

VIEW DETAILS

Days in Queue (Second Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 8 | 54 | 0 |

VIEW DETAILS

For the week of **3-16-2018 to 3-22-2018** the average processing time for **FRU** applications from acceptance to final disposition is: Total **4.6** Days, Initial Review Only: **4.03** days, second review **5.13** Days

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

# Applications Received By Date

Report Run Date: 3/23/2018 5:39:30 AM

Date Forward Begin Date: 3/16/2018 7:00 AM

Date Forward End Date: 3/22/2018 10:00 PM

| Date Forwarded | Total Applications |
| --- | --- |
| 3/16/2018 | 318 |
| 3/17/2018 | 242 |
| 3/18/2018 | 61 |
| 3/19/2018 | 185 |
| 3/20/2018 | 196 |
| 3/21/2018 | 68 |
| 3/22/2018 | 218 |

Total Active Wear and Carry Permit Holders as of 3/2/18 (Will be updated each month when next MAFSS



The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

### Automation Portal:

Licensing Portal launched on 1/1/2017. To date the Licensing Portal has received 65,498 applications, and 56,574 citizens have logged in and created an account.

### Vacancies and Hiring Status:

[REDACTED]

### Handgun Qualification License:  Total Active HQL's since 10/1/2013:  96,483

HQL Currently has (0) zero applications over 15 days.



**HQL Bi-Weekly**

| | HQL Received | HQL Processed | Disapprovals | Net Gain / Reduction |
|---|---|---|---|---|
| This Week | 643 | 567 | 11 | 76 |
| Last Week | 755 | 679 | 13 | 76 |

■ This Week  ■ Last Week

**The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.**

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

| Licensing Division Weekly (13) Report 3/23/2018 through 3/29/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 15,366 | 710 | 1,008 | 997 | 1,182 | 1506 |
| *FRS Disapprovals | 397 | 261 | 175 | 50 | 7 | 5 | 3.4 | 3.8 | 0 |
| *HQL New | 20,160 | 28,039 | 23,888 | 7,573 | 380 | 539 | 459 | 582.5 | 701 |
| *HQL Disapprovals | 333 | 574 | 566 | 140 | 6 | 11 | 10.9 | 10.7 | 12 |

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003285

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

| Licensing Division Weekly (12) Report 3/23/2018 through 3/29/2018  (Cont) | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

==*FRU and HQL numbers denote real time figures as of 3/29/2018*==



For the week of **3-23-2018 to 3-29-2018** the average processing time for **FRU** applications from acceptance to final disposition is: Total 4.77 Days, Initial Review Only: 4.17 days, second review 5.33 Days.

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

# Applications Received By Date

Report Run Date: 3/30/2018 9:33:49 AM

Date Forward Begin Date: 3/23/2018 7:00 AM

Date Forward End Date: 3/29/2018 10:00 PM

| Date Forwarded | Total Applications |
|---|---|
| 3/23/2018 | 291 |
| 3/24/2018 | 289 |
| 3/25/2018 | 51 |
| 3/26/2018 | 179 |
| 3/27/2018 | 247 |
| 3/28/2018 | 212 |
| 3/29/2018 | 233 |



**Automation Portal**:

Licensing Portal launched on 1/1/2017.  To date the Licensing Portal has received 67,212 applications, and 57,541 citizens have logged in and created an account.

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

<u>Vacancies and Hiring Status</u>:

<u>Handgun Qualification License:</u>  Total Active HQL's since 10/1/2013:  <span style="color:red">97,094</span>

HQL Currently has (1) one application over 15 days.



| | HQL Received | HQL Processed | Disapprovals | Net Gain / Reduction |
|---|---|---|---|---|
| This Week | 701 | 713 | 12 | 12 |
| Last Week | 643 | 567 | 11 | 76 |

**The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.**

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

| Licensing Division Weekly (14) Report 3/30/2018 through 4/5/2018 | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| *FRS Total Apps Received | 37,646 | 52,434 | 51,851 | 16,603 | 710 | 1,008 | 997 | 1,186 | 1237 |
| *FRS Disapprovals | 397 | 261 | 175 | 52 | 7 | 5 | 3.4 | 3.7 | 2 |
| *HQL New | 20,160 | 28,039 | 23,888 | 8,163 | 380 | 539 | 459 | 583 | 590 |
| *HQL Disapprovals | 333 | 574 | 566 | 162 | 6 | 11 | 10.9 | 11.6 | 22 |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |
| ███ | █ | █ | █ | █ | █ | █ | █ | █ | █ |

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

MSP003289

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

| Licensing Division Weekly (14) Report 3/30/2018 through 4/5/2018 (Cont) | 2015 Totals | 2016 Totals | 2017 Totals | 2018 Totals | 2015 Weekly Avg. | 2016 Weekly Avg. | 2017 Weekly Avg. | 2018 Weekly Avg. | Current Week Totals (2018) |
|---|---|---|---|---|---|---|---|---|---|
| ██████████ | ██ | | ██ | | ██ | ██ | ██ | ██ | |
| ████████ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | |
| ██████████ | ██ | | ██ | | ██ | ██ | ██ | ██ | ██ |
| █████████████ | ██ | | ██ | | | ██ | ██ | ██ | |
| ████████████ | ██ | ██ | ██ | | ██ | ██ | ██ | ██ | |
| ████████████ | ██ | ██ | ██ | | | ██ | ██ | ██ | |
| ████████ | ██ | ██ | ██ | | ██ | ██ | ██ | ██ | |
| ███████████████ | ██ | ██ | ██ | ██ | ██ | ██ | █ | ██ | |
| ██████████ | █ | █ | | ██ | ██ | ██ | ██ | | █ |

**\*FRU and HQL numbers denote real time figures as of 4/6/2018**



Days in Queue (Initial Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 183 | 181 | 208 | 84 | 0 | 0 | 0 |

VIEW DETAILS

Days in Queue (Second Review)
(Not in Closed Status)

| 1 Day | 2 Days | 3 Days | 4 Days | 5 Days | 6 Days | 7 Days | Overdue |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 45 | 5 | 20 | 0 |

VIEW DETAILS

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

## Applications Received By Date

Report Run Date: 4/6/2018 6:47:18 AM

Date Forward Begin Date: 3/30/2018 7:00 AM

Date Forward End Date: 4/5/2018 10:00 PM

| Date Forwarded | Total Applications |
|---|---|
| 3/30/2018 | 263 |
| 3/31/2018 | 219 |
| 4/1/2018 | 13 |
| 4/2/2018 | 165 |
| 4/3/2018 | 210 |
| 4/4/2018 | 181 |
| 4/5/2018 | 182 |

**Automation Portal**:

Licensing Portal launched on 1/1/2017.  To date the Licensing Portal has received 68,435 applications, and 58,288 citizens have logged in and created an account.

The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

## Licensing Division Weekly Report

Vacancies and Hiring Status:

[REDACTED]

Handgun Qualification License: Total Active HQL's since 10/1/2013: 97,879

HQL Currently has (0) applications over 15 days.



**HQL Bi-Weekly**

| | HQL Received | HQL Processed | Disapprovals | Net Gain / Reduction |
|---|---|---|---|---|
| This Week | 590 | 807 | 22 | -217 |
| Last Week | 701 | 713 | 12 | 12 |

■ This Week  ■ Last Week

The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document or the information contained herein should be referred to either the originator of the weekly report, or the Maryland State Police, Licensing Division, 410.653.4500.

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# Declaration Exhibit 2




**Licensing Division**
**STANDARD OPERATING PROCEDURE**

## Processing of Qualified Handgun Qualification License Applications

| Distribution: | Licensing Division | | Index: | 29-1403 | |
|---|---|---|---|---|---|
| Responsible Unit: | HQL Unit | | Rescinds: | None | |
| DLI Program: | DLI# | | MD Code: | COMAR | |

| Issued: | 10/01/2013 | Revised: | N/A | Reviewed: | N/A | Next Review: | 10/01/2014 |
|---|---|---|---|---|---|---|---|

### .01    Purpose

To delineate policy and procedures for the processing of applications for the Handgun Qualification License in accordance with Public Safety Title 5(117.1) (Firearms Safety Act of 2013) and COMAR 29.03.01.

### .02    Policy

The Maryland State Police will, to the best of their ability, process all Applications for Handgun Qualification Licenses (HQL) in compliance with State and Federal laws and regulations; will conduct the most effective and comprehensive background checks possible to determine eligibility to obtain a HQL; and will maintain quality control checks on processed HQL applications.

### .03    References

Annotated Code of Maryland, Public Safety Title 5,
Annotated Code of Maryland, Criminal Law Title 4,
Criminal Law Title 4, Code of Maryland Regulations (COMAR) Title 29.

### .04    Required Fees

A.    HQL Standard-$50
B.    HQL Training Exempt-$50
C.    HQL Permit Exempt- No Fee
D.    Replacement Card- $20
E.    HQL Renewal-$20
F.    New Resident-$15
G.    Qualified Handgun Instructor- No Fee

### .05    Background

A.    Firearms Safety Act of 2013 provides for the prohibition of certain assault weapons and bans the sale of gun magazines that have a capacity of more than 10 rounds of ammunition; requires a person selling, purchasing, renting, transferring, or receiving a certain regulated firearm possess

MSP000273

a handgun qualification license (providing for certain exceptions to the requirements, i.e. active or retired military and police with valid credentials) and requires within 90 days of establishing permanent residency, a new resident to register regulated firearms.

B.   The Firearms Services Section & Licensing Division is responsible for processing applications for the Handgun Qualification Licenses and the Qualified Handgun Instructor Licenses and/or Certificates. The application is used to record the application and subsequent sale, rental or transfer of a regulated firearm by a person licensed as a regulated firearms dealer; record the application and subsequent sale, rental or transfer of a regulated firearm between persons who are not licensed as regulated firearms dealers (secondary sales); record a gift of a regulated firearm from one immediate family member to another; and record the voluntary registration of a regulated firearm.

## .06   Definitions

A.   Adjudicated Delinquent - An act that was found to be a delinquent act, as defined in Courts and Judicial Proceedings Article, §3-801(k), Annotated Code of Maryland, at an adjudicatory hearing, as defined in Courts and Judicial Proceedings Article, §3-801(b), Annotated Code of Maryland.

B.   Application and Affidavit to Purchase a Regulated Firearm - The Secretary shall adopt an application form(s)  to be used by an individual who desires to sell, rent, transfer or voluntarily register a regulated firearm. The forms are as follows:

1.  MSP 77R-1 Part 1 page 1 (10-2013) of the Application to Purchase a Regulated Firearm.

2.  MSP 77R-1 Part 1 page 2 (10-2013) of the Application to Purchase a Regulated Firearm.

3.  MSP 77R- 2 (10-2013) of the Application to Purchase a Regulated Firearm.

4.  MSP 77C – (10-2013) Continuation Application & Affidavit to Purchase Multiple Regulated Firearms.

5.  MSP 77M – (10-2013) Application for a Multiple Purchase of a Regulated Firearms.

6.  MSP 77D- Application for Mandatory Registration of Regulated Firearms.

C.   ~~Application Fees –~~

~~1.) A processing fee of $50.00 is required for the Handgun Qualification License.~~

~~2.) A renewal fee of $20 is required for the Handgun Qualification License after its 10 year expiration.~~

~~3.) A replacement fee of $20 is required for the replacement of any lost, stolen, or misplaced Handgun Qualification Licenses.~~

~~2.) A processing fee of $15.00 is required for the Application for Mandatory Registration of Regulated Firearm (77D).~~

MSP000274

D.   Background Investigation – A computerized investigation conducted by members of the Handgun Qualification License Unit (HQLU) to determine an applicant's eligibility, based on State and Federal laws and regulations, to purchase a regulated firearm and to determine the status of the firearm, stolen or wanted.

