# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs,* | * | |
| v. | * | Civil Case No. 16-cv-3311-ELH |
| LAWRENCE HOGAN, *et al.,* | * | |
| *Defendants.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DECLARATION OF CAPTAIN ANDREW J. ROSSIGNOL**

I, Captain Andrew J. Rossignol, under penalty of perjury, declare and state:

1. I am a Captain in the Maryland State Police ("MSP"). I am more than 18 years of age and am competent to testify, upon personal knowledge, to the matters stated below.

2. I have been a sworn officer with MSP since 2000. During the past 20 years, I have served in a variety of MSP units. Since September, 2018, I have served as Commander of the Licensing Division.

3. As the Commander of the Licensing Division, I manage and oversee all day-to-day operations of the sworn and civilian personnel within the Licensing Division's Firearms Services Section and Professional Licensing Section. Within the Firearms Services Section is the Handgun Qualification License ("HQL") Unit, Firearms Registration Unit, Handgun Permit Unit, and the Inspection and Compliance Billing Unit.

4. The HQL Unit of the Firearms Services Section is responsible for processing HQL applications and is comprised of 36 sworn troopers and 16 civilian personnel.

5. Attached hereto as Exhibit 1 is a chart derived from the records of the Licensing Division showing the number of HQL applications and Firearms Registration Applications ("FRS") for the State of Maryland for calendar years 2017, 2018, 2019 and the first 9 months of 2020.

6. As reflected on Exhibit 1, the total number of transfers of regulated firearms in the State of Maryland in 2018 was 53,544, or an average of 1,030 per week. In 2019, the total number of transfers of regulated firearms in the State of Maryland was 53,726, or an average of 1,033 per week. In the first 39 weeks of 2020, the total number of transfers of regulated firearms in the State of Maryland was 71,548, or an average of 1,835 per week.

7. In 2018, the Licensing Division received 21,727 HQL applications, or an average of 417 HQL applications each week. Only 641 of the 21,727 HQL applications received in 2018 were denied.

8. In 2019, the Licensing Division received 20,083 HQL applications, or an average of 386 HQL applications each week. Only 769 of the 20,083 HQL applications received in 2019 were denied.

9. In the first 39 weeks of 2020, the Licensing Division received 46,903 HQL applications, or an average of 1,203 HQL applications each week. Only 1,413 of the 46,903 HQL applications received in the first 39 weeks of 2020 were denied.

10. I have reviewed the Declaration of Captain Andy Johnson dated August 15, 2018 and submitted in the case in support of the defendants' Motion for Summary Judgment filed on August 17, 2018.

11. Since Captain Johnson's 2018 declaration, there have been some changes in the manner in which the Licensing Division handles HQL applications and issues HQLs to successful applicants.

12. The four-hour training sessions, which were formally conducted in a live classroom setting, are now conducted by way of a real time, bi-directional audio and video connection. A true and correct copy of MSP Bulletin LD-HQL-20-002 announcing this change is attached to this declaration as Exhibit 2.

13. In addition, effective October 1, 2020, the Licensing Division no longer prints and issues physical HQL license cards. Instead, the Licensing Division is in the process of transitioning to a system to provide an electronic license to successful HQL applicants. I expect the electronic licensing system to be in place by early 2021. In the meantime, the Licensing Division is issuing letters to successful HQL application in lieu of the printed and laminated cards that were issued through September 30, 2020. A true and correct copy of MSP Bulletin LD-HQL-20-003 announcing this change is attached to this declaration as Exhibit 3.

14. Captain Johnson left his position as Commander of the Licensing Division in September, 2018 and I succeeded him as Commander at that time.

