# EXHIBIT 15

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3
 4    -------------------------------x
      MARYLAND SHALL ISSUE, INC.,
 5
      et al.,
 6
                         Plaintiffs,
 7
       v.                                     Civil Case No.
 8
      LAWRENCE HOGAN, et al.,           16-cv-3311-MJG
 9
                         Defendants.
10    -------------------------------x
11
12
13              Deposition of GARY KLECK
14                 Baltimore, Maryland
15                   May 18, 2018
16                    10:02 a.m.
17
18
19
20    Job No.:  190812
21    Pages:  1 - 52
22    Transcribed by:  Bobbi J. Fisher, RPR
```

Transcript of Gary Kleck
Conducted on May 18, 2018
49

1      A.   Yes.
2      Q.   Do you have a carry permit?
3      A.   No.
4      Q.   All right.  Why don't we take a short
5 break.
6           (A brief recess was taken.)
7 BY MR. SCOTT:
8      Q.   Are you aware of whether the
9 fingerprinting required by Maryland's HQL law --
10 the fingerprinting of applicants for an HQL enables
11 law enforcement to become aware when an HQL permit
12 holder becomes ineligible to possess a handgun?
13     A.   No.
14     Q.   Would you agree that the ability to
15 identify an HQL permit holder became disqualified
16 from possessing a handgun subsequent to receiving a
17 permit has potential public safety benefits?
18     A.   Yes.
19          MR. SCOTT:  I don't have any other
20 questions.
21          MR. SWEENEY:  All right.  We'll read and
22 sign.