# EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs,* | * | |
| v. | * | Civil Case No. 16-cv-3311-ELH |
| LAWRENCE HOGAN, *et al.*, | * | |
| *Defendants.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DECLARATION OF MARY SCANLAN

I, Mary Scanlan, under penalty of perjury, declare and state:

1. I am an executive associate in the Office of the Attorney General of Maryland. I am over the age of 18 and am competent to testify, upon personal knowledge, to the matters stated below.

2. Attached as Exhibit 3 to Defendants' Memorandum in Support of Motion for Summary Judgment is a true and correct copy of Testimony of Daniel W. Webster in Support of H.B. 294.

3. Attached as Exhibit 4 to Defendants' Memorandum in Support of Motion for Summary Judgment is a true and correct copy of U.S. General Accounting Office, Firearms Purchased from Federal Firearm Licensees Using Bogus Identification, GAO-01-427 (2001).

4. Attached as Exhibit 5 to Defendants' Memorandum in Support of Motion for Summary Judgment is a true and correct copy of Testimony of James W. Johnson (Mar. 1, 2013).

5. Attached as Exhibit 6 to Defendants' Memorandum in Support of Motion for Summary Judgment is a true and correct copy of Testimony of Anthony W. Batts (Feb. 6, 2013).

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Date: 11/23/2020                                 *Mary Scanlan*
                                                 _____
                                                 Mary Scanlan