IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

    *Plaintiffs*,   *

v.   *   No. 1:16-cv-03311-ELH

LAWRENCE HOGAN, *et al.*   *

    *Defendants*.   *

*   *   *   *   *   *   *   *   *   *   *   *   *

**ORDER**

Upon consideration of defendants' motion for summary judgment and any opposition thereto, it is this _____ day of _____ 2021, by the United States District Court for the District of Maryland:

ORDERED that defendants' motion for summary judgment is GRANTED; and it is further

ORDERED that the Clerk is directed to enter judgment in favor of defendants on all counts of the amended complaint.

                                          _____
                                          Ellen Lipton Hollander
                                          United States District Judge