IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LAWRENCE HOGAN, in his capacity<br>as GOVERNOR OF MARYLAND, *et al.*,<br><br>*Defendants*. | Case No. 1:16-cv-03311-ELH |

**APPENDIX IN SUPPORT OF BRIEF OF AMICUS CURIAE EVERYTOWN FOR GUN SAFETY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

## Appendix of Exhibits

| Exhibit Letter | Exhibit Description |
|---|---|
| 1 | Von Steuben Regulations Excerpt from: Regulations for the order and discipline of the troops of the United States, 1792 |
| 2 | Hutchinson, Code of Mississippi, 1848 |
| 3 | Laws of Alabama, General Assembly, Biennial Session Laws 3, 1851 |
| 4 | Laws of North Carolina, Regular Session Laws 34, 1856 |
| 5 | Laws of Georgia, Annual Session Laws 27 & 28, 1866 |
| 6 | City of Evanston Special Laws and Ordinances of General Interest, 1893 |
| 7 | Laws of Nebraska Relating to the City of Lincoln, Revised Ordinances 210, 1895 |
| 8 | Laws of Virginia, Extra Session Acts 155-157, 1902 |
| 9 | Parks Annotated Code Georgia 348, 1914 |
| 10 | Opinions of the Corporation Counsel and Assistants, Published by the Chicago City Counsel, 1916 |
| 11 | Laws of West Virginia, Regular and 1st Extraordinary Sessions 25-30, 1925 |
| 12 | Laws of Virginia, Regular Session 285-87, 1926 |
| 13 | Laws of Hawaii, 17th Legislature – Special Session 39, 1933 |