# EXHIBIT 1

# REGULATIONS

## FOR THE

## ORDER AND DISCIPLINE

### OF THE

## TROOPS

### OF THE

## UNITED STATES.

TO WHICH IS ADDED,

## An APPENDIX,

CONTAINING THE
UNITED STATES' MILITIA ACT,
Paſſed in Congreſs, May, 1792.

---

A *new* EDITION, illuſtrated by eight Copperplates, accurately engraved.

---

BY BARON DE STUBEN,
*Late Major General and Inſpector General of the Army of the United States.*

---

Printed at Exeter,
BY *HENRY RANLET*, FOR *THOMAS & ANDREWS*,
Fauſt's Statue, No. 46, Newbury-Street, Boſton.
MDCCXCIV.

v-03311-ELH Document 127-3 Filed 12/02/20

*IN CONGRESS, 29th March, 1779.*

CONGRESS *judging it of the greatest importance to prescribe some invariable rules for the Order and Discipline of the Troops, especially for the purpose of introducing an uniformity in their formation and manoeuvres, and in the service of the camp:*

Ordered, *That the following Regulations be observed by all the troops of the United States, and that all general and other Officers cause the same to be executed with all possible exactness.*

By Order,

JOHN JAY, *President.*

*Attest,*

CHARLES THOMPSON, *Sec'ry.*

---

*Extract of an Act for the Regulating and Governing the Militia of the Commonwealth of Massachusetts.  Passed June 22, 1793.*

" AND be it further enacted by the authority aforesaid, *That the rules of discipline approved and established by Congress, in the resolutions of the twenty-ninth day of March, one thousand seven hundred and seventy-nine, shall be the rules and regulations of discipline, to be observed by the Militia of this Commonwealth; except such deviations from said rules, as may be necessary by the requisitions of this act, or some other unavoidable circumstances; and every Officer receiving a commission in the Militia, shall immediately provide himself with a book containing those rules.*"



# REGULATIONS, &c.

## CHAP. I.

*Of the Arms and Accoutrements of the Officers, Non-commissioned Officers, and Soldiers.*

THE arms and accoutrements of the officers, non-commissioned officers, and soldiers, should be uniform throughout.

The officers who exercise their functions on horseback, are to be armed with swords, the platoon officers with swords and espontoons, the non-commissioned officers with swords, firelocks, and bayonets, and the soldiers with firelocks and bayonets.

## CHAP. II.

*Objects with which the Officers and Non-commissioned Officers should be acquainted.*

THE officers and non-commissioned officers of each regiment, are to be perfectly acquainted with the manual exercise, marchings and firings, that they may be able to instruct their soldiers when necessary; they must also be acquainted with the dress, discipline, and police of the troops, and with every thing that relates to the service.

The commanding officer of each regiment is to be answerable for the general instruction of the regiment, and is to exercise, or cause to be exercised, the officers, non-commissioned officers, and soldiers, whenever he thinks proper.

steps; the officer will then take three men, and placing them in one rank, exercise them in the different steps, and teach them

### The March by Files,

Which, being of great importance, must be carefully attended to; observing that the soldier carries his body more forward than in the front march, and that he does not increase the distance from his file-leader.

### The Oblique Step

Must then be practised, both in the quick and common time.

In marching obliquely to the right, the soldier steps obliquely with the right foot, bringing up the left, and placing the heel directly before the toes of the right foot, and the contrary when marching to the left; at the same time observing to keep the shoulders square to the front, especially that the shoulder opposed to the side they march to does not project, and that the files keep close.

