# EXHIBIT 5

# HEINONLINE



DATE DOWNLOADED: Tue Dec  1 09:56:47 2020
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1866 27 .

ALWD 6th ed.
, , 1866 27 .

Chicago 7th ed.
"," Georgia - Annual Session : 27-28

AGLC 4th ed.
'' Georgia - Annual Session 27.

OSCOLA 4th ed.
'' 1866 27

Provided by:
Provided by Jenkins Law Library

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
   Conditions of the license agreement available at
   *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

Bibb county to issue bonds—Camden, Glynn and Effingham counties to levy a special tax.

# TITLE VI.

## COUNTY BONDS, TAXES, ETC.

**BIBB COUNTY, (No 40.)**
SEC. 1. Bonds authorized for building Court House and Jail.
2. Sale and payment of bonds.
**CAMDEN, GLYNN AND EFFINGHAM COUNTIES, (No. 41.)**
3. Tax on dogs and guns authorized.
4. Owners of plantations to make returns.
**DECATUR CO., (Nos. 42, 43.)**
5. Payment of Jurors.
6. By extra tax.
7. Issue of bonds for building bridge.
8. Tax for payment.
9. Right of way, damages.
10. Rates of toll.
11. Amount and sale of bonds.
**ECHOLS CO., (No. 44.)**
12. Extra tax for building bridge legalized.

**LOWNDES CO., (No. 45, 46.)**
13. Issue of bonds for building Court House and Jail.
14. Signing and registering.
15. Coupons receivable for county dues.
16. Tax for payment of bonds.
17. Issue of scrip legalized.
**RANDOLPH CO., (No. 47.)**
18. Tax for 1866 legalized.
**RICHMOND CO., (No. 48.)**
19. Extra tax for county purposes.
**THOMAS AND MITCHELL COS., (No. 49.]**
20. Issue of bonds for taking railroad stock.
21. Legal voters to consent to subscription.

### (No. 40.)

*An Act to authorize the Inferior Court of Bibb county to issue their bonds for the purpose of raising funds to build a new Court House and Jail.*

1. SECTION I. *The General Assembly of the State of Georgia do enact,* That the Inferior Court of Bibb county shall have power and authority to issue their bonds in such sums as they may deem proper, <sub>Amount of bonds.</sub> and having not longer than ten years to run, bearing seven per cent. interest; such bonds to amount, in the aggregate, to not more than fifty thousand dollars, for the purpose of raising funds to build a new Court House and Jail for the county of Bibb.

2. SEC. II. The bonds authorized by this act shall be approved and signed by all the Justices of the Inferior Court in their official <sub>How sold.</sub> capacity, and may be sold in the market or at public outcry, as the Inferior Court may direct; at any rate not less than ninety per cent. of their nominal value, and when so issued and sold shall be valid and binding on the county of Bibb, and for the payment of which <sub>Payment, how provided for.</sub> and the interest thereon, the Inferior Court shall provide by taxation.

SEC. III. Repeals conflicting laws.

Assented to 13th of December, 1866.

### (No. 41.)

*An Act to authorize the Justices of the Inferior Courts of Camden, Glynn and Effingham counties to levy a special tax for county purposes, and to regulate the same.*

3. SECTION I. *The General Assembly of the State of Georgia do enact,* That the Justices of the Inferior Courts of Camden, Glynn and Effingham counties be and they are hereby authorized to levy and <sub>Justices of Infr Court authorized to levy tax.</sub>

collect a tax of two dollars per head on each and every dog over the number of three, and one dollar a piece on every gun or pistol, musket or rifle over the number of three kept or owned on any plantation in the counties aforesaid; the said tax to be applied to such county purposes as the said courts shall direct.

**Planters required to render full return upon oath.** 4. Sec. II. That the owner of every plantation in said counties shall be required to render, upon oath, a full return of every dog, gun, pistol, musket, or rifle so held or kept as aforesaid, and shall be held responsible for the tax imposed upon them, which tax the said Inferior Courts are hereby authorized and empowered to enforce, as in other cases.

Sec. III. Repeals conflicting laws.

Approved 7th of December, 1866.

(No. 42.)

*An Act to compensate Grand and Petit Jurors of the Superior, Inferior and County Courts in the county of Decatur, in this State, and to authorize the levy of an extra tax for said purpose.*

5. Section I. *The General Assembly of the State of Georgia do enact,* That from and immediately after the passage of this act Grand **Compensation of Jurors.** and Petit Jurors who may serve in the Superior or County Courts in the county of Decatur shall be entitled to receive for each and every day they may serve as such jurors, two dollars; *provided* he shall **Proviso.** produce the certificate of the sheriff, countersigned by the presiding Judge or Justice, of the time he has served, which certificate shall be a warrant for the sum allowed, and a voucher to the treasurer of the county for paying the same.

6. Sec. II. That the Inferior Court of Decatur county is author-**Inf'r Court may collect Jury tax.** ized and required to levy and have collected an extra tax, to be styled the "Jury Tax," of sufficient amount to pay all jurors in said county as provided for in the first section of this act.

**Acts shall be of force.** Sec. III. That this act shall be of force immediately after its passage, and all conflicting laws are repealed.

Assented to 12th of December, 1866.

(No. 43.)

*An Act to authorize the Justices of the Inferior Court of Decatur County to issue Bonds for the payment of erecting a Bridge over Flint River, within the limits of Bainbridge, or for the payment of stock in a corporate company for that purpose.*

**Bonds.** 7. Section I. *The General Assembly of the State of Georgia do enact,* That a majority of the Justices of the Inferior Court of Decatur county may issue bonds, payable in two, three, four, five, six, seven, eight, nine and ten years, and if in their judgment it would be better, up to twenty years, with a rate of interest not greater than that rate fixed by law; which bonds, so issued, shall be signed by