# EXHIBIT 7

# HEINONLINE



DATE DOWNLOADED: Tue Dec  1 10:18:32 2020
SOURCE: Content Downloaded from *HeinOnline*

Citations:

Bluebook 21st ed.
1895 95 .

ALWD 6th ed.
, , 1895 95 .

Chicago 7th ed.
"," Nebraska - Laws of Nebraska Relating to the City of Lincoln, Revised Ordinances : 95-408

AGLC 4th ed.
" Nebraska - Laws of Nebraska Relating to the City of Lincoln, Revised Ordinances 95.

OSCOLA 4th ed.
" 1895 95

Provided by:
Provided by Jenkins Law Library

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
  Conditions of the license agreement available at
  *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.

coal purchased, a certificate showing the weight of the coal so delivered, and the weight of the wagon or cart.

781. § 3. Any person violating any of the provisions of this ordinance, or who shall deliver to any purchaser a less quantity than two thousand pounds of coal for each ton purchased, (or a proportionate amount for any part of a ton,) or who shall practice any fraud or deceit in the sale or delivery of any coal purchased, to be delivered in said city as aforesaid, shall, upon conviction, be fined in a sum of not less than twenty dollars, nor more than fifty dollars, for each offense; and it is hereby made the duty of every driver of any coal wagon or cart to drive said wagon or cart upon the city scales and have the same weighed with and without the load, whenever requested by the purchaser, the expense of said weighing to be paid by said purchaser if the weights in said certificate are found correct, otherwise to be paid by the dealer.

§ 4. All ordinances or parts of ordinances in conflict with the provisions of this ordinance are hereby repealed.
§ 5. This ordinance shall take effect and be in force from and after the expiration of one week after its passage, approval, and publication according to law.
Passed August 26, A. D. 1895.
Approved August 26, A. D. 1895.    F. A. GRAHAM, *Mayor*.
Attest: J. W. BOWEN, *City Clerk*. [SEAL.]

AN ORDINANCE regulating the carrying of concealed weapons in the city of Lincoln, prohibiting the carrying of the same save under certain conditions, prescribing penalties for violation of the provisions of this ordinance, and repealing ordinances in conflict herewith.

*Be it ordained by the Mayor and Council of the City of Lincoln:*

## Article XVI.

### Concealed Weapons.

782. § 1. It shall be unlawful for any person within said city to carry about the person any concealed pistol, revolver, dirk, bowie knife, billy, sling-shot, metal knuckles, or other dangerous or deadly weapons of any kind, excepting only officers of the law in the discharge of their duties; and any person so offending shall be deemed guilty of a misdemeanor, and on conviction thereof shall be subject to the penalty hereinafter provided.

210        GENERAL ORDINANCES OF

783. § 2. Any such weapon or weapons, duly adjudged by the Police Judge of said city to have been worn or carried by any person, in violation of the first section of this ordinance, shall be so forfeited or confiscated to the said city of Lincoln, and shall be so adjudged.

784. § 3. Any policeman of the city of Lincoln may within the limits of said city without warrant arrest any person or persons whom such policeman may find in the act of carrying or wearing under their clothes or concealed about their person, any pistol, or revolver, slung shot, or cross-knuckles, or knuckles of lead, brass or other metal, or bowie knife, dirk knife, or dirk, or dagger, or any other dangerous or deadly weapon, and detain him, her, or them, in the city jail until a warrant can be procured.

785. § 4. Any person or persons violating any of the provisions of the first section of this ordinance, shall, upon conviction, pay a fine of not more than one hundred dollars, and be committed until such fine and costs are paid.

786. § 5. The prohibitions of this ordinance shall not apply to the officers or members of the police force of the city when on duty, nor to any officer of any court whose duty may be to serve warrants or to make arrests, nor to persons whose business or occupation may seem to require the carrying of weapons for their protection, and who shall have obtained from the Mayor a license so to do.

787. § 6. The Mayor may grant to so many and such persons as he may think proper, licenses to carry concealed weapons, and may revoke any and all of such licenses at his pleasure. Every such license shall state the name, age, occupation, and residence, of the person to whom granted, and shall be good for one year. A fee of fifty cents shall be paid therefor to the City Treasurer, and by him placed in the police fund.

§ 7. All ordinances or parts of ordinances in conflict with the provisions of this ordinance are hereby repealed.

§ 8. This ordinance shall take effect and be in force from and after the expiration of one week after its passage, approval, and publication according to law.

Passed August 26, A. D. 1895.
Approved August 26, A. D. 1895.                        F. A. GRAHAM, *Mayor.*
Attest: J. W. BOWEN, *City Clerk.* [SEAL.]