IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>LAWRENCE HOGAN, in his capacity as GOVERNOR OF MARYLAND, *et al.*, <br><br>*Defendants*. | Case No. 1:16-cv-03311-ELH |

**[PROPOSED] ORDER GRANTING MOTION OF
EVERYTOWN FOR GUN SAFETY**

It is ORDERED, on this _____ day of _____ 2020, that Everytown for Gun Safety's motion for leave to file an amicus curiae brief in support of Defendants' motion for summary judgment is HEREBY GRANTED, and that Everytown for Gun Safety is permitted to file the proposed amicus curiae brief.

SO ORDERED:

_____

Hon. Ellen Lipton Hollander
United States District Judge