IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,

    *Plaintiffs,*

v.

LAWRENCE HOGAN, in his capacity
as GOVERNOR OF MARYLAND, *et al.*,

    *Defendants.*

Case No. 1:16-cv-03311-ELH

## [~~PROPOSED~~] ORDER GRANTING MOTION OF EVERYTOWN FOR GUN SAFETY

It is ORDERED, on this 3rd day of Dec. 2020, that Everytown for Gun Safety's motion for leave to file an amicus curiae brief in support of Defendants' motion for summary judgment is HEREBY GRANTED, and that Everytown for Gun Safety is permitted to file the proposed amicus curiae brief.

SO ORDERED:

*/s/ Ellen L. Hollander*

Hon. Ellen Lipton Hollander
United States District Judge

1