# EXHIBIT 6

This is a reproduction of a library book that was digitized by Google as part of an ongoing effort to preserve the information in books and make it universally accessible.

 

https://books.google.com

Case 1:16-cv-03311-ELH   Document 129-7   Filed 12/03/20   Page 3 of 7

NYPL RESEARCH LIBRARIES
3 3433 01235431 6



# REVISED ORDINANCES

OF THE

# CITY OF EVANSTON

ALSO

## SPECIAL LAWS
## AND ORDINANCES OF GENERAL INTEREST

REVISED BY

## GEORGE W. HESS AND FRANK R. GROVER

PUBLISHED BY AUTHORITY OF THE
CITY COUNCIL OF THE CITY OF EVANSTON

LANSING, MIGHIGAN:
DARIUS D. THORP, PRINTER AND BINDER,
1893.

Case 1:16-cv-03311-ELH   Document 129-7   Filed 12/03/20   Page 5 of 7

REG. NO.
3614/



Digitized by Google

## CHAPTER XXIX.

### CONCEALED WEAPONS.

531. *Unlawful to carry.*
532. *Confiscation of weapons.*
533. *Arrest for carrying.*
534. *Procedure.*
535. *Penalty.*
536. *To whom not applicable.*
537. *Mayor to grant licenses.*
538. *Fee for license.*
539. *Contents of license.*

531. It shall be unlawful for any person within the limits of the city of Evanston to carry or wear under his clothes or concealed about his person, any pistol, colt or slung shot, cross knucklet, or knuckles of lead, brass or other metal, or bowie knife, dirk, dagger, or any other dangerous or deadly weapon.

532. Any such weapon or weapons duly adjudged by any police magistrate, or justice of the peace, to have been worn or carried by any person, in violation of section 531 shall be forfeited or confiscated to the said city of Evanston, and shall be so adjudged.

533. Any policeman of the city of Evanston may, within the limits of said village, without a warrant, arrest any person or persons whom he may find in the act of carrying or wearing concealed about his or their persons, under their clothes, any weapon specified in section 531, until a summons or warrant can be procured on complaint made (under oath or affirmation) for the trial of such person or persons, and for the seizure and confiscation of such weapons.

534. Upon complaint made, under oath or affirmation, to any magistrate or justice of the peace in said city, that any person has been guilty of violating any of the provisions of section 531, a summons or warrant shall issue for the summoning or arrest of the offender or offenders returnable forthwith; upon the return of such summons or warrant, such magistrate or justice shall proceed to the hearing and determination of the matter, and if it shall be adjudged that such person or persons has or have incurred any of the penalties fixed by this chapter, such magistrate or justice of the peace shall so adjudge and order that the weapon or weapons, concerning the wearing or carrying of which such pen-

alty shall have been incurred, shall be confiscated to the city of Evanston.

535. Any person or persons violating any of the provisions of this chapter shall pay a fine of not less than five dollars nor more than two hundred dollars, in the discretion of the magistrate or court before whom such conviction shall be had.

536. The prohibitions of this chapter shall not apply to the officers or members of the police force of said city when on duty, nor to any officer of any court whose duty it may be to serve warrants or to make arrests; nor to persons whose business or occupation may seem to require the carrying of weapons for their protection, and who shall have obtained from the mayor a license so to do, as hereinafter provided.

537. The Mayor may grant to so many and such persons as he may think proper, licenses to carry concealed weapons, and may revoke any and all of such licenses at his pleasure.

538. Applications for such licenses shall be made to the city clerk, and when granted, the applicant therefor shall pay to the said clerk, for the use of the city, the sum of two dollars.

539. Every such license shall state the name, age and occupation and residence of the person to whom it is granted.

Digitized by Google