# EXHIBIT 10





# OPINIONS

### OF THE

# Corporation Counsel and Assistants

#### FROM

## MAY 1, 1915, TO JUNE 30, 1916.

PUBLISHED BY AUTHORITY OF THE
CITY COUNCIL
OF THE CITY OF CHICAGO

Compiled and Edited by
SAMUEL A. ETTELSON
Corporation Counsel



9

Generated on 2020-12-01 16:51 GMT / https://hdl.handle.net/2027/osu.32435066757790
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
THE OHIO STATE UNIVERSITY

### Permit for Purchase of Revolver by Owner of Shooting Gallery.

November 10, 1915.

MESSRS. VON LENGERKE & ANTOINE, 128-32 South Wabash Avenue.

Gentlemen:

Your communication of the 5th inst. wherein you wish to be advised if it is necessary for a person who keeps, conducts and operates a licensed shooting gallery to secure from the general superintendent of police a permit to purchase revolvers to be used for target practice in licensed shooting gallery, has been referred to me, and in reply I beg to state as follows:

An ordinance passed by the City Council under date of May 25, 1914, and appearing upon pages 418 and 419 of the Council Journal, amending an ordinance passed by the City Council May 11, 1914, and appearing on pages 186 and 187 of the Council Journal, is as follows:

> "SECTION 4a. It shall be unlawful for any person, firm or corporation to sell, barter or give away to any person within the City of Chicago, any pistol, revolver, derringer, bowie knife, dirk or other weapon of like character which can be concealed on the person, except to licensed dealers and to persons who have secured a permit for the purchase of such articles from the general superintendent of police as hereinafter required; provided, this section shall not apply to sales made of such articles which are to be delivered or furnished outside the City of Chicago.
>
> "SECTION 5. It shall be unlawful for any person to purchase any pistol, revolver, derringer, bowie knife, dirk or other weapon of like character, which can be concealed on the person, without first securing from the General Superintendent of Police a permit so to do. Before any such permit is granted, an application in writing shall be made therefor, setting forth in such application the name, address, age, height, weight, complexion, nationality and other elements of identification, of the person desiring such permit, and the applicant shall present

such evidence of good character as the General Superintendent of Police in his discretion may require.

"SECTION 6. It shall be the duty of the General Superintendent of Police to refuse such permit to

(a) All persons having been convicted of any crime.

(b) All minors.

"Otherwise, in case he shall be satisfied that the applicant is a person of good moral character, it shall be the duty of the General Superintendent of Police to grant such permit, upon the payment of a fee of one dollar.

"SECTION 8. Any person, firm or corporation violating any of the provisions of this ordinance, shall be fined not less than Fifty Dollars ($50.00) nor more than Two Hundred Dollars ($200.00) for each offense, and every purchase, sale or gift of any weapon mentioned in this ordinance shall be deemed a separate offense."

It would seem from the above sections that the intention of the City Council was to exercise the power to determine the manner in which deadly weapons may be sold. The section of the ordinance requiring a permit from the general superintendent of police before a person can lawfully purchase a revolver was for the purpose of keeping a record of all revolvers sold in the City of Chicago.

The ordinance giving the city power to restrict and regulate the sale of firearms is a separate and distinct ordinance from the one giving the city power to grant licenses to persons to keep, conduct and operate a shooting gallery.

I am, therefore, of the opinion that a person must first secure a permit from the general superintendent of police before he can purchase a revolver to be used in a shooting gallery for target practice.

Yours very truly,

CHARLES E. PEACE,
*Assistant Corporation Counsel.*

Approved:

SAMUEL A. ETTELSON,
*Corporation Counsel.*

