IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., et al., | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 16-cv-3311-ELH |
| | ) |
| LAWRENCE HOGAN, et al., | ) |
| | ) |
| **Defendants.** | ) |

### Plaintiffs' Cross-Motion for Summary Judgment

Plaintiffs Maryland Shall Issue, Inc., Deborah Kay Miller, Susan Brancato Vizas, and Atlantic Guns, Inc. (collectively, "Plaintiffs"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 56, move for summary judgment on all counts of Plaintiffs' Amended Complaint and oppose Defendants' Motion for Summary Judgment for the reasons stated in their accompanying Memorandum and request a hearing on their Cross-motion.

Respectfully submitted,

| | |
|---|---|
| Cary J. Hansel (Bar No. 14722) | John Parker Sweeney (Bar No. 08761) |
| 2514 N. Charles Street | James W. Porter, III (Bar No. 19416) |
| Baltimore, MD 21218 | Marc A. Nardone (Bar No. 18811) |
| Phone: 301-461-1040 | Bradley Arant Boult Cummings LLP |
| Facsimile: 443-451-8606 | 1615 L Street N.W., Suite 1350 |
| cary@hansellaw.com | Washington, D.C. 20036 |
| | Phone: 202-393-7150 |
| Counsel for Plaintiffs | Facsimile: 202-347-1684 |
| | jsweeney@bradley.com |
| | |
| | Counsel for Plaintiff Atlantic Guns, Inc. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of January, 2021, the foregoing was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)