IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 16-cv-3311-ELH |
| LAWRENCE HOGAN, et al., | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Plaintiffs' Cross-motion for Summary Judgment and any opposition thereto as well as Defendants' Motion for Summary Judgment and any opposition thereto, and the entire record in this action, it is this _____ day of _____ 2021, ORDERED:

1. That the Plaintiffs' Cross-motion for Summary Judgment be, and hereby is, GRANTED; and

2. That the Defendants' Motion for Summary Judgment be, and hereby is, DENIED; and

3. That the Clerk is directed to enter judgment in favor of the Plaintiffs on all counts of the Amended Complaint.

_____
Ellen Lipton Hollander
United States District Judge