IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 16-cv-3311-ELH |
| | ) |
| **LAWRENCE HOGAN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon consideration of the Plaintiffs' Motion to Strike Opinions of Defendants' Experts James Johnson, James Russell, and Daniel Webster, any opposition thereto, and the entire record in this case, it is this ____ day of _____ 2021, by the United States District Court for the District of Maryland, ORDERED:

1. That the Plaintiffs' Motion to Strike Opinions of Defendants' Experts James Johnson, James Russell, and Daniel Webster be, and hereby is, GRANTED; and

2. That paragraphs 7–15, 17–18 of James Johnson's declaration (ECF 125-14), paragraphs 13, 17–25 in James Russell's declaration (ECF 125-13), paragraphs 8–20 in Daniel Webster's declaration (ECF 125-11), and paragraphs 5–8 in Daniel Webster's second supplemental declaration (ECF 125-12) are stricken from the record and Defendants are precluding from relying upon them.

_____
Ellen Lipton Hollander
United States District Judge