Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

------------------------------X

MARYLAND SHALL ISSUE, INC.,        :

et al.,                            :

                                   :   Case No:

          Plaintiffs               :   16-cv-3311-MJG

                                   :

          -vs-                     :   Pages 1 - 109

                                   :

LAWRENCE HOGAN, in his             :

capacity of Governor of            :

Maryland, et al.,                  :

                                   :

          Defendants               :

------------------------------X



Deposition of James Johnson

Baltimore, Maryland

Tuesday, March 13, 2018



Reported by:  Kathleen M. Vaglica, RPR, RMR

Job No:  390081


MAGNA LEGAL SERVICES

(866) 624-6221



EXHIBIT
1

1   that?

2        A.   I did not prepare the document.  However,

3   I was involved in dialogue with Ms. Katz on one or

4   more occasions over the last several months that I

5   believe was used to help identify the areas that I

6   could address.

7        Q.   All right.  This says you were a hybrid

8   fact and expert witness.  Can you tell me what that

9   means to you?

10       A.   I cannot help out with hybrid fact.  I do

11  believe, though, that I possess an extensive amount

12  of knowledge of local and national gun law, efforts

13  to address current state and federal laws that

14  regulate purchasing, possessing guns.

15            I have testified extensively on the gun

16  issue in Maryland's legislature.  I have written on

17  the topic for the past seven years and read

18  significant material related to the gun issue.

19       Q.   Do you have a list of your published

20  articles on the area of gun policy?

21       A.   No.

22       Q.   Do you have them with you in the box?



1          We've addressed gun violence restraining

2     orders recently and provided detail of what, as an

3     organization, we felt was necessary.  Keep in mind

4     that organization, the gun partnership, represents

5     the nine leading and largest law enforcement

6     management organizations nationwide, so we speak on

7     behalf of those organizations.

8          Q.   All right.  And in terms of the training

9     that the Law Enforcement Partnership recommends for

10    would-be gun owners, you said there's no specific

11    hours that you recommend; is that correct?

12         A.   No, I don't recall actually placing a

13    number of hours.  It's more the skills, and it's up

14    to each state to decide what's reasonable.

15         Q.   And does the Law Enforcement Partnership

16    recommend a live fire component of such training?

17         A.   We have not addressed a live component

18    exercise.

19         Q.   Now, has the Law Enforcement Partnership

20    recommended fingerprinting prior to the purchase of

21    handguns?

22         A.   We have not addressed fingerprinting, but



1   I would add that I strongly believe, as chairman of

2   the organization, both measures are reasonable

3   before one is issued, you know, license to purchase

4   a weapon.

5       Q.   By both measures are you saying

6   fingerprinting and training?

7       A.   I do believe that they are reasonable,

8   yes.

9       Q.   But there is no publication by the Law

10  Enforcement Partnership recommending fingerprinting?

11      A.   No.

12      Q.   And there's no publication by the Law

13  Enforcement Partnership recommending a permit to

14  purchase scheme; correct?

15          MS. KATZ:  Objection.

16          THE WITNESS:  I do believe you're going to

17  find documents in the file that indicate states that

18  have licensing training do show a decrease in gun

19  violence.  We have used Dan Webster's material

20  extensively to develop our position, his research.

21  BY MR. SWEENEY:

22      Q.   Well, what I'm asking, is there any



1   publication by the Law Enforcement Partnership that

2   recommends a permit to purchase scheme prior to

3   handgun ownership?

4           MS. KATZ:  Objection as to form.

5           THE WITNESS:  Answer the question?

6           MS. KATZ:  Oh, sure.  Yes.  Sorry.

7           THE WITNESS:  I'm going to say no without

8   sitting down and going through each and every

9   document again.

10  BY MR. SWEENEY:

11      Q.   All right.  We'll give you an opportunity

12  to break to refresh your recollection by going

13  through your documents to see if you can find any

14  publication by the partnership that recommends a

15  permit to purchase, but as you sit here right now,

16  you can't think of anyone; correct?

