Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

---------------------------------X

MARYLAND SHALL ISSUE, INC.,      :

et al.,                          :

                                    : Case No:

        Plaintiffs               : 16-cv-3311-MJG

                                    :

            -vs-              : Pages 1 - 337

                                    :

LAWRENCE HOGAN, in his           :

capacity of Governor of          :

Maryland, et al.,                :

                                    :

        Defendants               :

---------------------------------X

Deposition of Daniel Webster, Ph.D.

Washington, D.C.

Wednesday, June 13, 2018

Reported by:  Kathleen M. Vaglica, RPR, RMR

Job No:  409352

MAGNA LEGAL SERVICES

(866) 624-6221

EXHIBIT 3

1    A.   No, they are not the same.  So no, none of
2    those states are exactly like Maryland.  So one
3    similarity between Connecticut and Maryland is that
4    they both require, they both require safety training
5    before you can get it.  They both require
6    fingerprinting.  They both require, in addition to
7    having a valid permit or license, that at a point of
8    sale there is still an initial background check
9    done.
10           Those are the things that I can recall
11   right now that are similar between Connecticut
12   and -- the issuance is different in that Connecticut
13   you go directly to the law enforcement agency as
14   opposed to Maryland.
15   Q.   All right.  And do you know what the
16   requirements for the training in Connecticut are
17   compared to Maryland?
18   A.   They are longer I know.  I know the course
19   requirement is, like, an eight-hour course as
20   opposed to a four-hour course.
21   Q.   They require the basic NRA pistol course
22   or equivalent; correct?

Page 45

1      A.   I think that's right, yes.

2      Q.   Do you know the difference between the NRA

3   basic pistol course and the Maryland training

4   requirements?

5      A.   I don't.

6      Q.   And the fingerprinting requirement in

7   Connecticut has to be obtained through a law

8   enforcement agency; correct?  You actually have to

9   go to --

10     A.   Yes.

11     Q.   -- a law enforcement agency to give your

12  fingerprints unlike Maryland; correct?

13     A.   Yes, mm-hmm.

14     Q.   And Connecticut requires a photo for its

15  permit; correct?

16     A.   Yes.

17     Q.   Now, you didn't mention that as a

18  requirement of Maryland.  Do you know whether or not

19  Maryland requires a photo on its Handgun

20  Qualification License?

21     A.   Well, I don't think they require a photo

22  that's done, you know, when you're applying.  No, I

1   requirement include Connecticut, Hawaii, Iowa,

2   Massachusetts, Michigan, again, with the caveat that

3   I already mentioned, New Jersey, New York, and

4   District of Columbia.

5        Q.   And you've done some study on the PTP law

6   in Missouri; correct?

7        A.   Yes.

8        Q.   And that was repealed some years ago; am I

9   correct?

10       A.   Yes.  Effective August 28, 2007.

11       Q.   And that's never been reinstated in

12  Missouri?

13       A.   That's correct.

14       Q.   And what did it require in terms of the

15  elements of training?  Was training required in

16  Missouri under the old PTP law there?

17       A.   I don't believe it was.

18       Q.   And was fingerprinting required?

19       A.   No.

20       Q.   But they -- the individuals obtaining

21  their PTP in Missouri under the old law did have to

22  appear at a law enforcement agency; correct?

1    A.    Yes, they did.  Yes.

2    Q.    And so a critical difference between
3    Maryland and Missouri is that Maryland requires
4    training and fingerprinting, which Missouri did not?

5    A.    Yes.

6    Q.    But Missouri required in-person appearance
7    at a law enforcement agency, which Maryland does
8    not; is that correct?

9    A.    That's correct.

10   Q.    And Connecticut requires training like
11   Maryland, but much more training; correct?

12   A.    Well, in terms of hours, double the hours,
13   yeah.

14   Q.    And maybe not any live fire at all?

15   A.    Yeah, I don't remember for Connecticut.

16   Q.    And Connecticut requires a photo ID, but
17   Maryland doesn't; correct?

18   A.    Correct.

19   Q.    And Connecticut requires that the permit
20   application be submitted in person at a law
21   enforcement agency, and Maryland does not; correct?

22   A.    Correct.

1  going to purchase a handgun, you needed to get a
2  permit.  And that was always step one.  I think
3  that's the most important.
4       Q.   And that was a permit that you had to
5  apply directly to a law enforcement agency in
6  Missouri to get; correct?
7       A.   Yes.
8       Q.   Unlike Maryland?
9            MR. SCOTT:  Objection.
10           THE WITNESS:  Correct.
11 BY MR. SWEENEY:
12      Q.   And Missouri didn't require fingerprinting
13 like Maryland requires fingerprinting, did it?
14      A.   That's right.
15      Q.   And it didn't require training either;
16 correct?
17      A.   That's correct.
18      Q.   So, if we're looking for a common
19 denominator, there's only one common denominator
20 between the Missouri PTP law and the HQL, and that's
21 the requirement of a permit in order to purchase; am
22 I correct?

Page 180

1  A. Yes.

2  Q. Do any of the components of the Firearms
3  Safety Act, other than the HQL, not have any effect
4  on firearms violence?

5  A. I have to go through all of these
6  provisions.

7  Q. Just the ones you talked about. Would
8  they not have any effect at all or do you think
9  they'd have some effect on preventing firearms?

10  A. I think some effects. Some of them would
11  be more gradual than others. So, for example, like
12  an enhanced regulatory capacity for State Police
13  with respect to licensed gun dealers, it may be that
14  is a more gradual effect as compliance increases and
15  the degree to which the State Police demonstrate
16  that there are consequences to not following the
17  laws.

