

**CONFIDENTIAL INFORMATION REDACTED**

# Transcript of Susan Brancato Vizas

**Date:** February 27, 2018
**Case:** Maryland Shall Issue, Inc., et al. -v- Hogan, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

EXHIBIT 3

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3    - - - - - - - - - - - - x
 4   MARYLAND SHALL ISSUE,     :
 5   INC., et al.,             :
 6              Plaintiffs,    :   Civil Action No.
 7      v.                     :   16-cv-3311-MJG
 8   LAWRENCE HOGAN, et        :
 9   al.,                      :
10              Defendants.    :
11    - - - - - - - - - - - - x
12
13            CONFIDENTIAL INFORMATION REDACTED
14           Deposition of SUSAN BRANCATO VIZAS
15                   Baltimore, Maryland
16                Tuesday, February 27, 2018
17                        9:33 a.m.
18
19
20   Job No.:  178304
21   Pages:  1 - 60
22   Reported By:  Sandra A. Slater, RPR, CSR
```

CONFIDENTIAL INFORMATION REDACTED
Transcript of Susan Brancato Vizas
Conducted on February 27, 2018                             9

```
1       Q   You need to give a verbal response to my
2    questions, yes, no or some other statement.
3    Shaking your head or nodding your head or unh-unh
4    or uh-huh are not sufficient.  Okay?
5       A   Yes.
6       Q   If you need to take a break at any time,
7    just let us know and we will arrange to do that.
8       Are you on any medications or are you suffering
9    from any medical conditions that would prevent you
10   from testifying truthfully today?
11      A   No.
12      Q   Have you ever been a party to a lawsuit
13   before this?
14      A   No.  Oh, when I was a teenager there was
15   an issue with canceling an appointment for my
16   wisdom teeth removal but that was --
17      Q   Other than that, you've never been a party
18   to a lawsuit?
19      A   Nope.
20      Q   What is your current address?
21      A   8002 Bull Rush Court, Frederick, Maryland
22   21701.
```

| | | |
|---|---|---|
| 1 | Q | And how long have you resided there? |
| 2 | A | 18 years. |
| 3 | Q | And is that -- |
| 4 | A | 18 years in September.  Sorry. |
| 5 | Q | Is that a single family home? |
| 6 | A | A townhome. |
| 7 | Q | A townhome?  And you own that? |
| 8 | A | Us and the bank. |
| 9 | Q | And who else lives there with you? |
| 10 | A | My husband and three children.  Assorted pets. |
| 12 | Q | How old are your children? |
| 13 | A | 16, 14 and 10. |
| 14 | Q | Other than your attorneys have you talked to anybody about this lawsuit? |
| 16 | A | No. |
| 17 | Q | What's your current employment? |
| 18 | A | I work part-time from my home for Harmony Hills. |
| 20 | Q | I'm sorry, I missed that. |
| 21 | A | That's okay.  Harmony Hills, LLC. |
| 22 | Q | And what does that company do? |

CONFIDENTIAL INFORMATION REDACTED
Transcript of Susan Brancato Vizas
Conducted on February 27, 2018         18

```
1       A    Oh, I apologize, yes.
2       Q    You have seen this before?
3       A    I have seen this before.
4       Q    This is a copy of the First Amended
5    Complaint --
6       A    Right.
7       Q    -- that's been filed in the lawsuit on
8    your behalf.  And in Paragraph 17 it alleges that
9    you would like to purchase a handgun for self
10   defense, target practice and other lawful
11   purposes.  Do you see that?
12      A    I do.
13      Q    All right.  When did you decide that you
14   wanted to purchase a handgun?
15      A    When my daughter expressed an interest in
16   shooting.
17      Q    And when was that?
18      A    2015.
19      Q    And how old is your daughter?
20      A    14.
21      Q    So in 2015 she would have been 11; is that
22   right?  Yes?
```

CONFIDENTIAL INFORMATION REDACTED
Transcript of Susan Brancato Vizas
Conducted on February 27, 2018         24

