Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

-------------------------------X

MARYLAND SHALL ISSUE, INC.,    :

et al.,                        :

                               :   Case No:

          Plaintiffs           :   16-cv-3311-MJG

                               :

             -vs-              :   Pages 1 - 169

                               :

LAWRENCE HOGAN, in his         :

capacity of Governor of        :

Maryland, et al.,              :

                               :

          Defendants           :

-------------------------------X


Deposition of Andy R. Johnson

Baltimore, Maryland

Wednesday, April 11, 2018


Reported by:  Kathleen M. Vaglica, RPR, RMR

Job No:  393199


MAGNA LEGAL SERVICES

(866) 624-6221



EXHIBIT
6

Page 40

1     Q.    Does the Licensing Division handle the

2  revocation of HQLs?

3     A.    Yes, sir.

4     Q.    And who in the personnel of the HQL unit

5  would handle the revocation of HQLs?

6     A.    That would be up to Sergeant Burns.

7     Q.    But it would be Sergeant Burns or someone

8  under him in the HQL unit that would handle the

9  processing of revocation of HQLs; correct?

10    A.    Yes, sir.

11    Q.    Does the HQL unit handle any inquiries

12  from other units or other sections such as from the

13  handgun permit section?

14    A.    Any inquiries?

15    Q.    Inquiries.

16    A.    Could you be more specific?

17    Q.    Sure.  Let me give you a hypothetical

18  because I don't have actual facts here.

19  Hypothetically, if an individual applied for a

20  handgun permit and the handgun permit section was

21  processing that application and a question arose

22  about the HQL information that had been presented by



Page 52

1    Scott.)

2            MR. SWEENEY:  And this is 88.

3            (Exhibit No. 88, Copy of Letter to Mr.

4    Deanovich, was marked for identification and

5    retained by Mr. Scott.)

6    BY MR. SWEENEY:

7        Q.   I have had marked as 87 a copy of the

8    Bulletin LD HQL 17004 and as Exhibit 88 a copy of

9    your letter to Mr. Deanovich.  Can you tell me how

10   it is that you came about to send this letter to

11   Mr. Deanovich?

12       A.   A request was made to the Licensing

13   Division to determine whether or not the type of

14   round that Mr. Deanovich is using would fall under

15   the qualification for ammunition used for the live

16   fire component.

17       Q.   All right.  If I had a firearm that was

18   loaded only with the simunition that's approved in

19   Bulletin LD HQL 17004, would I be permitted to

20   discharge that firearm with that simunition inside

21   of Baltimore City limits?

22       A.   I don't know that.



Page 53

1      Q.   Did you make any inquiry about where in

2   the state of Maryland that simunition would be

3   allowed to be used?

4      A.   I did not.

5      Q.   Do you know of anyone who offers live fire

6   training for the HQL inside of Baltimore City

7   limits?

8      A.   Live fire component?

9      Q.   Mm-hmm.

10     A.   I do not.

11     Q.   Do you know if the live fire component

12   training is available in each of Maryland's

13   counties?

14     A.   I do not.

15     Q.   Why do you understand the Maryland State

16   Police allowed the use of simunition in addition to,

17   I'll just call it ordinary ammunition for purposes

18   of this question to satisfy the live fire component?

19     A.   I'm sorry.  Why did we allow it?

20     Q.   Yes.

21     A.   Because we felt that it fell into the

22   description required in the law and that it was good



Page 65

1       A.    It currently is kept indefinitely as well.

2       Q.    Do you know if that goes back to 2013?

3       A.    I'd have to review the copies of the log.

4       Q.    Are there other ledgers maintained by the

5  HQL unit of a similar nature?

6       A.    Not to my knowledge.

7       Q.    Are revocations maintained -- do you keep

8  track of revocations in the disapproval ledger?  Or

9  is there a separate ledger that reflects

10  revocations?

11       A.    I believe there may be a separate ledger.

12  Again, I'd have to review that paperwork, but I

13  believe it is separate.

14       Q.    All right.  Have you had a chance to

15  review the records retention schedule that's in your

16  notebook here?

17       A.    Briefly.

18       Q.    All right.  Is it your understanding that

19  the practices of the Licensing Division at this time

20  are consistent with the requirements of the records

21  retention and disposal schedule?

22       A.    Those are the attempts to be made, yes,



Page 66

1    sir, to make it in compliance with the retention

2    schedule.

