Placeholder for Exhibit 9,
77R Handgun Registration
Safety Course Training
Video CD previously filed
and identified as ECF 77-09

EXHIBIT
9