

**CONFIDENTIAL**

# Transcript of Dana J. Hoffman

**Date:** March 27, 2018
**Case:** Maryland Shall Issue, Inc., et al. -v- Hogan, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

EXHIBIT 16

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
1                IN THE UNITED STATES DISTRICT COURT
2                    FOR THE DISTRICT OF MARYLAND
3    MARYLAND SHALL ISSUE, INC.,    :
4    et al.                         :
5                    Plaintiffs,:
6       v.                          : Civil Case No.
7    LAWRENCE HOGAN, et al.         : 16-cv-3311-MJG
8                    Defendants.:
9                         -----------
10             CONTAINS CONFIDENTIAL INFORMATION
11              Deposition of DANA J. HOFFMAN
12                   Baltimore, Maryland
13                 Tuesday, March 27, 2018
14                      11:40 a.m.
15
16
17
18
19
20   Job No.:  179483
21   Pages:  1 - 46
22   Reported By:  Dawn M. Hart, RPR/RMR/CRR
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                              8

```
1              What is your current address?
2        A     7051 Carroll Avenue, Apartment 915, Takoma
3    Park, Maryland 20912.
4        Q     And how long have you lived there?
5        A     Twenty-eight years.
6        Q     Are you on any medications today or do you
7    have any conditions that would prevent you from
8    testifying truthfully or from recalling events?
9        A     No.
10       Q     How did you get involved in the lawsuit?
11       A     I went to a gun show and I saw a person
12   there at a booth entitled Maryland Shall Issue and I
13   asked them what that was about.  And then I told them
14   about my problem and the reason that I wasn't able to
15   get a license to have a gun, and they said I would
16   probably be a good candidate for this -- I don't think
17   the suit was in process at that point, but I would be
18   someone that they would be of interest to have
19   testify.
20       Q     Are you a member of Maryland Shall Issue?
21       A     I am now.  I wasn't then.
22       Q     When did you become a member?
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                                    9

```
 1             I don't need the exact date.
 2       A   Last fall.
 3       Q   Okay.  And this person that you saw at the
 4   gun show who -- at the booth that you just told me
 5   about, do you know that person's name?
 6       A   No, I don't.
 7       Q   Were you asked to be a witness in this case?
 8       A   Yes.
 9       Q   By whom?
10       A   I got a phone call.  I think they were just
11   calling various people who had reasons that they
12   wanted the law changed, and I was asked a bunch of
13   questions to see if I would be appropriate to testify,
14   or be a witness, and then I got a -- then I got a
15   subpoena.
16       Q   Who was the person that called you and asked
17   you the question?
18       A   Honestly I don't know.  It was a woman.
19       Q   Was it somebody who said they were from MSI,
20   Maryland Shall Issue?
21       A   I'm not sure she was from them or just hired
22   by them.  I'm not sure.
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                    10

```
1       Q    Other than this woman and the person at the
2   gun show, have you talked to anybody else about this
3   lawsuit?
4       A    Not really.  I mean I know about it, but --
5       Q    And how do you know about it?
6       A    Because they asked me to testify.
7       Q    Have you ever talked to Mr. Hansel prior to
8   today?
9       A    I don't think so.
10      Q    What about Mr. Sweeney?
11      A    I don't think so.
12      Q    So other than the person at the phone --
13  excuse me, at the booth at the gun show and this
14  person who called you on the phone, you haven't talked
15  to anybody else about the lawsuit; is that right?
16      A    Well, I have.  I've talked to -- I'm not
17  good with names so if you me a second, I can give you
18  a name.
19      Q    Okay.
20      A    (Retrieving cell phone.)
21           Mark Penick.  I've spoken with him twice, I
22  think, but not in any depth.
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018    11

```
1        Q    When was the most recent time when you spoke
2   to him?
3        A    Last week when I couldn't reach Mr. Cary.
4        Q    Mr. Hansel?
5             MR. HANSEL:  Cary is my first name.  You can
6   call me either one.  Most folks just call me Cary.
7   Don't bother.
8        Q    So what did you discuss with Mr. Penick last
9   week?
10       A    About my ears and my anxiety about being on
11  the 20th floor.
12       Q    Anything else?
13       A    (Shakes head.)
14       Q    No?
15       A    No.
16       Q    Do you own any firearms?
17       A    I do not.
18       Q    Have you ever owned any firearms?
19       A    Yes.
20       Q    When?
21       A    I was raised around firearms, from the time
22  I was about 7.
```

Case 1:16-cv-03311-ELH  Document 77-16  Filed 10/05/18  Page 7 of 12

CONFIDENTIAL

Transcript of Dana J. Hoffman
Conducted on March 27, 2018     12

