## LiveScan HQL Fingerprinting Costs as of 12/2/2017

| PROVIDER | LOCATION | PHONE | URL | COST AS OF 11/09/2017 | Source of Price | Notes |
|---|---|---|---|---|---|---|
| 1A Fingerprinting | 4367 Hollins Ferry Road Ste 3A Halethorpe, MD 21227 | 443.297.0351 | http://www.1afingerprinting.com/ | $55.00 | Website | |
| 3M Cogent Fingerprinting Services c/o Bay Shore Services, Inc. | 1235 Pemberton Dr. Salisbury, MD 21801 | 410.341.0307 x106 | http://www.bayshoreservices.org/ | $50.00 | Phone call | |
| 3M Cogent Fingerprinting Services Main-One (M-1) Solutions, Inc | 4300 Forbes Blvd. Suite 220 Lanham, MD 20706 | 301.702.7200 | http://www.bayshoreservices.org/ | | | Unavailable by phone 11/09/2017 |
| 3M Cogent Fingerprinting Services c/o Fairmount Heights Police Department | 6100 Jost Street Fairmount Heights, MD 20743 | 301.883.9472 | N/A | $54.50 | Phone call | |
| 3M Cogent Fingerprinting Services c/o Xecutive Security Investigations Group | 821 E. Baltimore St. Baltimore, MD 21202 | 410.605.0947 | http://www.bayshoreservices.org/ | $65.00 | Phone call | |
| 911 Security & Investigations, LLC | 8115 Fenton Street Suite 303 Silver Spring, MD 20910 | 301.755.6138 | http://911securityandinvestigationservices.com/index.html | $69.00 | Phone call | |
| Absolute Investigative Services | 604 E. Joppa Road Towson, MD 21286 | 410.828.6460 | http://www.absoluteisi.com/ | | | |
| Absolute Investigative Services | 10514 D Racetrack Road Berlin, MD 21811 | 410.973.2482 | http://www.absoluteisi.com/ | | | |
| Absolute Investigative Services, Inc. | 139 N. Main Street #103 Bel Air, Maryland 21014 | 410.420.6923 | http://www.absoluteisi.com/ | | | |
| Allied Barton Security Services | 36 South Charles Street Suite 2204 Baltimore, MD 21201 | 443.725.9398 | http://www.alliedbarton.com/ | | | |
| All American Protective Services, LLC | 6701 Democracy Blvd. Suite 110 Bethesda, MD 20817 | 301.571.9479 | http://www.americanident.com/ | | | |
| All American Protective Services, LLC | 12501 Prosperity Drive Suite 200 Silver Spring, MD 20904 | 240.670.7952 | http://www.americanident.com/ | | | |
| All American Protective Services, LLC | 7361 Calhoun Place Suite 485 Rockville, MD 20855 | 301.296.4499 | http://www.americanident.com/ | | | |
| American Fingerprinting Services | 3 Bethesda Metro Center Suite 700 Bethesda, MD 20814 | 301.961.1998 | http://www.afs-md.com/ | | | |
| Apex Investigative Services | 1916 Crain Hwy S. Ste. 11 Glen Burnie, MD 21061 | 410.590.3700 | http://www.apex-fingerprinting.com/ | | | |
| Apex Nursing Services | 6480 New Hampshire Ave. Suite 305 Takoma Park, MD 20912 | 301.448.1051 | N/A | | | |
| B&B Insurance Group | 1118 E Main Street Suite B Salisbury, MD 21804 | 443.736.8425 | N/A | | | |
| Biometrics Identity Verification System | 1005 North Point Blvd Suite 728 Baltimore, MD 21224 | 443-503-6073 | http://www.biometricsidentity.net/ | $55.00 | | |
| Biometrics Identity Verification System | 5010 Sunnyside Avenue #300 Beltsville, Maryland 20705 | 301.477.3210 | http://www.biometricsidentity.net/ | $55.00 | | |
| Biometrics Identity Verification System | 10410 Kensington Parkway Suite 100B Kensington, MD 20895 | 240.833.3268 (phone) 301.822.4552 (fax) | http://www.biometricsidentity.net/ | $55.00 | | |



