

**CONFIDENTIAL**

# Transcript of Stephen Schneider, Corporate Designee

**Date:** March 6, 2018
**Case:** Maryland Shall Issue, Inc., et al. -v- Hogan, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

EXHIBIT 19

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF MARYLAND
 3     - - - - - - - - - - - - - -x
 4    MARYLAND SHALL ISSUE,     :
 5    INC., et al.,             :
 6              Plaintiffs,     :   Civil Case No.
 7       v.                     :   16-cv-3311-MJG
 8    LAWRENCE HOGAN, et        :
 9    al.,                      :
10              Defendants.     :
11     - - - - - - - - - - - - - -x
12
13                       CONFIDENTIAL
14           Deposition of ATLANTIC GUNS, INC.
15        By and through its Corporate Designee,
16                    STEPHEN SCHNEIDER
17                   Baltimore, Maryland
18                 Tuesday, March 6, 2018
19                       10:00 a.m.
20    Job No.:  178307
21    Pages:  1 - 75
22    Reported By:  Janet A. Hamilton, RDR
```

CONFIDENTIAL
Transcript of Stephen Schneider, Corporate Designee
Conducted on March 6, 2018  17

1    Q  Did you have to be fingerprinted for the
2  HQL?
3    A  They already had my fingerprints for the
4  handgun carry permit.
5    Q  So does that mean no?
6    A  That means no.  Yes.  Sorry.
7    Q  All right.  As a designee of Atlantic
8  Guns, what is your understanding of how much it
9  costs for someone to obtain an HQL, assuming they
10 don't already have a carry permit?
11   A  It is dependent on whether they are
12 training exempt or not.  The state charges I
13 believe it is $50.  Fingerprinting generally runs
14 between 50 and $60.  If they need the training,
15 you know, my understanding is that it can run
16 anywhere from $50 to in the several hundred
17 dollars depending on where you get the training,
18 what somebody would charge for it.
19   Q  Anything else other than those three
20 components of the cost?
21   A  Not direct -- not directly I don't think.
22 Certainly the time that it would take to get