| Maryland Statistical Data[1] | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year[2] | Homicides | Shooting Homicides | Handgun Homicides | Shooting Homicide Rate | Handgun Homicide Rate | Baltimore City Homicide Rate[3] | Recovered Handguns Used In Crime[4] |
| 2009 | 440 | 308 | 299 | 5.40 | 5.24 | 37.26 | 4,359 |
| 2010 | 426 | 296 | 278 | 5.12 | 4.81 | 34.85 | 4,378 |
| 2011 | 398 | 272 | 265 | 4.66 | 4.54 | 31.27 | 4,515 |
| 2012 | 372 | 281 | 271 | 4.77 | 4.60 | 34.85 | 4,546 |
| 2014 | 363 | 245 | 231 | 4.09 | 3.86 | 33.84 | 4,487 |
| 2015 | 553 | 419 | 398 | 6.97 | 6.62 | 55.37 | 4,963 |
| 2016 | 534 | 402 | 368 | 6.68 | 6.11 | 51.42 | 5,291 |
| 2017 | 569 | 441 | 401 | 7.28 | 6.62 | 55.77 | 5,269 |
| 2018 | 489 | 452 | 401 | 7.48 | 6.64 | 51.04 | 6,832 |
| 2019 | 543 | 514 | 462 | 8.50 | 7.64 | 58.27 | 5,971 |

[1] All data except for the Baltimore City Homicide Rate & Recovered Handguns Used in Crime is from previously disclosed MD Uniform Crime Reports: 2009 (HQL_0002046), 2010 (HQL_0002252), 2011 (HQL_0002451), 2012 (HQL_0002652), 2014 (HQL_0003068), 2015 (HQL_0003274), 2016 (Crime in Maryland 2016 Uniform Crime Report pp. 14, 17 available at https://mdsp.maryland.gov/Document%20Downloads/Crime%20in%20Maryland%202016%20Uniform%20 Crime%20Report.pdf), 2017 (Crime in Maryland 2017 Uniform Crime Report pp.14, 17 available at https://mdsp.maryland.gov/Document%20Downloads/2017%20Uniform%20Crime%20Report.pdf), 2018 (Crime in Maryland 2018 Uniform Crime Report pp. 12, 16 available at https://mdsp.maryland.gov/Document%20Downloads/ Crime%20in%20Maryland%202018%20Uniform%20Crime%20Report.pdf), 2019 (Crime in Maryland 2019 Uniform Crime Report pp. 12, 16 available at https://mdsp.maryland.gov/Document%20Downloads/ Crime%20In%20Maryland%202019%20Uniform%20Crime%20Report.pdf).

[2] Data for 2013 is omitted because the Handgun Qualification License took effect on October 1, 2013.

[3] Baltimore City Homicide data available online is from U.S. Department of Justice Federal Bureau of Investigation, Criminal Justice Information Services Division, Crime in the United States: Maryland Offenses Known by Law Enforcement by City Tables: 2009 (available at https://ucr.fbi.gov/crime-in-the-u.s/2009); 2010 (available at https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/tables/table-8/10tbl08md.xls); 2011 (available at https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.- 2011/tables/table8statecuts/table_8_offenses_known_to_law_enforcement_maryland_by_city_2011.xls); 2012 (available at https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/tables/8tabledatadecpdf/table-8-state- cuts/table_8_offenses_known_to_law_enforcement_by_maryland_by_city_2012.xls); 2014 (available at https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by- state/Table_8_Offenses_Known_to_Law_Enforcement_by_Maryland_by_City_2014.xls); 2015 (available at https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/tables/table-8/table-8-state- pieces/table_8_offenses_known_to_law_enforcement_maryland_by_city_2015.xls); 2016 (available at https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/tables/table-6/table-6-state-cuts/maryland.xls); 2017 (available at https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/tables/table-8/table-8-state- cuts/maryland.xls); 2018 (available at https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/tables/table- 8/table-8-state-cuts/maryland.xls) and 2019 (available at https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.- 2019/tables/table-8/table-8-state-cuts/maryland.xls).

[4] Recovered Handguns Used in Crime data available online is from U.S. Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives, Office of Strategic Intelligence and Information, Maryland Firearms Tracing System Data Reports: 2009 (available at https://www.atf.gov/resource-center/docs/2009-trace-data- marylandpdf/download), 2010 (available at https://www.atf.gov/resource-center/docs/2010-trace-data- marylandpdf/download), 2011 (available at https://www.atf.gov/resource-center/docs/2011-trace-data- marylandpdf/download), 2012 (available at https://www.atf.gov/resource-center/docs/2012-trace-data- marylandpdf/download), 2014 (available at https://www.atf.gov/about/docs/report/maryland-firearms-trace-data- %E2%80%93-2014/download), 2015 (available at https://www.atf.gov/docs/163521-mdatfwebsite15pdf/download) 2016 (available at https://www.atf.gov/firearms/docs/undefined/2016tracestatsmarylandpdf/download), 2017 (available at https://www.atf.gov/docs/undefined/mdwebsite17183900pdf/download), 2018 (available at https://www.atf.gov/file/137146/download), 2019 (available at https://www.atf.gov/file/147101/download).

EXHIBIT
22

# CRIME IN MARYLAND



## 2009 UNIFORM CRIME REPORT

**GOVERNOR MARTIN O'MALLEY**

**LT. GOVERNOR ANTHONY G. BROWN**

**COLONEL TERRENCE B. SHERIDAN, SUPERINTENDENT**

**MARYLAND STATE POLICE**

# MURDER

Murder and non-negligent manslaughter is the willful (non-negligent) killing of one human being by another.

## VOLUME AND RATE

During 2009, a total of 440 murders were reported. This represents an 11 percent decrease over 2008. Murder accounted for one percent of all violent crime and less than one percent of the crime index. In 2009, there were 7.7 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2009, 282 murders were cleared with seven percent of these clearances involving only juvenile offenders. A total of 319 persons were arrested for murder during 2009. A breakdown of persons arrested for murder was 91 percent male, nine percent female, 12 percent juvenile, 75 percent Black, 23 percent White and two percent consisting of American Indian and Asian.

During 2009, 193 of the murder victims were in the 18 to 29 age group, representing 44 percent of the total. There were 40 juvenile victims of murder, accounting for nine percent of the total murder victims.

Handguns were used in 68 percent of the reported murders in 2009. This represents a nine percent decrease in their use when compared to the handgun use in 2008. The next most used weapon was a knife, accounting for 13 percent of the reported murders in 2009. This represents a three percent decrease when compared to 2008.



**Murder Weapons**

Other or Unknown Weapons, 8%
Personal Weapons, 3%
Knife, 13%
Blunt Object, 5%
Firearm 70%

Drug related murders accounted for one percent of the total in 2009, as compared to two percent in 2008.

Family members, as offenders in murder, accounted for ten percent while boyfriend or girlfriend (those not cohabitating) reflects one percent of the total reported. There was a 28 percent decrease in family-related murders, while boyfriend or girlfriend murders decreased 50 percent from 2008. Additionally, an acquaintance is listed in 17 percent of the

14

# CRIME IN MARYLAND



## 2010 UNIFORM CRIME REPORT

---

### GOVERNOR MARTIN O'MALLEY

### LT. GOVERNOR ANTHONY G. BROWN

### COLONEL TERRENCE B. SHERIDAN, SUPERINTENDENT

### MARYLAND STATE POLICE

HQL_0002236

# MURDER

Murder and non-negligent manslaughter is the willful (non-negligent) killing of one human being by another.

## VOLUME AND RATE

During 2010, a total of 426 murders were reported. This represents an three percent decrease over 2009. Murder accounted for one percent of all violent crime and less than one percent of the crime index. In 2010, there were 7.4 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2010, 248 murders were cleared with four percent of these clearances involving only juvenile offenders. A total of 287 persons were arrested for murder during 2010. A breakdown of persons arrested for murder was 92 percent male, eight percent female, eight percent juvenile, 77 percent Black and 23 percent White. In 2010, there were no American Indians or Asians arrested for Murder.

During 2010, 183 of the murder victims were in the 18 to 29 age group, representing 43 percent of the total. There were 30 juvenile victims of murder, accounting for seven percent of the total murder victims.

Handguns were used in 65 percent of the reported murders in 2010. This represents a seven percent decrease in their use when compared to the handgun use in 2009. The next most used weapon was a knife, accounting for 14 percent of the reported murders in 2010. In 2009, knife accounted for 13 percent of the reported murders.



Murder Weapons

Other or Unknown Weapons, 8%

Blunt Object, 5%

Personal Weapons, 4%

Knife, 14%

Firearm, 70%

Drug related murders accounted for two percent of the total in 2010. In 2009, Drug related murders accounted for one percent of the total.

Family members, as offenders, accounted for ten percent of the total murders, a decrease of two percent from 2009. Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had cohabitated) reflects five percent of the total murders reported.

14

HQL_0002252

# CRIME IN MARYLAND



## 2011 UNIFORM CRIME REPORT

### GOVERNOR MARTIN O'MALLEY

### LT. GOVERNOR ANTHONY G. BROWN

### COLONEL MARCUS L. BROWN, SUPERINTENDENT

### MARYLAND STATE POLICE

HQL_0002435

# MURDER

Murder and non-negligent manslaughter is the willful (non-negligent) killing of one human being by another.

## VOLUME AND RATE

During 2011, a total of 398 murders were reported. This represents a six percent decrease over 2011. Murder accounted for one percent of all violent crime and less than one percent of the crime index. In 2011, there were 6.8 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2011, 245 murders were cleared with two percent of these clearances involving only juvenile offenders. A total of 248 persons were arrested for murder during 2011. A breakdown of persons arrested for murder was 94 percent male, six percent female, four percent juvenile, 79 percent Black, 19 percent White and one percent American Indian and Asian.

During 2011, 187 of the murder victims were in the 18 to 29 age group, representing 47 percent of the total. There were 32 juvenile victims of murder, accounting for eight percent of the total murder victims.

Handguns were used in 67 percent of the reported murders in 2011. This represents a four percent decrease in their use when compared to the handgun use in 2010. The next most used weapon was a knife, accounting for 19 percent of the reported murders in 2011. In 2010, knife accounted for 14 percent of the reported murders.



