

**CONFIDENTIAL**

# Transcript of Scott Thomas Miller

**Date:** March 27, 2018
**Case:** Maryland Shall Issue, Inc., et al. -v- Hogan, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

EXHIBIT 25

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3    MARYLAND SHALL ISSUE, INC.,   :
 4    et al.                        :
 5                    Plaintiffs,:
 6       v.                         : Civil Case No.
 7    LAWRENCE HOGAN, et al.        : 16-cv-3311-MJG
 8                    Defendants.:
 9                    -----------
10          CONTAINS CONFIDENTIAL INFORMATION
11            Deposition of SCOTT THOMAS MILLER
12                   Baltimore, Maryland
13                 Tuesday, March 27, 2018
14                       2:07 p.m.
15
16
17
18
19
20    Job No.:  179483
21    Pages:  1 - 37
22    Reported By:  Dawn M. Hart, RPR/RMR/CRR
```

1  you've been deterred from purchasing a handgun because
2  of the HQL requirements; is that correct?
3       A    Yes.
4       Q    And what is it about the HQL requirements
5  that you contend has deterred you from purchasing a
6  handgun?
7       A    I'm a busy guy and I don't like spending
8  money on things that I feel are unnecessary or not a
9  good value to me.  I know how to operate handguns
10 safely.  I'm a law abiding citizen.  My job is to help
11 people in need.  So I just feel it's mostly a matter
12 of principle.  I don't want to, you know, waste my
13 time and money.
14          But besides that, I'm very busy.  I mean, as
15 I told you, I work, you know, 10-hour shifts and
16 sometimes that leads to really long nights, and I'm
17 also in school.  So for me to, you know, go through
18 that, that's pretty much taking up my only day of the
19 week off, which is already going towards running
20 errands and, you know, doing other necessary tasks.
21      Q    So aside from the inconvenience that you
22 just described, is there anything else about the HQL

CONFIDENTIAL
Transcript of Scott Thomas Miller
Conducted on March 27, 2018                                25

```
 1  that has deterred you from purchasing a handgun?
 2       A    Well, thank you for mentioning the word
 3  inconvenience because I think that's the word I was
 4  searching for.
 5            No, I wouldn't say so.  I'm not a fan of
 6  firearm registration.  However, I have no reason to
 7  believe that I'd be barred from owning one, so it's
 8  mostly the inconvenience.  But I don't -- I just don't
 9  feel that there's a need to be licensed to own a
10  handgun when other types of firearms you can own
11  without any type of licensure.
12       Q    Assuming that you purchased a handgun, would
13  you plan to carry it with you, or keep it in your
14  home, or both?
15       A    I would certainly keep it in my home.  I
16  would not be carrying it with me because as you're
17  probably aware, the Maryland State Police is very
18  withholding of their conceal carry permits and they do
19  not recognize conceal carry permits from other states.
20  So I don't believe that there would be any way for me
21  to legally carry a handgun with me.
22       Q    So you don't have any plans to obtain a
```