

**CONFIDENTIAL**

# Transcript of John Matthew Clark

**Date:** March 27, 2018
**Case:** Maryland Shall Issue, Inc., et al. -v- Hogan, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

EXHIBIT 26

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3   MARYLAND SHALL ISSUE, INC.,   :
 4   et al.                        :
 5                    Plaintiffs,:
 6      v.                         : Civil Case No.
 7   LAWRENCE HOGAN, et al.        : 16-cv-3311-MJG
 8                    Defendants.:
 9                    -----------
10         CONTAINS CONFIDENTIAL INFORMATION
11           Deposition of JOHN MATTHEW CLARK
12                  Baltimore, Maryland
13                Tuesday, March 27, 2018
14                      9:05 a.m.
15
16
17
18
19
20   Job No.:  179483
21   Pages:  1 - 33
22   Reported By:  Dawn M. Hart, RPR/RMR/CRR
```

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018    14

```
 1         Q     How often do you use it?
 2         A     Just occasionally, to punch holes in paper.
 3   Target practice.
 4         Q     Okay.  Got you.
 5               Do you go to a range for that?
 6         A     Yes.
 7         Q     Which range?
 8         A     Hap Baker in Carroll County.
 9         Q     How far is that from your house?
10         A     Maybe two miles.
11         Q     Have you ever owned any other firearms?
12         A     No.
13         Q     How much did you pay for the gun?
14         A     Maybe 400 and change.
15         Q     Did you buy it new?
16         A     Yes.
17         Q     You have been identified in some discovery
18   responses in this case as someone who has been
19   deterred from purchasing a handgun by the requirements
20   of obtaining an HQL.  Are you aware of that?
21         A     Yes.
22         Q     Okay.  What is your understanding of what
```

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018                                                15

```
 1  you would need to do to obtain an HQL?
 2       A    See if I can remember.  I'm exempt from the
 3  training because I previously owned a firearm, a
 4  handgun, if I remember right.  I would have to find
 5  some place to have fingerprints taken, and pay, I
 6  believe it's a 75-dollar fee to the State, and I think
 7  that's it.
 8       Q    And these requirements have deterred you
 9  from purchasing a handgun?
10       A    Yes.
11       Q    What other handgun do you want to buy?
12       A    I want to get -- mine's a small conceal
13  carry.  I wanted a larger, more comfortable to hold.
14       Q    And why do you want this larger gun?
15       A    Just more comfortable.
16       Q    Do you have a particular type of handgun in
17  mind that you want to purchase?
18       A    Another 9-millimeter.
19       Q    And have you shopped for that?
20       A    No.
21       Q    Do you know how much it would cost?
22       A    Probably about the same, four to 500.
```

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018                    16

```
1       Q    Have you done any research to determine
2    where you could have your fingerprints taken if you
3    decided to apply for an HQL?
4       A    I did when it -- when the requirement first
5    came out.  The place I would have used was Carroll
6    County Sheriff's Office.  The new Sheriff dropped the
7    program.
8       Q    When you say you did the research when the
9    requirement first came out, are you saying in 2013?
10      A    Yes.
11      Q    So that would have been what time of the
12   year in 2013?  After you bought the gun that you have
13   now, or before?
14      A    After the law officially -- actually, it
15   would have been 2014 because it was after it became
16   law.
17      Q    And was there anything in particular that
18   prompted you to want to get this larger handgun at
19   that time?
20      A    When I bought the first one, I was beating
21   the clock for all the laws that were being enacted and
22   it was slim pickings so I didn't really have time to
```

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018                    17

```
1    really choose the one that I wanted.
2         Q    And do you keep the gun for any other
3    purpose other than target practice?
4         A    Home defense.
5         Q    Anything else?
6         A    No.
7         Q    You don't use it to hunt?
8         A    No.
9         Q    So other than -- well, when you found out
10   that -- how did you find out that the Sheriff in
11   Carroll County was no longer offering fingerprinting
12   services?
13        A    It was a bulletin on their website.
14        Q    Have you ever been fingerprinted before?
15        A    Yes.
16        Q    For what purpose?
17        A    Job at -- with the -- as a Defense
18   contractor.
19        Q    When was that?
20        A    1996, 1997.
21        Q    Is that the only time you've been
22   fingerprinted?
```

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018
18

```
1         A    I was fingerprinted once as a kid with some,
2    you know, I don't know what you call it.  It was in a
3    school, like with the child protection kidnaping
4    thing.
5         Q    Okay.  Any other times?
6         A    No.
7         Q    So once you found out that the Sheriff in
8    Carroll County was no longer offering fingerprinting
9    services, did you do any other research to determine
10   where you could get your fingerprints taken for an
11   HQL?
12        A    Just some very light research.
13        Q    What did you do?
14        A    Checked the forum messages at
15   Marylandshooters.com to see who else was looking in my
16   area.
17        Q    And did you -- is that a website?
18        A    Yes.
19        Q    And did you find out about any other
20   fingerprinting services that you could use to get an
21   HQL?
22        A    There were some.  I don't recall finding any
```

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018                                    19

```
 1   in Carroll County, but there were others around with
 2   varying fees.
 3        Q    What were the fees, do you remember?
 4        A    I think some were as high as 150.
 5        Q    What was the low?
 6        A    Seventy-five, I think.
 7        Q    Did any of these places that offered
 8   fingerprinting services for HQL licenses tell you that
 9   you had to do the fingerprinting only during business
10   hours, Monday through Friday?
11        A    No, I did not go that far.
12        Q    So you don't know whether or not you could
13   have it done on a weekend or in the evenings; is that
14   correct?
15        A    Correct.
16        Q    Did you ever go on the Maryland State Police
17   website to look -- to research additional places where
18   you could have your fingerprints taken for an HQL
19   application?
20        A    I did once.
21        Q    And what was the result of that?
22        A    I honestly don't remember.  Their website
```