# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

    *Plaintiffs*,   *

v.   *   No. 1:16-cv-03311-ELH

LAWRENCE HOGAN, *et al.*   *

    *Defendants*.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 105.9, defendants, through counsel and with the consent of the plaintiffs, move to extend the deadline to respond to plaintiffs' motion to strike testimony of defendants' experts. In support of their motion, the defendants state:

1. On January 27, 2021, plaintiffs filed a motion to strike certain testimony of defendants' expert witnesses. (ECF 133.)

2. Defendants' response to plaintiffs' motion is due February 10, 2021.

3. Due to the demands of responding to plaintiffs' recently-filed cross-motion for summary judgment (ECF 135), as well as work in other cases, defendants' counsel requires additional time to prepare a response to plaintiffs' motion to strike.

4. Counsel for plaintiffs has consented to an extension of time to March 1, 2021 for defendants to file their response to defendants' motion to strike.

WHEREFORE, for the reasons stated herein, defendants respectfully request that the Court enter the attached proposed an order extending defendants' time to respond to plaintiffs' motion to strike (ECF 133) to March 1, 2021.

                                        Respectfully submitted,

                                        BRIAN E. FROSH
                                        Attorney General of Maryland

Date: February 5, 2021              __/s/ Robert A. Scott_____
                                        ROBERT A, SCOTT (Bar # 24613)
                                        Assistant Attorney General
                                        Office of the Attorney General
                                        200 St. Paul Place, 20th Floor
                                        Baltimore, Maryland 21202
                                        (410) 576-7055; (410) 576-6955 (fax)
                                        rscott@oag.state.md.us

                                        Attorneys for Defendants