# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-ELH |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time filed by defendants (the "Motion"), it is this ____ day of February, 2021, hereby

ORDERED that the Motion is granted; and it is further

ORDERD that the deadline for defendants to respond to plaintiffs' motion to strike testimony of defendants' experts (ECF 133) is extended to March 1, 2021.

_____
Judge Ellen Lipton Hollander
United States District Judge