# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.,*  *

       *Plaintiffs,*  *

    v.  *       No. 1:16-cv-03311-ELH

LAWRENCE HOGAN, *et al.*  *

       *Defendants.*  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time filed by defendants (the "Motion"), it is this 5th day of February, 2021, hereby

ORDERED that the Motion is granted; and it is further

ORDERD that the deadline for defendants to respond to plaintiffs' motion to strike testimony of defendants' experts (ECF 133) is extended to March 1, 2021.

*Ellen L. Hollander*
Judge Ellen Lipton Hollander
United States District Judge