IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,   *

    *Plaintiffs*,   *

v.   *   No. 1:16-cv-03311-ELH

LAWRENCE HOGAN, *et al.*   *

    *Defendants*.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time filed by defendants on February 24, 2021 (the "Motion"), it is this 24th day of February, 2021, hereby

ORDERED that the Motion is granted; and it is further

ORDERD that the deadline for defendants to file their combined response to plaintiffs' cross-motion for summary judgment (ECF 135) and reply in further support of defendants' motion for summary judgment is extended to March 8, 2021; and it is further

ORDERED that the deadline for defendants to respond to plaintiffs' motion to strike testimony of defendants' experts (ECF 133) is also extended to March 8, 2021; and it is further

ORDERED that the deadline for plaintiffs to file their reply in further support of their cross-motion for summary judgment (ECF 135) is extended to April 14, 2021; and it is further

ORDERED that the deadline for plaintiffs to file their reply in further support of their motion to strike testimony of defendants' experts (ECF 133) is extended to April 14, 2021.

*Ellen L. Hollander*

Judge Ellen Lipton Hollander
United States District Judge