# EXHIBIT 20

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

------------------------------X

MARYLAND SHALL ISSUE, INC.,          :

et al.,                              :

                                     : Case No:

            Plaintiffs               : 16-cv-3311-MJG

                                     :

            -vs-                      : Pages 1 - 169

                                     :

LAWRENCE HOGAN, in his               :

capacity of Governor of              :

Maryland, et al.,                    :

                                     :

            Defendants               :

------------------------------X

Deposition of Andy R. Johnson

Baltimore, Maryland

Wednesday, April 11, 2018

Reported by:  Kathleen M. Vaglica, RPR, RMR

Job No:  393199

MAGNA LEGAL SERVICES

(866) 624-6221



Page 79

1    conversations with Detective Sergeant Lopez.

2         Q.   To your knowledge, has Maryland State

3    Police ever had access to that information?

4         A.   That I don't know.

5         Q.   Item 23, the HQL's effect on handgun sales

6    in Maryland from 2013 through 2017.  You have a

7    note, "No response on effect."  What does that mean?

8         A.   It just means that I can't, I don't feel

9    that I can testify on the effect on the sales in

10   Maryland.

11        Q.   Do you have any information on the effect

12   of handgun sales in Maryland from the HQL?

13        A.   Only that today we're back to near record

14   numbers.

15        Q.   What's the basis of that statement?

16        A.   Just the information I reviewed here

17   today.

18        Q.   Show me exactly what you're pointing to.

19   Is that the -- well, just show me what you're

20   referring to.

21        A.   Sure.  So I have information on the MAFSS

22   yearly count of firearm transfer by gun type.



Page 80

1              MR. SCOTT:  Has it been previously marked?

2              THE WITNESS:  I believe it has, but I'm

3       not sure.

4              MR. SWEENEY:  We'll get a copy marked.

5              (Exhibit No. 92, MAFSS Yearly Count of

6       Firearm Transfer by Gun Type, was marked for

7       identification and retained by Mr. Scott.)

8              MR. SWEENEY:  Is this Bates number 3207?

9              THE WITNESS:  Yes, sir.

10             MR. SWEENEY:  Let's go ahead and mark that

11      as the next exhibit number.  We may have a duplicate

12      in the record.

13             MR. SCOTT:  That's all right.  No worries.

14      BY MR. SWEENEY:

15      Q.   We've marked as Exhibit 92 the document

16      with Bates stamp 3207 on it, and tell me what

17      specifically you're referring to in this document to

18      support the statement you just made.

19      A.   Just the transfer count.

20      Q.   All right.  And it's your understanding --

21      and are you looking at the transfer count column?

22      Is that what you're referring to, or are you looking



Page 81

1    at the handgun transfer column?

2         A.   The handgun transfer column.

3         Q.   All right.  And when you're saying near

4    record, you're comparing 52,101 handgun transfers

5    depicted here in 2017 with prior years?

6         A.   Yes, sir.

7         Q.   2013 had 90,090, almost twice as many.  So

8    you're not really near that record, are you, sir?

9         A.   Could you repeat the question?

10        Q.   Sure.  2013 had over 90,000 transfers, so

11   the 52,000 in 2017 isn't really near that record

12   year, is it?

13             MR. SCOTT:  Objection.  Go ahead.

14             THE WITNESS:  I would say that's a record

15   year.  And the next record year would be, looking at

16   this document, 47,348 in 2012, and 52,101 from 2017

17   is above that so that was my reference.

18   BY MR. SWEENEY:

19        Q.   All right.  And the total transfers

20   depicted here in 2014 and 2015 of 28,799 and 34,751

21   are significantly below those years; correct?

22             MR. SCOTT:  Objection.



Page 82

1          THE WITNESS:  Below the years that are

2    listed here from 2000 to 2017, no, sir.

3    BY MR. SWEENEY:

4          Q.   All right.  So 28,000 and 34,000 is not

5    significantly below 52,000?

6          A.   It is below 52,000.  I was using the range

7    that we have here so that's what I was referring to.

8          Q.   Let me try to understand.  What do you

9    mean by a range?

10         A.   We have listed here on this document 2000

11    to 2017, the years 2000 through 2017.

12         Q.   Okay.

13         A.   The other document that I've used in the

14    past is the weekly report, which I believe we've

15    also provided to you for 2018.

16         Q.   We marked that as Exhibit 80 earlier

17    today.  Can you identify where on that document

18    you're referring?

