# EXHIBIT 22

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

---------------------------------X

MARYLAND SHALL ISSUE, INC., et al., :

　　　　　　　　　　　　　　　　　　　　 : Case No:

　　　　Plaintiffs　　　　　　　　　　 : 16-cv-3311-MJG

　　　　-vs-　　　　　　　　　　　　　 : Pages 1 - 229

LAWRENCE HOGAN, in his capacity of Governor of Maryland, et al., :

　　　　Defendants　　　　　　　　　　 :

---------------------------------X

Deposition of Diane S. Armstrong

Baltimore, Maryland

Friday, March 23, 2018

Reported by:　Kathleen M. Vaglica, RPR, RMR

Job No:　391104

MAGNA LEGAL SERVICES

(866) 624-6221



Page 9

```
 1        Q.   All right.  Now, what is your position
 2   with the Maryland State Police?
 3        A.   My position is office supervisor for the
 4   civilian staff for the Handgun Qualification License
 5   Unit.
 6        Q.   All right.  I'm going to mark as
 7   Exhibit 43 a copy of the deposition notice and
 8   subpoena for today's deposition.
 9             (Armstrong Exhibit No. 43, Notice of
10   Deposition and Subpoena, was marked for
11   identification and retained by Mr. Scott.)
12             (Mr. Hansel entered the deposition room.)
13             MR. SWEENEY:  Morning, Cary.
14             MR. HANSEL:  Morning.
15             MR. SWEENEY:  You didn't miss anything.
16             MR. HANSEL:  Good.
17   BY MR. SWEENEY:
18        Q.   Ms. Armstrong, I'd ask you to take a look
19   at the document I've marked as Exhibit 43.  The
20   first three pages are the deposition notice for the
21   Maryland State Police.  The next three pages are the
22   subpoena for that deposition, and then there are
```



1  number of times that you've received these e-mails
2  and phone calls?
3      A.   I do not keep track of them individually.
4  You have all the e-mails that we've received, and
5  the phone calls, we don't keep track of the phone
6  calls so I cannot give you a number.
7      Q.   Referring you to paragraph eight of the
8  declaration, Exhibit 47, what do you do when asked
9  to assist citizens who have inadvertently created
10 multiple accounts and initiated multiple
11 applications?
12     A.   Well, we have one applicant that created
13 nine accounts, and when they create nine accounts or
14 multiple accounts, then we have to refer them over
15 or we refer it over to our IT section for them
16 'cause they have to delete the accounts.
17     Q.   All right.  So is it the practice when
18 individuals have initiated multiple accounts that
19 you refer them to IT for the deletion of those
20 multiple accounts?
21     A.   If we cannot figure out their information
22 on the phone with them, then we do not have the



Page 114

```
 1   ability to move any further.
 2        Q.   All right.  So at that point, the citizen
 3   is referred to another part of the Maryland State
 4   Police, its IT unit?
 5        A.   No.  We contact the IT section on their
 6   behalf, and then we get back to this applicant when
 7   it's corrected.
 8        Q.   And the correction in the instance of
 9   multiple applications is the multiple applications
10   in the system are canceled out?
11        A.   I don't know the process on that so I
12   can't answer that.
13        Q.   What is it that you give back to the
14   applicant and tell them that has resolved the
15   problem of their multiple applications?  What do you
16   say to them?
17        A.   We give them the user ID and assist them
18   with resetting their passwords.
19        Q.   And you would be resetting it on one of
20   their existing applications in the system?
21        A.   Correct.
22        Q.   And to your knowledge, what happens to
```



```
 1   those other multiple applications that were in the
 2   system when you reset the existing application?
 3        A.   I can't -- I don't know what happens to
 4   them.
 5        Q.   In the course of doing that, do you obtain
 6   the unique user name and password of any applicants?
 7        A.   To reset their account?
 8        Q.   Yes.
 9        A.   No.  We have access to their user name,
10   but we don't have access to passwords.
11        Q.   Do you ever request the password of an
12   applicant?
13        A.   If they want us to reset the password for
14   them, they have to give us a password.
15        Q.   And do you do that?
16        A.   On occasion, yes.
17        Q.   Do you know how often you do that?
18        A.   Not very often.
19        Q.   And do you do anything special to
20   safeguard the password that you obtained from the
21   HQL applicant for that purpose?
22        A.   We don't write it down or, if we do, we
```



1  applicants that contain their passwords?

2          MR. SCOTT:  Objection.  Go ahead.

3          THE WITNESS:  I believe everything is

4  encrypted, but I can't answer on what the server

5  does, what the IT section does with those e-mails.

6  BY MR. SWEENEY:

7      Q.   Paragraph nine you refer to one qualified

8  handgun instructor creating fictional accounts in

9  order to walk his students through the HQL

10  application process; am I correct?

11      A.   Correct.

12      Q.   Earlier today we talked about a qualified

13  handgun instructor who had contacted you and talked

14  about creating a fictional account.  Is this the

15  same instructor?

16      A.   Yes.

17      Q.   Do you know if that instructor has ever

18  created more than one fictional account for the

19  purpose of walking his students through the HQL

20  application process?

21      A.   I do not know.

22      Q.   Do you know of any other qualified handgun



Page 124

```
 1              THE WITNESS:  I can't answer that.  I
 2    don't know their requirements.
 3    BY MR. SWEENEY:
 4       Q.   All right.  How many applications have
 5    been initiated by individuals who are younger than
 6    21 in the HQL system?
 7       A.   I can't give you an answer to that.  I
 8    don't know the number.
 9       Q.   Is there anyone who can tell me that
10    number?
11       A.   Not to my knowledge.
12       Q.   In paragraph 11 you say, "MSP personnel
13    have initiated numerous applications for testing
14    purposes."  How do you know that?
15       A.   Because I, personally, have done it.
16       Q.   And how many applications have you
17    initiated for testing purposes?
18       A.   Five.
19       Q.   And do you know how many other
20    applications MSP personnel have initiated for
21    testing purposes?
22       A.   No, I do not know that.
```

