# EXHIBIT 24

```
1              IN THE UNITED STATES DISTRICT COURT
2                 FOR THE DISTRICT OF MARYLAND
3    MARYLAND SHALL ISSUE, INC.,   :
4    et al.                        :
5                    Plaintiffs,:
6       v.                         : Civil Case No.
7    LAWRENCE HOGAN, et al.        : 16-cv-3311-MJG
8                    Defendants.:
9                    -----------
10          CONTAINS CONFIDENTIAL INFORMATION
11            Deposition of JOHN MATTHEW CLARK
12                   Baltimore, Maryland
13                Tuesday, March 27, 2018
14                       9:05 a.m.
15
16
17
18
19
20   Job No.:  179483
21   Pages:  1 - 33
22   Reported By:  Dawn M. Hart, RPR/RMR/CRR
```

CONFIDENTIAL

Transcript of John Matthew Clark
Conducted on March 27, 2018                                13

```
1        A    Yes.
2        Q    Do you own any firearms?
3        A    Yes.
4        Q    How many?
5        A    One.
6        Q    What type?
7        A    Handgun.
8        Q    What type of handgun?
9        A    9-millimeter.
10       Q    When did you get it?
11       A    September 2013.
12       Q    Does anybody else in the home own any
13  firearms?
14       A    No.
15       Q    Do you have an HQ -- do you know what an HQL
16  is?
17       A    Yes.
18       Q    Do you have one?
19       A    No.
20       Q    And the 9-millimeter gun that you have, how
21  is that stored?
22       A    A lockbox.
```

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018                                14

```
 1          Q     How often do you use it?
 2          A     Just occasionally, to punch holes in paper.
 3    Target practice.
 4          Q     Okay.  Got you.
 5                Do you go to a range for that?
 6          A     Yes.
 7          Q     Which range?
 8          A     Hap Baker in Carroll County.
 9          Q     How far is that from your house?
10          A     Maybe two miles.
11          Q     Have you ever owned any other firearms?
12          A     No.
13          Q     How much did you pay for the gun?
14          A     Maybe 400 and change.
15          Q     Did you buy it new?
16          A     Yes.
17          Q     You have been identified in some discovery
18    responses in this case as someone who has been
19    deterred from purchasing a handgun by the requirements
20    of obtaining an HQL.  Are you aware of that?
21          A     Yes.
22          Q     Okay.  What is your understanding of what
```

1  you would need to do to obtain an HQL?
2      A    See if I can remember.  I'm exempt from the
3  training because I previously owned a firearm, a
4  handgun, if I remember right.  I would have to find
5  some place to have fingerprints taken, and pay, I
6  believe it's a 75-dollar fee to the State, and I think
7  that's it.
8      Q    And these requirements have deterred you
9  from purchasing a handgun?
10     A    Yes.
11     Q    What other handgun do you want to buy?
12     A    I want to get -- mine's a small conceal
13 carry.  I wanted a larger, more comfortable to hold.
14     Q    And why do you want this larger gun?
15     A    Just more comfortable.
16     Q    Do you have a particular type of handgun in
17 mind that you want to purchase?
18     A    Another 9-millimeter.
19     Q    And have you shopped for that?
20     A    No.
21     Q    Do you know how much it would cost?
22     A    Probably about the same, four to 500.

```
1       Q    Have you done any research to determine
2   where you could have your fingerprints taken if you
3   decided to apply for an HQL?
4       A    I did when it -- when the requirement first
5   came out.  The place I would have used was Carroll
6   County Sheriff's Office.  The new Sheriff dropped the
7   program.
8       Q    When you say you did the research when the
9   requirement first came out, are you saying in 2013?
10      A    Yes.
11      Q    So that would have been what time of the
12  year in 2013?  After you bought the gun that you have
13  now, or before?
14      A    After the law officially -- actually, it
15  would have been 2014 because it was after it became
16  law.
17      Q    And was there anything in particular that
18  prompted you to want to get this larger handgun at
19  that time?
20      A    When I bought the first one, I was beating
21  the clock for all the laws that were being enacted and
22  it was slim pickings so I didn't really have time to
```

1  really choose the one that I wanted.
2       Q    And do you keep the gun for any other
3  purpose other than target practice?
4       A    Home defense.
5       Q    Anything else?
6       A    No.
7       Q    You don't use it to hunt?
8       A    No.
9       Q    So other than -- well, when you found out
10 that -- how did you find out that the Sheriff in
11 Carroll County was no longer offering fingerprinting
12 services?
13      A    It was a bulletin on their website.
14      Q    Have you ever been fingerprinted before?
15      A    Yes.
16      Q    For what purpose?
17      A    Job at -- with the -- as a Defense
18 contractor.
19      Q    When was that?
20      A    1996, 1997.
21      Q    Is that the only time you've been
22 fingerprinted?

```
1       A    I was fingerprinted once as a kid with some,
2   you know, I don't know what you call it.  It was in a
3   school, like with the child protection kidnaping
4   thing.
5       Q    Okay.  Any other times?
6       A    No.
7       Q    So once you found out that the Sheriff in
8   Carroll County was no longer offering fingerprinting
9   services, did you do any other research to determine
10  where you could get your fingerprints taken for an
11  HQL?
12      A    Just some very light research.
13      Q    What did you do?
14      A    Checked the forum messages at
15  Marylandshooters.com to see who else was looking in my
16  area.
17      Q    And did you -- is that a website?
18      A    Yes.
19      Q    And did you find out about any other
20  fingerprinting services that you could use to get an
21  HQL?
22      A    There were some.  I don't recall finding any
```

