# EXHIBIT 25

```
 1               IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3    - - - - - - - - - - - - - -x
 4    MARYLAND SHALL ISSUE,       :
 5    INC., et al.,               :
 6            Plaintiffs,         :    Civil Case No.
 7       v.                       :    16-cv-3311-MJG
 8    LAWRENCE HOGAN, et          :
 9    al.,                        :
10            Defendants.         :
11    - - - - - - - - - - - - - -x
12
13                       CONFIDENTIAL
14            Deposition of ATLANTIC GUNS, INC.
15          By and through its Corporate Designee,
16                    STEPHEN SCHNEIDER
17                   Baltimore, Maryland
18                 Tuesday, March 6, 2018
19                        10:00 a.m.
20    Job No.:  178307
21    Pages:  1 - 75
22    Reported By:  Janet A. Hamilton, RDR
```

1   question.
2       A   Oh, I'm sorry.
3       Q   Can you identify by name any of the
4   customers who have told you that it took more than
5   a month for them to get their HQL after the
6   application was submitted?
7       A   No, I cannot.
8       Q   Let me show you what was previously marked
9   in this case as Exhibit 2.  This is a copy of the
10  Amended Complaint that's been filed in the case.
11  On page 2, paragraph number 3, there is an
12  allegation that Maryland's Handgun Qualification
13  License is lengthy, expensive, and then
14  parentheses, totaling hundreds of dollars in fees,
15  costs and travel, not counting time off from work.
16          Other than the costs that you've already
17  identified are there any other costs that are
18  included in that hundreds of dollars that is
19  alleged in the complaint that it cost, allegedly
20  costs to get an HQL?
21      A   No, not that I can think of.
22      Q   Let me direct your attention to paragraph

CONFIDENTIAL
Transcript of Stephen Schneider, Corporate Designee
Conducted on March 6, 2018                    21

```
 1   26 in the complaint which is Exhibit 2.  Feel free
 2   to take as much time as you need to look at it.
 3        A   Sure.
 4        Q   I'm going to direct your attention to some
 5   specific statements in this paragraph.  It says
 6   near the end of the paragraph, there's a sentence
 7   five lines from the bottom that starts "Atlantic
 8   Guns' customers routinely expressing interest in
 9   purchasing."  Do you see that sentence?
10        A   Yes, I do.
11        Q   It continues -- well, I'll start from the
12   beginning.  "Atlantic Guns' customers routinely
13   express an interest in purchasing handguns, but
14   Atlantic Guns cannot sell them handguns because of
15   the HQL requirement," and then the next sentence,
16   "Many of these customers are deterred from
17   completing the HQL application process because of
18   the expense and inconvenience of the HQL
19   application process and its constituents parts."
20   As Atlantic Guns' designee can you identify any
21   potential customers of Atlantic Guns that have
22   been deterred from completing the HQL application
```

CONFIDENTIAL
Transcript of Stephen Schneider, Corporate Designee
Conducted on March 6, 2018                                      22

```
1   process because of the expense and inconvenience
2   of the HQL requirements?
3       A  Are you asking me can I identify them by
4   specific name?
5       Q  Correct.
6       A  No, I cannot.
7       Q  Going back up in the same paragraph it
8   says that, this is about halfway down, it says,
9   "Atlantic Guns has suffered and continues to
10  suffer."  Do you see that?
11      A  Mm-hmm.
12      Q  Yes?
13      A  Yes, I do.
14      Q  "Atlantic Guns has suffered and continues
15  to suffer a significant reduction in business in
16  a" -- excuse me -- "a significant reduction in its
17  business due to the HQL requirement."  What
18  evidence does Atlantic Guns have that it has
19  suffered and continues to suffer a significant
20  reduction in business as a result of the HQL
21  requirement?
22          MR. HANSEL:  Objection.  Form.
```

CONFIDENTIAL
Transcript of Stephen Schneider, Corporate Designee
Conducted on March 6, 2018                                              23

```
 1        A   We -- the -- our handgun sales have
 2   suffered after the 2013 law went into effect.
 3   We -- the number of firearm, handguns specifically
 4   that we're selling has declined at both our
 5   locations due to the law.
 6        Q   And what evidence do you have that
 7   demonstrates those assertions?
 8           MR. SWEENEY:  Objection.
 9           MR. HANSEL:  Objection as to "evidence."
10        A   Sales figures.  We have also -- we have a
11   count of the number of firearms that we've sold,
12   of handguns that we've sold that would also bear
13   that out.
14        Q   And we'll get into that in a second.  Is
15   there anything else other than the number of
16   handguns sold at your stores that demonstrates
17   that Atlantic Guns has suffered and continues to
18   suffer significant reduction in business due to
19   the HQL law?
20        A   Not that I can think of.  That's the
21   primary factor that we would use to judge that.
22        Q   And does Atlantic Guns have any evidence
```

