# PLACEHOLDER FOR
# EXHIBIT 26
## FILED UNDER SEAL