# EXHIBIT 27

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,    *

    *Plaintiffs*,    *

v.    *    Civil Case No. 16-cv-3311-ELH

LAWRENCE HOGAN, *et al.*,    *

    *Defendants*.    *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## DECLARATION OF LIEUTENANT PADRAIC LACY

I, Lieutenant Padraic Lacy, under penalty of perjury, declare and state:

1. I am a Lieutenant in the Maryland State Police ("MSP"). I am more than 18 years of age and am competent to testify, upon personal knowledge, to the matters stated below.

2. I have been a sworn officer with MSP for more than 27 years. During that time, I have served in a variety of MSP units. For the past three and a half years, I have worked in the Licensing Division of MSP. I currently serve as Assistant Commander of the Licensing Division.

3. As the Assistant Commander of the Licensing Division, I assist the Division Commander manage and oversee all day-to-day operations of the sworn and civilian personnel within the Licensing Division's Firearms Services Section and Professional Licensing Section. Within the Firearms Services Section is the Handgun

Qualification License ("HQL") Unit, Firearms Registration Unit, Handgun Permit Unit, and the Inspection and Compliance Billing Unit.

4. Attached hereto as Exhibit 1 is a chart derived from the records of the Licensing Division showing the number of HQL applications and Firearms Registration Applications ("FRS") for the State of Maryland for calendar years 2017, 2018, 2019 and 2020.

5. As reflected on Exhibit 1, the total number of applications for transfers of regulated firearms in the State of Maryland in 2020 was 104,440, or an average of 2,009 per week.

6. As reflected on Exhibit 1, in 2020, the Licensing Division received 66,526 HQL applications, or an average of 1,279 HQL applications each week. Only 2,118 of the 66,526 HQL applications received in 2020 were denied.

7. As reflected on Exhibit 1, the Licensing Division has issued 192,506 HQLs since October 1, 2013.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 3/1/21

LT. Padraic Lacy
Lieutenant Padraic Lacy
Maryland State Police

2

# EXHIBIT 1

| Licensing Division Weekly (52) Report 12/25/2020 through 12/31/2020 | 2017 Totals | 2018 Totals | 2019 Totals | 2020 Totals | 2017 Weekly Avg. | 2018 Weekly Avg. | 2019 Weekly Avg. | 2020 Weekly Avg. | Current Week Totals (2020) |
|---|---|---|---|---|---|---|---|---|---|
| FRS Total Apps Received | 51,851 | 53,544 | 53,726 | 104,440 | 997 | 1,030 | 1,033 | 2,009 | 1,799 |
| FRS Disapprovals | 175 | 206 | 245 | 594 | 3.4 | 4 | 4.7 | 11.4 | 6 |
|  |  |  |  |  |  |  |  |  |  |
| HQL New | 23,888 | 21,727 | 20,083 | 66,526 | 459 | 417.8 | 386.2 | 1,279 | 840 |
| HQL "New Resident" Apps | 0 | 0 | 0 | 1,226 | 0 | 0 | 0 | 23.6 | 15 |
| HQL Disapprovals | 566 | 641 | 769 | 2,118 | 10.9 | 12.3 | 14.8 | 40.7 | 46 |

**HQL Since 10/1/2013:**  192,506