# EXHIBIT 28

## Maryland Automated Firearms Services System (MAFSS)

### Yearly Count of Firearm Transfers By Gun Type

### ALL DEALERS

| YEAR | GUN TYPES | | | | | TRANSFER COUNT | Handgun Transfers |
|---|---|---|---|---|---|---|---|
| | **A** | **O** | **R** | **S** | **X** | | |
| 2000 | 19,258 | 2,120 | 9,384 | 690 | 1,016 | 32,468 | 29,332 |
| 2001 | 14,320 | 1,289 | 7,204 | 720 | 1,122 | 24,655 | 22,244 |
| 2002 | 13,382 | 980 | 5,849 | 477 | 1,088 | 21,776 | 19,708 |
| 2003 | 12,690 | 1,172 | 5,717 | 120 | 1,195 | 20,894 | 18,527 |
| 2004 | 11,640 | 850 | 5,496 | 97 | 1,427 | 19,510 | 17,233 |
| 2005 | 13,429 | 1,017 | 5,653 | 142 | 1,630 | 21,871 | 19,224 |
| 2006 | 14,782 | 1,333 | 5,665 | 152 | 1,914 | 23,846 | 20,599 |
| 2007 | 17,025 | 1,842 | 6,024 | 209 | 2,706 | 27,806 | 23,258 |
| 2008 | 20,125 | 2,107 | 6,609 | 148 | 3,695 | 32,684 | 26,882 |
| 2009 | 24,346 | 1,718 | 7,752 | 107 | 5,757 | 39,680 | 32,205 |
| 2010 | 22,743 | 1,394 | 7,075 | 53 | 4,508 | 35,773 | 29,871 |
| 2011 | 26,142 | 1,393 | 7,540 | 100 | 4,502 | 39,677 | 33,782 |
| 2012 | 37,707 | 2,775 | 9,368 | 273 | 8,110 | 58,233 | 47,348 |
| 2013 | 74,677 | 18,818 | 14,680 | 733 | 25,351 | 134,259 | 90,090 |
| 2014 | 18,674 | 3,574 | 4,965 | 5,160 | 1,687 | 34,060 | 28,799 |
| 2015 | 21,607 | 4,077 | 5,844 | 7,300 | 500 | 39,328 | 34,751 |
| 2016 | 34,978 | 6,755 | 6,982 | 5,764 | 476 | 54,955 | 47,724 |
| 2017 | 43,551 | 5,192 | 7,717 | 833 | 100 | 57,393 | 52,101 |



EXHIBIT 92
4/11/18

MSP003207