# EXHIBIT 31

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs,* | * | |
| v. | * | Civil Case No. 16-cv-3311-ELH |
| LAWRENCE HOGAN, *et al.*, | * | |
| *Defendants.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DECLARATION OF MARY SCANLAN**

I, Angela Maggitti, under penalty of perjury, declare and state:

1. I am an executive associate in the Office of the Attorney General of Maryland. I am over the age of 18 and am competent to testify, upon personal knowledge, to the matters stated below.

2. Attached as Exhibit 28 to Defendants' Reply Memorandum in Support of Motion for Summary Judgment and Response in Opposition to Plaintiffs' Cross-Motion for Summary Judgment is a true and correct copy of Exhibit 92 to Captain Andy Johnson's Deposition, Maryland Automated Firearms Services System (MAFSS) Yearly Count of Firearm Transfers by Gun Type.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: 3/5/2021

_____
Mary Scanlan