# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC.,** *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) )   Case No. 16-cv-3311-MJG |
| **LAWRENCE HOGAN, in his capacity of GOVERNOR OF MARYLAND,** *et al.*, | ) ) ) ) |
| **Defendants.** | ) |

### PLAINTIFF ATLANTIC GUNS, INC.'S RULE 26(A)(2) DISCLOSURES

Plaintiff, Atlantic Guns, Inc., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a)(2), hereby serves the attached reports of Professors Gary Kleck and Carlisle Moody as its initial expert disclosure to Defendants. Plaintiff makes this initial disclosure without waiver of any privilege, assertion of confidentiality, or ground for objection, and without waiver of Plaintiff's rights to supplement and/ or amend this initial disclosure at any time when additional information becomes available.

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)
T. Sky Woodward (Bar No. 10823)
James W. Porter, III (Bar No. 19416)
Marc A. Nardone (Bar No. 18811)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: (202) 719-8216
Facsimile: (202) 719-8316
JSweeney@bradley.com

*Attorneys for Plaintiff Atlantic Guns, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of April, 2018, a copy of the foregoing Plaintiff Atlantic Guns, Inc.'s Rule 26(A)(2) Disclosures and accompanying reports of Professors Gary Kleck and Carlisle Moody were sent via electronic mail to:

>Jennifer L. Katz
>Robert A. Scott
>Assistant Attorneys General
>Maryland Office of the Attorney General
>200 Saint Paul Street, 20th floor
>Baltimore, Maryland  21202
>jkatz@oag.state.md.us
>rscott@oag.state.md.us
>
>Cary J. Hansel
>2514 N. Charles Street
>Baltimore, MD 21218
>cary@hansellaw.com
>
>/s/ John Parker Sweeney_
>John Parker Sweeney, No. 08761