**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND**

MARYLAND SHALL ISSUE, INC., *et al.*,   *

   *Plaintiffs*,   *

v.   *   Civil Case No. 16-cv-3311-ELH

LAWRENCE HOGAN, *et al.*,   *

   *Defendants*.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of Defendants' Unopposed Motion to File Confidential Stipulation Under Seal, it is this \_\_\_ day of _____ 2021, ORDERED:

1. That Defendants' Unopposed Motion to File Confidential Stipulation Under Seal be, and is hereby, GRANTED; and

2. That Defendants' Exhibit 26 be sealed.

_____
Ellen Lipton Hollander
United States District Judge