IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

MARYLAND SHALL ISSUE, INC., *et al.*,  \*

    *Plaintiffs,*  \*

v.  \*  Civil Case No. 16-cv-3311-ELH

LAWRENCE HOGAN, *et al.*,  \*

    *Defendants.*  \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Unopposed Motion to File Confidential Stipulation Under Seal, it is this 8th day of March 2021, ORDERED:

1. That Defendants' Unopposed Motion to File Confidential Stipulation Under Seal be, and is hereby, GRANTED; and

2. That Defendants' Exhibit 26 be sealed.

*/s/ Ellen L. Hollander*
Ellen Lipton Hollander
United States District Judge