## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )   **Case No. 16-cv-3311-ELH** |
| | ) |
| **LAWRENCE HOGAN, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 105.9, plaintiffs, through counsel and with the consent of the defendants, move to extend the deadline for plaintiffs to file their response to defendants' motion to strike the opinions of the plaintiffs' lay witness Mark Pennak and experts Gary Kleck and Carlisle Moody (ECF 145). In support of their motion, the plaintiffs state:

1. Defendants filed their motion to strike the opinions of the plaintiffs' lay witness Mark Pennak and experts Gary Kleck and Carlisle Moody on March 8, 2021.

2. Pursuant to Local Rule 105(2)(a), plaintiffs' response to defendants' motion to strike the opinions of the plaintiffs' lay witness Mark Pennak and experts Gary Kleck and Carlisle Moody is due March 22, 2021.

3. Due to the demands of other work, plaintiffs' counsel requires additional time to prepare plaintiffs' response to defendants' pending motion.

4. Counsel for defendants has consented to an extension of time to April 14, 2021 for plaintiffs to file their response to defendants' motion to strike the opinions of the plaintiffs' lay witness Mark Pennak and experts Gary Kleck and Carlisle Moody.

WHEREFORE, for the reasons stated herein, plaintiffs respectfully request that the Court enter the attached proposed an order extending to April 14, 2021 plaintiffs' time to file their response to defendants' motion to strike the opinions of the plaintiffs' lay witness Mark Pennak and experts Gary Kleck and Carlisle Moody.

Respectfully submitted,

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)
James W. Porter, III (Bar No. 19416)
Marc A. Nardone (Bar No. 18811)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Phone: 202-393-7150
Facsimile: 202-347-1684
jsweeney@bradley.com

Counsel for Plaintiff Atlantic Guns, Inc.

Cary J. Hansel
2514 N. Charles Street
Baltimore, MD 21218
Phone: 301-461-1040
Facsimile: 443-451-8606
cary@hansellaw.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March, 2021, the foregoing was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)