IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 16-cv-3311-ELH |
| LAWRENCE HOGAN, et al., | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of the Consent Motion for Extension of Time filed by plaintiffs on March 15, 2021 (the "Motion"), it is this ____ day of March, 2021, hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the deadline for plaintiffs to file their response to defendants' motion to strike the opinions of the plaintiffs' lay witness Mark Pennak and experts Gary Kleck and Carlisle Moody (ECF 145) is extended to April 14, 2021.

_____
Judge Ellen Lipton Hollander
United States District Judge