**From:** "Scott, Robert" <rscott@oag.state.md.us>
**Date:** February 26, 2021 at 10:50:49 AM EST
**To:** "Sweeney, John P." <JSweeney@bradley.com>
**Cc:** "Dietrich, Ryan" <rdietrich@oag.state.md.us>
**Subject: Licensing Division FRS/HQL statistical data 2018-present**

**[External Email]**

Here is the data according to MSP's service provider, as of Jan. 15, 2021:

Total number of Applications started but not submitted from 2018-2020
2018 - 10561
2019 - 9346
2020 - 24135

Total number of Users who started an application but never submitted from 2018-2020
2018 - 9640
2019 - 8553
2020 - 22631

These numbers change on a daily basis as new application are submitted.

Robert A. Scott
Assistant Attorney General
Deputy Chief of Litigation
Civil Division
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7055
rscott@oag.state.md.us

---

**From:** Sweeney, John P. <JSweeney@bradley.com>
**Sent:** Thursday, February 25, 2021 4:55 PM
**To:** Scott, Robert <rscott@oag.state.md.us>
**Subject:** Fwd: Licensing Division FRS/HQL statistical data 2018-present

Please forgive my last email, Rob. Please advise ha**s MSP pulled together the number of users who initiated but did not submit completed applications?**

Thank you.

John Parker Sweeney
Cell: 410-458-5653ec

Begin forwarded message:

> **From:** "Scott, Robert" <rscott@oag.state.md.us>
> **Date:** February 25, 2021 at 12:31:25 PM EST
> **To:** "Sweeney, John P." <JSweeney@bradley.com>
> **Cc:** "Dietrich, Ryan" <rdietrich@oag.state.md.us>
> **Subject: RE: Licensing Division FRS/HQL statistical data 2018-present**
>
> [External Email]
>
> John -- I am writing to follow up on this. Can you kindly advise as to your position on the stipulation I proposed below?

**EXHIBIT 1**



Kind regards,

Rob

Robert A. Scott
Assistant Attorney General
Deputy Chief of Litigation
Civil Division
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7055
rscott@oag.state.md.us

-----Original Message-----
From: Scott, Robert
Sent: Friday, February 19, 2021 10:21 AM
To: Sweeney, John P. <JSweeney@bradley.com>
Cc: Dietrich, Ryan <rdietrich@oag.state.md.us>
Subject: RE: Licensing Division FRS/HQL statistical data 2018-present

John -- We propose to stipulate to the following:

1 - The MSP portal reflects the following 77R transfers for Atlantic Guns for 2018 to 2020:

2018 – 2143

2019 – 2093

2020 – 3724

2 - That the data in the attached chart, which you attached to your brief, accurately reflects the number of Maryland handgun transfer applications submitted to MSP and disapproved by MSP, as well as HQLs issued and HQLs denied by MSP for the years on the chart.

We agree that item no. 1 can be deemed confidential.

Please confirm you are agreeable to this.

Rob

Robert A. Scott
Assistant Attorney General
Deputy Chief of Litigation
Civil Division
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7055
rscott@oag.state.md.us

-----Original Message-----
From: Sweeney, John P. <JSweeney@bradley.com>
Sent: Saturday, February 6, 2021 10:53 AM
To: Scott, Robert <rscott@oag.state.md.us>
Cc: Dietrich, Ryan <rdietrich@oag.state.md.us>
Subject: Re: Licensing Division FRS/HQL statistical data 2018-present

Rob,

If you wish to use the summary data on a confidential basis we can reach a confidential stipulation as to what the MSP records say.

Atlantic Guns objects to your filing even under seal with the Court the records containing the detailed information regarding its customers. If that is your intent, please advise us promptly so we can seek relief in advance from the Court.

With best regards,

John Parker Sweeney
Cell: 410-458-5653

On Feb 5, 2021, at 9:12 AM, Scott, Robert <rscott@oag.state.md.us> wrote:

[External Email]

________________________________

John – Please see attached records reflecting Atlantic Guns 77R transfers for 2018-2020.

It is possible that we will use this information in our upcoming brief. Please advise if you wish the information to be deemed confidential.

