Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------X
MARYLAND SHALL ISSUE, INC.,      :
et al.,                          :
                                 :   Case No:
        Plaintiffs               :   16-cv-3311-MJG
                                 :
            -vs-                 :   Pages 1 - 109
                                 :
LAWRENCE HOGAN, in his           :
capacity of Governor of          :
Maryland, et al.,                :
                                 :
        Defendants               :
---------------------------------X


Deposition of James Johnson
Baltimore, Maryland
Tuesday, March 13, 2018




Reported by:  Kathleen M. Vaglica, RPR, RMR
Job No:  390081

MAGNA LEGAL SERVICES
(866) 624-6221





EXHIBIT 4

Page 106

1   situation where there had been an accidental
2   discharge of a handgun?
3       A.   I'd have to say just numerous cases of
4   both police officer and private citizen.
5       Q.   Okay.  Do you recall being asked about the
6   live fire component of the training requirement?
7       A.   Yes.
8       Q.   And do you recall mentioning the
9   importance of the training having experience of
10  chambering a round?
11      A.   It's a credible component given the
12  technology of the current state-of-the-art weapons,
13  and what caused all of the accidental discharges in
14  Baltimore County were failure to recall, remember
15  that there was a round previously chambered, and
16  unfortunately, the person pulled the trigger unaware
17  that there was a round in the chamber thinking
18  ejection of the magazine was sufficient to safe the
19  weapon.
20      Q.   And how might the live fire component of
21  the training prevent that situation?
22      A.   I think it causes an individual to become


MAGNA
LEGAL SERVICES

Page 107

1  accustom to the mechanism, the operation of the

2  weapon, and then just your muscle memory or

3  training, again, and repeat a process of clearing

4  the weapon before they determine, in fact, it's

5  safe.

6        MS. KATZ:  Okay.  I don't have any other

7  questions.

8        MR. SWEENEY:  I have no other questions.

9        (Whereupon, signature not having been

10 waived, the taking of the deposition concluded at

11 1:19 p.m.)

12                    *   *   *

13

14

15

16

17

18

19

20

21

22



1          CERTIFICATE OF NOTARY PUBLIC

2              I, Kathleen M. Vaglica, the officer before

3   whom the foregoing deposition was taken, do hereby

4   certify that the witness whose testimony appears in

5   the foregoing deposition was duly sworn by me; that

6   the testimony of said witness was taken by me in

7   stenotype and thereafter reduced to typewriting

8   under my direction; that said deposition is a true

9   record of the testimony given by said witness; that

10  I am neither counsel for, related to, nor employed

11  by any of the parties to the action in which this

12  deposition was taken; and, further, that I am not a

13  relative or employee of any attorney or counsel

14  employed by the parties hereto, nor financially or

15  otherwise interested in the outcome of the action.

16

17

18                          Notary Public in and for

19                          State of Maryland

20

21  My Commission Expires:

22  January 10, 2019

