IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| *Plaintiffs*, | * | |
| v. | * | No. 1:16-cv-03311-ELH |
| LAWRENCE HOGAN, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 105.9, defendants, through counsel and with the consent of plaintiffs, move to extend the deadline for defendants to file their reply in further support of their motion to strike certain lay and expert testimony. In support of their motion, defendants state:

1. March 8, 2021, defendants filed a motion to strike certain lay and expert testimony submitted by plaintiffs in this case (the "Motion to Strike"). (ECF 145.)

2. On April 14, 2021, plaintiffs filed their opposition to defendants' Motion to Strike. (ECF 151.)

3. Defendants' deadline to file their reply in further support of the Motion to Strike is April 28, 2021.

4. Due to the demands of work in other cases, defendants' counsel requires additional time to prepare defendants' reply.

5.   Counsel for plaintiffs has consented to an extension of time to May 7, 2021 for defendants to file their reply in further support of their Motion to Strike.

WHEREFORE, for the reasons stated herein, defendants respectfully request that the Court enter the attached proposed an order extending to May 7, 2021 defendants' time to file their reply in further support of their Motion to Strike.

                                                Respectfully submitted,

                                                BRIAN E. FROSH
                                                Attorney General of Maryland

                                                __/s/ Robert A. Scott_____
                                                ROBERT A, SCOTT (Bar # 24613)
                                                Assistant Attorney General
                                                Office of the Attorney General
                                                200 St. Paul Place, 20th Floor
                                                Baltimore, Maryland 21202
                                                (410) 576-7055; (410) 576-6955 (fax)
                                                rscott@oag.state.md.us

Date: April 20, 2021                            Attorneys for Defendants