IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND SHALL ISSUE, INC., et al.,    *

    Plaintiffs,    *

v.    *    No. 1:16-cv-03311-ELH

LAWRENCE HOGAN, et al.    *

    Defendants.    *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Consent Motion for Extension of Time filed by defendants on April 20, 2021 (the "Motion"), it is this 20th day of April, 2021, hereby

ORDERED that the Motion is granted; and it is further

ORDERD that the deadline for defendants to file their reply in further support of their motion to strike certain lay and expert testimony (ECF 145) is extended to May 7, 2021.

                                                      /s/ Ellen L. Hollander
                                                      Judge Ellen Lipton Hollander
                                                      United States District Judge