# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., et al. | * | |
| | * | |
| v. | * | Civil Case No. ELH-16-3311 |
| | * | |
| LAWRENCE HOGAN, et al. | * | |

*********

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 12th day of August, 2021, by the United States District Court for the District of Maryland, ORDERED:

1) The Clerk shall substitute Colonel Woodrow W. Jones, III as a defendant, in lieu of Colonel William M. Pallozzi;

2) Defendants' Motion for Summary Judgment (ECF 125) is GRANTED;

3) Plaintiffs' Motion for Summary Judgment (ECF 135) is DENIED;

4) The Memorandum Opinion has been filed under seal. By August 23, 2021, the parties shall advise the Court as to whether they object to the lifting of the seal or, alternatively, whether the Court should file a redacted version, limited to pages 17 and 53.

5) If either side requests the filing of a redacted version, the proposed redaction(s) should be submitted by August 23, 2021.

                                               /s/
                                       Ellen L. Hollander
                                       United States District Judge