IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 16-cv-3311-ELH |
| LAWRENCE HOGAN, et al., | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Plaintiff Atlantic Guns' Unopposed Motion to File a Redacted Version of the Memorandum Opinion ("Motion") and the entire record in this action, it is this _____ day of _____ 2021, ORDERED:

1. That Plaintiff Atlantic Guns' Motion to File a Redacted Version of the Memorandum Opinion be, and hereby is, GRANTED; and

2. That the Court's Memorandum Opinion will be redacted on pages 17 and 53 as indicated on Exhibit A to the Motion.

_____
Ellen Lipton Hollander
United States District Judge