## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**LAWRENCE HOGAN, et al.,** )<br>)<br>**Defendants.** )<br>) | **Case No. 16-cv-3311-ELH** |

## ORDER

Upon consideration of the Plaintiff Atlantic Guns' Unopposed Motion to File a Redacted

Version of the Memorandum Opinion ("Motion") and the entire record in this action, it is this  23rd

day of ___Aug.___ 2021, ORDERED:

1.      That Plaintiff Atlantic Guns' Motion to File a Redacted Version of the Memorandum

Opinion be, and hereby is, GRANTED; and

2.      That the Court's Memorandum Opinion will be redacted on pages 17 and 53 as

indicated on Exhibit A to the Motion.

_Ellen L. Hollander_

Ellen Lipton Hollander
United States District Judge