## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MARYLAND SHALL ISSUE, INC., et al.** )<br>)<br>*Plaintiffs*, )<br>v. )<br>)<br>**LAWRENCE HOGAN, et al.** )<br>)<br>)<br>*Defendants*. )<br>_____ ) | Case No. 16-cv-3311-ELH |

## **NOTICE OF APPEAL**

Notice is given that Plaintiffs Maryland Shall Issue, Inc., Atlantic Guns, Inc., Deborah Kay Miller, and Suzan Vizas, appeal to the United States Court of Appeals for the Fourth Circuit from an order granting Defendants' Motion for Summary Judgment and denying Plaintiffs' Motion for Summary Judgment, entered on the 12th day of August, 2021, and from an order granting in part and denying in part Defendants' motion to strike the opinion testimony of lay witness Mark Pennak and denying Plaintiffs' motion to strike the opinions of Defendants' expert witnesses, entered on the 27th day of July, 2021.

Respectfully submitted,

| | |
|---|---|
| HANSEL LAW, PC | BRADLEY ARANT BOULT CUMMINGS, LLP |
| _____/s/_____ | _____/s/_____ |
| Cary J. Hansel (Bar No. 14722) | John Parker Sweeney (Bar No. 08761) |
| 2514 N. Charles Street | James W. Porter, III (Bar No. 19416) |
| Baltimore, Maryland 21218 | Marc A. Nardone (Bar No. 18811) |
| cary@hansellaw.com | 1615 L Street N.W., Suite 1350 |
| Phone: 301-461-1040 | Washington, DC 20036 |
| Facsimile: 443-451-8606 | jsweeney@bradley.com |
| | Phone: 202-393-7150 |
| *Counsel for Plaintiffs* | Facsimile: 202-347-1684 |
| | *Counsel for Plaintiff Atlantic Guns, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of September, 2021, I caused the foregoing to be filed via the Court's electronic filing system, which will make service on all parties entitled to service.

_____/s/_____
John Parker Sweeney