IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | No. 1:16-cv-03311-ELH |
| LAWRENCE HOGAN, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that defendants Governor Lawrence Hogan and Superintendent of Maryland State Police Colonel Woodrow W. Jones, III, sued in their official capacities, hereby appeal to the United States Court of Appeals for the Fourth Circuit from an order denying, in part, defendants' motion to strike certain opinions of plaintiffs' witnesses, entered on July 27, 2021.

                                                   Respectfully Submitted,

                                                   BRIAN E. FROSH
                                                   Attorney General

                                                   */s/ Robert A. Scott*
                                                   ROBERT A. SCOTT (Fed. Bar #24613)
                                                   RYAN R. DIETRICH (Fed. Bar #27945)
                                                   Assistant Attorneys General
                                                   200 St. Paul Place, 20th Floor
                                                   Baltimore, Maryland 21202
                                                   410-576-7055 (tel.); 410-576-6955 (fax)
                                                   rscott@oag.state.md.us

Dated: September 23, 2021            Attorneys for Defendants