**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

October 8, 2021

MEMORANDUM TO COUNSEL

    Re:    *Maryland Shall Issue, Inc., et al.*
              Civil Action No. ELH-16-3311

Dear Counsel:

    The Editorial Staff at West Publishing recently advised me that it has selected the Court's Memorandum Opinion of August 12, 2021 (ECF 162) for publication in the Federal Supplement.

    In the course of reviewing the Memorandum Opinion for purposes of print publication, I have made a handful of non-substantive "bluebook" and typographical corrections. This includes an update to the cite and status of the Fourth Circuit's decision in *Hirschfeld v. Bureau of Alcohol, Firearms, Tobacco & Explosives*. The revised version will be docketed.

    The substance of the Memorandum Opinion has not been altered. The Order (ECF 159), issued on August 12, 2021, is unchanged.

    Very truly yours,

    /s/

    Ellen Lipton Hollander
    United States District Judge