IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 16-cv-3311-ELH |
| | ) |
| LAWRENCE HOGAN, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Tara Sky Woodward of Bradley Arant Boult Cummings LLP withdraws as attorney of record for Plaintiff Atlantic Guns, Inc. in the above-captioned matter pursuant to Maryland Rule 3-132(a)(1).

Dated: May 10, 2022　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tara Sky Woodward*
　　　　　　　　　　　　　　　　　　　　　　　Tara Sky Woodward
　　　　　　　　　　　　　　　　　　　　　　　John Parker Sweeney
　　　　　　　　　　　　　　　　　　　　　　　James W. Porter, III
　　　　　　　　　　　　　　　　　　　　　　　Marc A. Nardone
　　　　　　　　　　　　　　　　　　　　　　　Bradley Arant Boult Cummings LLP
　　　　　　　　　　　　　　　　　　　　　　　1615 L Street N.W., Suite 1350
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　　　P: 202-719-8214
　　　　　　　　　　　　　　　　　　　　　　　swoodward@bradley.com

　　　　　　　　　　　　　　　　　　　　　　　Cary Johnson Hansel, III
　　　　　　　　　　　　　　　　　　　　　　　Hansel Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　　2514 North Charles Street
　　　　　　　　　　　　　　　　　　　　　　　Baltimore, MD 21218
　　　　　　　　　　　　　　　　　　　　　　　P: 301-461-1040
　　　　　　　　　　　　　　　　　　　　　　　cary@hansellaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Atlantic Guns, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Maryland by using the CM/ECF system, which will provide service to all counsel of record, who are registered CM/ECF users.

    Respectfully submitted,

    */s/ Tara Sky Woodward*
    Tara Sky Woodward
    *Counsel for Plaintiff Atlantic Guns, Inc.*