The computer databases queried are as follows:

1.   Computerized Criminal History (CCH) - The Computerized Criminal History (CCH) System is the State Central Repository for data on subjects arrested for felony and misdemeanors.

2.   Criminal Justice Information System (CJIS) - A computerized state fingerprint supported Criminal Justice Information System; a counterpart to the FBI's National Crime Information Center (NCIC) which offers a much wider range of information nationwide and the opportunity for a more precise inquiry search than NCIC, capturing charged and adjudicated individuals.

3.   Criminal History Record Information (CHRI) – A computerized Criminal History Record Information System that offers data initiated or collected by a criminal justice agency on a person pertaining to reportable events such as arrests, convictions and incarcerations.   It does not include court records of public judicial proceedings, but prepares a chronological criminal history for an offender.

4.   Maryland Department of Health and Mental Hygiene (DHMH) – A computer database maintained by DHMH containing only those individuals who are prohibited by Maryland law from purchasing or possessing a regulated firearm due to a mental health-related issue.

5.   Maryland Department of Parole and Probation (DPP) – A computer database  maintained by DPP providing background on supervised probationers and parolees who are serving or completing court imposed sentences in the community and those awaiting trial as pre-trial detainees, inmates and parolees.

6.   Maryland Department of Juvenile Services (DJS) – A computer database maintained by DJS known as the Automated Statewide System of Information Supported Tools (ASSIST) that contains  information on individuals younger than 30 years old at the time of application and have been adjudicated delinquent by a juvenile court for a prohibiting offense.

7.   Maryland District Court Judicial Information System (JIS) – A computerized database maintained by the District Court of Maryland that contains information originating within the Maryland District Court system and the Circuit Court of Baltimore City in reference to the following:

a.   Criminal Arrest Warrants and summons obtained through the District Court, and

b.   Criminal charges and district court dispositions.

MSP000275

8.   Maryland Automated Firearms Services System (MAFSS) – A computer database developed, maintained and updated to provide real time regulated firearm purchases and transfer information to law enforcement and criminal justice agencies in furtherance of their official responsibilities.

9.   Maryland Motor Vehicle Administration (MVA) – A computer database utilized to determine state residence, validity of the identification supplied [USC Chapter 44, Section 922(t) (c)], proper identifiers and the existence of alcohol offenses and dispositions.

10.  National Crime Information Center (NCIC) - The United States' central database for tracking crime-related information that is interlinked with similar systems that each state maintains. NCIC makes available a variety of records to include:

   a.   Persons with active arrest warrants,

   b.   Missing persons,

   c.   Persons with active (final) protection orders,

   d.   Violent gang organizations and membership,

   e.   Terrorist organizations and membership,

   f.   Secret Service protective alerts,

   g.   Convicted Sex Offenders,

   h.   Foreign Fugitives,

   i.   Immigration violators,

   j.   Parolees or people on Supervised Release,

   k.   Firearms records, including lost or missing firearms, and

   l.   Stolen property.

11.  National Instant Check System (NICS) – A computerized system that checks available records in the National Crime Information Center (NCIC), the Interstate Identification Index (III) and the NICS Index to determine if prospective transferees are disqualified from receiving firearms.

   a.   National Instant Check System Index – A computerized source of records provided by local, state and federal agencies about persons prohibited from receiving firearms under federal law. All records in the NICS Index are federally disqualifying records and will prohibit the applicant from receiving firearms. The categories are as follows:

        i.   Illegal Aliens or those in the country illegally,

MSP000276

    ii.    Individuals who have renounced their citizenship,

    iii.    Individuals adjudicated mentally defective or committed to a mental institution,

    iv.    Individuals dishonorably discharged from the United States armed forces,

    v.    Unlawful users of or those addicted to controlled substances, and

    vi.    Individuals disqualified and record not in NCIC, III or NIC Index

b.    NICS Delay- an open transaction (non-canceled transaction) where a final determination in the investigation of the applicant has not been made.  Continued research is necessary to determine if the applicant has prohibiting offenses.  This response is sent to NICS in response to the NTN Number that is provided to the POC.

c.    NICS Denied – a denial of a firearm transfer based on the background investigation performed by the POC (State).  This response is sent to NICS when a prohibitive offense has been determined against the applicant.

d.    NICS Proceed – the transaction showing that no prohibitive offenses have been located in reference to the applicant.  The license may be issued.  This response is sent to NICS after the background check has been completed and no other prohibitions exist.

e.    POC (Point of Contact) – The state of Maryland is the point of contact for NICS transactions on all regulated firearms and Handgun Qualification Licenses.

12.    Interstate Identification Index (III) – NCIC Triple I is defined as the cooperative federal-state system (index-pointer) for the exchange of criminal history records, and includes the National Identification Index (NII), the National Fingerprint File (NFF), and, to the extent of their participation in such system, the criminal history record repositories of the states and the FBI.

E.    ~~Dealer - Any person who is engaged in the business of: selling, renting or transferring firearms at wholesale or retail; or repairing firearms.~~

F.    Common Law - A system of law that is derived from judges' decisions (which arise from the judicial branch of government), rather than statutes or constitutions (which are derived from the legislative branch of government).

G.    Conviction – A plea or verdict of guilty, a plea of Nolle Contendre, or a plea of Probation before Judgment when associated with crimes of violence or a crime designated as domestic violence, except when associated with 2nd degree assault.

H.    Crime of violence means:

1.    Abduction,

MSP000277

2.      Arson in the first degree,

3.      Assault in the first or second degree,

4.      Burglary in the first, second or third degree,

5.      Carjacking and armed carjacking,

6.      Escape in the first degree,

7.      Kidnapping,

8.      Voluntary manslaughter,

9.      Maiming as previously prescribed under former Article 27, § 386 of the Code,

10.     Mayhem as previously prescribed under former Article 27, § 384 of the Code,

11.     Murder in the first or second degree,

12.     Rape in the first or second degree,

13.     Robbery,

14.     Robbery with a dangerous weapon,

15.     Sexual offense in the first, second or third degree,

16.     An attempt to commit any of the crimes listed in items (1) through (15) of this subsection; or

17.     Assault with intent to commit any of the crimes listed in items (1) through (15) of this subsection or a crime punishable by imprisonment for more than 1 year.

I.      Dealer - Any person who is engaged in the business of: selling, renting or transferring firearms at wholesale or retail; or repairing firearms.

1.      Sole proprietor - is an unincorporated business with one owner who pays personal income tax on profits from the business.

2.      LLC - The limited liability company is a hybrid legal entity that has both the characteristics of a corporation and of a partnership. An LLC provides its owners with corporate-like protection against personal liability.

J.      Dealer Sale – The sale, rental or transfer of a regulated firearm by a business licensed as a Maryland Regulated Firearms Dealer.

K.      Designated law enforcement agency - A law enforcement agency that the Secretary designates

MSP000278

to process applications to purchase regulated firearms for secondary sales.

L.   Disqualifying crime means:

1.   A crime of violence,

2.   A violation classified as a felony in the State; or

3.   A violation classified as a misdemeanor in the State that carries a statutory penalty of more than two (2) years,

4.   A case in which a person received probation before judgment for a crime of violence, and

5.   A case in which a person received probation before judgment in a domestically related crime as defined in SS6-233 of the Criminal Procedure Article.

   a.   "Convicted of a disqualifying crime" does not include a case in which a person receives probation before judgment:

   (I) for assault in the second degree; or

   (II) was expunged under title 10, subtitle 1 of the criminal procedure article.

M.   Disapproved – The issuance of a Handgun Qualification License shall be denied for cause if the:

1.   Application contains false information or statements made by the applicant,

2.   Application has not been completed as prescribed by the Secretary, i.e.

   a.   Lacking required training or lacking exemptions as are outlined under Public Safety Title 5 (117.1)
   b.   Lacking Live Scan entry upload into the Index

3.   Secretary receives written notification from the applicant's licensed attending physician stating the applicant is suffering from a mental disorder or disorders and is a danger to himself or herself or to others,

4.   Applicant has ever been convicted of:

   a.   A crime of violence,

   b.   Any violation classified as a felony in this State,

   c.   Any violation classified as a misdemeanor in this State that carries a statutory penalty of more than two (2) years, or

MSP000279

SOP 29-1403

## Handgun Qualification License Duties and Responsibilities

    d.      Any violation classified as a common law offense when the person received a term of imprisonment of more than two (2) years,

    e.      Applicant is a fugitive from justice,

    f.      Applicant is addicted to or a habitual user of any controlled dangerous substance,

    g.      Applicant is a habitual drunkard,

    h.      Applicant is less than 21 years old,

    i.      Applicant has spent more than 30 consecutive days in a mental institution for treatment of a mental disorder or disorders; disapproval of the application may be waived, however, if there is attached to the application a physician's certification issued within 30 days of the date of the application that certifies that the applicant is capable of possessing a regulated firearm without undue danger to the applicant or others,

    j.      Applicant is a respondent against whom a current non ex-parte civil protection order has been issued under Family Law Article, §4-506, Annotated Code of Maryland, or

    k.      Applicant is younger than 30 years old at the time of application and has been adjudicated delinquent by a juvenile court for:

        i.      A crime of violence,

        ii.      Any violation classified as a felony in this State, or

        iii.      Any violation classified as a misdemeanor in this State that carries a statutory penalty of more than two (2) years.

N.      Felony - A serious crime, usually punishable by a state or federal prison term of more than one year or, in some cases, by death.

O.      Firearm – Any weapon (including a starter gun) which will, or is designed to, or may readily be converted to, expel a projectile by the action of an explosive, or the frame or receiver of any such weapon.

P.      Fugitive from justice - A person who has fled to avoid prosecution or giving testimony in a criminal proceeding.

Q.      Gift – The purchase of a regulated firearm by the applicant for a spouse, parent, grandparent, grandchild, brother, sister, son or daughter who is a resident of this State.

R.      Habitual Drunkard – A person who has been found guilty of any three crimes under § 21-902(a), (b), or (c), of the Transportation Article, one of which occurred in the past year.

MSP000280

## Handgun Qualification License Duties and Responsibilities

S.   Habitual User - A person who has been found guilty of two controlled dangerous substance crimes, one of which occurred in the past five (5) years.

T.   Handgun – A handgun means any firearm with a barrel less than 16 inches in length including signal, starter and blank pistols.

U.   Handgun Qualification License- A license issued by the Secretary that authorizes a person to purchase, rent, or receive a handgun.

V.   Handgun Qualification License Applicant - A person who completes an HQL application.

W.   Handgun Qualification License Application- An application to receive a Handgun Qualification License.

X.   Handgun Qualification License Unit – A Unit of the Maryland State Police Support Services Bureau, Licensing Division.   Handgun Qualification License Unit processes the Handgun Qualification License, the New Resident application, and the Qualified Handgun Instructors Certificate and License.

Y.   Hit – Any type of computer entry, with the exception of a Maryland Motor Vehicle Administration report, found while conducting a background investigation.

Z.   Incompetent to Stand Trial – A finding that a person is not able to understand the nature or object of a judicial proceeding or able to assist in one's defense.

AA.   Manufacturer – Any person who possesses a federal license to engage in the business of manufacturing firearms or ammunition for sale or distribution.  The term shall include any person who engages in such business on a part-time basis.

AB.   Mental Disorder - A behavioral or emotional illness that results from a psychiatric or neurological disorder and includes a mental illness that substantially impairs the mental or emotional functioning of a person as to make care or treatment necessary or advisable for the welfare of the person or for the safety of the person or property of another. Mental Disorder does not include mental-retardation.

AC.   Minor/Juvenile – A minor/juvenile means any person under the age of 18 years.

AD.   Misdemeanor - A crime, less serious than a felony, punishable by no more than one year in a county or local jail and/or a fine.