15. During my tenure as Commander of the Licensing Division, every properly completed HQL application that has been submitted to MSP has been processed and formally approved or disapproved within 30 days of being submitted to MSP.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 11/23/20

Captain Andrew J. Rossignol
Maryland State Police

# Declaration Exhibit 1

| Licensing Division Weekly (39) Report 09/25/2020 through 10/1/2020 | 2017 Totals | 2018 Totals | 2019 Totals | 2020 Totals | 2017 Weekly Avg. | 2018 Weekly Avg. | 2019 Weekly Avg. | 2020 Weekly Avg. | Current Week Totals (2020) |
|---|---|---|---|---|---|---|---|---|---|
| FRS Total Apps Received | 51,851 | 53,544 | 53,726 | 71,548 | 997 | 1,030 | 1,033 | 1,835 | 2,455 |
| FRS Disapprovals | 175 | 206 | 245 | 424 | 3.4 | 4 | 4.7 | 10.9 | 19 |
| HQL New | 23,888 | 21,727 | 20,083 | 46,903 | 459 | 417.8 | 386.2 | 1,203 | 1,854 |
| HQL "New Resident" Apps | 0 | 0 | 0 | 890 | 0 | 0 | 0 | 22.8 | 19 |
| HQL Disapprovals | 566 | 641 | 769 | 1,413 | 10.9 | 12.3 | 14.8 | 36.2 | 54 |

# Declaration Exhibit 2



# MARYLAND STATE POLICE

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

# BULLETIN

**LD-HQL-20-002**

**July 28, 2020**

**Handgun Qualification License Virtual Training (AMENDED) and E-Mails**

The COVID-19 pandemic has altered many processes and procedures associated with group gatherings. In an effort to better serve the citizens of Maryland, and taking into consideration the health and safety of our partner Qualified Handgun Instructors (QHIs) and customers, the Maryland Department of State Police, Licensing Division (MDSPLD), has re-evaluated the classroom instruction requirement for the Handgun Qualification License (HQL) training. Effective immediately, the MDSPLD is approving HQL classroom training, via two-way virtual platforms. This change in policy does not alleviate any of the HQL training requirements set below.

QHIs electing to participate in virtual HQL training will require a real time, bi-directional audio and visual connection between the QHI and the students. Pre-recorded presentations of any form are not acceptable.

The Firearms Safety Training Course must be instructed by a QHI and shall consist of a minimum of 4 hours of instruction, and include the following minimum curricula:

1. State Firearm Law:  Overview of the State firearm laws, including discussion of what constitutes a regulated firearm, how to properly purchase or transfer a firearm, where allowed to carry or transport a firearm, when necessary to possess a carry permit, who is prohibited from possessing firearms and State law relating to minors, permissible levels of force and use of deadly force.
2. Home Firearm Safety:  Overview of handgun and firearm safety in the home, including discussion of access to minors, locking and storing of firearms and use of safety devices, such as secure lock boxes.
3. Handgun Mechanisms and Operation:  Overview of the proper operation and safe handling of a handgun, including cleaning and maintenance, the loading and unloading of ammunition and the differences between revolvers and semi-automatic handguns.

**Alert Bulletins are a service of the Maryland Department of State Police.  The content of this document is for OFFICIAL USE ONLY.  Any request for disclosure of this document, or the information contained herein, should be referred to either the originator of the Bulletin, or the Maryland Department of State Police, Licensing Division, 410.653.4500.**

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*



# MARYLAND STATE POLICE

4. Operation and Handling Demonstration: Orientation component that demonstrates the person's safe operation and handling of a firearm, to include a "live fire" component, in which the applicant safely shoots the weapon. An applicant may not be required to fire in excess of 15 yards during qualifications.

QHIs are also reminded that the individual student/applicant's HQL account must be associated with the individual student/applicant's personal email address.

For further information on the HQL, please visit our website by clicking the following link: Handgun Qualification License. You can also contact us, via email, at: msp.hql@maryland.gov.