The recruits being thus far instructed, must be again taken separately, and taught

### The Position of a Soldier under Arms.

In this position the soldier is to stand straight and firm upon his legs, with the heels two inches apart, the toes a little turned out, the belly drawn in a little without constraint, the breast a little projected, the shoulders square to the front and kept back, the right hand hanging down the side, with the palm close to the thigh, the left elbow not turned out from the body, the firelock carried on the left shoulder, at such height that the guard will be just under the left breast, the fore-finger and thumb before the swell of the butt, the three last fingers under the butt, the flat of the butt against the hip bone, and pressed so as that the firelock may be felt against the left side, and stand before the hollow of the shoulder, neither leaning towards the head nor from it, the barrel almost perpendicular. When exercising, he is to be very exact in counting a second of time between each motion.

-03311-ELH   Document 127-3   Filed 12/02/20

# The MANUAL EXERCISE.

## I.

### *Poise—Firelock!* Two motions.

1st. With your left hand turn the firelock briskly, bringing the lock to the front, at the same instant seize it with the right hand just below the lock, keeping the piece perpendicular.

2d. With a quick motion bring up the firelock from the shoulder directly before the face and seize it with the left hand just above the lock, so that the little finger may rest upon the feather spring, and the thumb lie on the stock; the left hand must be of an equal height with the eyes.

## II.

### *Cock—Firelock!* Two motions.

1st. Turn the barrel opposite to your face, and place your thumb upon the cock, raising the elbow square at this motion.

2d. Cock the firelock by drawing down your elbow, immediately placing your thumb upon the breech-pin, and the fingers under the guard.

## III.

### *Take Aim!* One motion.

Step back about six inches with the right foot, bringing the left toe to the front; at the same time drop the muzzle, and bring up the butt-end of the firelock against your right shoulder; place the left hand forward on the swell of the stock, and the fore-finger of the right hand before the trigger; sinking the muzzle a little below a level, and with the right eye looking along the barrel.

## IV.

### *Fire!* One motion.

Pull the trigger briskly, and immediately after bringing up the right foot, come to the priming position, placing the heels even, with the right toe pointing to the right, the lock opposite the right breast, the muzzle directly to the

front and as high as the hat, the left hand just forward of the feather-spring, holding the piece firm and steady; and at the same time seize the cock with the fore-finger and thumb of the right hand, the back of the hand turned up.

### V.

*Half-Cock—Firelock!* One motion.

Half bend the cock briskly, bringing down the elbow to the butt of the firelock.

### VI.

*Handle—Cartridge!* One motion.

Bring your right hand short round to your pouch, slapping it hard, seize the cartridge, and bring it with a quick motion to your mouth, bite the top off down to the powder, covering it instantly with your thumb, and bring the hand as low as the chin, with the elbow down.

### VII.

*Prime!* One motion.

Shake the powder into the pan, and covering the cartridge again, place the three last fingers behind the hammer, with the elbow up.

### VIII.

*Shut—Pan!* Two motions.

1st. Shut your pan briskly, bringing down the elbow to the butt of the firelock, holding the cartridge fast in your hand.

2d. Turn the piece nimbly round before you to the loading position, with the lock to the front, and the muzzle at the height of the chin, bringing the right hand up under the muzzle; both feet being kept fast in this motion.

### IX.

*Charge with Cartridge!* Two motions.

1st. Turn up your hand and put the cartridge into the muzzle, shaking the powder into the barrel.

2d. Turning the stock a little towards you, place your right hand closed, with a quick and strong motion, upon the butt of the rammer, the thumb upwards, and the elbow down.

## X.

*Draw—Rammer!* Two motions.

1ft. Draw your rammer with a quick motion half out, seizing it inftantly at the muzzle back-handed.
2d. Draw it quite out, turn it, and enter it into the muzzle.

## XI.

*Ram down—Cartridge!* One motion.

Ram the cartridge well down the barrel, and inftantly recovering and feizing the rammer back-handed by the middle, draw it quite out, turn it, and enter it as far as the lower pipe, placing at the fame time the edge of the hand on the butt-end of the rammer, with the finger extended.

## XII.

*Return—Rammer!* One motion.

Thruft the rammer home, and inftantly bring up the piece with the left hand to the fhoulder, feizing it at the fame time with the right hand under the cock, keeping the left hand at the fwell, and turning the body fquare to the front.