17      A.   No.  No, sir.

18      Q.   Thank you.  So the subject matter that has

19  been set forth in Exhibit 36 for your testimony

20  starts with the requirements of the Handgun

21  Qualification License.  Are there any requirements

22  other than the training and fingerprinting that we



Page 23

1   Maryland?

2       A.   I can't recall seeing a report of an

3   individual who used false identification to buy a

4   weapon.  I have seen several reports of individuals

5   who bought weapons under a straw purchasing scheme.

6       Q.   We'll get to that in a moment, but let's

7   focus now on false identification.  Other than these

8   conversations you've had with gun squads, you have

9   no information at all about false identification

10  purchase of handguns in Maryland; correct?

11          MS. KATZ:  Objection as to form.  You can

12  answer, if you can.

13          THE WITNESS:  I do not possess statistics

14  on the prevalence of false identification used.

15  BY MR. SWEENEY:

16      Q.   So you're not in a position to say that

17  the initiation of the HQL application fingerprinting

18  process in 2013 has made any difference on the

19  extent to which individuals are able to purchase

20  handguns with false identification in Maryland?

21          MS. KATZ:  Objection to the form.  You can

22  answer.



1   adult life that individuals are very concerned about

2   the government possessing their fingerprints for

3   various reasons that they'll have to explain.

4        Q.   And that's true for all Maryland citizens;

5   correct?

6            MS. KATZ:  Objection as to form.  You can

7   answer, if you can.

8            THE WITNESS:  I can't answer that.

9   BY MR. SWEENEY:

10       Q.   Now, do we have any information as to

11  whether or not the fingerprinting requirement has

12  caught anyone who was a straw purchaser?

13           MS. KATZ:  Objection to form.  You can

14  answer.

15           THE WITNESS:  I don't possess that

16  information.

17  BY MR. SWEENEY:

18       Q.   All right.  Do you have any data on the

19  extent to which straw purchases of handgun occurred

20  in Maryland prior to the Handgun Qualification

21  License requirement being initiated?

22       A.   Yes.



Page 33

1   can answer, if you know.

2          THE WITNESS:  I don't know if they are

3   trained to.  I would hope, I would think that most

4   responsible gun owners that take the initiative to

5   be a trainer have pride in their work, and they

6   don't want to see someone that shouldn't have a

7   weapon obtain one.

8   BY MR. SWEENEY:

9      Q.   So, if an individual passes a NICS check,

10  passes the additional Maryland State Police

11  background check, including any incidence of

12  commitment to a mental institution or adjudication

13  of mental defectiveness, the Handgun Qualification

14  License you expect will weed out more individuals

15  based on mental incompetence because the instructors

16  in the training program will weed them out; is that

17  what you're saying?

18          MS. KATZ:  Objection.

19          THE WITNESS:  I do believe that's the

20  case, yes.

21  BY MR. SWEENEY:

22     Q.   And do you know if the Maryland State



Page 34

1    Police has issued any guidelines or standards for

2    the instructors to use in that regard?

3         A.   I do not know.

4         Q.   Do you know if there are any written

5    instructions that the instructors are expected to do

6    that with the individuals who they train?

7         A.   I do not know.

8         Q.   So do you have anything other than a hope

9    that this would occur to support your opinion that

10   the training will weed out such individuals?

11        A.   I've been around gun, guns, trainers,

12   educational range process for over 40 years, and

13   it's been my experience that individuals that take

14   the time and effort and the initiative to become

15   knowledgeable about weapons and go so far as to take

16   the additional step to become a trainer, which is

17   quite advanced, I would have confidence that that

18   individual would call someone out that obviously

19   suffered from an impairment or a condition that

20   alarmed them.  I do not think they would pass that

21   individual on.

22             I feel strongly about that.  I think they



Page 35

1  would.  I base that on my nearly 40 years of

2  experience dealing with weapons, firearms, ranges,

3  gun shops, gun shop owners.

4      Q.  Do you have any facts or data that

5  indicate on how many occasions such individual with

6  impairments or other conditions that make them

7  unsuitable to be a gun owner purchased handguns in

8  Maryland prior to the Handgun Qualification License

9  being initiated?

10         MS. KATZ:  Objection as to form, but you

11  can answer, if you know.