18  So that is sort of a question mark of how
19  quickly that might impact laws. The data we have
20  about licensing suggests that, when you have a new
21  law, there's generally some impact that grows a
22  little bit over time, but that's my own opinion is

1  by Collins and colleagues this year they found

2  that -- and I can pull it up probably quickly here

3  or it's actually in my report.  Anyway, they made

4  distinctions between fingerprinting, discretionary

5  permitting, so there's only three states that allow

6  some discretion meaning, even if you don't meet a

7  disqualifier, if something is, there's a red flag,

8  so to speak, in someone's record, they can use

9  discretion to deny.  That's the most restrictive

10 form of licensing with fingerprinting and then all

11 other licensing.

12         And, basically, there was a dose response

13 kind of effect that the strongest effects were for

14 those that allow discretion.  Second strongest was

15 those that required fingerprinting.

16      Q.   So in your own studies of Missouri and

17 Connecticut and Maryland under PTP laws, have you

18 been able to identify any, a special value to

19 fingerprinting as opposed to the other elements of

20 the PTP law in effect in a particular jurisdiction?

21      A.   Not with those three separate studies I

22 can't say that we have.  Basically, what we've done,

Page 185

1  this is what we did in each case is -- well, I'll
2  take it one by one.  So Missouri we were interested
3  in understanding what happens when you take a law
4  away that other research suggests might be important
5  for preventing diversion of guns for criminal use.
6            Connecticut we are looking at the impact
7  of that particular policy and its effect.  One
8  reason we chose those two policy change times is
9  that, until the Firearms Safety Act of 2013 in
10 Maryland, those were the two most recent changes
11 that were, could be studied.
12           So now we're, with the Maryland law we're
13 been able to first look at indicators of diversions
14 from crime gun trace data.  We've been able to look
15 at survey data from people involved in underground
16 gun market, and now we've had some early data on
17 homicides from an extended analysis of a paper that
18 we published recently in the Journal of Urban Health
19 looking at the effects of state firearm policies on
20 homicide rates in large urban counties.
21           So what the published study found was an
22 average, aggregated average across all of the

1   policies 14 percent reduction in firearm homicide

2   rates in that study that covered data from 1981

3   through 2015.  As I presented in the report, my

4   report, we were interested to understand what was

5   going on in Maryland and also understanding probably

6   at least a third of my time is focused on

7   understanding what's going on in Baltimore and its

8   gun violence program and different strategies to

9   address it.  I've been mostly studying local

10  policing and community prevention programs.

11          But through my studies and another study

12  published by Steven Morgan at Johns Hopkins it was a

13  very well-known phenomenon that occurred in

14  Baltimore following the death of Freddie Gray, the

15  in-custody death of Freddie Gray that led to broad

16  civil unrest and riots, documented change in

17  policing practices, sort of an underpolicing, a step

18  back by the police department.

19          So, depending on the statistical model of

20  sort of what was the impact of that civil unrest in

21  the Freddie Gray case, anywhere from 50 percent to

22  100 percent increase in shootings and homicides

1  associated with that change.  So we knew that that

2  was a huge historical confounder that, when you're

3  trying to tease apart the effect of the law overall

4  in Maryland, you had to understand what was going on

5  in Baltimore.

6           So we stratified our estimate of the

7  effect of this law on gun homicides in the major

8  urban counties other than Baltimore.  That includes

9  Baltimore County, Anne Arundel County, Montgomery

10 County, Prince George's County, and we found a large

11 and statistical significant decrease in gun homicide

12 rates in those counties while a 25 percent increase

13 in Baltimore, again, Baltimore influenced by the

14 post-Freddie Gray riot data.

15          So to me the available data that we have

16 right now suggests that the law is working as

17 intended.  It's preventing the diversions of guns

18 for criminal misuse, and it's leading to fewer

19 homicides with guns.

20          MR. SWEENEY:  Could you reread my

21 question, Kathleen, if you can find it?

22          (The reporter read back as requested.)

1  BY MR. SWEENEY:

2       Q.   And your answer to my question is no, you

3  have not; correct?

4       A.   The answer to your question was we studied

5  each of these laws separately and reported what we

6  found.  And as we discussed, there are differences

7  in these laws, one of which is the fingerprint

8  requirement with respect to difference between

9  Missouri and Maryland.

10      Q.   And the only thing that Missouri,

11 Maryland, and D.C. have in common, and Connecticut

12 have in common is that they all require a permit to

13 purchase?

14      A.   No.  There are other things that Maryland

15 shares with, certainly with Connecticut.

16      Q.   With respect to the requirements of their

17 permit-to-purchase law, the elements differ in each

18 of those three states, so the only common

19 denominator for the three states is that they all

20 require a permit to purchase?

21           MR. SCOTT:  Objection.

22           THE WITNESS:  Maryland and Connecticut

1   both require safety training, and they both require

2   fingerprints.  So those two things, and they also

3   require a point of sale background check

4   requirement.  So they are similar in those three

5   respects.

6   BY MR. SWEENEY:

7        Q.   And Missouri doesn't require those?

8        A.   That's correct.

9        Q.   So the three only have in common that the

10  permit to purchase is required; correct?

11            MR. SCOTT:  Objection.

12            THE WITNESS:  Among all three, I will

13  agree that what you said is factually correct.

14  BY MR. SWEENEY:

15       Q.   And that Maryland differs from Missouri

16  and Connecticut in that regard because, unlike

17  Missouri and Connecticut, it does not require a

18  direct application to law enforcement in order to

19  obtain that permit; correct?

20            MR. SCOTT:  Objection.

21            THE WITNESS:  I'm not sure what to do.

22            MR. SCOTT:  I'm objecting to the question.