```
1        A   I don't understand the question.
2        Q   What year, was it more than 10 years ago?
3        A   Yes.  Well, probably in the last 10 years
4    I've probably been once with him.
5        Q   So when you fired the handgun when you
6    said your property you were referring to property
7    in South Carolina, not in Maryland?
8        A   That is correct.
9        Q   And what year was it, if you can recall,
10   when was the last time you fired a handgun?
11       A   I can't recall.
12       Q   Was it more than five years ago?
13       A   Yes.
14       Q   The Complaint alleges that you would like
15   to purchase a handgun for self defense, target
16   practice and quote, other lawful purposes.  What
17   other purposes do you intend to use the handgun
18   for?
19       A   As it is now, the law is when my father
20   passed away I couldn't have one of his guns
21   because I don't have the HTO; is that correct?
22       Q   Unfortunately, I'm not the person being
```

CONFIDENTIAL INFORMATION REDACTED
Transcript of Susan Brancato Vizas
Conducted on February 27, 2018                25

```
 1   deposed here today, so I'm not going to be
 2   answering any questions --
 3        A   Okay.
 4        Q   -- unless it's to clarify something that I
 5   asked you.  So your father had a gun, a handgun
 6   that he -- that you wanted to take ownership of;
 7   is that correct?
 8        A   That would be correct.
 9        Q   That's after he died or?
10        A   Yes.
11        Q   What kind of a gun was it?
12        A   A Colt 45.
13        Q   And what year did he die?
14        A   2012.
15        Q   And so what did you intend to do with the
16   Colt 45 other than just have it?
17        A   There you go.
18        Q   Nothing?
19        A   Correct.
20        Q   All right.  But you now want to purchase a
21   handgun for self defense and target practice; is
22   that correct?
```

CONFIDENTIAL INFORMATION REDACTED

Transcript of Susan Brancato Vizas
Conducted on February 27, 2018            36

```
1    application for HQL?
2         A    No.
3              MR. HANSEL:  I've got a minor emergency in
4    my office.  Do you mind if we go off for just five
5    minutes?
6              MR. SCOTT:  Sure, fine.
7              (A recess was taken.)
8    BY MR. SCOTT:
9         Q    Ms. Vizas, I just want to go back and
10   follow-up a little bit on the Colt 45 that you
11   were going to inherit from your father.  You said
12   that it was in 2013 when you would have taken
13   ownership of that gun.  Do you recall what month
14   that would have happened in?
15        A    I do not recall the month.
16        Q    All right.  You mentioned the background
17   check that you underwent to be a volunteer at the
18   school.  Did that include fingerprinting?
19        A    No.
20        Q    In the Complaint, which is Exhibit 2, in
21   Paragraph 16, it's alleged that you have taken and
22   passed hunter safety training.  Do you see that?
```

CONFIDENTIAL INFORMATION REDACTED

Transcript of Susan Brancato Vizas
Conducted on February 27, 2018          37

```
1        A   I do see that.
2        Q   Is that correct?
3        A   That is correct.
4        Q   All right.  When did you do that?
5        A   I think it was 2016.  I'd have to go back
6    and look.
7        Q   It was in Maryland?
8        A   Correct.  The only reason I took it was
9    because I had to take my children to take it.
10       Q   Your children wanted to take the same
11   class?
12       A   Yes.
13       Q   And did they do that?
14       A   They did.
15       Q   And what's your understanding of whether
16   or not that hunter safety training would qualify
17   as training in order to obtain an HQL?
18       A   I guess my understanding is not quite
19   clear.
20       Q   Have you done any investigation into that
21   question?
22       A   I have not.
```

CONFIDENTIAL INFORMATION REDACTED
Transcript of Susan Brancato Vizas
Conducted on February 27, 2018                    43

```
1    specific individual who wishes to purchase a
2    handgun but is unable to complete the HQL
3    requirements because they lack a Maryland driver's
4    license or other Maryland State identification?
5         A   No.
6         Q   Can you please describe for me the
7    inconvenience that has deterred you from obtaining
8    an HQL?
9         A   It's the expense end of the class.
10        Q   The expense of the class?
11        A   The class is an issue.
12        Q   Anything else?
13        A   No, not really.  The time, though, is
14   another issue.
15        Q   The time to what?
16        A   The time to take the class, to get
17   fingerprints, to wait for a background check.
18        Q   Well, what's your understanding of how
19   long it would take to complete the course?
20        A   When you can fit it into your schedule.
21   The course is I think it's a few days but then
22   time on the range.  I don't know how long that
```