3        Q.    What do you mean attempts?

4        A.    I'm sure there are times when they are not

5    100 percent followed.

6        Q.    And what specific instances do you recall

7    in which in relationship with the HQL it was your

8    understanding that they were not in compliance with

9    the record retention and disposal schedule?

10       A.    Could you repeat that?

11       Q.    What specific instances do you recall in

12   which the HQL unit was not in compliance with the

13   records retention and disposal schedule?

14       A.    None.

15       Q.    To the extent you recall any such

16   incidents within your division, it's not within the

17   HQL unit?

18       A.    Only specifically for a change of a

19   supervisor.  There may be a lapse in time before

20   that process is caught up to the retention schedule.

21       Q.    Then you have what appears to be a sample

22   firearm safety lesson plan, which is Bates numbers



Page 67

1   286 to 313, and can you tell me what that document

2   is?

3        A.   Yes, sir.  It's a sample lesson plan for

4   firearm safety.

5        Q.   And do you know who prepared that sample

6   plan?

7        A.   Listed on the document it says it's

8   prepared by Sergeant Laura Beck.

9        Q.   And who is that?

10       A.   Excuse me.  At the time that this was

11   prepared, I believe she was at our Education and

12   Training Division.  She's now First Sergeant Laura

13   Beck.

14       Q.   And is that a document that's available on

15   the Maryland State Police website?

16       A.   Yes, sir.

17       Q.   Is that a document Maryland State Police

18   puts on its website for the purpose of making it

19   available for firearms safety training for the HQL

20   application?

21       A.   That's my understanding, yes, sir.

22       Q.   Are you, personally, familiar with the



Page 68

1    requirements of that sample lesson plan?

2        A.   As documented in this lesson plan?

3        Q.   Yes.

4        A.   No, sir.

5        Q.   And have you made any inquiries about the

6    extent to which the certified instructors in

7    Maryland are following that sample lesson plan for

8    the HQL training that they provide?

9        A.   I'm sorry.  I'd like to have you rephrase

10   that or ask it again, please.

11       Q.   Do it all over again.  Do you have any

12   information about the extent to which the

13   instructors who are certified by the Maryland State

14   Police to provide the safety training for the HQL

15   process are following the sample lesson plan?

16       A.   I do not.

17       Q.   All right.  Do you have any means by

18   comparing the sample lesson plan to what's required

19   in the hunter safety training course that Maryland

20   provides?

21       A.   No, sir.

22       Q.   We marked as Exhibit 85 a copy from your



Page 75

1            MR. SCOTT:  Objection.  Asked and

2    answered.

3            THE WITNESS:  I stand by my original

4    answer.

5    BY MR. SWEENEY:

6        Q.   I would, too, after I was couched by my

7    counsel in that way.

8            MR. SWEENEY:  I don't need speaking

9    objections, Mr. Scott, nor does the witness.  Just

10   object.  That's all you need to do.

11           MR. SCOTT:  I'm entitled to state my

12   basis.

13           MR. SWEENEY:  No, you're not.

14           MR. SCOTT:  Disagree.

15           MR. SWEENEY:  We will.

16   BY MR. SWEENEY:

17       Q.   May I direct your attention to item 19,

18   unintentional accidental shootings in Maryland.  You

19   have a notation there, "We do not track."  So what

20   information do you have about the incidents of

21   unintentional accidental shootings in Maryland?

22       A.   We don't track that information, sir.



Page 76

1        Q.   So you don't have any information or

2    access to any information about how many

3    unintentional accidental shootings occur in Maryland

4    each year?

5        A.   No, sir.

6        Q.   Do you know anybody who does in the

7    Maryland state government?

8        A.   I do not.

9        Q.   To your knowledge, does Maryland State

10   Police ever have that information available to it?

11       A.   Not to my knowledge.

12       Q.   All right.  Item 20, the public safety

13   benefits of HQL, what is your notation there?

14       A.   Just that we've provided an interrogatory

15   response for that.

16       Q.   All right.  Item 21, arrests and

17   prosecutions for illegal straw purchasers, you say,

18   "MSP doesn't track.  Request has been made to

19   DPSCS."  Have you gotten any information from DPSCS?

20       A.   I don't recall if that came in this

21   morning or not.  We have made the request to DPSCS.

22   We are awaiting a response from them.



Page 78

1    information provided was all the information that

2    was pulled from Maryland Judiciary Case Search.