```
1        Q    Your parents had them or your family?
2        A    Whole family.
3        Q    Where were you raised?
4        A    Iowa.
5        Q    Was it a rural environment that you grew up
6   in?
7        A    Yes -- well, for the first five years of my
8   life it was.
9        Q    So you've personally owned firearms in the
10  past?
11       A    Yes.
12       Q    Have you ever owned a handgun in the past?
13       A    Yes.
14       Q    When was that?
15       A    From the time I was 7 until -- I technically
16  still own it, but it's in Iowa in a safe that belongs
17  to my uncle.
18       Q    So you own one -- a handgun that you own is
19  in the possession of your uncle in Iowa; is that
20  right?
21       A    Yes, and I think he thinks at this point he
22  owns it it's been there so long.
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                                       13

```
1         Q    Are there any other guns that you own that
2    are being held by other people?
3         A    No.
4         Q    What type of handgun is your uncle holding
5    for you?
6         A    A Browning 22.
7         Q    And you moved to Maryland, when?
8         A    1969.
9         Q    And when you came to Maryland, you left the
10   handgun in Iowa?
11        A    I moved here from Boston.  The handgun has
12   always been in Iowa.
13        Q    Okay.  So it's been there since the 1960s?
14        A    Yeah.  Yes.
15        Q    When was the last time you fired a handgun?
16        A    Before -- I wasn't even 20 years old the
17   last time I fired a gun.  I'm now 75.
18        Q    So approximately 50 years ago?
19        A    Probably.
20        Q    And it's my understanding that you wish to
21   purchase a handgun; is that correct?
22        A    I would at least like a license to be able
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018        14

```
 1   to do that.
 2       Q    Why?
 3       A    Because I'm now 75, I'm disabled, I can't
 4   defend myself the way I once could.  I've had a couple
 5   of instances which were frightening, and I felt very
 6   vulnerable.
 7       Q    Can you tell me what those were?
 8       A    Yes.  One I had been to a meeting in Takoma
 9   Park.  It was about 9:30 at night.  I came home.  Our
10   parking lot at that time didn't have as many lights as
11   it does now, and a man came out of the darkness and
12   tried to rob me.
13       Q    And how long ago was this?
14       A    I'm going to say 15 plus years.
15       Q    So fifteen or more years ago?
16       A    Yes.
17       Q    Okay.  And what happened?  Did he rob you?
18       A    I managed to get into the light where I
19   could be seen, and he left.
20       Q    Were you in a wheelchair at that time?
21       A    Yes.
22       Q    So he didn't take anything from you?
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                22

```
 1   were there?
 2        A    Pistols.
 3        Q    Did you have a price range in mind of how
 4   much you want to spend on this handgun?
 5        A    No.  It's more important to me that it fit
 6   my hand.  I'm small.
 7        Q    Have you ever fired a handgun?
 8        A    Yes.
 9        Q    Have you fired one since you left Iowa?
10        A    No.
11        Q    So the last time would have been in the
12   1960s?
13        A    (Nodding head.)
14        Q    Is that right?
15        A    Yes.
16        Q    What is your understanding of what would be
17   required for you to obtain a handgun qualification
18   license?
19        A    Well, here's where comes the problem.
20   Because I have hyperacusis, I can't go to a class and
21   be in a room with a bunch of other people learning
22   about gun safety, and I also can't go to a firing
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018       23

```
 1   range and fire a gun.
 2        Q    I'm sorry, what is the condition called that
 3   you have?
 4        A    Hyperacusis.  A-C-U -- oh, here (handing).
 5        Q    Thank you.
 6             MR. SCOTT:  We'll have this marked as 68.
 7        Q    Is this a copy, or do you --
 8        A    It's a copy.
 9             (Exhibit 68 was marked for identification
10   and was retained by Mr. Scott.)
11        Q    So the letter that you handed me is a letter
12   from a doctor named William Gray at the University of
13   Maryland describing the condition of hyperacusis as an
14   intolerance to loud sounds?
15        A    Well, it's not just to loud sound.  It's
16   just sound.
17             MR. HANSEL:  Can I take a look at the
18   letter, counsel?
19             MR. SCOTT:  Yeah.  I just want to finish
20   reading it.
21        A    And you'll notice it says severe
22   hyperacusis.
```

CONFIDENTIAL
Transcript of Dana J. Hoffman
Conducted on March 27, 2018                                         24

```
1       Q    It says that exposure to loud sounds cause
2   severe discomfort and even pain; is that correct?
3       A    It is and isn't.  It doesn't take a loud
4   sound.  If you were talking louder than you are, I
5   wouldn't be able to be in the room with you.
6       Q    So let's go back to my question, which is
7   what's your understanding of what you would have to do
8   in order to obtain a Handgun Qualification License?
9       A    My understanding is that I would have to go
10  to class -- to a class and be in a room with other
11  people, that I would have to go to a firing range and
12  fire at least 20 bullets, and that -- there may be
13  something else that I'm not remembering, but that's in
14  my mind right now.
15      Q    Okay.  And you believe that going to the
16  class would be problematic for you because of your
17  medical condition?
18      A    Yes.
19      Q    Have you done any research to determine
20  whether or not the training can be given outside of a
21  classroom setting?
22      A    I have spoken to a young man who is in the
```