1

**EXHIBIT 18**

| PROVIDER | LOCATION | PHONE | URL | COST AS OF 11/09/2017 | Source of Price | Notes |
|---|---|---|---|---|---|---|
| Biometrics Identity Verification System | 4005 Seven Mile Lane Pikesville, MD 21208 | 443.213.8908 (phone) 443.213.8605 (fax) | http://www.biometricsidentity.net/ | $55.00 | | |
| Broadway Services, Inc. | 3709 E. Monument St Baltimore, Maryland 21205 | 410.563.6949 | http://www.broadwayservices.com/bsi/home.aspx | | | |
| Cambridge Federal | 104 Tech Park Drive Cambridge, MD 21613 | 410.221.7546 | https://cambridgefederal.com/fingerprinting/ | | | |
| Cambridge Federal | 112 Saint Claire Place Suite 201 B Stevensville, MD 21666 | 410.221.7546 | https://cambridgefederal.com/fingerprinting/ | | | |
| Dynamic, Inc. | 5209 York Road, Room B2A Baltimore, MD 21212 | 443.518.6017 | N/A | | | |
| E House Executive Security Professionals, Inc | 4710 Auth Pl Suite 420 Suitland, MD 20746 | 301.899.2828 | http://www.eh-esp.com/ | | | |
| Essential Support Services | 2028 Liberty Road Suite 102 Eldersburg, MD 21784 | 443-547-2223 1-866-388-9606 | http://www.essentialsupportservicesllc.com/index.html | | | |
| Friends and Family Healthcare, Inc. | 9642 Marlboro Pike Upper Marlboro, MD 20772 | 301.909.0143 | N/A | | | |
| Fingerprint ASAP | 6214 Reisterstown Road Baltimore, MD 21215 | 443.213.8245 | http://www.fingerprintasap.com/ | $48.00 | | |
| Fingerprint Express | 2401 Blueridge Avenue Suite 401 Silver Spring, MD 20902 | 301.728.4947 | N/A | | | |
| FYI Fingerprints | 3696 Park Avenue Ellicott City, MD 21043 | 410.418.4657 | http://www.fyifingerprints.com/ | $50.00 | | |
| Global Consulting Services of MD | 6610 Reisterstown Road (Inside the Plaza near the Food Court) Baltimore, MD 21215 | 410.585.0100 | N/A | | | |
| Grand Mission Consult | 7515 Annapolis Rd #203 Hyattsville, MD 20784 | 301.429.0525 | http://www.grandmissions.com/ | | | |
| Grand Mission Consult c/o LIVE SCAN PRO | 4920 Niagara Road, Suite 102 College Park, MD 20740 | 301.637.7078 301.345.9100 | N/A | | | |
| Greenbelt Fingerprinting | 6215 Greenbelt Road Suite 204 Greenbelt, MD 20740 | 301.345.0060 | http://www.abiometricsfingerprinting.com/ | | | |
| Grand Mission Consult c/o L.A.W Livescan Consultant | 1826 Woodlawn Drive, Suite #2 Woodlawn, Maryland 21207 | 443.200.2167 443.562.8968 | N/A | | | |
| Heritage Training & Shooting Center | 4537 Metropolitan Court Frederick, MD 21704 | 240.341.4006 | http://www.heritagetrainingcenter.com/fingerprinting | $62.75 | | |
| Hughes Barney Investigations | 9315 Largo Drive West Suite 210 Largo (Upper Marlboro), MD 20774 | 301.333.1728 | http://www.hbinvestigations.com/ | | | |
| Inquiries, Inc. | 8707 Commerce Dr. Suite A Easton, MD 21601 | 866.987.3767 | http://inquiriesinc.com/ | | | |
| IOTA Security and Detective Agency, Ltd | 11410 Marriottsville, Rd. Bldg #7 Marriottsville, MD 21104 | 410.750.3278 | http://www.theiotagroup.com/livescan | | | |
| Law Enforcement Institute of MD | 30385 Three Notch RD Charlotte Hall, MD 20622 | 240.309.4019 | | | | |