**Murder Weapons**

Other or Unknown Weapons, 5%

Personal Weapons, 4%

Blunt Object, 3%

Knife, 19%

Firearm, 68%

Drug related murders accounted for three percent of the total in 2011. In 2010, Drug related murders accounted for two percent of the total.

Family members, as offenders, accounted for 11 percent of the total murders, a increase of five percent from 2010. Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had cohabitated) reflects six percent of the total murders reported.

14

# CRIME IN MARYLAND



## 2012 UNIFORM CRIME REPORT

**GOVERNOR MARTIN O'MALLEY**

**LT. GOVERNOR ANTHONY G. BROWN**

**COLONEL MARCUS L. BROWN, SUPERINTENDENT**

**MARYLAND STATE POLICE**

HQL_0002634

# MURDER

Murder and non-negligent manslaughter is the willful (non- negligent) killing of one human being by another.

## VOLUME AND RATE

During 2012, a total of 372 murders were reported. This represents a seven percent decrease over 2011. Murder accounted for one percent of all violent crime and less than one percent of the crime index. In 2012, there were 6.3 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2012, 228 murders were cleared with four percent of these clearances involving only juvenile offenders. A total of 257 persons were arrested for murder during 2012. A breakdown of persons arrested for murder was 93 percent male, seven percent female, five percent juvenile, 85 percent Black and 15 percent White.

During 2012, 169 of the murder victims were in the 18 to 29 age group, representing 45 percent of the total. There were 21 juvenile victims of murder, accounting for six percent of the total murder victims.

Handguns were used in 73 percent of the reported murders in 2012. This represents a two percent increase in their use when compared to the handgun use in 2011. The next most used weapon was a knife, accounting for 13 percent of the reported murders in 2012. In 2011, knife accounted for 19 percent of the reported murders.



**Murder Weapons**
- Other or Unknown Weapons, 4%
- Personal Weapons, 4%
- Blunt Object, 3%
- Knife, 13%
- Firearm, 76%

Drug related murders accounted for three percent of the total in 2012, the same as in 2011.

Family members, as offenders, accounted for 12 percent of the total murders, an increase of one percent from 2011. Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had cohabitated) reflect five percent of the total murders reported.

Additionally, an acquaintance is listed in 18 percent of the murders reported in 2012. Strangers and unknown relationships accounted for two other large categories, 17 percent and 75 percent respectively.

In 38 percent of the murders, the offenders are unknown and not described. When the race of the victim and offender is known, the offender is most often someone of the same race.

HQL_0002652

# CRIME IN MARYLAND



## 2014 UNIFORM CRIME REPORT

**GOVERNOR LARRY HOGAN**

**LT. GOVERNOR BOYD K. RUTHERFORD**

**COLONEL WILLIAM M. PALLOZZI**

**MARYLAND STATE POLICE**

HQL_0003050

# MURDER

Murder and non-negligent manslaughter is the willful (non- negligent) killing of one human being by another.

## VOLUME AND RATE

During 2014, a total of 363 murders were reported.  This represents a 6.2 percent decrease over 2013.  Murder accounted for one percent of all violent crime and less than one percent of the crime index.  In 2014, there were 6.1 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2014, 221 murders were cleared with two percent of these clearances involving only juvenile offenders.  A total of 241 persons were arrested for murder during 2014.  A breakdown of persons arrested for murder was 88 percent male, 12 percent female, seven percent juvenile, 71 percent Black and 28 percent White and one person consisting of American Indian and Asian.

During 2014, 150 of the murder victims were in the 18 to 29 age group, representing 41 percent of the total.  There were 30 juvenile victims of murder, accounting for eight percent of the total murder victims.

Handguns were used in 64 percent of the reported murders in 2014.  This represents a 14 percent decrease in their use when compared to the handgun use in 2013.  The next most used weapon was a knife, accounting for 22 percent of the reported murders in 2014.  In 2013, knife accounted for 16 percent of the reported murders.



**Murder Weapons**

Other or Unknown Weapons, 2%
Personal Weapons, 4%
Blunt Object, 3%
Knife, 22%
Firearm, 67%

Drug related murders accounted for three percent of the total in 2014.  In 2013, drug related murders accounted for two percent of the total.

Family members, as offenders, accounted for 15 percent of the total murders, an increase of eight percent from 2013.  Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had cohabitated) reflect seven percent of the total murders reported.

Additionally, an acquaintance is listed in 13 percent of the murders reported in 2014.  Strangers and unknown relationships accounted for two other large categories with 42 percent and 37 percent respectively.

14

Case 1:16-cv-03311-ELH   Document 77-22   Filed 10/05/18   Page 12 of 31

# CRIME IN MARYLAND



## 2015 UNIFORM CRIME REPORT

### GOVERNOR LARRY HOGAN

### LT. GOVERNOR BOYD K. RUTHERFORD

### COLONEL WILLIAM M. PALLOZZI

### MARYLAND STATE POLICE

HQL_0003256

# MURDER

Murder and non-negligent manslaughter is the willful (non-negligent) killing of one human being by another.

## VOLUME AND RATE

During 2015, a total of 553 murders were reported.  This represents a 52.3 percent increase, over 2014.  Murder accounted for two percent of all violent crime and less than one percent of the crime index.  In 2015, there were 9.2 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2015, 251 murders were cleared with five percent of these clearances involving only juvenile offenders.  A total of 290 persons were arrested for murder during 2015.  A breakdown of persons arrested for murder was 89 percent male, 11 percent female, seven percent juvenile, 77 percent Black,  22 percent White and less than one percent consisting of American Indian, Asian and Pacific Islander.

During 2015, 253 of the murder victims were in the 18 to 29 age group, representing 46 percent of the total.  There were 43 juvenile victims of murder, accounting for eight percent of the total murder victims.

Handguns were used in 72 percent of the reported murders in 2015.  This represents a 72 percent increase in their use when compared to the handgun use in 2014.  The next most used weapon was a knife, accounting for 12 percent of the reported murders in 2015.  In 2014, knife accounted for 22 percent of the reported murders.



Drug related murders accounted for one percent of the total in 2015.  In 2014, drug related murders accounted for three percent of the total.

Family members, as offenders, accounted for 11 percent of the total murders, an increase of 13 percent from 2014.  Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had lived together) reflect three percent of the total murders reported.

Additionally, an acquaintance is listed in 16 percent of the murders reported in 2015.  Strangers and unknown relationships accounted for two other large categories with 9 percent and 72 percent respectively.

HQL_0003274

# CRIME IN MARYLAND



## 2016 UNIFORM CRIME REPORT

**GOVERNOR LARRY HOGAN**

**LT. GOVERNOR BOYD K. RUTHERFORD**

**COLONEL WILLIAM M. PALLOZZI**

**MARYLAND DEPARTMENT OF STATE POLICE**

# MURDER

Murder and non-negligent manslaughter is the willful (non-negligent) killing of one human being by another.

## VOLUME AND RATE

During 2016, a total of 534 murders were reported.  This represents a 3.4 percent decrease, over 2015.  Murder accounted for two percent of all violent crime and less than one percent of the crime index.  In 2016, there were 8.9 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2016, 271 murders were cleared with three percent of these clearances involving only juvenile offenders.  A total of 313 persons were arrested for murder during 2016.  A breakdown of persons arrested for murder was 92 percent male, eight percent female, four percent juvenile, 78 percent Black, 21 percent White and one percent consisting of American Indian, Asian and Pacific Islander.

During 2016, 260 of the murder victims were in the 18 to 29 age group, representing 49 percent of the total.  There were 27 juvenile victims of murder, accounting for five percent of the total murder victims.



Firearms were used in 69 percent of the reported murders in 2016.  This represents a three percent decrease in their use when compared to firearm use in 2015.  The next most used weapon was a knife, accounting for 12 percent of the reported murders in 2016. In 2015, knife also accounted for 12 percent of the reported murders.

Drug related murders accounted for one percent of the total in 2016.  In 2015, drug related murders also accounted for one percent of the total.

Family members, as offenders, accounted for 11 percent of the total murders in both 2015 as well as 2016. Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had lived together) reflect four percent of the total murders reported.

Additionally, an acquaintance is listed in nine percent of the murders reported in 2016. Strangers and unknown relationships accounted for two other large categories with nine percent and 78 percent respectively.

ANNUAL
MURDER BREAKDOWN REPORT
STATE OF MARYLAND

POPULATION:
PERIOD 1: 6,006,401
PERIOD 2: 6,016,447

COMPARISON PERIODS:
PERIOD 1 (P.1): 01/2015 TO 12/2015
PERIOD 2 (P.2): 01/2016 TO 12/2016

**TOTAL COUNTS**

| | | PERIOD 1 RATE | PERIOD 1 COUNT | PERIOD 2 RATE | PERIOD 2 COUNT |
|---|---|---|---|---|---|
| ACTUAL | | 9.20 | 553 | 8.87 | 534 |
| JUSTIFIABLE | | 0.36 | 22 | 0.14 | 9 |

**BY RACE, ETHN — VICTIMS**

| | P | RATE | # OF ACTUALS | % OF TOTAL | % CHANGE |
|---|---|---|---|---|---|
| White | P.1 | 1.59 | 96 | 17.3% | 11.5%- |
| | P.2 | 1.41 | 85 | 15.9% | |
| Black | P.1 | 7.47 | 449 | 81.1% | 0.7%- |
| | P.2 | 7.41 | 446 | 83.5% | |
| Asian | P.1 | 0.06 | 4 | 0.7% | 50.0%- |
| | P.2 | 0.03 | 2 | 0.3% | |
| American Indian | P.1 | 0.00 | 0 | 0.0% | 0.0% |
| | P.2 | 0.00 | 0 | 0.0% | |
| Pacific | P.1 | 0.00 | 0 | 0.0% | 0.0% |
| | P.2 | 0.00 | 0 | 0.0% | |
| Unknown Race | P.1 | 0.06 | 4 | 0.7% | 75.0%- |
| | P.2 | 0.01 | 1 | 0.1% | |
| Hispanic | P.1 | 0.43 | 26 | 4.7% | 34.6%- |
| | P.2 | 0.28 | 17 | 3.1% | |
| NonHispn | P.1 | 8.30 | 499 | 90.2% | 0.8%- |
| | P.2 | 8.22 | 495 | 92.6% | |
| Unknown | P.1 | 0.46 | 28 | 5.0% | 21.4%- |
| | P.2 | 0.36 | 22 | 4.1% | |