19         A.   So, again, using the totals for -- these

20    are applications received from 2015 through 2018 and

21    a weekly average, as well as a yearly total, for

22    2015 to 2017 and as far back as 2014, I believe, on



Page 83

1    some of the older weekly reports.  And just that the

2    weekly average from 2015 to 2018 has gone up

3    significantly as well.

4        Q.   Now, what period of time is used to

5    calculate the weekly average that appears there, the

6    data that you're looking at?

7        A.   From the start of the calendar year,

8    January 1, through the current date of that weekly

9    report averaged out over the number of years.

10       Q.   So the last report for the year would be

11   cumulative for the entire year and provide an

12   average by week based on the total for the year?

13       A.   Yes, sir.

14       Q.   Are there any other documents that you're

15   basing your opinion on?

16            MR. SCOTT:  Objection to form.

17            MR. SWEENEY:  If I revise it and

18   substitute statement, will you remove your

19   objection?

20            MR. SCOTT:  If you restate the question.

21            MR. SWEENEY:  Sure.

22   BY MR. SWEENEY:



Page 132

1    administrative denial log as well or ledger I should

2    say.  I think we're getting hung up on the log

3    versus ledger, so I want to make sure I have the

4    other information in front of me.

5         Q.   I don't know if I have the disapproval

6    ledger with me.  What I do have is the -- we can

7    talk about what this is.  Pull it out.

8              MR. SWEENEY:  Let's mark that as 98.

9              (Exhibit No. 98, Administrative Denial

10   Ledger, was marked for identification and retained

11   by Mr. Scott.)

12   BY MR. SWEENEY:

13        Q.   Let me show you what we've marked as 98,

14   which is another log-like spreadsheet that we took

15   out of your document production.  What is it that

16   we're looking at that's identified as Bates

17   number 1218 through 1227?

18        A.   I believe that this is the administrative

19   denial ledger.  And this ledger is -- I know it's

20   hard to say without the redacted information, but I

21   believe it is the information that is given back to,

22   when the section receives a Rap Back or an ADR



Page 133

1    report, the person is put on this log or ledger as a

2    person who's come back on that report.  That's what

3    I recognize this to be.

4        Q.    We had been calling this the revocation

5    log.

6        A.    Correct.

7        Q.    Does that make -- is that what you would

8    call it?

9        A.    Yes, sir.

10       Q.    And it is a different spreadsheet and

11   stream of data than the administrative log that we

12   marked as Exhibit 97; correct?

13       A.    Yes, sir.

14       Q.    And let me understand what's a Rap Back?

15       A.    I believe it's a record of arrest and

16   prosecution, if I'm not mistaken, or processing.

17   I'm sorry.  Not prosecution.

18       Q.    What does that mean?

19       A.    That's a term that they use when they are

20   getting this -- it's called an ADR report, Arrest

21   Disposition Report, sent back to the unit based on

22   someone's fingerprints who has now been charged with



Page 134

1    a crime or arrested.

2        Q.   And what does the HQL unit do with that

3    information?  In other words, an HQL holder has been

4    fingerprinted in connection with an arrest.  That

5    information comes to the HQL unit.  It's reflected

6    in this log.  What then happens?

7        A.   If -- you can see there are some here that

8    have been revoked, so if the charge is prohibitor,

9    they would follow the disposition of the case; and

10   once the case had a disposition, if it is, in fact,

11   a disqualifier, they would then revoke the person's

12   HQL.  Those are highlighted in the blue on the color

13   copy we have here.

14       Q.   Do you know what the significance, if any,

15   of the yellow highlighting is?

16       A.   I believe those are cases that may still

17   be under disposition.  Actually, I don't know.  I

18   believe they were still -- they have not yet

19   received disposition, I believe.  That's my

20   understanding of what they are.

21            So, if you look at the majority of the

22   charges in white, they are either for the most part



Page 135

1    not disqualifiers, nolle prossed, those kinds of

2    things, so if you look at the highlighted numbers,

3    they are from charges that have yet to have a

4    disposition.

5        Q.   All right.  You mentioned that this

6    process is triggered at least in terms of the

7    reporting to Maryland State Police by fingerprints

8    being taken incident to a criminal arrest and

9    matched to the fingerprints on file for an HQL

10   applicant; am I correct?

11       A.   Matched to the SID number from the

12   applicant.  State ID number, yes, sir.

13       Q.   And is there any other means of reporting

14   of an arrest of an HQL holder other than a match of

15   the fingerprint identification?

16       A.   Is there any means to what?  I'm sorry.

17       Q.   To report to Maryland State Police that an

18   HQL holder has been arrested, a potentially

19   disqualifying event, other than the fingerprinting?