CONFIDENTIAL
Transcript of John Matthew Clark
Conducted on March 27, 2018

19

1  in Carroll County, but there were others around with
2  varying fees.
3      Q    What were the fees, do you remember?
4      A    I think some were as high as 150.
5      Q    What was the low?
6      A    Seventy-five, I think.
7      Q    Did any of these places that offered
8  fingerprinting services for HQL licenses tell you that
9  you had to do the fingerprinting only during business
10 hours, Monday through Friday?
11     A    No, I did not go that far.
12     Q    So you don't know whether or not you could
13 have it done on a weekend or in the evenings; is that
14 correct?
15     A    Correct.
16     Q    Did you ever go on the Maryland State Police
17 website to look -- to research additional places where
18 you could have your fingerprints taken for an HQL
19 application?
20     A    I did once.
21     Q    And what was the result of that?
22     A    I honestly don't remember.  Their website

```
 1  was not the easiest to navigate.
 2       Q    And what year was it that you looked at the
 3  MSP website?
 4       A    2014.
 5       Q    Have you done any research since 2014 to
 6  find out where you could have your fingerprints taken
 7  for an HQL license?
 8       A    No.
 9       Q    What specifically about the HQL laws has
10  deterred you from purchasing a handgun?
11       A    Its existence.
12       Q    What about -- I mean what -- when you say
13  its existence, are there specific aspects of the law
14  that have deterred you?
15       A    I believe it to be unconstitutional.
16       Q    I understand that.  I'm asking you what
17  about the law has deterred you from purchasing a
18  handgun.
19            MR. HANSEL:  Objection.  Asked and answered.
20       A    I -- well, I can't purchase one without the
21  HQL, and I have to go and spend extra money to get the
22  HQL.
```

```
 1       Q    So it's the money that's deterred you, the
 2   cost?
 3            MR. HANSEL:  Objection.
 4       A    And the principle.
 5       Q    When you say the principle, what do you
 6   mean?
 7       A    That I believe it to be unconstitutional.
 8       Q    All right.  So the fact that you believe
 9   it's unconstitutional has deterred you, the cost has
10   deterred you.  Is there anything else that's deterred
11   you from getting the HQL?
12       A    No.
13       Q    How did you learn that you needed an HQL to
14   purchase a handgun in Maryland?
15       A    The Marylandshooters.com website.
16       Q    And what is your -- so you told me that the
17   fingerprinting would cost, based on your research,
18   between 75 and $150, right?
19       A    Yes.
20       Q    And you said you believed that the HQL fee
21   that you have to pay to the State is $75, correct?
22       A    Correct.
```

1     Q    Are there any other costs associated -- that
2  you believe are associated with obtaining an HQL?
3     A    Only -- I believe there is a renewal fee
4  every five years, I think.
5     Q    And how much is that?
6     A    I'm not sure.  I know it's less than -- I
7  believe it's less than 75.
8     Q    Are there any other costs that you believe
9  you have to pay to get or keep an HQL other than the
10 fingerprinting, the fee paid to the State and the
11 renewal fee?
12    A    For me personally, no.
13    Q    And you believe you're exempt from the
14 training requirement; is that right?
15    A    Yes.
16    Q    How did you learn that?
17    A    It was one of the exemptions listed on the
18 MSP website.
19    Q    Have you ever called anybody at MSP and
20 talked to them about an HQL application or the
21 requirements for an HQL permit?
22    A    No.

```
1       Q    Have you ever begun an HQL application?
2       A    No.
3       Q    Have you done any research to determine how
4  long it would take you to get your fingerprints done
5  for an HQL application?
6       A    No.
7       Q    So sitting here today, you don't know how
8  long that would take; is that correct?
9       A    I mean I could guess that it would be --
10           MR. HANSEL:  Don't guess.  Just answer.
11  He's asking if you know one way or the other.
12      A    No, I do not know.
13      Q    How often do you go to the shooting range
14  for target practice?
15      A    It varies.  Usually at least once a month.
16      Q    Have you ever been the victim of criminal
17  violence?
18      A    No.
19      Q    Has anybody in your family ever been the
20  victim of criminal violence?
21      A    Yes.
22      Q    Who?
```