CONFIDENTIAL

Transcript of Stephen Schneider, Corporate Designee
Conducted on March 6, 2018                    24

```
1    that the reduction in handgun sales at your stores
2    was caused exclusively by the HQL requirement and
3    not by anything else?
4         MR. HANSEL:  Objection.
5      A   I don't have any factual basis for that,
6    no.
7      Q   Can you quantify the reduction in business
8    that you contend Atlantic Guns has suffered as a
9    result of the HQL law?
10        MR. SWEENEY:  Objection.
11     A   I can quantify it, and I believe it is in
12   one of the exhibits that we have that shows both a
13   revenue figure and a total number of handguns sold
14   by specific years, I believe from 2010 through
15   2017.
16     Q   All right.  But -- and so you can't tell
17   me without looking at the documents?
18     A   I don't remember exactly in my head
19   exactly.
20     Q   All right.  Well, we'll look at those in a
21   bit.  Right now I'm just trying to get what you
22   can tell me without looking at the documents.
```

1  discovery from your attorney.  Can you tell me
2  what this is?
3       A  It is a document that we prepared,
4  Atlantic Guns prepared to give to our customers
5  that give information about the Handgun
6  Qualification License, what is required to obtain
7  a qualification, a Handgun Qualification License.
8       Q  So this is something that you give out to
9  potential customers when they make inquiry about
10 what they need to do to get an HQL; is that right?
11      A  That is correct.
12      Q  And this was prepared -- who -- did you
13 prepare this?
14      A  I had a hand in preparing it.  I can't say
15 that I was the one that solely prepared it.  I
16 think it was we prepared this probably several
17 years ago, maybe have updated it.  Some of my
18 employees may have also worked on it.  That I
19 cannot remember.
20      Q  Other than providing the information on
21 Exhibit 32 is there anything else that Atlantic
22 Guns does to provide assistance to customers or

```
 1   potential customers concerning the HQL process?
 2        A    Yes.  Of course it's in our best interest
 3   to qualify as many people or have qualified as
 4   many people as possible to enable them to purchase
 5   a handgun from us.  So, yes, we assist in any way
 6   we possibly can.  In fact at the bottom of this
 7   Exhibit 32 we note that if you're having trouble
 8   with this process, Atlantic Guns would be happy to
 9   help you at either one of our stores, and we do
10   this frequently by helping customers to navigate
11   the State Police's system explaining the process,
12   going through the process.
13             We have a number of elderly customers that
14   can't navigate computers, that are not computer
15   literate, and if we were not able to help them,
16   they would not be able to purchase a handgun
17   because they would not be able to get the HQL, and
18   that is also true with the process for the 77R
19   which is also automated as of 2017.
20        Q    Can you identify by name any elderly
21   customers that you contend would not be able to
22   get an HQL because they're not computer literate
```

```
 1   but for the assistance of Atlantic Gun?
 2        A   I cannot.
 3        Q   Has Atlantic Guns had any communications
 4   with, any verbal communications with the Maryland
 5   State Police concerning the HQL law?
 6        A   Since the law went into effect I'm sure
 7   that we have had some communication with them
 8   concerning the implementation of the law and how
 9   it affects us.  I can remember one instance in
10   particular that I was involved in that pertained
11   to a law enforcement officer that was not a
12   Maryland -- that was a Maryland resident but was
13   not an officer of a Maryland agency or a federal
14   agency that wished to purchase a handgun as an
15   off-duty weapon.  He was a DC police officer that
16   lived in Maryland.  He did not own any personal
17   firearms.  He did not have an HQL.  We submitted
18   an application which was rejected because he was
19   not, because he was not a Maryland officer or
20   federal officer, and we were unaware at that time
21   that the law specifically excluded any law
22   enforcement officer that was not in those two
```

1  jurisdictions, either federally or state.  That
2  was one instance where I contacted the State
3  Police directly myself and asked them about that,
4  and they responded that, yes, the officer did need
5  an HQL, and in essence, to rub salt into the
6  wound, the officer had to take a four-hour
7  training course to get the HQL.
8      Q  And who did you talk to at the State
9  Police about this?
10     A  I cannot remember at the time.  It was
11 three, two or three, four years ago that that
12 happened.
13     Q  And do you have any specific recollection
14 of what this person that you spoke to at the
15 Maryland State Police said other than what you've
16 already told me?
17     A  Just that it, that the law was,
18 specifically stated that the only law enforcement
19 officers that were exempt from having an HQL were
20 ones that were an officer of a Maryland law
21 enforcement agency or federal law enforcement
22 agency.

Transcript of Stephen Schneider, Corporate Designee
Conducted on March 6, 2018

64

```
1       Q  And can you identify by name this DC
2   police officer who had to go get the HQL?
3       A  I could.  It would take some time to do it
4   because he ended up getting an HQL which he was
5   very upset about.  I remember distinctly that it
6   was an officer in DC that -- I mean this goes back
7   three, four years.  He was attacked in his cruiser
8   by a man wielding a hammer and was beaten pretty
9   badly.  It made the news.  He came in the store to
10  get an off-duty firearm because he was, you know,
11  I guess afraid for himself and wanted an off-duty
12  weapon to keep at home as a Maryland resident.
13      Q  Right.  But my question is sitting here
14  today can you identify this officer by name?
15      A  I cannot.
16      Q  Do you have any recollection -- as
17  designee of Atlantic Guns, are you aware of any
18  other verbal communications with the Maryland
19  State Police concerning the HQL other than what
20  you've already described?
21      A  Myself personally, no, I cannot.
22      Q  Well, I'm asking you also as a designee of
```