Rob

Robert A. Scott
Assistant Attorney General
Deputy Chief of Litigation
Civil Division
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7055
rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>

From: Sweeney, John P. <JSweeney@bradley.com>
Sent: Thursday, February 4, 2021 1:47 PM
To: Scott, Robert <rscott@oag.state.md.us>
Subject: Re: Licensing Division FRS/HQL statistical data 2018-present

Thank you, Robb
John Parker Sweeney
Cell: 410-458-5653

On Feb 3, 2021, at 11:31 AM, Scott, Robert <rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>> wrote:



[External Email]

________________________________

John – I have confirmed that the numbers you provided below are consistent with the information in MSP Licensing Portal. I do not have an answer for why the MAFSS data is different, but MSP believes the licensing portal data is accurate.

The MSP portal reflects the following 77R transfers for Atlantic Guns for 2018 to 2020:

2018 – 2143

2018 – 2093

2020 – 3724

I have the records that were pulled and reflect this information. I will provide them to you once they have been processed and bates stamped.

Rob

Robert A. Scott
Assistant Attorney General
Deputy Chief of Litigation
Civil Division
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7055
rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>

From: Sweeney, John P.
<JSweeney@bradley.com<mailto:JSweeney@bradley.com>>
Sent: Thursday, January 28, 2021 4:20 PM
To: Scott, Robert
<rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>>
Subject: Re: Licensing Division FRS/HQL statistical data 2018-present

Thank you, Rob. This is truly baffling.

Atlantic Guns Inc. opened a new location in Rockville in September 2020 under new license 103715. It closed its former Rockville (license 007515) and Silver Spring (license 007615) locations. Steven Schneider advises me that he logged into the MSP database into which he enters his transfer data and received the following information today:

Handguns and lower receivers transferred in 2020 by Atlantic Guns

1187 transfers at New Rockville (103715) 9-12/2020

1546 transfers at Old Rockville (007515) 1-12/2020



991 transfers at Silver Spring (007615) 1-12/2020

Total 3724 handguns and lowers 2020

John Parker Sweeney
Cell: 410-458-5653

On Jan 28, 2021, at 9:28 AM, Scott, Robert <rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>> wrote:

[External Email]

________________________________

John – DPSCS has double checked the numbers and confirmed they are correct:

Atlantic Guns has two locations (7515 and 7615).
Confirmed these are just for handguns.

The numbers below:

| Total Transfer Count | Year |
|---|---|
| 9264 | 2018 |
| 8511 | 2019 |
| 10715 | 2020 |

The numbers below are for just one location (7515):

| Total Transfer Count | Year |
|---|---|
| 4364 | 2018 |
| 3716 | 2019 |
| 5080 | 2020 |

Rob

Robert A. Scott
Assistant Attorney General
Deputy Chief of Litigation
Civil Division
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7055
rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>

From: Sweeney, John P.
<JSweeney@bradley.com<mailto:JSweeney@bradley.com>>
Sent: Wednesday, January 27, 2021 9:02 AM
To: Scott, Robert
<rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>>
Subject: Re: Licensing Division FRS/HQL statistical data 2018-present

Thank you.
John Parker Sweeney
Cell: 410-458-5653

On Jan 27, 2021, at 8:47 AM, Scott, Robert <rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>> wrote:

[External Email]

________________________________

I have asked DPSCS to double check the numbers.

Robert A. Scott
Assistant Attorney General
Deputy Chief of Litigation
Civil Division
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7055
rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>

From: Sweeney, John P.
<JSweeney@bradley.com<mailto:JSweeney@bradley.com>>
Sent: Wednesday, January 27, 2021 8:45 AM
To: Scott, Robert
<rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>>
Subject: RE: Licensing Division FRS/HQL statistical data 2018-present

Thank you, Rob. Atlantic Guns does not keep records totaling handgun sales or from which totals may be easily obtained. It can estimate

John Parker Sweeney
Partner | Bradley<http://www.bradley.com>
jsweeney@bradley.com<mailto:jsweeney@bradley.com>
202.719.8216

From: Scott, Robert
<rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>>
Sent: Tuesday, January 26, 2021 7:09 PM
To: Sweeney, John P.
<JSweeney@bradley.com<mailto:JSweeney@bradley.com>>
Subject: RE: Licensing Division FRS/HQL statistical data 2018-present

[External Email]

________________________________

John – MSP cannot verify these numbers. The MAFSS data is in the possession of the Department of Public Safety and Correctional Services. I obtained this data from DPSCS. I will ask them to double check, but I do not know how long that may take.