AE.   Nolle Contendre - A plea entered by the defendant in response to being charged with a crime that neither admits nor denies that a crime was committed, but agrees to a punishment (usually a fine or jail time) as if guilty. In Maryland, a plea of Nolle Contendre is not a prohibitor but must be determined by which state accepted the plea.

AF.   Nolle Prosequi - Latin for "we shall no longer prosecute" is entered at trial and captured on the record by a prosecutor in a criminal case stating that the matter will no longer be pursued.

AG.   Not Criminally Responsible – If at the time of criminal conduct the defendant, because of a mental disorder or mental retardation, lacks substantial capacity to: appreciate the criminality of that

MSP000281

# Handgun Qualification License Duties and Responsibilities

conduct; or conform that conduct to the requirements of law.

AH.     Office of Administrative Hearings (OAH) -The Office of Administrative Hearings (OAH) was created in 1990 to centralize and professionalize the administrative hearing process between citizens and businesses dissatisfied with an action of the State government that now allows the aggrieved to have their cases heard by Administrative Law Judges, who are independent of the agency whose action is being contested.

AI.     Open Disposition – An arrest that is not closed by a disposition, the disposition cannot be immediately determined or a disposition cannot be located.

AJ.     Placed on Further Review – The status of an application where a "HIT" has been found by civilian personnel during a computerized background check and the application has been forwarded to sworn personnel for further investigation. Reasons for further review are as follows:

1.     Any type of a criminal record and/or criminal charge regardless of disposition or lack of disposition,

2.     Applicant is awaiting trial for any type of criminal proceeding,

3.     Warrant, fugitive, and/or applicant is under indictment,

4.     Applicant is addicted to or an unlawful/habitual user of controlled dangerous substances,

5.     Any alcohol related offenses, automobile manslaughters or homicides, suspensions or revoked driver's licenses that are listed in MVA,

6.     Applicant has been adjudicated as a mental defective, suffers from a mental disorder, and/or has been committed to a mental institution,

7.     Applicant is less than 21 years of age,

8.     Applicant is a respondent of a current non ex-parte or final civil protective order,

9.     Applicant is a respondent of a current interim or temporary ex-parte order,

10.     Applicant has been the subject of a petition for an emergency evaluation,

11.     Applicant is an illegal alien,

12.     A MAFSS check reveals that the applicant was Placed On Review, Placed On Hold, and/or Disapproved in the past,

13.     Dishonorable discharge from the armed forces,

14.     Applicant, having been a citizen of the United States, has renounced his/her citizenship,

15.     Miles NCIC response indicates that "the subject record will be automated as a result of your request and will be made available via the Interstate Identification Index...,"

MSP000282

16.    Firearm is reported as stolen/wanted.

AK.    Probation Before Judgment (PBJ) - Provides a means for a first offender to avoid having a conviction entered against him or her. The court, after a plea of guilty or Nolle Contendre, defers judgment of a conviction and places the offender on probation for a period of time, and if the offender complies with the terms and conditions at the end of the period of probation, no conviction will be entered on the record.

AL.    Protective Order - **Interim** - A civil order of protection issued by the District Court Commissioner when the District Court is closed that is in effect until the Temporary Protection Order hearing or the end of the second business day on which the Office of the Clerk of the District Court is open.

AM.    Protective Order - **Temporary** – A civil order of protection issued by the Circuit or District Court judge that is in effect for no more than seven (7) days after the service of the order or may be extended by the court for a period not to exceed 30 days.

AN.    Protective Order - **Final** - A civil order of protection issued by the Circuit or District Court judge that is in effect for up to 12 months after the service of the order or may be extended by the court for a period not to exceed six (6) months.

AO.    Qualified Handgun Instructor- means a certified firearms instructor who:

(1)   is recognized by the Maryland Police and Correctional Training commissions,

(2)   has a qualified handgun instructor license issued by the Secretary; or

(3)   has a certification issued by a nationally recognized firearms organization.

AP.    Quality Assurance ~~Control~~ Reviews:  Secondary reviews of HQL Applications ~~and Affidavits to Purchase a Regulated Firearm~~ which were received by the Licensing Division Handgun Qualification License Unit ~~Firearms Registration Section~~.  The reviews consist of repeating the investigation (except for the NICS check) conducted by HQL personnel ~~the Office Service Clerks~~ and reviewing the data contained in the MAFSS record to ensure accuracy of data entry and dispositions.

AP.    Rent - The temporary transfer for consideration of a regulated firearm that is taken from the property of the owner of the regulated firearm.

AQ.    Regulated Firearm - A regulated firearm means: Any handgun as defined in Public Safety Title 5-101(n) or any assault weapon as defined in Public Safety Title 5-101(r) or their copies, regardless of which company produced and manufactured that assault weapon.

~~AR.    Regulated Firearms Dealer (RFD) - Any person who possesses a valid Maryland regulated firearms dealer's license issued by the Secretary of the Maryland Department of State Police.~~

AS.    Sale by Regulated Firearms Dealer - No regulated firearms dealer shall sell, rent or transfer any regulated firearm until after seven days following the time a firearm application is executed by the prospective purchaser or transferee, in triplicate, and the original copy is forwarded by the prospective seller or transferor to the Secretary.

AT.    Secondary Sale - A sale of a regulated firearm in which neither party to the sale is a licensee; is licensed by the federal government as a firearms dealer; devotes time, attention and labor to dealing in firearms as a regular course of trade or business with the principal objective of earning a profit through the repeated purchase and resale of firearms; or repairs firearms as a regular course of trade or business.

MSP000283

SOP 29-1403
## Handgun Qualification License Duties and Responsibilities

AU.   Secretary-The Secretary of the Maryland Department of State Police or the Secretary's designee.

AV.   Statutory Law-Written law (as opposed to oral or customary law) set down by a legislature or other governing authority such as the executive branch of government in response to a perceived need to clarify the functioning of government, improve civil order or to codify existing law.

AW.   STET- An order staying all proceedings in an action.

AX.   Straw Purchase -A sale of a regulated firearm in which a person uses another, known as the straw purchaser, to: complete the application to purchase a regulated firearm; take initial possession of the regulated firearm; and subsequently transfer the regulated firearm to the person.

AY.   Transfer- The movement of a firearm from one point, (such as a Regulated Firearms Dealer to another or such as an individual or between individuals).

AZ.   Voluntary Registration–The registration of a regulated firearm that is not required by Maryland State statute to be registered in the Maryland Automated Firearms Services System (i.e., Firearm(s) that were legally purchased in another state by an individual who resided in that state who has now established residency in the State of Maryland and moved their estate belongings into the State of Maryland; or an individual who possesses regulated firearms or other types of firearms not previously registered in the State of Maryland who desires to register it).

## .07   Responsibilities

A.  The sworn members of the Handgun Qualification Unit will conduct background checks on all HQLs that are requiring a secondary check.  Should the workload deem it necessary, the sworn members of the Handgun Qualification Unit will conduct start to finish background checks on HQLs.   In addition the sworn members of the unit will be responsible for any additional administrative duties that are assigned to them.

B.  The civilian employees are responsible for completing initial background checks on applications that are received.  They will also be responsible for assisting the customers of the Unit who make contact by phone or by e-mail.  In addition the civilians will be assigned supporting roles to other sections as is deemed necessary, due to workloads, and mandates.

## .08     Procedures

### See Desktop Procedures

A.  Standard Handgun Qualification License

B.  Training Exempt Handgun Qualification License

C.  Permit Exempt Handgun Qualification License

D.  Qualified Handgun Instructor

E.  New Resident

MSP000284

# Handgun Qualification License Duties and Responsibilities

F.  Printing HQL Duplicate Licenses

G.  Printing HQL Licenses in Batches

H.  Billing Audit of CyberSource

I.   HQL Application Review and Quality Assurance Process

J.   HQL Disapproval Process

K.  HQL Revocation Process

L.  Compatibility Fix for Internet Explorer

M.  Instructions for Windows 10

MSP000285

# Declaration Exhibit 3

**MSP Licensing Division HQL Section**
**Sworn and Civilian Personnel Compensation 2017**

| Sworn Name | Salary | FICA (1.45%) | Unemployment (0.28%) | Retirement (83.72%) | Health Insurance ($10,547) | Retiree Health ($6,117) | Clothing Allowance ($1,500) | Total | OT Rate | OT Hours | Total OT Pay | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sgt. Jeremy Burns | $ 85,208.00 | $ 1,235.52 | $ 238.58 | $ 71,344.66 | $ 10,547.00 | $ 6,117.00 | $ 1,500.00 | $ 176,190.76 | $ 61.21 | 248 | $ 15,180.74 | $ 191,371.49 |
| Cpl. Gerald Askins | $ 72,143.00 | $ 1,046.07 | $ 202.00 | $ 60,405.33 | $ 10,547.00 | $ 6,117.00 | $ 1,500.00 | $ 151,960.41 | $ 51.83 | 88 | $ 4,560.76 | $ 156,521.17 |
| Senior Trooper Ricardo Amoroso | $ 72,146.00 | $ 1,046.12 | $ 202.00 | $ 60,407.85 | $ 10,547.00 | $ 6,117.00 | $ 1,500.00 | $ 151,965.97 | $ 51.83 | 137 | $ 7,100.58 | $ 159,066.55 |
| | | | | | | | $ - | | | | | |
| Cpl. Michael Smith | $ 73,947.00 | $ 1,072.23 | $ 207.05 | $ 61,915.82 | $ 10,547.00 | $ 6,117.00 | $ 1,500.00 | $ 103,589.17 | $ 53.12 | 36 | $ 1,912.42 | $ 105,501.60 |
| **SUB-TOTAL** | $ 303,444.00 | $ 4,399.94 | $ 849.64 | $ 254,073.66 | $ 42,188.00 | $ 24,468.00 | $ 6,000.00 | $ 583,706.31 | | | $ 28,754.50 | $ 612,460.81 |

| Civilian Name | Salary | FICA (7.28%) | Unemployment (0.28%) | Retirement (19.74%) | Health Insurance ($10,547) | Retiree Health ($6,117) | Clothing Allowance ($50) | Total | OT Rate | OT Hours | Total OT Pay | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diane Armstrong | $ 39,341.00 | $ 2,864.02 | $ 110.15 | $ 7,765.91 | $ 10,547.00 | $ 6,117.00 | $ - | $ 66,745.09 | $ 28.26 | 57 | $ 1,610.95 | $ 68,356.04 |
| Monique Mitchell | $ 40,298.00 | $ 2,933.69 | $ 112.83 | $ 7,954.83 | $ 10,547.00 | $ 6,117.00 | $ - | $ 67,963.35 | $ 28.95 | | $ - | $ 67,963.35 |
| Tienda Greene | $ 34,536.00 | $ 2,514.22 | $ 96.70 | $ 6,817.41 | $ 10,547.00 | $ 6,117.00 | $ - | $ 60,628.33 | $ 24.81 | 100.5 | $ 2,493.44 | $ 63,121.77 |
| Mona Smith | $ 39,162.00 | $ 2,850.99 | $ 109.65 | $ 7,730.58 | $ 10,547.00 | $ 6,117.00 | $ - | $ 66,517.23 | $ 28.13 | 47 | $ 1,322.28 | $ 67,839.51 |
| Samuel Michaelson | $ 34,536.00 | $ 2,514.22 | $ 96.70 | $ 6,817.41 | $ 10,547.00 | $ 6,117.00 | $ - | $ 60,628.33 | $ 24.81 | | $ - | $ 60,628.33 |
| Diane Duckett | $ 27,048.00 | $ 1,969.09 | $ 75.73 | $ 5,339.28 | $ 10,547.00 | $ 6,117.00 | $ - | $ 51,096.10 | $ 19.43 | | $ - | $ 51,096.10 |
| DeRene Uzamia | $ 27,048.00 | $ 1,969.09 | $ 75.73 | $ 5,339.28 | $ 10,547.00 | $ 6,117.00 | $ - | $ 51,096.10 | $ 19.43 | | $ - | $ 51,096.10 |
| Brett Stevens | $ 77,699.00 | $ 5,656.49 | $ 217.56 | $ 15,337.78 | $ 10,547.00 | $ 6,117.00 | $ - | $ 115,574.83 | $ 55.82 | | $ - | $ 115,574.83 |
| **SUB-TOTAL** | $ 319,668.00 | $ 23,271.83 | $ 895.07 | $ 63,102.46 | $ 84,376.00 | $ 48,936.00 | $ - | $ 540,249.36 | | | $ 5,426.67 | $ 545,676.03 |
| **TOTALS** | $ 623,112.00 | $ 27,671.77 | $ 1,744.71 | $ 317,176.12 | $ 126,564.00 | $ 73,404.00 | $ 6,000.00 | $ 1,123,955.67 | | | $ 34,181.16 | $ 1,158,136.84 |