**Alert Bulletins are a service of the Maryland Department of State Police. The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document, or the information contained herein, should be referred to either the originator of the Bulletin, or the Maryland Department of State Police, Licensing Division, 410.653.4500.**

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# Declaration Exhibit 3



# MARYLAND STATE POLICE

**Maryland Department of State Police / Licensing Division**
**1111 Reisterstown Road**
**Pikesville, Maryland**
**Office: (410) 653.4500 / Fax: (410) 653.4036**

# BULLETIN

### LD-HQL-20-003

### September 18, 2020

**Discontinuing Printing of Handgun Qualification License Cards**

The Maryland Department of State Police, Licensing Division (MDSPLD) is constantly reviewing policy and procedures in order to enhance the experience of our customers, allied agencies, firearms instructors and dealers, all while being as fiscally responsible to the citizens of Maryland as possible. With this in mind, beginning October 1, 2020, the MDSPLD will discontinue printing Handgun Qualification License (HQL) Cards in their current form.

All HQL applicants approved for an HQL, on or after October 1, 2020, will receive, via US mail, a paper HQL, similar to the example below. This paper license, or an electronic copy of the license, must be presented to a dealer or any other person, prior to selling, renting, or transferring a handgun, in accordance with MD Public Safety §5-117.1 and COMAR 29.03.01.06. The discontinuation of printing of the HQL cards will expedite the final process of the HQL and ultimately decrease the time it takes for the applicant to receive their HQL.

Qualified Handgun Instructors (QHI) are also reminded that the individual student/applicant's HQL account must be associated with the individual student/applicant's personal email address.

For further information on the HQL, please visit our website by clicking the following link: Handgun Qualification License. You may also contact us, via email, at: msp.hql@maryland.gov, and Regulated Firearms Dealers may contact us by utilizing the Livehelp feature within their Licensing Portal.

**Alert Bulletins are a service of the Maryland Department of State Police. The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document, or the information contained herein, should be referred to either the originator of the Bulletin, or the Maryland Department of State Police, Licensing Division, 410.653.4500.**

*UNCLASSIFIED//FOR OFFICIAL USE ONLY*

# MARYLAND STATE POLICE



**STATE OF MARYLAND**
**MARYLAND STATE POLICE**
1201 REISTERSTOWN ROAD
PIKESVILLE, MARYLAND 21208-3899
410-486-3101
TOLL FREE: 1-800-525-5555
TDD: 410-486-0677



**LARRY HOGAN**
GOVERNOR

**BOYD K. RUTHERFORD**
LT. GOVERNOR

**COLONEL**
**WOODROW W. JONES III**
SUPERINTENDENT

October 1, 2020

Name
Street Address
City, State, Zip

## HANDGUN QUALIFICATION LICENSE

Dear Name,

    The Maryland State Police Licensing Division has reviewed and APPROVED your application for a Handgun Qualification License (HQL). This correspondence serves as your Handgun Qualification License.

    Your Handgun Qualification License is valid for 10 years and is required to be presented anytime you intend to purchase, rent or receive a handgun in Maryland. This license is not a Handgun Carry Permit issued pursuant to the Public Safety Article, Title 5, Subtitle 3 and does not authorize you to wear, carry or transport a handgun.

    During the issuance period, should you become ineligible to possess a handgun pursuant to State or Federal laws, your license will be revoked. Upon notification of a revocation you will be required to return your Handgun Qualification License to the Maryland State Police address listed below.

    If your original or renewal Handgun Qualification License is lost or stolen, you may log in to your eGov account at https://emdsp.mdsp.org/egov/Login.aspx and order a replacement license. Replacement licenses require a nonrefundable replacement fee of $20.

Commander
Maryland State Police
Licensing Division
Handgun Qualification Unit
1111 Reisterstown Road
Pikesville, Maryland 21208

**Handgun Qualification License Number**
**HQL-2020-XXXXXX**

Alert Bulletins are a service of the Maryland Department of State Police. The content of this document is for OFFICIAL USE ONLY. Any request for disclosure of this document, or the information contained herein, should be referred to either the originator of the Bulletin, or the Maryland Department of State Police, Licensing Division, 410.653.4500.

UNCLASSIFIED//FOR OFFICIAL USE ONLY