## XIII.

*Shoulder—Firelock!* Two motions.

1ft. Bring down the left hand, placing it ftrong upon the butt.
2d. With a quick motion bring the right hand down by your fide.

## XIV.

*Order—Firelock!* Two motions.

1ft. Sink the firelock with the left hand as low as poffible, without conftraint, and at the fame time bringing up the right hand, feize the firelock at the left fhoulder.
2d. Quit the firelock with the left hand, and with the right bring it down the right fide, the butt on the ground, even with the toes of the right foot, the thumb of the right hand lying along the barrel, and the muzzle being kept at a little diftance from the body.

## XV.

### *Ground—Firelock!* Two motions.

1st. With the right hand turn the firelock, bringing the lock to the rear, and instantly stepping forward with the left foot a large pace, lay the piece on the ground, the barrel in a direct line from front to rear, placing the left hand on the knee, to support the body, the head held up, the right hand and left heel in a line, and the right knee brought almost to the ground.

2d. Quitting the firelock, raise yourself up, and bring back the left foot to its former position.

## XVI.

### *Take up—Firelock!* Two motions.

1st. Step forward with the left foot, sink the body, and come to the position described in the first motion of grounding.

2d. Raise up yourself and firelock, stepping back again with the left foot, and as soon as the piece is perpendicular, turn the barrel behind, thus coming to the order.

## XVII.

### *Shoulder—Firelock!* Two motions.

1st. Bring the firelock to the left shoulder, throwing it up a little, and catching it below the tail-pipe, and instantly seize it with the left hand at the butt.

2d. With a quick motion bring the right hand down by your side.

## XVIII.

### *Secure—Firelock!* Three motions.

1st. Bring up the right hand briskly, and place it under the cock.

2d. Quit the butt with the left hand, and seize the firelock at the swell, bringing the arm close down upon the lock, the right hand being kept fast in this motion, and the piece upright.

3d. Quitting the piece with your right hand, bring it down by your side, at the same time with your left hand

throw the muzzle directly forward, bringing it within about one foot of the ground, and the butt close up behind the left shoulder, holding the left hand in a line with the waist belt, and with that arm covering the lock.

### XIX.

*Shoulder—Firelock!* Three motions.
1st. Bring the firelock up to the shoulder, seizing it with the right hand under the cock.
2d. Bring the left hand down strong upon the butt.
3d. Bring the right hand down by your side.

### XX.

*Fix—Bayonet!* Three motions.
1st and 2d motion the same as the two first motions of the secure.
3d. Quitting the piece with your right hand, sink it with your left down the left side, as far as may be without constraint, at the same time seize the bayonet with the right hand, draw and fix it, immediately slipping the hand down to the stock, and pressing in the piece to the hollow of the shoulder.

### XXI.

*Shoulder—Firelock!* Three motions.
1st. Quitting the piece with the right hand, with the left bring it up to the shoulder, and seize it again with the right hand under the cock, as in the second motion of the secure.
2d. Bring the left hand down strong upon the butt.
3d. Bring the right hand down by your side.

### XXII.

*Present—Arms!* Three motions.
1st and 2d motion the same as in coming to the poise
3d. Step briskly back with your right foot, placing it a hand's breadth distant from your left heel, at the same time bring down the firelock as quick as possible to the rest, sinking it as far down before your left knee as your right hand will permit without constraint, holding the right hand under the guard, with the fingers

extended, and drawing in the piece with the left hand till the barrel is perpendicular; during this motion you quit the piece with the left hand, and instantly seize it again just below the tail-pipe.

## XXIII.

### Shoulder—Firelock! Two motions.

1st. Lift up your right foot and place it by your left, at the same time bring the firelock to your left shoulder, and seize the buttend with the left hand, coming to the position of the first motion of the secure.
2d. Bring the right hand down by your side.