12         THE WITNESS:  No, I do not.

13  BY MR. SWEENEY:

14     Q.  And I take it you also don't have any such

15  data or information about incidents in which such

16  individuals have or have not been able to obtain

17  handguns after the Handgun Qualification License?

18     A.  No, I do not.

19     Q.  What do you understand the Handgun

20  Qualification License training program consists of

21  precisely?

22     A.  An overview of Maryland law regarding when



Page 41

1    more significant in its scope and certainly

2    information when you're taught that by another

3    individual.

4         Q.   Do you have any studies of the behavior of

5    straw purchasers that would support your opinion in

6    this regard?

7         A.   No.

8         Q.   The second topic of testimony is

9    investigate the origins of firearms used in crime in

10   Baltimore County.  What information do you have

11   about the origins of firearms used in crime in

12   Baltimore County?

13        A.   We would track the use of firearms on a

14   regular, you know, yearly basis.  We determined

15   individual crimes, what type of weapon was used.  We

16   worked closely with ATF in tracing systems.  I was

17   instrumental in developing a gun squad in the

18   Baltimore County Police Department that tracked the

19   use of weapons and crimes of violence, illegal

20   purchasing of weapon, illegal purchases of

21   ammunition, and then actually targeting known

22   prohibited individuals that were believed to be or



Page 50

1    with the training that's offered under the Handgun

2    Qualification License?

3         A.    No.  In my notes I'm sure it details the

4    elements of the training.

5         Q.    All right.  Now, item 6 mentions training

6    on safe handgun use and storage practices can

7    prevent accidental gun injury and death; correct?

8         A.    Mm-hmm.

9         Q.    Do you have any information, any data on

10   the prevalence of accidental gun injury and death

11   prior to the initiation of the Handgun Qualification

12   License in Maryland?

13        A.    My data would be national.  Again, this is

14   an area that I could likely answer by taking

15   extensive time and conducting research into Maryland

16   specifically.  Across the nation today, it is

17   accepted that over 100,000 individuals are injured

18   either accidentally or in crimes of violence, 12,000

19   individuals killed by homicide.

20             The cost of firearms violence in America

21   today, there's a Police Executive Research Forum

22   Study that indicates in six cities alone in a



Page 51

1    one-month period of time the cost is $38 million as

2    a result of gun violence and accidental or suicide

3    by use of guns.  I believe this training could help

4    address one or more of those areas.

5         Q.   Can we try to pull apart your

6    understanding of the prevalence of accidental gun

7    injury and death as opposed to the other categories

8    of intentional criminal acts and suicide?

9         A.   I can tell you, as a police officer, I've

10   handled a number of accidental discharges involving

11   children and/or adults.  I'll bring your attention,

12   just last within the last 24 hours in Harford County

13   an individual cleaning his gun shot and killed

14   himself.  It's quite common.  It's quite frequent to

15   have accidental gun discharges.  Again, even amongst

16   police officers, it's not an infrequent event.

17        Q.   Can you point to any data that quantifies

18   quite common and quite frequent?  How many

19   accidental shootings are occurring each day, each

20   year in this country?

21        A.   I believe that material is available.  I

22   do not possess it.  Again, it would require



Page 52

1   research, time, and resources.

2       Q.    Which you have not done in advance of your

3   opinion in this case?

4       A.    No, sir.

5       Q.    All right.  And you also don't have any

6   such information specifically about Maryland;

7   correct?

8       A.    That's correct.

9       Q.    Item 7 of your testimony talks about the

10  live fire requirement.  We already discussed that.

11  Is there anything else about your opinion with

12  respect to the live fire requirement that you'd like

13  to address?