3         Q.   Item 22, the number of handguns used in

4    crime recovered in Maryland each year from 2008 to

5    2017.  You have a note, "MSP doesn't track."  Can

6    you explain that?

7         A.   That's correct.  We don't track that

8    information.

9         Q.   Maryland State Police has no information

10   about the number of handguns used in crime recovered

11   in Maryland each year?

12        A.   Not to my knowledge.

13        Q.   And what effort did you make to determine

14   that Maryland State Police does not have that

15   information?

16        A.   I'm sorry.  Could you repeat the question,

17   sir?

18        Q.   Sure.  What efforts did you make to

19   determine that Maryland State Police does not have

20   the information on number of handguns used in crime

21   recovered in Maryland?

22        A.   Both from personal knowledge and



Page 79

1    conversations with Detective Sergeant Lopez.

2        Q.    To your knowledge, has Maryland State

3    Police ever had access to that information?

4        A.    That I don't know.

5        Q.    Item 23, the HQL's effect on handgun sales

6    in Maryland from 2013 through 2017.  You have a

7    note, "No response on effect."  What does that mean?

8        A.    It just means that I can't, I don't feel

9    that I can testify on the effect on the sales in

10   Maryland.

11       Q.    Do you have any information on the effect

12   of handgun sales in Maryland from the HQL?

13       A.    Only that today we're back to near record

14   numbers.

15       Q.    What's the basis of that statement?

16       A.    Just the information I reviewed here

17   today.

18       Q.    Show me exactly what you're pointing to.

19   Is that the -- well, just show me what you're

20   referring to.

21       A.    Sure.  So I have information on the MAFSS

22   yearly count of firearm transfer by gun type.



Page 88

1    that.

2         Q.    All right.  Does Maryland State Police

3    track the number of firearms it recovers from

4    prohibited persons each year?

5         A.    Yes.

6         Q.    Who has that information?

7         A.    That would be the Firearms Enforcement

8    Unit.  I shouldn't say yes.  I should say we did.  I

9    don't know if they still do.  I assume they do,

10   but --

11        Q.    And does Maryland State Police track the

12   arrests for purchasing illegal firearms that it does

13   undercover?

14        A.    I don't know if they are separated by

15   arrests specifically for undercover purchases or

16   not.

17        Q.    Do you know whether or not the HQL has any

18   effect on the number of firearms recovered from

19   prohibited persons?

20        A.    I'm sorry.  Can you ask that again?

21        Q.    Sure.  Do you know if the HQL has had any

22   effect on the number of firearms recovered from



Page 89

1   prohibited persons?

2        A.   I do not.

3        Q.   Who would have that information?

4        A.   As an effect, I don't know who would have

5   the information other than somebody who's maybe done

6   a study on the effect of.

7        Q.   Well, who -- you said the Firearms

8   Enforcement Unit maintains the data, assuming they

9   still maintain it?

10       A.   Yes.

11       Q.   All right.  Wouldn't they be able to tell

12   whether or not there has been an increase, decrease,

13   or the number of firearms recovered from prohibited

14   persons has stayed the same since the HQL was in

15   effect?

16       A.   I misunderstood the question.  Can you

17   repeat the last question?

18       Q.   Sure.  Let me kind of start all over.  Do

19   you know whether or not the number of firearms

20   recovered from prohibited persons in Maryland has

21   increased, decreased, or stayed the same since 2013?

22       A.   I left there in January of 2016, so I



Page 98

1    preparation of those documents?

2        A.    Yes, sir.

3        Q.    All right.  What was your role in the

4    preparation of these depositions?

5        A.    Meeting with counsel, determining what

6    information needed to be compiled to answer the

7    interrogatories.

8        Q.    Let me direct your attention to what we've

9    marked as Exhibit 94, the Supplemental Answers.  And

10   directing your attention to page two and three, the

11   Interrogatory Number 5 asks to identify the number

12   of HQL applications not completed each year from

13   2013 to 2017.  The answer stated that MSP does not

14   have this information within its possession.

15            The supplemental answer, I won't read it

16   all into the record, but if you feel you need to

17   read it all, that's fine.  I want to focus on

18   paragraph, page three, top of the page where it

19   says, "This information is not currently tracked by

20   MSP.  It would be possible for the Licensing

21   Division's Information Technology personnel to

22   capture the raw number of applications that have



Page 99

1    been initiated through MSP's website and the raw

2    number of applications that have been submitted as

3    final."  Did I read that correctly?