| PROVIDER | LOCATION | PHONE | URL | COST AS OF 11/09/2017 | Source of Price | Notes |
|---|---|---|---|---|---|---|
| Maryland Livescan | The Empire Towers Building 7310 Ritchie Hwy Suite 610 Glen Burnie, MD 21061-3290 | 410.761.6700 | http://www.marylandfingerprinting.com/ | $75.00 | | |
| Mid-Atlantic Regional Investigations, LLC | 1202 West Street Annapolis, MD 21401 | 888.320.7775 | http://www.marinvestigations.com/ | | | |
| Morning Star Identity Solutions | 101 Lakeforest Boulevard Suite 402 Gaithersburg, MD 20877 | 301.977.7393 (local) 1.844.977.7393 (toll-free) | N/A | | | |
| MorphoTrust USA (L-1) c/o BITHGROUP Technologies | 113 Monument Street Baltimore, MD 21201 | 877.467.9215 | http://www.l1enrollment.com/ | | | |
| MorphoTrust USA (L-1) c/o Securitas Security Services | 1101 Opal Court Suite 211 Hagerstown, MD 21740 | 877.467.9215 | http://www.l1enrollment.com/ | | | |
| Mustardseed Health Care Services LLC | 15 National Pl Westminster, Md 21557 | 240.439.4373 (local) 1.844.239.6721 (toll-free) | http://www.mshcs.com/ | $52.50 | | |
| Mustardseed Health Care Services LLC | 198 Thomas Johnson Dr. Suite 205 Frederick, MD 21702 | 240.439.4373 (local) 1.844.239.6721 (toll-free) | http://www.mshcs.com/ | $52.50 | | |
| Optimal Health Care, Inc. | 8182 Lark Brown Rd Suite 202 Elkridge, MD 21075 | 301.790.4962 | http://ohc-inc.com/ | $52.50 | | |
| Optimal Health Care, Inc. | 6 West Washington Street Hagerstown, MD 21740 | 301.790.4962 | http://ohc-inc.com/ | $52.50 | | |
| Optimal Health Care, Inc. | 174 Thomas Johnson Dr. Ste 201L Frederick, MD 21702 | 301.790.4962 | http://ohc-inc.com/ | $52.50 | | |
| Optimal Health Care, Inc. | McMullen Building 138 Baltimore St. Suite 202 Cumberland, Maryland, 21502 | 301.790.4962 | http://ohc-inc.com/ | $52.50 | | |
| Optimal Health Care, Inc. | 1550 Deep Creek Dr. Unit G McHenry, Maryland, 21541 | 301.790.4962 | http://ohc-inc.com/ | $52.50 | | |
| Police Guard Services | 7935 Central Avenue Capitol Heights, MD 20743 | 301.456.8766 | http://www.pgsfingerprinting.com/ | $25.49 | | |
| Positive I.D., Inc. | 103 Sudbrook Lane #2 Pikesville, MD 21208 | 410.602.2479 | http://positiveidinc.com/ | | | |
| Prevent First | 3710 Riviera Street #1A Temple Hills, MD 20748 | 301.423.5414 | http://www.preventfirst.com/ | $57.00 | | |
| Procare Home Health Providers | 549 N. Centre Street, #1 Cumberland, MD 21502 | 240.362.7653 | N/A | | | |
| ProtectPro, LLC | 1714 W. Jarrettsville Road Jarrettsville, MD 21084 | 410.440.4122 | http://www.protectprousa.com/ | $57.00 | | |
| Quick Fingerprints | 11605 Crossroads Circle Suite F Middle River, MD 21220 | 855.463.7226 | http://www.quickfingerprints.com/ | $65.00 | | |
| Renoxx Group, LLC | ID Solutions 9500 Annapolis RD Suite B2 Lanham, MD 20706 | 301.850.1148 | http://www.renoxxidsolutions.com/ | $59.50 | | |

| PROVIDER | LOCATION | PHONE | URL | COST AS OF 11/09/2017 | Source of Price | Notes |
|---|---|---|---|---|---|---|
| Safe Hire Solutions | 180 Main Street Prince Frederick, MD 20678 | 240.375.7601 | http://www.safehiresolutions.com/ | | | |
| Scotty's Investigations, Inc. | 515 Regina Avenue Cumberland, MD 21502 | 301.777.0232 | http://www.scottyssecurity.com/ | | | |
| Secure Fingerprints | 9801 Fallard Court Upper Marlboro, MD 20772 | 410.350.1540 | N/A | | | |
| The Training Point | 601 Seventh Street Suite 302 Laurel, MD, 20707 | 301.776.2976 | http://www.thetrainingpoint.com/ | $52.75 | | |
| Thomas Security | 1325 Mt. Hermon Road Salisbury, MD 21804 | 410.548.5029 | http://www.thomassecurityservicesllc.com/business-services-live-scan-and-finger-printing-services | $54.50 | | |
| Three Brothers | 3061 Frederick Avenue Baltimore, MD 21223 | 410.566.9112 | http://www.threebrothers.net/ | | | |
| Trident Security Group, LLC. | 9026 Liberty Road Randallstown, MD 21133 | 443-800-1949 | http://www.tridentsecuritygroup.com/ | $50.00 | | |
| United Security & Communications, Inc. | 5415 Southern Maryland Blvd. Wayson?s Corner (Lothian), MD 20711 | 301.952.8724 | http://www.usci.us/ | | | |
| Worth-A-Shot, inc. | 8424 Veterans Highway Suite #11 Millersville, MD 21108 | 443.688.6521 | http://worth-a-shot.com/ | $54.50 | | |

List of State-certified LiveScan providers available here: http://www.dpscs.state.md.us/publicservs/fingerprint.shtml

Document authored by Daniel J Carlin-Weber