**BY AGE GROUPS — VICTIMS**

| | P | RATE | # OF ACTUALS | % OF TOTAL | % CHANGE |
|---|---|---|---|---|---|
| Under 18 | P.1 | 0.71 | 43 | 7.7% | 37.2%- |
| | P.2 | 0.44 | 27 | 5.0% | |
| 18 - 21 | P.1 | 1.14 | 69 | 12.4% | 17.4%+ |
| | P.2 | 1.34 | 81 | 15.1% | |
| 22 - 29 | P.1 | 3.06 | 184 | 33.2% | 2.7%- |
| | P.2 | 2.97 | 179 | 33.5% | |
| 30 & over | P.1 | 4.27 | 257 | 46.4% | 5.1%- |
| | P.2 | 4.05 | 244 | 45.6% | |
| Unknown | P.1 | 0.04 | 3 | 0.5% | N/A |
| | P.2 | 0.00 | | 0.0% | |

**BY RACE, ETHN — OFFENDERS**

| | P | RATE | # OF ACTUALS | % OF TOTAL | % CHANGE |
|---|---|---|---|---|---|
| White | P.1 | 1.41 | 85 | 15.3% | 24.7%- |
| | P.2 | 1.06 | 64 | 11.9% | |
| Black | P.1 | 4.02 | 242 | 43.7% | 21.5%- |
| | P.2 | 3.15 | 190 | 35.5% | |
| Asian | P.1 | 0.03 | 2 | 0.3% | 200.0%+ |
| | P.2 | 0.09 | 6 | 1.1% | |
| American Indian | P.1 | 0.00 | 0 | 0.0% | 0.0% |
| | P.2 | 0.00 | 0 | 0.0% | |
| Pacific | P.1 | 0.00 | 0 | 0.0% | 0.0% |
| | P.2 | 0.00 | 0 | 0.0% | |
| Unknown Race | P.1 | 5.34 | 321 | 58.0% | 5.6%+ |
| | P.2 | 5.63 | 339 | 63.4% | |
| Hispanic | P.1 | 0.19 | 12 | 2.1% | 58.3%- |
| | P.2 | 0.08 | 5 | 0.9% | |
| NonHispn | P.1 | 4.67 | 281 | 50.8% | 24.9%- |
| | P.2 | 3.50 | 211 | 39.5% | |
| Unknown | P.1 | 5.62 | 338 | 61.1% | 9.5%+ |
| | P.2 | 6.14 | 370 | 69.2% | |

**BY AGE GROUPS — OFFENDERS**

| | P | RATE | # OF ACTUALS | % OF TOTAL | % CHANGE |
|---|---|---|---|---|---|
| Under 18 | P.1 | 0.26 | 16 | 2.8% | 0.0% |
| | P.2 | 0.26 | 16 | 2.9% | |
| 18 - 21 | P.1 | 0.88 | 53 | 9.5% | 3.8%+ |
| | P.2 | 0.91 | 55 | 10.2% | |
| 22 - 29 | P.1 | 1.66 | 100 | 18.0% | 10.0%- |
| | P.2 | 1.49 | 90 | 16.8% | |
| 30 & over | P.1 | 1.71 | 103 | 18.6% | 11.7%- |
| | P.2 | 1.51 | 91 | 17.0% | |
| Unknown | P.1 | 6.29 | 378 | 68.3% | 8.2%- |
| | P.2 | 5.76 | 347 | 64.9% | |

**WEAPON USED**

| | P | RATE | # OF ACTUALS | % OF TOTAL | % CHANGE |
|---|---|---|---|---|---|
| FIREARMS | P.1 | 6.97 | 419 | 75.7% | 4.1%- |
| | P.2 | 6.68 | 402 | 75.2% | |
| A.TYPE UNKNOWN | P.1 | 0.14 | 9 | 1.6% | 222.2%+ |
| | P.2 | 0.48 | 29 | 5.4% | |
| B.HANDGUN | P.1 | 6.62 | 398 | 71.9% | 7.5%- |
| | P.2 | 6.11 | 368 | 68.9% | |
| C.RIFLE | P.1 | 0.08 | 5 | 0.9% | 60.0%- |
| | P.2 | 0.03 | 2 | 0.3% | |
| D.SHOTGUN | P.1 | 0.09 | 6 | 1.0% | 66.7%- |
| | P.2 | 0.03 | 2 | 0.3% | |
| E.OTHER GUN | P.1 | 0.01 | 1 | 0.1% | 0.0% |
| | P.2 | 0.01 | 1 | 0.1% | |
| KNIFE | P.1 | 1.08 | 65 | 11.7% | 1.5%- |
| | P.2 | 1.06 | 64 | 11.9% | |
| BLUNT OBJECT | P.1 | 0.28 | 17 | 3.0% | 23.5%- |
| | P.2 | 0.21 | 13 | 2.4% | |
| PERSONAL WEAPON | P.1 | 0.31 | 19 | 3.4% | 15.8%+ |
| | P.2 | 0.36 | 22 | 4.1% | |
| POISON | P.1 | 0.00 | 0 | 0.0% | N/A N |
| | P.2 | 0.01 | 1 | 0.1% | |
| EXPLOSIVES | P.1 | 0.00 | 0 | 0.0% | 0.0% |
| | P.2 | 0.00 | 0 | 0.0% | |
| FIRE | P.1 | 0.01 | 1 | 0.1% | 200.0%+ |
| | P.2 | 0.04 | 3 | 0.5% | |
| NARCOTICS | P.1 | 0.01 | 1 | 0.1% | 100.0%- |
| | P.2 | 0.00 | 0 | 0.0% | |
| DROWNING | P.1 | 0.00 | 0 | 0.0% | 0.0% |
| | P.2 | 0.00 | 0 | 0.0% | |
| STRANGU-LATION | P.1 | 0.09 | 6 | 1.0% | 33.3%- |
| | P.2 | 0.06 | 4 | 0.7% | |
| ASPHYX-IATION | P.1 | 0.09 | 6 | 1.0% | 100.0%- |
| | P.2 | 0.00 | 0 | 0.0% | |
| OTHER WEAPONS | P.1 | 0.31 | 19 | 3.4% | 31.6%+ |
| | P.2 | 0.41 | 25 | 4.6% | |

*NOTE: "RATE" = NUMBER OF MURDERS PER 100,000 POPULATION.

17

# CRIME IN MARYLAND



## 2017 UNIFORM CRIME REPORT

---

**GOVERNOR LARRY HOGAN**

**LT. GOVERNOR BOYD K. RUTHERFORD**

**COLONEL WILLIAM M. PALLOZZI**

**MARYLAND DEPARTMENT OF STATE POLICE**

# MURDER

Murder and non-negligent manslaughter is the willful (non-negligent) killing of one human being by another.

## VOLUME AND RATE

During 2017, a total of 569 murders were reported.  This represents a 6.5 percent increase, over 2016.  Murder accounted for two percent of all violent crime and less than one percent of the crime index.  In 2017, there were 9.4 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2017, 339 murders were cleared with two percent of these clearances involving only juvenile offenders.  A total of 342 persons were arrested for murder during 2017.  A breakdown of persons arrested for murder was 87 percent male, 13 percent female, four percent juvenile, 73 percent Black, 26 percent White and less than one percent consisting of American Indian, Asian and Pacific Islander.

During 2017, 258 of the murder victims were in the 18 to 29 age group, representing 45 percent of the total.  There were 43 juvenile victims of murder, accounting for eight percent of the total murder victims.  Firearms were used in 78 percent of the reported murders in 2017.  This represents a nine percent increase in their use when compared to the use of firearms in 2016. The next most used weapon was a knife, accounting for 11 percent of the reported murders in 2017. In 2016, knife accounted for 12 percent of the reported murders.



Drug related murders accounted for four percent of the total in 2017.  In 2016, drug related murders accounted for one percent of the total.

Family members, as offenders, accounted for seven percent of the total murders in 2017, compared to 11 percent in 2016. Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had lived together) reflect two percent of the total murders reported.

Additionally, an acquaintance is listed in 14 percent of the murders reported in 2017.  Strangers and unknown relationships accounted for two other large categories with 10 percent and 81 percent respectively.

ANNUAL
MURDER BREAKDOWN REPORT
STATE OF MARYLAND

POPULATION:
PERIOD 1: 6,016,447
PERIOD 2: 6,052,177

COMPARISON PERIODS:
PERIOD 1 (P.1): 01/2016 TO 12/2016
PERIOD 2 (P.2): 01/2017 TO 12/2017

## TOTAL COUNTS

| | | PERIOD 1 RATE | PERIOD 1 COUNT | PERIOD 2 RATE | PERIOD 2 COUNT | % CHANGE |
|---|---|---|---|---|---|---|
| ACTUAL | P.1 | 8.87 | 534 | | | |
| | P.2 | | | 9.40 | 569 | 6.6%+ |
| JUSTIFIABLE | P.1 | 0.14 | 9 | | | |
| | P.2 | | | 0.33 | 20 | 122.2%+ |

## BY RACE, ETHN

### VICTIMS

| | | RATE | # OF ACTUALS | % OF TOTAL | % CHANGE |
|---|---|---|---|---|---|
| White | P.1 | 1.41 | 85 | 15.9% | |
| | P.2 | 1.68 | 102 | 17.9% | 20.0%+ |
| Black | P.1 | 7.41 | 446 | 83.5% | |
| | P.2 | 7.55 | 457 | 80.3% | 2.5%+ |
| Asian | P.1 | 0.03 | 2 | 0.3% | |
| | P.2 | 0.14 | 9 | 1.5% | 350.0%+ |
| American Indian | P.1 | 0.00 | 0 | 0.0% | |
| | P.2 | 0.00 | 0 | 0.0% | 0.0% |
| Pacific | P.1 | 0.00 | 0 | 0.0% | |
| | P.2 | 0.00 | 0 | 0.0% | 0.0% |
| Unknown Race | P.1 | 0.01 | 1 | 0.1% | |
| | P.2 | 0.01 | 1 | 0.1% | 0.0% |
| Hispanic | P.1 | 0.28 | 17 | 3.1% | |
| | P.2 | 0.56 | 34 | 5.9% | 100.0%+ |
| NonHispn | P.1 | 8.22 | 495 | 92.6% | |
| | P.2 | 8.45 | 512 | 89.9% | 3.4%+ |
| Unknown | P.1 | 0.36 | 22 | 4.1% | |
| | P.2 | 0.38 | 23 | 4.0% | 4.5%+ |