20       A.   So that's a twofold question, and I'll

21   answer it's still by fingerprinting, but the only

22   other event that I know of would be, if the person



Page 136

1    has a handgun permit, the code for the fingerprints

2    is related to handgun permit.  They would be

3    notified.  They would then notify HQL.

4         Q.   All right.  So, before the HQL

5    fingerprinting requirement, if the owner of a

6    registered firearm in Maryland was arrested for a

7    potentially disqualifying crime, was there any

8    report of that arrest that went to anyone at

9    Maryland State Police?

10        A.   Not that I recall.

11        Q.   And other than reports that are triggered

12   by fingerprint matches, would the HQL fingerprint

13   data that's kept on file, there's no reporting to

14   Maryland State Police of the arrest of any HQL

15   holder now; correct?

16        A.   That is my understanding, yes, sir.

17        Q.   Going back to Exhibit 97, if you would for

18   a moment, and let's just look at the first item and

19   see -- it's on Bates stamp page 1214 and see if we

20   can understand it.

21             There appears to be a column that's been

22   redacted in black on the far left of the page.  Are



Page 139

1    the administrative log when the application in

2    question was submitted?

3        A.   I don't believe so.

4        Q.   Are the dates in which an application that

5    has been administratively disapproved is overturned

6    all occurring within 30 days of the submission of

7    that application to MSP?

8        A.   I'm going to have to have you repeat that.

9    I'm sorry.

10             MR. SWEENEY:  Please read that back,

11   Kathy.

12             (The reporter read back as requested.)

13             THE WITNESS:  Once the, the reason for

14   administrative denial has been corrected, it then

15   becomes a properly completed application.  Within

16   30 days of that happening, they are being

17   overturned, yes, sir.

18   BY MR. SWEENEY:

19       Q.   And I'm trying to find out what the time

20   period is between the submission of the application

21   and the overturning of the administrative

22   disapproval.  Is that within 30 days?



Page 140

1          A.   The time that it's denied and the

2    administrative approval?   In most cases it would be.

3    However, if it's not a properly completed

4    application, we can only make a decision on it once

5    we have a properly completed application.

6          Q.   What I'm trying to find out is how long

7    does that take?

8          A.   It varies.

9          Q.   And does it sometimes involve more than

10   30 days from the submission of the application?

11         A.   From the submission of a not properly

12   completed application to the time of overturn for a

13   denial, yes.

14         Q.   All right.   More than 30 days?

15         A.   Yes, sir.

16         Q.   And that's happened more than once;

17   correct?

18         A.   I would assume so.

19         Q.   All right.   And do you know how often it's

20   happened?

21         A.   I'm just told that it's, most of those

22   cases are still generally, once we have the reason



Page 141

 1    for administrative denial corrected, that they are

 2    all within 30 days.  However, most of them are still

 3    corrected and approved within 30 days from the

 4    initial application date.

 5         Q.   But some are not, and we don't know how

 6    many?

 7         A.   Yes, sir, correct.

 8         Q.   You don't keep the records of how long it

 9    takes or how many don't do it within 30 days;

10    correct?

11         A.   No, sir.

12         Q.   All right.  On the same page we've been

13    looking at, 12/14, about three quarters of the way

14    down the page one of the reasons given is ARN

15    number/hunting license.  Can you tell us what that

16    means?

17         A.   I do not know.

18         Q.   All right.  Is the hunting license

19    accepted instead of the handgun safety training

20    under the HQL?

21         A.   Instead of the hunter's safety?

22         Q.   Instead of the handgun training.  Is a



Page 148

1          (Whereupon, a short recess was taken from

2     2:59 to 3:08 p.m.)

3          MR. SWEENEY:  Let's mark this as number

4     99.

5          (Exhibit No. 99, MAFSS Spreadsheet, was

6     marked for identification and retained by Mr.

7     Scott.)

8     BY MR. SWEENEY:

9          Q.   Captain Johnson, while we were off the

10    record, I marked as Exhibit 99 another spreadsheet

11    from MAFSS that looks very much like the spreadsheet

12    we marked and talked about as Number 92 with the

13    exception that the numbers are largely all

14    different, and it is Bates 3206.  Are you familiar

15    with that document, as well as with Document 92, and

16    can you explain the differences?

17         A.   I am, and the differences in the transfer

18    count are significantly higher on the Exhibit 99

19    than they are Exhibit 92.