Does your client not already have records reflecting the number handgun transfers it made during these years?

Robert A. Scott
Assistant Attorney General
Deputy Chief of Litigation
Civil Division
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7055
rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>

From: Sweeney, John P.
<JSweeney@bradley.com<mailto:JSweeney@bradley.com>>
Sent: Tuesday, January 26, 2021 4:18 PM
To: Scott, Robert
<rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>>
Subject: Re: Licensing Division FRS/HQL statistical data 2018-present

Thank you, Robb. These numbers appear much too high - more than double AGI’s prior best sales years and 4-5 times it’s more typical annual sales. Can you kindly ask MSP to verify these?
John Parker Sweeney
Cell: 410-458-5653

On Jan 26, 2021, at 8:12 AM, Scott, Robert <rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>> wrote:

[External Email]

________________________________

John –

Yearly Count of Handgun Transfers by Atlantic Guns, Inc. for the years, 2018, 2019 and 2020 from the Maryland Automated Firearms Services System (MAFSS):

The number of handguns transferred by Atlantic Guns, per year is below

| TOT_TRANSFER_COUNT | YEAR |
| --- | --- |
| 9264 | 2018 |
| 8511 | 2019 |
| 10715 | 2020 |

Robert A. Scott
Assistant Attorney General
Deputy Chief of Litigation
Civil Division
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7055
rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>

From: Sweeney, John P.
<JSweeney@bradley.com<mailto:JSweeney@bradley.com>>
Sent: Monday, January 25, 2021 1:30 PM
To: Scott, Robert
<rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>>
Subject: Re: Licensing Division FRS/HQL statistical data 2018-present

Thanks, Rob. Please keep me updated on MSP's progress in obtaining the number of users who initiated but never submitted an HQL application in each year from 2018-present. It is understandable that MSP is busy, but in 2018 it provided this information within two weeks of the Court's order on Atlantic Guns' motion to compel. Please also keep me updated on MSP's progress in obtaining the MAFSS data.

I do not believe we will need to modify the briefing schedule, so long as you do not object to us providing this information to the Court for the first time in our reply brief.

Thank you.

John Parker Sweeney
Cell: 410-458-5653

On Jan 25, 2021, at 8:10 AM, Scott, Robert <rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>> wrote:
[External Email]

John -- Good morning.

We have already provided the updated firearms transfer data, and the updated number of HQL applications submitted and denied for the years you requested. We also have provided the number of HQL applications initiated but not completed. All of this information was provided to you in October.

On January 6, 2021, you requested updated administrative logs, which we provided on January 15.

On January 6, you also requested, for the first time, "the number of users who initiated but never submitted any type of HQL application in each year from 2018-present." I have asked MSP to pull this information, but I am told the process is cumbersome and difficult. Your assertion that this information was subject to the Court's April 20, 2018 order compelling discovery is incorrect. That motion resolved a dispute over plaintiff's interrogatory no. 5, which asked for "the number of HQL applications not completed each year from 2013 through 2017." It did not seek the number of individual users. Although MSP's May 4, 2018 supplemental answer to interrogatory no. 5 provided the number of users in addition to the number of not completed applications, that information was provided voluntarily to provide additional context. We are willing to provide the information on the number of users for the years you have requested, provided that it can be obtained without undue burden. MSP is still working on it. I will follow up again. As I am sure you can understand, the ongoing pandemic has placed significant addition burdens on the MSP. They are doing the best they can to accommodate your requests.

With respect to the Maryland Automated Firearms Services System (MAFSS) Yearly Count of Handgun Transfers by Atlantic Guns, Inc., which you also requested on January 6, 2021, that information is in the possession of the Department of Public Safety and Correctional Services, not MSP. MSP has requested the data from DPSCS but as of last week, had not yet received it. I will follow up again.

Finally, to the extent that you believe you require additional time to prepare your motion in light of the foregoing, we would be agreeable to a reasonable adjustment of the briefing schedule.

Thanks.