MSP001518

# Declaration Exhibit 4

## Identification Card Printer

**TITLE:**

| | qty | rate | 2014 COST | 2015 COST | 2016 COST | 2017 COST | 2018 COST |
|---|---|---|---|---|---|---|---|

### Identification Card Printer & Supplies

| | | |
|---|---|---|
| Identification Card Printer - Fargo HDP5000 (dual sided printing and dual sided inline lamination) | Each | 8,495 |
| Serviceable life | 50,000 | |

| | Unit Cost | Count | Cost per 1000 |
|---|---|---|---|
| YMCKK Fargo Printer Ribbon - HDP5000 | 207 | 500 | 414 |
| Fargo Clear Polyguard Over laminate, 1.0 mil | 63 | 250 | 252 |
| Fargo HDP5000 Printer Cleaning Kit | 36 | 500 | 72 |
| Blank Identification Cards - hologram | 540 | 500 | 1,080 |
| Fargo HDP Film - HDP5000 Printers | 112 | 1,500 | 75 |
| Supply cost per 1000 | | | 1,893 |

| | |
|---|---|
| Supply cost per card | 1.89 |
| Printer cost per card | 0.17 |
| Estimated cost per ID Card | 2.06 |

### Sale of Regulated Firearm Projected Data

| | | Life | 2014 COST | 2015 COST | 2016 COST | 2017 COST | 2018 COST |
|---|---|---|---|---|---|---|---|
| Anticipated number of cards created by ID Card Printer | Per 50,000 | 50,000 | 65,980 | 71,914 | 77,848 | 83,781 | 89,715 |
| | | | | | | | |
| Identification Printer (w/ replacement cycle) | Per 50,000 | 8,495 | 11,210 | 12,218 | 13,226 | 14,234 | 15,243 |
| | | | | | | | |
| Printer Ribbon | Per 1,000 | 414 | 27,316 | 29,772 | 32,229 | 34,686 | 37,142 |
| Card Laminate | Per 1,000 | 252 | 16,627 | 18,122 | 19,618 | 21,113 | 22,608 |
| Film | Per 1,000 | 75 | 4,927 | 5,370 | 5,813 | 6,256 | 6,699 |
| Blank Cards | Per 1,000 | 1,080 | 71,259 | 77,667 | 84,075 | 90,484 | 96,892 |
| Printer Cleaning Kit | Per 1,000 | 63 | 4,157 | 4,531 | 4,904 | 5,278 | 5,652 |
| TOTAL | | | 135,495 | 147,680 | 159,865 | 172,051 | 184,236 |

MSP003197

# Declaration Exhibit 5

# IMPORTANT PRIORITY MESSAGE

# IMMEDIATE ACTION REQUIRED

**Licensing Division**
**1111 Reisterstown Road**
**Pikesville, MD 21208**
**March 12, 2012**

**TO:** **APPLICANTS FOR SERVICES PROVIDED BY THE MARYLAND STATE POLICE LICENSING DIVISION**

**RE:** **NEW FINGERPRINT PROCEDURES EFFECTIVE MARCH 19, 2012**

**EFFECTIVE March 19, 2012**, The Maryland Department of State Police will no longer accept federal and/or state fingerprint cards from Applicants for Permits, Licenses, Commissions or any other type of certification or identification related to Licensing Division activities and/or responsibilities. In addition, the Federal Bureau of Investigation (FBI) has reduced the amount they charge for fingerprint and name based criminal history records checks. The fee change is effective March 19, 2012.

The Maryland Department of Public Safety and Correctional Services, the entity that processes both State and Federal fingerprint cards (inked and rolled type), has notified the Maryland State Police that they will only process electronic submissions of fingerprints beginning on April 15, 2012. The Federal Bureau of Investigation prompted this action as they, at the direction of their Director, will no longer accept fingerprint cards for comparison purposes. Due to fee changes and operational preparations for the April 15th move away from fingerprint cards, the Department of State Police will begin the transition on March 19, 2012.

**EFFECTIVE MARCH 19, 2012, ALL FINGERPRINTS MUST BE SUBMITTED ELECTRONICALLY VIA AN APPROVED SITE OR VENDOR. FOR FURTHER INFORMATION PLEASE USE THE BELOW LINK TO REVIEW THE NEW POLICIES AND PROCEDURES PRESENTED BY THE MARYLAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES AS WELL AS THE LOCATION OF AVAILABLE SITES FOR ELECTRONIC FINGERPRINTING:**

**http://www.dpscs.state.md.us/publicservs/fingerprint.shtml**

APPLICATIONS MUST BE POSTMARKED AS SENT TO THE LICENSING DIVISION WITHIN 72 HOURS OF FINGERPRINTS BEING ELECTRONICALLY SUBMITTED THROUGH AN ELECTRONIC FINGERPRINT PROCESSING CENTER. IF YOUR APPLICATION IS NOT SUBMITTED WITHIN 72 HOURS IT **MAY BE RETURNED** TO THE APPLICANT. This is important as the value of fingerprints submitted decreases over time and results become unusable after 30 calendar days.

**IMPORTANT NOTE:** ATTACH THE RECEIPT PROVIDED BY THE FINGERPRINT PROCESSING CENTER TO THE FRONT LEFT UPPER CORNER OF THE FIRST PAGE OF THE APPLICATION WHEN SUBMITTING. THE TRACKING NUMBER PROVIDED ALLOWS PERSONNEL TO LOCATE AND ACCESS FINGERPRINT COMPARISON RESULTS AMONG ALL THAT ARE RECEIVED BY THE DIVISION. Applications received without the receipt may not be processed in a timely manner or at all in some cases. Authorization codes for the various requests are available at the Electronic Fingerprint Processing Centers.

**IF YOUR APPLICATION IS RECEIVED BY THE LICENSING DIVISION, AND WE DO NOT RECEIVE NOTIFICATIONTHAT THE FINGERPRINTS HAVE BEEN SUBMITTED WITHIN FIVE BUSINESS DAYS, YOUR APPLICATION WILL BE RETURNED**

RE:      **NEW FINGERPRINT PROCEDURES EFFECTIVE MARCH 19, 2012**
March 12, 2012
Page 2 of 2

**FEES TO THE LICENSING DIVISION ARE NON REFUNDABLE**.  FEES PAID TO THE ELECTRONIC FINGERPRINT PROCESSING CENTER DO NOT INCLUDE THOSE FEES OWED TO THE LICENSING DIVISION FOR THE PROCESSING OF THE ACTUAL APPLICATION.  THE FINGERPRINT PROCESSING CENTERS ARE UNDER PRIVATE OWNERSHIP AND THEIR FEES COULD VARY. THE DEPARTMENT MARYLAND STATE POLICE IS NOT AFFILIATED WITH THE ELECTRONIC FINGERPRINT PROCESSING CENTERS AND <u>DO NOT REGULATE NOR RECEIVE OR BENEFIT FROM ANY FEE THAT THEY MAY CHARGE.</u> PLEASE ENSURE YOU HAVE CALCULATED YOUR FEES CORRECTLY.  CHECKS OR MONEY ORDERS SENT TO THE MARYLAND STATE POLICE SHOULD NOT INCLUDE FEES FOR FINGERPRINTS ELECTRONICALLY CAPTURED AFTER MARCH 19, 2012, UNLESS PAPER FINGERPRINT CARDS HAVE BEEN SUBMITTED BY OUT-OF-STATE APPLICANTS.

One exception to the above procedure exists.  If you are an applicant who maintains a primary residence outside of Maryland AND this address is supported by an out-of-state driver's license you may continue to submit State and Federal fingerprint cards. FBI-Approved Channelers may be used by out of state applicants required to submit FBI fingerprint cards as in the case of renewals. Approved Channelers may be found on the FBI web site.  All other applicants who submit <u>fingerprint cards obtained after March 19, 2012</u>, will have their application rejected.

## FINGERPRINT FEE CODES

Below are the codes to be used when having your fingerprints taken for submission to the Maryland Department of Public Safety and Correctional Services in response to a request for services from the Maryland State Police Licensing Division.