## XXIV.

### Charge Bayonet! Two motions.

1st. The same as the first motion of the secure.
2d. Bring the butt of the firelock under the right arm, letting the piece fall down strong on the palm of the left hand, which receives it at the swell, the muzzle pointing directly to the front, the butt pressed with the arm against the side; the front rank holding their pieces horizontally, and the rear rank the muzzles of theirs so high as to clear the heads of the front rank, both ranks keeping their feet fast.

## XXV.

### Shoulder—Firelock! Two motions.

1st. Bring up the piece smartly to a shoulder, seizing the butt with the left hand.
2d. Bring the right hand down by your side.

## XXVI.

### Advance—Arms! Four motions.

1st and 2d the same as the two first motions of the poise.
3d. Bring the firelock down to the right side, with the right hand as low as it will admit without constraint, slipping up the left hand at the same time to the swell, and instantly shifting the position of the right hand, take the guard between the thumb and forefinger, and bring the three last fingers under the cock, with the barrel to the rear.

4th. Quit the firelock with the left hand, bringing it down by your side.

## XXVII.

### Shoulder——Firelock! Four motions

1st. Bring up the left hand, and seize the firelock at the swell; instantly shifting the right hand to its former position.
2d. Come smartly up to a poise.
3d. and 4th. Shoulder.

### Explanation of Priming and Loading, as performed in the Firings.

### Prime and Load!——Fifteen motions.

1st. Come to the recover, throwing up your firelock, with a smart spring of the left hand, directly before the left breast, and turning the barrel inwards; at that moment catch it with the right hand below the lock, and instantly bringing up the left hand, with a rapid motion, seize the piece close above the lock, the little finger touching the feather-spring; the left hand to be at an equal height with the eyes, the butt of the firelock close to the left breast, but not pressed, and the barrel perpendicular.
2d. Bring the firelock down with a brisk motion to the *priming position*, as directed in the 4th word of command, instantly placing the thumb of the right hand against the face of the steel; the fingers clenched, and the elbow a little turned out, that the wrist may be clear of the cock.
3d. Open the pan by throwing back the steel with a strong motion of the right arm, keeping the firelock steady in the left hand.
4th. Handle cartridge.
5th. Prime.
6th. Shut pan.
7th. Cast about.
8th. and 9th. Load.
10th. and 11th. Draw rammer.
12th. Ram down cartridge.
13th. Return rammer.
14th. and 15th. Shoulder.

N. B. The motion of recover, coming down to the priming position, and opening the pan, to be done in the usual time, the motions of handling the cartridge to shutting the pan, to be done as quick as possible; when the pans are shut, make a small pause, and cast about together; then the loading and shouldering motions are to be done as quick as possible.

### Position of each Rank in the Firings.

### Front Rank! Make ready! One motion.

Spring the firelock briskly to a recover, as soon as the left hand seizes the firelock above the lock, the right elbow is to be nimbly raised a little, placing the thumb of that hand upon the cock, the fingers open by the plate of the lock, and as quick as possible cock the piece, by dropping the elbow, and forcing down the cock with the thumb, immediately seizing the firelock with the right hand, close under the lock; the piece to be held in this manner perpendicular, opposite the left side of the face, the body kept straight, and as full to the front as possible, and the head held up, looking well to the right.

### Take Aim! Fire!
As before explained.

### Rear rank! Make ready! One motion.

Recover and cock as before directed, at the same time stepping about six inches to the right, so as to place yourself opposite the interval of the front rank.

### Take Aim! Fire!
As before explained.

The recruits being thus far instructed, the officer must take twelve men, and placing them in one rank, teach them *to dress* to the right and left; to do which the soldier must observe to feel the man on that side he dresses to, without crowding him, and to advance or retire, till he can just discover the breast of the second man from him, taking care not to stoop, but to keep his head and body upright.

When they can dress pretty well, they must be taught *to wheel*, as follows;

### To the Right,—Wheel!

At this word of command the men turn their heads briskly to the left, except the left hand man.