14      A.    Well, personally, I think just firing one

15  round is not adequate, but I do not think the

16  requirement to show proficiency in discharging a

17  round is unreasonable.  Again, I would draw your

18  attention to the process of actually chambering a

19  round, which is an exercise in and of itself.  And,

20  you know, the average individual that's new to guns,

21  I think, would struggle working that mechanism of

22  the weapon, and I'm sure that's a necessary



Page 85

```
 1   30 seconds I could have prevented.  I just don't

 2   know.

 3   BY MR. SWEENEY:

 4       Q.   All right.  Is it the case that Baltimore

 5   County police cannot always respond and do not

 6   always respond to reports of home invasions in

 7   Baltimore County in time to prevent any harm

 8   occurring to the homeowners and other lawful

 9   occupants?

10           MS. KATZ:  Objection as to form, but you

11   can answer, if you know.

12           THE WITNESS:  I'm comfortable in stating

13   that there may be one or more cases where a

14   homeowner or individual was harmed because the

15   officer got there 5.20 seconds instead of three

16   minutes.  I suppose you could find a case like that.

17   BY MR. SWEENEY:

18       Q.   Do you have any data one way or the other

19   on that?

20       A.   No.  No.

21       Q.   Do you know how often firearms are used

22   defensively by citizens in Baltimore County?
```



Page 86

1       A.    I have no data.

2       Q.    All right.  And do you have any

3  information on the extent to which handguns are used

4  in self-defense in Baltimore County?

5       A.    I have no data, but I'm aware of specific

6  circumstances.

7       Q.    Okay.  In your experience, are handguns

8  used in self-defense more frequently than long guns

9  in Baltimore County?

10      A.    Yes.

11      Q.    Can you estimate the percentage?

12      A.    I'd say probably 70 percent of the cases

13 handguns are used.

14      Q.    All right.  Is there any difference in the

15 Baltimore County's average response time for a home

16 invasion, a burglary, or a domestic violence event?

17          MS. KATZ:  Objection as to form, but you

18 can answer, if you know.

19          THE WITNESS:  Ask the question again.

20 BY MR. SWEENEY:

21      Q.    Sure.  We talked about you thought it was

22 about a four-minute average response time for a



Page 88

```
 1       Q.   Do you have any data on how often

 2  homeowners have had to use handguns to protect

 3  themselves in their homes?

 4       A.   No.

 5       Q.   Do you believe the constitution protects

 6  the right of law abiding citizens to engage in armed

 7  self-defense in the home?

 8            MS. KATZ:  Objection as to form.  You can

 9  answer.

10            THE WITNESS:  I believe state law allows

11  one to protect themselves in their home, yes.

12  BY MR. SWEENEY:

13       Q.   All right.  And you don't have an opinion

14  one way or the other what the constitution provides?

15            MS. KATZ:  Objection.

16            THE WITNESS:  No.

17  BY MR. SWEENEY:

18       Q.   All right.  Do you ever swear an oath to

19  uphold the constitution?

20       A.   I have.

21       Q.   All right.  And do you have any

22  understanding what the Second Amendment comprises?
```



Page 90

1    any greater need to defend themselves with handguns

2    in the home than law abiding citizens?

3         A.   No.

4              MS. KATZ:   Objection as to form.

5    BY MR. SWEENEY:

6         Q.   I think we talked generally about the

7    frequency that handguns are used in crime in

8    Baltimore County.  Do you have any data with respect

9    to how often or what percentage of crime guns are

10   handguns in Baltimore County?

11        A.   No.

12        Q.   And do you have any data on the percentage

13   of handguns that are crime guns that are not

14   illegally owned or possessed at the time they are

15   used in crime?

16        A.   In Baltimore County?

17        Q.   Yes.

18        A.   No.

19        Q.   How many in Maryland generally?

20        A.   Not in Maryland, no.

21        Q.   Do you have any information about how many

22   Baltimore County officers were shot by legally



Page 91

1   purchased handguns?

2       A.   Yes.  It's not in the file, but those are

3   records that are retrievable.

4       Q.   All right.  As you sit here today, do you

5   have any recollection of how often Baltimore County

6   police officers have been shot by legally purchased

7   handguns?

8       A.   I'm aware of four incidents.

9       Q.   Do you have any information as to whether

10  or not handgun crimes in Baltimore County have

11  decreased since the Handgun Qualification License

12  went into effect?

13      A.   I have no information.

14      Q.   Or for Maryland statewide do you know

15  whether or not handgun crimes have decreased since

16  the HQL went into effect?

17      A.   No.

18           MR. SWEENEY:  Why don't we take another

19  break.

20           MS. KATZ:  Okay.

21           (Whereupon, a lunch recess was taken from

22  12:12 to 12:57 p.m.)