4         A.    I believe I was reading ahead of you, but

5    yes.

6         Q.    Take your time to read the whole thing so

7    you have it all in mind.  I don't want to take it

8    out of context, but I just want to focus on that

9    statement.

10        A.    Okay.

11        Q.    To your knowledge, that's a correct

12   statement?

13        A.    We are on page three, the part that you

14   read, if I'm correct, is from it would be possible

15   for Licensing Division?

16        Q.    Correct.

17        A.    Okay.  Yes, sir.

18        Q.    All right.  Thank you.  Going back to

19   number 93, the interrogatories.  94 is the

20   supplement.  Going back to 93, when we were looking

21   at the designated topics for testimony, specifically

22   item 20, the public safety benefits of HQL, your



Page 109

1       A.   Based on my law enforcement career, yes,

2   sir.

3       Q.   All right.  And do you know whether those

4   same storage requirements were part of the training

5   required for 77R prior to the HQL?

6       A.   I do not.

7       Q.   So you can't state whether or not there

8   are more or less training on the issue of storage of

9   firearms in the HQL training program than was

10  provided for the 77R previously; correct?

11      A.   I cannot.

12      Q.   Do you have any information on the extent

13  to which fewer individuals have obtained access to

14  handguns who were prohibited from possessing any

15  firearm since 2013 in Maryland?

16      A.   Can you repeat that?  I'm sorry.

17      Q.   Sure.  Do you have any information that

18  fewer individuals prohibited from possessing a

19  firearm have had access to handguns in Maryland

20  since 2013?

21      A.   I do not.

22      Q.   Do you have any information on whether or



Page 110

1   not handguns are stored in compliance with Maryland

2   law more since 2013 than before?

3       A.   I do not.

4       Q.   Does anybody at Maryland State Police or

5   any other agency that you know track that

6   information?

7       A.   Not that I'm aware of.  I don't know that,

8   I don't know -- the first question I don't know that

9   you would, I don't know the way to track that

10  information short of going out and asking every

11  person who's purchasing.

12      Q.   Well, we do ask every person who's

13  purchasing in the state of Maryland on the 77R form

14  whether or not they are qualified to be in

15  possession?

16      A.   Yes, sir.

17      Q.   So we have answers to that information?

18      A.   I'd have to rehear the question.  More

19  specifically talking about the first question, it

20  was -- I don't think it was specific to the 77R

21  question or the question that's on the 77R.

22      Q.   All right.  My question was do we have



Page 111

1    any, do you have any information on whether fewer

2    individuals are prohibited, that are prohibited from

3    possessing a firearm have gained access to handguns

4    in Maryland since 2013?  That was my question.

5         A.   That fewer --

6         Q.   Fewer.

7         A.   -- persons --

8         Q.   Have attained access?

9         A.   -- have attained access?  No.

10        Q.   Do you know of a single instance in which

11   a person did not complete the training and complete

12   their HQL because they were deterred from doing so

13   by the training requirement?

14        A.   I do not.

15        Q.   As far as you know, the training

16   requirement does not deter any individuals from

17   completing the HQL?

18        A.   None that I'm aware of.

19        Q.   All right.  Focusing on the next paragraph

20   on page 13 that talks about fingerprints, how is it

21   that the HQL's fingerprint requirement makes it more

22   difficult for a prohibited person to obtain access



Page 112

1   to a firearm?

2        A.   First through positive identification of

3   the person, preventing someone from having a false

4   ID, fake ID to make a purchase, as well as

5   potentially preventing a straw purchase from someone

6   who is deterred by the fact that they are having to

7   have their fingerprints taken.

8        Q.   All right.  The 77R required positive

9   identification of an applicant to purchase a

10  handgun; correct?

11       A.   Yes, sir.

12       Q.   And that positive identification consisted

13  of requiring a Maryland state driver's license or

14  similar quality identification; correct?

15       A.   Yes, sir.

16       Q.   And the firearms, is it the registration

17  section, the firearms registration section of the

18  process is the 77Rs?

19       A.   Yes.

20       Q.   And that unit confirms in each case before

21  not disapproving the purchase of a handgun that the

22  person who presented that ID is who he or she says



Page 113

1    they are?

2         A.   To the best of our ability, yes, sir.

3         Q.   And how many times prior to 2013 do you

4    know individuals somehow beat that positive

5    identification system under the 77R?