### OFFENDERS

| | | RATE | # OF ACTUALS | % OF TOTAL | % CHANGE |
|---|---|---|---|---|---|
| White | P.1 | 1.06 | 64 | 11.9% | |
| | P.2 | 1.30 | 79 | 13.8% | 23.4%+ |
| Black | P.1 | 3.15 | 190 | 35.5% | |
| | P.2 | 5.03 | 305 | 53.6% | 60.5%+ |
| Asian | P.1 | 0.09 | 6 | 1.1% | |
| | P.2 | 0.03 | 2 | 0.3% | 66.7%- |
| American Indian | P.1 | 0.00 | 0 | 0.0% | |
| | P.2 | 0.00 | 0 | 0.0% | 0.0% |
| Pacific | P.1 | 0.00 | 0 | 0.0% | |
| | P.2 | 0.00 | 0 | 0.0% | 0.0% |
| Unknown Race | P.1 | 5.63 | 339 | 63.4% | |
| | P.2 | 4.75 | 288 | 50.6% | 15.0%- |
| Hispanic | P.1 | 0.08 | 5 | 0.9% | |
| | P.2 | 0.36 | 22 | 3.8% | 340.0%+ |
| NonHispn | P.1 | 3.50 | 211 | 39.5% | |
| | P.2 | 5.55 | 336 | 59.0% | 59.2%+ |
| Unknown | P.1 | 6.14 | 370 | 69.2% | |
| | P.2 | 4.89 | 296 | 52.0% | 20.0%- |

## BY AGE GROUPS

### VICTIMS

| | | RATE | # OF ACTUALS | % OF TOTAL | % CHANGE |
|---|---|---|---|---|---|
| Under 18 | P.1 | 0.44 | 27 | 5.0% | |
| | P.2 | 0.71 | 43 | 7.5% | 59.3%+ |
| 18 - 21 | P.1 | 1.34 | 81 | 15.1% | |
| | P.2 | 1.05 | 64 | 11.2% | 21.0%- |
| 22 - 29 | P.1 | 2.97 | 179 | 33.5% | |
| | P.2 | 3.20 | 194 | 34.0% | 8.4%+ |
| 30 & over | P.1 | 4.05 | 244 | 45.6% | |
| | P.2 | 4.39 | 266 | 46.7% | 9.0%+ |
| Unknown | P.1 | 0.04 | 3 | 0.5% | |
| | P.2 | 0.03 | 2 | 0.3% | 33.3%- |

### OFFENDERS

| | | RATE | # OF ACTUALS | % OF TOTAL | % CHANGE |
|---|---|---|---|---|---|
| Under 18 | P.1 | 0.26 | 16 | 2.9% | |
| | P.2 | 0.28 | 17 | 2.9% | 6.3%+ |
| 18 - 21 | P.1 | 0.91 | 55 | 10.2% | |
| | P.2 | 1.05 | 64 | 11.2% | 16.4%+ |
| 22 - 29 | P.1 | 1.49 | 90 | 16.8% | |
| | P.2 | 1.68 | 102 | 17.9% | 13.3%+ |
| 30 & over | P.1 | 1.51 | 91 | 17.0% | |
| | P.2 | 1.76 | 107 | 18.8% | 17.6%+ |
| Unknown | P.1 | 5.76 | 347 | 64.9% | |
| | P.2 | 6.34 | 384 | 67.4% | 10.7%+ |

## WEAPON USED

| | | RATE | # OF ACTUALS | % OF TOTAL | % CHANGE |
|---|---|---|---|---|---|
| FIREARMS | P.1 | 6.68 | 402 | 75.2% | |
| | P.2 | 7.28 | 441 | 77.5% | 9.7%+ |
| A.TYPE UNKNOWN | P.1 | 0.48 | 29 | 5.4% | |
| | P.2 | 0.44 | 27 | 4.7% | 6.9%- |
| B.HANDGUN | P.1 | 6.11 | 368 | 68.9% | |
| | P.2 | 6.62 | 401 | 70.4% | 9.0%+ |
| C.RIFLE | P.1 | 0.03 | 2 | 0.3% | |
| | P.2 | 0.08 | 5 | 0.8% | 150.0%+ |
| D.SHOTGUN | P.1 | 0.03 | 2 | 0.3% | |
| | P.2 | 0.11 | 7 | 1.2% | 250.0%+ |
| E.OTHER GUN | P.1 | 0.01 | 1 | 0.1% | |
| | P.2 | 0.01 | 1 | 0.1% | 0.0% |
| KNIFE | P.1 | 1.06 | 64 | 11.9% | |
| | P.2 | 1.04 | 63 | 11.0% | 1.6%- |
| BLUNT OBJECT | P.1 | 0.21 | 13 | 2.4% | |
| | P.2 | 0.21 | 13 | 2.2% | 0.0% |
| PERSONAL WEAPON | P.1 | 0.36 | 22 | 4.1% | |
| | P.2 | 0.29 | 18 | 3.1% | 18.2%- |
| POISON | P.1 | 0.01 | 1 | 0.1% | |
| | P.2 | 0.00 | 0 | 0.0% | 100.0%- |
| EXPLOSIVES | P.1 | 0.00 | 0 | 0.0% | |
| | P.2 | 0.00 | 0 | 0.0% | 0.0% |
| FIRE | P.1 | 0.04 | 3 | 0.5% | |
| | P.2 | 0.04 | 3 | 0.5% | 0.0% |
| NARCOTICS | P.1 | 0.00 | 0 | 0.0% | |
| | P.2 | 0.06 | 4 | 0.7% | N/A N |
| DROWNING | P.1 | 0.00 | 0 | 0.0% | |
| | P.2 | 0.00 | 0 | 0.0% | 0.0% |
| STRANGI-LATION | P.1 | 0.06 | 4 | 0.7% | |
| | P.2 | 0.08 | 5 | 0.8% | 25.0%+ |
| ASPHYX-IATION | P.1 | 0.00 | 0 | 0.0% | |
| | P.2 | 0.04 | 3 | 0.5% | N/A N |
| OTHER WEAPONS | P.1 | 0.41 | 25 | 4.6% | |
| | P.2 | 0.31 | 19 | 3.3% | 24.0%- |

*NOTE: "RATE" = NUMBER OF MURDERS PER 100,000 POPULATION.

17

# CRIME IN MARYLAND



## 2018 UNIFORM CRIME REPORT

---

**GOVERNOR LARRY HOGAN**

**LT. GOVERNOR BOYD K. RUTHERFORD**

**COLONEL WOODROW W. JONES III**

**MARYLAND DEPARTMENT OF STATE POLICE**

# MURDER

Murder and non-negligent manslaughter is the willful (non-negligent) killing of one human being by another.

## VOLUME AND RATE

During 2018, a total of 489 murders were reported. This represents a -14.1 percent change from 2017.  Murder accounted for 1.7 percent of all violent crime and 0.3 percent of the crime index.  In 2018, there were 8.1 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2018, 286 murders were cleared with 5.2 percent of these clearances involving only juvenile offenders.  A total of 268 persons were arrested for murder during 2018.  A breakdown of persons arrested for murder is: 90.3 percent male; 9.7 percent female; 8.2 percent juvenile; 77.2 percent Black; 21.6 percent White and 1.1 percent consisting of American Indian, Asian and Pacific Islander.

During 2018, 209 of the murder victims were in the 18 to 29 age group, representing 42.7 percent of the total. There were 27 juvenile victims of murder, accounting for 5.5 percent of the total murder victims.  Firearms were used in 82.0 percent of the reported murders in 2018.  This represents a 2.5 percent change in their use when compared to the use of firearms in 2017.  Knives accounted for 8.7 percent of the reported murders in 2018, a -23.8 percent change of the reported knife related murders in 2017.



**Murder Weapon**

Drug related murders accounted for 2.7 percent of the total in 2018.  In 2017, drug related murders accounted for 3.9 percent of the total.

Family members, as offenders, accounted for 7.6 percent of the total murders in 2018, compared to 6.2 percent in 2017.  Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had lived together) reflect 2.0 percent of the total murders reported.

Additionally, an acquaintance is listed in 14.5 percent of the murders reported in 2018. Strangers and unknown relationships accounted for 10.7 percent and 62.1 percent respectively.

## MURDER BREAKDOWN REPORT
## WEAPON INVOLVED IN MURDER

| | | RATE | # OF ACTUALS | % OF TOTAL | % CHANGE |
|---|---|---|---|---|---|
| FIREARMS | 2017 | 7.29 | 441 | 77.50% | |
| | 2018 | 7.48 | 452 | 82.03% | 2.49% |
| TYPE UNKNOWN | 2017 | 0.45 | 27 | 4.75% | |
| | 2018 | 0.53 | 32 | 5.81% | 18.52% |
| HANDGUN | 2017 | 6.63 | 401 | 70.47% | |
| | 2018 | 6.64 | 401 | 72.78% | 0.00% |
| RIFLE | 2017 | 0.08 | 5 | 0.88% | |
| | 2018 | 0.10 | 6 | 1.09% | 20.00% |
| SHOTGUN | 2017 | 0.12 | 7 | 1.23% | |
| | 2018 | 0.20 | 12 | 2.18% | 71.43% |
| OTHER GUN | 2017 | 0.02 | 1 | 0.18% | |
| | 2018 | 0.02 | 1 | 0.18% | 0.00% |
| KNIFE | 2017 | 1.04 | 63 | 11.07% | |
| | 2018 | 0.79 | 48 | 8.71% | -23.81% |
| BLUNT OBJECT | 2017 | 0.21 | 13 | 2.28% | |
| | 2018 | 0.13 | 8 | 1.45% | -38.46% |
| PERSONAL WEAPON | 2017 | 0.30 | 18 | 3.16% | |
| | 2018 | 0.23 | 14 | 2.54% | -22.22% |
| POISON | 2017 | 0.00 | 0 | 0.00% | |
| | 2018 | 0.00 | 0 | 0.00% | |
| EXPLOSIVES | 2017 | 0.00 | 0 | 0.00% | |
| | 2018 | 0.00 | 0 | 0.00% | |
| FIRE | 2017 | 0.05 | 3 | 0.53% | |
| | 2018 | 0.02 | 1 | 0.18% | -66.67% |

NOTE: "Rate" = Number of murders per 100,000 population rounded to the nearest hundredth

# CRIME IN MARYLAND



## 2019 UNIFORM CRIME REPORT

**GOVERNOR LARRY HOGAN**

**LT. GOVERNOR BOYD K. RUTHERFORD**

**COLONEL WOODROW W. JONES III**

**MARYLAND DEPARTMENT OF STATE POLICE**

# MURDER

Murder and non-negligent manslaughter is the willful (non-negligent) killing of one human being by another.