20         Q.   And do you know why that is?

21         A.   When we saw the numbers that MAFSS

22    provided on the original Exhibit 99, we actually set



Page 149

1    a meeting with the information technology people at

2    MAFSS to try to find out why the data was the way it

3    is, and the only thing they could tell us is they

4    believe someone had written the script wrong to pull

5    the data.

6           And once we explained to them what we were

7    looking for and that those numbers we didn't feel

8    were accurate, they provided the second copy of

9    Exhibit 92 to us as a corrected copy.

10   Q.   What, if anything, did you do to satisfy

11   yourself that Exhibit 92 as corrected is correct?

12   A.   Those numbers appeared more accurate,

13   consistent with some of the information from our

14   weekly report than what was originally presented on

15   Exhibit 99 with the exception of the years 2014,

16   '15, '16.

17          Most recently in viewing the document, I

18   questioned why in those years under category S as a

19   single shot we had a significant increase over prior

20   years at which time I was advised that the

21   application for the 77R during those years had a

22   misprint on the back of the form which was



Page 150

1    categorizing semiautomatics with a category Code S

2    instead of A.

3              Therefore, when people were putting the

4    information in, the numbers for that year for single

5    shot were significantly higher than years past.

6         Q.   And what years did that form misprint

7    occur?

8         A.   I believe it was in 2014.

9         Q.   And who advised you of that?

10        A.   Sergeant Pickle.

11        Q.   And what was the basis of his information?

12        A.   He was in the registration section at the

13   time.

14        Q.   Do you know how long the single shot

15   category has been in the MAFSS system?

16        A.   I do not.  It appears since 2000.

17        Q.   Is there anything else you did to satisfy

18   yourself that the information on Exhibit 92 is

19   accurate?

20        A.   No, sir.

21             (Discussion held off the record.)

22             MR. SWEENEY:  Let's mark this.



Page 158

1    report, as you understood it, indicate that Maryland

2    State Police had not followed the requirements of

3    the Maryland HQL law in requiring the paper

4    submission of HQL applications?

5         A.   That was not discussed.

6         Q.   Were you advised that the audit found that

7    Maryland State Police did not adequately ensure that

8    the handgun registration data in MAFSS was accurate?

9         A.   The handgun registration data in MAFSS?

10        Q.   Mm-hmm.

11        A.   I was advised that there were clerical

12   errors in the data, yes, sir.

13        Q.   Is it your understanding that it's the

14   responsibility of the Licensing Division under your

15   command to ensure that the handgun registration data

16   in MAFSS is accurate?

17        A.   Yes, sir.

18        Q.   All right.  And what does your Licensing

19   Division do to ensure itself that the handgun

20   registration data in MAFSS is accurate?

21        A.   Currently?

22        Q.   Yes.



Page 159

1          A.   So the information currently that's put

2     into the portal, which went live January 1 of 2017,

3     has no longer required the -- what was required

4     prior was 100 percent quality assurance in each

5     application as the data was being entered into, at

6     that time, our Isabel system and then ultimately

7     transposed into the MAFSS database.

8               When that information was put into the

9     MAFSS database, there was always at least more than

10    one person looking at that information because it

11    was coming in on an electronic, a fax copy, and then

12    from there, once the data was entered and the

13    application came back to the Licensing Division,

14    what we call final date where that firearm was

15    considered transferred, that information was then

16    reviewed again upon entry into MAFSS, the firearm

17    data at this point.

18              Of those approximately 3 to 5 percent of

19    those applications are pulled for random samples,

20    and there's quality control done on those random

21    samplings.  Currently, with the portal the

22    information is already in the digital format.  It's



Page 160

1   taken right out of the digital application, the

2   electronic application, and placed into MAFSS and

3   the same quality control is conducted on those

4   random sampling of applications.

5       Q.   And the process you described is effective

6   as of January 1, 2017, when the new 77R electronic

7   portal became active?

8       A.   From the standpoint of the quality control

9   and directly from the electronic application, yes,

10  sir.  Prior to that was the 100 percent quality

11  assurance.  When that application came in, it was a

12  manual data entry from the fax copy into Isabel and

13  then ultimately into MAFSS.

14      Q.   Now, the audit report that we have here on

15  2015 found that there were some 4,000 out of 27,500

16  handgun records that were reviewed contained errors.

17  What, if anything, did Maryland State Police do

18  after receiving this audit report to look at all the

19  MAFSS firearms registration data to ensure it was

20  accurate?

21      A.   I don't know what was done prior to me as

22  far as this audit that was completed in, I believe,