Rob

Robert A. Scott
Assistant Attorney General
Deputy Chief of Litigation
Civil Division
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7055
rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>

-----Original Message-----
From: Sweeney, John P.
<JSweeney@bradley.com<mailto:JSweeney@bradley.com>>
Sent: Saturday, January 23, 2021 12:00 PM
To: Scott, Robert
<rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>>
Subject: Re: Licensing Division FRS/HQL statistical data 2018-present

Rob,

Please advise when I can receive this information. Our brief is due Wednesday. As you know, an order compelling production was entered and defendant has a duty to update upon request.

John Parker Sweeney
Cell: 410-458-5653

On Jan 15, 2021, at 4:31 PM, Scott, Robert <rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>> wrote:

[External Email]

________________________________

John – Please see attached supplemental production with some of the information you requested, specifically the updated administrative disapproval log and the administrative denial ledger updated through 4/18/2019. MSP stopped updating the ledger at that time.

I'm still waiting to received the other information you requested.

Rob

Robert A. Scott
Assistant Attorney General
Deputy Chief of Litigation
Civil Division
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7055
rscott@oag.state.md.us<mailto:rscott@oag.state.md.us<mailto:rscott@oag
.state.md.us%3cmailto:rscott@oag.state.md.us>>

From: Sweeney, John P.
<JSweeney@bradley.com<mailto:JSweeney@bradley.com<mailto:JSweeney@brad
ley.com%3cmailto:JSweeney@bradley.com>>>
Sent: Thursday, January 7, 2021 10:10 AM
To: Scott, Robert
<rscott@oag.state.md.us<mailto:rscott@oag.state.md.us>>
Subject: Re: Licensing Division FRS/HQL statistical data 2018-present

Rob,

Please forgive this follow on but could you also update the administrative denial ledger (MSP001218)?
Thank you,

John Parker Sweeney

On Jan 6, 2021, at 3:31 PM, Sweeney, John P. <JSweeney@bradley.com<mailto:JSweeney@bradley.com<mailto:JSweeney@bradley.com%3cmailto:JSweeney@bradley.com>>> wrote:

Rob, Happy New Year!

Thank you for your previous response.

Please provide the number of users who initiated but never submitted any type of HQL application in each year from 2018-present. Defendants previously provided this information for years 2013-2017. See Col. Pallozzi's Third Supp. Rog. Resp., No. 5. Defendants provided this information in response to the Court's April 20, 2018 order (attached).

Please also supplement the Maryland Automated Firearms Services System (MAFSS) Yearly Count of Handgun Transfers by Atlantic Guns, Inc. to include each year from 2018-present.

Please also supplement the "administrative log" (attached) to include information from 2018-present.

Thank you.

Best regards,

John Parker Sweeney
Cell: 410-458-5653

On Oct 27, 2020, at 10:27 AM, Scott, Robert <rscott@oag.state.md.us<mailto:rscott@oag.state.md.us<mailto:rscott@oag.state.md.us%3cmailto:rscott@oag.state.md.us>>> wrote:

[External Email]

________________________________

John – Pursuant to your request, please see below firearms transfer data from the State Police. I am still working on the other information you requested.

Rob

Robert A. Scott
Assistant Attorney General
Deputy Chief of Litigation
Civil Division
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
410-576-7055
rscott@oag.state.md.us<mailto:rscott@oag.state.md.us<mailto:rscott@oag



.state.md.us%3cmailto:rscott@oag.state.md.us>>

Licensing Division
Weekly (39) Report
09/25/2020 through
10/1/2020
2017
Totals
2018
Totals
2019
Totals
2020
Totals
2017 Weekly
Avg.
2018
Weekly
Avg.
2019
Weekly
Avg.

2020
Weekly
Avg.

Current Week Totals
(2020)
FRS Total Apps Received
51,851
53,544
53,726
71,548
997
1,030
1,033
1,835
2,455
FRS Disapprovals
175
206
245
424
3.4
4
4.7
10.9



19

HQL New

23,888

21,727

20,083

46,903

459

417.8

386.2

1,203

1,854

HQL “New Resident” Apps

0

0

0

890

0

0

0

22.8

19

HQL Disapprovals

566

641

769

1,413

10.9

12.3

14.8

36.2

54

---

Confidentiality Notice: This e-mail is from a law firm and may be

protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.