1. Handgun Permit          ................................................... 9400082484

2. Security Guard (Individual)    ............................................ 9300000802

3. Private Detective (Individual) ............................................ 9400082495

4. Security Agency/Private Detective Agency (Company)...... 9400082495

5. Special Police/Railroad Police Commissions  ..................... 9400082506

6. Security Systems Agency/Security Systems Technicians... 9700004860

7. Regulated Firearms Dealer    ............................................ 9400082473

8. Class III          .......................................................... 9400082473

# IMPORTANT PRIORITY MESSAGE

# IMMEDIATE ACTION REQUIRED

# Declaration Exhibit 6

MSP001218

| FIRST_NAME | LAST_NAME | SID | DATE_OF_BIRTH | LICENSE_NO | NOTES |
|---|---|---|---|---|---|
| | | | | HQL-2015-009590 | could not find any criminal records |
| | | | | HQL-2016-003796 | DNR charge - fail to display current valid - Guilty |
| | | | | HQL-2015-005539 | Assault 1st; Assault 2nd; Dangerous Weapon-Int/Injure - Nolle Pros on all charges |
| | | | | HQL-2015-001752 | Assault 1st; Assault 2nd; Reckless Endangerment; Firearm Use/Fel-viol crime |
| | | | | HQL-2015-013270 | Disorderly conduct & CDS:Poss Paraphernalia - Guilty but not prohibitors; Threat/St Offical/To Injure-Stet; CDS:Possession-Marihuana-Guilty not a prohibitor; CDS:Poss Paraphernalia-NP; CDS-Possession-Marihuana-NP |
| | | | | HQL-2015-005552 | child abuse 2nd degree PBJ-completed; Assault 2nd Nolle Pros |
| | | | | HQL-2015-005470 | disorderly conduct Nolle Pros; Fail Obey Renbld/Lawfl Nolle Pros |
| | | | | HQL-2015-006078 | assault 2nd Stet; Theft less 1,000 Stet |
| | | | | HQL-2014-006536 | Assault 1st-NP; Assault 2nd-GUILTY; Reckless Endangerment-NP; Firearm Use-Fel:Viol Crime-NP - HQL REVOKED |
| | | | | HQL-2015-008706 | Burglary 3rd; Trespass:Private Property; Harass; A Course of Conduct; MDOP $1,000 |
| | | | | HQL-2015-002229 | assault 2nd Nolle Pros; assault 2nd PBJ unsupervised |
| | | | | HQL-2017-002975 | Assault 1st; Assault 2nd; Firearm Use/Fel-Viol Crime |
| | | | | HQL-2014-011049 | Assault 1st-PBJ; Handgun in Vehicle-NP; Firearm Use/Fel-Viol Crime-NP; Theft less $1,000-NP; Armed Robbery-NP; Robbery-NP; Reckless Endangerment-NP - HQL REVOKED |
| | | | | HQL-2016-008641 | Assault 1st-NP; Assault 2nd-JA; HGV Use/Fel-Viol Crime-NP; Handgun on Person-JA; Reckless Endangerment-JA; Harrass-JA; Stalking-JA |
| | | | | HQL-2014-004621 | Assault 1st; Assault 2nd; Firearm Use/Fel-Viol Crime - All dispositions dismissed |
| | | | | HQL-2015-015074 | Theft less than $100 - NP |
| | | | | HQL-2015-017582 | Assault 1st - NP; Assault 2nd; Theft 1,000-10,000 -Judgment of Acquital |
| | | | | HQL-2014-005022 | Rape Second Degree - GUILTY - HQL REVOKED |
| | | | | HQL-2016-004220 | Assault 1st-NP; Assault 2nd-GUILTY; Reckless Endangerment-NP - HOL REVOKED |
| | | | | HQL-2014-006176 | Sex Abuse Minor; Sex Offense 3rd; Sex Offense 4th-Vag Int 14/15; Child Abuse: 2nd-Cust |
| | | | | HQL-2017-019753 | no open criminal records found |
| | | | | HQL-2015-006213 | Assault 1st-Dismissed; Assault 2nd-PBJ Unsupervised; CDS Possess Not Marijuana-Dismissed |
| | | | | HQL-2017-009980 | Assault 1st; Firearm Use/Fel-Viol Crime; Assault 2nd; Reckless Endangerment - All Charges NP |
| | | | | HQL-2017-017489 | no open criminal records found |
| | | | | HQL-2017-015464 | no open criminal records found |
| | | | | HQL-2014-009677 | domestic violence order denied |
| | | | | HQL-2016-007879 | Attempted Robbery; Battery; MDOP +300; Handgun - all NP; Battery Stet |
| | | | | HQL-2016-016601 | Assault 2nd; Assault 1st - Both charges NP |
| | | | | HQL-2017-003584 | no open criminal records found |
| | | | | HQL-2017-013474 | no open criminal records found |
| | | | | HQL-2014-007810 | Assault 1st; Assault 2nd; Handgun in Vehicle; Handgun on Person; Reckless Endangerment |
| | | | | HQL-2014-014551 | Murder 2nd; Manslaughter; Firearm Use/Felony/Violent Crime - All Charges NG |
| | | | | HQL-2015-007845 | Assault 1st; Assault 2nd |
| | | | | HQL-2017-001022 | Assault 2nd-Stet; Reckless Endangerment-Stet |
| | | | | HQL-2016-021632 | could not find any criminal records |
| | | | | HQL-2014-001657 | Assault 2nd - GUILTY - HOL REVOKED |
| | | | | HQL-2017-023049 | no open criminal records found |

| HQL-2017-018030 | no open criminal records found |
| HQL-2017-011368 | no open criminal records found |
| HQL-2015-002776 | Assault 2nd - NP |
| HQL-2013-002515 | GUILTY - Assault 1st Degree / PBJ on 5/11/15 - HQL REVOKED |
| HQL-2015-013608 | Assault 1st; Assault 2nd; Assault 2nd - first 2 dismissed, third stet |
| HQL-2017-013510 | no open criminal records found |
| HQL-2014-012801 | Assault 1st Not Guilty; Assault 2nd Not Guilty; Reckless Endang Not Guilty; Misconduct in Ofc Not Guilty |
| HQL-2016-010885 | CDS-Poss-Marijuana - Stet |
| HQL-2014-004986 | GUILTY - Assult Second Degree |
| HQL-2016-001372 | Assault 1st-NP; Assault 2nd-No disposition |
| HQL-2017-002918 | no active criminal cases found |
| HQL-2017-000116 | no criminal records found |
| HQL-2017-011241 | Assault 1st; Assault 2nd; Handgun on Person; Handgun in Vehicle; Firearm Use/Fel-Viol Crime |
| HQL-2014-006237 | theft less 1,000 PBJ unsupervised-not a prohibitor per Durkee (max sentence 18 mos); assault 1st Nolle Pros; assault 2nd Stet |
| HQL-2017-020700 | no open criminal records found |
| HQL-2015-012432 | Motor Veh/Unlawful taking; U/U Livestock MV Etc; Theft: $500 Plus - All charges NP |
| HQL-2014-013059 | Assault 1st; Assault 2nd; Firearm Use/Fel-Viol Crime - All dispositions NP |
| HQL-2015-005547 | deadly weapon not guilty |
| HQL-2015-009424 | Assault 1st-NP; Assault 2nd-Stet; Dangerous Weapon-Conceal-Stet; Dangerous Weapon-Int/Injure-PBJ |
| HQL-2014-014203 | domestic violence order denied |
| HQL-2014-008295 | assault 2nd abated by death |
| HQL-2013-003295 | Armed Robbery/Assault 1st (15 total charges) all charges were NP except GUILTY on Con-Armed Robberty - HQL Revoked |
| HQL-2016-019890 | no criminal records found |
| HQL-2017-018702 | no criminal records found |
| HQL-2016-026395 | Assault 1st - NP; Assault 2nd - NP |
| HQL-2014-005241 | cannot find any records |
| HQL-2016-026379 | Assault 1st; Assault 2nd - all charges dismissed |
| HQL-2015-010952 | Assault 1st; Assault 2nd; Firearm Used/Fel-Viol Crime; Handgun on Person - All Cases NP |
| HQL-2017-021229 | no open criminal records found |
| HQL-2017-020847 | Theft: 1,000 to under 10,000; Theft less 1,000; Theft-Scheme 1k to under 10K; 2nd hand dealer trans w/minor; 2nd hand dealer daily report; 2nd hand dealer file w/police; 2nd hand dealer holding req; 2nd hand dealer label items |
| HQL-2014-009621 | Theft < 1000-GUILTY; Theft 1000 to under 10000-NP; Theft Scheme 1000 to under 10000-NP; CDS: Poss Paraphernalia-NP; CDS: Possess-not marijuana-NP |
| HQL-2014-009270 | Sex Abuse Minor; Sex Offense 2nd Degree; Sex Offense 3rd Degree; Sex Offense 4th Degree; Assault 2nd - Guilty - HQL REVOKED |

MSP001219

MSP001220

| Case Number | Description |
| --- | --- |
| HQL-2016-004777 | Assault 1st; Assault 2nd - NP on both cases. Addtl charges with no dispositions - had reviewed by Sgt. Durkee and he said ok to let approval go as they lumped the charges into 3 |
| HQL-2016-012127 | GUILTY - sex abuse minor - HQL REVOKED |
| HQL-2017-020356 | no open criminal records found |
| HQL-2013-017776 | Assault 1st&2nd; Firearm Use/Fel-Viol Crime; Handgun on Person; MDOP + 1,000 - All charges NP |
| HQL-2013-000085 | GUILTY - Assault 2nd Degree on 5/5/2015 - HQL REVOKED |
| HQL-2014-001484 | Assault 1st - NP; Assault 2nd - GUILTY; Reckless Endanger-NP; Handgun Person-NP; Handgun Vehicle-NP; Firearm Use-NP - HQL REVOKED |
| HQL-2016-018864 | Burglary 4th; MDOP - $1,000 both dismissed; MDOP - $1,000 - NG |
| HQL-2014-012708 | cannot find any records |
| HQL-2015-016535 | Assault 1st; Assault 2nd; Firearm Use-Fel-Viol Crime - All charges NP |
| HQL-2013-003148 | Assault 1st-Dismissed; Assault 2nd-Stet |
| HQL02015-015082 | Robbery-NP; Theft less $1,000-NP; Assault 2nd-Guilty - HQL REVOKED |
| HQL-2015-018365 | Assault 1st; Handgun Use; Carry Handgun & Conspiracy Assault 1st - NP; Assault 2nd - PBJ / Assault 2nd; Handgun on Person - NP |
| HQL-2017-012078 | CDS:Poss w/Int Maf/Distr/Disp - PBJ |
| HQL-2016-000872 | no criminal case found - located a traffic case with disposition FTA |
| HQL-2015-000152 | assault 2nd nolle pros |
| HQL-2015-015236 | Assault 1st; Assault 2nd; Firearm Use all NP, Reckless Endangerment Judgment Stayed |
| HQL-2014-003072 | Assault 2nd - PBJ; Firearm Use - NP; Reckless Endangerment - NP |
| HQL-2017-017520 | no open criminal records found |
| HQL-2014-001146 | Robbery, Assault 2nd, Theft less $1,000 - all NP |
| HQL-2017-007792 | CDS:Possession-Marihuana; CDS:Poss Paraphernalia - both cases Stet |
| HQL-2016-016677 | Assault 1st-NP; Assault 2nd-NG; CDS Possession-Marihuana-NP |
| HQL-2016-005758 | Assault 1st; Assault 2nd - All charges Stet |
| HQL-2014-000264 | wrong SID number was listed on HQL application |
| HQL-2016-017340 | no criminal case found - could only locate traffic cases |
| HQL-2014-006201 | Harras;A course of conduct; Tel Misuse:Repeat Calls; Elec Mail Harrass - all charges: Stet |
| HQL-2016-021326 | Burglary 3rd-NP; Burglary 4th-NP; Assault 2nd-PBJ/Supevised Probation - HQL REVOKED |
| HQL-2017-016643 | no open criminal records found |
| HQL-2017-022881 | no open criminal records found |
| HQL-2014-002502 | Assault 1st; Assault 2nd; Mal Dest Prop/Valu $1,000 - All dispositions NP |
| HQL-2017-014692 | no open criminal records found |
| HQL-2016-025996 | Assault 1st-NP; Assault 2nd-JA; Firearm Use/Fel-Viol Crime-JA; Reckless Endangerment-JA |
| HQL-2015-000364 | Possess Alcohol in Public - NP |
| HQL-2016-014993 | Firearm/Drug Traf Crime; CDS: Distr Etc w/Firearm; CDS: Possess-not marijuana; CDS: Poss w/Int to Dist; Firearm Use/Fel-Viol Crime; CDS: Poss w/I Dist: Narc |
| HQL-2014-003354 | Assault 1st Noell Pros; Assault 2nd Not Guilty; Reckless Endanger Not Guilty; Disturbing the Peace Noell Pros |
| HQL-2014-004225 | Assault 1st; Assault 2nd - both cases dismissed/Assault 2nd - Stet |
| HQL-2017-009439 | no open criminal records found |