6         A.   I do not know.

7         Q.   Does anybody at Maryland State Police have

8    that information?

9         A.   Not that I'm aware of.

10        Q.   And you were involved in the firearms

11   enforcement section beginning in 2013; am I correct?

12        A.   Yes, sir.

13        Q.   And at that time, were you aware of any

14   instances while you were in that unit in which

15   individuals had gotten away with purchasing a

16   handgun with false identification under 77R?

17        A.   I'm trying to remember there was one

18   specific case.  I don't remember the particulars of

19   the case.  I know it revolved around the

20   identification of the person, but I can't say that

21   it was for a false ID.

22        Q.   And over what period of time do you recall



Page 114

1     that one case being the only one that comes to mind?

2     How long were you with that unit?  Three years?

3          A.   Yes, sir.

4          Q.   When the fingerprints given for the HQL

5     application are processed, what database are they

6     compared against?

7          A.   They are sent from DPSCS.  I don't know

8     who compares the prints.

9          Q.   Okay.  And are they run against some

10    database of criminals that are in the criminal

11    justice system?

12         A.   Yes, sir.

13         Q.   All right.  If the individual who's

14    applying for an HQL doesn't have a criminal record,

15    their fingerprints will probably come back

16    unmatched; correct?

17         A.   If they do not have a criminal record,

18    yes, sir, unless they were fingerprinted for

19    employment purposes or some other reason.

20         Q.   Do you know whether or not the Department

21    of Public Service matches HQL applicant fingerprints

22    against other licensing databases of fingerprints or



Page 115

1    just the criminal records?

2         A.   I believe it's run through CJIS.  I don't

3    know what other records they check when they compare

4    the fingerprints.

5         Q.   All right.  An individual who was not

6    disqualified from purchasing a handgun by reason of

7    prior criminal record would probably come back clean

8    from a fingerprint check under the HQL application

9    process; correct?

10        A.   Someone who is not disqualified?  Under

11   the fingerprint --

12        Q.   Not disqualified to purchase a handgun or

13   to obtain an HQL would probably come back clean

14   after giving their fingerprints; correct?

15        A.   Yes, sir.

16        Q.   So the fingerprinting requirement is not

17   catching any persons not qualified to obtain a

18   handgun in Maryland in the HQL process, is it?

19             MR. SCOTT:  Objection to the form.

20             THE WITNESS:  I wouldn't say that, but I'd

21   have to have you repeat the question.

22   BY MR. SWEENEY:



Page 116

1       Q.    Sure.  Let me try it a different way.

2    Under the 77R process then and now individual

3    purchasers of handguns are checked to see whether or

4    not they are legally able to possess a handgun;

5    correct?

6       A.    Yes.

7       Q.    And if they are legally able to possess a

8    handgun under the 77R process, presumably they would

9    also pass the HQL application process and obtain an

10   HQL; correct?

11      A.    Yes.

12      Q.    What is it about the fingerprinting

13   requirement that is allowing the HQL process to

14   catch any disqualified persons who are trying to

15   obtain a handgun in Maryland?

16      A.    Specifically to the proper identification

17   of that person.  When that fingerprint is submitted,

18   if it's run through the system, we have, we receive

19   a code back.  That code is matched to the applicant,

20   as well as the applicant's name and date of birth

21   and the date that they were fingerprinted,

22   therefore, assuring us that the person that's



Page 117

1    actually making the purchase is, in fact, who they

2    say they are.

3         Q.   And you have no information; correct,

4    about the extent to which false identifications have

5    been used to purchase handguns in Maryland prior to

6    the HQL?

7         A.   Correct.

8              MR. SWEENEY:  All right.  Let's take a

9    break for lunch.

10             (Whereupon, a lunch recess was taken from

11   1:00 to 2:09 p.m.)

12   BY MR. SWEENEY:

13        Q.   Captain Johnson, do you have any

14   information on how many crimes were committed each

15   year with illegally purchased handguns in Maryland

16   prior to the HQL?

17        A.   I'm missing some of the information.  I'm

18   sorry.

19             MR. SCOTT:  Oh, it's --

20             THE WITNESS:  Yeah, that's what I'm

21   looking for.

22             MR. SWEENEY:  That I need a copy of.



Page 119

1    law enforcement officers are shot by handguns each

2    year in Maryland?

3         A.   I don't have that information readily

4    available.

5         Q.   Do you have any information about whether

6    or not the number of law enforcement officers shot

7    by handguns in Maryland has decreased since the HQL

8    went into effect in 2013?