## VOLUME AND RATE

During 2019, a total of 543 murders were reported. This represents a 11.0 percent change from 2018. Murder accounted for 2.0 percent of all violent crime and 0.4 percent of the crime index. In 2019, there were 9.0 murders per 100,000 of population.

## ANALYSIS OF MURDER

In 2019, 243 murders were cleared with 3.3 percent of these clearances involving only juvenile offenders. A total of 236 persons were arrested for murder during 2019. A breakdown of persons arrested for murder is: 91.9 percent male; 8.1 percent female; 5.9 percent juvenile; 72.9 percent Black; 26.7 percent White and 0.4 percent consisting of American Indian, Asian and Pacific Islander.

### Murder Weapon



During 2019, 251 of the murder victims were in the 18 to 29 age group, representing 46.2 percent of the total. There were 29 juvenile victims of murder, accounting for 5.3 percent of the total murder victims. Firearms were used in 82.2 percent of the reported murders in 2019. This represents a 13.7 percent change in their use when compared to the use of firearms in 2018. Knives accounted for 9.1 percent of the reported murders in 2019, an 18.8 percent change of the reported knife related murders in 2018.

Drug related murders accounted for 1.7 percent of the total in 2019. In 2018, drug related murders accounted for 2.7 percent of the total.

Family members, as offenders, accounted for 4.8 percent of the total murders in 2019, compared to 7.6 percent in 2018. Of the family members as offenders, husband and wife or boyfriend and girlfriend (those who had lived together) reflect 0.6 percent of the total murders reported.

Additionally, an acquaintance is listed in 13.0 percent of the murders reported in 2019. Strangers and unknown relationships accounted for 5.4 percent and 70.7 percent respectively.

# MURDER BREAKDOWN REPORT
## WEAPON INVOLVED IN MURDER

| | | RATE | # OF ACTUALS | % OF TOTAL | % CHANGE |
|---|---|---|---|---|---|
| FIREARMS | 2018 | 7.48 | 452 | 82.03% | |
| | 2019 | 8.50 | 514 | 82.24% | 13.72% |
| TYPE UNKNOWN | 2018 | 0.53 | 32 | 5.81% | |
| | 2019 | 0.73 | 44 | 7.04% | 37.50% |
| HANDGUN | 2018 | 6.64 | 401 | 72.78% | |
| | 2019 | 7.64 | 462 | 73.92% | 15.21% |
| RIFLE | 2018 | 0.10 | 6 | 1.09% | |
| | 2019 | 0.05 | 3 | 0.48% | -50.00% |
| SHOTGUN | 2018 | 0.20 | 12 | 2.18% | |
| | 2019 | 0.07 | 4 | 0.64% | -66.67% |
| OTHER GUN | 2018 | 0.02 | 1 | 0.18% | |
| | 2019 | 0.02 | 1 | 0.16% | 0.00% |
| KNIFE | 2018 | 0.79 | 48 | 8.71% | |
| | 2019 | 0.94 | 57 | 9.12% | 18.75% |
| BLUNT OBJECT | 2018 | 0.13 | 8 | 1.45% | |
| | 2019 | 0.25 | 15 | 2.40% | 87.50% |
| PERSONAL WEAPON | 2018 | 0.23 | 14 | 2.54% | |
| | 2019 | 0.25 | 15 | 2.40% | 7.14% |
| POISON | 2018 | 0.00 | 0 | 0.00% | |
| | 2019 | 0.00 | 0 | 0.00% | |
| EXPLOSIVES | 2018 | 0.00 | 0 | 0.00% | |
| | 2019 | 0.00 | 0 | 0.00% | |
| FIRE | 2018 | 0.02 | 1 | 0.18% | |
| | 2019 | 0.05 | 3 | 0.48% | 200.00% |

NOTE: "Rate" = Number of murders per 100,000 population rounded to the nearest hundredth

Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2009

## MARYLAND
### Offenses Known to Law Enforcement
by State by City, 2009

Data Declaration     Download Excel     Download Excel of Entire Table

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Bu |
|---|---|---|---|---|---|---|---|---|
| Aberdeen | 14,003 | 89 | 1 | 7 | 36 | 45 | 567 | |
| Annapolis | 36,586 | 243 | 4 | 9 | 82 | 148 | 980 | |
| Baltimore | 638,755 | 9,664 | 238 | 158 | 3,707 | 5,561 | 29,163 | |
| Baltimore City Sheriff | | 0 | 0 | 0 | 0 | 0 | 0 | |
| Bel Air | 9,824 | 63 | 0 | 3 | 11 | 49 | 457 | |
| Berlin | 4,111 | 16 | 0 | 0 | 3 | 13 | 116 | |
| Berwyn Heights | 2,929 | 8 | 0 | 0 | 7 | 1 | 91 | |
| Bladensburg | 7,557 | 89 | 1 | 2 | 48 | 38 | 486 | |
| Boonsboro | 3,463 | 0 | 0 | 0 | 0 | 0 | 24 | |

Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2010 (https://ucr.fbi.gov/crime-in-the-u.s/2010) • Crime in the U.S. 2010 (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/tables) • Table 8 (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/tables/table-8) • Table 8 - Maryland



Feedback (http://forms.fbi.gov/ucr-feedback-2010) | Contact Us (/about-us/cjis/ucr/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/contact-us) | Data Quality Guidelines (/about-us/cjis/ucr/data_quality_guidelines) | UCR Home (/about-us/cjis/ucr)

Criminal Justice Information Services Division

**CIUS Home (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/index-page)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/offenses-known-to-law-enforcement)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/property-crime)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/links/clearances)**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/persons-arrested)**

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/police-employee-data)**

**About CIUS (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/links/about-cius)**

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/tables/table-8/10tbl08md.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/tables/table-8/10tbl08md.xls/output.xls)

Table 8 State Listing (https://ucr.fbi.gov/crime-in-the-u.s/2010/crime-in-the-u.s.-2010/tables/10tbl08.xls/view)

**Table 8**

**MARYLAND**

**Offenses Known to Law Enforcement**
**by State by City, 2010**

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aberdeen | 14,198 | 86 | 0 | 5 | 35 | 46 | 627 | 69 | 527 | 31 | 3 |
| Annapolis | 37,180 | 226 | 4 | 7 | 91 | 124 | 1,101 | 197 | 800 | 104 | 9 |
| Baltimore | 639,929 | 9,316 | 223 | 265 | 3,336 | 5,492 | 28,280 | 7,573 | 16,298 | 4,409 | 321 |
| Baltimore City Sheriff | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bel Air | 9,894 | 45 | 1 | 0 | 11 | 33 | 453 | 34 | 407 | 12 | 3 |
| Berlin | 4,125 | 3 | 0 | 1 | 1 | 1 | 110 | 28 | 82 | 0 | 1 |
| Berwyn Heights | 2,997 | 9 | 0 | 0 | 7 | 2 | 128 | 34 | 85 | 9 | 0 |
| Bladensburg | 7,732 | 93 | 1 | 2 | 44 | 46 | 521 | 123 | 271 | 127 | 0 |
| Boonsboro | 3,417 | 0 | 0 | 0 | 0 | 0 | 18 | 3 | 14 | 1 | 0 |
| Bowie | 53,840 | 106 | 1 | 2 | 57 | 46 | 1,044 | 212 | 715 | 117 | 2 |
| Brentwood | 2,853 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 1 | 2 | 0 |
| Brunswick | 5,338 | 2 | 0 | 0 | 0 | 2 | 86 | 16 | 70 | 0 | 0 |
| Cambridge | 12,167 | 140 | 1 | 7 | 47 | 85 | 566 | 107 | 442 | 17 | 4 |
| Capitol Heights | 4,188 | 11 | 0 | 0 | 8 | 3 | 73 | 16 | 35 | 22 | 0 |
| Centreville | 3,766 | 7 | 0 | 0 | 1 | 6 | 59 | 9 | 49 | 1 | 0 |
| Chestertown | 5,101 | 30 | 0 | 2 | 8 | 20 | 175 | 54 | 112 | 9 | 1 |

Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2011 (https://ucr.fbi.gov/crime-in-the-u.s/2011) • Crime in the U.S. 2011 (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/tables) • Table8StateCuts (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/tables/table8statecuts) • Table 8 - Maryland



Feedback (http://forms.fbi.gov/ucr-feedback-2011) | Contact Us (/about-us/cjis/ucr/crime-in-the-u.s./2011/crime-in-the-u.s.-2011/contact-us) | Data Quality Guidelines (/about-us/cjis/ucr/data_quality_guidelines) | UCR Home (/about-us/cjis/ucr)

Criminal Justice Information Services Division

**CIUS Home (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/index-page)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/offenses-known-to-law-enforcement/offenses-known-to-law-enforcement)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/violent-crime/violent-crime)** **Table 8**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/property-crime/property-crime)** **MARYLAND**
**Offenses Known to Law Enforcement**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/clearances)** by City, 2011

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/persons-arrested/persons-arrested)**

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/police-employee-data)**

**About CIUS (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/about-cius)**

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/tables/table8statecuts/table_8_offenses_known_to_law_enforcement_maryland_by_city_2011.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/tables/table8statecuts/table_8_offenses_known_to_law_enforcement_maryland_by_city_2011.xls/output.xls)

Table 8 State Listing (https://ucr.fbi.gov/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/tables/table_8_offenses_known_to_law_enforcement_by_state_by_city_2011.xls/view)