| HQL ID | Description |
| --- | --- |
| HQL-2015-012658 | Armed Robbery; Firearm Use/Fel-Viol Crime; Robbery; Theft 1000-10000; Assault 2nd; Handgun on Person; Dangerous Weapon-Conceal; Dangerous Weapon-Int/Injure; Assault 1st; Handgun in Vehicle - All Charges NP |
| HQL-2014-009542 | Assault 1st Noell Pros; Con-Assault 1st Noell Pros; Assault 2nd & Con-Assault - Judgement of Acquital |
| HQL-2016-004315 | Assault 2nd; False Imprisonment; Mal Dest Prop/Valu-$500 - all NP |
| HQL-2017-000578 | Reckless Endangerment - GUILTY |
| HQL-2015-012185 | Assault 1st-NP; Assault 2nd-NG |
| HQL-2017-003974 | Assault 1st-NP; Assault 2nd; Reckless Endangerment |
| HQL-2015-001762 | Sex Abuse Minor; Sex Offense 1st; Sex Offense 3rd |
| HQL-2015-003026 | Att-Kidnap child under 16; Assault 2nd - All Charges NP |
| HQL-2017-008555 | no open criminal records found |
| HQL-2015-009291 | Sex Offense 2nd; Sex Offense 3rd; Child Abuse:Parent; Perverted Practice; Sodomy-General |
| HQL-2017-011409 | no open criminal records found |
| HQL-2016-009161 | Burglary 2nd-General; Burglary 4th-Tools; Theft: 1000 to under 10000; Mal Dest Prop/Valu-$1000; CDS: Possess-Not Marijuana - All Charges NP |
| HQL-2016-007685 | Assault 1st-NP; Assault 2nd-NP; Reckless Endangerment-NP; Handgun on Person-NP; Handgun in Vehicle-PBJ |
| HQL-2014-002612 | GUILTY - Assault 2nd - HQL REVOKED |
| HQL-2017-023352 | no open criminal records found |
| HQL-2017-020067 | no open criminal records found |
| HQL-2017-016508 | no open criminal records found |
| HQL-2017-007782 | no open criminal records found |
| HQL-2014-005367 | Assault 1st-NP; Assault 2nd-NP; Handgun in Vehicle-PBJ; Reckless Endangerment-NP |
| HQL-2014-008728 | Armed Robbery-GUILTY; Firearm Use-Fel-Viol Crime-GUILTY; Impersonation UU/Uniform-GUILTY |
| HQL-2015-000293 | Armed Robbery-NP; Robbery-NP; Assault 1st-NP; Assault 2nd; Theft Less $1,000; Con-Armed Robbery; Con-Robbery; Firearm Use/Fel-Viol Crime |
| HQL-2016-009660 | Assault 1st; Assault 2nd - All charges dismissed |
| HQL-2014-006260 | poss control danger substance-NP; Poss w/Intent use drug paraphenlia -NP; handgun on person-Stet; handgun in vehicle-Stet; poss firearm/ammo/minor-Stet |
| HQL-2015-000693 | Manslaughter by Auto-GUILTY; Homicide MV Intox -NP - HQL REVOKED |
| HQL-2015-009435 | Assault 1st; Assault 2nd; Firearm Use/Felony/Violent Crime |
| HQL-2016-017364 | Assault 1st; Assault 2nd; Reckless Endangerment; Mal Dest Prop - $1,000 |
| HQL-2015-004562 | Sex Abuse Mnr/Cont Course Cndct; Sex Abuse Minor:House/Fam; Rape 2nd; Assault 2nd; Sexual Solicitation of a Minor; Indecent Exposure; CDS:Poss-Marijuana 10GM+ |
| HQL-2017-011099 | no open criminal records found |
| HQL-2014-012912 | Assault 1st; Assault 2nd; Reckless Endangerment; Handgun in Vehicle; Handgun on Person; Firearm Use/Fel-Viol Crime |
| HQL-2014-003801 | Assault 1st/Assault 2nd both dismissed/Assault 2nd-Stet |
| HQL-2016-021836 | Robbery with Deadly Weapon (DJS) - Sustained/Delinquent - Revocation Overturned expungment paperwork recd |

MSP001221

| HQL Number | Description |
|---|---|
| HQL-2016-022152 | Assault 1st; Assault 2nd; Reckless Endangerment; Handgun on Person - All Charges NP |
| HQL-2016-021832 | Malicious Destruction of Property |
| HQL-2015-011274 | Assault 2nd; Reckless Endangerment; Handgun on Personal / all charges NP; CDS Possession Marijuana Arrest 7/9/2016 - HQL REVOKED |
| HQL-2016-004316 | Murder 1st-GUILTY; Assault 1st-NP; Use Hangun/Crime of Viol/Comm-GUILTY; Carry Hangun-NP; Transport Handgun on Roadway-NP - HQL REVOKED |
| HQL-2015-005166 | CDS Poss W/Int To Dist; CDS:Possess-Not Marijuana - all charges NP |
| HQL-2017-01694 | no open criminal records found |
| HQL-2015-018075 | all charges listed as NP |
| HQL-2014-012558 | GUILTY - CDS Possession with Intent to Distribute Marijuana on 7/2/2015 - HQL REVOKED |
| HQL-2015-011860 | Att 1st Degree Murder; Att 2nd Degree Murder; Assault 1st; Firearm Use-Fel/Viol Crime |
| HQL-2014-012447 | Assault 1st; Assault 2nd - all charges NP |
| HQL-2015-017440 | Mal Destruction property Value + $300 / NP |
| HQL-2017-013450 | no open criminal records found |
| HQL-2015-001337 | Att 1st Degree Murder; Assault 1st; Assault 2nd; Firearm Use/Fel-Viol Crime; Armed Robbery |
| HQL-2016-011117 | no criminal case found |
| HQL-2014-012654 | Assault 1st Noell Pros; Assault 2nd; Reckless Endanger - NOT GUILTY |
| HQL-2015-016216 | could not find any criminal records |
| HQL-2014-013465 | Robbery; Assault 2nd; Theft 1-10,000 Noell Pros |
| HQL-2013-003518 | Assault 1st; Assault 2nd |
| HQL-2014-007544 | Assault 1st; Assault 2nd - All Charges NP |
| HQL-2015-012721 | Assault-1st; Assault 2nd; Dangerous-Sec Degree - all charges NP |
| HQL-2015-003404 | Assault 1st-dismissed; Assault 2nd-dismissed; Burglary 4th-NP; Theft $1,000-10,000-NP; Resist/Interfere w/Arrest-NP; Assault 2nd-NG/PBJ-Unsupervised |
| HQL-2015-014018 | Assault 1st-NP; Firearm Use/Fel-Viol Crime-NP; Assault 2nd-NG; Dangerous Weapon-Int/Injure-NG |
| HQL-2016-027329 | Burglary 2nd-General; Burglary 4th-Store; Burglary 4th-Theft; MDOP $1000; Theft 1500 to under 25000 |
| HQL-2017-004664 | Assault 1st; Assault 2nd |
| HQL-2016-016595 | no criminal case found |
| HQL-2015-004174 | Assault 2nd; Assault 1st; Reckless Endangerment |
| HQL-2015-012721 | Assault 1st; Assault 2nd; Dangerous Weapon-Int/Injure - NP on all cases |
| HQL-2017-010106 | Burglary 1st-NP; Burglary 3rd-NP; Burglary 4th-Stet; Assault 2nd-NP |
| HQL-2014-014505 | Assault 1st; Assault 2nd; Firearms-Access by Minors - all charges Dismissed |
| HQL-2016-023045 | Assault 2nd; MDOP - $1,000; Assault 1st - All Dismissed; Assault 2nd - PBJ |
| HQL-2014-013559 | Assault 1st-NP; Assault 2nd-NP |
| HQL-2017-015391 | no open criminal records found |
| HQL-2016-008031 | all charges under applicant's name are Traffic charges |
| HQL-2015-004958 | Handgun in Vehicle; Assault 1st; False Imprisonment; Handgun on Person |
| HQL-2015-006996 | GUILTY - Assault 2nd & Mal Destruction 1000+ - HQL REVOKED (no disposition on Burglary 3rd) |
| HQL-2013-003808 | Assault 1st; Assault 2nd - NP on both cases |
| HQL-2015-001495 | Attemp 1st Degree Murder; Consp 1st Degree Murder; Assault 1st; Assault 2nd; Firearm Use/Fel-Viol Crime |

MSP001222

| HQL Number | Description |
|---|---|
| HQL-2014-011418 | Assault 1st; Reckless Endangerment  - All Charges NP |
| HQL-2015-016434 | Assault 2nd - Stet |
| HQL-2013-002197 | GUILTY-Assault 1st Degree; GUILTY Handgun on Person on 11/24/2014 - HQL REVOKED |
| HQL-2015-013707 | no open criminal records found |
| HQL-2016-019344 | Assault 1st; Assault 2nd; Dangerous Weapon-Int/Injure |
| HQL-2016-007391 | Assault 2nd; Assault 1st; Assault 2nd; Theft $100-1500; Mal Dest Prop/Value -$1000 |
| HQL-2014-009588 | Assault 1st; Assault 2nd; Reckless endangerment; Dangerous Weapon-Int/Injure |
| HQL-2017-014646 | no open criminal records found |
| HQL-2017-020597 | no criminal cases found |
| HQL-2017-019977 | no open criminal records found |
| HQL-2017-017954 | no open criminal records found |
| HQL-2014-003633 | Assault 1st Not Guilty; Assault 2nd Dropped/No info |
| HQL-2013-001583 | GUILTY - COS:Production Equipment - HQL REVOKED |
| HQL-2015-005868 | Assault 1st; Firearm Use/Fel-Viol Crime - All charges Stet |
| HQL-2014-008202 | handgun on person-NP - illegal poss ammo-Guilty - HQL REVOKED |
| HQL-2017-002344 | Assault 1st; Assault 2nd |
| HQL-2016-007954 | Burglary 1st; Burglary 3rd; Burglary 4th; MDOP - $1,000; Theft less than $1,000 |
| HQL-2013-002545 | Handgun on Person - PBJ / all other charges NP |
| HQL-2014-003644 | Robbery - NP; Assault 2nd - Guilty; Theft less $100 - Guilty - HQL REVOKED |
| HQL-2016-014976 | Burglary 3rd; Assault 1st; Assault 2nd; Reckless Endangerment; False Imprisonment; Burglary 4th - All NP |
| HQL-2016-003994 | Murder 1st; Murder 2nd; Assault 1st; Assault 2nd; Handgun on Person |
| HQL-2016-024874 | no criminal cases found |
| HQL-2013-001754 | Attempted 1st Degree Murder + 16 other charges - All charges NP or NG |
| HQL-2015-012490 | Assault 1st;  Assault 2nd; Reckless Endangerment; Disorderly  Conduct; Dangerous Weapon-Conceal; Dangerous Weapon-Int/Injure; Handgun on Person; Handgun in Vehicle-Guilty - HQL REVOKED |
| HQL-2014-008335 | Assault 1st; Reckless Endangerment; Dangerous Weapon-Int/Injure; Mace/Chem Device-Int/Injure- All Charges NP |
| HQL-2015-004449 | Protective Order expired |
| HQL-2016-008046 | Armed Robbery-NP; Con-Armed Robbery-NP; Robbery-NP; Assault 1st-NP; Assault 2nd; Reckless Endangerment; Theft less $100; Firearm Use/Fel-Viol Crime |
| HQL-2015-012195 | could not find any criminal records |
| HQL-2017-021119 | no open criminal records found |
| HQL-2016-006650 | no criminal case found |
| HQL-2016-003205 | Assault-First; Assault-Sec both dismissed. Theft $300 Plus-PBJ Supervised; False Stmt to Ofcr-Stet; Man Serial #-Remov/Oblit-Guilty (misdemeanor max 18 mos) |
| HQL-2014-006116 | Attempted 1st Degree Murder +7 other charges - all charges NOT CRIMINALLY RESPONSIBLE - HQL REVOKED |
| HQL-2017-009474 | Assault 1st; Assault 2nd; Theft less $100 |
| HQL-2016-001454 | Assault 1st-NP; Assault 2nd-NP; MDOP - $1,000-Guilty |
| HQL-2016-013685 | Handgun in vehicle; assault weapon pss/sell - both NP |
| HQL-2017-021845 | no open criminal records found |