9         A.   No, sir.

10        Q.   Has the homicide rate increased in

11   Maryland since the HQL went into effect?

12        A.   I don't have those statistics.

13        Q.   Does anybody in Maryland State Police

14   track that information?

15        A.   Not that I'm aware of.

16        Q.   Do you have any information about how many

17   handguns are lost or stolen in Maryland every year?

18        A.   I do not.

19        Q.   Do you have any information about how many

20   handguns used in crime in Maryland were purchased

21   outside of Maryland?

22        A.   I do not.



Page 123

1            MR. SWEENEY:  Let's mark this as

2    Exhibit 97.

3            (Exhibit No. 97, Bates Numbers 1193 to

4    1217, was marked for identification and retained by

5    Mr. Scott.)

6    BY MR. SWEENEY:

7        Q.    Captain Johnson, while we were off the

8    record, I marked as Exhibit 97 a document which is

9    Bates numbers 1193 through 1217, and this is a copy

10   which is 11-and-a-half by 17 inch blowup, makes it a

11   little bit easier for all of us to read.  And can

12   you identify that document for us?

13       A.    It is from the HQL section.  I'm just

14   trying to determine if it's the disapproval ledger.

15   Does not have dates, so I'm just trying to -- it

16   appears it's the HQL's administrative denial log.

17       Q.    And can you tell us what this is used for?

18   Is this -- first of all, strike that question.  You

19   mentioned before, we were talking about an

20   administrative ledger.  Is this the administrative

21   ledger you were referring to?

22       A.    So the administrative ledger is different



Case 1:16-cv-03311-ELH   Document 77-6   Filed 10/05/18   Page 28 of 35

Page 124

1    than the administrative denial log.

2         Q.    And what does the administrative ledger

3    track?

4         A.    The administrative denial log is the log

5    of those items, those persons who were disapproved

6    administratively.  The disapproval ledger are the

7    folks that have been, had full denials.

8         Q.    A number of these entries under final

9    action indicate overturned.  What does that mean?

10        A.    It means that whatever the reason for the

11   initial disapproval has been corrected and,

12   therefore, the initial denial has been overturned.

13        Q.    So we can conclude that this is the

14   administrative ledger that tracks the initial

15   denials, but not final disapprovals and that we are

16   not looking at the disapproval log?

17        A.    Could you repeat that one more time?

18             (The reporter read back as requested.)

19             THE WITNESS:  Correct.

20   BY MR. SWEENEY:

21        Q.    The first date that I see entered on this

22   log is for August 28, 2015.  Do you know if there is



Page 127

1    the code?  You have this list of codes on 96.  What

2    code is used for an administrative disapproval of an

3    HQL?

4              MR. SCOTT:  Objection to form.

5              THE WITNESS:  If you look at those codes

6    in 2014, there's a drop-down menu for administrative

7    HQL, and that was separated from an administrative

8    denial for FRS.  So, if it was on that ledger at

9    that time and it was an administrative disapproval,

10   it was listed as administrative HQL.  That was the

11   code that was used.

12   BY MR. SWEENEY:

13       Q.   Okay.  And I see that you have two

14   separate disapproval codes, one for, that's headed

15   administrative FRU and one that's headed

16   administrative HQL that began in 2017 as you just

17   described; correct?

18       A.   Yes, sir.

19       Q.   What are the reasons which would result in

20   the HQL unit administratively disapproving an HQL

21   application?

22       A.   An incomplete application.



Page 128

1        Q.    Now, an application has to have certain

2    requisite elements before it can even be submitted

3    to the HQL unit by the applicant; correct?

4        A.    It can be submitted.  I don't know if all

5    of the information has to be submitted prior to the

6    submission to the HQL section.

7        Q.    Okay.  So what are the things that are

8    incomplete in an HQL application that do result in

9    administrative disapproval?

10       A.    Live Scan, training, proof of residency,

11   military DD214.  Looks like a large percentage are

12   Live Scan and training issues.  Some proof of

13   residency issues, underage.  It appears that most of

14   them are Live Scan and training.

15       Q.    Why is underage an administrative

16   disapproval as opposed to a permanent disapproval?

17       A.    Because if someone, if we contact the

18   person, we allow them to keep the application in

19   until they turn 21.