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aberdeen | 15,101 | 79 | 1 | 4 | 34 | 40 | 590 | 102 | 458 | 30 | 9 |
| Annapolis | 38,758 | 176 | 1 | 8 | 71 | 96 | 1,034 | 186 | 779 | 69 | 8 |
| Baltimore | 626,848 | 8,885 | 196 | 341 | 3,457 | 4,891 | 29,824 | 8,615 | 17,010 | 4,199 | 307 |
| Baltimore City Sheriff | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bel Air | 10,216 | 50 | 0 | 0 | 7 | 43 | 377 | 32 | 339 | 6 | 4 |
| Berlin | 4,528 | 4 | 0 | 1 | 1 | 2 | 140 | 29 | 111 | 0 | 0 |
| Berwyn Heights | 3,153 | 4 | 0 | 0 | 1 | 3 | 77 | 13 | 58 | 6 | 0 |
| Bladensburg | 9,235 | 99 | 2 | 6 | 40 | 51 | 444 | 100 | 234 | 110 | 0 |
| Boonsboro | 3,368 | 1 | 0 | 0 | 0 | 1 | 21 | 7 | 11 | 3 | 0 |
| Bowie | 55,246 | 79 | 0 | 2 | 45 | 32 | 834 | 185 | 589 | 60 | 1 |
| Brentwood | 3,075 | 2 | 0 | 0 | 0 | 2 | 18 | 3 | 14 | 1 | 0 |
| Brunswick | 5,926 | 3 | 0 | 0 | 0 | 3 | 79 | 17 | 59 | 3 | 0 |
| Cambridge | 12,443 | 97 | 0 | 7 | 16 | 74 | 639 | 111 | 506 | 22 | 0 |

Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2012 (https://ucr.fbi.gov/crime-in-the-u.s/2012) • Crime in the U.S. 2012 (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/tables) • 8TableDataDecPDF (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/tables/8tabledatadecpdf) • Table 8 State cuts (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/tables/8tabledatadecpdf/table-8-state-cuts) • Table 8 - Maryland

U.S. DEPARTMENT OF JUSTICE • FEDERAL BUREAU OF INVESTIGATION • CRIMINAL JUSTICE INFORMATION SERVICES DIVISION

# CRIME in the United States 2012

Feedback (http://forms.fbi.gov/ucr-feedback-2012) | Contact Us (/about-us/cjis/ucr/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/resource-pages/contact-us) | Data Quality Guidelines (/about-us/cjis/ucr/data_quality_guidelines) | UCR Home (/about-us/cjis/ucr)

Criminal Justice Information Services Division

**CIUS Home (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/cius_home)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/offenses-known-to-law-enforcement/offenses-known-to-law-enforcement)** Table 8
**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/violent-crime/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/property-crime/property-crime)** MARYLAND

Offenses Known to Law Enforcement

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/offenses-known-to-law-enforcement/clearances)** by City, 2012

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/persons-arrested/persons-arrested)**

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/police_employee_data/police-empolyee-data)**

**About CIUS (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/resource-pages/about-cius/about-cius)**

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/tables/8tabledatadecpdf/table-8-state-cuts/table_8_offenses_known_to_law_enforcement_by_maryland_by_city_2012.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/tables/8tabledatadecpdf/table-8-state-cuts/table_8_offenses_known_to_law_enforcement_by_maryland_by_city_2012.xls/output.xls)

Table 8 State Listing (https://ucr.fbi.gov/crime-in-the-u.s/2012/crime-in-the-u.s.-2012/tables/8tabledatadecpdf/table_8_offenses_known_to_law_enforcement_by_state_by_city_2012.xls/view)

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Forcible rape | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aberdeen | 15,208 | 75 | 0 | 7 | 34 | 34 | 464 | 92 | 338 | 34 | 4 |
| Annapolis | 39,255 | 177 | 2 | 4 | 54 | 117 | 1,042 | 185 | 775 | 82 | 8 |
| Baltimore | 625,474 | 8,789 | 218 | 315 | 3,605 | 4,651 | 29,149 | 7,770 | 17,397 | 3,982 | 242 |
| Baltimore City Sheriff | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bel Air | 10,285 | 40 | 1 | 1 | 4 | 34 | 366 | 27 | 331 | 8 | 2 |
| Berlin | 4,534 | 8 | 0 | 1 | 2 | 5 | 119 | 28 | 90 | 1 | 0 |
| Berwyn Heights | 3,181 | 10 | 1 | 0 | 5 | 4 | 49 | 13 | 34 | 2 | 0 |
| Bladensburg | 9,322 | 93 | 2 | 3 | 47 | 41 | 469 | 106 | 266 | 97 | 0 |
| Boonsboro | 3,386 | 0 | 0 | 0 | 0 | 0 | 15 | 3 | 12 | 0 | 1 |
| Bowie | 55,765 | 79 | 1 | 0 | 38 | 40 | 906 | 175 | 678 | 53 | 5 |
| Brentwood | 3,104 | 4 | 0 | 0 | 1 | 3 | 30 | 11 | 16 | 3 | 0 |
| Brunswick | 6,014 | 5 | 0 | 0 | 1 | 4 | 104 | 16 | 87 | 1 | 2 |
| Cambridge | 12,454 | 128 | 1 | 9 | 33 | 85 | 706 | 126 | 554 | 26 | 7 |
| Capitol Heights | 4,419 | 10 | 0 | 0 | 1 | 9 | 58 | 14 | 35 | 9 | 0 |

Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2014 (https://ucr.fbi.gov/crime-in-the-u.s/2014) • Crime in the U.S. 2014 (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables) • Table 8 (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8) • Table 8 by State (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state) • Table 8 - Maryland



Criminal Justice Information Services Division (/about-us/cjis)
Feedback (https://forms.fbi.gov/cjis-feedback-2014) | Contact Us (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/resource-pages/contact-us) |
Data Quality Guidelines (/about-us/cjis/ucr/data-quality-guidelines-new) | UCR Home (/about-us/cjis/ucr)

**CIUS Home (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/cius-home)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/main)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/violent-crime/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/property-crime/property-crime)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/offenses-known-to-law-enforcement/clearances/main)**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/persons-arrested/main)**

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/police-employee-data/main)**

**Table 8**

**MARYLAND**
**Offenses Known to**
**Law Enforcement**
by City, 2014

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Maryland_by_City_2014.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/table-8-by-state/Table_8_Offenses_Known_to_Law_Enforcement_by_Maryland_by_City_2014.xls/output.xls)

Table 8 State Listing (https://ucr.fbi.gov/crime-in-the-u.s/2014/crime-in-the-u.s.-2014/tables/table-8/Table_8_Offenses_Known_to_Law_Enforcement_by_State_by_City_2014.xls/view)

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson |
|------|-----------|---------------|--------------------------------------|------------------------------|-----------------------------|---------|--------------------|----------------|----------|---------------|---------------------|-------|
| Aberdeen | 15,157 | 71 | 0 | | 9 | 27 | 35 | 496 | 59 | 428 | 9 | 1 |
| Annapolis | 38,803 | 194 | 1 | | 4 | 66 | 123 | 949 | 176 | 715 | 58 | 7 |
| Baltimore | 623,513 | 8,346 | 211 | | 245 | 3,677 | 4,213 | 29,420 | 6,926 | 18,008 | 4,486 | 213 |
| Baltimore City Sheriff | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bel Air | 10,338 | 30 | 0 | | 2 | 5 | 23 | 316 | 29 | 283 | 4 | 1 |
| Berlin | 4,580 | 3 | 0 | | 0 | 3 | 0 | 80 | 25 | 55 | 0 | 1 |
| Berwyn Heights | 3,233 | 12 | 0 | | 0 | 7 | 5 | 58 | 13 | 42 | 3 | 0 |
| Bladensburg | 9,498 | 85 | 1 | | 4 | 35 | 45 | 361 | 57 | 222 | 82 | 0 |
| Boonsboro | 3,474 | 2 | 0 | | 1 | 0 | 1 | 27 | 6 | 20 | 1 | 0 |
| Bowie | 57,188 | 76 | 1 | | 1 | 31 | 43 | 845 | 135 | 643 | 67 | 2 |
| Brentwood | 3,146 | 1 | 0 | | 0 | 0 | 1 | 5 | 2 | 2 | 1 | 0 |
| Brunswick | 6,111 | 30 | 0 | | 2 | 2 | 26 | 80 | 19 | 58 | 3 | 0 |
| Cambridge | 12,669 | 126 | 2 | | 6 | 21 | 97 | 776 | 141 | 611 | 24 | 5 |
| Capitol Heights | 4,508 | 15 | 0 | | 0 | 8 | 7 | 65 | 14 | 39 | 12 | 0 |
| Centreville | 4,533 | 12 | 0 | | 3 | 9 | 53 | 2 | 46 | 1 | 0 | |

Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2015 (https://ucr.fbi.gov/crime-in-the-u.s/2015) • Crime in the U.S. 2015 (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/tables) • Table 8 (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/tables/table-8) • Table 8 State Pieces (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/tables/table-8/table-8-state-pieces) • Table 8 - Maryland



Criminal Justice Information Services Division (/about-us/cjis)
Feedback (https://forms.fbi.gov/ucr-feedback-2015) | Contact Us (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/resource-pages/contact-us/contact-us/) | Data Quality Guidelines (/data-quality-guidelines-new) | UCR Home (/ucr)

**Home (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/home)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/offenses-known-to-law-enforcement/offenses-known-to-law-**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/offenses-known-to-law-enforcement/violent-crime/violentcrimemain_final)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/offenses-known-to-law-enforcement/property-crime/propertycrimemain_final)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/offenses-known-to-law-enforcement/clearances/clearances)**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/persons-arrested/persons-arrested)**

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/police-employee-data/police-employee-data)**

Table 8

MARYLAND

Offenses Known to Law Enforcement by City, 2015

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/tables/table-8/table-8-state-pieces/table_8_offenses_known_to_law_enforcement_maryland_by_city_2015.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/tables/table-8/table-8-state-pieces/table_8_offenses_known_to_law_enforcement_maryland_by_city_2015.xls/output.xls)

Table 8 State Listing (https://ucr.fbi.gov/crime-in-the-u.s/2015/crime-in-the-u.s.-2015/tables/table-8/table_8_offenses_known_to_law_enforcement_by_state_by_city_2015.xls/view)