MSP001223

| ID | Description |
|---|---|
| HQL-2015-000689 | Assault 1st; Assault 2nd & Firearm Use/Fel-Viol Crime - All charges NP |
| HQL-2014-015241 | Attempted 1st Degree Murder-NG; Attempted 2nd Degree Murder-NG; Asslt 1st degree-GUILTY, Asslt 2nd degree-GUILTY; reckless endangerment-GUILTY - HQL REVOKED |
| HQL-2016-006833 | Assault 1st; Assault 2nd; Resit/Interfere with Arrest - ALL CHARGES DISMISSED |
| HQL-2014-012371 | Armed Robbery; Robbery; Firearm Use/Fel-Viol Crime; Rogue and Vagabond; Assault 2nd; Theft 100 to under 1500 |
| HQL-2016-010741 | Burglary 4th-PBJ Supervised(ended) |
| HQL-2017-017704 | could not find any criminal records |
| HQL-2017-013120 | could not find any criminal records |
| HQL-2017-013054 | could not find any criminal records |
| HQL-2015-014591 | Guilty - School: Trespass on Ground/PBJ supervised / Guilty - CDS: Poss-Marijuana/PBJ Unsupervised |
| HQL-2017-004166 | Reckless Endangerment-GUILTY; Discharge Firearm in Metro Area-NP - HQL REVOKED |
| HQL02015-001632 | Assault 2nd; Handgun on Person; Assault 1st - All charges NP |
| HQL-2016-014004 | cannot find any records |
| HQL-2013-002560 | Regulated Firearm Stolen-Possess/Sell/Transfer/Dispose Of-GUILTY - HQL REVOKED |
| HQL-2014-004833 | Assault 1st-dismissed; Assault 2nd-NP; Assault 2nd-PBJ unsupervised |
| HQL-2017-016140 | no open criminal records found |
| HQL-2017-01442 | no open criminal records found |
| HQL-2017-023584 | no open criminal records found |
| HQL-2015-016181 | Assault 1st-; Assault 2nd; Reckless Endangerment - All charges NP |
| HQL-2016-022161 | CDS:Poss w/Intent Dist: Narc; CDS:Possess-Not Marijuana |
| HQL-2017-013164 | could not find any criminal records |
| HQL-2017-020712 | could not find any criminal records |
| HQL-2014-013148 | Assault 2nd PBJ; Child Abuse 2nd; Reckless Endangerment NP; Firearm Use-NP; Handgun in Vehicle-PBJ |
| HQL-2016-002313 | Assault 2nd-NP; Mal Dest Prop-NP - $1,000; Burglary 4th-GUILTY - HQL REVOKED |
| HQL-2014-008268 | GUILTY - Assault 2nd; Handgun on Person - HQL REVOKED |
| HQL-2014-006710 | Murder 1st; Murder 2nd; Assault 1st; Assault 2nd; Deadly Weapon-Int/Injure |
| HQL-2015-002957 | Assault 1st Noell Pros; Assault 2nd Stet |
| HQL-2016-007986 | Att 1st Degree Murder; Att 2nd Degree Murder; Assault 1st; Firearm Use-Fel/Viol Crime; Assault 2nd; Handgun on Person; Dangerous Weapon-conceal - All Charges NP |
| HQL-2017-013742 | no open criminal records found |
| HQL-2017-008665 | cannot find any criminal records |
| HQL-2017-020215 | cannot find any criminal records |
| HQL-2016-022719 | Assault 1st; Assault 2nd; Reckless Endangerment; Deadly Weapon-Int/Injury - All Aquitted |
| HQL-2017-005035 | no open criminal records found |
| HQL-2017-002939 | no open criminal records found |
| HQL-2016-024626 | Assault 1st-NP; Assault 2nd-PBJ; Reckless Endangerment-NP |
| HQL-2017-022283 | Assault 1st; Assault 2nd |
| HQL-2014-014000 | Rape 1st; Rape 2nd; Assault 1st; Assault 2nd; False Imprisonment |
| HQL-2015-016047 | Stalking - NP; Harras-Dismissed; Assault 1st-Dismissed; Assault 2nd-Dismissed; False Imprisonment-Dismissed; Firearm Use-Dismissed |

MSP001224

MSP001225

| ID | Description |
|---|---|
| HQL-2017-020824 | no open criminal records found |
| HQL-2016-014661 | CDS PID - PBJ; CDS Poss - NP |
| HQL-2014-009305 | cannot find any records |
| HQL-2015-013298 | Assault 1st; Assault 2nd; reckless endangerment; firearm use/fel-viol crime - All NP |
| HQL-2015-007661 | cannot find any records |
| HQL-2013-002857 | handgun in vehicle-GUILTY; handgun on person-NP; assault 1st-NP; Assaulty 2nd-GUILTY - HQL REVOKED |
| HQL-2017-014621 | cannot find any records |
| HQL-2016-021942 | Assault 1st; Assault 2nd - All Charges NP |
| HQL-2015-000287 | cannot find any records |
| HQL-2014-001572 | Assault 1st; Assault 2nd |
| HQL-2017-012286 | cannot find any records |
| HQL-2014-004850 | CDS: Poss w/Intent to Dist:Narc; CDS: Possess-Not Marijuana, CDS: Poss w/Int to Dist; CDS: Possession-Marijuana |
| HQL-2014-006640 | Sex Abuse Minor; Sex Off 4th; Assault 2nd - Mistrial all charges |
| HQL-2015-005684 | Assault 1st; Assault 2nd; Dangerous Weapon-Int/Injure |
| HQL-2015-012956 | Assault 1st; Assault 2nd - dismissed on both cases |
| HQL-2016-022133 | Assault 1st-NP; Assault 2nd-NG |
| HQL-2014-010681 | Assault 2nd-NG; Assault 1st-NP |
| HQL-2017-010660 | Assault 2nd; Burglary 1st - all dispositions NP |
| HQL-2016-012879 | Burglary 1st plus 31 other charges - All Stet |
| HQL-2014-010678 | could not find any criminal records |
| HQL-2017-013165 | could not find any criminal records |
| HQL-2014-011095 | Assault 1st-NP; Assault 2nd-Judgment Stayed; Reckless Endangerment-NP; Firearm Use/Felony/Violent Crime-NP |
| HQL-2017-012864 | Attempted 1st Degree Murder; Attempted 2nd Degree Murder; Use Handgun/Crime of Viol/Comm - All Dispositions: Not Guilty |
| HQL-2017-016317 | no open criminal records found |
| HQL-2014-011600 | Assault 1st; Assault 2nd - NP on both cases |
| HQL-2017-017352 | no open criminal records found |
| HQL-2015-000437 | Assault 1st; Att 2nd Deg Murder - Both NP Assault 2nd-Merged; Reckless Endangerment-PBJ |
| HQL-2015-008799 | Assault 1st; Assault 2nd; Reckless Endangerment; Mal Dest Prop - $1,000 |
| HQL-2014-012839 | cannot find any criminal records |
| HQL-2014-012952 | Assault 1st; Assault 2nd; Theft less $1,000 - All charges NP |
| HQL-2015-012508 | Handgun on Person - NP/Assault 2nd - PBJ; Reckless Endangerment - NP |
| HQL-2014-014474 | Sex Offense 3rd - Guilty on 8/17/2016 - HQL REVOKED |
| HQL-2014-011588 | GUILTY - Sex Offense Minor; Handgun on Person on 7/1/2015 - HQL REVOKED |
| HQL-2017-018875 | no open criminal records found |
| HQL-2017-009849 | Burglary 3rd; Burglary 4th; Assault 2nd - All dispositions NP |
| HQL-2014-015161 | Assault First Degree - Nolle Pros |
| HQL-2015-006744 | GUILTY - CDS Posses with intent to Distribute - HQL REVOKED |
| HQL-2014-014935 | Assault 1st-NP; Assault 2nd-NG; Dangerous Weapon-NG; Reckless Endangerment-JA |
| HQL-2016-010515 | could not find any criminal records |

| ID | Description |
|---|---|
| HQL-2015-003185 | Burglary 1st; Con-Burglary; Theft less $1,000; Mal Dest Prop/Valu -$1,000 |
| HQL-2015-003945 | CDS: Poss w/intent to Distri-Narc (total 38 charges) NP on all charges |
| HQL-2017-021726 | could not find any active criminal records |
| HQL-2015-006424 | Assault 1st-NG; Assault 2nd-NG; Firearm Use-NP; Reckless Endangerment-NG |
| HQL-2017-020137 | no open criminal records found |
| HQL-2017-010139 | Burglary 3rd-Dismissed; Assault 2nd-Dismissed; Assault 2nd-Stet; Burglargy 4th-Stet |
| HQL-2015-009934 | Assault 1st; Assault 2nd |
| HQL-2016-008163 | Assault 2nd - NP |
| HQL-2016-005137 | Assault 1st-NP; Assault 2nd-NG; Reckless Endangerment-NG; Mal Dest Prop - $1,000-NG |
| HQL-2017-011434 | Assault 1st - Dismissed; Assault 2nd - Dismissed/NP; Dangerous Weapon-Int/Injure - NP |
| HQL-2015-010196 | Assault 1st-dismissed; Assault 2nd-dismissed; Assault 2nd-judgment of Acquital; Dangerous Weapon-Int/Injure-Judgment of Acquital |
| HQL-2015-016143 | Reckless Endangerment-Guilty; Mal Dest prop -$1,000-NP; assault 1st-NP - HQL REVOKED |
| HQL-2016-007987 | Handgun on Person; Assault 2nd; Assault 1st; Reckless Endangerment; Firearm Use/Fel-Viol Crime - NP all charges |
| HQL-2015-012533 | Assault 1st-NP; Assault 2nd-Judgment Stayed |
| HQL-2017-003265 | could not find any active criminal records |
| HQL-2015-014219 | Assault 1st |
| HQL-2017-014830 | could not find any active criminal records |
| HQL-2017-023268 | could not find any active criminal records |
| HQL-2015-014357 | Assault 1st-NP; Assault 2nd |
| HQL-2015-015700 | Assault 2nd - NP |
| HQL-2016-012389 | Burglary 4th; MDOP + 1,000; Disorderly Conduct; Burglary 3rd - All cases Dismissed |
| HQL-2015-017331 | Burglary 1st-NP; MDOP/Valu - $1,000-Stet; Theft less $1,000-Stet; Cred Card: Steal Anothers-Stet |
| HQL-2016-012340 | Assault 1st; Assault 2nd - NP on both cases |
| HQL-2015-017898 | GUILTY - Reckless Endangerment - HQL REVOKED |
| HQL-2016-011302 | GUILTY - Assault 2nd; Reckless Endangerment - HQL REVOKED |
| HQL-2017-016615 | no open criminal records found |
| HQL-2016-007872 | Assault 1st-Dismissed; Assault 2nd-Stet; Mal Dest Prop/Valu $1,000-Stet; Theft less than 100-Dismissed-Stet |
| HQL-2016-008578 | Kidnapping; Assault 2nd; Sex Off 4th-Sex Contact |
| HQL-2017-009928 | Assault 1st; Assault 2nd; Reckless Endangerment; Theft less $1,000; robbery |
| HQL-2016-012237 | Burglary 1st; Burglary 4th-dwelling; Burglary 4th-theft; Theft less 1000; Burglary 3rd - All charges Stet |
| HQL-2016-012999 | CDS:Possess Marijuana 10GM+; CDS: Poss Paraphernalia - All charges NP |
| HQL-2016-020714 | Assault 1st; Assault 2nd; Reckless Endangerment - All cases NP |
| HQL-2016-013488 | CDS:Possess-Not Marijuana-GUILTY - HQL REVOKED |
| HQL-2016-024773 | CDS:Possess-Not Marijuana 2nd-Guilty; Reckless Endangerment-Guilty - HQL REVOKED |
| HQL-2016-027380 | Armed Robbery; Reckless Endangerment; Assault 2nd; Assault 1st |
| HQL-2016-014448 | Assault 1st; Firearm Use/Fel-Viol Crime; Assault 2nd; Reckless Endangerment; Handgun in Vehicle; Handgun on Person; Mal Dest Prop/Valu-$1,000 |
| HQL-2016-017379 | Assault 1st-NP; Assault 2nd-NP; Reckless Endangerment-PBJ; Theft less $1,000-Stet |