20       Q.    Are there any other of the grounds for

21   permanent disapproval that you allow an applicant to

22   keep an HQL application alive while they try to



Page 133

1    report, the person is put on this log or ledger as a

2    person who's come back on that report.  That's what

3    I recognize this to be.

4         Q.   We had been calling this the revocation

5    log.

6         A.   Correct.

7         Q.   Does that make -- is that what you would

8    call it?

9         A.   Yes, sir.

10        Q.   And it is a different spreadsheet and

11   stream of data than the administrative log that we

12   marked as Exhibit 97; correct?

13        A.   Yes, sir.

14        Q.   And let me understand what's a Rap Back?

15        A.   I believe it's a record of arrest and

16   prosecution, if I'm not mistaken, or processing.

17   I'm sorry.  Not prosecution.

18        Q.   What does that mean?

19        A.   That's a term that they use when they are

20   getting this -- it's called an ADR report, Arrest

21   Disposition Report, sent back to the unit based on

22   someone's fingerprints who has now been charged with



Page 134

1    a crime or arrested.

2        Q.    And what does the HQL unit do with that

3    information?  In other words, an HQL holder has been

4    fingerprinted in connection with an arrest.  That

5    information comes to the HQL unit.  It's reflected

6    in this log.  What then happens?

7        A.    If -- you can see there are some here that

8    have been revoked, so if the charge is prohibitor,

9    they would follow the disposition of the case; and

10   once the case had a disposition, if it is, in fact,

11   a disqualifier, they would then revoke the person's

12   HQL.  Those are highlighted in the blue on the color

13   copy we have here.

14       Q.    Do you know what the significance, if any,

15   of the yellow highlighting is?

16       A.    I believe those are cases that may still

17   be under disposition.  Actually, I don't know.  I

18   believe they were still -- they have not yet

19   received disposition, I believe.  That's my

20   understanding of what they are.

21            So, if you look at the majority of the

22   charges in white, they are either for the most part



Page 136

1   has a handgun permit, the code for the fingerprints

2   is related to handgun permit.  They would be

3   notified.  They would then notify HQL.

4        Q.   All right.  So, before the HQL

5   fingerprinting requirement, if the owner of a

6   registered firearm in Maryland was arrested for a

7   potentially disqualifying crime, was there any

8   report of that arrest that went to anyone at

9   Maryland State Police?

10       A.   Not that I recall.

11       Q.   And other than reports that are triggered

12  by fingerprint matches, would the HQL fingerprint

13  data that's kept on file, there's no reporting to

14  Maryland State Police of the arrest of any HQL

15  holder now; correct?

16       A.   That is my understanding, yes, sir.

17       Q.   Going back to Exhibit 97, if you would for

18  a moment, and let's just look at the first item and

19  see -- it's on Bates stamp page 1214 and see if we

20  can understand it.

21            There appears to be a column that's been

22  redacted in black on the far left of the page.  Are



Page 139

1    the administrative log when the application in

2    question was submitted?

3         A.   I don't believe so.

4         Q.   Are the dates in which an application that

5    has been administratively disapproved is overturned

6    all occurring within 30 days of the submission of

7    that application to MSP?

8         A.   I'm going to have to have you repeat that.

9    I'm sorry.

10            MR. SWEENEY:  Please read that back,

11   Kathy.

12            (The reporter read back as requested.)

13            THE WITNESS:  Once the, the reason for

14   administrative denial has been corrected, it then

15   becomes a properly completed application.  Within

16   30 days of that happening, they are being

17   overturned, yes, sir.

18   BY MR. SWEENEY:

19        Q.   And I'm trying to find out what the time

20   period is between the submission of the application

21   and the overturning of the administrative

22   disapproval.  Is that within 30 days?



Page 140

1    A.   The time that it's denied and the

2  administrative approval?  In most cases it would be.

3  However, if it's not a properly completed

4  application, we can only make a decision on it once

5  we have a properly completed application.

6    Q.   What I'm trying to find out is how long

7  does that take?

8    A.   It varies.

9    Q.   And does it sometimes involve more than

10  30 days from the submission of the application?

11    A.   From the submission of a not properly

12  completed application to the time of overturn for a

13  denial, yes.

14    Q.   All right.  More than 30 days?

15    A.   Yes, sir.

16    Q.   And that's happened more than once;

17  correct?

18    A.   I would assume so.

19    Q.   All right.  And do you know how often it's

20  happened?

21    A.   I'm just told that it's, most of those

22  cases are still generally, once we have the reason