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition)[1] | Rape (legacy definition)[2] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aberdeen | 15,551 | 87 | 1 | 7 | | 27 | 52 | 323 | 75 | 234 | 14 | 5 |
| Annapolis | 38,986 | 189 | 1 | 13 | | 64 | 111 | 977 | 194 | 742 | 41 | 11 |
| Baltimore | 621,252 | 9,542 | 344 | 287 | | 4,313 | 4,598 | 30,941 | 7,757 | 17,658 | 5,526 | 260 |
| Baltimore City Sheriff | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bel Air | 10,295 | 20 | 0 | 1 | | 11 | 8 | 217 | 21 | 194 | 2 | 1 |
| Berlin | 4,568 | 3 | 0 | 0 | | 1 | 2 | 68 | 12 | 56 | 0 | 0 |
| Berwyn Heights | 3,296 | 10 | 0 | 0 | | 3 | 6 | 57 | 6 | 48 | 3 | 0 |
| Bladensburg | 9,686 | 81 | 1 | 2 | | 27 | 51 | 333 | 51 | 220 | 62 | 0 |
| Boonsboro | 3,450 | 3 | 0 | 0 | | 0 | 3 | 34 | 12 | 22 | 0 | 3 |
| Bowie | 58,304 | 66 | 3 | 3 | | 19 | 41 | 686 | 140 | 500 | 46 | 1 |
| Brentwood | 3,205 | 1 | 0 | 0 | | 0 | 9 | 2 | 5 | 2 | 0 | |

Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2016 (https://ucr.fbi.gov/crime-in-the-u.s/2016) • Crime in the U.S. 2016 (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/tables) • Table 6 (https://ucr.fbi.gov/crime-in-the-u.s.-2016/tables/table-6) • Table 6 State Cuts (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/tables/table-6/table-6-state-cuts) • Maryland



Criminal Justice Information Services Division (https://www.fbi.gov/services/cjis)

Feedback (https://forms.fbi.gov/cius-feedback-2016/) | Contact Us (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/resource-pages/contact-us) | Data Quality Guidelines (/cjis/ucr/data-quality-guidelines-new) | UCR Home (https://ucr.fbi.gov/)

**Home (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/cius-2016)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/topic-pages/offenses-known-to-law-enforcement)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/topic-pages/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/topic-pages/property-crime)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/topic-pages/clearances)**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/topic-pages/persons-arrested)**

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/topic-pages/police-employees)**

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/tables/table-6/table-6-state-cuts/maryland.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/tables/table-6/table-6-state-cuts/maryland.xls/output.xls)

Table 6 State Listing (https://ucr.fbi.gov/crime-in-the-u.s/2016/crime-in-the-u.s.-2016/tables/table-6/table-6.xls/view)

**Table 6**

**MARYLAND**
**Offenses Known to Law Enforcement**
by City, 2016

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape (revised definition[1]) | Rape (legacy definition[2]) | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[3] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aberdeen | 15,704 | 79 | 3 | 8 | | 17 | 51 | 251 | 41 | 202 | 8 | 7 |
| Annapolis | 39,703 | 250 | 10 | 11 | | 66 | 163 | 938 | 210 | 684 | 44 | 18 |
| Baltimore | 618,385 | 11,010 | 318 | 299 | | 5,236 | 5,157 | 29,547 | 7,375 | 16,855 | 5,317 | 259 |
| Baltimore City Sheriff | | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bel Air | 10,200 | 22 | 0 | 1 | | 9 | 12 | 255 | 28 | 224 | 3 | 2 |
| Berwyn Heights | 3,311 | 5 | 0 | 0 | | 4 | 1 | 56 | 2 | 52 | 2 | 0 |
| Bladensburg | 9,735 | 97 | 4 | 11 | | 33 | 49 | 298 | 48 | 203 | 47 | 0 |
| Boonsboro | 3,457 | 1 | 0 | 0 | | 0 | 1 | 38 | 14 | 24 | 0 | 2 |
| Bowie | 58,631 | 55 | 1 | 4 | | 25 | 25 | 756 | 120 | 575 | 61 | |
| Brentwood | 3,219 | 5 | 0 | 0 | | 2 | 3 | 13 | 4 | 6 | 3 | 0 |
| Brunswick | 6,162 | 26 | 0 | 1 | | 11 | 14 | 63 | 22 | 40 | 1 | 0 |
| Cambridge | 12,524 | 128 | 2 | 12 | | 28 | 86 | 632 | 130 | 482 | 20 | 5 |

Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2017 (https://ucr.fbi.gov/crime-in-the-u.s/2017) • Crime in the U.S. 2017 (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/tables) • Table 8 (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/tables/table-8) • Table 8 State Cuts (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/tables/table-8/table-8-state-cuts) • Maryland



Criminal Justice Information Services Division (https://www.fbi.gov/services/cjis)
Feedback (https://forms.fbi.gov/cius-feedback-2017) | Contact Us (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/topic-pages/contact-us) | Data Quality Guidelines (https://ucr.fbi.gov/data-quality-guidelines-new) | UCR Home (https://ucr.fbi.gov/)

**Home (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/home)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/topic-pages/offenses-known-to-law-enforcement)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/topic-pages/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/topic-pages/property-crime)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/topic-pages/clearances)**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/topic-pages/persons-arrested)**

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/topic-pages/police-employee-data)**

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/tables/table-8/table-8-state-cuts/maryland.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/tables/table-8/table-8-state-cuts/maryland.xls/output.xls)

Table 8 State Listing (https://ucr.fbi.gov/crime-in-the-u.s/2017/crime-in-the-u.s.-2017/tables/table-8/table-8.xls/view)

Table 8

MARYLAND
**Offenses Known to Law Enforcement**
by City, 2017

| State | Population | Violent crime | Murder and nonnegligent manslaughter | Rape[1] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aberdeen | 15,720 | 74 | 0 | 5 | 25 | 44 | 221 | 39 | 176 | 6 | 4 |
| Annapolis | 39,596 | 221 | 7 | 15 | 63 | 136 | 933 | 131 | 762 | 40 | 9 |
| Baltimore | 613,217 | 12,430 | 342 | 382 | 5,879 | 5,827 | 30,220 | 8,041 | 17,008 | 5,171 | 261 |
| Baltimore City Sheriff | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bel Air | 10,109 | 27 | 0 | 1 | 11 | 15 | 265 | 25 | 238 | 2 | 6 |
| Berlin | 4,628 | 2 | 0 | 0 | 2 | 0 | 85 | 5 | 80 | 0 | 0 |
| Berwyn Heights | 3,300 | 6 | 0 | 0 | 3 | 3 | 51 | 20 | 27 | 4 | 0 |
| Bladensburg | 9,683 | 76 | 1 | 3 | 30 | 42 | 315 | 38 | 211 | 66 | 0 |
| Boonsboro | 3,521 | 2 | 0 | 0 | 0 | 2 | 26 | 5 | 21 | 0 | 0 |
| Bowie | 58,891 | 81 | 4 | 3 | 35 | 39 | 759 | 76 | 606 | 77 | 0 |
| Brentwood | 3,205 | 6 | 0 | 0 | 4 | 2 | 19 | 6 | 9 | 4 | 0 |
| Brunswick | 6,219 | 24 | 0 | 0 | 1 | 23 | 115 | 30 | 78 | 7 | 1 |
| Cambridge | 12,471 | 162 | 0 | 4 | 27 | 131 | 853 | 199 | 628 | 26 | 14 |

Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2018 (https://ucr.fbi.gov/crime-in-the-u.s/2018) • Crime in the U.S. 2018 (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/tables) • Table 8 (https://ucr.fbi.gov/crime-in-the-u.s.-2018/tables/table-8) • Table 8 State Cuts (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/tables/table-8-state-cuts) • Maryland



Criminal Justice Information Services Division (https://www.fbi.gov/services/cjis)
Feedback (https://forms.fbi.gov/cius-feedback-2018) | Contact Us (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/contact-us) | Data Quality Guidelines (https://ucr.fbi.gov/data-quality-guidelines-new) | UCR Home (https://ucr.fbi.gov/)

**Home (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/home)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/offenses-known-to-law-enforcement)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/property-crime)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/clearances)**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/persons-arrested)**

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/topic-pages/police-employee-data)**

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/tables/table-8/table-8-state-cuts/maryland.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/tables/table-8/table-8-state-cuts/maryland.xls/output.xls)

Table 8 State Listing (https://ucr.fbi.gov/crime-in-the-u.s/2018/crime-in-the-u.s.-2018/tables/table-8/table-8.xls/view)

Table 8

MARYLAND
Offenses Known to Law Enforcement
by City, 2018

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape[1] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aberdeen | 16,210 | 116 | 0 | 8 | 24 | 84 | 314 | 48 | 256 | 10 | 0 |
| Annapolis | 39,461 | 215 | 1 | 27 | 47 | 140 | 910 | 133 | 722 | 55 | 3 |
| Baltimore | 605,436 | 11,100 | 309 | 361 | 5,066 | 5,364 | 27,217 | 6,048 | 16,794 | 4,375 | 138 |
| Baltimore City Sheriff | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bel Air | 10,027 | 23 | 0 | 2 | 10 | 11 | 231 | 8 | 219 | 4 | 1 |
| Berlin | 4,660 | 2 | 0 | 0 | 1 | 1 | 69 | 9 | 58 | 2 | 0 |
| Berwyn Heights | 3,300 | 14 | 0 | 2 | 11 | 1 | 49 | 6 | 42 | 1 | 0 |
| Bladensburg | 9,518 | 56 | 0 | 4 | 13 | 39 | 330 | 46 | 233 | 51 | 0 |
| Boonsboro | 3,569 | 0 | 0 | 0 | 0 | 0 | 21 | 5 | 16 | 0 | 0 |
| Bowie | 59,356 | 80 | 1 | 3 | 26 | 50 | 817 | 82 | 686 | 49 | 0 |
| Brentwood | 3,513 | 4 | 0 | 0 | 3 | 1 | 41 | 11 | 22 | 8 | 0 |
| Brunswick | 6,322 | 12 | 0 | 0 | 1 | 11 | 84 | 15 | 65 | 4 | 0 |
| Cambridge | 12,364 | 128 | 1 | 3 | 24 | 100 | 602 | 156 | 437 | 9 | 4 |

Home (https://ucr.fbi.gov) • Crime in the U.S. (https://ucr.fbi.gov/crime-in-the-u.s) • 2019 (https://ucr.fbi.gov/crime-in-the-u.s/2019) • Crime in the U.S. 2019 (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019) • Tables (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/tables) • Table 8 (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/tables/table-8) • Table 8 state cuts (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/tables/table-8/table-8-state-cuts) • Maryland