MSP001226

MSP001227

| Case Number | Description |
|---|---|
| HQL-2017-004676 | Sex Abuse Minor:House/Fam; Sex Offense 3rd; Assault 2nd; Sex Offense 4th-Sex Contact; Sex Offense 2nd; Sex Abuse Minor/Cont Course Cond |
| HQL-2017-012206 | kidnapping; Assault 2nd; Handgun on Person; False Imprisonment |
| HQL-2017-000859 | could not find any criminal records |
| HQL-2017-020420 | no open criminal records found |
| HQL-2017-000870 | could not find any criminal records |
| HQL-2016-025144 | Assault 1st-Dismissed; Assault 2nd-Stet |
| HQL-2016-020702 | Assault 1st; Assualt 2nd; Firearm Use/Fel Viol Crime; Reckless Endangerment - All cases NP |
| HQL-2015-015685 | Harrass - all charges NP |
| HQL-2015-006620 | nothing beyond 1992 |
| HQL-2015-001341 | GUILTY - Handgun in Vehicle on 7/30/2015 - HQL REVOKED |
| HQL-2015-013162 | Handgun on Person (NY charge)/Pled down to disorderly conduct |
| HQL-2014-009152 | Handgun on Person - PBJ / all other charges NP |
| HQL-2014-007930 | Poss of Controlled Substance |
| HQL-2016-012237 | MDOP + 1,000; Harass; A Course of Conduct; Elec Mail Harrass |
| HQL-2017-013506 | Handgun in Vehicle; Handgun on Person; Reg Firearm/Illegal Possession |
| HQL-2016-024877 | Extortion-Threat Verbally; Theft Scheme 1000-10000; Conspiracy Theft Scheme 1000-10000 |
| HQL-2014-001528 | Extortion-Threat Verbally; Theft Scheme 1000-10000; Conspiracy Theft Scheme 1000-10000 |
| HQL-2014-014394 | Extortion-Threat Verbally; Theft Scheme 1000-10000; Conspiracy Theft Scheme 1000-10000 |
| HQL-2017-011118 | Assault 2nd-NP; Mal Dest Prop + 1,000 |
| HQL-2017-017035 | Assault 2nd - NG |
| HQL-2016-002967 | Assault 2nd; School:Disturb Operation - All dispositions: Stet |

Declaration Exhibit 7

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

# ADVISORY

## LD-HQL-17-003

## NOVEMBER 17, 2017

## INTERPRETATION OF "RECEIVE" IN PS §5-117.1

PUBLIC SAFETY §5-117.1(c) states that "A person may purchase, rent, or receive a handgun only if the person:

    (1)   (i)   possesses a valid handgun qualification license issued to the person by the Secretary in accordance with this section;…"

The Maryland State Police (MSP) has applied the ruling in *Chow v. State*, 393 Md. 431 (2006) to interpret the definition of "receive" as it pertains to PS §5-117.1(c). *Chow* held "the temporary gratuitous exchange or loan of a regulated handgun between two adult individuals, who are otherwise permitted to own and obtain a regulated handgun, does not constitute an illegal "transfer" of a firearm…." The MSP views "transfer" and "receive" as equivalent for purposes of Maryland's firearms laws and interprets "receive" as including the gratuitous **permanent** exchange of title or possession, but excluding temporary gratuitous exchanges or loans of handguns.

Therefore, an individual, not otherwise prohibited from owning or possessing regulated firearms, is not required to possess an active HQL in order to borrow a regulated firearm from another individual on a temporary basis.

If you have any questions regarding this matter, please contact the Handgun Qualification License Unit, by email, at msp.hql@maryland.gov, or call the Licensing Division at 410-653-4500.  Thank you for your attention to this matter.

**Alert Advisories are a service of the Maryland Department of State Police.  The content of this document is for OFFICIAL USE ONLY.**
**Any request for disclosure of this document or the information contained herein, should be referred to either the originator of the Advisory,**
**or the Maryland Department of State Police, Licensing Division, 410.653.4500.**

# Declaration Exhibit 8



DOUGLAS F. GANSLER
ATTORNEY GENERAL
——————
KATHERINE WINFREE
Chief Deputy Attorney General

JOHN B. HOWARD, JR.
Deputy Attorney General

DAN FRIEDMAN
Counsel to the General Assembly
——————
SANDRA BENSON BRANTLEY
BONNIE A. KIRKLAND
KATHRYN M. ROWE
Assistant Attorneys General

## THE ATTORNEY GENERAL OF MARYLAND
### OFFICE OF COUNSEL TO THE GENERAL ASSEMBLY
March 12, 2013

The Honorable Sam Arora
Maryland House of Delegates
House Office Building, Room 224
Annapolis, Maryland 21401

Re:    *Senate Bill 281, The "Firearm Safety Act of 2013"*

Dear Delegate Arora:

You have asked for my advice about the meaning of the word "receive" as used in Senate Bill 281, the "Firearm Safety Act of 2013." As you know, the bill would require people to possess a valid handgun qualification license to "purchase, rent, or receive" a handgun. Your question is whether a temporary transferee would be required to obtain such a license.

The answer is, of course, a matter of statutory interpretation and a reviewing court's job will be to try to determine the legislature's intent. Absent a clear manifestation of a contrary intent, however, I think a court will very likely interpret "receive" in the same spirit that it interpreted "transfer" in a recent handgun-related case, *Chow v. State*. 393 Md. 431 (2006). In *Chow*, the Court interpreted "transfer" to be limited to permanent transfers. It specifically held that temporary exchanges or loans did not meet the definition. Under that same understanding, someone "receives" a handgun when they accept the permanent "transfer" of possession, not a temporary exchange or loan. It is also my understanding that the drafters of SB 281 intended to adopt this view. Thus, if someone who doesn't have a handgun qualification license were to obtain possession of a handgun on a temporary basis with the intent to return it to the owner, she would not violate the statute. Of course, the legislature is free to manifest a contrary intent.

I hope this assists you.

Very truly yours,

Dan Friedman
Counsel to the General Assembly

MSP001517

# Declaration Exhibit 9

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

# ADVISORY

## LD-HQL-17-004

## NOVEMBER 17, 2017

## ALTERNATIVE AMMUNITION FOR HANDGUN QUALIFICATION LICENSE (HQL) LIVE FIRE TRAINING COMPONENT

PUBLIC SAFETY §5-117.1(c)(3)(iii) requires a firearms orientation component that demonstrates the person's safe operation and handling of a firearm, which includes, as required by COMAR 29.03.01.29.C(4), a practice component in which the applicant safely fires at least one round of live ammunition.

The Maryland State Police (MSP) has received several requests to review alternative non-lethal, marking projectiles to satisfy the "live fire" component of the HQL training requirement. The MSP has determined that the use of non-lethal marking projectiles would meet the HQL "live fire" training requirement provided that the non-lethal marking projectile meets the following requirements:

1) meets the definition of "ammunition" as defined in Public Safety §5-133.1(a): "a cartridge, shell, or any other device containing explosive or incendiary material designed and intended for use in a firearm;" and
2) can be fired from a firearm as defined in Public Safety §5-101(h)(1)(i): "a weapon that expels, is designed to expel, or may readily be converted to expel a projectile by the action of an explosive."

If you have any questions regarding this matter, please contact the Handgun Qualification License Unit, by email, at msp.hql@maryland.gov, or call the Licensing Division at 410-653-4500. Thank you for your attention to this matter.

**Alert Advisories are a service of the Maryland Department of State Police. The content of this document is for OFFICIAL USE ONLY.**
**Any request for disclosure of this document or the information contained herein, should be referred to either the originator of the Advisory,**
**or the Maryland Department of State Police, Licensing Division, 410.653.4500.**

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# Declaration Exhibit 10



STATE OF MARYLAND
**MARYLAND STATE POLICE**
Licensing Division
1111 Reisterstown Road
Pikesville, Maryland  21208
410-653-4500



**LARRY HOGAN**
GOVERNOR

**BOYD K. RUTHERFORD**
LT. GOVERNOR

**COLONEL
WILLIAM M. PALLOZZI**
SUPERINTENDENT

September 30, 2016

Mr. David Deanovich
Spartan Tactical & Police Supply LLC
5735 Industry Lane, Suite 104
Frederick MD 21704

Dear Mr. Deanovich,

On August 19, 2016, the Maryland Department of State Police, hereinafter referred to as MDSP, received a request for our review of the Ultimate Training Munitions (UTM) Target Shooting Ammunition for approval and use to meet the required "live fire component" for the Handgun Qualification License and the Handgun Permit Training Course.  The MDSP has reviewed your request, and the following information is offered.

The UTM product, manufactured by Ultimate Training Munitions, expels a marking projectile by the action of an explosive charge.  This type of training ammunition can be fired from special-purpose weapons or converted standard firearms. https://www.utmworldwide.com.

The MDSP has determined  that the use of UTM Target Shooting Ammunition, or similar ammunition, would meet the Handgun Qualification License training criteria, Public Safety 5-117(d)(3)(iii) and COMAR 29.03.01.29.C(4), for demonstrating the applicant's safe operation and handling of a firearm.  The MDSP has determined that the use of UTM Target Shooting Ammunition, or similar ammunition, would meet the Handgun Permit Training Course criteria, Public Safety 5-306(a)(5)(iii) and COMAR 29.03.02.05.C(4), for demonstrating the applicant's safe operation and handling of a firearm.

Therefore, the MDSP is in support of and approves your request to use UTM Target Shooting Ammunition to meet the required "live fire component" for the Handgun Qualification License and the Handgun Permit Training Course.  A COMAR Amendment, as well as a Licensing Division's Bulletin to Qualified Handgun Instructors, will be forthcoming.

MSP000270

Mr. David Deanovich
September 30, 2016
Page Two


      Thank you, once again, for taking time from your schedule to express your interest in this matter.  You may be assured of my continued cooperation in all matters of mutual concern.

                    Sincerely,

                    *Andy R. Johnson – Captain*

                    Andy R. Johnson – Captain
                    Commander, Licensing Division
                    Maryland Department of State Police

ARJ:cmh

MSP000271



**LARRY HOGAN**
GOVERNOR

**BOYD K. RUTHERFORD**
LT. GOVERNOR

STATE OF MARYLAND
**MARYLAND STATE POLICE**
Licensing Division
1111 Reisterstown Road
Pikesville, Maryland 21208
410-653-4500



**COLONEL
WILLIAM M. PALLOZZI**
SUPERINTENDENT

February 2, 2016

The Honorable John W.E. Cluster, Jr
Maryland House of Delegates
9607 Dixon Avenue
Baltimore MD 21234

Dear Delegate Cluster:

Thank you for your correspondence to Attorney General Brian E. Frosh, dated November 12, 2015, concerning the use of Simunition Marking Munitions to meet the required "live fire component" for the Handgun Qualification License. The Maryland Department of State Police, hereinafter referred to as MDSP, has reviewed your request, and the following information is offered.

The Simunition product, manufactured by General Dynamics, expels a marking projectile by the action of an explosive charge. This type of training ammunition can be fired from special-purpose weapons or converted standard firearms.

The MDSP has determined that the use of Simunition Marking Munitions, or similar training ammunition, would meet the Handgun Qualification License training criteria, Public Safety § 5-117(d)(3)(iii) and COMAR 29.03.01.29.C(4), for demonstrating the applicant's safe operation and handling of a firearm. This is so because the weapon discharging the round would be a "firearm" under Public Safety § 5-101(h) and because the Simunition round does expel a projectile by action of an explosive charge and would be considered "live ammunition."

Therefore, the MDSP is in support of and approves your request to use Simunition Marking Munitions to meet the required "live fire component" for the Handgun Qualification License. A COMAR Amendment, as well as a Licensing Division's Bulletin to Qualified Handgun Instructors, will be forthcoming.

Thank you, once again, for taking time from your schedule to express your interest in this matter. Should you have any additional questions, please do not hesitate to contact me, by telephone, at 410-653-4502, or by email at adam.stachurski@maryland.gov. You may be assured of my continued cooperation in all matters of mutual concern.

Sincerely,

Adam J. Stachurski – Captain
Commander, Licensing Division
Maryland Department of State Police

AJS:cmh

MSP000272