Criminal Justice Information Services Division (https://www.fbi.gov/services/cjis)
Feedback (https://forms.fbi.gov/hate-crime-feedback-form-2019) | Contact Us (https://ucr.fbi.gov/crime-in-the-u.s/crime-in-the-u.s.-2019/topic-pages/contact-us) | Data Quality Guidelines (https://ucr.fbi.gov/data-quality-guidelines-new) | UCR Home (https://ucr.fbi.gov/)

**Home (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/home)**

**Offenses Known to Law Enforcement (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/topic-pages/offenses-known-to-law-enforcement)**

**Violent Crime (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/topic-pages/violent-crime)**

**Property Crime (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/topic-pages/property-crime)**

**Clearances (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/topic-pages/clearances)**

**Persons Arrested (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/topic-pages/persons-arrested)**

**Police Employee Data (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/topic-pages/police-employee-data)**

Data Declaration (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/tables/table-8/table-8-state-cuts/maryland.xls/@@template-layout-view?override-view=data-declaration)

Download Excel (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/tables/table-8/table-8-state-cuts/maryland.xls/output.xls)

Table 8 State Listing (https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/tables/table-8/table-8.xls/view)

Table 8

**MARYLAND**
Offenses Known to Law Enforcement
by City, 2019

| City | Population | Violent crime | Murder and nonnegligent manslaughter | Rape[1] | Robbery | Aggravated assault | Property crime | Burglary | Larceny-theft | Motor vehicle theft | Arson[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aberdeen | 16,194 | 120 | 0 | 9 | 28 | 83 | 326 | 60 | 254 | 12 | 2 |
| Annapolis | 39,277 | 252 | 4 | 11 | 67 | 170 | 924 | 98 | 734 | 92 | 15 |
| Baltimore | 597,239 | 11,101 | 348 | 324 | 4,856 | 5,573 | 25,748 | 5,414 | 16,395 | 3,939 | 108 |
| Baltimore City Sheriff | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Bel Air | 10,031 | 21 | 0 | 2 | 5 | 14 | 175 | 8 | 167 | 0 | 0 |
| Berlin | 4,862 | 3 | 0 | 1 | 0 | 2 | 67 | 6 | 61 | 0 | 0 |
| Berwyn Heights | 3,278 | 7 | 0 | 0 | 6 | 1 | 64 | 7 | 49 | 8 | 0 |
| Bladensburg | 9,476 | 59 | 3 | 3 | 18 | 35 | 308 | 17 | 221 | 70 | 0 |
| Boonsboro | 3,596 | 1 | 0 | 0 | 0 | 1 | 16 | 5 | 11 | 0 | |
| Bowie | 59,093 | 59 | 1 | 8 | 26 | 24 | 896 | 55 | 759 | 82 | |
| Brentwood | 3,494 | 15 | 0 | 1 | 7 | 7 | 51 | 7 | 27 | 17 | 0 |
| Brunswick | 6,426 | 15 | 0 | 0 | 3 | 12 | 124 | 18 | 104 | 2 | 0 |
| Cambridge | 12,264 | 119 | 2 | 10 | 20 | 87 | 659 | 138 | 507 | 14 | 5 |



#103276



# Maryland

## Department of Justice
## Bureau of Alcohol, Tobacco, Firearms and Explosives

Office of Strategic Intelligence and Information
Data Source: Firearms Tracing System

## January 1, 2009 – December 31, 2009



# Firearm Types with a Maryland Recovery
## January 1, 2009 – December 31, 2009

Pistols — 2,861
Rifles — 1,471
Revolvers — 1,464
Shotguns — 1,241
Derringers — 34
Machineguns — 12
Combinations — 10
Silencers — 5
Other* — 8

*Other includes Unknown Types, Destructive Devices, Any Other Weapons, and a Flare Gun.

Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information



# Maryland

**Department of Justice**
**Bureau of Alcohol, Tobacco, Firearms and Explosives**
Office of Strategic Intelligence and Information
Data Source: Firearms Tracing System

## January 1, 2010 – December 31, 2010

#113579



# Firearm Types with a Maryland Recovery
## January 1, 2010 – December 31, 2010

| Firearm Type | Count |
| --- | --- |
| Pistols | 2,827 |
| Rifles | 1,623 |
| Revolvers | 1,494 |
| Shotguns | 1,390 |
| Derringers | 57 |
| Combinations | 15 |
| Machineguns | 14 |
| Other* | 10 |

*Other includes Receivers / Frames, Silencers, Destructive Devices, and Flare Guns.

Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information



# Maryland

**Department of Justice**
**Bureau of Alcohol, Tobacco,**
**Firearms and Explosives**

Office of Strategic Intelligence and Information
Data Source: Firearms Tracing System

#124602

## January 1, 2011 – December 31, 2011



# Firearm Types with a Maryland Recovery
## January 1, 2011 – December 31, 2011

- Pistols: 2,954
- Rifles: 1,646
- Revolvers: 1,521
- Shotguns: 1,422
- Machineguns: 63
- Derringers: 40
- Combinations: 11
- Other*: 23

*Other includes Receivers / Frames, Destructive Devices, Unknown Types, Any Other Weapons and Silencers.

Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information



# Maryland

## Department of Justice
## Bureau of Alcohol, Tobacco, Firearms and Explosives

Office of Strategic Intelligence and Information
Data Source: Firearms Tracing System

## January 1, 2012 – December 31, 2012

#133680

# Firearm Types with a Maryland Recovery
## January 1, 2012 – December 31, 2012



| Firearm Type | Count |
|---|---|
| Pistols | 3,024 |
| Rifles | 1,897 |
| Shotguns | 1,515 |
| Revolvers | 1,482 |
| Derringers | 40 |
| Combinations | 17 |
| Machineguns | 14 |
| Other* | 19 |

*Other includes Receivers / Frames, Silencers, Any Other Weapons, Unknown Types, and a Flare Gun.

Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information



# Maryland

**Department of Justice**
**Bureau of Alcohol, Tobacco,**
**Firearms and Explosives**
Office of Strategic Intelligence and Information
Data Source: Firearms Tracing System

#153120

## January 1, 2014 – December 31, 2014



# Firearm Types with a Maryland Recovery
## January 1, 2014 – December 31, 2014

- Pistols: 3,058
- Rifles: 1,746
- Shotguns: 1,405
- Revolvers: 1,374
- Derringers: 55
- Receivers/Frames: 28
- Machineguns: 17
- Combinations: 13
- Any Other Weapons: 5
- Other*: 5

*Other includes Unknown Types, a Flare Gun and a Tear Gas Launcher.

Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information

Case 1:16-cv-03311-ELH   Document 77-22   Filed 10/05/18   Page 26 of 31

#163521



# Maryland

## Department of Justice
## Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Strategic Intelligence and Information
Data Source: Firearms Tracing System

## January 1, 2015 – December 31, 2015



# Firearm Types with a Maryland Recovery
## January 1, 2015 – December 31, 2015

| Firearm Type | Count |
| --- | --- |
| Pistols | 3,554 |
| Rifles | 1,690 |
| Shotguns | 1,426 |
| Revolvers | 1,362 |
| Derringers | 47 |
| Receivers/Frames | 26 |
| Combinations | 11 |
| Machineguns | 6 |
| Silencers | 6 |
| Unknown Types | 6 |
| Other* | 5 |

*Other includes Any Other Weapons, Flare Guns and a Destructive Device.

Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information



#173885

# Maryland

**Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives**
Office of Strategic Intelligence and Information
Data Source:   Firearms Tracing System

## January 1, 2016 – December 31, 2016

Case 1:16-cv-03311-ELH   Document 77-22   Filed 10/05/18   Page 29 of 31

# Firearm Types with a Maryland Recovery
## January 1, 2016 – December 31, 2016



Pistols: 3,850
Rifles: 1,852
Shotguns: 1,391
Revolvers: 1,388
Receivers/Frames: 75
Derringers: 53
Machineguns: 19
Other*: 37

*Other includes Destructive Devices, Silencers, Unknown Types, Combinations, Any Other Weapons and a Tear Gas Launcher.

Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Strategic Intelligence and Information



PROTECTING THE PUBLIC
SERVING OUR NATION

# Maryland

## Data Source: Firearms Tracing System

### January 1, 2017 – December 31, 2017

Office of Strategic Intelligence and Information



**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives



PROTECTING THE PUBLIC
SERVING OUR NATION

# *Firearm Types with a Maryland Recovery*
### January 1, 2017 – December 31, 2017

| Pistols | Rifles | Shotguns | Revolvers | Derringers | Receivers/Frames | Other |
|---|---|---|---|---|---|---|
| 3,948 | 1,832 | 1,476 | 1,274 | 47 | 32 | 39 |

\* Other includes Machineguns, Unknown Types, Combinations, Silencers, Flare Guns and Any Other Weapons.

4



www.atf.gov

PROTECTING THE PUBLIC
SERVING OUR NATION

# Maryland

## Data Source: Firearms Tracing System

January 1, 2018 – December 31, 2018

Office of Strategic Intelligence and Information



**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives



ATF
PROTECTING THE PUBLIC
SERVING OUR NATION

# *Firearm Types with a Maryland Recovery*
### January 1, 2018 – December 31, 2018

| Pistols | Rifles | Revolvers | Shotguns | Receivers/Frames | Derringers | Other |
|---------|--------|-----------|----------|------------------|------------|-------|
| 5,088 | 2,478 | 1,681 | 1,549 | 131 | 63 | 106 |

* Other includes Silencers, Unknown Types, Machineguns, Combinations, Flare Guns, Destructive Devices and an Any Other Weapon.

4



www.atf.gov

PROTECTING THE PUBLIC
SERVING OUR NATION

# Maryland

## Data Source: Firearms Tracing System

January 1, 2019 – December 31, 2019

Office of Strategic Intelligence and Information



**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives



PROTECTING THE PUBLIC
SERVING OUR NATION

# *Firearm Types with a Maryland Recovery*

## January 1, 2019 – December 31, 2019

| Pistols | Rifles | Shotguns | Revolvers | Unknown Types | Receivers/Frames | Other |
|---------|--------|----------|-----------|---------------|------------------|-------|
| 4,778 | 1,880 | 1,398 | 1,193 | 59 | 54 | 103 |

\* Other includes Derringers, Machineguns, Combinations, Silencers, Destructive Devices and an Any Other Weapon.

4